UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Michael Bowling,

Plaintiff,

v. C.A. No. 05-229 S

Hasbro, Inc., a Rhode Island Corporation

Defendant.

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff/~~Defendant~~ Michael Bowling, hereby moves that Douglas J. Williams be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which ______________________ counsel specializes:
- Plaintiff's ______ counsel's long-standing representation of the client: since September 1997.
- The local trial bar lacks experience in the field of: ______________________
- The case involves complex legal questions under the law of a foreign jurisdiction with which ______________________ counsel is familiar, specifically: ______________________
- The case requires extensive discovery in a foreign jurisdiction convenient to ______________________ counsel, as follows: ______________________
- It is a criminal case, and ______________________ counsel is defendant's counsel of choice.
- Other: ______________________.

(Plaintiff/Defendant)

By: [signature]

Attorney for Plaintiff

DATED: August 24, 2005

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Minnesota, Texas and Iowa and of the following Federal District Court and/or Court of Appeals Bar(s) Court of Appeals, Federal Circuit, 8th Circuit Court of Appeals, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Douglas J. Williams<br>Name | Christine Bush<br>Local Associate Counsel |
| | 5587<br>R.I. Bar ID # |
| Merchant & Gould P.C.<br>Firm Name | Duffy Sweeney & Scott, Ltd.<br>Firm Name |
| 3200 IDS Center<br>Business Address | One Turks Head Place<br>Business Address |
| 80 South Eighth Street | Suite 1200 |
| Minneapolis, MN 55402 | Providence, RI 02903 |
| 612.332.5300 (Tel. #) 612.332.9081 (Fax #) | 401.455.0700 (Tel. #) 401.455.0701 (Fax #) |

---

**Order:** This motion is hereby ____________________.

____________________
U.S. District Judge
Date: ____________________

**CERTIFICATION**

TO:

Todd D. White, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

I hereby certify that I caused a true copy of the within *Motion for Entry of Appearance Pro Hac Vice* to be to be transmitted by Facsimile and First Class Mail to the above named counsel of record on the 25 day of August, 2005.

Theresa Benson

*Bowling/Hasbro/Pleadings/Cert Pro Haca*