UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229-S |

**ENTRY OF APPEARANCE OF JEFFREY K. TECHENTIN**

I hereby enter my appearance on behalf of the Defendant Hasbro, Inc., with regard to the above-captioned case.

Respectfully submitted,

Jeffrey K. Techentin (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone: (401) 274-7200
Fax: (401) 751-0604/351-4607
Dated: August 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2005, I caused to be served the within **Entry of Appearance of Jeffrey K. Techentin** on the following, via facsimile transmission and First Class Mail, postage prepaid:

**Craig M. Scott, Esq.**
**Christine K. Bush, Esq.**
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Of Counsel:

**Douglas J. Williams, Esq.**
**Matthew A. Doscotch, Esq.**
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

Kathleen E. Young

*343649_1.doc*