# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | 612.336.4665
tleach@merchant-gould.com

November 2, 2005

**VIA FACSIMILE**

The Honorable Lincoln D. Almond
Magistrate Judge, U.S. District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

**Re: Michael Bowling v. Hasbro, Inc.**
**C.A. No. 05-229S**
**M&G File No. 12206.4-US-ZA**

Dear Magistrate Judge Almond:

Plaintiff, Michael Bowling requests that the court grant plaintiff permission to display a PowerPoint presentation at the upcoming Settlement Conference on Friday, November 4, 2005.

If you have any questions or concerns, please do not hesitate to contact me at 651.336.4665.

Sincerely,

Thomas J. Leach

TJL:kmd

11/3/05: DENIED.
USMJ