UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL BOWLING, a Resident of Arizona,

Plaintiff,

v.

HASBRO, INC., a Rhode Island Corporation,

Defendant.

C.A. No. 05-229 S

**ASSENTED-TO AMENDED MOTION TO EXTEND DISCOVERY TIME PERIOD**

Defendant, Hasbro, Inc. ("Hasbro") hereby respectfully moves this Court to extend the deadline for fact discovery contained in the Pretrial Order and amends its prior motion (filed December 27, 2006) for such an extension to reflect agreement among all parties on this issue. Currently, the discovery cutoff date for fact discovery is January 20, 2006. Hasbro requests that the deadline for fact discovery be extended by approximately 60 days, that is until March 20, 2006, with remaining deadlines to remain in place. The Plaintiff assents to this motion.

In support of this motion, Hasbro states that the Parties have engaged in substantial written discovery, including the exchange of several thousands of pages of documents. However, due to difficulties in scheduling depositions in this District and the Holiday Season the parties do not expect that presently scheduled depositions will be complete until approximately January 13, 2006, just one week before the close of discovery. The Parties believe that the deposition testimony may reveal facts upon which the Parties may require additional discovery, including the deposition of other non-party, out-of-state witnesses. The Parties therefore requests that the deadline for such discovery be moved to a date sufficient to permit the Parties to

GRANTED
WEm
William E. Smith
U.S. District Judge
12/30/05

complete necessary discovery, and anticipates that a 60-day extension would be sufficient for that purpose.

The parties agree that the remaining deadlines contained in the Pretrial Order may remain in place, with (among other deadlines) Pretrial Memoranda due on May 1, 2006.

Hasbro has consulted with counsel for the Plaintiff, and is advised that Plaintiff assents to this motion.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: December 29, 2005