UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JAN 05 2006 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

MICHAEL BOWLING, a Resident of Arizona,

Plaintiff,

v.

HASBRO, INC., a Rhode Island Corporation,

Defendant.

C.A. No. 05-229 S

**STIPULATION**

Plaintiff and Defendant hereby stipulate and agree that Defendant may have until Monday, January 9, 2006 to respond to *Plaintiff's Second Set of Requests for Production of Documents and Things*, *Plaintiff's Third Set of Requests for Production of Documents and Things*, *Plaintiff's First Set of Requests for Admission*, *Plaintiff's Second Set of Requests for Admission*, and *Plaintiff's Second Set of Interrogatories*.

For Defendant:

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: ____________________

For Plaintiff:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701
Dated: 12/26/05

365955_1.doc