UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**NOTICE OF TAKING DEPOSITION OF EILEEN SEFCHICK**

DEPONENT: Eileen Sefchick

DATE: Thursday, March 2, 2006

TIME: 9:00 A.M.

LOCATION: Esquire Deposition Services, 505 Sansome Street, Fifth Floor, San Francisco, CA 94111.

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 30, Plaintiff Hasbro, Inc., will conduct the deposition upon oral examination of EILEEN SEFCHICK, at Esquire Deposition Services, 505 Sansome Street, Fifth Floor, San Francisco, CA 94111. The deposition will commence at 9:00 a.m. on Thursday, March 2, 2006 and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

This deposition will be recorded by stenographic, videotape and/or other means and it may be used as testimony at the trial of this cause.

HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

Todd D. White

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: February 1, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February 2006, I caused a true copy of the within to be served on the following individuals by regular mail, postage prepaid:

Craig M. Scott, Esq. (RI Bar No. 4237)
Christine K. Bush, Esq. (RI Bar No. 5587)
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Of Counsel:

Douglas J. Williams, Esq.
MN Regulation (Reg. No. 117,353)
Matthew A. Doscotch, Esq. (MN Reg. No. 029973X)
Law Firm of Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

Esquire Deposition Services
10 Weybosset Street, Suite 402
Providence, RI 02903

Todd D. White

369957_1.doc