IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**JOINT MOTION TO EXTEND EXPERT DISCLOSURE AND REPORT DEADLINES**

Plaintiff Michael Bowling and Defendant Hasbro, Inc. respectfully request that the Court extend the time for each party to make expert witness disclosures and reports. Per the Court's September 22, 2005 Pretrial Order, Plaintiff is required to make expert witness disclosures and reports by **February 20, 2006** and Defendant is required to make expert witness disclosures and reports by **March 20, 2006**. The parties respectfully request a three-day extension of time for each to make the required disclosures and reports, so that Plaintiff's expert witness disclosures and reports would be due **February 23, 2006** and Defendant's expert witness disclosures and reports would be due **March 23, 2006**.

As grounds for this Joint Motion, the parties rely on the Memorandum of Law filed herewith.

| | |
|---|---|
| Plaintiff,<br>MICHAEL BOWLING, | Defendant,<br>HASBRO, INC. |
| By His Attorneys, | By Its Attorneys, |
| Craig M. Scott, Esq. (# 4237)<br>Christine K. Bush, Esq. (# 5587)<br>Duffy Sweeney & Scott, LTD<br>One Turks Head Place, Suite 1200<br>Providence, RI 02903<br>(401) 455-0700<br>(401) 455-0701 (Facsimile) | Todd D. White, Esq.<br>Jeffrey K. Techentin, Esq.<br>Adler Pollock & Sheehan P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903<br>(401) 274-7200<br>(401) 751-0604 (Facsimile) |
| Dated: February 15, 2006 | Dated: February 15, 2006 |

H:\Clients\Bowling\Pleadings\Joint Motion to Extend Pretrial Deadlines.DOC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND EXPERT DISCLOSURE AND REPORT DEADLINES**

Plaintiff Michael Bowling and Defendant Hasbro, Inc. submit this Memorandum of Law in support of their joint request for a three-day extension of time for each to make the required expert disclosures and reports. The parties respectfully request the brief extension of time in light of Plaintiff's trial counsel unavailability until the middle of next week; the parties agreed to request a three-day extension of time for Defendant's disclosures and reports to ensure parity between the parties. The parties do not request extensions of time for any other dates set forth in the Court's Pretrial Order.

Accordingly, Plaintiff and Defendant respectfully request that Plaintiff's expert witness disclosures and reports be due February 23, 2006 and Defendant's expert witness disclosures and reports be due March 23, 2006.

Plaintiff,
MICHAEL BOWLING,

By His Attorneys,

Craig M. Scott, Esq. (# 4237)
Christine K. Bush, Esq. (# 5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Dated: February 15, 2006

Defendant,
HASBRO, INC.

By Its Attorneys,

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
(401) 751-0604 (Facsimile)

Dated: February 15, 2006

H:\Clients\Bowling\Pleadings\Mem Joint Motion toExtend Pretrial Deadlines.DOC