FILED
FEB 16 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**JOINT MOTION TO EXTEND EXPERT DISCLOSURE AND REPORT DEADLINES**

Plaintiff Michael Bowling and Defendant Hasbro, Inc. respectfully request that the Court extend the time for each party to make expert witness disclosures and reports. Per the Court's September 22, 2005 Pretrial Order, Plaintiff is required to make expert witness disclosures and reports by **February 20, 2006** and Defendant is required to make expert witness disclosures and reports by **March 20, 2006**. The parties respectfully request a three-day extension of time for each to make the required disclosures and reports, so that Plaintiff's expert witness disclosures and reports would be due **February 23, 2006** and Defendant's expert witness disclosures and reports would be due **March 23, 2006**.

As grounds for this Joint Motion, the parties rely on the Memorandum of Law filed herewith.

GRANTED
WAmm
William E. Smith
U.S. District Judge
2/27/06