UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**MOTION FOR ENTRY OF APPEARNCE**
***PRO HAC VICE***

Defendant Hasbro, Inc. hereby moves that Tracy-Gene G. Durkin be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

Todd D. White (#5943)
Jeffrey K. Techentin (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: March 8, 2006

**ORDER:** This motion is hereby ____________________.

____________________
U.S. District Judge

Date: ________________

**ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bars of the United States Supreme Court, the U. S. Court of Appeals for the Federal Circuit, the U. S. Court of Appeals for the District of Columbia, the U.S. District Court for the District of Columbia, the U. S. District Court for the District of Maryland, and the District of Columbia Court of Appeals, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided): None.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island

Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Tracy-Gene G. Durkin
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005
Tel. # (202) 371-2600
Fax # (202) 371-2540
DATED:

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Local Associate Counsel
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # (401) 274-7200
Fax # (401) 751-0604
DATED: 3/8/05

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2006, a true and accurate copy of the within Motion for Entry of Appearance *Pro Hac Vice* was sent by regular mail to:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
DUFFY & SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

-and-

Douglas J. Williams, Esq.
Matthew A. Doscotch, Esq.
LAW FIRM OF MERCHANT AND GOULD P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

______________________________

504582_1.doc