IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**DECLARATION OF THOMAS J. LEACH IN SUPPORT OF BOWLING'S MEMORANDUM IN OPPOSITION TO HASBRO'S MOTION FOR LEAVE TO AMEND AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

I, Thomas J. Leach declare as follows:

1. I am an attorney with Merchant & Gould, P.C., counsel for Plaintiff Michael Bowling ("Bowling") in the above-captioned matter. I make this declaration on my own information, knowledge and belief.

2. Attached as Exhibit A is a true and correct copy of relevant portions of Bowling's Answers to Hasbro's First Set of Interrogatories dated October 20, 2005.

3. Attached as Exhibit B is a true and correct copy of a letter from Jeffrey Techentin to Albert Lizarraga dated January 18, 2006.

4. Attached as Exhibit C is a true and correct copy of an e-mail from Jeffrey Techentin to me dated March 2, 2006 attaching an Assignment and Sale of Rights of the '197 patent between Albert Lizarraga and Hasbro, Inc.

5. Attached as Exhibit D is a true and correct copy of a letter from Jeffrey Techentin to Judge William E. Smith dated March 3, 2006.

6. Attached as Exhibit E is a true and correct copy of the deposition transcript of Albert Lizarraga taken on March 17, 2006.

7. Attached as Exhibit F is a true and correct copy of excerpts from the deposition transcript of Michael Bowling taken on January 16, 2006.

8. Attached as Exhibit G is a true and correct copy of an e-mail from Steven L. Bosse to Jeffrey Techentin dated February 27, 2006.

9. Attached as Exhibit H is a true and correct copy of the deposition transcript of Susan Lizarraga taken on March 17, 2006.

I declare under penalty of perjury that is foregoing is true and correct.

4-12-06
Date

Thomas J. Leach