ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2890
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

January 18, 2006

***Via Federal Express***

Mr. Albert Lizarraga
6251 South Mesquite Trail
Tucson, AZ 85747

Dear Mr. Lizarraga:

Thank you for taking the time to discuss the *Bowling v. Hasbro* matter with me this afternoon. As we discussed, I have enclosed copies of Mr. Bowling's complaint and Hasbro's answer for your information. As you can see, I am counsel of record for Hasbro in this matter. I have also included a copy of Mr. Bowling's patent for his dice, and one of my business cards. I look forward to talking with you again.

Very truly yours,

JEFFREY K. TECHENTIN
jtechentin@apslaw.com

Enclosures

*368484_1.doc*