ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2890
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

March 3, 2006

***Via Hand Delivery***

The Honorable William E. Smith
United States District Judge
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Re: ***Michael Bowling v. Hasbro, Inc.***
C.A. No. 05-229S

Dear Judge Smith:

The purpose of this letter is to request a chambers conference in the above-referenced case at the Court's earliest convenience.

Defendant Hasbro, Inc. has recently, and independently, obtained information that strongly suggests that the patent at issue in this case is either invalid or unenforceable. Specifically, Hasbro has learned that one Albert Lizarraga either invented or contributed materially to the invention of the die construction that is the subject of the patent. The Plaintiff failed to reveal Mr. Lizarraga's involvement to the United States Patent and Trademark Office, which Hasbro believes to constitute inequitable conduct or fraud. If Mr. Lizarraga is found to be the inventor, or even a co-inventor, of the patented device, the Plaintiff's claims fail as a matter of law.

Hasbro believes a conference with the Court is necessary because of the procedural posture of this matter. Fact discovery closes in less than three weeks, on March 20, 2006, and Hasbro's expert reports are due just three days later. Hasbro respectfully submits that in light of this recently discovered information, both parties would be well served by a brief stay of remaining fact and expert discovery except with respect to the issue of the validity and enforceability of the

ADLER POLLOCK & SHEEHAN P.C.



***Via Hand Delivery***

patent. Such a stay would permit full consideration of preliminary matters while potentially avoiding further expense in a process whose relevance and utility is entirely contingent on the Plaintiff having valid and enforceable rights, vis-à-vis Hasbro, in the patent. Moreover, Hasbro anticipates that, based on this new information, it will seek to amend its Answer and Counter-claim.

We are available at the Court's convenience. Thank you for your consideration of this request.

Respectfully yours,

JEFFREY K. TECHENTIN
jtechentin@apslaw.com

cc: Craig M. Scott, Esq. *(Via Facsimile Transmission)*
Thomas J. Leach, Esq. *(Via Facsimile Transmission)*
David K. S. Cornwell, Esq. *(Via Facsimile Transmission)*

*373799_1.doc*