**Techentin, Jeffrey**

---

**From:** Steven L. Bosse [SLBOSSE@gabroylaw.com]

**Sent:** Monday, February 27, 2006 6:44 PM

**To:** jtechentin@apslaw.com

**Subject:** Al Lizarraga / Hasbro, Inc adv. Michael Bowling

Good evening Mr. Techentin.

I represent Al Lizarraga on various matters, including the issues that arise out of the litigation between Hasbro, Inc and Michael Bowling.

I am in receipt of your correspondence to Al dated February 13, 2006, along with the enclosed License Agreement. Mr. Lizarraga is willing to assign [essentially quit claim] his rights to Hasbro for appropriate consideration. He is not willing to enter into a license agreement or make any representations about his work. He is willing to cooperate with you as long as he is reimbursed for his out of pocket expenses and for his time if he has to travel. The final agreement would have to include an indemnification provision that is broader than paragraph 6 of your License Agreement. Specifically the indemnification would have to include all costs and expenses incurred by Mr. Lizarraga [including attorney's fees], in the event any person, but particularly Mr. Bowling, make any claim of any kind against him.

Please contact me at your convenience to discuss these matters further.

Steven L. Bosse'
Gabroy, Rollman & Bosse', P.C.
3507 N. Campbell Avenue, #111
Tucson, AZ 85719
520-320-1300
520-320-0717 facsimile
bosse@gabroylaw.com