UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL BOWLING, A RESIDENT OF ARIZONA,<br>Plaintiff,<br>vs.<br>HASBRO, INC., A RHODE ISLAND CORPORATION,<br>Defendant. | C.A. No. 05-229 S |

THE VIDEO TAPED DEPOSITION OF SUSAN LIZARRAGA

Tucson, Arizona
March 17, 2006
12:16 p.m.

COPY

WENDY J. PULLIUM, RPR
Certified Court Reporter No. 50247

KATHY FINK & ASSOCIATES, INC.
2819 East 22nd Street
Tucson, Arizona 85713
(520) 624-8644 Fax (520) 624-9336

VIDEOGRAPHER: This is the videotaped deposition of Susan Lizarraga in the matter of Michael Bowling versus Hasbro, Inc., U.S. District Court for the District of Rhode Island. Case No. 05 dash 229 S. The deposition is being held in the offices of Kathy Fink and Associates, 2819 East 22nd Street, in Tucson, Arizona, on March 17th, 2006. The time is a 12:16.
Will counsel, please, introduce themselves.
MR. TECHENTIN: Jeffrey Techentin on behalf Defendant Hasbro, Incorporated.
MR. RASH: Scott Rash on behalf the deponent Susan Lizarraga.
MR. LEACH: Tom Leach and Doug Williams on behalf of the plaintiff Michael Bowling, who is also here today.
VIDEOGRAPHER: Can the court reporter please swear in the witness.

**SUSAN LIZARRAGA,**

having first been duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. TECHENTIN:
Q. Good afternoon, Ms. Lizarraga. Again, my name is Jeffrey Techentin. I am here today



representing Hasbro in a dispute between Hasbro and Mr. Michael Bowling.
Can you state your name for the record, please?
A. Susan Lizarraga.
Q. And your address?
A. 6251 South Mesquite Trail, Tucson, Arizona 85747.
Q. Was is your relationship with Albert Lizarraga?
A. I am his wife.
Q. And how long have you two been married?
A. A little over 20 years; it will be 21 in June.
Q. So you two were married back in 1997?
A. '85.
Q. Well, I mean, by 1997 you were married?
A. Oh, yes.
Q. Okay. Do you recall your husband working with a gentleman named Michael Bowling?
A. Yes.
Q. And what do you recall about that?
A. That he was approached to do up some drawings for some dice, yes.
Q. How is it that you know that?



A. I know it because that's what my husband has, you know, had told me at the time.
Q. Do you remember him working with Mr. Bowling at the time he did that?
A. I never personally met Mr. Bowling. All I know is that my husband agreed to do this with somebody he had met and actually did the work out of, primarily out of our house, so I know that he was at our house working on it.
Q. Do you know what he was doing?
A. Yes.
Q. And what was he doing?
A. He was designing dice. He was asked to design dice.
Q. And how do you know that that's what he was doing?
(Sotto voce discussion between Mr. Williams and Mr. Leach.)
THE WITNESS: I, from what he told me, I had seen things that he had drawn up, just basically what I had seen him draw as well as what he had told me.
MR. LEACH: Objection. Move to strike, hearsay.
BY MR. TECHENTIN:
Q. When you talk about things that he said to



you, are you talking about things that were said contemporaneously or things that he's more recently told you?
A. No. That was at that time. I knew at that time.
Q. Did you have any discussions with Mr. Lizarraga with respect to his progress in working on these dice?
A. A little bit. I mean, we didn't -- from what I recall at the time, I know that we talked about it; and I do recall him mentioning to me that the dice that he was trying to design, he had to design in a way that it would be random; I mean, there was something about the randomness of the dice that he had to design that basically. So that I think there was a problem or he had an issue with how he thought that the -- what Mr. Bowling wanted and what he was trying to achieve didn't seem to be working with what -- I am just trying to say he tried to design it so that it was random, and he didn't feel like the dice were going to be really random if he were to design them as the information that he was given.
MR. LEACH: Objection --
THE WITNESS: I don't know --
MR. LEACH: -- move to strike.

