IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**DECLARATION OF MICHAEL BOWLING IN SUPPORT OF BOWLING'S MEMORANDUM IN OPPOSITION TO HASBRO'S MOTION FOR LEAVE TO AMEND AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

I, Michael Bowling declare as follows:

1. My name is Michael Bowling. I am the sole inventor of United States Patent No. 5,938,197 ("the '197 Patent"). I conceived of and had sketched the die disclosed and claimed in my '197 patent before contacting and meeting with Mr. Lizarraga to have him prepare formal mechanical drawings of my invention.

2. I received my bachelor of science in electrical engineering from the University of Arizona on May 16, 1992. I have taken courses in mathematics and physics.

3. During my college years and periods thereafter, I was an avid gamer. Friends and I played in a regular role playing game ("RPG"), such as Dungeons and Dragons. RPGs consist of playing a fictional character through different fantasies or adventures. Many of these RPGs use many different types of dice to determine different outcomes or events during the course of an adventure.

4. Around 1986, I became interested in designing my own unique shape of dice. My interest in designing dice developed into a passion. This passion evolved into a successful business called Crystal Caste, which started off selling my patented dice and now sells a number of other products. I have been designing dice for 20 years. In designing dice, I draw on my technical education and specifically my courses in mathematics and physics.

5. I have 8 patents for my inventions. I am the sole inventor named on each of my patents.

6. In 1997, around the time I was working towards my MBA, I invented a new crystal shaped die, which is shown in the figures of my '197 patent. The die design I invented provides multiple facets having surface areas large enough to place legible printed indicia thereon, such as numerals or dots. My new die design accomplishes this by making the extension member facets opposing triangles.

7. In order to protect my invention, I decided to apply for a United States Patent on my invention. In starting the patent process, I wanted to have my hand sketches of my new die design put into formal mechanical drawings. A friend referred me to Mr. Albert Lizarraga, a professional draftsman. I consulted Mr. Lizarraga to prepare formal mechanical drawings of my invention for use in my patent application.

8. My wife and I met with Mr. Lizarraga to discuss in detail the specifics of my invention. I explained in detail the different aspects of my invention to Mr. Lizarraga. I also provided Mr. Lizarraga with sketches of my new die design. One of those sketches looked like this:




I also explained to Mr. Lizarraga that the die had to be symmetrical to generate random numbers. During the meeting, I told Mr. Lizarraga that I needed the formal drawings because I was filing a patent application on my invention. I also told Mr. Lizarraga that I planned on starting a business selling die in the shape of my new design.

9. The formal mechanical drawings I received back from Mr. Lizarraga were exactly what I described to him. An example of what Mr. Lizarraga provided me is below:



10. At that time, Mr. Lizarraga never claimed that he did anything more than draw what I directed him to draw. And despite knowing that the drawings were for a patent application I was filing on my invention, Mr. Lizarraga never claimed that he was a part inventor. I paid Mr. Lizarraga for his drafting services and did not hear or see him until recently when Hasbro claimed he was a joint inventor. However, Mr. Lizarraga never contacted me to discuss this issue, but rather agreed to sell whatever rights he had in the '197 patent to Hasbro.

I declare under penalty of perjury that is foregoing is true and correct.

4/12/2006
Date

Michael Bowling