UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**DECLARATION OF JEFFREY K. TECHENTIN IN SUPPORT OF MOTION TO AMEND AFFIRAMTIVE DEFENSES AND COUNTERCLAIM**

JEFFREY K. TECHENTIN, under penalty of perjury, declares as follows:

1. I am associated with the firm of Adler Pollock & Sheehan, P.C., attorneys for defendant Hasbro, Inc. ("Hasbro"). I submit this declaration based on personal knowledge in support of Hasbro's motion to amend its affirmative defenses and counterclaim in the above-captioned matter.

2. Attached hereto as **Exhibit A** is a mechanical printout of an e-mail delivered to my electronic mail address, jtechentin@apslaw.com, on February 13, 2006, at approximately 3:23 p.m. Eastern Standard Time (the "Lizarraga E-mail").

3. As received, the Lizarraga E-mail consists of an e-mail with the "Subject" line "Crystal Pictures," and eight attachments. The eight attachments consist of one embedded e-mail message and seven image files in ".jpg" format.

4. According to the header information embedded in the Lizarraga E-mail (attached as **Exhibit B** hereto), the Lizarraga E-mail was sent on February 13, 2006, at 20:21:38

Greenwich Mean Time (3:21:38 p.m. Eastern Standard Time), from "Albert P Lizarraga <aplizarraga@raytheon.com>".

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2006, in Providence, Rhode Island.

JEFFREY K. TECHENTIN

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March 2006, I caused a true copy of the within to be served on the following individuals by regular mail, postage prepaid:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Of Counsel:

Thomas J. Leach, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

[signature]

*379973_1*