**Techentin, Jeffrey**

**From:** Albert P Lizarraga [aplizarraga@raytheon.com]

**Sent:** Monday, February 13, 2006 3:22 PM

**To:** jtechentin@apslaw.com

**Subject:** Crystal Pictures

**Importance:** Low

**Techentin, Jeffrey**

Jeff,

The sketch emulated Pic 1, 5, and 7 (as an example only) and as I recall of non equal sides or surface areas. Now I remember why I could not draw or design them to be random number generators.

**Raytheon**

**Albert P. Lizarraga**
Section Manager
Test Systems Design Center
Mechanical Engineering Dept.
520.663.9493
520.446.8391 pager
520.663.6847 fax

aplizarraga@raytheon.com


coolrox.com





