Received: from psmtp.com (exprod8mx11.postini.com [64.18.3.111]) by
MINIcooper.tomcat.com with SMTP (Microsoft Exchange Internet Mail Service Version
5.5.2657.72)
id 1LDTCJ9B; Mon, 13 Feb 2006 15:21:53 -0500
Received: from source ([199.46.245.232]) by exprod8mx11.postini.com ([64.18.7.10])
with SMTP;
Mon, 13 Feb 2006 14:21:51 CST
Received: from dmoutt00.directory.ray.com (dmoutt00.directory.ray.com
[147.25.154.125])
by tus-gate3.raytheon.com (8.12.10/8.12.10) with ESMTP id k1DKLk53004281
for <jtechentin@apslaw.com>; Mon, 13 Feb 2006 13:21:47 -0700 (MST)
Received: from dmsmtpt00.directory.ray.com (localhost [127.0.0.1])
by dmoutt00.directory.ray.com (Switch-3.1.7/Switch-3.1.7) with ESMTP id
k1DKLjPu002806
sender aplizarraga@raytheon.com for <jtechentin@apslaw.com>; Mon, 13 Feb
2006 20:21:46 GMT
Received: from tu2-msg07.rsc.raytheon.com (tu2-msg07.RSC.RAYTHEON.COM
[147.24.232.89])
by dmsmtpt00.directory.ray.com (8.12.11/8.12.11) with ESMTP id
k1DKLfJM015335
sender aplizarraga@raytheon.com for <jtechentin@apslaw.com>; Mon, 13 Feb
2006 20:21:41 GMT
To: jtechentin@apslaw.com
Subject: Crystal Pictures
MIME-Version: 1.0
Message-ID: <OF9F04DCF7.7BE3068C-ON07257114.006EC17F-
07257114.006FD87C@mck.us.ray.com>
From: Albert P Lizarraga <aplizarraga@raytheon.com>
Date: Mon, 13 Feb 2006 13:21:38 -0700
Content-Type: multipart/mixed; boundary="=_mixed 006FD87807257114_="
X-pstn-levels: (S:99.90000/99.90000 R:95.9108 P:95.9108 M:97.0232 C:98.7678 )
X-pstn-settings: 4 (1.5000:0.0000) s gt3 gt2 GT1 r p m c
X-pstn-addresses: from <aplizarraga@raytheon.com> [237/9]

--=_mixed 006FD87807257114_=
Content-Type: multipart/related; boundary="=_related 006FD87807257114_="

--=_related 006FD87807257114_=
Content-Type: multipart/alternative; boundary="=_alternative 006FD87807257114_="

--=_alternative 006FD87807257114_=
Content-Type: text/plain; charset="US-ASCII"

--=_alternative 006FD87807257114_=

Content-Type: text/html; charset="US-ASCII"

--=_alternative 006FD87807257114_=--
--=_related 006FD87807257114_=
Content-Type: image/gif
Content-ID: <_1_05D357E405D353FC006FD87807257114>
Content-Transfer-Encoding: base64

--=_related 006FD87807257114_=
Content-Type: image/gif
Content-ID: <_1_05D3616005D35DA4006FD87807257114>
Content-Transfer-Encoding: base64

--=_related 006FD87807257114_=--
--=_mixed 006FD87807257114_=
Content-Type: image/jpeg; name="crystal 7.jpg"
Content-Disposition: attachment; filename="crystal 7.jpg"
Content-Transfer-Encoding: base64

--=_mixed 006FD87807257114_=
Content-Type: image/jpeg; name="crystal 6.jpg"
Content-Disposition: attachment; filename="crystal 6.jpg"
Content-Transfer-Encoding: base64

--=_mixed 006FD87807257114_=
Content-Type: image/jpeg; name="crystal 5.jpg"
Content-Disposition: attachment; filename="crystal 5.jpg"
Content-Transfer-Encoding: base64

--=_mixed 006FD87807257114_=
Content-Type: image/jpeg; name="crystal 4.jpg"
Content-Disposition: attachment; filename="crystal 4.jpg"
Content-Transfer-Encoding: base64

--=_mixed 006FD87807257114_=
Content-Type: image/jpeg; name="crystal 3.jpg"
Content-Disposition: attachment; filename="crystal 3.jpg"
Content-Transfer-Encoding: base64

--=_mixed 006FD87807257114_=
Content-Type: image/jpeg; name="crystal 2.jpg"
Content-Disposition: attachment; filename="crystal 2.jpg"
Content-Transfer-Encoding: base64

--=_mixed 006FD87807257114_=
Content-Type: image/jpeg; name="crystal 1.jpg"

Content-Disposition: attachment; filename="crystal 1.jpg"
Content-Transfer-Encoding: base64

--=_mixed 006FD87807257114_=--