UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

C.A. NO: 05-229S

* * * * * * * * * * * * * * * * * * *

MICHAEL BOWLING
a Resident of Arizona,

Plaintiff,

vs.

HASBRO, INC.,
a Rhode Island Corporation,

Defendant.

* * * * * * * * * * * * * * * * * * *

DEPOSITION OF MICHAEL BOWLING, a witness called on behalf of the defendant, taken pursuant to the Rhode Island Rules of Civil Procedure, before Elizabette M. Afonso, Professional Shorthand Reporter and Commissioner for the State of Rhode Island and Providence Plantations for the Commonwealth of Massachusetts, at the law offices of Adler, Pollock & Sheehan, One Citizens Plaza, Providence, Rhode Island, commencing at 10:05 a.m. on Monday, January 16, 2006.



0e833c06-3d41-44a8-baad-4c084646dbdf

A. Not physically I did anything, but I still went through the mental exercises of thinking, keeping an open mind, you know.

I didn't get up every day and look at a checklist and say, all right, think about dice today, but, I mean, I would be somewhere and, you know, I'd see something that reminded me of the shape, and I'd think about that. I'd say, boy, it's too bad that you got all that surface area elongated there, and you can only put that little number.

See, that was why I didn't think they were practical. Was that you couldn't -- it's just not, you know, legible. To make this in my mind, to make this work properly, you needed to do a full range of dice. You needed to have from a D4 up to a D20. I could make a D6 or D8 large enough to where you could see it, and it would work, but then when you got to the D20, it would be like a rolling pin. So it just wasn't practical, and then that's kind of what I would think about. But on a daily basis, no. Maybe once a month. Maybe once every couple months I would think about it.

Q. But you never sat down with pen and paper to design

A. Thank you. He did my mechanical drawings for me. So I may have given them to him, and then he gives me back these nice, big drawings, and I didn't think to ask for a sketch or something.
Q. What did you sketch? What type of die?
A. It wasn't a die type. It was just -- it was more the image of the opposing triangles.
Q. Can you draw for me what you mean by that?
A. Yeah. See, what I had was this, right, and it would go around the page, so this may be a three, this might be four, right. But, I thought, why can't you take this same, right, and to simplify it, if you make it -- if you went here, this drives home the point of all of the room. Now you could do this.
But to make it to show how it would actually be laid out on the die, right, it might be more like this. This being here. This being part of, you know what I mean, there's another part that wraps around here that's like this, see, you know, the wraparound.
So what I did was I took this that had a small surface area, you can't hardly make a number legible to something that's doubled or more my



0e833c06-3d41-44a8-baad-4c084646dbdf

size. Now I can draw a big number. Now I can apply this to a D20.

Q. Okay. Just so the record is clear, could you just put a number one next to the first figure that you drew there.

A. (Witness complies.)

Q. And that, if I'm correct, is the one that you were using to describe the prototype dice that we've looked at, correct?

A. Yes, correct.

Q. And can you put a number two next to the next drawing?

A. (Witness complies.)

Q. And if I understand that correctly, that's the drawing that you were using to describe the concept of using opposing triangles, correct?

A. Yes.

Q. And if you could put a number three next to the third drawing you did there.

A. (Witness complies.)

Q. That is your representation of more of the practical application of crystal die design; is that correct?

A. Mm-hmm.

any sketching of conceived of die designs?
A. Not until my epiphany.
Q. So no sketching whatsoever until you had the full blown idea of this crystal shaped die?
A. Yeah.
Q. That's correct?
A. Yeah.
Q. And your testimony was that you sketched that idea out almost as soon as you had it, correct?
A. Yes.
Q. And I asked you this before, I think I did, but I'm not sure I got an answer to the question: When you sketched it out, how many sides did the die have that you sketched?
A. I don't know that I -- I don't recall sketching a complete one. It was more the concept like I showed you, the opposing triangles.
Q. Did you ever sketch out what you called a complete die?
A. I don't recall. I may have sketched some out for mechanical drawings or for marking drawings like I would send to Germany. That's who I went to first to start making my original mold. So I may have, you know, sketched something out, markings to send



0e833c06-3d41-44a8-baad-4c084646dbdf

to them, but nothing jumps out at me.
Q. In the concept phase though, limit yourself there, before you filed your patent application, at that point had you ever sketched out a complete die?
A. I don't believe so.
Q. Other than the type of drawing that you did for us before, did you do any other types of sketches -- again, before you filed your patent application?
A. I think that I may have made an attempt of doing one in like a paintbrush or something, but I didn't really know how to use the software, and that's when I went ahead and tried to get the mechanical guy to do it.
Q. "Paintbrush," you're referring to the program?
A. Yeah, yeah, software. Some, you know, geometric program that draw -- Corel Draw or something. I don't recall.
Q. Did you create any prototypes of the die?
A. No.
Q. What else did you do to this -- before you had mechanical drawings created, what else did you do to finalize this design?
A. Nothing comes to mind.
Q. So would it be fair to say that there were no



0e833c06-3d41-44a8-baad-4c084646dbdf

that point on, they walked me through what I needed to do.

Q. What else did you talk about with Mr. Helling?

A. Oh, just, I don't think he -- I think he had newly moved. We maybe talked about his home. We had met a mutual friend. He had moved next door to a guy that worked a TEP, so we maybe talked about him.

Q. Did you discuss the actual design for the die at all?

A. No, no.

Q. How did you describe it to him that you had come up with a new item that needed some help with --

A. I didn't try to describe it, because it was -- you know, I don't think he had an understanding of polyhedral dice or things, so I just -- I think it would have been lost.

Q. Other than Mr. Helling and Mr. Lazaraga, did you discuss your crystal die design with anyone else before you went to go see Merchant & Gould?

A. Now, depending on the timing, I may have mentioned it, you know, with regards to my class that I was going to do a business plan on the die, you know, but I didn't say nothing specific.

I never discussed the specific design

with anybody except Al Lazaraga and possibly my wife, but maybe not in much detail with my wife either.

Q. Did your wife know that you were designing dice at this time?

A. Yes. When I started the thesis. Then I told her the story about back in college, you know, how I fooled around and thought about doing something.

I don't think I showed her those, because they were put away. But I said, "They let me do a business plan on this," and I think it was a good idea, and she was pretty supportive in that.

But when I finished it and she looked at the final document all put together, the thesis, she was real supportive, and maybe might have been the one to suggest making a mold and seeing if they could sell.

Q. Other than your wife and Mr. Lazaraga and perhaps Mr. Helling, is there anyone else who can corroborate when it was that you were actually designing this crystal die?

A. No. I think my father and brother both came on board after the thesis, you know, after everything, once it started building towards the show.