UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL BOWLING, A RESIDENT )OF ARIZONA, )

) Plaintiff, )

) vs. ) C.

)HASBRO, INC., A RHODE ISLAND )

CORPORATION, ) )

Defendant. ) )

THE VIDEO TAPED DEPOSITION OF ALBERT LIZARRAGA

Tucson, Arizona March 17, 2006

9:11 a.m.

WENDY J. PULLIUM, RPR Arizona Certified Court Rep

KATHY I

2819 East 22nd Street Tucson, Arizona

(520) 624-8644 Fax (520) 624-9336

A. In what context?
Q. In any context.
A. Before beginning the work?
Q. Yes.
A. I don't recall. I don't think so.
Q. How did you go about creating drawings for Mr. Bowling?
A. I took the sketch, the concept, took it home and started sort of digesting the image trying to see how I could formulate this. It started getting kind of difficult because it seemed to be irregular in terms of the shape, the facets were again more of a natural shape. And the more I started looking at it, I was thinking to myself, there is no way I can design it as such. It wouldn't be equally balanced or random.
So to make something that would be a random generator and really resemble a crystal was really tough, so I could not do that.
So I started creating, working with geometric shapes, putting geometric shapes together that were completely A/B symmetrical.
Q. Completely A/B symmetrical, what does that mean?
A. Meaning every side was the same size, that

A. The minute I started working on it and could not, determined to myself that I couldn't do it that way, then I changed and just made it geometrically shape.

Q. How long did you work on the project before you got back to Mr. Bowling?

A. I don't recall how many hours. I don't think it was too much, but I don't recall.

Q. Did you talk to Mr. Bowling about this project before you gave him any drawings?

A. No. I just did the best I could with the concept and -- and to be honest, I didn't think he was going to like it.

Q. Why is that?

A. Because it looked like a geometric shape and not a natural crystal, but this is the best I could do.

Q. So that first time that you talked with Mr. Bowling after your initial meeting, what, is after you had drawn at least one of these dice?

A. I believe so, yes.

Q. And did you -- the second time you talked with Mr. Bowling, did you meet him in person or did you talk on the phone or how did that happen?

A. I think I went to -- I believe I went to his

triging out angles. Can you explain what that means?

MR. LEACH: Objection, leading, misstates the record.

THE WITNESS: Based -- I came up with a formula, kind of a mathematical formula that I could apply to different sides, so if I was given -- if I was told to make a ten-sided, a 12-sided, a six-sided, that the mathematical process would be the same. And based on the number of sides, you had to divide that by two and create a polygon, whether it's octagon, hexagon, whatever. And in order to figure out the lengths, you would need to divide 360 by however many sides and get an angle; and then based on those angles, you could, you could create a length and then you would use that for cutting planes. So that was trig involved.

I don't know if that answers it, but...

BY MR. TECHENTIN:

Q. Can you explain the process of creating these mechanical drawings within Pro/ENGINEER?

A. The drawings or the model?

Q. Whichever came first.

A. Okay. The drawing is created from the model. And you create a model basically like you are carving a piece of wood or a piece of metal, just the

same philosophy.

So I started with pretty much a diameter barrel laid out. Depending on the amount of sides, I laid out a polygon that was half the number of the sides. So if you wanted a 12-sided dice, you -- I think that's a hexagon, so I created a hexagon on top. On the other side I created another hexagon, and I turned it half the degree of the angle that would create the hexagon, rotated it and created point to point from the -- the apexes of the polygons, which would create a triangular shape; and I would use a plane and cut, and I would rotate, cut again, cut again, so...

And the -- you know, everything was pretty simple. I mean, the diameter, the radius of the diameter was what the height of the pyramid was. So if I had a half-inch barrel, the radius would be quarter inch, so the height of the pyramid would be quarter inch by quarter inch. So everything was pretty straightforward.

Q. Okay. And just to put -- try and translate what you were saying in some language that's relevant to the patent that we're about to discuss, are you familiar with a, what an extension member is with respect to these dice?

the shades or whatever, so this is really hard to interpret.

I was showing you how I went about making the cuts starting from a barrel (indicating). So it looks like mush without the highlights and the shadowing, so it's kind of hard to -- but what I did was systemically went through to give an idea how I created the part itself.

Q. But all of those are a recreation?

A. Yes.

Q. Could you -- you indicated, I think, that those are not in the correct order. Could you place them in the correct order with the starting point on the top and the last one on the bottom?

A. It's hard to tell.

Q. Okay. And that's the -- these are five pages, just so the record is clear, these are pages 2 through 6 of Exhibit 3.

What are the remaining pages of Exhibit 3?

A. Well, they were better looking pictures, but these were some pictures that, trying to, to recollect my memory how the crystal shard somewhat looked in terms of has the same idea of the geometric shape but you can see how the end caps are, some are bigger or smaller. And again, this is kind of hard to tell on

this, but these are just different pictures of shards that I just pulled just to -- this is what my recollection of the natural crystal was, that somewhat represented this kind of a non-geometric shape.

Q. And when you're talking about the natural crystal, is that the, the idea that Mr. Bowling presented to you?

A. As I recall, the sketch looked somewhat like a natural crystal.

Q. Thank you.

(Deposition Exhibit No. 4 was marked for identification.)

MR. RASH: Thanks.

BY MR. TECHENTIN:

Q. Mr. Lizarraga, would you take a look at Exhibit 4, just look through the entire exhibit, please.

(Sotto voce discussion between Mr. Williams and Mr. Leach.)

BY MR. TECHENTIN:

Q. Mr. Lizarraga, have you ever seen those drawings before?

A. These specific ones or representations?

Q. Well, those specific drawings.

A. On a piece of paper this size with -- this

MR. WILLIAMS: Asked and answered.

MR. LEACH: Asked and answered.

THE WITNESS: I recall that based on the shape, the concept that I looked at, the side members were not equally identical to each other.

BY MR. TECHENTIN:

Q. And was it the case of with Mr. Bowling's initial concept that each of the surface area -- each of the surfaces of the extension member had equal surface areas to each other?

A. That was not identified to me when I looked at the sketch. It was more, here's a concept of what I would like to have. That was it.

Q. Whose idea was it to have identically shaped surfaces on the extension members?

(Sotto voce discussion between Mr. Williams and Mr. Leach.)

MR. LEACH: Objection, calls for speculation.

THE WITNESS: I believe that was my idea because I could not define a die the way the conceptual sketch looked; it looked like it had different sizes of facets. Therefore, I created each one identical. That is something I did.

///

If at the first meeting that you had with Mr. Bowling, you had been provided a detailed description of the die that is -- that was consistent with your drawings, the drawings that you made, would that have saved you time?

A. Oh, absolutely.

Q. How so?

A. I wouldn't have to sit there and try to design and figure out based on his concept what could I really come up with. I mean, that's a drafter. If you dimension out every line, every angle, you can give it to a drafter and he's going to take it and completely define, and he'll do it. There's no thought.

Q. And if you had been provided a detailed description at your initial meeting with Mr. Bowling, would you have had to do any work at home?

A. Probably not.

Q. Did you charge Mr. Bowling for all the time you spent working for him?

A. Yes.

Q. Did he pay you?

A. Yes.

MR. TECHENTIN: No further questions.

VIDEOGRAPHER: Anything else?