UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL BOWLING, A RESIDENT )OF ARIZONA, )

) Plaintiff, )

) vs. ) C.

)HASBRO, INC., A RHODE ISLAND )

CORPORATION, ) )

Defendant. )______________________________)

THE VIDEO TAPED DEPOSITION OF SUSAN LIZARRAGA

Tucson, Arizona March 17, 2006

12:16 p.m.

WENDY J. PULLIUM, RPR Certified Court Reporte

KATHY I

2819 East 22nd Street Tucson, Arizona

(520) 624-8644 Fax (520) 624-9336

you, are you talking about things that were said contemporaneously or things that he's more recently told you?

A. No. That was at that time. I knew at that time.

Q. Did you have any discussions with Mr. Lizarraga with respect to his progress in working on these dice?

A. A little bit. I mean, we didn't -- from what I recall at the time, I know that we talked about it; and I do recall him mentioning to me that the dice that he was trying to design, he had to design in a way that it would be random; I mean, there was something about the randomness of the dice that he had to design that basically. So that I think there was a problem or he had an issue with how he thought that the -- what Mr. Bowling wanted and what he was trying to achieve didn't seem to be working with what -- I am just trying to say he tried to design it so that it was random, and he didn't feel like the dice were going to be really random if he were to design them as the information that he was given.

MR. LEACH: Objection --

THE WITNESS: I don't know --

MR. LEACH: -- move to strike.

A. -- or anybody's?
I would say yes, there was more than one.
Q. Do you have any idea how long your husband worked on this project at home?
A. I don't recall exactly like a length of time or number of days, no. I couldn't say an hour, I mean, you know, within a hour time frame, like I couldn't say it was ten or 12 or 15 hours, I couldn't say it was three days. I know he did but I just don't know time frames.
Q. Do you think it was more than five hours?
A. Yes.
Q. Do you think it was more than ten?
MR. WILLIAMS: Calls for speculation.
THE WITNESS: Potentially, but I couldn't say.
MR. LEACH: Objection, calls for speculation.
BY MR. TECHENTIN:
Q. Do you know whether your husband was paid for the work that he did with Mr. Bowling?
MR. LEACH: Objection, foundation.
THE WITNESS: I would -- I know he was paid; there was talk of discussion of pay. I just don't know amounts. I don't recall amounts.