UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL BOWLING,
a Resident of Arizona,

Plaintiff ,

v. C.A. No. 05-229S

HASBRO, INC.,
a Rhode Island Corporation,

Defendant.

**SCHEDULING ORDER**

Defendant has requested a markman hearing. The following terms of the patent are: a) "being identically shaped" and b) having "equal surface areas". The Court orders the following schedule: Plaintiff shall submit its claim construction brief to Defendant by May 23, 2006. Defendant shall submit its reply to the Plaintiff by June 6, 2006. The parties shall meet and confer by June 20, 2006 and notify the Court of the result of their conference. If, as a result of this conference, the parties do not agree on construction of the terms, then the Court shall proceed to decide the issue.

Further, Defendant shall file its Motion to Correct Inventorship with the Court by May 31, 2006. Plaintiff shall simultaneously file its Objection to Defendant's Motion to Correct Inventorship and its Motion for Summary Judgment. Defendant shall simultaneously file its reply to Plaintiff's Objection to the Motion to Correct Inventorship and its Objection to Plaintiff's Motion for Summary Judgment. Finally, Plaintiff shall file its reply to Defendant's

Objection to its Motion for Summary Judgment. All Objections and Replies shall be filed within the time frames permitted by the Local Rules.

ORDER:

By: ________________________
Deputy Clerk

ENTER:

________________________
William E. Smith
U.S. District Judge

Date: 5/11/06