EXAMINATION

BY MR. TECHENTIN:

Q. Good morning, Mr. Cook. Again, my name's Jeffrey Techentin. I'm here today representing Hasbro, Incorporated, in the matter of Michael Bowling versus Hasbro. Please state your full name for the record.

A. Kevin Boyce Cook.

Q. And what is your address?

A. 1102 Royale Drive, Colorado Springs, Colorado 80910-2018.

Q. And you have been retained as an expert in this case, correct?

A. Correct.

Q. And in what capacity?

A. In a capacity to examine the Hasbro accused die and how it relates to the Bowling Patent No. 193197.

MR. LEACH: For the record, Counsel, he's been retained as an expert, one skilled in the art of dice.

MR. TECHENTIN: Okay.

MR. LEACH: I mean, that's --

Q. (BY MR. TECHENTIN) Do you agree with what?

examples of elongated dice.
A. Yes, there are elongated dice, but not like this.
Q. So what is it that distinguishes Mr. Bowling's design from what came before?
A. Thank you. You finally pointed it out to me. All elongated dice have a single side which is merely stretched. His elongated dice has stretched triangles.
Q. Anything else?
A. I believe that's what makes them unique at that time.
Q. So, for example, the concept of what's called in a patent end caps, that's a known phenomenon in dice, correct?
A. As to the patent that I read in the file history, there are at least, there is at least one other patent that references end caps.
Q. Right. And you're familiar generally with elongated dice that have features on the end which effectively prevent the die from landing on its end, correct?
A. Yes.
Q. So even if the -- even if the appearance isn't exactly the same as the end