UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

C.A. NO: 05-229S

* * * * * * * * * * * * * * * * * * * *

MICHAEL BOWLINGa Resident of Arizona,

Plaintiff,

vs.

HASBRO, INC.,

a Rhode Island Corporation,

Defendant.* * * * * * * * * * * * * * * * * * * *

DEPOSITION OF MICHAEL BOWLING, a witness called on behalf of the defendant, taken pursuant to the Rhode Island Rules of Civil Procedure, before Elizabette M. Afonso, Professional Shorthand Reporter and Commissioner for the State of Rhode Island and Providence Plantations for the Commonwealth of Massachusetts, at the law offices of Adler, Pollock & Sheehan, One Citizens Plaza, Providence, Rhode Island, commencing at 10:05 a.m. on Monday, January 16, 2006.

A. I call them crystal dice. I'm trying to, you know, promote that name "crystal dice," so that's how I would describe them "crystal dice".
If you want a specific description, we can, you know, look at the patent and go into that description, but I would call them crystal dice as opposed to you called them something earlier. What did you call them? Barrel dice. You called them barrel dice.
Q.. I called this prototype that you have here barrel die.
A. Yeah.
Q. And you took issue with that, so I'm not going to belabor it.
A. Well, I mean, that's just how I would describe it. I don't see that as a barrel. I see it as a cylinder, but that's more of a -- to me a more precise geometric shape, a cylinder as opposed to a barrel.
Q. Well, when did you first come up or conceive of a die created in the shape of this crystal die?
A. It was sometime in '97. I'd say -- I want to say summer of '97 maybe, and I was driving in my car, and as I said, I remember the cross streets. I was

in the intersection. I was at Speedway and Swan, that's an intersection in Tucson, and as I -- I don't know how, but I was working on the thesis, and I was still amending that shape, and I simply had the thought -- in my mind, I saw this rectangle, and I said, this is a long rectangle, and all I need is -- you know, I number it here on one side of that rectangle. I put my number and look at all that extra space that I have here.

And I said, it's a shame that I couldn't squeeze that extra space down into the -- and as I thought that squeezing it down, I thought of the triangle. All that surface area, and the base half -- the bottom half of the triangle, and that tapered top, and then it just -- it hit me, opposing triangles, and it just fell out just like that. And it was really exciting in the moment.

So the first thing I did when I got pulled over, I got stopped somewhere, I started drawing that, and then it just hit me that that's how it would work.

Q. Did you ever -- well, you said you drew it. Do you have those drawings anywhere?

A. No.

Q. What did you do with them?
A. I don't know. I looked for them, but I don't know where they are.
Q. When did you look for them?
A. I looked for them -- I don't know. About the time I'd say September of '99 I started trying to gather all my stuff when I first saw that Hasbro was using my design in their game.
Q. And so as of '99, you didn't have those drawings -- you couldn't locate them?
A. Right, right. I've looked.
Q. But you had them before at some point?
A. Well, I don't know. I looked in all my reference material, you know. I thought at some point I had some of these broken pieces, too. Because they were pieces of crystal, I thought they might be worth something, but I couldn't find them either, you know, broken, cracked pieces.
Q. Well, how many different drawings of this crystal die did you have -- did you make?
A. I may have sketched it a half a dozen times maybe. I have a feeling that some of the sketches probably went to a guy name Al Lazarga -- Lazara -- Lazarga.
Q. Lazaraga?

A. Thank you. He did my mechanical drawings for me. So I may have given them to him, and then he gives me back these nice, big drawings, and I didn't think to ask for a sketch or something.
Q. What did you sketch? What type of die?
A. It wasn't a die type. It was just -- it was more the image of the opposing triangles.
Q. Can you draw for me what you mean by that?
A. Yeah. See, what I had was this, right, and it would go around the page, so this may be a three, this might be four, right. But, I thought, why can't you take this same, right, and to simplify it, if you make it -- if you went here, this drives home the point of all of the room. Now you could do this.
But to make it to show how it would actually be laid out on the die, right, it might be more like this. This being here. This being part of, you know what I mean, there's another part that wraps around here that's like this, see, you know, the wraparound.
So what I did was I took this that had a small surface area, you can't hardly make a number legible to something that's doubled or more my

to change specific parts of it, I would just rather reduce, enlarge and reduce them. And as you can look at that, it looks like the ratio to the main body extension and the end caps are pretty relatively the same for all of them.

Q. Let me ask the question this way, did you ever consider using long, pointy end caps?

A. Maybe, possibly.

Q. Did you ever consider using longer and pointier end caps than what you ultimately decided to produce?

A. I might have. I guess if I did, I don't remember drawing any of them, because it didn't seem -- you see, if you try to make a long, pointy end cap, it became, again, this unsightly sort of cylinder if you made the end caps too long. Also, it might have made them a bit dangerous.

So I think pretty much the whole time I had them fairly blunted.

Q. Did you ever consider using them even shorter or more blunt than what it was that you ultimately produced?

A. I can't say much longer or more shorter was ever really considered. I just kind of sketched on paper of what I thought looked attractive, looked

A. Mm-hmm. That's fine.
Q. Did the drawings that you gave him say that the die is a certain length?
A. I don't believe I actually gave him specific length as much as drew them for him.
Q. And did it have any notation as to the size of the end cap?
A. I don't think the initial drawing did.
Q. Did it have any indication as to the relative size of the end cap and the extension member?
A. I don't recall.
Q. Did it have any indication as to the relative size of the end cap and the overall length of the die?
A. On the initial drawings, I don't recall.
Q. When did you communicate that to Mr. Lizaraga?
A. I think what he did was he just generated some drawings based on my sketches, and they looked good to me, so I went with them. And then I --
Q. Do you know if the mechanical drawings were the same as your sketches?
A. They looked real close.
Q. But you don't have the sketches anymore?
A. No.
Q. Does Mr. Lizaraga?