


B 00551