Q. Does that suggest to you that you had available to you the mechanical drawings that now appear in the '197 patent when you drafted the specification?
A. At the time I wrote that sentence, it is likely that I had drawings.
Q. And how did you figure out that there was an angle of 120 degrees between the two facets 36?
A. I don't remember specifically, but it would have either been through asking Mr. Bowling or through eyeballing it, maybe using a protractor.
Q. One possibility is Mr. Bowling told you, and another possibility would be that you yourself derived the 120-degree figure?
A. When you say "derived," I'm not sure what you mean.
Q. Decided to include that number as opposed to another number.
A. I would have included it if I thought it was accurate to reflect the embodiment that was being described.
Q. Would it be possible that you then actually took a protractor to the drawings that Mr. Bowling had provided you and measured the angle of 120 degrees?
A. That is a possibility. I don't remember,

though.

Q. You never would have, in focusing on this particular language in the specification that we've just been talking about, as a matter of standard practice, you would not have conducted an inventorship review as to that description of these dice, correct?

A. In my standard practice when I discuss draft patent applications with my client, if there is somebody else involved with something that has been described, it often will be revealed in our interactions.

Q. Let me try to ask the question again. Your testimony has been that you, in connection with inventorship reviews, you ask very specific questions to your clients to determine if in fact they are the inventor of the claims of the patent; is that correct?

A. Yes.

Q. My question here is, is it your standard practice to ask those or similar questions for each of the descriptions of an idea that occur in a specification?

A. My answer is the same as before. When I discuss draft specifications with the client, it is quite typical that if somebody else was involved in other -- in things that are described, that will come