UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL BOWLING, A RESIDENT )OF ARIZONA, )

) Plaintiff, )

) vs. ) C.

)HASBRO, INC., A RHODE ISLAND )

CORPORATION, ) )

Defendant. )______________________________)

THE VIDEO TAPED DEPOSITION OF ALBERT LIZARRAGA

Tucson, Arizona March 17, 2006

9:11 a.m.

WENDY J. PULLIUM, RPR Arizona Certified Court Rep

KATHY I

2819 East 22nd Street Tucson, Arizona

(520) 624-8644 Fax (520) 624-9336

but do you recall what your first discussion with Mr. Bowling was?
A. Not really, just that we agreed to meet and we met.
Q. Where did you meet?
A. At his residence.
Q. And what happened when you met with him?
A. Mike explained that he was interested in help with a dice that resembled a crystal.
Q. Did he tell you anything else?
A. I think he was interested in getting a couple different variations, I don't remember how many at the time at the initial meeting. And I think he mentioned that he was interested in manufacturing them.
Q. Did you talk about producing drawings for him?
A. Yes.
Q. What information did he provide you about the dice that he wanted drawings for?
A. As far as I recall, it was kind of like a hand sketch, you know, white piece of paper, and it was like a sketch of a, like a crystal shard, more of a natural crystal shard. And I think the only other information that I recall is maybe an overall length

and perhaps the diameter.

Q. What do you mean by a crystal shard?

A. He was interested in getting some dice that looked kind of like crystals.

Q. Other than telling you that he wanted a die that looked like a crystal and showing you a drawing, did he provide you with any other information at that time?

A. Not too much that I recall.

Q. What type of drawings was he looking for?

A. Just, just some views of it to kind of develop -- to me it was more like a concept, then to develop it, then different views, and then Mike laid out where he wanted the numbers on the different sides.

Q. Did he lay out where the numbers would go during your initial meeting?

A. No.

Q. Going back to that initial -- I just want to focus on that initial meeting at first.

You said that he gave you --

(Sotta voce discussion between Mr. Williams and Mr. Leach.)

MR. WILLIAMS: Did the witness respond to the question?

the facets weren't different from side to side, each one was equal from top to bottom so the center of gravity would be exactly in the middle versus having a larger side, a smaller side, you know, things like that, which is what the sketch somewhat resembled.

Q. So the A/B symmetry that you just mentioned was somehow different from what Mr. Bowling had presented to you?

A. By looking at the sketch, yes. Again, it was a sketch.

Q. Well, aside from the sketch, had Mr. Bowling made any statements to you regarding A/B symmetry or anything along those lines?

A. No.

Q. Can you explain why -- I think you testified that you couldn't -- couldn't design what was represented in Mr. Bowling's sketch, is that your testimony?

MR. LEACH: Objection, misstated testimony, leading.

THE WITNESS: Say that again.

BY MR. TECHENTIN:

Q. You indicated that you ran into problems in the process of producing Mr. Bowling's sketch to a mechanical drawing; is that correct?

MR. WILLIAMS: Calls for speculation.
MR. LEACH: Calls for speculation.
BY MR. TECHENTIN:
Q. Go ahead.
A. In the sketch itself conceptually a natural looking crystal, dice? By looking at it -- well, at the initial meeting I thought, well, maybe if I put more weight over here, made this side bigger or smaller and tried to balance it out maybe it will work; but the more I started investigating and doing some math, it's like, that's not going to work, it would always favor one side or a certain sides over the other.
Q. So was your first work on rendering Mr. Bowling's idea with an end towards creating a natural crystal shape?
MR. LEACH: Objection, leading.
THE WITNESS: When I left Mr. Bowling's residence with the document, my intention was to make the dice look like a natural crystal. That was my intention, that's what I thought he wanted. But the more I took it home and started looking at it, I was like, this is going to be tough, I can't do it.
BY MR. TECHENTIN:
Q. At some point you changed tactics?

residence again.

Q. Did you bring with you a drawing?

A. Yes.

Q. Did you bring with you more than one drawing?

A. I don't recall.

Q. Do you remember what the drawing was of?

A. A dice with some views.

Q. Do you remember how many sides that -- the -- that first drawing had?

A. No.

Q. And did you show that drawing to Mr. Bowling?

A. Yes.

Q. And how did he react?

A. Okay. He seemed to like it.

Q. Did you discuss with him the fact -- or what you have just testified about, about the fact that it didn't look like a natural crystal?

