UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**DECLARATION OF IRINA SLAVINA**

Irina Slavina, under penalty of perjury, declares as follows:

1. I was formerly employed as a paralegal by the firm of Adler Pollock & Sheehan, P.C., attorneys for defendant Hasbro, Inc. ("Hasbro"). I submit this declaration based on personal knowledge in support of Hasbro's motion for partial summary judgment.

2. On January 19, 2006 I placed an order for Purple Spindle 6-sided dice through an on-line store, www.paizo.com. The online listing did not have reflect any patent information. I received the order on January 23, 2006. A copy of the online ad and the receipt, along with pictures of the dice, are attached hereto at **Tab A**. As received, there was no patent information on the dice or the associated packaging.

3. In approximately the beginning of March 2006, I purchased various types of Crystal Caste dice from www.paizo.com and a Crystal Pearl White 7 Dice set from www.trollandtoad.com. I received my orders from both vendors on March 30, 2006. As received, there was no patent marking on the dice or the associated packaging. A copy of the invoice and a picture of the dice received from www.paizo.com are attached hereto at **Tab B**. A copy of the

invoice and a picture of the dice received from www.trollandtoad.com are attached hereto at **Tab C**.

4. On approximately April 4, 2006, I ordered three sets of dice from www.crystalcaste.com, specifically one 7 piece set of oblivion Crystal Dice (red), one 7 piece set of otherworld Crystal Dice (color "06042"), and one 7 piece set of pearl Crystal Dice (color "06011"). I received two sets of the dice on April 17, 2006. As received, there was no patent marking on the dice or the associated packaging. A copy of the order confirmation and invoice, and pictures of the dice are attached hereto at **Tab D**.

5. On January 19, 2006, I traveled to two stores that are listed on www.crystalcaste.com as retailers carrying Crystal Caste dice. The first store was Capital Billiards, 2024 Smith St., North Providence, RI. The salesperson told me that she had never heard the name "Crystal Caste Dice" and after thorough review of numerous assortments of available dice, she and I came to the conclusion that they did not have this type of dice in the store. I was advised, however, that Capital Billiards has another store at the Lincoln Mall, so I went to that location. That location did carry the "crystal dice," in a jar with a sticker on the jar bearing a patent number and information that the dice are a choking hazard and not suitable for children under 14 years old. The jar included "four-sided" dice that I understand are not patented. I bought two kinds of dice that I retrieved from the jar. Pictures of the jar and a picture of the dice that I purchased are attached hereto at **Tab E**. I then traveled to the Flowers by the Station store, 73 Union St., Attleboro, MA, which is listed on www.crystalcaste.com. The sales personnel told me that they had not heard of the name Crystal Caste Dice and they do not sell dice at all in this store.

6. On January 21, 2006, I traveled to three more stores identified on www.crystalcaste.com as retailers carrying Crystal Caste dice. The first store was Games People Play, 1100 Massachusetts Avenue, Cambridge MA. The Crystal Caste dice were displayed in the plastic jar. There was a sticker on the jar with a patent number, and information that the dice are a choking hazard and not suitable for children under 14 years old. There was a big crystal dragon poster sticking up from the jar. I bought 2 kinds of dice that I retrieved from the jar. A picture of the receipt and a picture of the dice that I purchased are attached hereto at **Tab F**.

7. I next went to Leavitt and Peirce, 1316 Massachusetts Avenue, Cambridge MA. Store personnel told me that they had discontinued selling Crystal Caste dice some time ago because, according to the manager, the color of the dice was not good enough.

8. The third store I went to on January 21, 2006, was Pandemonium Books and Games, 36 JFK Street, Cambridge, MA. They carried two different kinds of Crystal Caste dice. The "crystal" dice were displayed in the plastic jar bearing a sticker that read "Ugly Dice for Half Price 50 cents". There was no patent information on the jar. I purchased [##] dice that were in the jar, as well as other non-"crystal" Crystal Caste dice. A picture of the jar is attached hereto at **Tab G**.

9. On approximately January 20, 2006, I ordered a copy of Dragon Magazine Issue No. 290, which contained a sample "six-sided" die from Crystal Caste, and received the copy shortly thereafter. As received, there was no patent information on the magazine, its packaging, or the included die. A picture of the magazine is attached hereto at **Tab H**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2006, in Providence, Rhode Island.

I. Slavina

IRINA SLAVINA

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June 2006, I caused a true copy of the within to be served on the following individuals by regular mail, postage prepaid:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Of Counsel:

Thomas J. Leach, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

*383589_1*