IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION OUT OF TIME**

Plaintiff Michael Bowling ("Bowling") hereby moves for an Order of this Court allowing Bowling to file a Motion to Exclude the Expert Testimony or Alternatively, to Compel Reports and Documents Reviewed and Considered (a true copy of the Proposed Motion and supporting Memorandum of Law are attached hereto as Exhibit 1.) Under paragraph 7 of the Court's Pretrial Order, such motions were to be filed by June 7, 2006.

As grounds for this Motion, Bowling relies on the Memorandum of Law filed herewith.

Date: June 12, 2006

Michael Bowling,

By His Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Douglas J. Williams, MN (*pro hac vice*)
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

**CERTIFICATION**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that I caused a true copy of the within *Plaintiff Bowling's Motion for Leave* to be forwarded by First Class Mail to the above named counsel of record on the 12 day of June, 2006.

Theresa Benson

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION OUT OF TIME**

Pursuant to the Court's Pretrial Order and Scheduling Order, defendant Hasbro, Inc. ("Hasbro") was required to make its expert witness disclosures and reports on or before April 24, 2006. On April 24, 2006, Hasbro identified two of its employees, Messrs. Gray and Hirtle, as experts whom Hasbro intends to call at trial to present expert opinions under Federal Rules of Evidence 702, 703 or 705. Hasbro failed to provide expert reports for either expert by the Court-ordered date of April 24, 2006, failed to provide any information regarding the nature or extent of their expert testimony, and refused to provide documents revised or considered by these experts. On June 7, 2006, counsel for plaintiff Michael Bowling ("Bowling") confirmed that Hasbro intends to call Messrs. Gray and Hirtle as experts despite failing to provide the ordered expert disclosures.

Under paragraph 7 of the Court's Pretrial Order, the parties were required to file any motions within 10 days from the close of discovery, i.e. on or before June 5, 2006. As Bowling only definitively confirmed on June 7, 2006 that Hasbro still intends to call Messrs. Gray and

Hirtle notwithstanding its failure to comply with the required expert disclosures, Bowling now respectfully requests leave of Court to file a Motion to Exclude the Expert Testimony or Alternatively, to Compel Reports and Documents Reviewed and Considered.

Date: June 12, 2006

Michael Bowling,

By His Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Douglas J. Williams, MN (*pro hac vice*)
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

**CERTIFICATION**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that I caused a true copy of the within *Memorandum of Law in Support of Plaintiff Bowling's Motion for Leave* to be forwarded by First Class Mail to the above named counsel of record on the 12 day of June, 2006.

Theresa Benson