IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION OUT OF TIME**

Plaintiff Michael Bowling ("Bowling") hereby moves for an Order of this Court allowing Bowling to file a Motion to Exclude the Expert Testimony or Alternatively, to Compel Reports and Documents Reviewed and Considered (a true copy of the Proposed Motion and supporting Memorandum of Law are attached hereto as Exhibit 1.) Under paragraph 7 of the Court's Pretrial Order, such motions were to be filed by June 7, 2006.

As grounds for this Motion, Bowling relies on the Memorandum of Law filed herewith.

Date: June 12, 2006

Michael Bowling,

By His Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)