UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL BOWLING, a Resident of Arizona,

Plaintiff,

v.

HASBRO, INC., a Rhode Island Corporation,

Defendant.

C.A. No. 05-229 S

**UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO COMPEL AND FOR OTHER RELIEF OUT OF TIME AND STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME**

Defendant/Plaintiff-in-Counterclaim Hasbro, Inc. ("Hasbro") hereby moves for leave, *nunc pro tunc*, to file its Motion to Compel and for Other Relief, which was filed with the Court on June 9, 2006 (Docket Entry No. 40). Plaintiff does not oppose this motion.

Hasbro further states that it has no opposition to the Plaintiff's motion for leave to file out of time (Docket Entry No. 41).

HASBRO, INC.
By its Attorneys,

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: June 15, 2006

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, District Judge
Date: 6/15/06

6/20/06: GRANTED
USMJ

43