UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL BOWLING, a Resident of Arizona,

Plaintiff,

v.

HASBRO, INC., a Rhode Island Corporation,

Defendant.

C.A. No. 05-229 S

## WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant/Plaintiff-in-Counterclaim Hasbro, Inc. ("Hasbro") hereby withdraws, without prejudice, its motion for partial summary judgment filed on June 9, 2006. Plaintiff has no objection to the withdrawal of this motion.

6/20/06: GRANTED ABSENT OBJECTION, DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. NO. 37) IS WITHDRAWN.

USMJ

HASBRO, INC.
By its Attorneys,

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: June 15, 2006

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐
William E. Smith, District Judge
Date: 6/15/06

Of Counsel:

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005