UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL BOWLING,
a Resident of Arizona,
Plaintiff

VS. C. A. NO. 05-229S

HASBRO, INC.,
a Rhode Island Corporation,
Defendant

---------------------/

DEPOSITION OF DOROTHY ECHLIN, a witness, in the above-entitled cause, taken on behalf of the Plaintiff, pursuant to notice, before Jo Anne M. Sutcliffe, Notary Public in and for the State of Rhode Island, at the offices of Duffy, Sweeney & Scott, Ltd., One Turks Head Place, Providence, Rhode Island, on January 17, 2006, at 1:24 p.m.

APPEARANCES:

FOR THE PLAINTIFF: MERCHANT & GOULD
THOMAS J. LEACH, ESQ.
-AND-
DOUGLAS J. WILLIAMS, ESQ.

FOR THE DEFENDANT: ADLER, POLLOCK & SHEEHAN
JEFFREY K. TECHENTIN, ESQ.

engineering drawings?
A. Yes.
Q. Would they be engraved like this on the patent referring to Figure 4 like the five here? Is that what we were just talking about that could be engraved?
A. Yes, they could be.
Q. Would that be easy as an engineer, an engraved five?
A. Yes.
MR. LEACH: And that was Figure 4 of the patent, Sheet 1 of 3.
Q. How do you know it's engraved? Is that because you can see the indentations on the lines?
MR. TECHENTIN: Objection.
A. Without seeing a side view of the actual die, an actual cut through of the number, it would be difficult to say for sure if it was engraved or embossed.
Q. So like on this figure, Figure 7, Sheet 2 of 3, you would say it's engraved because you're looking down the end of it and you can see that it dips in?
MR. TECHENTIN: Objection, and I'd like





to point out for the record that now you're clearly moving through --
MR. WILLIAMS: No speaking instructions.
MR. TECHENTIN: I'll instruct her not to answer because unless you can explain to me what category this goes to.
MR. LEACH: It goes to the design.
MR. TECHENTIN: The interpretation of your --
MR. LEACH: Different strategies of designing dice.
MR. TECHENTIN: Why don't we --
MR. WILLIAMS: No stop without saying another word. You either instruct her not to answer the last question and we'll address that, or you let her answer the question as posed. You make the decision right now. No further discussion.
MR. TECHENTIN: Read the question back please?
(PREVIOUS QUESTION READ BACK BY COURT REPORTER)

MR. TECHENTIN: Object and instruct the





witness not to answer.
MR. WILLIAMS: All right. Good. Let it be.
(OFF-THE-RECORD DISCUSSION)
MR. LEACH: Back on the record.
Q. When does Hasbro usually release appropriation for a dice mold when they're in the process of having a dice made? Is it done early in the stage, late in the stage?
A. The appropriation can be released a little later in the stage than injection mold tooling for plastics because the tooling lead time is a bit shorter.
Q. So from the time that you're ready to actually have the dice made, how long in advance would the appropriations be released to have the die made and all that kind of stuff?
A. It could be anywhere from 15 to 24 weeks.
Q. Okay. Do you know if Eileen believed these to be really unique dice?
MR. TECHENTIN: Objection.
A. Yes.
Q. Did Hasbro believe that these were unique dice?
A. Yes, Hasbro believed that these were unique





dice.
Q. Did they believe that they were special?
A. Yes. They were not a standard cubic die.
Q. In terms of not being a standard cubic die, did Hasbro believe they were distinguishable from other die that they had seen to date?
A. Yes, Hasbro did believe that.
Q. Did Hasbro believe it was a significant development in dice?
A. I don't know.
Q. But Hasbro thought the design was important and thought it would sell well, correct?
MR. TECHENTIN: Objection.
A. Hasbro wasn't selling dice; Hasbro was selling Monopoly Millennium.
Q. Well, let me rephrase. Did Hasbro believe -- or it's true that Hasbro believed that these dice would contribute to the popularity and sales of the Monopoly Millennium Edition Game and that's why they included them therein, correct?
A. Yes.
Q. In fact, Hasbro believed that this shape was so unique that others would want to copy them and possibly knock them off, right?







c5204c80-1f5d-4cb9-8c4a-3875c6e6a309