UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL BOWLING,
a Resident of Arizona,

Plaintiff,

VS. C.A. NO. 05-229S

HASBRO, INC.,
a Rhode Island Corporation,

Defendant.

The videoconference deposition of MICHAEL L. GRAY, taken pursuant to the Federal Rules of Civil Procedure on April 21, 2006, by the Plaintiff at the offices of Adler, Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island, commencing at 1:03 p.m., before Theresa A. Mullaugh, RMR, Notary Public.

APPEARANCES:

MERCHANT & GOULD
BY: THOMAS J. LEACH, MN (pro hac vice)

Counsel for Plaintiff

(Via videoconference)

ADLER, POLLOCK & SHEEHAN, P.C.

BY: JEFFREY K. TECHENTIN, ESQ.

Counsel for Defendant



af9afe64-0565-431c-8827-01f9250ba2c7

to you -- I'll show you an example.
This die (indicating) is called a crooked --
Q. I can't see that.
A. It's called a crooked dice. And it's a crooked dice because it's not like a cube. It's kind of a goofy shape of -- it's like kind of a crazy cube. It's got different angles on it.
Now, I know just by common sense that when you roll this die, it's not going to land on each face totally identically because some have bigger surfaces than others. And there are -- I mean, the reason that casinos make dice that are perfectly square, have points, perfect points on them, and they silkscreen the pips on is that if you cut little gouges out, then the part of the die where the six is will have less mass than the part of the die where the one is. And that will create just a little bit of bias towards one side than another. And when you're gambling, you want that perfect so that the house odds are going to, you know, be accurate over like, you know, millions of throws.
But when you ask how many ways can I design a six-sided die, if you don't take into



consideration random sides or weight or anything else, or size or color, then it is infinite. There are an infinite number of sizes and there an infinite number of colors.
Q. Let's stick to die that -- or roughly generate random numbers. I'm not talking about casino-grade die. I'm talking about dice that are used in games. Okay?
A. Yes.
Q. Like Yahtzee or something like that. Hasbro includes dice that have six pips on one side and one pip on the other. And those aren't probably as precise as, say, casino dice or craps dice, but they're good enough for board games, correct?
A. Yes, sir.
Q. I want to go back to the odd-shaped die that you held up.
A. Okay.
Q. Can you just describe that die one more time? Is it asymmetrical?
A. Yes.
Q. And you just testified a second ago that you look at that and you can tell that it's not going to generate random numbers because it's asymmetrical, right?



A. Yes.
Q. And when you say it's just common sense that something that's asymmetrical is not going to generate random numbers, is that just with your general experience in dice?
A. It's my feeling just as a human being. I have a lot of experience with dice. But certain areas of this die are more massive. And the tendency of a larger face to stay face down and stick as opposed to continue rolling, you know, I just believe by common sense that this die, if you roll it a thousand times, wouldn't come up, you know, with one-sixth possibility on every face. I think it would be slanted towards certain faces.
Q. Mr. Gray, if you drew that dice, how it looks, and asked you to make it to generate random numbers, would your first reaction be to make the sides the same?
MR. TECHENTIN: Objection.
A. No. Your question is very unclear.
Q. How come every time Mr. Techentin objects you say the question is very unclear?
MR. TECHENTIN: Objection.
A. I don't think I did every time. Your --
MR. TECHENTIN: Let him ask a question.



A. Okay. Go ahead. Ask me a question.
Q. I will do that.
If you were to make that dice that you're holding in your hand, and it's an asymmetrical dice, this cubic-type asymmetrical dice, if that makes sense, if you were to make it roll random numbers, what would you do to that die?
MR. TECHENTIN: Objection.
Q. Would you make it symmetrical?
A. It depends. It will roll. It will generate random numbers. My point is just on this particular die, and this goes back to your question about how many ways can you design a six-sided die, and you said would you think it was infinite. If you don't take other things into consideration, like color and size, my gut feeling was that it wouldn't be infinite.
But now that I bring this dice in, I actually think it is infinite. Because all these angles can be pulled and pushed in in an infinite number of ways to generate, arguably, an infinite number of angles on this silly asymmetrical die.
Q. Okay. My question was, though, you just said it was common sense that if something is asymmetrical, it's probably not going to roll





af9afe64-0565-431c-8827-01f9250ba2c7