COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JUL 06 2006 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, Defendant. | : | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO <u>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

Defendant/Plaintiff-in-Counterclaim Hasbro, Inc. ("Hasbro") hereby moves for enlargement of the time for Hasbro to respond to the *Motion for Summary Judgment* filed by the Plaintiff. Hasbro respectfully requests through and until July 10, 2006, to respond thereto. The Plaintiff does not oppose this motion.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: July 6, 2006

GRANTED
William E. Smith
U.S. District Judge
7/7/06