UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | 4/24/06 |
| Defendant. | : | |

**EXPERT WITNESS DISCLOSURE OF HASBRO, INC.**

Pursuant to Fed. R. Civ. P. Rule 26(a)(2), Defendant/Plaintiff-in-Counterclaim Hasbro, Inc. ("Hasbro") hereby discloses the following expert witnesses whom it intends to call at the trial of this matter to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:

1. **Barry Sussman**
   Managing Director
   Huron Consulting Group
   470 Atlantic Avenue, 14th Floor
   Boston, MA 02210

A complete statement of all of the opinions to be expressed by Mr. Sussman and the reasons therefore, the data and other information considered by Mr. Sussman in forming such opinions, any exhibits to be used as a summary of or support for the opinions, Mr. Sussman's qualifications, including a list of all publications authored by Mr. Sussman within the preceding ten years, the compensation to be paid for Mr. Sussman's study and testimony, and a listing of other cases in which Mr. Sussman has testified as an expert at trial or by deposition within the preceding four years are set forth in the simultaneously-produced expert report of Mr. Sussman.

2. **Michael Gray**
Senior Director, New Product Acquisition
Hasbro Games
Hasbro, Inc.

3. **Michael Hirtle**
Vice President of Research and Development,
Inventor Relations and Product Acquisition
Hasbro Games
Hasbro, Inc.

HASBRO, INC.
By its Attorneys,

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: April 24, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April 2006, I caused a true copy of the within to be served on the following individuals in the manner indicated:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(*by hand delivery*)

Of Counsel:

Thomas J. Leach, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215
(*by electronic mail and first class mail, postage prepaid*)

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005
(*by electronic mail*)

*378691_1*