**Techentin, Jeffrey**

**From:** Techentin, Jeffrey
**Sent:** Monday, June 05, 2006 2:02 PM
**To:** 'Tom Leach'
**Cc:** White, Todd
**Subject:** RE: Bowling v. Hasbro

Dear Tom:

Your request (below) presupposes that Hasbro has waived privilege as to all materials "reviewed or received" by either of these witnesses solely by virtue of their having been designated as individuals expected to offer opinion testimony in this case. I am unaware of any authority that would support such a proposition. If you have some basis for this request (which is not grounded in the rules and procedures applicable to "specially retained" experts), please let me know that and I will consider your request in light of such information.

Thank you,

Jeffrey Techentin

-----Original Message-----
**From:** Tom Leach [mailto:TLeach@merchantgould.com]
**Sent:** Saturday, June 03, 2006 11:35 AM
**To:** jtechentin@apslaw.com
**Cc:** Tom Leach; Sarah G. Lewis; Douglas Williams
**Subject:** Bowling v. Hasbro

Dear Jeff:

Hasbro's expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2) identified Michael Grey and Michael Hirtle as experts it will call at trial. Please produce all documents that Mr. Grey and Mr. Hirtle have reviewed or received in connection with the above lawsuit. This includes, but is not limited to, documents listed on Hasbro's privilege log in which Mr. Grey and Mr. Hirtle received.

Please confirm by Tuesday, June 6, 2006, that such documents will be produced immediately. If Hasbro refuses to produce such documents, please let me know when you are available to meet and confer on this issue.

Thank you.

**Thomas J. Leach,**

**Merchant & Gould P.C.**

3200 I.D.S. Center

80 South 8th Street

Case 1:05-cv-00229-S-LDA Document 59-4 Filed 07/11/2006 Page 2 of 2

Minneapolis, MN 55402

Tel: (612) 336-4665

Fax: (612) 332-9081

tleach@merchantgould.com

www.merchantgould.com

*** This is a transmission from the law firm of Merchant & Gould and may contain information that is privileged, confidential, and protected- by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number 612.332.5300. Thank you.***

<<Tom Leach.vcf>>