**Techentin, Jeffrey**

**From:** Tom Leach [TLeach@merchantgould.com]
**Sent:** Thursday, June 08, 2006 3:58 PM
**To:** jtechentin@apslaw.com
**Cc:** Tom Leach; Sarah G. Lewis; Tony Zeuli; Douglas Williams
**Subject:** Bowling v. Hasbro: Expert Reports of Mr. Gray and Mr. Hirtle

Dear Jeff,

Per our meet and confer today regarding Hasbro's failure to provide expert reports for Mr. Gray and Mr. Hirtle, you asked that I provide you with legal authority on this point. As a professional courtesy, attached is legal authority that states that Hasbro must have provided reports disclosing the expert opinions to which Hasbro's employee-designated experts will testify.

If Hasbro still intends upon calling Mr. Gray and Mr. Hirtle as employee-experts despite its failure to provide expert reports, please let me know as soon as possible as I will have to take this matter up with the Court.

Thank you.

<<Pioneer_238_F_3d_1370.doc>> <<3M_177_F_R_D_459.doc>> <<Weil_206_F_R_D_38.doc>>

**Thomas J. Leach,**

**Merchant & Gould P.C.**

3200 I.D.S. Center

80 South 8th Street

Minneapolis, MN 55402

Tel: (612) 336-4665

Fax: (612) 332-9081

tleach@merchantgould.com

www.merchantgould.com

*** This is a transmission from the law firm of Merchant & Gould and may contain information that is privileged, confidential, and protected- by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number 612.332.5300. Thank you.***

<<Tom Leach.vcf>>