UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE

MICHAEL BOWLING,
a Resident of Arizona,
Plaintiff,
VS. C.A. NO. 05-229S
HASBRO, INC.,a Rhode Island Corporation,
Defendant.

The videoconference deposition of MICHAEL L. GRAY, taken pursuant to the Federal Rules of Civil Procedure on April 21, 2006, by the Plaintiff at the offices of Adler, Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island, commencing at 1:03 p.m., before Theresa A. Mullaugh, RMR, Notary Public.

APPEARANCES:

MERCHANT & GOULD
BY: THOMAS J. LEACH, MN (pro hac vice)
Counsel for Plaintiff
(Via videoconference)

ADLER, POLLOCK & SHEEHAN, P.C.
BY: JEFFREY K. TECHENTIN, ESQ.
Counsel for Defendant

And what I like to do is try to hit the Fair quickly so that if I spot something that really catches my eye, then I focus on that or get a copy of it before it sells out.

And then after the first day, I talk to my friends and associates, asking them what they think is hot. And then days two, three and four, I go back and do an indepth canvassing of the whole show and stop and talk to people and make contacts and introduce myself. And it's great. It's a lot of fun.

Q. So this isn't just a job. You really enjoy it?

A. Yes, sir, it's my life.

Q. Would you say -- would it be fair to say that you go to every booth?

A. Yes.

Q. Would it be fair to say that you go to every booth twice?

A. No. I walk by every booth many times, but I look at every booth to see if there's something new there that I haven't seen the year before. And many of the people there I know so I'll say hello.

Q. Did you attend the 1998 GEN CON Game Fair?

A. Yes, sir.

Q. At the 1998 GEN CON Game Fair did you visit a

booth named Crystal Caste?
A. Probably.
Q. Do you recall visiting that booth?
A. No.
Q. Have you ever met a gentleman by the name of Michael Bowling?
A. Possibly.
Q. Can you describe why you say possibly?
A. Okay. At one of the Game Fairs I bought a die from Crystal Caste. And I don't know who I bought it from, but I thought it was cool because you could wear it. And I do collect lots of dice that I think are interesting. And Mr. Bowling might have been the guy who sold me that dice -- die, sorry.
Q. Do you believe it was Mr. Bowling that sold it to you?
A. I have no idea.
Q. Have you ever bought one of Crystal Caste's crystal-shaped die?
MR. TECHENTIN: Object to form.
Answer the question.
A. What does Crystal Caste die mean?
Q. One of their crystal-shaped die.
A. I bought one die from them in my life, yes.