UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, Defendant. | : | |

## DECLARATION OF THOMAS F. MCCABE

Thomas F. McCabe, under penalty of perjury, declares as follows:

1. I am employed by the firm of Adler Pollock & Sheehan, P.C., attorneys for defendant Hasbro, Inc. ("Hasbro"). I submit this declaration based on personal knowledge in support of Hasbro's motion for partial summary judgment.

2. On June 5, 2006, I ordered two sets of dice from www.crystalcaste.com, specifically one "7 cube Crystal Oblivion – purple" and one "7 cube Crystal Otherworld – green." I received two sets of the dice on approximately June 19, 2006. A copy of the order confirmation and invoice are attached hereto at **Tab A**. Pictures of the dice and their associated packaging are attached hereto at **Tab B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2006, in Providence, Rhode Island.

THOMAS F. McCABE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July 2006, I caused a true copy of the within to be served on the following individuals in the manner indicated:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
***By Hand Delivery***

Of Counsel:

Thomas J. Leach, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215
***By First Class Mail, Postage Prepaid***

David K. S. Cornwell, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005
***By First Class Mail, Postage Prepaid***

*387154_1*