Crystal Caste
Quality Products For Serious Gamers
7931 S. Avenida De Pina
Tucson, AZ 85747-8812

1 888-322-3423 Phone
1 877-422-3423 Fax
www.CrystalCaste.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/9/2006 | 17066 |

| BILL TO |
|---|
| Thomas F. McCabe |

| SHIP TO |
|---|
| Adler Pollock & Sheehan<br>Thomas McCabe<br>1 Citizens Plaza, 8th floor<br>Providence,, RI 02917<br>401-274-7200 |

| P.O. NUMBER | TERMS | SHIP | REP | VIA |
|---|---|---|---|---|
| 414-8800 | VISA/MC | 6/9/2006 | | |

| QTY | ITEM CODE | DESCRIPTION | PRICE EA. | AMOUNT |
|---|---|---|---|---|
| 1 | 06094 | 7 cube Crystal Oblivion - purple | 9.80 | 9.80 |
| 1 | 06042 | 7 cube Crystal Otherworld - green | 9.80 | 9.80 |
| | S&H | Shipping & Handling | 5.00 | 5.00 |
| | | | **Total** | $24.60 |

Contents confirmed TM

We appreciate your business!

THANK YOU FOR YOUR ORDER !

CRYSTAL CASTE, LLC
7931 SOUTH AVENIDA DE PINA
TUCSON, AZ 85747
8883223423

VISA
CARD [redacted]9204*
EXPIRATION DATE : 10/08
DATE 06-12-2006 #007037 A
TIME 11:50:23
SALE 24.60

APPROVED 02545A
AVS: YES

CLERK : MEA
MERCH ORDER#/PURCHASE ID : McCabe,T.#17066

ITEM DESC:__________________________

X ________________________________

***[redacted]***
------------ THANK YOU ------------