05-229S

**CORRECTED CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of July, 2006, I caused a true copy of Defendant Hasbro, Inc.'s *Motion for Partial Summary Judgment* to be served on the following individuals in the manner indicated:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
***By Hand Delivery***

Of Counsel:

Thomas J. Leach, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215
***By First Class Mail, Postage Prepaid***

David K. S. Cornwell, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005
***By First Class Mail, Postage Prepaid***

___________________________

*383469_1*