UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING | : | |
| | : | |
| v. | : | C.A. No. 05-229S |
| | : | |
| HASBRO, INC. | : | |

**ORDER**

Before the Court for determination is Defendant's Motion to Compel Deposition Testimony and for Other Relief (Document No. 40). 28 U.S.C. § 636(b)(1)(A); LR CV 72(a). A hearing was held on July 20, 2006. After the consideration and for the reasons stated at the hearing, Defendant's Motion is GRANTED. Defendant may "re-depose Kevin B. Cook in Providence, Rhode Island at the Plaintiff's expense." See Fed. R. Civ. P. 30(d). Such "re-deposition" shall take place within forty-five (45) days of the date of this ORDER. Defendant's other requests for relief are DENIED.

So ordered.

LINCOLN D. ALMOND
United States Magistrate Judge
July 27, 2006