IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**DECLARATION OF MICHAEL BOWLING IN SUPPORT OF BOWLING'S MEMORANDUM IN OPPOSITION TO HASBRO'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Michael Bowling declare as follows:

1. My name is Michael Bowling. I am the owner of Crystal Caste and the sole inventor of United States Patent No. 5,938,197 ("the '197 Patent").

2. From the day the '197 patent issued until at least November 3, 1999, Crystal Caste continuously marked substantially all of the dice by placing stickers bearing the patent number in all bags of dice that were sold. Moreover, Crystal Caste provided to all its customers patent-number stickers and tubs bearing the patent-number sticker.

3. Nothing led me to believe that my products were not being properly marked as instructed. I spoke with customers who were using the patent-number stickers to mark displays holding my patented dice, and I periodically revived requests for more patent-number stickers and display tubs.

4. I have personal knowledge regarding the facts contained in this declaration.

I declare under penalty of perjury that is foregoing is true and correct.

August 2, 2006 ______

Date

Michael Bowling

**CERTIFICATION**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Declaration of Michael Bowling in Support of Plaintiff Bowling's Memorandum in Opposition to Motion for Partial Summary Judgment* was filed through the ECF system on the 2nd day of August, 2006, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing.

/s/ Christine K. Bush