IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**DECLARATION OF CLIVE JEZARD**

I, Clive Jezard, declare as follows:

1. I am the owner of Dice and Games Ltd ("Dice and Games"), which manufactures dice.

2. Dice and Games is located at Meekings Rd., Sudbury, Suffolk, CO102XE, United Kingdom.

3. Dice and Games manufacture dice for Michael Bowling's company, Crystal Caste. Dice and Games has been manufacturing dice for Crystal Caste from at least 1998 until the present.

4. I am personally familiar with the manufacturing process used to manufacture Crystal Caste's dice.

5. It would be very difficult, if not impossible, to legibly place the patent number marking, "Pat # 5,938,197" on the Crystal Caste dice given the manufacturing process used to make the dice.

6. The mold tool used to manufacture Crystal Caste dice is produced using spark erosion. The dice are then injection molded using the mold tool.

7. The Crystal Caste dice are only about 1 and 1/8th inch long and 3/8th inch in diameter. The multiple facets of the die are even smaller. Given the size of the die, the size of the lettering required to place "Pat # 5,938,197" on the die would have to be very small to fit on the die's facet and did not interfere with the die's numbering. In addition, because the die's numbering is centered on the facets, the small patent number marking would have to be near the edge of the facet.

8. As the lettering gets smaller, the spark erosion process will only provide shallow lettering on the mold tool. Thus, using spark erosion to place small lettering, such as the lettering required to place "Pat. # 5,938,197" on the die, the mold tool would produce dice with patent-number lettering that is very shallow in depth. This shallow lettering would not withstand the post molding processes.

9. After the dice are injection molded, the dice are pre-barreled to remove molding imperfection, such as split lines (lines from where the mold splits) and gate marks (marks where the plastic is injected into the mold). Pre-barreling removes material from the die on all sides, but specially around the corners. Barreling is much like sanding the die to ready it for painting and polishing. It is important to remove these molding imperfections because during the painting process the paint gets trapped in such imperfections.

10. After the molding imperfections are removed, the whole die is coated with paint. Then the die is barreled again to remove the paint from the flat surfaces leaving

paint only in the indentations, such as in the indented numerals on Crystal Caste's dice.

11. The shallow lettering that would be produced by putting "Pat # 5,938,197" on the die's facets would be removed (sanded off) in the barreling processes. Thus, the patent number could not have been placed on Crystal Caste's dice given the manufacturing process used.

12. To place the patent number on the dice, the number would have to be laser etched or printed (silk screened) on the die after the barreling process.

13. This additional manufacturing step would likely double the price of the die.

14. I have been manufacturing dice for 30 years and have never been asked to put a patent number on a die.

15. The statements made herein are on my personal knowledge of the manufacturing process used to make dice, including Crystal Caste's dice.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 1st day of August 2006.

Clive Jezard

**CERTIFICATION**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Declaration of Clive Jezard* was filed through the ECF system on the 2nd day of August, 2006, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing.

/s/ Christine K. Bush