# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL BOWLING,
a Resident of Arizona,

Plaintiff,

VS. C.A. NO. 05-229S

HASBRO, INC.,
a Rhode Island Corporation,

Defendant.

The videoconference deposition of MICHAEL L. GRAY, taken pursuant to the Federal Rules of Civil Procedure on April 21, 2006, by the Plaintiff at the offices of Adler, Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island, commencing at 1:03 p.m., before Theresa A. Mullaugh, RMR, Notary Public.

APPEARANCES:

MERCHANT & GOULD
BY: THOMAS J. LEACH, MN (pro hac vice)

Counsel for Plaintiff

(Via videoconference)

ADLER, POLLOCK & SHEEHAN, P.C.

BY: JEFFREY K. TECHENTIN, ESQ.

Counsel for Defendant



af9afe64-0565-431c-8827-01f9250ba2c7

That's included in this packet along with the Certificate of Service that goes along with that. And then attached -- and this is all paperclipped together -- attached is the Expert Witness Report of Kevin Cook.

MR. LEACH: Can you repeat that? My video was cutting out on me. I didn't hear that.

MR. TECHENTIN: The whole thing?

MR. LEACH: Yeah.

MR. TECHENTIN: I'll do it again.

MR. LEACH: Please.

MR. TECHENTIN: The first page is a fax cover sheet from you to me dated April 4th, 2006. The second page is your April 4, '06, letter to me enclosing the Plaintiff's deposition notice for Michael Gray and the Certificate of Service for that deposition notice.

The next document is your deposition notice to Michael Gray, which is dated April 4th.

THE WITNESS: Which I forgot.

MR. TECHENTIN: Next document is the Certificate of Service for the deposition notice, also dated April 4th, 2006. And then the balance of the pages are a copy of the Expert Witness Report of Kevin B. Cook.



MR. LEACH: Jeff, does that include -- does that include his claim chart, Kevin Cook's claim chart or just his expert report?

MR. TECHENTIN: It's the whole thing.

MR. LEACH: So both, both documents?

MR. TECHENTIN: If you look at it as two documents, sure.

MR. LEACH: One is incorporated into the other. But I just wanted to make sure he had that as well.

MR. TECHENTIN: Yes.

MR. LEACH: Thank you.

BY MR. LEACH:

Q. How long did you and Mr. Gray -- how long did you and Mr. Techentin speak?

A. A couple of hours this morning, and on the phone we talked briefly earlier, like a couple of weeks ago.

Q. Mr. Gray, did you ever attend a GEN CON Convention?

A. Yes, many.

Q. Is it your practice to go to them every year?

A. Yes.

Q. Do you know if you went -- can you tell me after -- starting in 1995, can you tell me which ones



you've gone to going forward?

A. Yes. All of them.

Q. What is the reason to go to -- what is the reason that you go to these GEN CON Game Fairs?

A. All right. There's several reasons. One is that it has been something that I've done for many years.

Secondly, it is that I am Hasbro's resident game expert. And I try to be on top of what's going on at GEN CON and what's going on in the hobby industry, both as an expert, and also as somebody who worked at TSR, I have a unique insight into both sides of that industry, of our industry, which is mass market and hobby. And I also look for games there that would be interesting for Hasbro to do.

Q. What do you mean by games for Hasbro to do?

A. Well, we make products for the mass market, and sometimes the hobby market will sell something that we could adapt and put - and put on television and sell many more units of for the mass market.

Q. So part of the reason you go to the GEN CON is to look for new products that Hasbro can sell possibly?



A. Yes.

Q. Are there any other reasons that you go to the game -- GEN CON Game Fairs?

A. I have many friends in the industry. I buy games. I'm a collector. Can you be more specific, please?

Q. What do you collect?

A. Games.

Q. When you say you look for games, does that include components to games as well?

A. It can. I may see a device that we could, you know, turn into a game. That's a possibility.

Q. What types of things have you seen at the GEN CON Fair that you've turned into a product for Hasbro?

A. Nothing comes to mind from GEN CON. Where Hasbro Games and the GEN CON hobby market intersect is with our war games. In the mid '80s we did a line called the Gamemaster Series, which were long complicated war games.

Q. Can you give me an example?

A. Fortress America, Shogun, and Axis & Allies, Conquest of the Empire. Those are examples.

Q. Sorry, I interrupted you. Can you continue with where you were heading with that?

A. These games are the kind of games that are

Page 18

published frequently by small-game publishers. They're historical simulations or war games. The closest thing we have to them are like Risk or Stratego.

But in the mid '80s we had a line of them. We ended up doing five different games, and it was called the Gamemaster Series. And these were games that we felt would appeal to the GEN CON crowd. So to go to GEN CON, even after the Gamemaster Series was terminated, we were always looking for things that might cross over. And I was their scout for that sort of thing.

Q. You were Hasbro's scout for new ideas and --

A. Right. And now I'm in product acquisition, so that's my full-time job.

And whereas you asked about GEN CON, and I hadn't found anything at GEN CON that we could necessarily pull over, I have brought things in from GEN CON and presented them, but they were rejected.

I travel to Europe to similar convention - to a similar convention. And I have brought products back from that convention that we've actually made.

Q. What convention in Europe?

Page 19

A. It's called Spiel, S-P-I-E-L. It's held every year in October in Essen, Germany. It's a consumer show like GEN CON, where people go and play games. And it's an opportunity for people to play games before Christmas and figure out what's fun and what they want.

Q. At Spiel what sort of things -- was there something specific you were looking for over there or was it more of this general being a scout to look for new products?

