# EXHIBIT C

CRYSTAL CASTE™ The Magical Choice

August 15, 1999

The Book Stan
3895 Caulder
Beaumont, TX 77706

Dear Buyer,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice on display be labeled with our sticker identifying our patent protection. We are asking you to label your existing tubs or bins with the enclosed stickers. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065. Without this agreement, we cannot continue to sell dice to you.

Your cooperation is greatly appreciated.

Thank you,

Michael Bowling
Crystal Caste™, LLC

JENNA STANLEY — BOOK STAN — [signature] — 8-25-99
Name (please print) Company Name Signature Date

WE NEED 3 MORE PATENT PRO. STICKERS

CONFIDENTIAL

B 00701

7931 South Avenida de Piña • Tucson, AZ 85747 • Phone: (888) 3CC-DICE • Fax: (520) 647-3546