# EXHIBIT C

AUG-24-1999 21:24 BERKELELY TOP LINE SOUTH P.01

CRYSTAL CASTE™ The Magical Choice

August 15, 1999

Berkeley Topline South
17121 S. Central Ave Unit 2M
Carson, CA 90746

Dear Robert,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice out in the stores, or in your inventory, today be labeled with our sticker identifying the patent protection. We are asking you to label all of your Crystal Caste™ containers with the enclosed sticker and place one inside of each bag of dice that you have on hand. Also, please send a label to all of your retail customers with an existing supply of Crystal Caste™ dice so that they may place the sticker on our, or whatever, container our dice is in. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065.

Without this agreement, we cannot continue to sell dice to you. Your cooperation is greatly appreciated.

Thank you,

Michael Bowling
Crystal Caste™, LLC

Berkeley Top Line South | Robert J. Wa... | 8/25/99
Name (please print) Company Name | Signature | Date

CONFIDENTIAL

B 00708

7931 South Avenida de Piña • Tucson, AZ 85747 • Phone: (888) 3CC-DICE • Fax: (520) 647-3546

TOTAL P.01

EXHIBIT 8
Jensen 4-14-06