# EXHIBIT G

Merchant & Gould
An Intellectual Property Law Firm

90 South Seventh Street
Suite 3100
Minneapolis, Minnesota
55402-4131 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact 612.336.4724
jdaulton@merchant-gould.com

RECEIVED
NOV 10 1999
INTELLECTUAL PROPERTIES

November 3, 1999 **VIA CERTIFIED MAIL**

Cynthia S. Reed
Senior Vice President and General Counsel
Hasbro, Inc.
P.O. Box 1059
Pawtucket, RI 02862

Re: Patent Infringement Investigation of Hasbro
M&G 12206.4-US-AA

Dear Ms. Reed:

We represent Michael Bowling. Mr. Bowling is the owner of United States Patent No. 5,938,197. We have enclosed a copy of U.S. Patent No. 5,938,197 with this letter.

The '197 patent has claims directed to a unique type of playing dice. Hasbro is currently using, offering for sale, and selling dice that literally infringe the '197 patent.

In particular, we are aware that Hasbro is making, offering for sale, and selling a game identified as "Monopoly Millenium Edition." Contained within the game are playing dice that infringe the '197 patent. We have included with this letter as Exhibit A photographs of the Hasbro dice and the game in which the dice are used.

We also note that the dice are pictured on the box itself as well as on the Monopoly.com website. This also constitutes infringement of our client's trademark rights.

Please be advised that our client still has other United States patent applications pending. In addition, our client has patent applications pending in foreign countries.

This is a serious matter. The willful and intentionally infringing activities of Hasbro have caused and continue to cause damage to our client. Hasbro has known about our client's patent at least since September 30, 1999. We have attached as Exhibit B a photocopy of a letter that Hasbro sent to our client, referencing his patent. Hasbro was not being truthful with our client. The letter states that Hasbro games "is interested in exploring the possibility of using the die design" disclosed in our client's patent. We are

aware that Hasbro was offering for sale and selling the die design used in the Monopoly Millenium Edition before that letter was written. Although the letter states that Hasbro is interested in "exploring the possibility," Hasbro was, in fact, already offering for sale and selling the die design of our client's patent. This is tantamount to fraud.

On behalf of our client, we demand that Hasbro immediately cease and desist from making, using, selling, or offering for sell die designs covered by U.S. Patent No. 5,938,197. This would include at least the dice utilized in the Monopoly Millennium Edition game.

On behalf of our client, we demand an accounting for the following:

1. For each die having the geometry as shown in the photographs of Exhibit A, the number of dice sold by or on behalf of Hasbro since August 17, 1999;

2. For each die having the geometry as shown in the photographs of Exhibit A, the number of dice that are currently being offered for sale by or on behalf of Hasbro;

3. For each die having the geometry as shown in the photographs of Exhibit A, the number of dice that are currently in inventory for or on behalf of Hasbro; and

4. For each die having the geometry as shown in the photographs of Exhibit A, the number of dice that are currently being made by or on behalf of Hasbro.

Although our client is ready and willing to pursue his legal rights through the court system, our client is willing to reasonably resolve this dispute. Please be advised that our client has an established profit margin of 50 cents per die. We have information that indicates Hasbro is expecting to sell at least 500,000 Monopoly Millenium Edition games. With each game having a pair of dice, our client's lost profits are equal to $1 per game. The willfulness of Hasbro's infringement could very well treble the damages. Hasbro easily could be liable for at least $1.5 million. Despite this, our client is willing to negotiate a settlement. In exchange for a release for past patent infringement, and assuming sales no greater than 500.000 Monopoly Millenium Edition games with two dice each, our client will accept a royalty payment of 20 cents per die, for a total cashout payment of $200,000.

May we hear from you no later than November 15, 1999?

Very truly yours,

MERCHANT & GOULD, P.C.

Julie R. Daulton

JRD/tdm
Enclosures: U.S. Patent No. 5,938,197
Exhibits A–B