# EXHIBIT D

7931 S. Avenida De Pina
Tucson, AZ 85747
1-888-3CC-DICE phone
1-877-4CC-DICE fax

www.CrystalCaste.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/17/1999 | 204 |

PAID

| BILL TO | SHIP TO |
|---|---|
| Berkeley Topline North<br>2950 San Pablo Ave<br>Berkeley, CA 94702<br>800-424-4263 | Berkeley Topline North<br>2950 San Pablo Ave<br>Berkeley, CA 94702 |

| P.O. NUMBER | TERMS | DUE DATE | SHIP | REP | VIA |
|---|---|---|---|---|---|
| 7974 | Net 10 days | 11/27/1999 | 11/18/1999 | | UPS |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 10 | C-06-1-05-4 | Crystal/6sided/pearl/green/10 pcs | 6.45 | 64.50 |
| 10 | C-06-1-07-4 | Crystal/6sided/pearl/violet/10 pcs | 6.45 | 64.50 |
| 12 | C-10-1-99-4 | Crystal/10sided/pearl/mixed100 pcs | 64.50 | 774.00 |
| 12 | 10100 | Point of Purchase Tub Display | 0.00 | 0.00 |
| | | Invoice Subtotal | | 903.00 |
| | D25% | Distributor Discount 25% | -25.00% | -225.75 |

EXHIBIT
4
Jensen 4-14-06

B03264

**Total** $677.25