# EXHIBIT F


Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197