
LET THE POWER OF CRYSTAL GUIDE YOUR FATE...
CRYSTAL CASTE DICE
www.trolllord.c


Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197