
Crystal Caste®
www.crystalcaste.com
Crystal Caste®
www.crystalcaste.com


Crystal Caste
"Pearl"
C07C1
Patent#5938197
Crystal Caste
www.crystalcaste.com
"Otherworld"
C07C13
Patent#5938197
"Otherworld"
C07T13
Patent#5938197
"Pearl"
C07T1
Patent#5938197