IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL BOWLING,
a Resident of Arizona,

Plaintiff,

C.A. No. 05-229S

v.

HASBRO, INC.,
a Rhode Island Corporation,

Defendant.

**PLAINTIFF BOWLING'S SECOND AMENDED INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff Michael Bowling ("Bowling") hereby makes the following supplemental disclosures set forth below. These disclosures are based on information reasonably available to Bowling as of the date of these disclosures, and Bowling reserves the right to make further disclosures based on information developed in the course of discovery or factual investigation.

## I. Individuals Likely to Have Discoverable Information

The following individual is likely to have discoverable information that Bowling may use to support his claims and/or defenses. Elizabeth Bowling should be contacted solely through Bowling's counsel.

1. **Michael Bowling**: Mr. Bowling owns Crystal Caste, located at 7931 S. Avenida de Pina, Tucson, AZ 85747. He is the inventor of U.S. Patent No. 5,938,197 (the "'197 patent"). Mr. Bowling has information about the conception and reduction to practice of the claimed invention; the design, development, and/or manufacture of the dice covered by the '197 patent; and the sales and marketing of those products.

2. **Kenneth G. Bowling:** K.G. Bowling is an employee of Crystal Caste. K.G. Bowling is likely to have information regarding the events at the 1998 and 1999 Gen Con trade shows. K.G. Bowlings' address is 13630 Garrigans Gluch, Vail, AZ 85641. K.G. Bowling's phone number is 520-647-3618.

3. **Steen Jensen:** Mr. Jensen is likely to have information about Hasbro's sales of the accused dice after December 1999. Mr. Jensens' address is 1709 Curtis St. Berkeley, Cal. 94702. His work phone number is 510-540-7822.

4. **Mike Webb**: Mr. Webb is likely to have information about Hasbro's sales of the accused dice after December 1999. He resides at 803 Martz Rd. Sykesville, Ma 21784. His telephone number is 510-540-7822.

5. **Elizabeth Bowling:** Ms. Bowling is an employee of Crystal Caste. She lives at 7931 S. Avenida de Pina, Tucson, AZ 85747. She is likely to have information regarding the development of the Crystal Caste business, including the sales and marketing of the inventive dice.

6. The attorneys or others involved in or knowledgeable about the prosecution of the patent-in-suit.

Michael Bowling,
By His Attorneys,

Date: March 22, 2006

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Douglas J. Williams, MN (*pro hac vice*)
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

**CERTIFICATION**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K.S. Cornwell,Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005

I hereby certify that I caused a true copy of the within *Plaintiff's Second Amended Rule 26(a)(1) Initial Disclosures* to be to be forwarded via First Class Mail to the above named counsel of record on the 22 day of March, 2006.

Theresa Benson

H:\Clients\Bowling\Pleadings\Second Amended Rule 26(a)(1) Initial Disclosures.DOC

RECEIVED
ADLER POLLOCK
One Citiz
Providence
MAR 23 2006