# EXHIBIT

# B

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

| | | |
|---|---|---|
| MICHAEL BOWLING, | ) | |
| a Resident of Arizona, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| vs. | ) | 05-229S |
| | ) | |
| HASBRO, INC., | ) | |
| a Rhode Island Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

DEPOSITION OF STEEN JENSEN
April 14, 2006
San Francisco, California

COPY

Reported by:
EMI ALBRIGHT
RPR, CSR No. 13042
Job No. 2421

best to do. And I would say again all the while sort of doing other things that needed doing around the warehouse. But those were my main duties. That's Berkeley Game Distributors. Berkeley Topline was pretty much all ordering.

Q What were your job duties as a purchaser for Berkeley Topline?

A Maintaining inventory mostly.

Q How did you do that?

A I had a monthly cycle of inventory. Yeah, had monthly cycle of inventories. I had a clip board system where I went out and did physical counts. And about every month I would order product if I thought it was necessary. Also one of the sales guys was screaming, running out of stuff, I would jump on it, make sure we got it. Kind of kept an eye on inventory systems too.

I had a system, go out, kind of eyeball what was selling, looked at sales reports and filled gaps that came up. When new product was solicited, I would look at preorder numbers and decide how much extra we got and try to pick a number that would not bury us in the product while at the same time not running out. Inventory management, you know, keep as lean an inventory as you can so you get as many turns you can a year on your product.

Q Were you the only one at Berkeley Topline who held that position?

A Let's see. It varied. Towards the end I was -- under Berkeley Topline I was in charge of most of the table game ordering. There was kind of a collectable card thing, both sports cards and these magic -- collectable card games that other people handled. But most of everything else was responsible for.

Q Would that include dice?

A Yeah.

Q So you were the only one who was responsible for buying dice on behalf of Berkeley Topline?

A Yes.

Q That was true until you left?

A Yes. Yes. When I left, I had two or three people that were working for me, but I believe I was still ordering the dice at that time, strongly believe, yeah.

Q You mentioned that you would do physical counts of inventory. Can you explain how you did that?

A Well, I had a clip board system with basically a graph paper and columns for on hand quantities. And I would take the clip board out with a pen and I just go to the section of the warehouse where product was on the shelves and I do physical counts, six of these, six of these, seven of these. And dice, I would just count through and see how many dice we had. Sometimes I would gauge by, well, there is not many left in the bin so I will get another bag of hundred.

arriving. I just ordered them. So I have to rely on my memory of how many I ordered rather than sort of a visual memory of some little pack of dice.

Q How were the dice stored at Berkeley?

A They had these little trays. They were about yeh by yeh and about that high.

Q Just so the record is clear you are indicating it's about 6 or 7 inches square?

A Well, they would be about 7 inches long, 6 inches long, some of them are more like 4 inches long and, say, about 3 inches wide and about 2 inches high. And they were just little trays for holding dice.

Q That's the bin you were referring to before?

A Yeah, those are the bins.

Q Is that the only way in which you stocked the dice?

A Yeah, it was just too handy. It was perfect for holding dice. And I don't recall storing dice of any sort any other way other than the packaged ones, the seven packs you mentioned earlier. They would come in tubes and we would sometimes put those in small white boxes.

Q What would happen with packaging that you received from Mr. Bowling?

A Usually the dice would come in small plastic bags, and those bags would be torn open and the dice would be

poured into the bins and the plastic bag would be thrown away.

Q How would Berkeley fulfill an order for Crystal Caste dice for one of its customers?

A An order would come in and it would say I want six 10-siders and six 6-siders. And whoever was pulling the order would go back to those bins and just pull out six dice. And usually they used one of the bins themselves and they just put all the dice into that bin and then take it over to the packing tables. And there would be a checker who would come by and double check their -- and then it would be packed up and sent off to the customers.

Q How many dice of these Crystal dice would typically be ordered by one of your customers?

A Oh, again I didn't do much order pulling. But somewhere anywhere from like one to ten. Depended on the inventory management of the particular store.

Q What --

A Sales.

Q What percentage of Berkeley's customers would order in quantities of 50 or more?

A Order 50? I can't think of a single one. I don't have any recollection of an order that big. There were occasions -- I don't think they were touched on the Crystal Caste's, but there were occasions where a customer would say,

of the warehouses. That's to the best of my recollection.

MR. TECHENTIN: Mr. Leach has taken the original exhibit.

MR. LEACH: I have a few of them, actually.

BY MR. TECHENTIN:

Q I am showing you, Mr. Jensen, Exhibit 8.

A I just noticed the South.

Q What was the name of the fellow that you thought signed this?

A This is Robert Waros.

Q Did he work at the Berkeley Topline South facility at one point?

A Yes, he did. I didn't note South before. But he started in South. Then he came North and worked for me. And when he was down south for a time, he was their buyer. So I think that's what is going on here. This is something he dealt with in our southern location at some point before he came up and joined the North staff.

Q And the date next to the signature is 8/25 of 1999?

A Yes.

Q Is that when Mr. Waros was working at South?

A I don't know when did he come up north -- I would -- it must have been because he seems to be acting as the buyer down south when he signs this thing. I don't