# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL BOWLING, :
a Resident of Arizona, :
:
Plaintiff, : C.A. No. 05-229S
:
v. :
:
HASBRO, INC., :
a Rhode Island Corporation, :
:
Defendant. :

**PLAINTIFF'S ANSWERS TO**
**HASBRO, INC.'S FIRST SET OF INTERROGATORIES**

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff, Michael Bowling ("Plaintiff" or "Bowling"), responds to Hasbro, Inc.'s ("Defendant" or "Hasbro") First Set of Interrogatories. Discovery in this case is still ongoing, and Plaintiff reserves the right to supplement or amend his responses.

**GENERAL OBJECTIONS**

1. Plaintiff objects to Defendant's interrogatories to the extent that the responses require the production of Plaintiff's confidential and proprietary business information. Plaintiff will produce the materials it has agreed to produce only after entry of a suitable Protective Order, and such materials will be produced subject to that Protective Order.

2. Plaintiff objects to each interrogatory to the extent that they purport, through definitions or otherwise, to impose unduly burdensome requirements on the Plaintiff, and which exceed the scope of reasonable and permissible discovery under the Federal Rules of Civil Procedure.

game. Plaintiff, however, was unaware that the Beholder monster was created, owned, or copyrighted by Hasbro.

Plaintiff was unaware of Dungeons & Dragons' version of a Cockatrice or that its version was copyrighted until after being served with Hasbro's Counterclaims. Moreover, Plaintiff believes that a Cockatrice is a mythical/biblical creature that existed long before Dungeons & Dragons' version of a Cockatrice was created.

Plaintiff is unaware of a "Mind Flager." However, to the extent that Hasbro meant "Mind Flayer" in the above Interrogatory, Plaintiff states that he became aware of the monster Hasbro alleges is a "Mind Flayer" through the process of selling the accused eM-4 Miniatures. Bowling, however, was unaware that such a monster was copyrighted or that Hasbro owned copyrights in the monster figure it calls a "Mind Flayer."

**INTERROGATORY NO. 18**

State whether any die manufactured or sold under Patent '197 carried any notice of the type described in 35 U.S.C. § 287, either on the product or its packaging and, if so, explain where the patent designation may be found and state in detail which dice bore such notice.

**ANSWER**

Subject to the General Objections, a sticker bearing the '197 patent number was placed on all packaging for the dice covered by the '197 patent. Moreover, stickers bearing the '197 patent number was affixed to containers where the dice were sold. Plaintiff will produce documents according to Rule 33(d) of the Federal Rules of Civil Procedure responsive to this request.

**INTERROGATORY NO. 19**

State in detail Bowling's experience with Dungeons and Dragons, including without limitation whether he has played the game and, if so, during what time period(s) he played the game, and with whom he played the game.

**ANSWER**

Subject to the General Objections, Plaintiff was first introduced to Dungeons & Dragons in about 1988. Plaintiff played on and off in a group for the next 5 years. During that time there were players who came and went from the group. A few of the regular players were Mark Alexander, Robert Brubaker, Larry Kull, Marianne Nelson and Tulley Straub.

As to Objections
Michael Bowling,
By his attorneys,

Craig M. Scott, Esq. (R.I. Bar #4237)
Christine K. Bush, Esq. (R.I. Bar #5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Douglas J. Williams, *pro hac vice*
Thomas J. Leach, *pro hac vice*
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300

Dated: October 20, 2005

## Verification

Michael Bowling, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the foregoing answers are accurate to the best of his present knowledge and information.

Date: 10/19/05
Place: Tuscon, Arizona

By: [signature]
Michael Bowling

**CERTIFICATION**

TO:

Todd D. White, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

I hereby certify that I caused a true copy of the within *Response to First Set of Interrogatories* to be to be transmitted by First Class Mail to the above named counsel of record on the 20 day of October, 2005.

Theresa Benson

K:\CLIENTS/Bowling/Hasbro/Pleadings\Response to Hasbro's 1st Interrogatories.DOC