# EXHIBIT D

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

Merchant & Gould

An Intellectual Property Law Firm

A Professional Corporation

Direct Contact
612.336.4665
Thomas J. Leach
tleach@merchantgould.com

August 8, 2006

***Via Facsimile***

Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

***Re:*** ***Bowling v. Hasbro, Inc.***
***C.A. No. 05-229S***
***M&G File No. 12206.4-US-ZA***

Dear Jeff:

This letter confirms our telephone conversation of yesterday regarding Hasbro's concerns with Mr. Jezard, a third party from which Bowling purchases his dice. First, contrary to your assertion, Bowling disclosed Mr. Jezard early in its document production. As such, Hasbro has had ample opportunity to obtain discovery from Mr. Jezard.

Second, while Hasbro has always known that Bowling claimed damages because he properly marked under 35 U.S.C. § 287, Hasbro, for the first time in its motion for partial summary judgment, claims that Bowling's failure to directly mark the dice with the patent number is dispositive of the marking issue. It is not. As a matter of law, Bowling is not required to mark his dice directly, as marking the packaging complies with 35 U.S.C. § 287. *Sessions v. Romadka*, 145 U.S. 29, 50 (1892) ("It is not altogether clear that the stamp could not have been made upon the smaller sizes [of trunk catches], but, in a doubtful case, something must be left to the judgment of the patentee, who . . . affix[ed] a label to the packages in which the fasteners were shipped and sold."); *Metrologic Instruments., Inc. v. PSC, Inc.*, No. 99-4876, 2004 U.S. Dist. LEXIS 24949, at *57 (D. N.J. Dec. 13, 2004) (marking the packaging is sufficient even though it is physically possible to place the patent number on the article); *Wayne-Gossard Corp. v. Sondra Mfg. Co.*, 579 F.2d 41, 43 (3d Cir. 1978) (finding that despite being able to mark socks, marking the packaging satisfied the notice requirement of § 287); *Rutherford v. Trim-Tex, Inc.*, 803 F.Supp. 158,

162 (N.D. Ill. 1992). Thus, whether the dice are capable of being marked is not dispositive of the issue. As a matter of fact, however, Mr. Jezard stated in his declaration that Bowling's dice could not be marked given the manufacturing process used. Moreover, Hasbro cannot raise a new issue and expect Bowling not to address it, especially where Hasbro's assertion has no basis in law or fact.

Third, as we do not represent Mr. Jezard, we cannot present him for a deposition in Providence, RI. However, we are willing to cooperate with Hasbro in securing his deposition before Hasbro's reply brief is due. Moreover, as you are aware his appearance at trial is purely voluntary. As such, should Mr. Jezard agree to testify at trial, we would agree to Hasbro taking a short deposition of Mr. Jezard related to his declaration the day before trial.

Finally, Mr. Jezard's declaration is not expert testimony. He is merely a third-party fact witness. Mr. Jezard owns Dice and Games Ltd., which manufactures the dice for Bowling. In his declaration he provides facts related to the manufacture of Bowling's dice. Unlike someone who is "specifically retained" to provide expert opinions, Mr. Jezard is simply stating the facts to which he has personal knowledge.

Sincerely,

Thomas J. Leach

TJL:aer

cc: Craig Scott (via facsimile)

MEMORY TRANSMISSION REPORT

PAGE : 001
TIME : AUG-08-06 11:10AM
TEL NUMBER1 : 6123329081
TEL NUMBER2 : 6123329081
NAME : Merchant & Gould

| | | |
|---|---|---|
| FILE NUMBER | : | 399 |
| DATE | : | AUG-08 11:09AM |
| TO | : | ☎914017510604 |
| DOCUMENT PAGES | : | 005 |
| START TIME | : | AUG-08 11:09AM |
| END TIME | : | AUG-08 11:10AM |
| SENT PAGES | : | 005 |
| STATUS | : | OK |

FILE NUMBER : 399 *** SUCCESSFUL TX NOTICE ***

Merchant & Gould
An Intellectual Property Law Firm

Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

Fax Transmission | August 8, 2006

| | | | |
|---|---|---|---|
| To: | Jeffrey K. Techentin | From: | Thomas J. Leach |
| Company: | Adler Pollock & Sheehan P.C. | Our Ref.: | 12206.4USZA |
| Your Ref: | | Fax No.: | 612.332.9081 |
| Fax No.: | 401.751.0604 | Phone No.: | 612.332.5300 |
| Phone No.: | 401.274.7200 | Total Pages: | 5 (Including Cover Sheet) |
| State/Country: | | E-Mail: | tleach@merchantgould.com |
| Confirmation Via Mail: | ☐ Yes ☒ No | Return Fax To: | |

Document Transmitted: Correspondence dated August 8, 2006.

This transmission contains information that is confidential and/or legally privileged. It is intended for use only by the person to whom it is directed. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us.

If you did NOT receive all of the pages, please call us in the U.S.A. at 612.332.5300 or fax us at 612.332.9081.