# Electrical discharge machining

From Wikipedia, the free encyclopedia

**Electrical discharge machining** (or **EDM**) is a machining method primarily used for hard metals or those that would be impossible to machine with traditional techniques. One critical limitation, however, is that EDM only works with materials that are electrically conductive. EDM can cut small or odd-shaped angles, intricate contours or cavities in extremely hard steel and exotic metals such as titanium, hastelloy, kovar, inconel and carbide.


Electrical Discharge Machine

Sometimes referred to as **spark machining** or **spark eroding**, EDM is a nontraditional method of removing material by a series of rapidly recurring electric arcing discharges between an electrode (the cutting tool) and the work piece, in the presence of an energetic electric field. The EDM cutting tool is guided along the desired path very close to the work but it does not touch the piece. Consecutive sparks produce a series of micro-craters on the work piece and remove material along the cutting path by melting and vaporization. The particles are washed away by the continuously flushing dielectric fluid.

There are two main types of EDM machines, ram and wire-cut.

## Contents


- 1 Ram EDM
  - 1.1 Prototype production
  - 1.2 Coinage die making
- 2 Wire-cut EDM
- 3 See also
- 4 External links


## Ram EDM

### Prototype production

The EDM process is most widely used by the mold-making tool and die industries, but is becoming a common method of making prototype and production parts, especially in the aerospace and electronics industries in which production quantities are relatively low. In ram EDM, a graphite or beryllium copper electrode is machined into the desired (negative) shape and fed into the workpiece on the end of a vertical ram.

### Coinage die making

For the creation of dies for producing jewelry and badges by the coinage (stamping) process, the positive master may be made from sterling silver, since (with appropriate machine settings) the master is not significantly eroded and is used only once. The resultant negative die is then hardened and used in a drop hammer to produce stamped flats from cutout sheet blanks of bronze, silver, or low proof gold alloy. For badges these flats may be further shaped to a curved surface by another die. This type of EDM is usually performed submerged in an oil-based dielectric. The finished object may be further refined by hard (glass) or soft (paint) enameling and/or electroplated with pure gold or nickel. Softer materials

such as silver may be hand engraved as a refinement.



EDM control panel (Hansvedt machine). Machine may be adjusted for a refined surface (electropolish) at end of process.


Master at top, badge die workpiece at bottom, oil jets at left (oil has been drained). Initial flat stamping will be "dapped" to give a curved surface

## Wire-cut EDM

In Wire-cut EDM, a thin single-strand metal wire, usually brass, is fed through the workpiece. The wire, which is constantly fed from a spool, is held between upper and lower guides. The guides move in the *x–y* plane, and on almost all modern machines the upper guide can also move independently giving rise to the ability to cut tapered and transitioning shapes (circle on the bottom square at the top for example). This gives the wire-cut EDM the ability to be programmed to cut very intricate and delicate shapes. The wire-cut uses water as its dielectric with the water's resistivity and other electrical properties carefully controlled by filters and de-ionizer units.



Wire cut machine


Wire cut examples

## See also

- Electro chemical machining

## External links

- Research carried on EDM process (http://www.fs.uni-lj.si/lat/edm/index.html)
- When Should You EDM? (http://www.charmillesus.com/harrymms.cfm)
- New Arc Detection Technology for Highly Efficient Electro-Discharge Machining (http://erosion.de/Wissenswertes/mwkcirp97.pdf)

 **Metalworking:**

| | |
|---|---|
| **Milling and machining:** | **Electrical discharge machining** \| Electro chemical machining \| Endmill \| Engraving \| Hobbing machine \| Lathe \| Machine tool \| Machining \| Milling cutter \| Milling machine \| Planer \| Pantograph \| Shaper |
| **Metalworking topics:** | Casting \| CNC \| Cutting tools \| Drilling and threading \| Fabrication \| Finishing \| Grinding \| Jewellery \| Lathe (tool) \| Machining \| Machine tooling \| Measuring \| Metalworking \| Hand tools \| Metallurgy \| Milling \| Occupations \| Press tools \| Smithing \| Terminology \| Welding |

Retrieved from "http://en.wikipedia.org/wiki/Electrical_discharge_machining"

Categories: Machining | Metallurgy

- This page was last modified 21:34, 11 August 2006.

- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.