UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

C.A. NO: 05-229S

* * * * * * * * * * * * * * * * * * *

MICHAEL BOWLING
a Resident of Arizona,

Plaintiff,

vs.

HASBRO, INC.,
a Rhode Island Corporation,

Defendant.
* * * * * * * * * * * * * * * * * * *

DEPOSITION OF MICHAEL BOWLING, a witness called on behalf of the defendant, taken pursuant to the Rhode Island Rules of Civil Procedure, before Elizabette M. Afonso, Professional Shorthand Reporter and Commissioner for the State of Rhode Island and Providence Plantations for the Commonwealth of Massachusetts, at the law offices of Adler, Pollock & Sheehan, One Citizens Plaza, Providence, Rhode Island, commencing at 10:05 a.m. on Monday, January 16, 2006.

you're describing on Exhibit 18 in August of 1999
when the patent first issued, or is this something
you came up with later?
A. I don't believe so. This was, I think, later.
Because it's the Otherworlds, I don't think we had
the Otherworld style in that time period.
Q. Did you explore any packaging alternatives that
would allow you to mark each die?
A. Nothing was viable.
Q. What did you consider?
A. Well, the price point was so small, you couldn't
sell them singlely.
Q. You sold the dice singlely, correct?
A. At trade shows on a table.
Q. But the retailers sell them singlely, correct?
A. Right.
Q. So why does the price point make any difference in
terms of being able to mark them?
A. Well, on one hand, I have the cost of the tub for
50 pieces as opposed to a placard for 50 singles.
Plus, I don't believe retailers would want bulky
packaging, you know, for single dice.
The most efficient way was how all the
other single dice were being sold, which was in

bins, so that's why, you know, I pursued that method.

Q. Did you seek any advice with respect to the manner in which you were marking these items with the patent number?

A. Advice from? I'm not sure --

Q. Anyone.

A. The only ones I talked over marking was with my attorneys.

Q. Did you consult with your attorneys with respect to the decision to put stickers on these bins?

A. I believe that's privileged. Is that privileged?

Q. It's a yes or no question. If the answer is yes, I'll probably stop, but it's a yes or no question as to whether you consulted with them?

A. I don't know to be honest. I wish I could say yes or no. I don't recall. I know we talked about labeling.

Q. Okay. Did you consult with anyone else other than your attorneys with respect to how you should mark these dice with your patent number?

A. No.

Q. Is there any reason why you couldn't package these dice in a small plastic bag?