US005938197A

# United States Patent [19]

**Bowling**

[11] **Patent Number: 5,938,197**

[45] **Date of Patent: Aug. 17, 1999**

[54] **RANDOM NUMBER GENERATOR FOR GAME PLAYING**

[76] Inventor: **Michael A. Bowling**, 7931 S. Avenida de Pina, Tucson, Ariz. 85747

[21] Appl. No.: **09/003,246**

[22] Filed: **Jan. 6, 1998**

[51] **Int. Cl.**[6] ........ **A63F 9/04**

[52] **U.S. Cl.** ........ **273/143 A**; 273/146

[58] **Field of Search** ........ 273/143 A, 146

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 267,569 | 1/1983 | Polite | D21/41 |
| 1,271,551 | 7/1918 | Ebner et al. | 273/146 |
| 1,795,562 | 3/1931 | King et al. | 273/146 |
| 4,239,226 | 12/1980 | Palmer | 273/146 |
| 5,150,900 | 9/1992 | Onzo | 273/146 |
| 5,203,562 | 4/1993 | Smith | 273/146 |
| 5,224,708 | 7/1993 | Gathman et al. | 273/146 |

*Primary Examiner*—Benjamin H. Layno
*Attorney, Agent, or Firm*—Merchant, Gould, Smith, Edell, Welter & Schmidt, P.A.

[57] **ABSTRACT**

A die construction includes a body having first and second, opposite end caps and an extension member therebetween. The extension member has a first number of discrete facets and no more than the first number. Each of the discrete facets is identically shaped and have equal surface areas. The first end cap has a second number of discrete facets and no more than the second number. The second number is one-half of the first number. Each of the first end cap discrete facets is identically shaped and has an equal surface area to one another. The second end cap has the second number of discrete facets, that is, the same number as the first end cap, and has no more than the second number. Each of the second end cap discrete facets is identically shaped as the first end cap discrete facets. Each of the second end cap discrete facets has a surface area equal to a surface area of each of the first end cap discrete facets.

**20 Claims, 3 Drawing Sheets**



FIG. 3




FIG. 5




FIG. 2




FIG. 1




FIG. 4



FIG. 9




FIG. 7




FIG. 8




FIG. 6






FIG. 13




FIG. 11




FIG. 12




FIG. 10

# RANDOM NUMBER GENERATOR FOR GAME PLAYING

## FIELD OF THE INVENTION

The present invention relates to devices for game playing. More particularly, the present invention relates to a random number generator for game playing. Specifically, the present invention relates to a die construction.

## BACKGROUND OF THE INVENTION

There are numerous devices of different types that are useful for selecting at random a number, letter, or other character. Many of these are in the form of a die.

The traditional playing die is a cube-shaped, six-sided member. Through the years, dice of more than six sides have been developed, as the demand in various games of chance have necessitated. In U.S. Pat. No. 1,271,551 to Ebner, et al., a game die is disclosed in the form of an octagonal, rolling cylinder. U.S. Pat. No. 5,150,900 to Onzo discloses a heptahedron-shaped rolling cylinder for generating a random number.

Improvements are desirable.

## SUMMARY OF THE INVENTION

The present invention is directed to a die construction that substantially obviates one or more of the problems due to the limitations and disadvantages of the prior art.

To achieve the advantages of the invention, and in accordance with the purposes of the invention, as embodied and broadly described herein, the invention comprises a die construction. The die construction includes a body having first and second, opposite end caps and an extension member therebetween. The extension member has a first number of discrete facets and no more than the first number. Each of the discrete facets is identically shaped and have equal surface areas. The first end cap has a second number of discrete facets and no more than the second number. The second number is one-half of the first number. Each of the first end cap discrete facets is identically shaped and has an equal surface area to one another. The second end cap has the second number of discrete facets, that is, the same number as the first end cap, and has no more than the second number. Each of the second end cap discrete facets is identically shaped as the first end cap discrete facets. Each of the second end cap discrete facets has a surface area equal to a surface area of each of the first end cap discrete facets.

Preferably, each of the extension member discrete facets includes printed indicia thereon. For example, this may take the form of a numbers or other markings, such as polka dots. The printed indicia indicate what number has been randomly generated.

In preferred arrangements, each of the extension member discrete facets is tapered. More preferably, each of the extension member discrete facets is triangular-shaped.

In certain preferred embodiments, each of the first and second end cap discrete facets is tapered. More preferably, each of the first and second end cap discrete facets is triangular-shaped.

