US00D436635S

(12) **United States Design Patent**
**Bowling**

(10) **Patent No.:** **US D436,635 S**
(45) **Date of Patent:** ** **Jan. 23, 2001**

(54) **GAME PLAYING DIE**

(76) Inventor: **Michael A. Bowling**, 7931 S. Avenida de Pina, Tucson, AZ (US) 85747

(**) Term: **14 Years**

(21) Appl. No.: **29/103,297**

(22) Filed: **Apr. 12, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 09/003,246, filed on Jan. 6, 1998, now Pat. No. 5,938,197.

(51) **LOC (7) Cl.** .......... **21-01**
(52) **U.S. Cl.** .......... **D21/373**
(58) **Field of Search** .......... D21/369, 371–373, D21/386; D11/90; 273/236–285, 143 A, 146

(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | | |
|---|---|---|---|---|
| D. 232,652 | * | 9/1974 | Hoffer | D11/90 |
| D. 267,569 | * | 1/1983 | Polite | D21/373 |
| D. 402,226 | * | 12/1998 | Wolf | D11/90 |
| 1,271,551 | | 7/1918 | Ebner et al. | 273/146 |
| 1,795,562 | | 3/1931 | King et al. | 273/146 |
| 3,904,208 | * | 9/1975 | Grossman | 273/146 |
| 4,239,226 | | 12/1980 | Palmer | 273/146 |
| 5,150,900 | | 9/1992 | Onzo | 273/146 |
| 5,203,562 | * | 4/1993 | Smith | 273/146 |
| 5,224,708 | | 7/1993 | Gathman et al. | 273/146 |
| 5,690,331 | * | 11/1997 | Sides | 273/146 |


* cited by examiner

*Primary Examiner*—Sandra L. Morris
(74) *Attorney, Agent, or Firm*—Merchant & Gould P.C.

(57) **CLAIM**

The ornamental design for game playing die, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a game playing die, embodying my new design;
FIG. **2** is a top plan view of the game playing die depicted in FIG. **1**;
FIG. **3** is a bottom plan view of the game playing die depicted in FIG. **1**;
FIG. **4** is a right elevational view of the game playing die depicted in FIG. **1**; the left elevational view being a mirror image thereof; and,
FIG. **5** is a front end elevational view of the game playing die depicted in FIG. **1**; the rear end elevational view being a mirror image thereof.

**1 Claim, 1 Drawing Sheet**



FIG. 5



FIG. 4



FIG. 3



FIG. 2



FIG. 1

