US00D455462S

(12) **United States Design Patent** (10) **Patent No.: US D455,462 S**
**Bowling** (45) **Date of Patent: ** Apr. 9, 2002**

(54) **GAME PLAYING DIE**

(76) Inventor: **Michael A. Bowling**, 7931 S. Avenida De Pina, Tucson, AZ (US) 85747

(**) Term: **14 Years**

(21) Appl. No.: **29/130,816**

(22) Filed: **Oct. 10, 2000**

**Related U.S. Application Data**

(62) Division of application No. 29/103,297, filed on Apr. 12, 1999, now Pat. No. Des. 436,635, which is a continuation of application No. 09/003,246, filed on Jan. 6, 1998, now Pat. No. 5,938,197.

(51) **LOC (7) Cl.** .................................................... **21-01**
(52) **U.S. Cl.** ...................................................... **D21/373**
(58) **Field of Search** ........................ D21/369, 371–373, D21/386; D11/90; 273/236–285, 143 A, 146

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,271,551 A | 7/1918 | Ebner et al. | 273/146 |
| 1,795,562 A | 3/1931 | King et al. | 273/146 |
| D232,652 S | 9/1974 | Hoffer | D11/90 |
| 3,904,208 A | 9/1975 | Grossman | 273/146 |
| 4,239,226 A | 12/1980 | Palmer | 273/146 |
| D267,569 S | 1/1983 | Polite | D21/373 |
| 5,150,900 A | 9/1992 | Onzo | 273/146 |
| 5,203,562 A | 4/1993 | Smith | 273/146 |
| 5,224,708 A | 7/1993 | Gathman et al. | 273/146 |
| 5,690,331 A | 11/1997 | Sides | 273/146 |
| D402,226 S | 12/1998 | Wolf | D11/90 |

*Primary Examiner*—Sandra L. Morris
(74) *Attorney, Agent, or Firm*—Merchant & Gould P.C.

(57) **CLAIM**

The ornamental design for game playing die, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a game playing die, embodying my new design;
FIG. **2** is a top plan view thereof;
FIG. **3** is a bottom plan view thereof;
FIG. **4** is a right elevational view thereof, the left elevational view being a mirror image thereof; and,
FIG. **5** is a front end elevational view thereof, the rear end elevational view being a mirror image thereof.

**1 Claim, 1 Drawing Sheet**





FIG. 5



FIG. 4



FIG. 3



FIG. 2



FIG. 1