Westlaw.



Ind. Admin. Code tit. 68, r. 14-3-3

**INDIANA ADMINISTRATIVE CODE**
**TITLE 68. INDIANA GAMING COMMISSION**
**ARTICLE 14. GAMING EQUIPMENT**
**RULE 3. CARDS AND DICE**
(C) 2006 Thomson/West

Current with amendments received through the Indiana Weekly Collection, dated August 30, 2006.

68 IAC 14-3-3 Dice specifications

Authority: IC 4-33-4-1; IC 4-33-4-2; IC 4-33-4-3

Affected: IC 4-33

Sec. 3. (a) All dice utilized by a riverboat licensee or a riverboat license applicant must comply with this rule (68 IAC 14-3).

(b) All dice must meet the following specifications:

(1) Be formed in the shape of a perfect cube and of a size no smaller than seven hundred fifty-thousandths (0.750) of an inch on each side nor larger than seven hundred seventy-five thousandths (0.775) of an inch on each side.

(2) The name or logo of the riverboat licensee must be imprinted on or in each die utilized by the riverboat licensee or riverboat license applicant.

(3) Be transparent and made exclusively of cellulose except for the following:

(A) Spots.

(B) Name or logo of the riverboat licensee.

(C) Serial number or letters, or both.

(4) The surface of each side of the die must be perfectly flat, and the spots contained in each side of the die must be perfectly flush with the area surrounding the spots.

(5) The edges and corners of each die must be perfectly square and form ninety (90) degree angles with each adjacent side.

(6) The texture and finish of each side must be exactly identical to the texture and finish of all other sides.

(7) The weight of each die must be equally distributed throughout the cube, and no side of the cube may be heavier or lighter than any other side of the cube.

(8) Have six (6) sides bearing white circular spots from one (1) to six (6) respectively with the diameter of each spot equal to the diameter of every other spot on the die.

(9) Have spots arranged so that the following occurs:

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(A) The side containing one (1) spot is directly opposite the side containing six (6) spots.

(B) The side containing two (2) spots is directly opposite the side containing five (5) spots.

(C) The side containing three (3) spots is directly opposite the side containing four (4) spots.

(10) Each spot shall be placed on the die by drilling or the equivalent into the surface of the cube and filling the drilled out portion with a compound that:

(A) is equal in weight to the weight of the cellulose drilled out; and

(B) forms a permanent bond with the cellulose cube.

*(Indiana Gaming Commission; 68 IAC 14-3-3; filed Apr 19, 1996, 3:00 p.m.: 19 IR 2269; filed Mar 21, 1997, 10:00 a.m.: 20 IR 2097; readopted filed Nov 25, 2002, 10:11 a.m.: 26 IR 1261)*

68 IAC 14-3-3, 68 IN ADC 14-3-3

68 IN ADC 14-3-3
END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.