**MISSOURI CODE OF STATE REGULATIONS**
**TITLE 11 - DEPARTMENT OF PUBLIC SAFETY**
**DIVISION 45 - MISSOURI GAMING COMMISSION**
**CHAPTER 5 - CONDUCT OF GAMING**

The Missouri Administrative Code titles are current through August 31, 2006.

11 CSR 45-5.260 Dice Specifications

*PURPOSE: The purpose of this rule is to establish minimum standards for dice used for gambling games.*

(1) Except as otherwise provided in section (2) below, each die used in gaming shall--

(A) Be formed in the shape of a perfect cube and of a size no smaller than .750 of an inch (.750") on each side nor any larger than .775 of an inch (.775") on each side;

(B) Be transparent and made exclusively of cellulose except for the spots, name or trade name of the Class A licensee and serial numbers or letters contained thereon;

(C) Have the surface of each of its sides perfectly flat and the spots contained in each side perfectly flush with the area surrounding them;

(D) Have all edges and corners perfectly square and forming perfect ninety degree (90°) angles;

(E) Have the texture and finish of each side exactly identical to the texture and finish of all other sides;

(F) Have its weight equally distributed throughout the cube and no side of the cube heavier or lighter than any other side of the cube;

(G) Have its six (6) sides bearing white circular spots from one to six (1)-(6) respectively with the diameter of each spot equal to the diameter of every other spot on the die;

(H) Have spots arranged so that the side containing one (1) spot is directly opposite the side containing six (6) spots, the side containing two (2) spots is directly opposite the side containing five (5) spots and the side containing three (3) spots is directly opposite the side containing four (4) spots; each spot shall be placed on the die by drilling into the surface of the cube and filling the drilled out portion with a compound which is equal in weight to the weight of the cellulose drilled out and which forms a permanent bond with the cellulose cube, and shall extend into the cube exactly the same distance as every other spot extends into the cube to an accuracy tolerance of .0004 of an inch (.0004"); and

(I) Have the name or trade name of the Class A licensee in which the die is being used imprinted or impressed thereon.

(2) Each die used in gaming at pai gow poker shall comply with the requirements of section (1) above except as follows:

(A) Each die shall be formed in the shape of a perfect cube nor larger than .8 of an inch (.8") on each side;

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(B) Instead of the name or trade name of the Class A licensee, the commission may approve an identifying mark or logo to be imprinted or impressed on each die;

(C) The spots on each die do not have to be equal in diameter;

(D) Edges and corners may be beveled so long as beveling is similar on each edge and each corner; and

(E) Tolerances required by subsection (1)(H) of this regulation as applied to pai gow poker dice shall require accuracy of only .004 of an inch (.004").

*AUTHORITY: sections 313.004, 313.805 and 313.830, RSMo 1994 and 313.845, RSMo Supp. 1997. [FNa1] Original rule filed Dec. 17, 1996, effective Aug. 30, 1997. Amended: Filed Feb. 19, 1998, effective Aug. 30, 1998. Amended: Filed May 13, 1998, effective Jan. 30, 1999.*

[FNa1]. *Original authority: 313.004, RSMo 1993, amended 1994; 313.805, RSMo 1991, amended 1993, 1994; 313.830, RSMo 1991, amended 1993; and 313.845, RSMo 1991, amended 1993, 1994, 1995.*

11 Mo. Code of State Regulations 45-5.260, 11 MO ADC 45-5.260

11 MO ADC 45-5.260
END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.