N.J. Admin. Code tit. 19, § 46-1.15

**NEW JERSEY ADMINISTRATIVE CODE**
**TITLE 19. OTHER AGENCIES**
**SUBTITLE K. CASINO CONTROL COMMISSION/CASINO REINVESTMENT DEVELOPMENT AUTHORITY**
**CHAPTER 46. GAMING EQUIPMENT**
**SUBCHAPTER 1. GENERAL PROVISIONS**

NJC1

Current through October 16, 2006; 38 N.J. Reg. No. 20

19:46-1.15 Dice; physical characteristics

(a) Except as otherwise provided below, each die used in gaming shall:

1. Be formed in the shape of a perfect cube and of a size no smaller than 0.750 of an inch on each side nor any larger than 0.775 of an inch on each side;

2. Be transparent and made exclusively of cellulose except for the spots, name or trade name of the casino licensee and serial numbers or letters contained thereon;

3. Have the surface of each of its sides perfectly flat and the spots contained in each side perfectly flush with the area surrounding them;

4. Have all edges and corners perfectly square and forming perfect 90 degree angles;

5. Have the texture and finish of each side exactly identical to the texture and finish of all other sides;

6. Have its weight equally distributed throughout the cube and no side of the cube heavier or lighter than any other side of the cube;

7. Have its six sides bearing what circular spots from one to six respectively with the diameter of each spot equal to the diameter of every other spot on the die;

8. Have spots arranged so that the side containing one spot is directly opposite the side containing six spots, the side containing two spots is directly opposite the side containing five spots and the side containing three spots is directly opposite the side containing four spots; each spot shall be placed on the die by drilling into the surface of the cube and filling the drilled out portion with a compound which is equal in weight to the weight of the cellulose drilled out and which forms a permanent bond with the cellulose cube, and shall extend into the cube exactly the same distance as every other spot extends into the cube to an accuracy tolerance of .0004 of an inch;

9. Have the name or trade name of the casino licensee in which the die is being used imprinted or impressed thereon.

(b) Each die used in gaming at pai gow or pai gow poker shall comply with the requirements of (a) above except as follows:

1. Each die shall be formed in the shape of a perfect cube and of a size no smaller than .637 of an inch on each

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

side nor any larger than .643 of an inch on each side;

2. Instead of the name of the casino, a casino licensee may, with the approval of the Commission, have an identifying mark or logo imprinted or impressed on each die; and

3. The spots on each die do not have to be equal in diameter.

(c) Each die used in gaming at mini-dice shall comply with the requirements of (a) or (b) above.

Amended by R.1991 d.615, effective December 16, 1991.

See: 23 N.J.R. 2922(a), 23 N.J.R. 3820(b).

Amended by R.1992 d.406, effective October 19, 1992.

See: 24 N.J.R. 569(a), 24 N.J.R. 1517(a), 24 N.J.R. 3742(a).

Amended by R.1992 d.411, effective October 19, 1992.

See: 24 N.J.R. 558(a), 24 N.J.R. 3753(a).

Amended by R.1993 d.37, effective January 19, 1993.

See: 24 N.J.R. 3695(a), 25 N.J.R. 348(b).

Administrative Correction.

See: 26 N.J.R. 4788(a).

Amended by R.1997 d.427, effective October 6, 1997.

See: 28 N.J.R. 5060(a), 29 N.J.R. 4307(b).

<General Materials (GM) - References, Annotations, or Tables>

N.J.A.C. 19:46-1.15, NJ ADC 19:46-1.15

NJ ADC 19:46-1.15
END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.