# The Merriam-Webster Dictionary

MERRIAM-WEBSTER, INCORPORATED
Springfield, Massachusetts, U.S.A.

A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

ISBN 0-87779-911-3

The Merriam-Webster Dictionary principal copyright 1994

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

33QPB00

This new edition o
of Merriam-Webs
based on and pres
offers much that i
*legiate Dictionary*
ance of the last pa
reexamined and re
Every definition h
Merriam-Webster
examples of Engli
The 60,000 entr
the most frequent
ary is the A-Z vo
about meaning, sp
section is followe
list of foreign wor
nations of the wor
more inhabitants;
to widely used sig
set of Explanatory
dictionary. An un
will make the dict
*The Merriam-W*
has been publishin
perienced staff of
want a concise ar

**Editor in Chief**
Frederick C. Mish

**Executive Editor**
John M. Morse

**Director of Defin**
E. Ward Gilman

**Senior Editors**
Robert D. Copeland
Victoria E. Neufeldt
Roger W. Pease • St

**Associate Editors**
Michael G. Belanger
Joanne M. Despres •
Daniel J. Hopkins •
Brian M. Sietsema

**Assistant Editors**
Susan L. Brady • Je
Jennifer S. Goss • E
Peter D. Haraty • A
Joan I. Narmontas •
Donna L. Rickerby
Maria A. Sansalone
Katherine C. Sietse
Linda Picard Wood

AEON

.l Protection

ˌe-pə-ˈlet\ n
paule shoul-
ent esp. on a

a fencing or

ians
a drug used
asthma, and

pl : collect-
kets) not in-
alue
\ adj [Gk
daily, fr. epi-
LIVED, TRAN-
eting, tran-

— see BIBLE

em in elevat-
eds of a hero

n : the point
rectly above
earthquake
person with
ating tastes

-ən, -ˈkyu̇r-
ean adj
adj : affect-
time ⟨~ dis-
prevalent
utbreak esp.

s\ n : an out-
· epi·der·mal

n : a thin
otecting the
swallowing
a short wit-
·i·gram·mat-

. pl -sies : a
ed by dis-
; of the cen-
attacks of
ss of con-
\ˌe-pə-ˈlep-

\ˈe-pə-ˌlȯg,
essed to the
the end of a

i·rin \ˌe-pə-
ormone used
rt stimulant,
a vasocon-

l -nies 1 cap
church fes-
of the com-
t Bethlehem



2 : a sudden striking understanding of something

**epis·co·pa·cy** \i-ˈpis-kə-pə-sē\ *n, pl* **-cies** 1 : government of a church by bishops 2 : EPISCOPATE

**epis·co·pal** \i-ˈpis-kə-pəl\ *adj* 1 : of or relating to a bishop or episcopacy 2 *cap* : of or relating to the Protestant Episcopal Church

**Epis·co·pa·lian** \i-ˌpis-kə-ˈpāl-yən\ *n* : a member of the Protestant Episcopal Church

**epis·co·pate** \i-ˈpis-kə-pət, -ˌpāt\ *n* 1 : the rank, office, or term of a bishop 2 : a body of bishops

**ep·i·sode** \ˈe-pə-ˌsōd\ *n* [Gk *epeisodion*, fr. *epeisodios* coming in besides, fr. *eisodios* coming in, fr. *eis* into + *hodos* road, journey] 1 : a unit of action in a dramatic or literary work 2 : an incident in a course of events : OCCURRENCE ⟨a feverish ~⟩ — **ep·i·sod·ic** \ˌe-pə-ˈsä-dik\ *adj*

**epis·tle** \i-ˈpi-səl\ *n* 1 *cap* : one of the letters of the New Testament 2 : LETTER — **epis·to·lary** \i-ˈpis-tə-ˌler-ē\ *adj*

**ep·i·taph** \ˈe-pə-ˌtaf\ *n* : an inscription in memory of a dead person

**ep·i·tha·la·mi·um** \ˌe-pə-thə-ˈlā-mē-əm\ *or* **ep·i·tha·la·mi·on** \-mē-ən\ *n pl* **-mi·ums** *or* **-mia** \-mē-ə\ : a song or poem in honor of a bride and bridegroom

**ep·i·the·li·um** \ˌe-pə-ˈthē-lē-əm\ *n, pl* **-lia** \-lē-ə\ : a cellular membrane covering a bodily surface or lining a cavity — **ep·i·the·li·al** \-lē-əl\ *adj*

