# The Merriam-Webster Dictionary

MERRIAM-WEBSTER, INCORPORATED
Springfield, Massachusetts, U.S.A.

A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

ISBN 0-87779-911-3

The Merriam-Webster Dictionary principal copyright 1994

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

33QPB00

This new edition c
of Merriam-Webs
based on and pres
offers much that i
*legiate Dictionary*
ance of the last pa
reexamined and re
Every definition l
Merriam-Webster
examples of Engli
The 60,000 entr
the most frequent
ary is the A-Z vo
about meaning, sp
section is followe
list of foreign wor
nations of the wo
more inhabitants;
to widely used sig
set of Explanatory
dictionary. An un
will make the dict
*The Merriam-W*
has been publishi
perienced staff of
want a concise ar

**Editor in Chief**
Frederick C. Mish

**Executive Editor**
John M. Morse

**Director of Defin**
E. Ward Gilman

**Senior Editors**
Robert D. Copeland
Victoria E. Neufeldt
Roger W. Pease • St

**Associate Editors**
Michael G. Belange
Joanne M. Despres •
Daniel J. Hopkins •
Brian M. Sietsema

**Assistant Editors**
Susan L. Brady • Je
Jennifer S. Goss • E
Peter D. Haraty • A
Joan I. Narmontas •
Donna L. Rickerby
Maria A. Sansalone
Katherine C. Sietse
Linda Picard Wood

- often used in law) 4 : some- ye (the ~ of a veloped bud (as alm center of a adj
ey•ing : to look

e globular cap- eye
ridge over the ng on it
n : DROPPER 2
ens worn to aid SES
e fringe of hair su. used in pl. 2 eyelashes
ll hole intended ssage of a cord metal ring for : GROMMET
of the movable cle that can be ll
nakeup used to r of the eyes
\ n : something — eye–open-

lens or combi- : eye end of an

d cosmetic ap- accent the eyes T, VISION
thing offensive

weariness or a ye
canine tooth of

sh\ n 1 : an eye or deceptive r procedures
n : a person nething happen
IE\ var of AERIE
ar \ˈau̇-ˌrär\ — ble

— see BIBLE ta-

- see BIBLE table
BIBLE table

ation Adminis-

: of, relating to, ocialists organ- 4 to spread so- ially — Fabian



**fa•ble** \ˈfā-bəl\ *n* **1** : a legendary story of supernatural happenings **2** : a narration intended to teach a lesson; *esp* : one in which animals speak and act like people **3** : FALSEHOOD

**fa•bled** \ˈfā-bəld\ *adj* **1** : FICTITIOUS **2** : told or celebrated in fable

**fab•ric** \ˈfa-brik\ *n* [MF *fabrique*, fr. L *fabrica* workshop, structure] **1** : STRUCTURE, FRAMEWORK (the ~ of society) **2** : CLOTH; *also* : a material that resembles cloth

**fab•ri•cate** \ˈfa-bri-ˌkāt\ *vb* **-cat•ed; -cat•ing 1** : INVENT, CREATE **2** : to make up for the sake of deception **3** : CONSTRUCT, MANUFACTURE — **fab•ri•ca•tion** \ˌfa-bri-ˈkā-shən\ *n*

**fab•u•lous** \ˈfa-byə-ləs\ *adj* **1** : resembling a fable; *also* : INCREDIBLE, MARVELOUS **2** : told in or based on fable — **fab•u•lous•ly** *adv*

**fac** *abbr* **1** facsimile **2** faculty

**fa•cade** *also* **fa•çade** \fə-ˈsäd\ *n* [F *façade*, fr. It *facciata*, fr. *faccia* face] **1** : the principal face or front of a building **2** : a false, superficial, or artificial appearance (a ~ of composure) **syn** mask, disguise, front, guise, pretense, veneer

[1]**face** \ˈfās\ *n* **1** : the front part of the head **2** : PRESENCE (in the ~ of danger) **3** : facial expression : LOOK (put a sad ~ on) **4** : GRIMACE (made a ~) **5** : outward appearance (looks easy on the ~ of it) **6** : CONFIDENCE; *also* : BOLDNESS **7** : DIGNITY, PRESTIGE (afraid to lose ~) **8** : SURFACE; *esp* : a front, principal, or bounding surface (~ of a cliff) (the ~*s* of a cube) — **faced** \ˈfāst, ˈfā-səd\ *adj*

