# The Merriam-Webster Dictionary

MERRIAM-WEBSTER, INCORPORATED
Springfield, Massachusetts, U.S.A.

A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

ISBN 0-87779-911-3

The Merriam-Webster Dictionary principal copyright 1994

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

33QPB00

This new edition c
of Merriam-Webs
based on and pres
offers much that i
*legiate Dictionary*
ance of the last pa
reexamined and re
Every definition h
Merriam-Webster
examples of Engli
The 60,000 entr
the most frequent
ary is the A-Z vo
about meaning, sp
section is followe
list of foreign wor
nations of the wor
more inhabitants;
to widely used sig
set of Explanatory
dictionary. An un
will make the dict
*The Merriam-W*
has been publishin
perienced staff of
want a concise ar

**Editor in Chief**
Frederick C. Mish

**Executive Editor**
John M. Morse

**Director of Defin**
E. Ward Gilman

**Senior Editors**
Robert D. Copeland
Victoria E. Neufeldt
Roger W. Pease • St

**Associate Editors**
Michael G. Belanger
Joanne M. Despres •
Daniel J. Hopkins •
Brian M. Sietsema

**Assistant Editors**
Susan L. Brady • Je
Jennifer S. Goss • E
Peter D. Haraty • A
Joan I. Narmontas •
Donna L. Rickerby
Maria A. Sansalone
Katherine C. Sietser
Linda Picard Wood

*clastes,* fr. MGk *eikonoklastēs,* lit., image destroyer, fr. Gk *eikōn* image + *klan* to break] **1** : one who destroys religious images or opposes their veneration **2** : one who attacks cherished beliefs or institutions

**-ics** \iks\ *n sing or pl suffix* **1** : study : knowledge : skill : practice ⟨linguis*tics*⟩ ⟨electron*ics*⟩ **2** : characteristic actions or activities ⟨acrobat*ics*⟩ **3** : characteristic qualities, operations, or phenomena ⟨mechan*ics*⟩

**ic•tus** \ˈik-təs\ *n* : the recurring stress or beat in a rhythmic or metrical series of sounds

**ICU** *abbr* intensive care unit

**icy** \ˈī-sē\ *adj* **ic•i•er; -est 1** : covered with, abounding in, or consisting of ice **2** : intensely cold **3** : being cold and unfriendly — **ic•i•ly** \ˈī-sə-lē\ *adv* — **ic•i•ness** \-sē-nəs\ *n*

1**id** \ˈid\ *n* [L, it] : the part of the psyche in psychoanalytic theory that is completely unconscious and concerned with instinctual needs and drives

2**id** *abbr* idem

**ID** *abbr* **1** Idaho **2** identification

**idea** \ī-ˈdē-ə\ *n* **1** : a plan for action : DESIGN **2** : something imagined or pictured in the mind **3** : a central meaning or purpose **syn** concept, conception, notion, impression

1**ide•al** \ī-ˈdēl\ *adj* **1** : existing only in the mind : IMAGINARY; *also* : lacking practicality **2** : of or relating to an ideal or to perfection : PERFECT

2**ideal** *n* **1** : a standard of excellence **2** : one regarded as a model worthy of imitation **3** : GOAL **syn** archetype, example, exemplar, paradigm, pattern

**ide•al•ise** *Brit var of* IDEALIZE

**ide•al•ism** \ī-ˈdē-ə-ˌli-zəm\ *n* : the practice of forming ideals or living under their influence; *also* : an idealized representation — **ide•al•ist** \-list\ *n* — **ide•al•is•tic** \ī-ˌdē-ə-ˈlis-tik\ *adj* — **ide•al•is•ti•cal•ly** \-ti-k(ə-)lē\ *adv*

**ide•al•ize** \ī-ˈdē-ə-ˌlīz\ *vb* **-ized; -iz•ing** : to think of or represent as ideal — **ide•al•i•za•tion** \-ˌdē-ə-lə-ˈzā-shən\ *n*

**ide•al•ly** \ī-ˈdē-lē, -ˈdē-ə-lē\ *adv* **1** : in idea or imagination : MENTALLY **2** : in agreement with an ideal : PERFECTLY

**ide•a•tion** \ˌī-dē-ˈā-shən\ *n* : the forming of ideas — **ide•ate** \ˈī-dē-ˌāt\ *vb* — **ide•a•tion•al** \ˌī-dē-ˈā-shə-nəl\ *adj*

**idem** \ˈī-ˌdem, ˈē-, ˈi-\ *pron* [L, same] : something previously mentioned

**iden•ti•cal** \ī-ˈden-ti-kəl\ *adj* **1** : being the same **2** : essentially alike **syn** equivalent, equal, tantamount

**iden•ti•fi•ca•tion** \ī-ˌden-tə-fə-ˈkā-shən\ *n* **1** : an act of identifying : the state of being identified **2** : evidence of identity **3** : an unconscious psychological process by which an individual models thoughts, feelings, and actions after another person or an object

**iden•ti•fy** \ī-ˈden-tə-ˌfī\ *vb* **-fied; -fy•ing 1** : to regard as identical **2** : ASSOCIATE **3** : to establish the identity of **4** : to practice psychological identification — **iden•ti•fi•able** \-ˌden-tə-ˈfī-ə-bəl\ *adj* — **iden•ti•fi•ably** \-blē\ *adv* — **iden•ti•fi•er** \-ˌfī(-ə)r\ *n*

**iden•ti•ty** \ī-ˈden-tə-tē\ *n, pl* **-ties 1** : sameness of essential character **2** : INDIVIDUALITY **3** : the fact of being the same person or thing as claimed

