
BARRON'S
PROFESSIONAL GUIDES
Dictionary of Mathematics Terms
Second Edition
dx
dy
Over 700 definitions of terms related to algebra, geometry, analytic geometry, trigonometry, probability, statistics, logic, and calculus.
This updated edition is an ideal reference source for teachers, engineers, scientists, computer scientists, high school and college students.
Filled with illustrative diagrams and quick-reference tables
Douglas Downing

## Dedication

This book is for Lori.


## Acknowledgments

Deepest thanks to Michael Covington, Jeffrey Clark, and Robert Downing for their special help.


© Copyright 1995 by Barron's Educational Series, Inc.
Prior edition copyright 1987

All rights reserved.
No part of this book may be reproduced in any form, by photostat, microfilm, xerography, or any other means, or incorporated into any information retrieval system, electronic or mechanical, without the written permission of the copyright owner.

*All inquiries should be addressed to:*
Barron's Educational Series, Inc.
250 Wireless Boulevard
Hauppauge, New York 11788

*Library of Congress Catalog Card No. 95-12039*

International Standard Book No. 0-8120-3097-4

**Library of Congress Cataloging in Publication Data**

Downing, Douglas
Dictionary of mathematics terms/Douglas Downing.–
2nd ed.
p. cm. –(Barron's professional guides)
ISBN 0-8120-3097-4
1. Mathematics—dictionaries. I. Title.

## CONTENTS


| | |
|---|---|
| **Preface** | vi |
| **List of Symbols** | ix |
| **Guide to Selected Terms by Category** | xii |
| **Mathematics Terms** | 1 |
| **Appendix** | 372 |
| Table 1: Common Logarithm Table | 372 |
| Table 2: Trigonometric Function Table | 374 |
| Table 3: The Standard Normal Distribution | 382 |
| Table 4: The Standard Normal Distribution | 383 |
| Table 5: The Chi-square Cumulative Distribution Function | 384 |
| Table 6: The *t*-Distribution | 385 |
| Table 7: The *t*-Distribution | 386 |
| Table 8: The *F*-Distribution | 386 |
| Table 9: Brief Table of Integrals | 387 |

**ARCTAN** If $x = \tan y$, then $y = \arctan x$. (See **inverse trigonometric functions.**)

**AREA** The area of a two-dimensional figure measures how much of a plane it fills up. The area of a square of side $a$ is defined as $a^2$. The area of every other plane figure is defined so as to be consistent with this definition. The area postulate in geometry says that if two figures are congruent, they have the same area. Area is measured in square units, such as square meters or square miles. The areas of some common figures are as follows:

| Figure | Area |
|---|---|
| rectangle (sides $a$ and $b$) | $ab$ |
| parallelogram | (base) × (altitude) |
| triangle | $\frac{1}{2}$(base) × (altitude) |
| circle (radius $r$) | $\pi r^2$ |
| ellipse (semimajor axis $a$, semiminor axis $b$) | $\pi ab$ |

The area of any polygon can be found by breaking the polygon up into many triangles. The areas of curved figures can often be found by the process of integration. (See **calculus.**)

**ARGUMENT** (1) The argument of a function is the independent variable that is put into the function. In the expression $\sin x$, $x$ is the argument of the sine function.

(2) In logic an argument is a sequence of sentences (called premises) that lead to a resulting sentence (called the conclusion). (See **logic.**)



**ARISTOTLE** Aristotle (384 BC to 322 BC) wrote about many areas of human knowledge, including the field of logic. He was a student of Plato and also a tutor to Alexander the Great.

**ARITHMETIC MEAN** The arithmetic mean of a group of $n$ numbers $(a_1, a_2, \ldots a_n)$, written as $\overline{a}$, is the sum of the numbers divided by $n$:

$$\overline{a} = \frac{a_1 + a_2 + a_3 + \ldots + a_n}{n}$$

The arithmetic mean is commonly called the average. For example, if your grocery bills for 4 weeks are $10, $15, $12, and $39, then the average grocery bill is 76/4 = $19.

**ARITHMETIC PROGRESSION** See **arithmetic sequence.**

**ARITHMETIC SEQUENCE** An arithmetic sequence is a sequence of $n$ numbers of the form

$$a, a + b, a + 2b, a + 3b, \ldots, a + (n - 1)b$$

**ARITHMETIC SERIES** An arithmetic series is a sum of an arithmetic sequence:

$$S = a + (a + b) + (a + 2b) + (a + 3b) + \ldots + [a + (n - 1)b]$$

In an arithmetic series the difference between any two successive terms is a constant (in this case $b$). The sum of the first $n$ terms in the arithmetic series above is

$$\sum_{i=0}^{n-1}(a + ib) = \frac{n}{2}[2a + (n - 1)b]$$