
BARRON'S
PROFESSIONAL GUIDES
Dictionary of Mathematics Terms
Second Edition
dx
dy
Over 700 definitions of terms related to algebra, geometry, analytic geometry, trigonometry, probability, statistics, logic, and calculus.
This updated edition is an ideal reference source for teachers, engineers, scientists, computer scientists, high school and college students.
Filled with illustrative diagrams and quick-reference tables
Douglas Downing

**Dedication**
This book is for Lori.

**Acknowledgments**
Deepest thanks to Michael Covington, Jeffrey Clark, and Robert Downing for their special help.

© Copyright 1995 by Barron's Educational Series, Inc.
Prior edition copyright 1987

All rights reserved.
No part of this book may be reproduced in any form, by photostat, microfilm, xerography, or any other means, or incorporated into any information retrieval system, electronic or mechanical, without the written permission of the copyright owner.

*All inquiries should be addressed to:*
Barron's Educational Series, Inc.
250 Wireless Boulevard
Hauppauge, New York 11788

*Library of Congress Catalog Card No. 95-12039*

International Standard Book No. 0-8120-3097-4

**Library of Congress Cataloging in Publication Data**

Downing, Douglas
Dictionary of mathematics terms/Douglas Downing.–
2nd ed.

## CONTENTS

**Preface** vi

**List of Symbols** ix

**Guide to Selected Terms by Category** xii

**Mathematics Terms** 1

**Appendix** 372

Table 1: Common Logarithm Table 372
Table 2: Trigonometric Function Table 374
Table 3: The Standard Normal Distribution 382
Table 4: The Standard Normal Distribution 383
Table 5: The Chi-square Cumulative Distribution Function 384
Table 6: The $t$-Distribution 385
Table 7: The $t$-Distribution 386
Table 8: The $F$-Distribution 386
Table 9: Brief Table of Integrals 387

**SUMMATION NOTATION** Summation notation provides a concise way of expressing long sums that follow a pattern. The Greek capital letter sigma $\sum$ is used to represent summation. Put where to start at the bottom:

$$\sum_{i=1}$$

and where to stop at the top:

$$\sum_{i=1}^{5}$$

and put what you want to add up along the sides:

$$\sum_{i=1}^{5} i$$

For example:

$$\sum_{i=1}^{5} i = 1+2+3+4+5=15$$

$$\sum_{j=1}^{10} j^2 = 1+4+9+\ldots+64+81+100 = 385$$

**SUPPLEMENTARY** Two angles are supplementary if the sum of their measures is 180°. For example, two angles measuring 135° and 45° form a pair of supplementary angles.

**SURFACE** A surface is a two-dimensional set of points. For example, a plane is an example of a surface; any point can be identified by two coordinates $x$ and $y$. We live on the surface of the sphere formed by the Earth; any point can be identified by the two coordinates latitude and longitude.



**SURFACE AREA** The surface area of a solid is a measure of how much area the solid would have if you could somehow break it apart and flatten it out. For example, a cube with edge $a$ units long has six faces, each with area $a^2$. The surface area of the cube is the sum of the areas of these six faces, or $6a^2$. The surface area of any polyhedron can be found by adding together the areas of all the faces. The surface areas of curved solids are harder to find, but they can often be found with calculus. (See **surface area, figure of revolution.**) Surface areas are important if you need to paint something. The amount of paint you need to completely paint an object depends on its surface area.

**SURFACE AREA, FIGURE OF REVOLUTION** Suppose the curve $y = f(x)$ is rotated about the $x$-axis between the lines $x = a$ and $x = b$. (See figure 125.)

The surface area of this figure can be found with integration. Let $dA$ represent the surface area of a small frustum cut from this figure. (See figure 126.)

The surface area of the frustum is $dA = 2\pi y ds$ where $y$ is the average radius of the frustum, and $ds$ is the slant height. $ds$ is given by the formula $ds = \sqrt{1 + (\frac{dy}{dx})^2 dx}$. (See **arc length.**) Then the total surface area is given by this integral:

$$\int_a^b 2\pi y \sqrt{1 + \left(\frac{dy}{dx}\right)^2}\, dx$$