# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL BOWLING,
a Resident of Arizona,

Plaintiff,

v.

HASBRO, INC.,
a Rhode Island Corporation,

Defendant.

C.A. No. 05-229S

I David Wheeler declare as follows:

1. I am the owner of Dragon's Laier Comics and Fantasy ("Dragon's Lair"), which operates three comic books and hobby stores in Texas, located in Austin, Round Rock, and San Antonio. I have been the owner of Dragon's Lair since its inception.

2. I opened the first Dragon's Lair store in 1986 in Austin, Texas, selling comics, books and related items. The Dragon's Lair stores now also sell a wide variety of role-playing and strategy games, DVDs, manga, art and collectibles, miniatures, and unusual board games. Dragon's Lair has also offered a variety of dice for sale for over ten years.

3. In September 1999, the Austin location was the only Dragon's Lair store.

4. Beginning in approximately September 1999, Dragon's Lair purchased dice for resale from Crystal Caste, including Crystal Caste's crystal-shaped dice. Dragon's Lair continues to carry Crystal Caste dice in its retail stores, although it no longer actively stocks the crystal-shaped dice for resale.

5. I was contacted by a Mr Jeff Techentin who represented that he was an attorney for Hasbro, Inc. Mr. Techentin asked if I remembered receiving any correspondence from Michael Bowling or Crystal Caste concerning the crystal-shaped dice being patented, or receiving any written or oral instruction from Crystal Caste regarding displaying a patent number sticker on the dice display

containing Crystal Caste's crystal-shaped dice. At that time I told Mr. Techentin that I could not confirm whether or not I had received such instructions.

6. I do not recall whether Mr. Techentin asked me to investigate whether I had received such instruction from Mr. Bowling or Crystal Caste regarding the patent number stickers. At the time I signed the declaration Mr. Techentin sent me, I had not looked at the Crystal Caste bin.

7. An attorney for Michael Bowling, Tom Leach, contacted me on October 18, 2006, to ask about the declaration I signed on October 6, 2006. Mr. Leach asked me if I had any old point-of-purchase bins that had contained the crystal-shaped dice. I indicated that I had such a bin and subsequent examination of that bin revealed that it had two stickers attached to it which stated "Choking Hazard!" and "Not for children under 14 yrs." and "U.S. Patent # 5938197."

8. I believe this bin was supplied to me by Crystal Caste back in about 1999. The patent number sticker on the bin looks old and worn. I took two photographs with a cell phone camera and sent those pictures to Mr. Leach.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 18, 2006

David Wheeler