# EXHIBIT B

EXHIBIT 17
M. Bowling
1/16/06 E.A.

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197

Choking Hazard!
Not for children under 14 yrs.
U.S. Patent # 5938197