# EXHIBIT C

7931 S. Avenida De Pina
Tucson, AZ 85747
1-888-3CC-DICE phone
1-877-4CC-DICE fax
www.CrystalCaste.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/1999 | 178 |

PAID

**BILL TO**
Dragon's Lair Comics and Fantasy
4910 Burnet Rd.
Austin, TX 78756
512-454-2399

**SHIP TO**
Dragon's Lair Comics and Fantasy
616 W 34th St.
Austin TX 78705

| P.O. NUMBER | TERMS | DUE DATE | SHIP | REP | VIA |
|---|---|---|---|---|---|
| | | 9/25/1999 | 9/25/1999 | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1 | C-06-1-99-4 | Crystal/6sided/pearl/mixed 100 pcs | 64.50 | 64.50 |
| 1 | C-10-1-99-4 | Crystal/10sided/pearl/mixed100 pcs | 64.50 | 64.50 |
| 1 | C-20-1-99-7 | Crystal/20sided/pearl/mixed 25 | 31.25 | 31.25 |
| 1 | 04204 | d4 ancient mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04304 | d4 speckled mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04504 | d4 silk mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04206 | d6 ancient mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04306 | d6 speckled mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04506 | d6 silk mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04208 | d8 ancient mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04308 | d8 speckled mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04508 | d8 silk mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04210 | d10 ancient mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04211 | d10 ancient mix 00-99 - 50 pieces | 17.50 | 17.50 |
| 1 | 04310 | d10 speckled mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04111 | d10 pearl mix 00-99 - 50 pieces | 17.50 | 17.50 |
| 2 | 04510 | d10 silk mix - 50 pieces | 17.50 | 35.00 |
| 1 | 08121 | 12mm pearl mix - 100 pieces | 15.00 | 15.00 |
| 1 | 04212 | d12 ancient mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04312 | d12 speckled mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04512 | d12 silk mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04220 | d20 ancient mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04320 | d20 speckled mix - 50 pieces | 17.50 | 17.50 |
| 1 | 04520 | d20 silk mix - 50 pieces | 17.50 | 17.50 |
| 1 | 06990 | d30 giant mix -30 pieces | 45.00 | 45.00 |
| 1 | 08050 | 5mm translucent mix -500 pcs | 30.00 | 30.00 |
| 1 | 08100 | 10mm tutti frutti mix - 200 pcs | 20.00 | 20.00 |
| 1 | 08120 | 12mm translucent mix -100 pc | 20.00 | 20.00 |
| 1 | 08166 | 16mm icecream mix - 50 pieces | 25.00 | 25.00 |
| 1 | 08257 | 25mm tutti frutti mix -30 pieces | 45.00 | 45.00 |
| 1 | 06630 | 7 tube speckled mix - 10 pieces | 26.00 | 26.00 |
| 1 | 06450 | 7 brick silk mix - 10 pieces | 26.00 | 26.00 |
| 1 | S36B6 | 36 brick glitter mix - 12mm - 5 pcs. | 25.00 | 25.00 |
| | Disp. Disc. | Display Discount | -5.75 | -5.75 |
| 0 | C-04-1-99-4 | Crystal/4sided/pearl/mixed/100 pcs | | 0.00 |
| 0 | C-08-1-99-4 | ~~Crystal/8sided/pearl/mixed/100 pcs~~ | | 0.00 |
| 1 | 10121 | 21 compartment display | 0.00 | 0.00 |
| | | | **Total** | $799.00 |

B03239