# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL BOWLING, a Resident of Arizona,

Plaintiff,

v. C.A. No. 05-229 S

HASBRO, INC., a Rhode Island Corporation,

Defendant.

**DECLARATION OF DAVID WHEELER**

I, David Wheeler, declare as follows:

1. I am the owner of Dragon's Lair Comics and Fantasy ("Dragon's Lair"), which operates three comic book and hobby stores in Texas, located in Austin, Round Rock, and San Antonio. I have been the owner of Dragon's Lair since its inception.

2. I opened the first Dragon's Lair store in 1986 in Austin, Texas, selling comics, books, and related items. The Dragon's Lair stores now also sell a wide variety of role-playing and strategy games, DVDs, manga, art and collectibles, miniatures, and unusual board games. Dragon's Lair has also offered a variety of dice for sale for over ten years.

3. In September 1999, the Austin location was the only Dragon's Lair store.

4. Beginning in approximately September 1999, Dragon's Lair purchased dice for resale from Crystal Caste, including Crystal Caste's crystal-shaped dice. Dragon's Lair continues to carry Crystal Caste dice in its retail stores, although it no longer actively stocks the crystal-shaped dice for resale.

5. I do not recall receiving any correspondence from Michael Bowling or Crystal Caste relative to the crystal dice being patented, or receiving any written or oral instructions from Crystal Caste with respect to the use or display of any stickers containing patent information. I do not recall speaking with my employees about storing Crystal Caste dice in containers that bore patent markings. I do not recall Dragon's Lair taking any action with respect to displaying any patent information about Crystal Caste dice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6th, 2006

David Wheeler
David Wheeler