UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL BOWLING, a Resident of Arizona,

Plaintiff,

v. C.A. No. 05-229 S

HASBRO, INC., a Rhode Island Corporation,

Defendant.

**DECLARATION OF ERIC BURKE**

I, Eric Burke, declare as follows:

1. I am employed by Dragon's Lair Comics and Fantasy ("Dragon's Lair") as the manager of its Austin, Texas location. I have worked at Dragon's Lair since approximately 1998.

2. The Austin Dragon's Lair store sells a variety of dice, including dice manufactured by Chessex, Koplow Dice, and Crystal Caste.

3. Today, Dragon's Lair carries approximately 50 different items from Crystal Caste.

4. Dragon's Lair has been carrying Crystal Caste dice since at least 1999.

5. When Dragon's Lair began carrying Crystal Caste dice, Dragon's Lair displayed those dice in a 21-compartment display case that I believe was provided by Crystal Caste to Dragon's Lair.

6. The display case looks similar to the image below, which I understand is taken from the Crystal Caste product catalog, except it does not have the "Crystal Caste" logo on the top of the display:



10121 - 20 Compartment Display

7. Similar to the depiction above, Dragon's Lair keeps various dice for sale in the display case including dice from manufacturers other than Crystal Caste. We keep different types of dice in each of the compartments. We separate the dice according to the number of sides of the dice (that is, 6-sided, 8-sided, etc.) and order them according to their retail price, from lowest on the left to highest on the right. Because the crystal-shaped dice from Crystal Caste were significantly more expensive than the other traditional-shaped polyhedral dice kept in the display case, the crystal dice were stored in the bins at the far right of the case.

8. Because we no longer actively restock the crystal-shaped dice from Crystal Caste, we do not have enough of those dice in stock to use a compartment in the display case depicted above and they are now kept in a different case. However, from the time we started carrying crystal dice until a few years ago, the crystal dice were contained in one or more of the 21

compartments of the display case. We have always stocked non-Crystal Caste dice in the case as well.

9. Until August 2006, I did not know that Michael Bowling or Crystal Caste had a patent on any of his dice. I have never been asked to display Crystal Caste dice in any particular way in order to reflect any patent identification. I never understood that any of the Crystal Caste dice were to be displayed in a manner that any patent markings would be associated with the dice. I do not recall ever placing any stickers with any patent markings on any containers or bins in which Crystal Caste dice were displayed, nor do I recall ever being asked to do so. Had Dragon's Lair been asked to do so, I would most likely have known about that, as I would have been responsible for ensuring that the stickers would be placed according to Crystal Caste's instructions and that the dice were displayed accordingly. I also do not recall ever seeing a letter from Crystal Caste regarding a patent on any dice.

10. The display case in which the crystal-shaped dice had previously been displayed has two stickers on it, each of which says "Choking Hazard! Not for children under 14 yrs. U.S. Patent # 5938197." The stickers are on the outside of the case, on each end face of the display case.

11. In the past, I and other employees at Dragon's Lair had noticed those stickers and joked about the idea of dice being a choking hazard for teenagers. I did not know, however, what the patent number referred to. Until very recently, I assumed it might have referred to the display case itself.

12. When Dragon's Lair ordered crystal-shaped dice from Crystal Caste, they were typically delivered to us loose in plastic bags, each bag containing a number of dice of the same type. Because we sold dice loose in display cases at the counter, we would open the plastic bags

and dump the dice into the appropriate bin, discarding the bag. We would also discard any other paperwork in the bag, unless it was an invoice or packing slip or other record that we would need to retain, although I do not recall ever keeping such paperwork from a bag of Crystal Caste dice. I do not recall seeing patent marking labels or instructions about display of patent labels in the bags of dice received from Crystal Caste. If they had been in the bags, we probably threw them away.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2006

Eric Burke