IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO HASBRO'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CORRECT INVENTORSHIP**

Plaintiff Michael Bowling ("Bowling") herby moves for an enlargement of the time for Bowling to respond to the Supplemental Memorandum of Law in Support of Motion to Correct Inventorship filed by the Defendant. Bowling respectfully requests through and until Tuesday, November 21, 2006, to respond thereto. Defendant has agreed not to oppose this motion.

Bowling also moves to withdraw its prior Motion for Enlargement of Time, dated November 17, 2006, which is being replaced by this unopposed motion.

Plaintiff,
Michael Bowling,
By his attorneys,

Date: November 17, 2006

s/Thomas J. Leach_____________
Douglas J. Williams, *pro hac vice*
Thomas J. Leach, *pro hac vice*
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

-and-

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATION**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Hasbro's Supplemental Memorandum of Law in Support of Motion to Correct Inventorship* were filed through the ECF system on the 17th day of November, 2006, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

s/Thomas J. Leach___________
Thomas J. Leach