# Plaintiff's Exhibit 13

## Kathy Bergman

**From:** Steven L. Bosse [SLBOSSE@gabroylaw.com]
**Sent:** Friday, March 10, 2006 4:46 PM
**To:** Techentin, Jeffrey; Tom Leach
**Subject:** FW: email in writing

8

Steven L. Bosse'
Gabroy, Rollman & Bosse', P.C.
3507 N. Campbell Ave., #111
Tucson, Arizona 85719
Telephone: 520-320-1300
Facsimile: 520-320-0717
email: bosse@gabroylaw.com

---

**From:** Techentin, Jeffrey [mailto:Jtechentin@apslaw.com]
**Sent:** Thursday, March 02, 2006 2:56 PM
**To:** Steven L. Bosse
**Subject:** RE: email in writing

No chance of having him fax it directly to me?

-----Original Message-----
**From:** Steven L. Bosse [mailto:SLBOSSE@gabroylaw.com]
**Sent:** Thursday, March 02, 2006 4:54 PM
**To:** Techentin, Jeffrey
**Subject:** RE: email in writing

I will have him sign. Since I am leaving in a couple minutes, you will not have a confirmed signing by fax until tomorrow morning. I will FEDEX the signed original to you tomorrow. Do you want Saturday or Monday delivery?

Steven L. Bosse'
Gabroy, Rollman & Bosse', P.C.
3507 N. Campbell Avenue, #111
Tucson, AZ 85719
520-320-1300
520-320-0717 facsimile
bosse@gabroylaw.com

---

**From:** Techentin, Jeffrey [mailto:Jtechentin@apslaw.com]
**Sent:** Thursday, March 02, 2006 2:50 PM
**To:** Steven L. Bosse
**Cc:** White, Todd
**Subject:** RE: email in writing

Steven,

The changes are acceptable, and I have put them in the document, along with the dollar figure. It's attached.

Thanks for your cooperation.

Jeff Techentin

EXHIBIT 10

PLAINTIFF'S EXHIBIT 13

Lizarraga 0103

-----Original Message-----
**From:** Steven L. Bosse [mailto:SLBOSSE@gabroylaw.com]
**Sent:** Thursday, March 02, 2006 4:30 PM
**To:** Techentin, Jeffrey
**Cc:** Albert P Lizarraga
**Subject:** FW: email in writing

Here are Al's changes. The ratio (e) (iii) was never a consideration in the design. It is just how it worked out. Same with (iv). With those changes, and the insertion of the compensation amount, we are ready to sign. I need to leave by 3 p.m. MST for an appointment out of the office. I will review emails later today if you do not get back to me by then.

Steven L. Bosse'
Gabroy, Rollman & Bosse', P.C.
3507 N. Campbell Avenue, #111
Tucson, AZ 85719
520-320-1300
520-320-0717 facsimile
bosse@gabroylaw.com

---

**From:** Albert P Lizarraga [mailto:aplizarraga@raytheon.com]
**Sent:** Thursday, March 02, 2006 2:11 PM
**To:** Steven L. Bosse
**Subject:** Re: email in writing

Steve,

In (e) I don't want the (previous) word "invented" re: **defined**. If this is acceptable...of course

(d) ASSIGNOR independently and without further contribution from BOWLING conceived of and **defined** the shapes and figures reflected on the drawing sheets contained in the '197 PATENT, which are materially different from the concept presented by BOWLING to ASSIGNOR; and

(e) ASSIGNOR independently and without further contribution from BOWLING conceived of and **defined** the die construction disclosed in the various claim of the '197 PATENT, including but not limited to:

(i) the facets of the extension member of the die being of equal surface areas;

(ii) the facets of the end caps of the die being of equal surface areas;

~~(iii) the ratio of the surface area of the extension member facets to the surface area of the end cap facets being approximately 2.3:1; and~~

~~(iv) the surface areas of each of the extension member facets being different from the surface areas of each of the end cap facets of the die; and~~

Raytheon

Albert P. Lizarraga
Section Manager
Test Systems Design Center
Mechanical Engineering Dept.
520.663.9493
520.446.8391 pager
520.663.6847 fax

aplizarraga@raytheon.com

**"Steven L. Bosse" <SLBOSSE@gabroylaw.com>**

03/02/2006 12:36 PM

To "Albert P Lizarraga" <aplizarraga@raytheon.com>

cc

Subject email

Jeff can get $10K if we sign today. I verbally told him your changes and he was acceptable. Could you please put them in writing to me so I can change the agreement and send to him.

Steven L. Bosse'
Gabroy, Rollman & Bosse', P.C.
3507 N. Campbell Avenue, #111
Tucson, AZ 85719
520-320-1300
520-320-0717 facsimile
bosse@gabroylaw.com