# Plaintiff's Exhibit 46



PLAINTIFF'S
EXHIBIT
tabbies
46

B 01564