UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO SUSPEND DEADLINE**
**FOR FILING PRETRIAL MEMORANDA**

Defendant Hasbro, Inc. hereby moves that the time to file pretrial memoranda be suspended pending the previously scheduled chambers conference to be held July 13, 2007, at which time Hasbro respectfully requests that the Court establish applicable deadlines for pretrial submissions. Counsel for Defendant have conferred with counsel for Plaintiff, who do not oppose this motion. The grounds supporting this motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin___________

Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: June 22, 2007

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF**
**UNOPPOSED MOTION TO SUSPEND DEADLINE**
**FOR FILING PRETRIAL MEMORANDA**

By the Court's pretrial order in this case, pretrial memoranda are presently due on June 29, 2007, thirty days from the May 30, 2007 decision on various motions, including cross-motions for partial summary judgment. Subsequent to the issuance and entry of that decision, the Court directed the parties to appear for an in-chambers conference. Due to scheduling issues among counsel for the Plaintiff and the Court, this conference will not be held until July 13, 2007.

Defendant Hasbro moves that the deadline for filing pretrial memoranda be suspended pending the outcome of the scheduled chambers conference. At that conference, the parties and the Court can confer with respect to establishing a revised deadline for the filing of pretrial memoranda. The pretrial preparation of this case will involve the identification and culling out of numerous physical exhibits, reading and marking numerous depositions, and possibly the submission of motions *in limine*. Moreover, the substance of the chambers conference itself may impact the scope and content of the parties' pretrial memoranda. For these reasons, Hasbro respectfully requests that the foregoing deadline be suspended pending the July 13 conference.

Finally, Plaintiff has no objection to this request for suspension of the deadline for submitting pretrial memoranda, and the parties believe the enlargement will foster the submission of comprehensive and useful pretrial memoranda.

For all of the reasons, defendant respectfully requests that its motion be granted and that the deadline for filing pretrial memoranda be suspended pending the outcome of the July 13, 2007 chambers conference

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin___________

Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: June 22, 2007

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Unopposed Motion to Enlarge Time for Filing Pretrial Memoranda and the Memorandum of Law in support thereof through the ECF system on the 22nd day of June, 2007, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

/s/ Jeffrey K. Techentin__________

*421193_1*