FEDCIR, STD, TERMED

# U.S. District Court
# DISTRICT OF ARIZONA (Tucson Division)
# CIVIL DOCKET FOR CASE #: 4:03-cv-00471-DCB

Bowling v. Hasbro Inc
Assigned to: Judge David C Bury
Demand: $0
Cause: 35:271 Patent Infringement

Date Filed: 09/16/2003
Date Terminated: 03/10/2004
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Michael Bowling** represented by **Robert Michael Rauh**
Hinderaker & Rauh PLC
2401 E Speedway Blvd
Tucson, AZ 85719
(520)881-6607
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hasbro Inc**
*a Rhode Island corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2003 | 1 | COMPLAINT filed regarding (patent/trademark). Copy of complaint and docket sent to Washington, DC. (SJD) (Entered: 09/17/2003) |
| 01/26/2004 | 2 | ORDER by Judge David C. Bury plas has 30 days from the date this order is filed, to show written good cause why this lawsuit should not be dismissed; order to show cause ddl set for 2/26/04; if pla fails to show such good cause by the specified date, pla's lawsuit will be dismissed (cc: all counsel) (SJD) (Entered: 01/26/2004) |
| 03/10/2004 | 3 | ORDER by Judge David C. Bury that pursuant to Rules 4(m) and 41(b), Fed R Civ P, this action is DISMISSED with prejudice; judgment against pla shall be entered (cc: all counsel) re: order filed [3-1] (SJD) (Entered: 03/10/2004) |
| 03/10/2004 | 4 | JUDGMENT by Judge David C. Bury : that pursuant to Federal Rules of Civil Procedure 4(m) and 41(b), this action is DISMISSED with prejudice; case is dismissed (cc: all counsel) (SJD) (Entered: 03/10/2004) |
| 03/31/2004 | 5 | MOTION for reconsideration of judgment by pla Michael Bowling [5-1] (SJD) (Entered: 04/02/2004) |

| | | |
|---|---|---|
| 04/05/2004 | 6 | ORDER by Judge David C. Bury denying motion for reconsideration of judgment by pla Michael Bowling [5-1] (cc: all counsel) (SJD) (Entered: 04/05/2004) |
| 04/09/2004 | 7 | NOTICE OF APPEAL to the Federal Circuit by pla Michael Bowling from District Court order [6-1], judgment [4-2], and order [3-1] (cc: FedCirc/All Counsel/judge) (JKM) Modified on 05/05/2004 (Entered: 04/14/2004) |
| 04/09/2004 | | Received $255.00 appeal fee re NOTICE OF APPEAL [7-1] (JKM) Modified on 05/05/2004 (Entered: 04/14/2004) |
| 05/05/2004 | | Civil Appeals Docketing Statement forwarded to Federal Circuit re NOTICE OF APPEAL [7-1] (REW) (Entered: 05/05/2004) |
| 05/05/2004 | | Certificate of Record Transmitted to Federal Circuit NOTICE OF APPEAL [7-1] (REW) (Entered: 05/05/2004) |
| 05/05/2004 | | APPEAL PACKET forwarded to all parties and Federal Circuit re: NOTICE OF APPEAL [7-1] (REW) (Entered: 05/05/2004) |
| 05/25/2004 | | Notification by Federal Circuit of Appellate Docket Number 04-1364 re NOTICE OF APPEAL [7-1] (REW) (Entered: 05/25/2004) |
| 05/13/2005 | 8 | NOTICE OF VOLUNTARY DISMISSAL by pla Michael Bowling (KDT) (Entered: 05/17/2005) |
| 05/19/2005 | 9 | ORDER by Judge David C. Bury re: that pursuant to Federal Rules of Civil Procedure 4(m) and 41(b), this action is DISMISSED with prejudice; case is dismissed [4-1], re: judgment [4-2], re: order filed; Ordered that the order and judgment of 3/10/2004 (#3, #4) are vacated. ordered that plas action is Dismissed without prejudice [3-1] (cc: all counsel) (JKM) (Entered: 05/19/2005) |
| 05/23/2005 | 10 | CERTIFIED COPY of 9th Circuit Mandate reversed & remanded the decision of the District Court re: [Appeal [7-1] (cc: all counsel/judge) (JKM) (Entered: 05/23/2005) |

## PACER Service Center

### Transaction Receipt

07/17/2007 10:00:34

| | | | |
|---|---|---|---|
| **PACER Login:** | ap0009 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:03-cv-00471-DCB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |