| **Interview Summary** | Application No. 09/003,246 | Applicant(s) Michael A. Bowling |
|---|---|---|
| | Examiner Benjamin H. Layno | Group Art Unit 3711 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Benjamin H. Layno* (3) ______

(2) *Julie R. Daulton* (4) ______

Date of Interview *Nov 23, 1998*

Type: ☒ Telephonic ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☒ No. If yes, brief description:

Agreement ☒ was reached. ☐ was not reached.

Claim(s) discussed: *1 and 17*

Identification of prior art discussed:
*U.S. Patent No. 5,224,708 Gathman et al.*

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
*The Examiner indicated that independent claims 1 and 17 did not overcome the prior art to Gathman et al., however, the Examiner indicated allowable subject matter. The Examiner and the Applicant's representative agreed to an amendment to adding claim language to claims 1 and 17 that would make the present application allowable.*

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendents which would render the claims allowable is available, a summary thereof must be attached.)

1. ☒ It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2. ☐ Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note: You must sign and stamp this form unless it is an attachment to a signed Office action.

FROM MERCHANT&GOULD-MPLS (MON) 11.23'98 11:-- /NO. 3560721975 P 1

# MERCHANT & GOULD

3100 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4131

DRAFT

**FAX TRANSMISSION**

INFORMAL

Time:

TO: Assistant Commissioner for Patents
Attn: Examiner Benjamin Layno
Patent Examining Corps
Facsimile Center
Washington, D.C. 20231

FROM: Julie Daulton

OUR REF: 12206.1US01
TELEPHONE: 612-336-4724

Total pages, including cover letter: 3

PTO FAX NUMBER 1-703-308-7768

If you do NOT receive all of the pages, please telephone us at 612/336-4724, or fax us at 612/332-9081.

| | |
|---|---|
| Title of Document Transmitted: | Proposed claim amendment |
| Applicant: | Michael Bowling |
| Serial No.: | 09/003,246 |
| Filed: | January 6, 1998 |
| Group Art Unit: | 3711 |
| Our Ref. No.: | 12206.1US01 |

Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725.

By: [signature]
Name: Julie R. Daulton
Reg. No.: 36,414

I hereby certify that this paper is being transmitted by facsimile to the U.S. Patent and Trademark Office on the date shown below.

Julie R. Daulton

[signature]
Signature

23 November 1998
Date

DELIVER TO EXAMINER LAYNO ASAP!

GBN035.DOT

DRAFT

Please amend claims 1 and 17 as follows:

1. (Amended) A die construction comprising:

(a) a body having first and second, opposite end caps and an extension member therebetween;

(b) said extension member having a first number of discrete facets and no more than said first number;

(i) each of said discrete facets being identically shaped and having equal surface areas;

(c) said first end cap having a second number of discrete facets and no more than said second number; said second number being one-half of said first number;

(i) each of said first end cap discrete facets being identically shaped and having equal surface areas; [and]

(d) said second end cap having said second number of discrete facets and no more than said second number;

(i) each of said second end cap discrete facets being shaped identically as said first end cap discrete facets; and each of said second end cap discrete facets having a surface area equal to a surface area of each of said first end cap discrete facets; and

(e) each of said discrete facets of said extension member having a surface area that is different from a surface area of each of said discrete facets of said first and second end caps.

17. (Amended) A die comprising:

(a) a body including a first end cap, a second end cap, and an extension member in extension therebetween;

(b) said first end cap including a first number of facets and no more than said first number; said second end cap including a second number of facets and no more than said second number; and said extension member defining a third number of facets and no more than said third number;

(i) said first number being equal to one-fourth of a total of said first number and said second number and said third number;

(ii) said second number being equal to one-fourth of the total of said first number and said second number and said third number;

(iii) each of said extension member facets being equal in surface area;

(iv) each of said extension member facets being triangular-shaped; [and]

[(iv)] (v) each of said extension member facets having indicia thereon indicating a number; and

(vi) each of said extension member facets having a surface area that is different from a surface area of each of said first and second end cap facets.