**DU MÊME AUTEUR.**

TRAITÉ ÉLÉMENTAIRE DE PHYSIQUE,
4[e] édition, 1 gros volume in-8°, orné de 14 planches.

*Prix, broché,* 10 fr.

IMPRIMÉ CHEZ PAUL RENOUARD,
RUE GARENCIÈRE, N° 5.

# TRAITÉ
ÉLÉMENTAIRE
# DE MINÉRALOGIE

**PAR F. S. BEUDANT,**

CHEVALIER DE L'ORDRE ROYAL DE LA LÉGION D'HONNEUR, MEMBRE DE L'ACADÉMIE ROYALE DES SCIENCES, DE L'INSTITUT, PROFESSEUR DE MINÉRALOGIE A LA FACULTÉ DES SCIENCES DE L'ACADÉMIE DE PARIS, MEMBRE DE LA SOCIÉTÉ PHILOMATIQUE DE PARIS, ASSOCIÉ DE LA SOCIÉTÉ GÉOLOGIQUE DE LONDRES, DE LA SOCIÉTÉ PHILOSOPHIQUE DE CAMBRIDGE, DE LA SOCIÉTÉ HELVÉTIQUE, DE LA SOCIÉTÉ CÉSARÉENNE, LÉOPOLDIENNE-CAROLINIENNE DES CURIEUX DE LA NATURE, DE L'ACADÉMIE NATIONALE DES SCIENCES DE PHILADELPHIE, etc.

Deuxième Edition.

TOME II.

Paris,
CHEZ VERDIÈRE, LIBRAIRE-ÉDITEUR,
QUAI DES AUGUSTINS, N° 25.
1832.

## Exemples de cristaux naturels du système rhomboédrique.






Brot, delineavit.

T. Blanchard, Sculp.