# TRAITÉ COMPLET

DE LA

# CHAUX CARBONATÉE

ET DE

# L'ARRAGONITE,

AUQUEL ON A JOINT

UNE INTRODUCTION À LA MINÉRALOGIE EN GÉNÉRAL,

UNE THÉORIE DE LA CRISTALLISATION, ET SON APPLICATION,

*AINSI QUE CELLE DU CALCUL, À LA DÉTERMINATION DES FORMES CRISTALLINES DE CES DEUX SUBSTANCES.*

PAR M. LE COMTE DE BOURNON,

MEMBRE DE LA SOCIÉTÉ ROYALE DE LONDRES ET DE CELLE DE LINNÉE, DE LA SOCIÉTÉ GÉOLOGIQUE DE LA MÊME VILLE, ET DE CELLE WERNÉRIENNE D'EDIMBOURG.

3^me VOL.

*LONDRES:*

*CHEZ WILLIAM PHILLIPS, GEORGE YARD, LOMBARD STREET.*

1808.

DE L'IMPRIMERIE DE WILLIAM PHILLIPS.

## CHAUX CARBONATÉE.

### Rhomboïdes aigus.

*Pl. 17.*

*Suite de la 23me modification.*

*Fig. 264.*




*Fig. 265.*




*Fig. 266.*




*Fig. 267.+*




*Fig. 268.*




*Fig. 269.+*




*Fig. 270.*




*Fig. 271.*




*Fig. 272.*




*Fig. 273.*




*Cassure à la base*

**Dodécaèdres obtus.**

*24me modification.*

*Dirigée sur les arêtes les moins obtuses.*

*Fig. 274.*




*Fig. 275.*




*Fig. 276.*




*Fig. 277.*




*Cassure à la base*

*25me modification.*

*ayant ses faces triangulaires isocèles.*

*Fig. 278.*




*Fig. 279.*




*Fig. 280.*

