# 2261 Special Status for Action - 2200 Citation of Prior Art and Ex Parte Reexamination of Patents

## 2261 Special Status for Action

### 35 U.S.C. 305 Conduct of reexamination proceedings.

*****

All reexamination proceedings under this section, including any appeal to the Board of Patent Appeals and Interferences, will be conducted with special dispatch within the Office.

---

In view of the requirement for "special dispatch," reexamination proceedings will be "special" throughout their pendency in the Office. The examiner's first action on the merits should be completed within *1 month* of the filing date of the requester's reply ( **37 CFR 1.535**), or within *1 month* of the filing date of the patent owner's statement ( **37 CFR 1.530**) if there is no requester other than the patent owner. If no submissions are made under either **37 CFR 1.530** or **37 CFR 1.535**, the first action on the merits should be completed within *1 month* of any due date for such submission. Mailing of the first action should occur within 6 WEEKS after the appropriate filing or due date of any statement and any reply thereto.

Any cases involved in litigation, whether they are reexamination proceedings or reissue applications, will have priority over all other cases. Reexamination proceedings not involved in litigation will have priority over all other cases except reexaminations or reissues involved in litigation.



*The Inventors Assistance Center is available to help you on patent matters.Send questions about USPTO programs and services to the USPTO Contact Center (UCC). You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*

Go to **MPEP - Table of Contents**

# 2263 Time for Response [R-5] - 2200 Citation of Prior Art and Ex Parte Reexamination of Patents

## 2263 Time for Response [R-5]

A shortened statutory period of 2 months will be set for response to Office actions in reexaminations, except *>as follows. Where< the reexamination results from a court order or litigation is stayed for purposes of reexamination, ** the shortened statutory period will be set at 1 month. >In addition, if (A) there is litigation concurrent with an *ex parte* reexamination proceeding and (B) the reexamination proceeding has been pending for more than one year, the Director or Deputy Director of the Office of Patent Legal Administration (OPLA), Director of the Central Reexamination Unit (CRU), Director of the Technology Center (TC) in which the reexamination is being conducted, or a Senior Legal Advisor of the OPLA, may approve Office actions in such reexamination proceeding setting a one-month or thirty days, whichever is longer, shortened statutory period for response rather than the two months usually set in reexamination proceedings. A statement at the end of the Office action - "One month or thirty days, whichever is longer, shortened statutory period approved," followed by the signature of one of these officials, will designate such approval.< See **MPEP § 2286**. Note, however, that this 1-month policy does NOT apply to the 2-month period for the filing of a statement under **37 CFR 1.530**, which 2-month period is set by **35 U.S.C. 304**.

Where a reexamination proceeding has been stayed because of a copending reissue application, and the reissue application is abandoned, all actions in the reexamination after the stay has been removed will set a 1-month shortened statutory period unless a longer period for response is clearly warranted by nature of the examiner's action; see **MPEP § 2285**.



*The* ***Inventors Assistance Center*** *is available to help you on patent matters.Send questions about USPTO programs and services to the* ***USPTO Contact Center (UCC)****. You can suggest USPTO webpages or material you would like featured on this section by E-mail to the* ***webmaster@uspto.gov****. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*