# EXHIBIT C

# THE ELEMENTS

## BOOKS I–XIII • COMPLETE AND UNABRIDGED

**EUCLID**

TRANSLATED BY SIR THOMAS L. HEATH
WITH AN INTRODUCTION BY ANDREW ABERDEIN



THE BARNES & NOBLE LIBRARY OF ESSENTIAL READING

# THE ELEMENTS

## Books I-XIII

EUCLID

TRANSLATED BY SIR THOMAS L. HEATH
KCB, KCVO, FRS, FBA, SC.D.

INTRODUCTION TO THE NEW EDITION
BY ANDREW ABERDEIN

BARNES & NOBLE
NEW YORK

THE BARNES & NOBLE
LIBRARY OF ESSENTIAL READING

Introduction and Suggested Reading Copyright © 2006
by Barnes & Noble Publishing, Inc.

Originally published in 1908

This edition published by Barnes & Noble Publishing, Inc.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher.

2006 Barnes & Noble Publishing

ISBN-13: 978-0-7607-6312-4
ISBN-10: 0-7607-6312-7

Printed in China

3 5 7 9 10 8 6 4 2

ɪse contained by similar

figures are those con-
tude and in magnitude.

:on constituted by more
ɪer and are not in the

: which is contained by
not in the same plane

, contained by planes,
to one point.

ɪntained by planes two
ɔsite, are equal, similar
ɔgrams.

icircle remaining fixed,
ored again to the same
moved, the figure so

:he straight line which
icircle is turned.

: is the same as that

e is any straight line
.ted in both directions

t the right angle in a
the triangle is carried
position from which it
rehended is a **cone**.
ains fixed be equal to
ngle which is carried
less, **obtuse-angled**;

ɪe straight line which
ɪgle is turned.

20. And the **base** is the circle described by the straight line which is carried round.

21. When, one side of those about the right angle in a rectangular parallelogram remaining fixed, the parallelogram is carried round and restored again to the same position from which it began to be moved, the figure so comprehended is a **cylinder**.

22. The **axis of the cylinder** is the straight line which remains fixed and about which the parallelogram is turned.

23. And the **bases** are the circles described by the two sides opposite to one another which are carried round.

24. **Similar cones and cylinders** are those in which the axes and the diameters of the bases are proportional.

25. A **cube** is a solid figure contained by six equal squares.

26. An **octahedron** is a solid figure contained by eight equal and equilateral triangles.

27. An **icosahedron** is a solid figure contained by twenty equal and equilateral triangles.

28. A **dodecahedron** is a solid figure contained by twelve equal, equilateral, and equiangular pentagons.

## DEFINITION 1.

*Στερεόν ἐστι τὸ μῆκος καὶ πλάτος καὶ βάθος ἔχον.*

This definition was evidently traditional, as may be inferred from a number of passages in Plato and Aristotle. Thus Plato speaks (*Sophist*, 235 D) of making an imitation of a model (παράδειγμα) "in length and breadth and depth" and (*Laws*, 817 E) of "the art of measuring length, surface and depth" as one of three *μαθήματα*. *Depth*, the third dimension, is used alone as a description of "body" by Aristotle, the term being regarded as connoting the other two dimensions; thus (*Metaph.* 1020 a 13, 11) "length is a line, breadth a surface, and depth body"; "that which is continuous in one direction is length, in two directions breadth, and in three depth." Similarly Plato (*Rep.* 528 B, D), when reconsidering his classification of astronomy as next to (plane) geometry: "although the science dealing with the additional dimension of depth is next in order, yet, owing to the fact that it is studied absurdly, I passed it over and put next to geometry astronomy, the *motion* of (bodies having) depth." In Aristotle (*Topics* VI. 5, 142 b 24) we find "the definition of body, that which has three dimensions (διαστάσεις)"; elsewhere he speaks of it as "that which has all the dimensions" (*De caelo* I. 1, 268 b 6), "that which has dimension every way" (τὸ πάντῃ διάστασιν ἔχον, *Metaph.* 1066 b 32) etc. In the *Physics*