# EXHIBIT F

US005150900A

# United States Patent [19]

Onzo

[11] Patent Number: 5,150,900

[45] Date of Patent: Sep. 29, 1992

[54] **HEPTAHEDRON RANDOM CHARACTER SELECTOR**

[76] Inventor: **Joseph J. Onzo**, 1561 Fuchsia Dr., San Jose, Calif. 95125

[21] Appl. No.: **812,139**

[22] Filed: **Dec. 18, 1991**

[51] **Int. Cl.**[5] .............................................. **A63F 9/04**

[52] **U.S. Cl.** .................................................. **273/146**

[58] **Field of Search** ............................... 273/146, 147

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,927,158 5/1990 Lierman ............................ 273/146

5,031,915 7/1991 Sanditen ............................ 273/146

FOREIGN PATENT DOCUMENTS

803600 10/1958 United Kingdom ............... 273/147

*Primary Examiner*—Benjamin H. Layno

*Attorney, Agent, or Firm*—John J. Leavitt

[57] **ABSTRACT**

Presented is a random character selector device having a heptahedron-shaped body portion displaying seven facets arranged symmetrically about a central longitudinal axis. Seven different sets of indicia related to numerical values from one (1) to seven (7) are marked on or embedded within the heptahedron-shaped body portion so that each numerical value is visible on or through at least one associated facet of the heptahedron body portion. The heptahedron-shaped random character selector is rolled on a flat surface and comes to rest on one of the flat facets. One of the indicia sets is displayed diametrically on the top of the selector device.

**13 Claims, 1 Drawing Sheet**






US005690331A

# United States Patent [19]

Sides

[11] **Patent Number: 5,690,331**

[45] **Date of Patent: Nov. 25, 1997**

[54] **FOUR-FACED DIE**

[75] Inventor: **William A. Sides**, North Charleston, S.C.

[73] Assignee: **TSR, Inc.**, Lake Geneva, Wis.

[21] Appl. No.: **698,033**

[22] Filed: **Aug. 7, 1996**

[51] **Int. Cl.**[6] .......... **A63F 9/04**

[52] **U.S. Cl.** .......... **273/146**; D21/41

[58] **Field of Search** .......... 273/146, 288–291; D21/41, 51

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,203,472 | 10/1916 | Branch | 273/146 |
| 1,795,562 | 3/1931 | King et al. | 273/146 |
| 3,208,754 | 9/1965 | Sieve | 273/146 |
| 3,650,534 | 3/1972 | Collett | 273/288 |
| 4,345,761 | 8/1982 | China | 273/146 |
| 4,346,900 | 8/1982 | Lamlee | 273/274 |
| 4,632,397 | 12/1986 | Rivkin | 273/145 CA |
| 5,004,244 | 4/1991 | Johnson | 273/146 |
| 5,375,845 | 12/1994 | Cooter et al. | 273/146 |

OTHER PUBLICATIONS

Dragon Magazine, Issue No. 183, Jul. 1992, p. 13, published by TSR Inc., Lake Geneva, WI.

Allen Varney, "The Current Clack", Dragon Magazine, Issue No. 234, Oct. 1996, p. 120, published by TSR Inc., Lake Geneva, WI.

*Primary Examiner*—Benjamin H. Layno
*Attorney, Agent, or Firm*—Jenner & Block

[57] **ABSTRACT**

A die has four faces in the shape of isosceles triangles. The die uses an efficient amount of material and can be read without the player having to pick up the die. Each face of the die has placed thereon an indicium corresponding to only a single face. The die provides an equal chance for each of the four faces to be selected.

**12 Claims, 1 Drawing Sheet**



US005909874A

# United States Patent [19]

**Daniel et al.**

[11] **Patent Number: 5,909,874**

[45] **Date of Patent: Jun. 8, 1999**

[54] **ICOSAHEDRON DECIMAL DICE**

[76] Inventors: **Maurice Daniel**, 3115 King St., Alexandria, Va. 22302; **David J. Pristash**, 12124 Parkview Rd., Brecksville, Ohio 44141; **Michael D. Miller**, 9650 Jackson Rd., Mentor, Ohio 44060

[21] Appl. No.: **08/909,094**

[22] Filed: **Aug. 12, 1997**

**Related U.S. Application Data**

[63] Continuation-in-part of application No. 08/696,625, Aug. 14, 1996, abandoned.

[51] **Int. Cl.**[6] .......... **A63F 9/04**

[52] **U.S. Cl.** .......... **273/146**; 273/274

[58] **Field of Search** .......... 273/146, 274, 273/268

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 283,632 | 4/1986 | Moore | 273/146 |
| 809,293 | 1/1906 | Friedenthal | 273/146 |
| 1,525,023 | 2/1925 | Brown | 273/146 |
| 3,208,754 | 9/1965 | Sieve | 273/146 |
| 4,239,226 | 12/1980 | Palmer | 273/146 |
| 4,497,487 | 2/1985 | Crippen | 273/146 |
| 4,524,975 | 6/1985 | Caughie et al. | 273/146 |
| 4,632,397 | 12/1986 | Rivkin | 273/146 |
| 4,678,190 | 7/1987 | Dery | 273/146 |
| 4,735,419 | 4/1988 | Koca | 273/146 |
| 4,892,319 | 1/1990 | Johnson, II | 273/146 |
| 4,989,874 | 2/1991 | Freitas | 273/146 |
| 5,199,709 | 4/1993 | Lumpp, Jr. et al. | 273/146 |
| 5,224,708 | 7/1993 | Gathman et al. | 273/146 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 621488 | 5/1927 | France | 273/146 |
| 2437853 | 6/1980 | France | 273/146 |
| 2528320 | 6/1982 | France | 273/146 |
| 207334 | 2/1984 | Germany | 273/146 |
| WO 83/0377 | 11/1983 | WIPO | 273/146 |
| WO 93/12848 | 7/1993 | WIPO | 273/146 |

