# EXHIBIT G
# Part 1

# TRAITÉ

ÉLÉMENTAIRE

# DE MINÉRALOGIE

PAR F. S. BEUDANT,

CHEVALIER DE L'ORDRE ROYAL DE LA LÉGION D'HONNEUR, MEMBRE DE L'ACADÉMIE ROYALE DES SCIENCES, DE L'INSTITUT, PROFESSEUR DE MINÉRALOGIE A LA FACULTÉ DES SCIENCES DE L'ACADÉMIE DE PARIS, MEMBRE DE LA SOCIÉTÉ PHILOMATIQUE DE PARIS, ASSOCIÉ DE LA SOCIÉTÉ GÉOLOGIQUE DE LONDRES, DE LA SOCIÉTÉ PHILOSOPHIQUE DE CAMBRIDGE, DE LA SOCIÉTÉ HELVÉTIQUE, DE LA SOCIÉTÉ CÉSARÉENNE, LÉOPOLDIENNE-CAROLINIENNE DES CURIEUX DE LA NATURE, DE L'ACADÉMIE NATIONALE DES SCIENCES DE PHILADELPHIE, etc.

Deuxième Édition.

TOME II.

Paris,

CHEZ VERDIÈRE, LIBRAIRE-ÉDITEUR,

QUAI DES AUGUSTINS, N° 25.

1832.

*Exemples de cristaux naturels du système cubique.*

Pl. I.



*Exemples de cristaux naturels du système cubique ?.*

*Pl. II.*




*Adelmann delineavit.*

*Blanchard, sc.*

Pl. III



*Exemples de cristaux naturels du système prismatique à base carrée.*

Pl. IV.

Exemples de cristaux naturels du système rhomboédrique.



Brot. delineavit. T. Blanchard. Sculp.

Pl. V.

*Exemples de cristaux naturels du système rhomboédrique.*



Brot del. Blanchard sc.


Pl. VI.
Exemples de cristaux naturels du système rhomboédrique.
Blanchard sc.
Brot del.


Pl. VII.
Exemples de cristaux naturels du système rhomboédrique
Blanchard, sculpsit.


Pl. XI.
Exemples de cristaux naturels du système prismatique rectangulaire oblique.
T. Blanchard, Sculp.

*Exemples de cristaux naturels du système prismatique rectangulaire oblique.*

Pl. XII.




Brot. del. Blanchard sc.

*Exemples de cristaux naturels du Système prismatique oblique à base de parallélogramme obliquangle.*

Pl. XIII




Brôt. delineavit. T. Blanchard Sculp.

LIBRARY OF THE MICHIGAN MINING SCH...

# TRAITÉ COMPLET

DE LA

# CHAUX CARBONATÉE

ET DE

# L'ARRAGONITE,

AUQUEL ON A JOINT

UNE INTRODUCTION À LA MINÉRALOGIE EN GÉNÉRAL,

UNE THÉORIE DE LA CRISTALLISATION, ET SON APPLICATION,

*AINSI QUE CELLE DU CALCUL, À LA DÉTERMINATION DES FORMES CRISTALLINES DE CES DEUX SUBSTANCES.*

PAR M. LE COMTE DE BOURNON,

MEMBRE DE LA SOCIÉTÉ ROYALE DE LONDRES ET DE CELLE DE LINNÉE, DE LA SOCIÉTÉ GÉOLOGIQUE DE LA MÊME VILLE, ET DE CELLE WERNÉRIENNE D'EDIMBOURG.

3^me VOL.

*LONDRES:*

*CHEZ WILLIAM PHILLIPS, GEORGE YARD, LOMBARD STREET.*

1808.

DE L'IMPRIMERIE DE WILLIAM PHILLIPS.

# CHAUX CARBONATÉE.

## Cristal primitif, et variétés prismatiques.

Pl. 2.




J. Simpkins sc.

# Chaux Carbonatée.

## Rhomboïdes obtus.

Pl. 3.




*Cassures aux angles de la base* Rhomboïdes obtus. *dirigées sur les arrêtes.*

*4me modification.*




J. Simpkins sc.

# Chaux Carbonatée.

## Rhomboïdes obtus.

Pl. 4.




J. Simpkins sc.

## Chaux Carbonatée.

### Rhomboïdes obtus.

Pl. 5.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Rhomboïdes aigus.

Pl. 6.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Rhomboïdes aigus.

Pl. 7.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Rhomboïdes aigus.

Pl. 8.

*Suite de la 14.me modification.*

Fig. 105



Fig. 105 bis



Fig. 106.



Fig. 107.



Fig. 108.



*15.me modification.*

Fig. 109.



Fig. 110.



Fig. 111.



Fig. 112.



Fig. 113



Fig. 114.



Fig. 115.



Fig. 116.



Fig. 117.



Fig. 117 bis



Fig. 118.



Fig. 119.



Fig. 120.



Fig. 121.



Fig. 122.



Fig. 123.



Fig. 124.



Fig. 125



Fig. 126.



Fig. 127.



Fig. 128.



Fig. 129



Fig. 130.



Fig. 131.



Fig. 132.



Fig. 133



J. Simpkins sc.

# CHAUX CARBONATÉE.

## Rhomboïdes aigus.

Pl. 9.

*Suite de la 15me modification.*

Fig. 134.




Fig. 135.




Fig. 136.




Fig. 137.




Fig. 138.




Fig. 139.




Fig. 140.




Fig. 141.




Fig. 142.




*16me modification.*

Fig. 143.




Fig. 144.




Fig. 145.




Fig. 146.




Fig. 146 bis.




