# EXHIBIT G
# Part 2

# Chaux Carbonatée.

## Dodécaèdres aigus.

Pl. 27.

*Suite de la 36me modification.*

Fig. 420.




Fig. 421.




Fig. 422.




Fig. 423.+




Fig. 424.




Fig. 425.




Fig. 426.




Fig. 427.+




Fig. 428.




Fig. 429.




Fig. 430.




Fig. 431.




J. Simpkins sc.

CHAUX CARBONATÉE.
Dodécaèdres aigus.

Pl. 28.

*Suite de la 36me modification.*

Fig. 431.bis


Fig. 432.


Fig. 433.


Fig. 434.


Fig. 435.


Fig. 436.


Fig. 437.


Fig. 438.


Fig. 439.


Fig. 440.


Fig. 441.


Fig. 442.


Fig. 442.bis


Fig. 443.


Fig. 444.


Fig. 445.


Fig. 446.


J. Simpkins sc.

# Chaux Carbonatée.

## Dodécaèdres aigus.



*Suite de la 36^me. modification.*

*Fig. 447.*



*Fig. 448.*



*Fig. 449.*



*Fig. 450.*



*Fig. 451.*



*Fig. 452.*



*Fig. 453.*



*Fig. 454.*



*Fig. 455.*



*Fig. 456.*



*Fig. 457.*



*Fig. 458.*



*Fig. 459.*



*Fig. 460.*



*Fig. 461.*



*Fig. 462.*



J. Simpkins sc.

## CHAUX CARBONATÉE.

### Dodécaèdres aigus.

Pl. 30.

*Suite de la 36^me. modification.*

*Fig. 463.*



*Fig. 464.*



*Fig. 465.*



*Fig. 466.*



*Fig. 467.*



*Fig. 468.*



*Fig. 469.*



*Fig. 469.bis*



*Fig. 470.*



*Fig. 471.*



*Fig. 472.*



*Fig. 473.*



*Fig. 474.*



*Fig. 475.*



*Fig. 476.*



*Fig. 477.*



J. Simpkins sc.

# Chaux Carbonatée.

## Dodécaèdres aigus.

*Pl. 31.*

*Suite de la 36me modification.*

*Fig. 478.*




*Fig. 479.*




*Fig. 480.*




*Fig. 481.*




*37me modification.*

*Fig. 482.*




*Fig. 483.*




*Fig. 484.*




*Fig. 485.*




*Fig. 486.*




*Fig. 487.*




*Fig. 488.*




*Fig. 489.*




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres aigus.

Pl. 32.

*Suite de la 37me modification.*

Fig. 490.




Fig. 491.




Fig. 492.




Fig. 493.




*38me modification.*

Fig. 494




Fig. 495.




Fig. 496.




Fig. 497.




Fig. 498.




Fig. 499.




J. Simpkins sc.

CHAUX CARBONATÉE.

Dodécaèdres aigus.

Pl. 33.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres aigus.



### Suite de la 40$^{me}$ modification.

Fig. 509.




Fig. 510.




Fig. 511.




Fig. 511 bis




### 41$^{me}$ modification.

Fig. 512.




Fig. 513




Fig. 514.




Fig. 515




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres aigus.



*Suite de la 41me. modification.*

Fig. 516.




Fig. 517.




Fig. 518.




Fig. 519.




Fig. 520.




Fig. 521.




Fig. 521 bis




Fig. 522.




Fig. 523.




Fig. 524.




Fig. 525.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres aigus.

*Pl. 36.*

*Cassures au sommet.* *42me modification.* *sur les arêtes les moins obtuses.*

*Fig. 526.*




*Fig. 527.*




*Fig. 528.*




*Fig. 529.*




*43me modification.*

*Fig. 530.*




*Fig. 531.*




*Fig. 532.*




*Fig. 532 bis*




*Fig. 532 ter*



*Fig. 533*




*Fig. 534.*




*Fig. 535.*




*Fig. 536.*




*Fig. 537.*




*Fig. 538.*




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres aigus.



### Suite de la 43me modification.

Fig. 539.




Fig. 540.




Fig. 541.




Fig. 542.




Fig. 543.




Fig. 544.




### 44me modification.

Fig. 545.




Fig. 546.




Fig. 547.




Fig. 548.




Fig. 549.




Fig. 550.




Fig. 551.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres aigus.

Pl. 38.

### Suite de la 44me. modification.



Fig. 552.



Fig. 553.



Fig. 554.



Fig. 555.

### 45me. modification.



Fig. 556.



Fig. 557.



Fig. 558.



Fig. 559.



Fig. 560.



Fig. 561.



Fig. 562.



Fig. 563.



Fig. 564.



Fig. 565.



Fig. 566.

J. Simplains sc.

# CHAUX CARBONATÉE.

## Dodécaèdres aigus.

Pl. 39.

*Suite de la 45me modification.*

Fig. 567.



Fig. 568.



Fig. 569.



Fig. 570.



Fig. 572.



Fig. 571.



Fig. 573.



Fig. 574.



Fig. 574 bis.



Fig. 575.



*46me modification.*

Fig. 576.



Fig. 572.



Fig. 578.



Fig. 579.



J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres aigus.

*Pl 40.*

*Suite de la 46me modification.*




*47me modification.*




J. Simpkins sc.

# Chaux Carbonatée.

## Dodécaèdres aigus.

Pl. 41.

*Suite de la 47me modification.*

Fig. 594.




Fig. 595.




Fig. 596.




Fig 597.




Fig. 598.




Fig. 599.




Fig. 600.




Fig. 601.




Fig. 602.




Fig. 602 bis.




Fig. 603.




Fig. 604.




Fig. 605.



# CHAUX CARBONATÉE.

## Dodécaèdres aigus.

Pl. 42.




J. Simpkins sc.

CHAUX CARBONATÉE.

Dodécaèdres aigus.

Pl. 43.







J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres aigus.

Pl. 44.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres aigus.

Pl. 45.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Dodécaèdres aigus.

Pl. 46.




J. Simpkins sc.

# CHAUX CARBONATÉE.

## Prisme Dodécaèdre.

Pl 47.

### 56me. modification.

Fig. 669.



Fig. 669 bis.



Fig. 670.



Fig. 671.



Fig. 672.



Fig. 673.



Fig. 673 bis.



### 48 bis. modification.

Fig. 674.+



Fig. 675.+



Fig. 676.+



Supl.t

Fig. 677.+



J. Simpkins sc.

CHAUX CARBONATÉE.

Cristaux par Suraddition de matière cristalline.

Pl. 48.




J. Simpkins sculp.