# EXHIBIT H

J. G. EBNER & H. L. GIESMAN.
GAME APPARATUS.
APPLICATION FILED MAR. 9, 1917.

1,271,551. Patented July 9, 1918.

Fig. 1.




Fig. 2.

WITNESSES:
C. E. Wessels.
A. A. Olson

INVENTORS.
John G. Ebner,
Harry L. Giesman,
BY Joshua R. H. Potts
their ATTORNEY.

# UNITED STATES PATENT OFFICE.

JOHN G. EBNER AND HARRY L. GIESMAN, OF CHICAGO, ILLINOIS.

## GAME APPARATUS.

1,271,551. Specification of Letters Patent. Patented July 9, 1918.

Application filed March 9, 1917. Serial No. 153,726.

*To all whom it may concern:*

Be it known that we, JOHN G. EBNER and HARRY L. GIESMAN, citizens of the United States, and residents of the city of Chicago, county of Cook, and State of Illinois, have invented certain new and useful Improvements in Game Apparatus, of which the following is a specification.

Our invention relates to improvements in game apparatus, and has for its object the production of a device designed for use in the playing of a game which will be an imitation of the conventional game of bowling.

A further object is the production of a device of the character mentioned, which will be of extremely simple and economical construction and which will be capable of affording considerable amusement to the participants when the same is used for the purpose intended.

Other objects will appear hereinafter.

The invention consists in the combination and arrangements of parts hereinafter described and claimed.

The invention will be best understood by reference to the accompanying drawings forming a part of this specification, and in which,

Figures 1 and 2 are perspective views showing opposite sides of the device, embodying the invention.

The preferred form of construction as illustrated in the drawings, comprises an elongated block or body A. Said member A is of equilateral form, that is the same is formed with a plurality of equal surfaces B, disposed parallel with and equally distant from the axis of said member. Preferably said member is of octagonal form, the arrangement being such that when the member is placed upon a flat surface, one side of the same will always be facing directly upwardly. Upon the eight faces B are provided indicative characters C, which include numerals 1, 2, 3, 4 and 5, two dash marks (——) and one X (X).

In the playing of the game the numerals 1 to 5 inclusive will serve to indicate pins which it is imagined have been struck down, the numeral 1 appearing on the upper face of the member indicating that one pin has been struck down, the numeral 2, that two pins have been struck down and so on.

The dash mark appearing at the upper side of the member indicates that a "spare" has been made by a player which, in the game of bowling, indicates that in two efforts or two bowls all of the ten pins have been struck down. The appearance of the character X at the upper side of the member indicates that a "strike" has been made by a player which in the conventional game of bowling means that all of the ten pins have been struck down in one effort or in one bowl.

In playing the game the player rolls the device upon a flat surface. The number or character which is uppermost, when the device is brought to a stop, indicates the number of pins it is considered the player has struck down. As many players as desired may play the device, each player being permitted two rolls with the device corresponding to two efforts or two bowls as in the game of bowling. The scores made by the various players may be kept as in ordinary bowling. When nine (9) innings have been played, the player with the highest score will be considered the winner of the game.

The elongation of the member A is of special advantage in that through the employment of this form, surfaces B of elongation corresponding with that of the member A are produced. These surfaces B render the device more stable and permit of its use upon a rough surface or one having irregularities where the use of a cubical device would be impossible. Where a cubical device is used, the slightest irregularity in the surface results in a steep tilting of the device in the event of the bottom or contacting surface thereof engaging with the irregularity or projection. Any tilting in the device of course renders reading thereof difficult, inasmuch as the players cannot readily determine which side is uppermost. Through the elongation of the surfaces, as is obtained with applicants' construction, the effect upon the position of the device, where the same is brought to rest upon a protrusion or irregularity, is reduced to a minimum.

With the device as described, it is apparent that the ordinary game of bowling may be played in precisely the same way as it is played at the present time so far as counting of points is concerned, and it has been found that the game arouses much interest and affords considerable pleasure to the participants.

While we have illustrated and described the preferred form of construction for carrying our invention into effect, this is capable

of variation and modification without departing from the spirit of the invention. We, therefore, do not wish to be limited to the precise details of construction set forth, but desire to avail ourselves of such variations and modifications as come within the scope of the appended claims.

Having described our invention what we claim as new and desire to secure by Letters Patent is:

1. A game device comprising an elongated rollable member having a plurality of elongated sides extending parallel with the axis of said member adapted to contact with the surface upon which the device is rolled; and indicative characters provided on said sides, substantially as described.

2. A game device comprising an elongated rollable member having a plurality of equal elongated sides extending parallel with and equally spaced from the axis of said member, said sides being adapted to contact with the surface upon which the device is rolled; and indicative characters provided on said sides, substantially as described.

In testimony whereof we have signed our names to this specification in the presence of two subscribing witnesses.

JOHN G. EBNER.
HARRY L. GIESMAN.

Witnesses:
ARTHUR A. OLSON,
HELEN F. LILLIS.