UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | ) |
| Plaintiff, | ) |
| v. | )C.A. No.05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | ) |
| Defendant. | ) |

DEPOSITION OF

JULIE DAULTON

Taken April 11, 2006
Commencing at 9:00 a.m.

REPORTED BY: HOLLY J. NORDAHL
ESQUIRE DEPOSITION SERVICES
701 FOURTH AVENUE SOUTH
SUITE 500
MINNEAPOLIS, MINNESOTA 55415



7510f812-2716-4d47-a978-9fee642c7f64

existence of a game called Monopoly Millenium Edition.

MR. WILLIAMS: You can ask that question and, as such, you may answer that last question that he posed.

A. Okay. You know, I don't remember. It is possible that I knew the existence of the Monopoly Millenium Game prior to that telephone conversation. I do shop at Toys "R" Us; I look at games. I might have seen it.

Q. Okay. Did there come a time -- well, did there come a time when you had a conversation with anyone from Hasbro with respect to the Monopoly Millenium Edition Game?

A. Yes, I do remember a conversation.

Q. When did that happen?

A. I don't remember.

Q. Do you recall relative to when Mr. Bowling informed you of this situation?

A. It would have been after Mr. Bowling informed me of this situation.

Q. Was it within a matter of a day or was it longer, a longer period of time?

A. I remember it was after Mr. Bowling's patent issued.

Q. Let me make sure I understand the timeline.

This conversation with your client about the Hasbro situation, did that happen after the patent issued?
A. No, that happened before the patent issued.
Q. How long before?
A. I don't remember.
Q. Do you recall when the patent issued?
A. I have to look on the date of the patent. The patent issued August 17, 1999.
Q. Why was it that you spoke with someone from Hasbro about this situation?
A. Hasbro contacted my client about the issuance of his patent.
Q. Did someone from Hasbro then contact you or did you reach out to someone at Hasbro?
A. My client asked me to interact with Hasbro on his behalf since I was his counsel.
Q. Did you do that?
A. Yes.
Q. So the discussions or discussion that you had with Hasbro was as an authorized representative of Mr. Bowling?
A. Yes, sir.
Q. Do you recall with whom you spoke at Hasbro?
A. No, I don't.
Q. Did you ever see a letter from Hasbro to