UNITED STATES DISTRICT COURT

MICHAEL BOWLING, )
)
Plaintiff, )
)
)
)
vs. ) Case No.
) C.A. NO. 05-229S
)
HASBRO, INC., )
)
Defendants. )

DEPOSITION OF EILEEN SEFCHICK

SAN FRANCISCO, CALIFORNIA

MONDAY, MARCH 6, 2006

Reported by:
TRINA AYALA
CSR No. 12964
JOB No. 67780



090a28a6-8f5a-4a7f-a2c3-dc4e0ffd761a

Q. When did you leave Hasbro?
A. In 2000.
Q. Why did you leave Hasbro again?
A. They were relocating to East Longmeadow, Massachusetts, I was offered a relocation package, but turned it down.
Q. And then you left from there to go where?
A. I went to an internet gift company in Waltham, Massachusetts.
Q. And how long were you there?
A. About a year there.
Q. And then where did you go?
A. From there I went to Seattle, and worked for a toy and game company out there.
Q. And who was that?
A. BDNA, or Toy Site.
Q. How long were you there?
A. A couple of years.
Q. And then where did you go?
A. I went to AquaLeisure back in Massachusetts for about a year.
Q. And what did you do at AquaLeisure?
A. Product design manager.
Q. And then where did you go?
A. From there I went to Wham-O, where I am at

now.

Q. How long have you been at Wham-O?

A. Almost two years.

Q. Now, were you aware of a design alternative that was being considered for different pips being put on multifaceted dice?

A. I am sorry. I don't understand.

Q. A typical pattern for pips on a dice is one dot is a one. Two dots are a two. Three dots in a line is a three. Four dots in a square is a four. Four dots with a dot in the middle is a five. And then two lines of three is a six; right?

A. I got it. Yes.

Q. Did you ever look at or consider a pips on a dice that were randomly placed?

A. We looked at different configurations. It had to deal also with the weight of the die and making sure that the die was equal. But also visibly wanted it to look good.

(Whereupon, Exhibit 15 was marked for identification.)

MR. WILLIAMS: Q. Exhibit 15, what is that?

A. It looks like an engineering drawing for tooling for my design.

Q. Now, does this show with randomly spaced pips?



090a28a6-8f5a-4a7f-a2c3-dc4e0ffd761a