# EXHIBIT A

Hasbro™

September 30, 1999

Mr. Michael A. Bowling
7931 S. Avenida de Pina
Tucson, Arizona 85747

Dear Mr. Bowling:

Hasbro Games is interested in exploring the possibility of using the die design disclosed in your recently issued patent number 5,938,197.

Please give me a call at 978-921-3402 at your earliest convenience to discuss.

Sincerely yours,

Michael Hirtle
Product Acquisition

HASBRO, INC. 50 Dunham Road Beverly, Massachusetts 01915-1894 USA (978) 927-7600

B 01565