# EXHIBIT B

90 South Seventh Street
Suite 3100
Minneapolis, Minnesota
55402-4131 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

# Merchant & Gould

An Intellectual Property Law Firm

Direct Contact 612 336.4724
jdaulton@merchant-gould.com

A Professional Corporation

| Post-it® Fax Note 7671 | Date | # of pages ▶ |
|---|---|---|
| To CAROL | From MICHAEL BOWLING | |
| Co./Dept. | Co. | |
| Phone # | Phone # | |
| Fax # | Fax # | |

December 13, 1999

Edward M. O'Toole
MARSHALL, O'TOOLE, GERSTEIN,
MURRAY & BORUN
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6402

Re: Patent Infringement Investigation of Hasbro
M&G 12206.4-US-AA

Dear Mr. O'Toole:

We refer to our letter to Hasbro dated November 3, 1999 and our letter to you dated December 1, 1999.

In our November 3 letter, we demanded that Hasbro immediately cease and desist from making, using, selling, and offering for sale die designs covered by our client's U.S. Patent No. 5,938,197. This would include at least the dice utilized in the Monopoly Millennium Edition game. We also demanded an accounting.

We have not heard from you. In the meantime, our client has observed the marketing efforts for the Monopoly Millennium Edition game extensively in national advertising, including television commercials.

It is clear that Hasbro has chosen to disregard our client's patent. Hasbro has taken the path of willful, wanton, and deliberate patent infringement. This behavior is unacceptable.

In the meantime, Hasbro has refused to negotiate with our client, and instead, has selfishly chosen to disregard our client's intellectual property rights. In view of Hasbro's egregious behavior, we withdraw the settlement offer put forth in our November 3, 1999 letter. Instead, in exchange for a release for past patent infringement, and assuming sales no greater than 500,000 Monopoly Millennium Edition games with two dice each, our client will settle for a total cashout payment of $300,000. Thereafter, if we do not settle, we will seek increased damages under the statute and attorney's fees.

We request a response on or before December 22, 1999.

Very truly yours,

MERCHANT & GOULD P.C.

Julie R. Daulton

JRD/tdm