# EXHIBIT D

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

# Merchant & Gould

An Intellectual Property Law Firm

Direct Contact | Douglas J. Williams, Esq.
612.336.4632
dwilliams@merchant-gould.com

A Professional Corporation

March 6, 2001

Edward M. O'Toole
MARSHALL, O'TOOLE, GERSTEIN,
MURRAY & BORUN
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6402

**Sent Via Facsimile**

Re: Patent Infringement Investigation of Hasbro
M&G 12206.4-US-AA

Dear Mr. O'Toole:

It has come to our attention that your client, Hasbro, despite its assurances to the contrary, continues to sell infringing dice in its Monopoly game for the most recent Holiday Season. We have confirmed these sales from more than one source. Further, we believe that your client has not been necessarily candid with you regarding the extent of the infringing dice sales.

Regardless, my client would appreciate your updating the sales information and providing us with these figures. If we are able to get a full accounting from your client, we are hopeful that we can obtain an amicable resolution of this matter.

Please contact me once you have received this letter.

Very truly yours,

Douglas J. Williams

DJW/cmf

Minneapolis/St. Paul
Denver
Seattle
Atlanta