# EXHIBIT E

# MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BORUN

ATTORNEYS AT LAW
6300 SEARS TOWER
233 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606-6402
(312) 474-6300
FAX: (312) 474-0448

RICHARD H. ANDERSON
MICHAEL F. BORUN
MADELINE M. DEVEREUX
CHRISTINE A. DUDZIK
THOMAS L. DUSTON
PATRICK D. ERTEL
JAMES A. FLIGHT
DAVID A. GASS
ALLEN H. GERSTEIN
ROBERT M. GERSTEIN
ROGER A. HEPPERMANN
MARTIN J. HIRSCH
DOUGLASS C. HOCHSTETLER
KEVIN D. HOGG
TREVOR B. JOIKE
RICHARD H. LABARGE
GREGORY C. MAYER
WILLIAM E. MCCRACKEN
WILLIAM K. MERKEL, Ph.D.
CARL E. MOORE, JR.
JAMES J. NAPOLI, Ph.D.
ANTHONY NIMMO
EDWARD M. O'TOOLE
LI-HSIEN RIN-LAURES, M.D.
NATE F. SCARPELLI
RICHARD A. SCHNURR
JEFFREY S. SHARP
ANTHONY G. SITKO
MICHAEL R. WEINER
JAMES P. ZELLER

SPECIAL COUNSEL:
MICHAEL R. GRAHAM
LEE F. GROSSMAN

OF COUNSEL:
OWEN J. MURRAY
ALVIN D. SHULMAN

BEAU D. BARBERIS
PAUL BARENIE
AUDREY L. BARTNICKI, Ph.D.
SCOTT E. BAXENDALE
THOMAS A. CAWLEY, JR., Ph.D.
PORTIA CHEN
GREGORY J. CHINLUND
PAMELA L. COX
PAUL C. CRAANE
KEVIN M. FLOWERS, Ph.D.
JANINE M. GIRZADAS
JENNIFER P. GOETSCH
FRANKIE HO
MICHAEL R. HULL
KEITH R. JAROSIK
THOMAS KIM
WILLIAM J. KRAMER
PATRICK B. LAW**
ANDREW M. LAWRENCE*
BRYAN J. LEMPIA
BRENT E. MATTHIAS
THOMAS A. MILLER
SAEID MIRSAFIAN, Ph.D.
MICHAEL MUCZYNSKI
CARL E. MYERS
MATTHEW C. NIELSEN
SANDIP H. PATEL
AARON M. PETERS
THOMAS J. RAMSDELL
DAVID C. READ
RANDALL G. RUETH
ALISA C. SIMMONS
PAUL B. STEPHENS
ANDREW C. WARNECKE
JOSEPH A. WILLIAMS, JR., Ph.D.
MANISHA CHAKRABARTI WULF

REGISTERED PATENT AGENTS:
JAMES F. GOEDKEN
MARK G. HANLEY
MARK H. HOPKINS, Ph.D.
MABELLA R. MCMILLIAN, Ph.D.
GRETA E. NOLAND
MARK C. ZIMMERMAN

*ADMITTED IN COLORADO ONLY
**ADMITTED IN MISSOURI AND DISTRICT OF COLUMBIA ONLY

April 10, 2001

**VIA FACSIMILE**

Douglas J. Williams
Merchant & Gould
3200 IDS enter
80 South Eighth Street
Minneapolis, Minnesota 55402-2215

Re: Bowling, U.S. Patent 5,938,197

Dear Mr. Williams:

We have now investigated your March 6, 2001 charge that Hasbro "continues to sell infringing dice in its monopoly game." That is not the case. In fact, Hasbro has not sold any products containing the accused dice since late 1999. We did discover, however, that approximately 184,000 additional units of an Avon Monopoly game containing the accused dice were inadvertently shipped under a different SKU during November and December, 1999. This unfortunately occurred even though a specification change eliminating the accused dice had been entered for the Avon product on November 2, 1999. This situation may have been complicated by the fact that many of the Avon Monopoly units were made by an outside supplier and the fact that Hasbro was in the process of implementing an SAP inventory control system at the time.

Unlike the situation explained in my December, 1999 letter, the game price for the 184,000 units produced for Avon was $9.50 rather than $28.50. This changes the percent of cost attributed to the two dice to 2.9% of the total game cost. Thus, assuming a 5% royalty on the value of the dice, a reasonable exposure would be $2,535. (184,000 x 9.50 x 2.9% x 5%). This amount added to the $5,366 calculated in my December letter raises the total to $7,901.

MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BORUN

Douglas J. Williams
April 10, 2001
Page 2

To resolve this matter amicably, Hasbro offers $10,000 in exchange for a full release of all claims. We believe this provides the full accounting you have asked for. Please advise.

Very truly yours,

Edward M. O'Toole

Edward M. O'Toole

EMO/keb

cc: Kurt R. Benson (via facsimile)