# EXHIBIT F

HOWREY SIMON ARNOLD & WHITE HOWREY LLP ATTORNEYS AT LAW

321 N. Clark Street
Suite 800
Chicago, IL 60610
Phone 312.595.1239
Fax 312.595.2250
A Limited Liability Partnership

Edward M. O'Toole
Partner
312.595.2259
o'toolee@howrey.com

File 03238.0005.000000

February 12, 2002

BY FACSIMILE

Douglas J. Williams
Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota

Re: Bowling, U.S. Patent No. 5,938,197

Dear Mr. Williams:

In response to your letter of February 11, 2002, I have no record of the phone message you refer to. My voice mail can be accessed either from our switchboard or my direct dial number 595-2259. My e-mail would be an alternative (otoolee@howrey.com).

As to the substance of your letter, I cannot understand why you think progress would be made by face-to-face interaction. The initial charge was made November 3, 1999, and this was followed by extensive exposition of the position of each party by experienced counsel over more than two years – all culminating in my offer of April 10, 2001 to which there has been no response. That letter expressed a well thought out offer which needs no further justification, face-to-face or otherwise so far as I can see.

Very truly yours,

Edward M. O'Toole

EMO:keb

cc: Kurt R. Benson