IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**PLAINTIFF'S EMERGENCY MOTION TO SEAL EXHIBIT G TO DECLARATION OF MICHAEL BOWLING**

Plaintiff Michael Bowling ("Bowling") herby moves that Exhibit G (Attachment No. 7) to the Declaration of Michael Bowling (Doc. No. 102) filed August 24, 2007, be filed under seal. Exhibit G contains confidential information of Hasbro, Inc. that should not be made public.

Plaintiff,
Michael Bowling,
By his attorneys,

Date: August 24, 2007

s/Thomas J. Leach
Thomas J. Leach, *pro hac vice*
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

-and-

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATION**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Hasbro's Supplemental Memorandum of Law in Support of Motion to Correct Inventorship* were filed through the ECF system on the 17th day of November, 2006, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

s/Thomas J. Leach___________
Thomas J. Leach