UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**MOTION TO STRIKE DECLARATION OF**
**MICHAEL BOWLING AS UNTIMELY FILED**

Defendant/Plaintiff-in-Counterclaim Hasbro, Inc. ("Hasbro") hereby moves to strike the declaration of Michael Bowling (Docket No. 103) submitted in support of his opposition to Hasbro's Motion to Stay Proceedings Pending *Ex Parte* Reexamination of Patent or, in the Alternative, for leave to Re-open Expert Discovery (Docket Nos. 99, 100). As explained in the accompanying Memorandum of Law, the declaration is untimely and contains confidential information that should only be filed under seal. It should therefore be stricken.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin___________
Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: August 27, 2007

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE DECLARATION OF MICHAEL BOWLING AS UNTIMELY FILED**

Defendant/Plaintiff-in-Counterclaim Hasbro, Inc. ("Hasbro") respectfully submits this Memorandum of Law in support of its motion to strike the Declaration of Michael Bowling (Docket No. 103) (the "Declaration") submitted in support of his opposition to Hasbro's Motion to Stay Proceedings Pending *Ex Parte* Reexamination of Patent or, in the Alternative, for leave to Re-open Expert Discovery (Docket Nos. 99, 100) (the "Motion to Stay").

The Declaration is unquestionably untimely. Following a chambers conference, the Court set an express briefing schedule for the Motion to Stay. The text order, entered on July 13, 2007, reads as follows:

> Defendant shall file their motion by 7/20/2007; Plaintiff to file their response to defendant's Motion by 8/13/2007; Defendant to file their reply to plaintiff's response by 8/23/2007. So Ordered by Judge William E Smith on 07/13/2007.

This schedule was the result of some negotiation during that conference. Faced with Plaintiff's objection to its motion as delaying the trial date, Hasbro voluntarily undertook (1) to file the Motion to Stay within one week of the order, and (2) to reduce its time to file a reply to just ten days. The Plaintiff, while objecting to the "delay," asked for ***additional time*** to be able

to respond to the Motion to Stay, and was therefore given 24 days to file its response rather than the normal 17. Plaintiff took the full 24 days, filing its response on August 13. Hasbro timely replied on August 23.

Notwithstanding its having nearly a month to respond, Plaintiff waited until the ***day after Hasbro's reply*** was due and filed to submit a Declaration by the Plaintiff himself, in which he attempted to blame Hasbro for the years of delay he exhibited in bringing suit. *See* Docket No. 103. As a result of the Plaintiff's tactics, Hasbro now has no opportunity to respond to the Declaration. Compounding his disregard of the rules, the Plaintiff attached material clearly designated as "CONFIDENTIAL" by Hasbro to his Declaration without abiding by the existing Order governing such information. *See* Declaration at Exhibit G; *see also* Protective Order (Docket No. 20).

Plaintiff has no explanation or excuse for its untimely submission of this Declaration. Counsel for Hasbro specifically advised Plaintiff's counsel of its objection to the Declaration as untimely and asked if there were any justification for its late submission. Plaintiff's counsel ignored that inquiry, presumably because there is no excuse. *See* E-mail from J. Techentin to T. Leach dated August 24, 2007 (**Exhibit A**).[1] Likewise, he has no excuse for not following the established procedures in the Protective Order or in Local Rule (Gen) 102 governing the treatment of confidential information. The document in question could not be any more clearly marked as confidential.

Both because the Declaration is untimely and because it contains information designated

---

[1] Plaintiff's counsel was clearly available to respond to the e-mail if he had wished. First, he had actually filed the Declaration less than two hours before Hasbro's inquiry. *See* **Exhibit A** (showing time of sending at 5:03 p.m. Eastern Time). Second, Plaintiff's counsel had responded to a separate e-mail from Hasbro's counsel just minutes before Hasbro's counsel sent its inquiry regarding the timeliness of the Declaration. *Id.* (showing 4:22 p.m. e-mail from T. Leach to J. Techentin). There, Plaintiff's counsel stated that he would "take care of" the problem with the Declaration containing Hasbro's confidential information. As noted in Hasbro's opposition to Plaintiff's subsequent motion to seal Exhibit G of the Declaration, Plaintiff's counsel failed to do even that.

as confidential, the Declaration should be stricken and expunged from the publicly-available electronic records of the Court.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin___________
Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: August 27, 2007

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Motion to Strike Declaration of Michael Bowling as Untimely and the Memorandum of Law in support thereof through the ECF system on the 27th day of August, 2007, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

/s/ Jeffrey K. Techentin__________

*426927_1*