## Techentin, Jeffrey

**From:** Techentin, Jeffrey
**Sent:** Friday, August 24, 2007 5:03 PM
**To:** 'Tom Leach'
**Cc:** White, Todd
**Subject:** RE: Activity in Case 1:05-cv-00229-S-LDA Bowling v. Hasbro, Inc. "Declaration"

Tom,

Thank you. As a further consideration, we intend to oppose your submission of the declaration (whether under seal or made without reference to the confidential information) as untimely. You had most of a month to respond to our motion, yet waited until the day after the deadline for our reply to submit this. Is there some justification for the timing? If not, I'd suggest avoiding the motion practice that's sure to follow and just withdraw the declaration.

Jeff.

-----Original Message-----
**From:** Tom Leach [mailto:TLeach@merchantgould.com]
**Sent:** Friday, August 24, 2007 4:22 PM
**To:** Techentin, Jeffrey
**Subject:** Re: Activity in Case 1:05-cv-00229-S-LDA Bowling v. Hasbro, Inc. "Declaration"

Jeff,

I will take care of it. Thank you for bringing this to my attention.

Tom.
Thomas J. Leach,

Merchant & Gould P.C.
3200 I.D.S. Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 336-4665
Fax: (612) 332-9081
tleach@merchant-gould.com
www.merchant-gould.com
--------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From: Techentin, Jeffrey <Jtechentin@apslaw.com>
To: Tom Leach
Cc: White, Todd <TWhite@apslaw.com>; davidc@skgf.com <davidc@skgf.com>; cscott@duffysweeney.com <cscott@duffysweeney.com>
Sent: Fri Aug 24 15:07:26 2007
Subject: FW: Activity in Case 1:05-cv-00229-S-LDA Bowling v. Hasbro, Inc. "Declaration"

Tom:

I have just glanced at your recent filing. My briefest review revealed that you have attached documents that Hasbro has designated as "CONFIDENTIAL" and that are therefore subject to the confidentiality order in place. The filing is in violation of Paragraph 4 of the Confidentiality Order (I have attached a copy for your reference). Please withdraw this filing immediately and ensure that the information does not remain publicly available. I understand that the clerk of the court can assist you in this regard.

Jeff Techentin

-----Original Message-----
From: cmecf@rid.uscourts.gov [mailto:cmecf@rid.uscourts.gov]
Sent: Friday, August 24, 2007 3:47 PM
To: cmecfnef@rid.uscourts.gov
Subject: Activity in Case 1:05-cv-00229-S-LDA Bowling v. Hasbro, Inc. "Declaration"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Rhode Island

Notice of Electronic Filing

The following transaction was received from Leach, Thomas entered on 8/24/2007 at 3:47 PM EDT and filed on 8/24/2007

Case Name:

Bowling v. Hasbro, Inc.

Case Number:

1:05-cv-229 <http://ecf.rid.uscourts.gov/cgi-bin/DktRpt.pl?7332>

Filer:

Michael Bowling

Document Number:

102 <http://ecf.rid.uscourts.gov/cgi-bin/show_case_doc?102,7332,,9591683,,,696092>

Docket Text:
DECLARATION re [100] Response in Opposition to Motion,, by Michael Bowling. (Attachments: # (1) Exhibit A - 9-30-99 letter# (2) Exhibit B - 12-13-99 letter# (3) Exhibit C - 12-22-99 letter# (4) Exhibit D - 3-06-01 letter# (5) Exhibit E - 4-10-01 letter# (6) Exhibit F - 2-12-02 letter# (7) Exhibit G - Monoply Dice Summary# (8) Certificate of Service)(Leach, Thomas)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1096917572 [Date=8/24/2007] [FileNumber=180282-0]
[1abf6742bf3af39b1791bcef3ea9a09310d33825b6a2fd5fec6ba85a025716bc2e1a
a8d22f8569f5a02adb5960765f0be38ea624ce7b402e4e8d6fa3d8c7c7af]]
Document description:Exhibit A - 9-30-99 letter
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1096917572 [Date=8/24/2007] [FileNumber=180282-1]
[a6c2161a458348653893b46f92492c43957baa0c65ffa08552ee6a0c9af4f32e11a1
abcdbd0373f72b661c435e5e5a067c3268355e3c5847548fdfa451e883ff]]
Document description:Exhibit B - 12-13-99 letter
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1096917572 [Date=8/24/2007] [FileNumber=180282-2]
[88f9b12b32b5e92e6a9fa2abca8b5edf3da44b10f4fed53fb4cc88fe5a9abd690285
b278f002fe300c6b9a9d021571ab21494e6d5e03f03537c6ca8879501975]]
Document description:Exhibit C - 12-22-99 letter
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1096917572 [Date=8/24/2007] [FileNumber=180282-3]
[407b025a9c464aaaac893ce24a88867855d7fcab78ab011d19d8ff0dfa3dfc433f11
9915ebb036d9f8c70a93abe63fa2344237a3a75cb53d36daed23b422abb4]]
Document description:Exhibit D - 3-06-01 letter
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1096917572 [Date=8/24/2007] [FileNumber=180282-4]
[73b7926c693768bebea084d2bd3f13676987492bb323b844eec43c346a411e598f66
1897d09d4f4f079628da30542375ba4d922579ab882a3d0f63163f4b38e2]]
Document description:Exhibit E - 4-10-01 letter
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1096917572 [Date=8/24/2007] [FileNumber=180282-5]
[3c48bbe98fa42b2013577e191658ab789760775b5d29cb30d5dd43f7be020a6e117d
0ad9a34deecc21343ea28fa95fb08958e7680b26c223b42d55aa38706fbb]]
Document description:Exhibit F - 2-12-02 letter
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1096917572 [Date=8/24/2007] [FileNumber=180282-6]
[558e2067708b51847c4d985834e86db1e4377feddfd6fec6b5a606094c3401164e60
c0630250f3ddcbca6fa04c6b80b18613130bb71901a96b50e32f12b888be]]
Document description:Exhibit G - Monoply Dice Summary
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1096917572 [Date=8/24/2007] [FileNumber=180282-7]
[90950ce3352aab5dd6535874af980cd790bc3e2cc4888b3a06d7c1eb31f02b5570ee
e6bc9ad321a644a96d6f5a40070307d1f83a3796e87ea064f3e98d1173b7]]
Document description: Certificate of Service
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1096917572 [Date=8/24/2007] [FileNumber=180282-8]
[a7eb8f0e0ad36b8afbccd7b131ed9056ac325cf1342f01792d5be0f445207562da10
dd6f58d952a3b5c376798a6d438eaf84b60d5db9be0dcb13584e2bdd5b83]]

1:05-cv-229 Notice will be electronically mailed to:

Christine K. Bush cbush@duffysweeney.com, jcastro@duffysweeney.com

David K.S. Cornwell davidc@skgf.com

Thomas J. Leach tleach@merchantgould.com, aries@merchantgould.com; kdrieman@merchantgould.com

Craig M. Scott cscott@duffysweeney.com, ehanson@duffysweeney.com

Jeffrey K. Techentin jtechentin@apslaw.com, kmooney@apslaw.com

Todd D. White Twhite@apslaw.com, stheriault@apslaw.com

Douglas J. Williams dwilliams@merchantgould.com

1:05-cv-229 Notice will be delivered by other means to:

Tracey-Gene G. Durkin
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue, NW
Washington, DC 20005