IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**REPLY BRIEF OF PLAINTIFF MICHAEL BOWLING IN SUPPORT OF HIS EMERGENCY MOTION TO FILE UNDER SEAL**

Plaintiff Michael Bowling ("Bowling") respectfully requests that the Court seal Exhibit G to the Declaration of Michael Bowling. After Bowling had electronically filed the Declaration of Michael Bowling and supporting exhibits, counsel for Hasbro informed Bowling's counsel that Exhibit G contained confidential information and should be filed under seal. Immediately thereafter, the Court was contacted to ensure that Exhibit G was not made public. The Court asked that Bowling file an emergency motion requesting that the confidential document be sealed. Bowling filed such a motion asking that Exhibit G be filed under seal. Confidential Exhibit G is not publicly available on PACER.

Should the Court require any further action to ensure that Exhibit G remains confidential, such as refiling under Local Rule (Gen) 102 Bowling would immediately accommodate that directive.

Michael Bowling,
By His Attorneys,

Date: September 5, 2007

/s/ Thomas J. Leach__________

Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within Reply Brief of Plaintiff Michael Bowling in Support of his Emergency Motion to File Under Seal was filed through the ECF system on the 5th day of September, 2007, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/ Thomas J. Leach__________