IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO HASBRO'S MOTION TO STRIKE DECLARATION OF MICHAEL BOWLING AS UNTIMELY FILED**

Michael Bowling ("Bowling") respectfully requests the Court to consider the facts in Bowling's declaration in support of its opposition to Hasbro's motion to stay. (Court Docket No. 102) Bowling's declaration corrects a statement in Hasbro's reply brief that "Plaintiff sat idly for more than three years until bringing suit." (Hasbro's Reply Brief at 2.) In fact, during that time Hasbro and Bowing were actively engaged in settlement negotiations trying to resolve this dispute. Moreover, Bowling continued to investigate the extent of Hasbro's infringing activity, especially after Bowling learned that Hasbro misrepresented the actual number of infringing units sold making expensive litigation appear not to be a viable option.

These facts are germane to Hasbro's motion to stay and correct factual misrepresentations in Hasbro's reply brief and therefore Bowling respectfully requests that they be considered.

Michael Bowling,
By His Attorneys,

Date: September 5, 2007

/s/ Thomas J. Leach__________

Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within Plaintiff's Memorandum of Law in Support of its Objection to Hasbro's Motion to Strike Declaration of Michael Bowling as Untimely Filed was filed through the ECF system on the 5th day of September, 2007, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/ Thomas J. Leach__________