WorldCat

Home | Search

You are **not signed in** (Sign In to Worlc

Search for items: Arragonite Comte de Bournon | Search | Advanced Sea

# Traité complet de la chaux carbonatée et de l'arragonite : auquel on a joint une introduction à la minéralogie en général, une théorie de la cristallisation, et son application, ainsi que celle du calcul, à la détermination des formes cristallines de ces deux substances

**by Jacques Louis Bournon, comte de**

| | |
|---|---|
| Type: | Book |
| Language: | French |
| Publisher: | Londres : W. Phillips, 1808. |
| OCLC: | 13585667 |
| Related Subjects: | Calcite. \| Aragonite. \| Crystallography. |
| Citations: | Cite this Item \| Export to EndNote \| Export to RefWorks |

**Get It**
Find in other WorldCat libraries
Buy This Item

**Save It**
Add This Page to Favorites
Save to:
[New List]
Save

**Add to It**
Review this Item
Edit Public Notes

**Share It**
Link to this Page
BOOKMARK

Libraries | Details | Subjects | Reviews

**Enter Location Information:** 02877 Go

Enter postal code, state, province or country

Displaying libraries **1-10** out of **14** — **02877 Slocum, RI** — « First ‹ Prev 1 2 Next › Last »

1. **US Military Academy** — West Point, NY 10996 United States — **128 miles**
   Book
   **Services:** Library Information

2. **Columbia University Libraries** — New York, NY 10027 United States — **136 miles**
   Book
   **Services:** Library Information

3. **American Mus of Natural Hist** — New York, NY 10024 United States — **138 miles**
   Book

## Buy This Item

Search for **Traité complet de la chaux carbonatée et de l'arragonite : auquel on a joint une introduction à la minéralogie en général, une théorie de la cristallisation, et son application, ainsi que celle du calcul, à la détermination des formes cristallines de ces deux substances** from Amazon.com

Find in a Library anytime with always-there browser tools
Learn more and download

4. Field Museum Library, The — Chicago, IL 60605 United States — 830 miles

Book

**Services:** Library Information

5. Northwestern University — Evanston, IL 60208 United States — 832 miles

Book

**Services:** Library Information

6. Vanderbilt University Library — Nashville, TN 37240 United States — 902 miles

Book

**Services:** Library Information Ask a librarian

7. Michigan Tech University — Houghton, MI 49931 United States — 924 miles

Book

**Services:** Library Information Ask a librarian

8. Linda Hall Library — Kansas City, MO 64110 United States — 1200 miles

Book

**Services:** Library Information

9. Stanford University Libraries — Stanford, CA 94305 United States — 2600 miles

Book

**Services:** Library Information

10. Univ College, Cork — Cork, Ireland

Book

**Services:** Library Information

*Distances, where provided, are approximate and based on postal-code geographic centers

Displaying libraries **1-10** out of **14** **02877 Slocum, RI** « First ‹ Prev 1 2 Next › Last »

**Languages:** Deutsch | **English** | Español | Français | Nederlands | ??
**You:** Sign In | Register | My WorldCat | My Lists
**WorldCat:** Home | About | Help | Get E-mail Updates | Feedback | Search
**Legal:** Copyright © 2001-2007 OCLC. All rights reserved. | Privacy Policy | Terms and Conditions

WorldCat

Home | Search

You are **not signed in** (Sign In to Worl

Search for items: Traité Élémentaire de Minéralogie by François Sulp | Search | Advanced Sea

# Traité élémentaire de minéralogie

**by F S Beudant**

| | |
|---|---|
| Type: | Microform |
| Language: | French |
| Publisher: | Paris : Verdière, 1824. |
| OCLC: | 4556349 |
| Related Subjects: | Mineralogy. |
| Editions: | 6 Editions |
| Citations: | Cite this Item \| Export to EndNote \| Export to RefWorks |

**Get It**
Find in other WorldCat libraries
Buy This Item

**Save It**
Add This Page to Favorites
Save to:
[New List]
Save

**Add to It**
Review this Item
Edit Public Notes

**Share It**
Link to this Page
BOOKMARK

Libraries | Details | Subjects | Editions | Reviews

**Enter Location Information:** 02877 Go
Enter postal code, state, province or country

Displaying libraries **1-10** out of **114** for all 6 editions Show libraries for just this edition

**02877 Slocum, RI**

« First ‹ Prev 1 2 3 Next › Last »

**Narrow Your Results by Format:** Display All Formats

1. **Harvard University** — Cambridge, MA 02139 United States — **61 miles**
**Other Formats:** Book
**Services:** Library Information

2. **Harvard University, Harvard College Library** — Cambridge, MA 02139 United States — **61 miles**
**Other Formats:** Book
**Services:** Library Information

3. **Harvard University, Ernst Mayr Library-Mcz** — Cambridge, MA 02138 United States — **62 miles**
**Other Formats:** Book
**Services:** Library Information

4. **Tufts University** — Medford, MA 02155 United States — **65 miles**

**Buy This Item**
Search for Traite elementaire de mineralogie from Amazon.com

Find in a Library anytime with always-there browser tools
Learn more and download

**Other Formats:** Microform

**Services:** Library Information

5. **Yale University Library** New Haven, CT 06520 United States **74 miles**

   **Other Formats:** Book

   **Services:** Library Information Ask a librarian

6. **Amherst College** Amherst, MA 01002 United States **77 miles**

   **Other Formats:** Book

   **Services:** Library Information Ask a librarian

7. **Stony Brook University** Stony Brook, NY 11794 United States **94 miles**

   **Other Formats:** Microform

   **Services:** Library Information Ask a librarian

8. **UNH Durham** Durham, NH 03824 United States **114 miles**

   **Other Formats:** Book

   **Services:** Library Information

9. **Fordham University** Bronx, NY 10458 United States **131 miles**

   **Other Formats:** Book

   **Services:** Library Information

10. **CITY COLLEGE / CUNY** New York, NY 10031 United States **135 miles**

    **Other Formats:** Book

    **Services:** Library Information

*Distances, where provided, are approximate and based on postal-code geographic centers

Displaying libraries **1-10** out of **114** for all 6 editions Show libraries for just this edition

**02877 Slocum, RI**

« First ‹ Prev 1 2 3 Next › Last »

**Languages:** Deutsch | **English** | Español | Français | Nederlands | ??

**You:** Sign In | Register | My WorldCat | My Lists

**WorldCat:** Home | About | Help | Get E-mail Updates | Feedback | Search

**Legal:** Copyright © 2001-2007 OCLC. All rights reserved. | Privacy Policy | Terms and Conditions