# A COMPLETE LIST OF FAIR DICE

by

Edward Taylor Pegg, Junior

B.A., University of Colorado at Colorado Springs, 1994

A thesis submitted to the Graduate Faculty of the

University of Colorado at Colorado Springs

in partial fulfillment of the

requirements for the degree of

Master of Science in Applied Mathematics

Department of Mathematics

1997

# CHAPTER 5

## THE ISOHEDRA

**Polyhedra with congruent faces**. For which triangles T does there exist a convex polygon with all its faces congruent to T, either with or without reflections allowed? **[***Unsolved Problems in Geometry*, p 75**]**

Mistake! The above problem is solved, not unsolved. All triangles T can be made into an eight-sided tetragonal scalenohedron, a figure known by crystallographers. I mention this mistake to illustrate the obscurity of isohedra. The overlooked tetragonal scalenohedron is an isohedron. All isohedra (literally, "equal surfaces") share two properties:

P1 -- All faces have identical relationships with the other faces.

P2 -- All faces have identical relationships with the centroid.

Note that either property implies that all faces are identical. Coincidentally, the two properties together guarantee that a die will work in both mathematical models. A loaded die satisfies P1 and not P2. The figure below – a combination of skew prisms and pyramids – satisfies P2 and not P1. Together, they allow for an interesting consequence.

*Proposition: An isohedron is a fair die.*



Figure 5. A Polyhedron with Identical Faces which is not Isohedral