tence of Nabataean goldsmiths, as indeed reported by Strabo. Since close comparisons are known from Egypt, Alexandria has been suggested as a possible production center, thus pointing to Graeco-Roman prototypes rather than an Oriental source of inspiration.

After a short presentation of the finds from archaeological contexts (earrings, noserings, and pendants), I focus on questions of geographical distribution, techniques, styles, figurative and non-figurative subjects, and chronology. Finally, the jewelry is considered within the framework of Nabataean art. Altogether, the evidence supports the conclusion of specifically Nabataean artistic creations in terms of ethnicity and place and time.

### Late Roman Gemstone Dice: Tools for Divination: *Genevra Kornbluth*, Youngstown State University

The dice found in Roman tombs were used in divination as well as for gaming. Divination, with its associated magical functions, explains their burial. Amber, pyrite, rock crystal, and other materials were used for dice with up to 20 sides. I have catalogued much of this material, largely unpublished. Gaming dice were usually small cubes marked with dots. More elaborate dice could bear signs of the zodiac, as do fourth-century examples in Geneva (silver) and formerly in Munich (crystal). The polyhedral shapes of these objects meet the requirements for divination, as described by Pausanias and later writers. They also, according to Plutarch and the Pythagoreans, had symbolic significance. Special materials reinforced the power of geometric shape. Crystal rings have been found in many tombs. Heavy and with small center openings, these rings cannot be comfortably worn; hardened ice (Pliny), they probably protected the dead in a fiery afterlife. Other crystal objects (both much used and freshly produced, by my analysis of wear patterns) were placed in a first-century grave assemblage now in Berlin. An icosahedron in that grouping is totally unworn, and so probably had a magical function. Although museums house crystal dice with Roman "gaming pieces" (cicadas, fish, etc.), archaeology does not support these groupings, and linguistic evidence indicates diversity: "tesserae" may be dice, game markers, theater tickets, or tokens of hospitality. Magical and ritual functions, rather than idle entertainment, account for the burial of such objects.

## SESSION I E: COLLOQUIUM: HOUSEHOLD ARCHAEOLOGY

### The World Their Household: The Changing Definition of Domestic in the 19th Century: *Suzanne M. Spencer-Wood*, Peabody Museum of Archaeology and Ethnology

Archaeologists often uncritically project Victorian gender ideology into the past, classifying sites, features, and artifacts as either domestic or public when they were in reality both. Even in the 19th century the domestic and public spheres often overlapped, contrary to the androcentric middle-class ideology that viewed urban men's increasing public wage labor as of higher status than work conducted in the household, whether paid or not.

This paper discusses how middle-class women reformers worked to raise the status of women and their domestic work ideologically and materially to become equivalent to men's public professions by combining domestic and public material culture, built environments, and landscapes in two ways. First, some reformers brought the status of men's public sphere into the home. Women professionalized housework by designing innovative houses, furnishings, appliances, and materials to implement scientific methods of performing household tasks. This research corrects androcentric histories that represent only men as the inventors of domestic technological innovations. Second, reformers socialized housework in female-controlled cooperative housekeeping institutions and spaces that materially transformed the public landscape from a male-dominated one toward gender equality before female suffrage. Archaeologists can contribute to our understanding of the kinds of material culture that women actually used to symbolize and implement their reforms. By taking a critical feminist approach, my research has brought to archaeologists' attention previously unrecognized dimensions of material culture, sites, architectural spaces, and landscapes.

### Sources of Variability in Domestic Assemblages: A General Framework: *Michael Brian Schiffer*, University of Arizona

Domestic artifact assemblages can contribute greatly to an understanding of past human activities as long as the investigator understands—and controls for—sources of variability in such assemblages. This paper furnishes an overview of the panoply of processes that influence the composition of domestic assemblages. Examples of the nature and effects of these processes are drawn from ethnoarchaeology and the archaeology of the American Southwest.

### Digging Houses: Archaeologies of Classical Greek and Hellenistic Domestic Assemblages: *Bradley A. Ault*, University at Buffalo, State University of New York, and *Lisa Nevett*, University of Durham

Archaeologists in general and classical archaeologists in particular are frequently criticized for their failure to take into account implications of the full complement of artifactual assemblages when interpreting the results of excavation. Nowhere are such omissions perceived as more glaring than in the domestic context. Several examples of nonchalant attitudes toward and selective treatment of domestic assemblages are cited. These are contrasted with a number of excavations of Greek houses that have strived not only for total recovery of domestic assemblages, but