# EXHIBIT B

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

# Merchant & Gould

An Intellectual Property Law Firm

A Professional Corporation

Direct Contact | 612.336.4665
tleach@merchant-gould.com

October 25, 2005

**VIA FACSIMILE**

Todd D. White
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

***Re:*** ***Bowling v. Hasbro, Inc.***
***C.A. No. 05-229S***
***M&G File No. 12206.4-US-ZA***

Dear Todd:

The parties' settlement conference statements are due this Friday, October 28, 2005. In anticipation of the settlement conference, Bowling served upon Hasbro discovery requests seeking, among other things, sales information relating to Hasbro's sales of the accused dice. Hasbro's responses to Bowling's discovery requests were due on Thursday, October 20, 2005. Please let me know if Hasbro served these responses, as we have not received them yet.

Aside from Bowling's discovery requests, at the pretrial conference the judge asked that the parties exchange sales information to facilitate a meaningful settlement conference. I provided you with Bowling's sales information related to Hasbro's counterclaims more than three weeks ago, and asked that you provide Bowling with Hasbro's information by October 21, 2005. You have not provided me with Hasbro's sales information relating to Bowling's infringement claim. If Hasbro does not intend to provide this information before the settlement conference, let me know immediately, as we will need to reschedule the settlement conference.

Sincerely,

Thomas J. Leach

TJL:sgl

cc: Christine K. Bush (via facsimile)

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, DC