# EXHIBIT C

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

# Merchant & Gould

An Intellectual Property Law Firm

A Professional Corporation

Direct Contact | 612.336.4665
tleach@merchant-gould.com

October 31, 2005

**VIA FACSIMILE**

Todd D. White
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

**Re: Bowling v. Hasbro, Inc.**
**C.A. No. 05-229S**
**M&G File No. 12206.4-US-ZA**

Dear Todd:

Hasbro has not responded to Bowling's first set of interrogatories and Bowling's first set of document requests. Hasbro's responses were due on October 20, 2005. Please let me know by Wednesday, November 2, 2005, when you are available to meet and confer regarding Hasbro's failure to respond to Bowling's discovery requests.

Sincerely,

Thomas J. Leach

TJL:sgl

cc: Christine K. Bush (via facsimile)