# EXHIBIT D

Merchant & Gould
An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | 612.336.4665
tleach@merchant-gould.com

November 10, 2005

**VIA FACSIMILE**

Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

***Re: Bowling v. Hasbro, Inc.***
***C.A. No. 05-229S***
***M&G File No. 12206.4-US-ZA***

Dear Jeffrey:

During our meet and confer on Tuesday, November 8, 2005, regarding Hasbro's failure to respond to Bowling's discovery requests, you indicated that Hasbro would probably not respond to Bowling's discovery requests for another two weeks. Hasbro has had more than enough time to respond to Bowling's discovery requests. Moreover, at the settlement conference, Judge Almond asked that Hasbro respond to Bowling's discovery requests timely to avoid any motions on this issue.

Please confirm that Hasbro will provide Bowling with written responses and documents responsive to Bowling's discovery requests by Thursday, November 17, 2005. If Hasbro refuses to respond to Bowling's discovery requests by November 17, 2005, we will take the matter to the Court.

Additionally, because Hasbro's responses are weeks late, Hasbro waives all objections it may have to Bowling's discovery request. *See* Fed. R. Civ. P. 33(b)(4) and 34. We expect Hasbro to provide complete responses to Bowling's interrogatories and produce all documents responsive to his requests.

Sincerely,

Thomas J. Leach

TJL:sgl

cc: Craig Scott (via facsimile)

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, DC