# EXHIBIT E

## Tom Leach

**From:** Tom Leach
**Sent:** Tuesday, October 02, 2007 10:00 AM
**To:** jtechentin@apslaw.com; twhite@apslaw.com
**Cc:** Tom Leach; Kristin M. Drieman; Douglas Williams; Victoria Hanson; Tony Zeuli
**Subject:** Bowling v. Hasbro

Dear Jeff:

Please let me know what Hasbro's expert believes is the level of ordinary skill in the art for the obviousness inquiry. We may be able to stipulate to the appropriate level of ordinary skill in the art and eliminate this issue at trial.

Please let me know by the end of the day tomorrow.

Thank you.

**Thomas J. Leach,**

**Merchant & Gould P.C.**
3200 I.D.S. Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 336-4665
Fax: (612) 332-9081
tleach@merchantgould.com
www.merchantgould.com

*** This is a transmission from the law firm of Merchant & Gould and may contain information that is privileged, confidential, and protected by the attorney-client or attorney-work-product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number 612.332.5300. Thank you.***