UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING<br>a Resident of Arizona,<br><br>Plaintiff, | : | |
| v. | : | C.A. No. 05-229S |
| HASBRO, INC.<br>a Rhode Island Corporation<br><br>Defendant. | : | |

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff/~~Defendant~~ Michael Bowling. hereby moves that Anthony R. Zeuli be admitted PRO HAC VICE in the above case as counsel with local counsel identified below:

Michael Bowling
(Plaintiff/~~Defendant~~)

By: Craig M. Scott, Esq.
Bar ID No.: 4237
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

DATED: November 7, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Minnesota and of the following Federal District Court and/or Court of Appeals Bar(s): United States Court of Appeals for the Federal Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Anthony R. Zeuli
Signature of *Pro Hac Vice* Applicant

Anthony R. Zeuli — 0274884
Print Name — State Bar ID #

Merchant & Gould P.C.
Firm Name

3200 IDS Center, 80 South Eighth Street, Suite 3200
Business Address

Minneapolis, MN 55402

612.332.5200 — 612.332.9081
Tel. # — Fax. #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Craig Scott — 4237
Print Name — R.I. Bar ID #

Duffy Sweeney & Scott, Ltd.
Firm Name

One Turks Head Place, Suite 1200
Business Address

Providence, RI 02902

401.455.0700 — 401.455.0701
Tel. # — Fax. #

**ORDER**

This motion is hereby ______________________________________________

______________________________
U.S. District Judge

Date: ____________________