UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

C.A. NO: 05-229S

* * * * * * * * * * * * * * * * * * * *

MICHAEL BOWLING
a Resident of Arizona,

Plaintiff,

vs.

HASBRO, INC.,
a Rhode Island Corporation,

Defendant.
* * * * * * * * * * * * * * * * * * * *

DEPOSITION OF MICHAEL BOWLING, a witness called on behalf of the defendant, taken pursuant to the Rhode Island Rules of Civil Procedure, before Elizabette M. Afonso, Professional Shorthand Reporter and Commissioner for the State of Rhode Island and Providence Plantations for the Commonwealth of Massachusetts, at the law offices of Adler, Pollock & Sheehan, One Citizens Plaza, Providence, Rhode Island, commencing at 10:05 a.m. on Monday, January 16, 2006.



0e833c06-3d41-44a8-baad-4c084646dbdf

guess, it may aid in the assistance of a randomness. MR. TECHENTIN: Can I have that marked as an exhibit, please.

(Exhibit No. 1, drawing, marked for identification.)

Q. Other than thinking about the concept of die design from time to time, did you do anything else to design a new die during the time from 1992 until this thunderbolt moment that you've described?

A. No.

Q. Did you do anything to investigate the current die design?

A. I did a -- when I was in my undergraduates at the University of Arizona, there's a patent library, and at lunch, I use to go in, and it was kind of an egregious process, you'd have to go in, get the microfiche, and then there's the microfiche to, you know, scan through. And so I went back -- and I don't remember really the parameters of how I knew how far back in time to start, you know, looking.

But I went back at some point and I just started scanning, you know, scanning through these patents, and I think they're like patent abstracts. I don't think it was, you know, the full drawn out



0e833c06-3d41-44a8-baad-4c084646dbdf

thing, I don't believe. I think it was, like, summaries or abstracts. And I went through looking, you know, just to see what was existing, and I found several polyhedral shapes.

Q. Why did you decide to go to the patent library?

A. Because I was working on this, and I didn't know if it was a patented design. And the funny thing was was I never found that until I did my patent with Merchant & Gould. I thought that could be patented as well. I just thought it was an inferior design. I didn't bother, you know, patenting it.

But in their patent research, they found that shape. And I said, "Hey, that's a good thing I didn't try to patent that."

Q. Other than going to the patent library and searching through patent abstracts, did you do anything else to investigate or conceive of a new die design?

A. Nothing comes to mind, no.

Q. For example, did you go to toy or hobby or game shops to take a look at what dice existed?

A. No. Because at the time, I was role playing, so I knew of polyhedral dice. You know, I had been exposed to them, but nothing else.



0e833c06-3d41-44a8-baad-4c084646dbdf

I didn't think there was anything else, and no one seemed to, you know, know anything else.
Q. What do you mean?
A. You know, you look at polyhedral shapes, and the polyhedral shapes are meant to be -- I wouldn't say invented by the Greeks, but it was, I guess, the Greeks who named them polyhedral, and there had some reference.
And so if, like I said, 2,000 or 3,000 years that set of dice is all they'd come up with, then I didn't think that there was anything else out there. I thought I had to not look for something, but I had to invent something, you see.
Q. But you didn't do anything other than looking at the patents to see what else had been invented?
A. No. I looked at the patents to see if I could find that, that shape.
But what I said is as I was looking at them, I did find the polyhedral dice. I found several of those shapes, which I didn't know you could patent, you know, a natural shape. There must have been some other use or some way they enhanced them.
I don't really remember the patents,



0e833c06-3d41-44a8-baad-4c084646dbdf

because all the patents that I had -- because the polyhedrals that I found, I xeroxed copies of them, and I actually had -- from the microfiche, it gave me a list of patent numbers, and it gave me a bunch of lists, like, you know, 10 or 15 printed sheets of multiple columns of patents. So I'd have to load it, and I had to scroll through to the next sequential number, and the numbers were in sequence, right, but they may have had ten years apart between them, you know.

And so I would look through it and, you know, scratch that one off and scratch it, you know -- and I did that work -- and going on through college, I'd find a folder, oh, there's that patent stuff.

But I think what happened when I got married -- my wife's very, you know -- all my old stuff got thrown out. I don't have any of my old college reference books, none of my stuff.

Q. She didn't throw out the dice though?

A. The dice were in that folder. You know, that I told you I had a little felt bag, the dice were in that.

Q. But if I understand what you were just saying about



0e833c06-3d41-44a8-baad-4c084646dbdf