Print This Page | Show Definition View | Close

# CLASS D11, JEWELRY, SYMBOLIC INSIGNIA, AND ORNAMENTS

1 **JEWELRY**
86 . Element or attachment
89 .. Jewel, gem or signet
90 ... Faceted

Print This Page | Show Definition View | Close