JC890 U.S. PTO
09/26/00

09.27.00 A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| DOCKET NUMBER | ANTICIPATED CLASSIFICATION OF THIS APPLICATION: | | PRIOR APPLICATION | |
|---|---|---|---|---|
| | CLASS | SUBCLASS | EXAMINER | ART UNIT |
| 12206.1USC2 | 273 | 138.100 | M. CHAMBERS | 3711 |

CERTIFICATE UNDER 37 CFR 1.10:
"Express Mail" mailing label number: EL674898383US
Date of Deposit: September 26, 2000

I hereby certify that this paper or fee is being deposited with the U.S. Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to Assistant Commissioner for Patents, Washington, D.C. 20231.

By: *Linda McCormick*
Name: Linda McCormick

jc922 U.S. PTO
09/669712
09/26/00

CONTINUATION APPLICATION UNDER 37 C.F.R. § 1.53(b)

BOX PATENT APPLICATION
Assistant Commissioner for Patents
Washington, DC 20231

Dear Sir:

This is a request for filing a continuation application under 37 CFR § 1.53(b) of Serial No. 09/344,842, filed on June 28, 1999 entitled RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS by the following inventor(s):

| Full Name Of Inventor | Family Name BOWLING | First Given Name MICHAEL | Second Given Name A. |
|---|---|---|---|
| Residence & Citizenship | City TUCSON | State or Foreign Country ARIZONA | Country of Citizenship USA |
| Post Office Address | Post Office Address 7931 SOUTH AVENIDA DE PINA | City TUCSON | State & Zip Code/Country ARIZONA 85747/USA |

1. ☒ Enclosed is a copy of the prior application; including the specification, claims, drawings, oath or declaration showing the applicant's signature, and any amendments referred to in the oath or declaration filed to complete the prior application. (It is noted that no amendments referred to in the oath or declaration filed to complete the prior application introduced new matter therein.) The continuing application is as follows: 11 pages of specification, 20 claims, 1 pages of abstract, 3 sheets of drawings, and 4 pages of oath or declaration.

☒ The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied, is considered as being part of the disclosure of the accompanying application and is hereby incorporated by reference therein.

2. ☐ Cancel original claims of this application before calculating the filing fee. (At least one original independent claim must be retained for filing purposes.)

3. ☒ The filing fee is calculated below:

**CLAIMS AS FILED**

| NUMBER FILED | | NUMBER EXTRA | | RATE | FEE |
|---|---|---|---|---|---|
| TOTAL CLAIMS: 11 | -20 | 0 | x | $9.00 | 0.00 |
| INDEPENDENT CLAIMS 2 | -3 | 0 | x | $39.00 | 0.00 |
| | | | | BASIC FILING FEE: | $345.00 |
| | | | | TOTAL FILING FEE: | 345.00 |
| | | | | | |

☒ A Verified Statement that this filing is by a small entity is already filed in the prior application.

☐ A Verified Statement that this filing is by a small entity is attached.

4. ☒ Payment of fees:
   - ☒ Attached is a check in the amount of 345.00
   - ☐ Please charge Deposit Account No. 13-2725.

5. ☒ The Commissioner is hereby authorized to charge any additional fees as set forth in 37 CFR §§ 1.16 to 1.18 which may be required by this paper or credit any overpayment to Account No. 13-2725.

6. ☐ Amend the specification by inserting before the first line the sentence:

7. ☒ A set of formal drawings (3 sheets) is enclosed.

8. ☐ Priority of application Serial No. , filed on in , is claimed under 35 U.S.C. 119.

   ☐ The certified copy has been filed in prior application Serial No. , filed .

9. ☐ The prior application is assigned of record to located at .

10. ☒ The Power of Attorney in the prior application is to:

    Merchant & Gould P.C.
    Minneapolis, MN 55402-2215

11. ☒ A preliminary amendment is enclosed. (Claims added by this amendment have been properly numbered consecutively beginning with the number next following the highest numbered original claim in the prior application.)

    ☐ Fee for excess claims is attached.

12. ☐ A petition and fee has been filed to extend the term in the prior application until . A copy of the petition for extension of time in the prior application is attached.

13. ☐ The inventor(s) in this application are less than those named in the prior application and it is requested that the following inventors identified above for the prior application be deleted:

14. ☐ Also Enclosed:

15. ☒ Address all future communications to the **Attention of Julie R. Daulton** (may only be completed by attorney or agent of record) at the address below.

16. ☒ A return postcard is enclosed.

Respectfully submitted,

MERCHANT & GOULD P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903
612.332.5300

23552
PATENT TRADEMARK OFFICE

Date: 26 SEPTEMBER 2000

Julie R. Daulton
Reg. No. 36,414
JRD:PSTkaw

09669712.092600