#2/a

S/N NEW FILING PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | BOWLING | Examiner: | UNNKOWN |
| Serial No.: | NEW FILING | Group Art Unit: | UNKNOWN |
| Filed: | HEREWITH | Docket No.: | 12206.1USC2 |
| Title: | RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS | | |

CERTIFICATE UNDER 37 CFR 1.10
'Express Mail' mailing label number: EL674898383US
Date of Deposit: September 26, 2000
I hereby certify that this correspondence is being deposited with the United States Postal Service 'Express Mail Post Office To Addressee' service under 37 CFR 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.
By: Linda McCormick
Name: Linda McCormick

**PRELIMINARY AMENDMENT**

Box Patent Application
Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

Prior to examination, kindly amend this application as follows:

**In the Specification**

On page 1, after the title of the invention, delete the current cross-reference to related applications, and please insert the following: --This application is a continuation of application Serial No. 09/344,842, filed on June 28, 1999, U.S. Pat. No. 6,123,332; application 09/344,842 is a continuation of application 09/003,246, filed January 6, 1998, now U.S. Pat. No. 5,938,197. Application Serial Nos. 09/344,842 and 09/003,246 are incorporated by reference herein.—

a1

**In the Claims**

Please cancel claims 1-20; please add and consider new claims 21-31 as follows:

a2 21. A method for generating a random number comprising:

(a) providing a die having:

(i) a body having first and second, opposite end caps and an extension member therebetween;

(ii) the extension member having a first number of discrete facets and no more than the first number; said first number of discrete facets being greater than zero;

(A) each of the discrete facets being identically shaped and having equal surface areas;

(B) each of the discrete facets having indicia representing a different number;

(iii) the first end cap having a second number of discrete facets and no more than the second number; the second number being one-half of the first number;

(iv) each of the first end cap discrete facets being identically shaped and having equal surface areas;

(v) the second end cap having the second number of discrete facets and no more than the second number;

(vi) each of the second end cap discrete facets being shaped identically as the first end cap discrete facets; and each of the second end cap discrete facets having a surface area equal to a surface area of each of the first end cap discrete facets;

(vii) each of the discrete facets of the first and second end caps having a surface area different from the surface area of each of the discrete facets of the extension member; and

(b) generating a random number by dropping the die on a surface.

a2 cont

22. A method according to claim 21 wherein:

(a) said step of providing a die includes providing a die wherein the first number is six, and the second number is three.

23. A method according to claim 21 wherein:

(a) said step of providing a die includes providing a die wherein:

(i) each of the extension member discrete facets is triangle-shaped; and

(ii) each of the first end cap discrete facets and the second end cap discrete facets is triangle-shaped.

24. A method according to claim 21 wherein:

(a) said step of providing a die includes providing a die wherein the first number is ten, and the second number is five.

C MC 6/24/01 ~~25.~~ 5 A method according to claim ~~21~~ 32 1 wherein:

(a) said step of generating a random number includes using the random number for a game.

26. A die comprising:

(a) a body including a first end cap, a second end cap, and an extension member in extension therebetween;

(b) said first end cap including three facets and no more than three; said second end cap including three facets and no more than three; and said extension member defining six facets and no more than six;

(i) each of said extension member facets being equal in surface area;

(ii) each of said extension member facets having indicia thereon indicating a number;

(iii) each of said first end cap facets being triangular shaped;

(iv) each of said second end cap facets being triangular shaped; and

a2 cont

(v) each of said extension member facets having a surface area that is different from a surface area of each of said first and second end cap facets.

27. A die according to claim 26 wherein:

(a) each of said indicia is a numerical integer.

28. A die according to claim 27 wherein:

(a) a ratio of a surface area of each of said extension member facets to a surface area of each of said first end cap discrete facets is about 2-3:1.

29. A die according to claim 28 wherein:

(a) each of said extension member facets is triangular-shaped.

30. A die according to claim 26 wherein:

(a) each of said first end cap facets is out of phase with said second end cap facets.

31. A die according to claim 26 wherein:

(a) said body has a center of mass that is also a center of symmetry.

---

**REMARKS**

This application is a Rule 53(b) continuation of application Serial No. 09/344,842 filed June 28, 1999, which is a continuation of 09/003,246 filed January 6, 1998. Claims 21-31are pending. Applicant asserts domestic priority under 35 U.S.C. § 120 for each of the pending claims at least to the January 6, 1998 filing date.

The Examiner is invited to compare the claim scope of each of pending claims 21-31 to the claims of the parent and grandparent application. The Examiner is requested to consider issues of double patenting or obviousness type double patenting. If the Examiner believes a terminal disclaimer is in order, the Examiner is invited to contact the undersigned who will arrange to have a terminal disclaimer submitted.

Applicant requests consideration and allowance of the pending claims.

If the Examiner believes a telephone conference would advance the prosecution of this application, the Examiner is invited to telephone the undersigned at the below listed telephone number.

Respectfully submitted,

MERCHANT & GOULD P.C.
P.O. Box 2903
Minneapolis, Minnesota 55402-0903
(612) 332-5300

Date: 26 SEPTEMBER 2000

Julie R. Daulton
Reg. No. 36,414
JRD:PSTkaw