first end cap facets **82**. As such, each of second end cap facets **84** has a surface area of about 0.0056 to 0.56 sq. in., typically about 0.056 sq. in. The ratio of the surface area of one facet **78** to one facet **82** is about 2.06:1. This is the same ratio as the ratio of facet **78** to facet **84**.

As with the first and second embodiments of the die, die **70** is constructed so that the center of mass is in the precise geometric center of die **70**. Further, each of facets **78** has an identical and equal surface area. This provides for a fair playing die.

Die **70** has a total of **40** facets. That is, extension member **76** has twenty facets, first end cap has ten facets, and second end cap has ten facets. Therefore, the total number of facets is: 20+10+10=40. The number of facets of each of the first and second end caps **72, 74** is equal to one-fourth of the total number of facets of die **70**. Thus, since there are a total of **40** facets, the number of facets of first end cap **72** can be derived by dividing by four, which is ten. Analogously, the number of facets of the second end cap **74** may be derived by dividing the total number of facets **(20)** by four, which is ten.

Die **70** is used analogously as die **20** and die **50**. That is, die **70** is dropped at a height above a surface sufficient to cause die **70** to roll around. Ultimately, die **70** will rest upon one of its extension member facets **78**. This will leave one of its extension member facets **78** in the uppermost position. The number displayed on the facet in the uppermost position is the number generated. In the example illustrated, this would be an integer from 1 through 20, inclusive.

Other embodiments of the invention will be apparent to those skilled in the art from consideration of the specification and practice of the invention disclosed herein. In particular, one skilled in the art will understand that die constructions having extension member facets totaling **8, 12, 30** and other even multiples can be constructed according to the principles taught herein.

It is intended that the specification and examples be considered as exemplary only, with a true scope and spirit of the invention being indicated by the following claims.

I claim:

**1**. A die construction comprising:

(a) a body having first and second, opposite end caps and an extension member therebetween;

(b) said extension member having a first number of discrete facets and no more than said first number;
   (i) each of said discrete facets being identically shaped and having equal surface areas;

(c) said first end cap having a second number of discrete facets and no more than said second number; said second number being one-half of said first number;
   (i) each of said first end cap discrete facets being identically shaped and having equal surface areas; and

(d) said second end cap having said second number of discrete facets and no more than said second number;
   (i) each of said second end cap discrete facets being shaped identically as said first end cap discrete facets; and each of said second end cap discrete facets having a surface area equal a surface area of each of said first end cap discrete facets; and

(e) each of said discrete facets of said extension member having a surface area that is different from a surface area of each of said discrete facets of said first and second end caps.

**2**. A die construction according to claim **1**, wherein:

(a) each of said extension member discrete facets include printed indicia thereon.

**3**. A die construction according to claim **2**, wherein:

(a) each of said extension member discrete facets is tapered.

**4**. A die construction according to claim **3**, wherein:

(a) each of said extension member discrete facets is triangular-shaped.

**5**. A die construction according to claim **4**, wherein:

(a) each of said first end cap discrete facets and said second end cap discrete facets is tapered.

**6**. A die construction according to claim **5**, wherein:

(a) each of said first end cap discrete facets and said second end cap discrete facets is triangular-shaped.

**7**. A die construction according to claim **6**, wherein:

(a) said first number is six; and said second number is three.

**8**. A die construction according to claim **7**, wherein:

(a) each of said extension member discrete facets has a surface area of about 0.0089–0.89 sq. in.

**9**. A die construction according to claim **8**, wherein:

(a) each of said first end cap discrete facets has a surface area of about 0.0033–0.33 sq. in.; and

(b) each of said second end cap discrete facets has a surface area of about 0.0033–0.33 sq. in.

**10**. A die construction according to claim **6**, wherein:

(a) said first number is ten; and said second number is five.

**11**. A die construction according to claim **10**, wherein:

(a) each of said extension member discrete facets has a surface area of about 0.0106–1.06 sq. in.

**12**. A die construction according to claim **11**, wherein:

(a) each of said first end cap discrete facets has a surface area of about 0.0046–0.46 sq. in.; and

(b) each of said second end cap discrete facets has a surface area of about 0.0046–0.46 sq. in.

**13**. A die construction according to claim **6**, wherein:

(a) said first number is twenty; and said second number is ten.

**14**. A die construction according to claim **13**, wherein:

(a) each of said extension member discrete facets has a surface area of about 0.0116–1.16 sq. in.

**15**. A die construction according to claim **14**, wherein:

(a) each of said first end cap discrete facets has a surface area of about 0.0056–0.56 sq. in.; and

(b) each of said second end cap discrete facets has a surface area of about 0.0056–0.56 sq. in.

**16**. A die construction according to claim **1**, wherein:

(a) a ratio of a surface area of each of said extension member facets to a surface area of each of said first end cap discrete facets is about 2–3:1.

**17**. A die comprising:

(a) a body including a first end cap, a second end cap, and an extension member in extension therebetween;

(b) said first end cap including a first number of facets and no more than said first number; said second end cap including a second number of facets and no more than said second number; and said extension member defining a third number of facets and no more than said third number;
   (i) said first number being equal to one-fourth of a total of said first number and said second number and said third number;