UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, Plaintiff, | : | C.A. No. 05-229S |
| v. | : | |
| HASBRO, INC., a Rhode Island Corporation, Defendant. | : | |

**PLAINTIFF'S RESPONSE TO HASBRO, INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

Pursuant to Rule 34 of the Rules of Civil Procedure, Plaintiff Michael Bowling ("Bowling") responds to Defendant Hasbro, Inc.'s ("Defendant") First Set of Requests for The Production of Documents to Michael Bowling ("Defendant's Document Requests") as follows:

**GENERAL OBJECTIONS**

1. Plaintiff objects to Defendant's Document Requests to the extent that they call for the production of Plaintiff's confidential and proprietary business information. Plaintiff will produce the materials it has agreed to produce only after entry of a suitable Protective Order, and such materials will be produced subject to that Protective Order.

2. Plaintiff objects to each request to the extent it seeks information or documents protected by privilege, including, but not limited to, the attorney-client privilege and/or the work product doctrine, and Plaintiff and its counsel hereby assert such privileges and immunities. In particular, without limiting the generality of the foregoing, the following documents created pursuant to this action, which documents have not been shown to third parties, are withheld from production: letters, memoranda, and other writings transmitted by or between Plaintiff and its

offering for the sale the subject die in the United States.

**Response to Request No. 10**

Plaintiff objects to this request as overly broad and unduly burdensome in that it asks for "all documents" that Plaintiff distributed at any trade show. Subject to these and the General Objections, Plaintiff will produce responsive documents.

**Request No. 11**

The curriculum vitae for each and every expert retained by Bowling with respect to this litigation.

**Response to Request No. 11**

Plaintiff objects to this request to the extent that it seeks information protected by the attorney-client privilege or the work-product doctrine. Plaintiff further objects to this request as premature, in that the Court's Pretrial Order addresses expert discovery. Subject to this and the General Objections, Plaintiff will make such documents available at the appropriate time.

**Request No. 12**

All documents that evidence, refer to or otherwise relate to any prior art, of which Bowling is aware, either directly or indirectly, as relating to the subject die or any part thereof.

**Response to Request No. 12**

Plaintiff objects to this request to the extent that it calls for information subject to the attorney-client privilege or the work-product doctrine. Subject to this and the General Objections, Plaintiff will produce responsive documents.

**Request No. 13**

All documents that evidence, refer to or otherwise relate to the full circumstances and/or