UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL BOWLING, a Resident of Arizona,

Plaintiff,

v.

HASBRO, INC., a Rhode Island Corporation,

Defendant.

C.A. No.05-229 S

DEPOSITION OF

JULIE DAULTON

Taken April 11, 2006
Commencing at 9:00 a.m.

REPORTED BY: HOLLY J. NORDAHL
ESQUIRE DEPOSITION SERVICES
701 FOURTH AVENUE SOUTH
SUITE 500
MINNEAPOLIS, MINNESOTA 55415



7510f812-2716-4d47-a978-9fee642c7f64

Q. And your answer is correct for both of those that you haven't had involvement in either piece of litigation?

A. Yes.

Q. Have you ever been asked to produce your files with respect to the '197 patent in connection with the litigation between Mr. Bowling and Hasbro?

A. I don't think I've personally been asked.

Q. Do you know if your files have been reviewed in the context of the litigation between Hasbro and Mr. Bowling?

A. I don't actually know, but I would -- I believe so.

Q. What's the basis for that belief?

A. It's fairly standard from what I do know about patent litigation.

Q. It would be fairly standard, you mean, for the lawyers to review the internal prosecution file in connection with litigation, is that what you mean?

A. Yes.

Q. You don't have any reason to believe that that did not happen in this case, do you?

A. No.

MR. TECHENTIN: Mr. Leach, if you could present to the court reporter for marking as Deposition



7510f812-2716-4d47-a978-9fee642c7f64