UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**DECLARATION OF DAVID K.S. CORNWELL IN**
**SUPPORT OF MOTION FOR RECONSIDERATION**

DAVID K.S. CORNWELL, under penalty of perjury, declares as follows:

1. I am a director with the firm of Sterne, Kessler, Goldstein & Fox P.L.L.C., attorneys for defendant Hasbro, Inc. ("Hasbro"). I submit this declaration based on personal knowledge in support of Hasbro's motion for reconsideration of this Court's ruling on Hasbro's Motion to Stay Proceedings Pending *Ex Parte* Reexamination of Patent or, in the Alternative, for Leave to Re-Open Expert Discovery.

2. On Friday, November 2, 2007, I asked my secretary to order the prosecution history files for two patents issued to Plaintiff Michael Bowling from the United States Patent & Trademark Office, specifically the file histories for U.S. Pat. Nos. 6,123,332 and 6,318,720.

3. I received a copy of the file history for U.S. Pat. No. 6,123,332 on Friday, November 2, 2007. A true and correct copy of the same is attached hereto as **Exhibit A**.

4. I received a copy of the file history for U.S. Pat. No. 6,318,720 on Monday, November 5, 2007. A true and correct copy of the same is attached hereto as **Exhibit B**.

5. To my knowledge, no one acting on behalf of Hasbro had obtained copies of the above file histories prior to my ordering them on November 2, 2007. I understand that they were not produced to Hasbro by the Plaintiff in the course of discovery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2007, in Washington, D.C.

DAVID K.S. CORNWELL

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Anthony R. Zeuli, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Declaration of David K.S. Cornwell through the ECF system on the 14th day of November, 2007, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

/s/ Jeffrey K. Techentin________

*434931_1*