MR. TECHENTIN: Why don't you let her finish.
THE WITNESS: -- how that...
But I know that he had some concern with that, with our conversations. He was saying that he had to design it precisely a way so that it would become more random and that it would roll so that a particular face wouldn't keep, you know, show up more frequently than another face, I think had to do with the sides of the dice or something to that effect that weren't exactly -- I don't know if the, the, the actual sides of the dice were, you know, the sides of the dice, were not the same, but it was something to do with the shape itself, I believe.
MR. LEACH: Objection. Move to strike, nonresponsive, hearsay.
BY MR. TECHENTIN:
Q. Did your husband solicit any input from you?
A. No, I would say not.
Q. Well, why was he discussing this with you, if you know?
A. Well, because we discuss a lot of things. I mean, it was just something that was interesting. We talk about our days; we talk about things that we do; we talk about -- I mean, we are married, we discuss



those kinds of things.
Q. Did you see any drawings that he made of these dice?
A. Yes, I had seen the drawings. But as not being a designer or a drafter, I -- I don't really understand it the way he does, but I know he showed it to me, yes.
Q. Did you see hand drawings or did you only see mechanical drawings?
A. I saw both. I saw -- I know he had some notes and drawings and, you know, I had seen those, and I know that I had seen the others as well.
Q. Did you see -- do you know if the hand drawings that you saw were your -- were made by your husband or someone else?
A. I honestly couldn't say that. I don't recall. But I know he had to do both, but I mean, I know that there were -- I really couldn't honestly say.
Q. Do you have any recollection as to how many hand drawings you saw?
A. No.
Q. More than one?
A. By my husband, himself --
Q. Any hand drawings.



A. -- or anybody's?
I would say yes, there was more than one.
Q. Do you have any idea how long your husband worked on this project at home?
A. I don't recall exactly like a length of time or number of days, no. I couldn't say an hour, I mean, you know, within a hour time frame, like I couldn't say it was ten or 12 or 15 hours, I couldn't say it was three days. I know he did but I just don't know time frames.
Q. Do you think it was more than five hours?
A. Yes.
Q. Do you think it was more than ten?
MR. WILLIAMS: Calls for speculation.
THE WITNESS: Potentially, but I couldn't say.
MR. LEACH: Objection, calls for speculation.
BY MR. TECHENTIN:
Q. Do you know whether your husband was paid for the work that he did with Mr. Bowling?
MR. LEACH: Objection, foundation.
THE WITNESS: I would -- I know he was paid; there was talk of discussion of pay. I just don't know amounts. I don't recall amounts.



BY MR. TECHENTIN:
Q. Do you know if he was being paid by the hour or by the drawing or some other way?
A. What Al told me was that he was paid by the hour.
Q. When did he tell you that?
(Sotto voce discussion between Mr. Williams and Mr. Leach.)
THE WITNESS: That was from the very beginning.
MR. LEACH: Objection. Move to strike, hearsay.
BY MR. TECHENTIN:
Q. Did he tell you how much he was being paid?
MR. LEACH: Objection, hearsay.
THE WITNESS: I couldn't -- he told me but I don't recall what it was.
BY MR. TECHENTIN:
Q. Do you recall anything else about the situation involving your husband doing work for Mr. Bowling?
A. Not really. Not to -- I was really left out. I mean, it was his project, his thing that he choose to do, so it wasn't really anything I was really involved in or really connected to. As not

being a designer or a drafter, I really don't -- it wasn't really any involvement of mine at all.

MR. TECHENTIN: Okay. Thank you. I don't have any further questions.

MR. LEACH: Let's take a quick break.

VIDEOGRAPHER: We are going off the record. The time is 12:25.

(A break was taken.)

VIDEOGRAPHER: We are back on the record. The time is 12:26.

MR. LEACH: I don't have any questions for the witness.

MR. RASH: We will waive signature.

VIDEOGRAPHER: This concludes the deposition. The time is 12:26.

(Deposition concluded at 12:26 p.m.)

* * * * *



# CERTIFICATE

STATE OF ARIZONA )
) ss.
COUNTY OF PIMA )

BE IT KNOWN that I took the foregoing deposition pursuant to Notice; that I was then and there a Certified Court Reporter, CCR #50247, in the State of Arizona; that the witness was duly sworn by me to tell the truth; that said witness's testimony was reduced to writing by me.

I DO FURTHER CERTIFY that I am not a relative or attorney of either party, or financially or otherwise interested in the action.

( ) Pursuant to request, notification was provided that the deposition is available for review and signature.

(X) Deposition review and signature was not requested.

WITNESS MY HAND this 21st day of March 2005.

WENDY J. PULLIUM, RPR, CCR #50247