A. A little bit, as far as I recall.

Q. What was that discussion?

A. I don't recall the discussion. I just presented him with the drawing and mentioned this was the best I can do and he liked it.

Q. So what happened after that second meeting

involved?

A. No. Most of the work was done basically at my house, designing and, you know, triging out angles and lengths based on how many sides. Most of the work was done at home. Then I went in and modeled it, made the drawing.

Q. Do you have any recollection as to the total amount of time you spent on this project after you left Mr. Bowling the first time until you had a final drawing, one final drawing?

A. No. It would just be speculation. It was nine years ago, I don't recall.

Q. When you met with Mr. Bowling the second time, did he direct you to change anything about the drawing?

MR. LEACH: Objection, leading.

THE WITNESS: I don't think so.

BY MR. TECHENTIN:

Q. Do you have electronic versions of the drawings that you did?

A. I do not.

Q. Did you retain copies for yourself of the drawings?

A. Up to a certain point, but no longer.

Q. You testified a few minutes ago about

A. No.
Q. Were you aware he intended to do that?
MR. WILLIAMS: Objection, asked and answered.
MR. LEACH: Objection, asked and answered.
THE WITNESS: That he intended to go for a patent?
BY MR. TECHENTIN:
Q. Yes.
A. At any point? I don't recall.
Q. Do you have -- did you ever discuss the possibility of getting a patent for these dice with Mr. Bowling?
A. I do not believe so. With him? No.
Q. Have you ever had occasion to review patents other than this 197 patent?
A. Nope. No. Never seen another patent before.
Q. The 197 patent that you have in front of you has a number of pictures in it. Do you see those?
A. Yes.
Q. Do you recognize those pictures?
A. Yes. They're my drawings, except for the numbers on the outside.
Q. Okay. Leaving aside the numbers with lines

MR. WILLIAMS: Asked and answered.
MR. LEACH: Asked and answered.
THE WITNESS: I recall that based on the shape, the concept that I looked at, the side members were not equally identical to each other.
BY MR. TECHENTIN:
Q. And was it the case of with Mr. Bowling's initial concept that each of the surface area -- each of the surfaces of the extension member had equal surface areas to each other?
A. That was not identified to me when I looked at the sketch. It was more, here's a concept of what I would like to have. That was it.
Q. Whose idea was it to have identically shaped surfaces on the extension members?
(Sotto voce discussion between Mr. Williams and Mr. Leach.)
MR. LEACH: Objection, calls for speculation.
THE WITNESS: I believe that was my idea because I could not define a die the way the conceptual sketch looked; it looked like it had different sizes of facets. Therefore, I created each one identical. That is something I did.
///

angles in the extension member sides?

MR. LEACH: Objection, calls for speculation.

THE WITNESS: I believe that was my idea because it wasn't defined. The concept wasn't defined much more than just a hand sketch. So based on the look of the sketch --

(Interruption by jet flying over.)

COURT REPORTER: What a minute, I can't hear you.

So based on the look of the sketch, is what I've got.

THE WITNESS: Based on the conceptual sketch, I made everything as geometrically exact as I could, because there was not enough definition to the sketch that was provided to me.

BY MR. TECHENTIN:

Q. Can you explain -- and we can, you can close up the patent right now. This is a more general question about the shape of these dice.

When you were preparing these drawings for Mr. Bowling, did you give any consideration to the relative size of the extension member surfaces and the end cap surfaces?

MR. LEACH: Objection, leading and calls for

speculation.

THE WITNESS: Did I give any consideration? There was an overall -- I believe it was an overall dimension that was provided to me, and just based on the diameter of the barrel, the caps -- the diameter actually defined the height of the pyramid or the end caps on each side. So if you take that away from the overall dimension, that defines the center, the body.

BY MR. TECHENTIN:

Q. But whose idea was it to have the height of the end cap be equal to the radius of the barrel?

MR. LEACH: Objection, calls for speculation.

THE WITNESS: It was just assumed on my part.

BY MR. TECHENTIN:

Q. But did you talk to Mr. Bowling about that?

A. I don't believe so.

Q. Did he provide you with any guidance as to what the height of the end cap was supposed to be?

A. Not that I recall.

COURT REPORTER: Would you repeat that question, please.

MR. TECHENTIN: Did he provide you with any guidance as to what the height of the end cap was