A. At Spiel I actually had another function, which was I actually sat in a room and met with inventors before it was officially my job. I was, you know, either a game designer, a game manager or a game director.

But in Europe I would sit in with inventors, and they would show me prototypes of games that they had come up with. And I built relationships with the main game inventors in Europe with my personal hope that some day we would do more strategy games, and in working with these people and giving them our catalogs and talking to them to get them to think more about the fact that they might sell more product if they studied and designed games for the American

Page 20

market, which is different.

Q. How is it different?

A. Well, the American market is a larger market. It's also very mass market and promotional driven, whereas at the time when I started, which was in the late '80s, going to Essen, there wasn't much television promotion of games at the time.

The gaming culture in Europe is different than it is in the United States. There are lots of more small-game stores. There are many more companies. And whereas in the United States a game isn't really successful unless it sells over a couple of hundred thousand units, in Europe if a game would sell 30,000 units, it would be a great number.

Q. Can you describe your typical practice when you go to a GEN CON Game Fair? Do you have a strategy in how you go around the floor or, you know, maybe look at the book and say, "I want to hit this, this, and this booth"? Can you generally describe if you have a strategy, given that you're a scout for Hasbro?

A. Sure. I walk the floor many times during the four days that I'm there. And I usually start in the left-hand corner and go up and down the aisles.

Page 21

And what I like to do is try to hit the Fair quickly so that if I spot something that really catches my eye, then I focus on that or get a copy of it before it sells out.

And then after the first day, I talk to my friends and associates, asking them what they think is hot. And then days two, three and four, I go back and do an indepth canvassing of the whole show and stop and talk to people and make contacts and introduce myself. And it's great. It's a lot of fun.

Q. So this isn't just a job. You really enjoy it?

A. Yes, sir, it's my life.

Q. Would you say -- would it be fair to say that you go to every booth?

A. Yes.

Q. Would it be fair to say that you go to every booth twice?

A. No. I walk by every booth many times, but I look at every booth to see if there's something new there that I haven't seen the year before. And many of the people there I know so I'll say hello.

Q. Did you attend the 1998 GEN CON Game Fair?

A. Yes, sir.

Q. At the 1998 GEN CON Game Fair did you visit a

booth named Crystal Caste?
A. Probably.
Q. Do you recall visiting that booth?
A. No.
Q. Have you ever met a gentleman by the name of Michael Bowling?
A. Possibly.
Q. Can you describe why you say possibly?
A. Okay. At one of the Game Fairs I bought a die from Crystal Caste. And I don't know who I bought it from, but I thought it was cool because you could wear it. And I do collect lots of dice that I think are interesting. And Mr. Bowling might have been the guy who sold me that dice -- die, sorry.
Q. Do you believe it was Mr. Bowling that sold it to you?
A. I have no idea.
Q. Have you ever bought one of Crystal Caste's crystal-shaped die?
MR. TECHENTIN: Object to form.
Answer the question.
A. What does Crystal Caste die mean?
Q. One of their crystal-shaped die.
A. I bought one die from them in my life, yes.



Q. And when did you buy that die?
A. I don't know the year, but I have the die. Would this help you determine the year?
Q. Do you have the die with you?
A. Yes, sir.
Q. Can you pull it out and see if I can look at it?
A. Yep.
MR. TECHENTIN: I don't know what the resolution is like.
Q. How would you describe that die?
A. It's a big, fat, 20-sider with a hole in it so you could wear it around your neck. I thought that was kind of cool.
Q. Do you recall if you saw a die shaped like that prior to purchasing that die?
A. No, I don't recall. I go to these shows every year. I go to several shows every year: GEN CON, Origins, Gama, Essen. And to recall what I did on any past year, it's a blur. But I bought this die because it's cool and --
Q. Aside from wearing it around your neck, what else is cool about it?
A. That's why I bought it. I actually find it hard to read. When you use it as a real die, it's -- it's not really easy to tell which die is face up,



which number is face up. So it's not a great -- it's not a useful die.
Q. Getting back to the 1998 GEN CON, --
A. Yes.
Q. -- in 1998 at that Game Fair would you have gone through your usual routine of going quickly through the floor to see what new products are there?
A. Yes.
Q. And after that would you go -- well, let me back up. If you identified a new product, would you typically purchase one of those?
MR. TECHENTIN: Object to form.
A. That's not a good question because you said if I identified a new product, would I purchase one of those. There are hundreds or maybe over a thousand new products. And I would generally buy anywhere from, I don't know, three to six things.
Q. If that booth had a lot of people in line buying a new product, would you generally try to also buy one of those products?
A. It depends if I wanted one or if I thought it was unique or not. I'll give you an example. A couple of years ago at GEN CON there was a big line of people standing in line to buy a product



from a company that publishes cartoons online. And they had published a paper copy of their cartoons, and people were all standing in line to buy that. I was curious why there was a queue. And I kind of went up to the front and I said, "What's this all about?" And they explained it to me. And I looked at the cartoons, and they didn't interest me, so I didn't buy it.
Q. Do you collect dice?
A. Yes, sir.
Q. How many dice do you have?
A. Probably several hundred.
Q. Compared to cartoons, would dice interest you more?
MR. TECHENTIN: Object to form.
Go ahead.
A. Yes.
Q. In going to these shows, because you collect dice, would you typically look for dice, in particular new dice?
A. Not in particular. But I have friends who own dice companies. And I always go to their booth and say, "Hey, what's new?"
Q. Have you ever heard any of them say these crystal dice are new, that Michael Bowling's crystal dice





af9afe64-0565-431c-8827-01f9250ba2c7