In one preferred embodiment, the number of facets of the extension member is six. In such arrangements, the second number, that is, the number of discrete facets on the first end cap, is three. Three is also the number of discrete facets on the second end cap.

In other preferred arrangements, the number of facets of the extension member is **10**, while the number of facets of each of the end caps is five.



In still other arrangements, the number of discrete facets of the extension member is **20**, while the number of discrete facets for each of the end caps is **10**.

Preferably, a ratio of a surface area of each of the extension member facets to a surface area of each of the first end cap discrete facets is about 2–3:1.

In preferred arrangements, the number of facets of the first end cap is equal to one-fourth of the total number of facets on the entire die construction. That is, the number of facets of the first end cap may be determined by totaling the number of facets of the first end cap, plus the number of facets of the second end cap, plus the number of facets of the extension member and then dividing that total by four. In such arrangements, the first and second end caps have an equal number of facets.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory only and are not restrictive of the invention, as claimed. The accompanying drawings, which are incorporated in and constitute a part of this specification, illustrate example embodiments of the invention and together with the description, serve to explain the principles of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a top plan view of a first embodiment of a die, embodying the present invention;

FIG. **2** is an end view of the die of FIG. **1**, embodying the present invention;

FIG. **3** is an end view opposite of the FIG. **2** end view, embodying the present invention;

FIG. **4** is a perspective view of the FIG. **1** embodiment, embodying the present invention;

FIG. **5** is a side elevational view of the die of FIG. **1**, embodying the present invention;

FIG. **6** is a perspective view of a second embodiment of a die construction, embodying the present invention;

FIG. **7** is an end view of the die of FIG. **6**, embodying the present invention;

FIG. **8** is a side elevational view of the die of FIG. **6**, embodying the present invention;

FIG. **9** is a side elevational view of the die construction of FIG. **6**, embodying the present invention;

FIG. **10** is a perspective view of a third embodiment of a die construction, embodying the present invention;

FIG. **11** is an end view of the die construction depicted in FIG. **10**, embodying the present invention;

FIG. **12** is a side elevational view of the die construction depicted in FIG. **10**, embodying the present invention; and

FIG. **13** is a side elevational view, similar to that depicted in FIG. **12**, but rotated, embodying the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the present preferred embodiments of the invention, examples of which are illustrated in the accompanying drawings.

In accordance with the invention, the invention is directed to a die construction. As embodied herein, a first embodiment of a die construction is shown generally in FIGS. **1**–**5** at **20**. Die **20** includes a body construction **22** with a pair of opposite end members or end caps **24**, **26**. In extension between first and second end caps **24**, **26** is a display member or extension member **28**.

Extension member **28** functions to display indicia such as polka dots, or numbers or digits **30**. The indicia **30** displayed is indicative of the number generated after rolling die construction **20**.

The extension member **28** includes a plurality of discrete facets **32**. Preferably, each of the discrete facets **32** are identically shaped and have equal surface areas to each other. That is, each of facets **32** has a surface area which is equal to and no greater and no less than the surface area of any other of the facets **32**. Each of facets **32** is angled relative to an adjacent facet **32** to define corner or edge surfaces **34**. Each of facets **32** is angled relative to its adjacent facet **32** at an equal angle as every other angle between facets **32**. In this particular embodiment, there are six facets **32** and no more than six facets. That is, in the embodiment illustrated in FIGS. **1–5**, extension member **28** consists essentially of six facets **32**. The angle between adjacent facets **32** is, therefore, 60°. That is, the angle between each adjacent facet **32** is equal to 360° divided by the total number of facets in the extension member **28**. Because there are a total number of six facets **32** in extension member **28**, the angle between each adjacent facet **32** is 360° divided by six, which is 60°.

Preferably, each of the extension member facets **32** is configured and arranged to display clear, readable indicia. In particular, the shape of each of facets **32** is advantageous over existing die constructions in that facets **32** allow for the display of a larger, more legible number or indicia **30**. While a variety of working embodiments are contemplated, in the illustrated embodiment, facets **32** have a tapered shape and configuration. That is, facets **32** are not rectangular. Preferably, facets **32** are triangular-shaped. That is, facets **32** have no more than three sides, each side being a straight edge. In other words, facets **32** are defined by, and bordered by, an outer periphery, which consists essentially of three straight sides. This provides for a trianglular-shaped facet **32**.