**ep·i·thet** \ˈe-pə-ˌthet, -thət\ *n* : a characterizing and often abusive word or phrase

**epit·o·me** \i-ˈpi-tə-mē\ *n* 1 : ABSTRACT, SUMMARY 2 : EMBODIMENT — **epit·o·mize** \-ˌmīz\ *vb*

**ep·och** \ˈe-pək, -ˌpäk\ *n* : a usu. extended period : ERA, AGE — **ep·och·al** \-pə-kəl, -ˌpä-\ *adj*

**ep·oxy** \i-ˈpäk-sē\ *vb* **ep·ox·ied** *or* **ep·oxyed; ep·oxy·ing** : to glue with epoxy resin

**epoxy resin** *n* : a synthetic resin used in coatings and adhesives

**ep·si·lon** \ˈep-sə-ˌlän, -lən\ *n* : the 5th letter of the Greek alphabet — Ε or ε

**Ep·som salts** \ˈep-səm-\ *n* : a bitter colorless or white magnesium salt with cathartic properties

**eq** *abbr* 1 equal 2 equation

**equa·ble** \ˈe-kwə-bəl, ˈē-\ *adj* : UNIFORM, EVEN; *esp* : free from unpleasant extremes — **eq·ua·bil·i·ty** \ˌe-kwə-ˈbi-lə-tē, ˌē-\ *n* — **eq·ua·bly** \ˈe-kwə-blē, ˈē-\ *adv*

[1]**equal** \ˈē-kwəl\ *adj* 1 : of the same measure, quantity, value, quality, number, degree, or status as another 2 : IMPARTIAL 3 : free from extremes 4 : able to cope with a situation or task — **equal·i·ty** \i-ˈkwä-lə-tē\ *n* — **equal·ly** *adv*

[2]**equal** *vb* **equaled** *or* **equalled; equal·ing** *or* **equal·ling** : to be or become equal to; *also* : to be identical in value to

[3]**equal** *n* : one that is equal

**equal·ise** *Brit var of* EQUALIZE

**equal·ize** \ˈē-kwə-ˌlīz\ *vb* **-ized; -iz·ing** : to make equal, uniform, or constant — **equal·i·za·tion** \ˌē-kwə-lə-ˈzā-shən\ *n* — **equal·iz·er** *n*

**equals sign** *or* **equal sign** *n* : a sign = indicating equivalence

**equa·nim·i·ty** \ˌē-kwə-ˈni-mə-tē, ˌe-\ *n, pl* **-ties** : COMPOSURE

**equate** \i-ˈkwāt\ *vb* **equat·ed; equat·ing** : to make, treat, or regard as equal or comparable

**equa·tion** \i-ˈkwā-zhən\ *n* 1 : an act of equating : the state of being equated 2 : a usu. formal statement of equivalence esp. of mathematical expressions

**equa·tor** \i-ˈkwā-tər, ˈē-ˌ\ *n* : an imaginary circle around the earth that is everywhere equally distant from the two poles — **equa·to·ri·al** \ˌē-kwə-ˈtōr-ē-əl, ˌe-\ *adj*

**equer·ry** \ˈe-kwə-rē, i-ˈkwer-ē\ *n, pl* **-ries** 1 : an officer in charge of the horses of a prince or noble 2 : a personal attendant of a member of the British royal family

[1]**eques·tri·an** \i-ˈkwes-trē-ən\ *adj* : of or relating to horseback riding; *also* : representing a person on horseback ⟨an ~ statue⟩

[2]**equestrian** *n* : one who rides a horse

**eques·tri·enne** \i-ˌkwes-trē-ˈen\ *n* : a female rider on horseback

**equi·dis·tant** \ˌē-kwə-ˈdis-tənt\ *adj* : equally distant

**equi·lat·er·al** \ˌē-kwə-ˈla-tə-rəl\ *adj* : having all sides or faces equal ⟨~ triangles⟩

**equi·lib·ri·um** \ˌē-kwə-ˈli-brē-əm, ˌe-\ *n, pl* **-ri·ums** *or* **-ria** \-brē-ə\ : a state of intellectual or emotional balance; *also* : a state of balance between opposing forces or actions *syn* poise, balance, equipoise

**equine** \ˈē-ˌkwīn, ˈe-\ *adj* [L *equinus*, fr. *equus* horse] : of or relating to the horse — **equine** *n*

**equi·noc·tial** \ˌē-kwə-ˈnäk-shəl, ˌe-\ *adj* : relating to an equinox

**equi·nox** \ˈē-kwə-ˌnäks, ˈe-\ *n* : either of the two times each year when the sun appears directly overhead at the equator and day and night are everywhere of equal length

**equip** \i-ˈkwip\ *vb* **equipped; equip·ping** : to supply with needed resources

**eq·ui·page** \ˈe-kwə-pij\ *n* : a horse-drawn carriage usu. with its servants

**equip·ment** \i-ˈkwip-mənt\ *n* 1 : things used in equipping : SUPPLIES, OUTFIT 2 : the equipping of a person or thing : the state of being equipped

**equi·poise** \ˈe-kwə-ˌpȯiz, ˈē-\ *n* 1 : BALANCE, EQUILIBRIUM 2 : COUNTERBALANCE