[2]**face** *vb* **faced; fac•ing 1** : to confront brazenly **2** : to line near the edge esp. with a different material; *also* : to cover the front or surface of (~ a building with marble) **3** : to meet or bring in direct contact or confrontation (*faced* the problem) **4** : to stand or sit with the face toward (~ the sun) **5** : to have the front oriented toward (a house *facing* the park) **6** : to have as or be a prospect (~ a grim future) **7** : to turn the face or body in a specified direction — **face the music** : to meet the unpleasant consequences of one's actions

**face•down** \ˌfās-ˈdau̇n\ *adv* : with the face downward

**face•less** \-ləs\ *n* **1** : lacking a face **2** : lacking character or individuality

**face–lift** \ˈfās-ˌlift\ *n* **1** : a cosmetic surgical operation for removal of facial defects (as wrinkles) typical of aging **2** : MODERNIZATION — **face–lift** *vb*

**face–off** \ˈfās-ˌȯf\ *n* **1** : a method of beginning play by dropping a puck (as in ice hockey) between two opposing players each of whom attempts to control it **2** : CONFRONTATION

**fac•et** \ˈfa-sət\ *n* [F *facette*, dim. of *face*] **1** : a small plane surface of a cut gem **2** : ASPECT, PHASE

**fa•ce•tious** \fə-ˈsē-shəs\ *adj* **1** : joking often inappropriately **2** : JOCULAR, JOCOSE **syn** witty, humorous — **fa•ce•tious•ly** *adv* — **fa•ce•tious•ness** *n*

[1]**fa•cial** \ˈfā-shəl\ *adj* **1** : of or relating to the face **2** : used to improve the appearance of the face

[2]**facial** *n* : a facial treatment

**fac•ile** \ˈfa-səl\ *adj* **1** : easily accomplished, handled, or attained **2** : SUPERFICIAL **3** : readily manifested and often insincere (~ prose) **4** : READY, FLUENT (a ~ writer)

**fa•cil•i•tate** \fə-ˈsi-lə-ˌtāt\ *vb* **-tat•ed; -tat•ing** : to make easier

**fa•cil•i•ty** \fə-ˈsi-lə-tē\ *n, pl* **-ties 1** : the quality of being easily performed **2** : ease in performance : APTITUDE **3** : PLIANCY **4** : something that makes easier an action, operation, or course of conduct; *also* : REST ROOM — often used in pl. **5** : something (as a hospital) built or installed for a particular purpose

**fac•ing** \ˈfā-siŋ\ *n* **1** : a lining at the edge esp. of a garment **2** *pl* : the collar, cuffs, and trimmings of a uniform coat **3** : an ornamental or protective layer **4** : material for facing

**fac•sim•i•le** \fak-ˈsi-mə-lē\ *n* [L *fac simile* make similar] **1** : an exact copy **2** : a system of transmitting and reproducing printed matter or pictures by means of signals sent over telephone lines

**fact** \ˈfakt\ *n* **1** : DEED; *esp* : CRIME (accessory after the ~) **2** : the quality of being actual **3** : something that exists or occurs **4** : a piece of information

**fac•tion** \ˈfak-shən\ *n* : a group or combination (as in a government) acting together within and usu. against a larger body : CLIQUE — **fac•tion•al•ism** \-shə-nə-ˌli-zəm\ *n*

**fac•tious** \ˈfak-shəs\ *adj* **1** : of, relating to, or caused by faction **2** : inclined to faction or the formation of factions : causing dissension **syn** insubordinate, contumacious, insurgent, seditious, rebellious

**fac•ti•tious** \fak-ˈti-shəs\ *adj* : ARTIFICIAL, SHAM (a ~ display of grief)

**fac•toid** \ˈfak-ˌtȯid\ *n* **1** : an invented fact believed to be true because of its appearance in print **2** : a brief and usu. trivial news item

[1]**fac•tor** \ˈfak-tər\ *n* **1** : AGENT **2** : something that actively contributes to a result **3** : GENE **4** : any of the numbers or symbols in mathematics that when multiplied together form a product; *esp* : any of the integers that divide a given integer without a remainder

[2]**factor** *vb* **1** : to work as a factor **2** : to find the mathematical factors of and esp. the prime mathematical factors of

[1]**fac•to•ri•al** \fak-ˈtȯr-ē-əl\ *adj* : of, relating to, or being a factor

[2]**factorial** *n* : the product of all the pos-