**identity crisis** *n* : psychological conflict esp. in adolescence involving confusion about one's social role and one's personality

**ideo•gram** \ˈī-dē-ə-ˌgram, ˈi-\ *n* **1** : a picture or symbol used in a system of writing to represent a thing or an idea **2** : a character or symbol used in a system of writing to represent an entire word

**ide•ol•o•gy** \ˌī-dē-ˈä-lə-jē, ˌi-\ *also* **ide•al•o•gy** \-ˈä-lə-jē, -ˈa-\ *n, pl* **-gies 1** : the body of ideas characteristic of a particular individual, group, or culture **2** : the assertions, theories, and aims that constitute a political, social, and economic program — **ide•o•log•i•cal** \ˌī-dē-ə-ˈlä-ji-kəl, ˌi-\ *adj* — **ide•ol•o•gist** \-dē-ˈä-lə-jist\ *n*

**ides** \ˈīdz\ *n sing or pl* : the 15th day of March, May, July, or October or the 13th day of any other month in the ancient Roman calendar

**id•i•o•cy** \ˈi-dē-ə-sē\ *n, pl* **-cies 1** : extreme mental retardation **2** : something notably stupid or foolish

**id•i•om** \ˈi-dē-əm\ *n* **1** : the language peculiar to a person or group **2** : the characteristic form or structure of a language **3** : an expression that cannot be understood from the meanings of its separate words (as *give way*) — **id•i•o•mat•ic** \ˌi-dē-ə-ˈma-tik\ *adj* — **id•i•o•mat•i•cal•ly** \-ti-k(ə-)lē\ *adv*

**id•i•o•path•ic** \ˌi-dē-ə-ˈpa-thik\ *adj* : arising spontaneously or from an obscure or unknown cause ⟨an ~ disease⟩

**id•i•o•syn•cra•sy** \ˌi-dē-ə-ˈsiŋ-krə-sē\ *n, pl* **-sies** : personal peculiarity — **id•i•o•syn•crat•ic** \ˌi-dē-ō-sin-ˈkra-tik\ *adj* — **id•i•o•syn•crat•i•cal•ly** \-ˈkra-ti-k(ə-)lē\ *adv*

**id•i•ot** \ˈi-dē-ət\ *n* [ME, fr. L *idiota* ignorant person, fr. Gk *idiōtēs* one in a private station, ignorant person, fr. *idios* one's own, private] **1** : a mentally retarded person requiring complete custodial care **2** : a foolish or stupid person — **id•i•ot•ic** \ˌi-dē-ˈä-tik\ *adj* — **id•i•ot•i•cal•ly** \-ti-k(ə-)lē\ *adv*

1**idle** \ˈīd-ᵊl\ *adj* **idler** \ˈī-də-lər\; **idlest** \ˈī-də-ləst\ **1** : GROUNDLESS, WORTHLESS, USELESS ⟨~ talk⟩ **2** : not occupied or employed : INACTIVE **3** : LAZY — **idle•ness** *n* — **idly** \ˈīd-lē\ *adv*

2**idle** *vb* **idled; idling 1** : to spend time doing nothing **2** : to make idle **3** : to run without being connected so that power is not used for useful work — **idler** *n*

**idol** \ˈīd-ᵊl\ *n* **1** : an image worshiped as a god; *also* : a fa
of passionate de
**idol•a•ter** *or* **idol•a•t**
worshiper of idol
**idol•a•try** \-trē\ *n,*
ship of a physic
: excessive dev
\-trəs\ *adj*
**idol•ize** \ˈīd-ᵊl-ˌīz\
make an idol of
ᵊl-ə-ˈzā-shən\ *n*
**idyll** \ˈīd-ᵊl\ *n* **1** : a
ing or poetry th
life or suggests a
fit subject for a
ˈdi-lik\ *adj*
**i.e.** \ˈī-ˈē\ *abbr* [L
**IE** *abbr* industrial
**-ier** — see -ER
**if** \ˈif\ *conj* **1** : in
stays, I leave⟩ **2**
left⟩ **3** — used a
introduce an ex
a wish ⟨~ it wo
though ⟨an inte
argument⟩
**IF** *abbr* intermed
**if•fy** \ˈi-fē\ *adj* : fu
unknown condit
**-i•fy** \ə-ˌfī\ *vb* su
**IG** *abbr* inspecto
**ig•loo** \ˈi-glü\ *n, p*
kimo language⟩
mo house or hu
blocks and in th
**ig•ne•ous** \ˈig-nē-
: formed by so
rock
**ig•nite** \ig-ˈnīt\
: to set afire o
**able** \-ˈnī-tə-bəl
**ig•ni•tion** \ig-ˈni-s
fire **2** : the pro
electric spark⟩
mixture in an e
**ig•no•ble** \ig-ˈnō-b
birth **2** : not h
**syn** despicable,
wretched — **ig**
**ig•no•min•i•ous** \
**1** : DISHONORA
: HUMILIATING,
utable, discredi
glorious — **ig**
**ig•no•mi•ny** \ˈig-
nē\ *n*
**ig•no•ra•mus** \ig
*ramus,* ignoran
(1615), play by
utterly ignoran
**ig•no•rance** \ˈig-n
being ignorant
**ig•no•rant** \ˈig-n
knowledge **2** : r
ing lack of kno
**3** : UNAWARE,
nighted, illitera
tered, untutore
**ig•nore** \ig-ˈnōr
**ing** : to refuse
overlook, sligh