OTHER PUBLICATIONS

*Playthings*, "Hobby Showcase", see Gamescience Rolls 20 Plus Dice, 1982, p. 72.

*Primary Examiner*—William M. Pierce

*Attorney, Agent, or Firm*—Sixbey, Friedman, Leedom & Ferguson; Daniel W. Sixbey

[57] **ABSTRACT**

A die of uniformly distributed material comprising a plurality of faces having a triangular shape and a plurality of numbers imprinted on the die. Each of the plurality of numbers imprinted on the die appear on a separate face, wherein each number appears on at least twice on the die. The dice are capable of generating random numbers, including negative and positive numbers, for use with board games, lotteries, stock market determinations, scientific work and other applications where random numbers are needed. For more complex random number generation, the system includes at least two dice having a distinct color and at least twenty faces, and a pattern of numbers imprinted on each dice, each number of the pattern appearing on a separate face of the dice, wherein the numbers have a different color than the dice.

**27 Claims, 15 Drawing Sheets**



US006007065A

# United States Patent [19]

Ress

[11] **Patent Number: 6,007,065**

[45] **Date of Patent: Dec. 28, 1999**

[54] **MULTI-SIDED TAPERED DICE**

[76] Inventor: **Gary A. Ress**, 14114 Tree Crest Ct., Louisville, Ky. 40245

[21] Appl. No.: **09/095,685**

[22] Filed: **Jun. 10, 1998**

[51] **Int. Cl.**$^{6}$ .................................................. **A63F 9/04**

[52] **U.S. Cl.** .................................................. **273/146**

[58] **Field of Search** .................................. 273/146, 290, 273/147; 446/117

[56] **References Cited**

U.S. PATENT DOCUMENTS

3,063,602 11/1962 Anderson .
3,443,715 5/1969 Edwards .
5,150,900 9/1992 Onzo .
5,375,845 12/1994 Cooter .

*Primary Examiner*—William M. Pierce
*Attorney, Agent, or Firm*—Wheat, Smith & Beres, PLC; Vance A. Smith; David W. Nagle, Jr.

[57] **ABSTRACT**

A game die has a plurality of faces arrayed about a central vertical axis, each face displaying numerical or other indicia. These faces are tapered at an angle relative to said vertical axis, allowing the die to be thrown or spun and causing the die to roll about a central point once it ceases sliding across a surface. The die also defines an internal cavity for receiving a portion of a second die, thereby allowing stacking of the dice.

**7 Claims, 5 Drawing Sheets**




X

US006926275B1

(12) **United States Patent**
**Zocchi**

(10) **Patent No.: US 6,926,275 B1**
(45) **Date of Patent: Aug. 9, 2005**

(54) **FIVE SIDED DICE**

(76) Inventor: **Louis J. Zocchi**, 7604 Newton Dr., R.R. 9, Biloxi, MS (US) 39532-2830

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/458,883**

(22) Filed: **Jun. 11, 2003**

(51) **Int. Cl.**[7] ........................ **A63F 3/00**
(52) **U.S. Cl.** ........................ **273/146**; 273/288
(58) **Field of Search** ........................ 273/146; D21/369–373

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,399,897 A 9/1968 Mitchell
D267,569 S 1/1983 Polite
4,465,279 A 8/1984 Larson
D283,632 S 4/1986 Moore
D299,497 S 1/1989 Reidenbach et al.
4,989,875 A 2/1991 Capy et al.
5,203,562 A * 4/1993 Smith ........................ 273/146
5,261,666 A * 11/1993 Chen et al. ........................ 273/146
6,435,504 B1 * 8/2002 Nightingale ........................ 273/272

OTHER PUBLICATIONS

Ex.Parte Breslow 182 USPQ 431.*

* cited by examiner

*Primary Examiner*—Vishu K. Mendiratta
(74) *Attorney, Agent, or Firm*—George L. Williamson

(57) **ABSTRACT**

The present invention discloses a fair five-sided dice which has a pair of oppositely opposed triangularly shaped faces and three rectangular shaped faces. Indicia are disposed on each of the faces for indicating the numerals one through five. One of each of the numerals one and five are disposed on one of each of the triangular shaped faces while the numerals two and three are disposed on one rectangular shaped face, the numerals three and four are disposed on a second rectangular shaped face and numerals two and four are disposed on a third rectangular shaped face in such a way that if the numerals two, three or four are cast they appear upright to a user.

**14 Claims, 1 Drawing Sheet**