Fig. 146 ter.




Fig. 146 4.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Rhomboïdes aigus.

Pl 10.




J. Simpkins sc.

## CHAUX CARBONATÉE.

**Rhomboïdes aigus.**

*Pl. 11.*




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Rhomboïdes aigus.

Pl. 12.

*Suite de la 17me modification.*




*18me modification.*




J. Simpkins sc.

CHAUX CARBONATÉE.

Rhomboïdes aigus.

Pl. 13.

*19me modification.*




J. Simpkins sc.

CHAUX CARBONATÉE.

Rhomboïdes aigus.

Pl. 14.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Rhomboïdes aigus.

Pl. 15.

22me. modification.




J. Simpkins sc.

CHAUX CARBONATÉE.

Rhomboïdes aigus.

Pl. 16.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Rhomboïdes aigus.

Pl. 17.

*Suite de la 23me modification.*

Fig. 264.




Fig. 265.




Fig. 266.




Fig. 267.+




Fig. 268.




Fig. 269.+




Fig. 270.




Fig. 271.




Fig. 272.




Fig. 273.




*Cassure à la base*

**Dodécaèdres obtus.**

*24me modification.*

*Dirigée sur les arêtes les moins obtuses.*

Fig. 274.




Fig. 275.




Fig. 276.




Fig. 277.




*Cassure à la base*

*25me modification.*

*ayant ses faces triangulaires isocèles.*

Fig. 278.




Fig. 279.




Fig. 280.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres obtus.

*Pl. 18.*

*Cassure à la base* — *26me modification.* — *Dirigée sur les arêtes les plus obtuses.*

*Fig. 281.*




*Fig. 282.*




*Fig. 283.*




*Fig. 284.*




*Fig. 285.*




*Fig. 286.*




*Fig. 287.*




*27me modification.*

*Fig. 288.*




*Fig. 289.*




*Fig. 290.*




*Fig. 291.+*




*Fig. 292.*




*Fig. 293.*




*Fig. 294.*




*Fig. 295.*




*Fig. 296.*




*Fig. 297.*




*Fig. 298.*




*Fig. 299.*




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres obtus.

Pl. 19.



# CHAUX CARBONATÉE.

## Dodécaèdres obtus.

Pl. 20.

*29^me. modification.*

*Fig. 319.*



*Fig. 320.*



*Fig. 321.*



*Fig. 322.*



*30^me. modification.*

*Fig. 323.*



*Fig. 324.+*



*Fig. 325.*



*Caſsures à la base.*

*31^me. modification.*

*Ayant ses faces triangulaires isoceles.*

*Fig. 326.*



*Fig. 327.*



*Fig. 328.*



*Fig. 329.*



*Fig. 330.*



*Fig. 331.*



*Caſsure à la base*

*32^me. modification.*

*Dirigée sur les arêtes les moins obtuses.*

*Fig. 332.*



*Fig. 333.*



*Fig. 334.*



J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres obtus.

*Pl. 21.*

*Suite de la 32$^{me}$ modification.*

*Fig. 335.*




*Fig. 336.*




*Fig. 337.*




*33$^{me}$ modification.*

*Fig. 338.*




*Fig. 339.*




*Fig. 340.*




*Fig. 341.*



Caſsure au sommet

# Dodécaèdres aigus.

sur les arêtes les plus obtuses.

*34$^{me}$ modification.*

*Fig. 342.*




*Fig. 343.*




*Fig. 343.$^{bis}$*




*Fig. 344.*




*Fig. 345.*




*35$^{me}$ modification.*

*Fig. 346.*




*Fig. 347.$^{bis}$*




*Fig. 347.*




*Fig. 348.*




J. Simpkins sc.

CHAUX CARBONATÉE.

Dodécaèdres aigus.

Pl. 22.

*Suite de la 35me modification.*

Fig. 349.




Fig. 350.+




Fig. 351.+




Fig. 351.bis




*36me modification.*

Fig. 352.




Fig. 353.+




Fig. 354.+




Fig. 355.




Fig. 356.




Fig. 357.




Fig. 358.+




Fig. 359.




Fig. 360.+




Fig. 361.




J. Simpkins sc.

# Chaux Carbonatée.

## Dodécaèdres aigus.

Pl. 23.

*Suite de la 36me modification.*

Fig. 362.




Fig. 363.




Fig. 364.




Fig. 365.




Fig. 366.




Fig. 367.




Fig. 368.




Fig. 369.



Fig. 370.




Fig. 371.




Fig. 372.




Fig. 373.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres aigus.

Pl. 24.

*Suite de la 36me modification.*

*Fig. 374.*




*Fig. 375.+*




*Fig. 376.*




*Fig. 377.*




*Fig. 378.*




*Fig. 379.+*




*Fig. 380.+*




*Fig. 381.*




*Fig. 382.*




*Fig. 383.*




*Fig. 384.*




*Fig. 385.*




*Fig. 386.*




*Fig. 387.*




*Fig. 388.*




*Fig. 389.+*




J. Simpkins sc.

## CHAUX CARBONATÉE.

### Dodécaèdres aigus.

Pl. 25.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres aigus.

Pl. 26.

*Suite de la 36me modification.*

*Fig. 404.*



*Fig. 405.*



*Fig. 406.*



*Fig. 407.*



*Fig. 408.*



*Fig. 409.*



*Fig. 410.*



*Fig. 411.*



*Fig. 412.*



*Fig. 413.*



*Fig. 414.*



*Fig. 415.*



*Fig. 416.*



*Fig. 417.*



*Fig. 418.*



*Fig. 419.*