In reference now to FIG. **2**, the first end cap **24** is illustrated. The first end cap **24** includes a plurality of discrete facets **36**. In particular, first end cap **24** includes one-half of the number of facets of the extension member **28**. In the illustrated embodiment, the extension member **28** has six facets **32**. Therefore, the first end cap has three discrete facets, and no more than three facets **36**. In other words, first end cap **24** consists essentially of three facets **36**. Stated another way, the ratio of the number of facets of the extension member to the number of facets of the first end cap is 2:1.

Each of the first end cap facets **36** is identically shaped to every other facet **36** of the first end cap. Further, each of the first end cap facets **36** has a surface area equal to the surface area of every other facet **36** of the first end cap **24**.

Each of the first end cap facets **36** is angled relative to an adjacent end cap facet **36** to define corner or edge surfaces **38** therebetween. In the particular embodiment illustrated, each of facets **36** is angled relative to its adjacent facet **36** by an angle of 120°. That is, the angle between adjacent facets **36** is equal to 360° divided by the number of facets, in this case, three. Further, the angle between adjacent facets **36** of the first end cap **24** is equal to two times or twice the angle between adjacent facets **32** of the extension member **28**. Stated another way, the ratio of the angle between adjacent facets **32** in the extension member to the angle between adjacent facets **36** in the first end cap **24** is 1:2.

Each of the first end cap facets **36** is non-rectangular and non-circular. Specifically, each of the first end cap facets **36** is tapered. In the particular embodiment illustrated, each of the first end cap facets **36** is triangular-shaped. That is, each of the first end cap facets is defined by, or bordered by, a periphery of three connected straight edges. In this way, the first end cap facets **36** are defined by a triangular border, consisting essentially of three straight edges.

In reference now to FIG. **3**, the second end cap **26** is illustrated. Second end cap **26** is shaped identically to the first end cap **24**. That is, second end cap **26** includes three discrete facets **40**, identically shaped to each other, and identically shaped as first end cap facets **36**. As with the First end cap **24**, the second end cap **26** has the three facets **40**, and has no more than the three facets **40**. Also as with the first end cap **24**, the second end cap **26** includes half of the number of facets as the number of facets **32** of the extension member **28**, i.e., the ratio of facets of the extension member **28** to facets of the second end cap **26** is 2:1.

Second end cap facets **40** are angled relative to adjacent facets **40** to define corners or edges **42** therebetween. As with the first end cap **24**, the second end cap **26** is arranged such that the angle between adjacent facets **40** is equal to 360° divided by the number of facets (three, in the illustrated example). Therefore, second end cap facets **40** define an angle of 120° with the adjacent second end cap facet **40**.

As mentioned above, second end cap facets **40** are identical in shape and appearance to first end cap facets **36**, in the illustrated embodiment. As such, second end cap facets **40** are tapered. In particular, second end cap facets **40** are triangular-shaped, preferably having three non-curved, straight sides.

Referring again to FIG. **1**, it can be seen that first end cap facets **36** are out of phase with second end cap facets **40**. That is, the first end cap facets **36** are oriented relative to the second end cap facets **40** in an unsynchronized manner; they are not in correlation with each other. As can be seen in FIG. **1**, one total facet **40** of the second end cap **26** is visible, while, in the same view, two skewed views of facets **36** of the first end cap **24** are visible.

The inventor has discovered that the configuration of the die **20** is advantageous. In particular, the shape of the end caps **24, 26** provides for more bounce when dropping die **20** onto a surface. That is, to generate a random number, the user holds die **20** above a surface at a sufficient distance, such that when die **20** is dropped onto the surface, die **20** rolls before eventually resting upon one of the facets **32** of the extension member **28**. The number or indicia **30** displayed on the facet **32** which is in the uppermost position is the number which has been randomly generated. The shapes of the end caps **24, 26** provide for more bounce and randomness when die **20** is dropped onto a surface. The tapered, triangular shapes of end caps **24, 26** provide for surfaces which can abut and engage the surface on which die **20** is being dropped, to create a more interesting and amusing outcome.

Die **20** is constructed such that the center of mass of die **20** is in the precise center of symmetry of die **20**. By "center of symmetry", it is meant a point that is related to a geographical figure in such a way that for any point on the figure, there is another point on the figure such that a straight line joining the two points is bisected by the original point. Each of the surface areas of discrete facets **32** of extension member **28** are equal. The combination of the center of symmetry being the center and the equal surface areas of facets **32** provides for a fair playing die. That is, no one facet **32** is more likely to be rolled than any other of the facets **32**.

Preferably, each of the facets **32** has a surface area of about 0.0089 to 0.89 sq. in., typically about 0.089 sq. in.

Preferably, each of the first end cap facets **36** has a surface area of about 0.0033 to 0.33 sq. in., typically about 0.033 sq. in. As such, the ratio of the surface area of the extension member facets **32** to the surface area of each of the first end cap facets **36** is about 2.7:1. The second end cap facets **40** are identical to the first end cap facets **36**. Therefore, the second end cap facets **40** each have a surface area of about 0.0033 to 0.33 sq. in., typically about 0.033 sq. in. The ratio of the surface area of the facets **32** of the extension member **28** to the surface area of each of the second end cap facets **40** is about 2.7:1.

Die **20** is useful for generating a random number. In the illustrated embodiment, there are six discrete facets **32** on the extension member **28**. Each of the facets **32** has indicia **30** thereon, and in the illustrated embodiment, this indicia **30** is a numerical integer from one to six, inclusive. Upon shaking or rolling the die **20**, die **20** will bounce and roll around, before landing on one of its facets **32**. The facet **32** in the up position indicates the number which has been generated.

It should also be noted that the number of discrete facets **36** of the first end cap **24** is equal to one-fourth of the total number of discrete facets on the die **20**. The total number of facets on die **20** is equal to the number of facets **32** of the extension member **28**, plus the number of facets **36** of the first end cap **24**, plus the number of facets **40** of the second end cap **26**. In the embodiment of FIGS. **1–5**, there are total of **12** facets (six plus three plus three=12). The number of facets on the first end cap **24** is equal to twelve divided by four, which is three. Analogously, the number of facets **40** of the second end cap **26** is equal to one-fourth of the total number of facets of the die **20**. The total number of facets of the first embodiment of FIGS. **1–5** is **12**. Therefore, the number of facets of the second end cap **40** is three (12/4=3).

Preferably, the die **20** is constructed from any rigid material which holds its shape. Examples of suitable materials include glass, crystalline structure, and plastic.

Attention is now directed to FIGS. **6–9**. In FIGS. **6–9**, a second embodiment of a die is shown generally at **50**. Die **50** is constructed analogously to die **20**. That is, die **50** includes a first end cap **52**, a second end cap **54**, and an extension member **56** in extension therebetween. In this embodiment, however, extension member **56** defines **10**, and no more than **10**, discrete facets **58**.

Each of facets **58** includes indicia **60** thereon, indicating a number. As with the first embodiment, facets **58** of die **50** are tapered in order to more clearly display indicia **60**. In particular, facets **58** are triangular-shaped.

First end cap **52** is constructed analogously to first end cap **24**. First end cap **52** includes a number of facets **62**, which is equal to one-half of the number of facets **58** of the extension member **56**. Specifically, first end cap **52** has five discrete facets **62**, and no more than five facets **62**. First end cap facets **62** are triangular-shaped. Each of first end cap facets **62** is angled relative to an adjacent end cap facet **62** to define an angle of 72° between each.

Second end cap **54** is identical to first end cap **52**. Second end cap **54** has five discrete facets **64**. Each of facets **64** is triangular in shape, and is angled 72° with respect to an adjacent facet **64**.

As similarly described with respect to the first embodiment, in this embodiment the facets **62** on the first end cap **52** are out of phase with the facets **64** on the second end cap **54**.

Preferably, the surface area of each of facets **58** of extension member **56** is about 0.0106 to 1.06 sq. in., typically about 0.106 sq. in. The surface area of each of first end cap facets **62** is about 0.0046 to 0.46 sq. in., typically about 0.046 sq. in. Second end cap facets **64** are identical to first end cap facets **62**. As such, each of second end cap facets **64** has a surface area of about 0.0046 to 0.46 sq. in., typically about 0.046 sq. in. The ratio of the surface area of one facet **58** to one facet **62** is about 2.3:1. This is the same ratio as the ratio of facet **58** to facet **64**.



As with the first embodiment of the die, die **50** is constructed so that the center of mass is in the precise geometric center of die **50**. Further, each of facets **58** has an identical and equal surface area. This provides for a fair playing die.

Die **50** has a total of **20** facets. That is, extension member **56** has ten facets, first end cap has five facets, and second end cap has five facets. Therefore, the total number of facets is: 10+5+5=20. The number of facets of each of the first and second end caps **52**, **54** is equal to one-fourth of the total number of facets of die **50**. Thus, since there are a total of **20** facets, the number of facets of first end cap **52** can be derived by dividing by four, which is five. Analogously, the number of facets of the second end cap **54** may be derived by dividing the total number of facets **(20)** by four, which is five.

Die **50** is used analogously as die **20**. That is, die **50** is dropped at a height above a surface sufficient to cause die **50** to roll around. Ultimately, die **50** will rest upon one of its extension member facets **58**. This will leave one of its extension member facets **58** in the uppermost position. The number displayed on the facet in the uppermost position is the number generated. In the example illustrated, this would be an integer from 1 through 10, inclusive.

Attention is now directed to FIGS. **10–13**. In FIGS. **10–13**, a third embodiment of a die is shown generally at **70**. Die **70** is constructed analogously to die **20** and die **50**.

That is, die **70** includes a first end cap **72**, a second end cap **74**, and an extension member **76** in extension therebetween. In this embodiment, however, extension member **76** defines **20**, and no more than **20**, discrete facets **78**.

Each of facets **78** includes indicia **80** thereon, indicating a number. As with the first and second embodiments, facets **78** of die **70** are tapered in order to more clearly display indicia **80**. In particular, facets **78** are triangular-shaped.

First end cap **72** is constructed analogously to first end cap **24** (FIG. **1**) and first end cap **52** (FIG. **6**). First end cap **72** includes a number of facets **82**, which is equal to one-half of the number of facets **78** of the extension member **76**. Specifically, first end cap **72** has ten discrete facets **82**, and no more than ten facets **82**. First end cap facets **82** are triangular-shaped. Each of first end cap facets **82** is angled relative to an adjacent end cap facet **82** to define an angle of 36° between each.

Second end cap **74** is identical to first end cap **72**. Second end cap **74** has ten discrete facets **84**. Each of facets **84** is triangular in shape, and is angled 36° with respect to an adjacent facet **84**.

As described with respect to the first and second embodiments, in this embodiment, the facets **82** on the first end cap **72** are out of phase with the facets **84** on the second end cap **74**.

Preferably, the surface area of each of facets **78** of extension member **76** is about 0.0116 to 1.16 sq. in., typically about 0.116 sq. in. The surface area of each of first end cap facets **82** is about 0.0056 to 0.56 sq. in. typically about 0.056 sq. in. Second end cap facets **84** are identical to

first end cap facets **82**. As such, each of second end cap facets **84** has a surface area of about 0.0056 to 0.56 sq. in., typically about 0.056 sq. in. The ratio of the surface area of one facet **78** to one facet **82** is about 2.06:1. This is the same ratio as the ratio of facet **78** to facet **84**.

As with the first and second embodiments of the die, die **70** is constructed so that the center of mass is in the precise geometric center of die **70**. Further, each of facets **78** has an identical and equal surface area. This provides for a fair playing die.

Die **70** has a total of **40** facets. That is, extension member **76** has twenty facets, first end cap has ten facets, and second end cap has ten facets. Therefore, the total number of facets is: 20+10+10=40. The number of facets of each of the first and second end caps **72, 74** is equal to one-fourth of the total number of facets of die **70**. Thus, since there are a total of **40** facets, the number of facets of first end cap **72** can be derived by dividing by four, which is ten. Analogously, the number of facets of the second end cap **74** may be derived by dividing the total number of facets **(20)** by four, which is ten.

Die **70** is used analogously as die **20** and die **50**. That is, die **70** is dropped at a height above a surface sufficient to cause die **70** to roll around. Ultimately, die **70** will rest upon one of its extension member facets **78**. This will leave one of its extension member facets **78** in the uppermost position. The number displayed on the facet in the uppermost position is the number generated. In the example illustrated, this would be an integer from 1 through 20, inclusive.

Other embodiments of the invention will be apparent to those skilled in the art from consideration of the specification and practice of the invention disclosed herein. In particular, one skilled in the art will understand that die constructions having extension member facets totaling **8, 12, 30** and other even multiples can be constructed according to the principles taught herein.

It is intended that the specification and examples be considered as exemplary only, with a true scope and spirit of the invention being indicated by the following claims.

I claim:

**1**. A die construction comprising:

(a) a body having first and second, opposite end caps and an extension member therebetween;

(b) said extension member having a first number of discrete facets and no more than said first number;

(i) each of said discrete facets being identically shaped and having equal surface areas;

(c) said first end cap having a second number of discrete facets and no more than said second number; said second number being one-half of said first number;

(i) each of said first end cap discrete facets being identically shaped and having equal surface areas; and

(d) said second end cap having said second number of discrete facets and no more than said second number;

(i) each of said second end cap discrete facets being shaped identically as said first end cap discrete facets; and each of said second end cap discrete facets having a surface area equal a surface area of each of said first end cap discrete facets; and

(e) each of said discrete facets of said extension member having a surface area that is different from a surface area of each of said discrete facets of said first and second end caps.

**2**. A die construction according to claim **1**, wherein:

(a) each of said extension member discrete facets include printed indicia thereon.

**3**. A die construction according to claim **2**, wherein:

(a) each of said extension member discrete facets is tapered.

**4**. A die construction according to claim **3**, wherein:

(a) each of said extension member discrete facets is triangular-shaped.

**5**. A die construction according to claim **4**, wherein:

(a) each of said first end cap discrete facets and said second end cap discrete facets is tapered.

**6**. A die construction according to claim **5**, wherein:

(a) each of said first end cap discrete facets and said second end cap discrete facets is triangular-shaped.

**7**. A die construction according to claim **6**, wherein:

(a) said first number is six; and said second number is three.

**8**. A die construction according to claim **7**, wherein:

(a) each of said extension member discrete facets has a surface area of about 0.0089–0.89 sq. in.

**9**. A die construction according to claim **8**, wherein:

(a) each of said first end cap discrete facets has a surface area of about 0.0033–0.33 sq. in.; and

(b) each of said second end cap discrete facets has a surface area of about 0.0033–0.33 sq. in.

**10**. A die construction according to claim **6**, wherein:

(a) said first number is ten; and said second number is five.

**11**. A die construction according to claim **10**, wherein:

(a) each of said extension member discrete facets has a surface area of about 0.0106–1.06 sq. in.

**12**. A die construction according to claim **11**, wherein:

(a) each of said first end cap discrete facets has a surface area of about 0.0046–0.46 sq. in.; and

(b) each of said second end cap discrete facets has a surface area of about 0.0046–0.46 sq. in.

**13**. A die construction according to claim **6**, wherein:

(a) said first number is twenty; and said second number is ten.

**14**. A die construction according to claim **13**, wherein:

(a) each of said extension member discrete facets has a surface area of about 0.0116–1.16 sq. in.

**15**. A die construction according to claim **14**, wherein:

(a) each of said first end cap discrete facets has a surface area of about 0.0056–0.56 sq. in.; and

(b) each of said second end cap discrete facets has a surface area of about 0.0056–0.56 sq. in.

**16**. A die construction according to claim **1**, wherein:

(a) a ratio of a surface area of each of said extension member facets to a surface area of each of said first end cap discrete facets is about 2–3:1.

**17**. A die comprising:

(a) a body including a first end cap, a second end cap, and an extension member in extension therebetween;

(b) said first end cap including a first number of facets and no more than said first number; said second end cap including a second number of facets and no more than said second number; and said extension member defining a third number of facets and no more than said third number;

(i) said first number being equal to one-fourth of a total of said first number and said second number and said third number;

(ii) said second number being equal to one-fourth of the total of said first number and said second number and said third number;

(iii) each of said extension member facets being equal in surface area;

(iv) each of said extension member facets being triangular-shaped;

(v) each of said extension member facets having indicia thereon indicating a number; and

(vi) each of said extension member facets having a surface area that is different from a surface area of each of said first and second end cap facets.

**18**. A die according to claim **17**, wherein:

(a) each of said first end cap facets is triangular-shaped; and

(b) each of said second end cap facets is triangular-shaped.

**19**. A die according to claim **17**, wherein:

(a) said third number is six.

**20**. A die according to claim **17**, wherein:

(a) said first number, said second number, and said third number total 40.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,938,197
DATED : August 17, 1999
INVENTOR(S) : Bowling



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 4,
Line 11: "First" should read -- first --.

Column 7, claim 1:
Line 55: delete "and" after word "areas;".
Line 62: insert -- to -- after the word "equal".

Signed and Sealed this

Twenty-first Day of August, 2001

*Attest:*

Nicholas P. Godici

NICHOLAS P. GODICI

*Attesting Officer* *Acting Director of the United States Patent and Trademark Office*