| **Office Action Summary** | Application No. **09/669,712** | Applicant(s) **BOWLING** |
|---|---|---|
| | Examiner **M. Chambers** | Group Art Unit **3711** |

[X] Responsive to communication(s) filed on *Sep 26, 2000*

[ ] This action is **FINAL.**

[ ] Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle* 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire *3* month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claim**

[X] Claim(s) *21-31* is/are pending in the applicat

Of the above, claim(s) *26-31* is/are withdrawn from consideration

[ ] Claim(s) ______ is/are allowed.

[X] Claim(s) *21-25* is/are rejected.

[ ] Claim(s) ______ is/are objected to.

[ ] Claims ______ are subject to restriction or election requirement.

**Application Papers**

[ ] See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

[ ] The drawing(s) filed on ______ is/are objected to by the Examiner.

[ ] The proposed drawing correction, filed on ______ is [ ] approved [ ] disapproved.

[ ] The specification is objected to by the Examiner.

[ ] The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

[ ] Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

[ ] All [ ] Some* [ ] None of the CERTIFIED copies of the priority documents have been

[ ] received.

[ ] received in Application No. (Series Code/Serial Number) ______.

[ ] received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ______

[ ] Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

[X] Notice of References Cited, PTO-892

[ ] Information Disclosure Statement(s), PTO-1449, Paper No(s). ______

[ ] Interview Summary, PTO-413

[ ] Notice of Draftsperson's Patent Drawing Review, PTO-948

[ ] Notice of Informal Patent Application, PTO-152

*--- SEE OFFICE ACTION ON THE FOLLOWING PAGES ---*

This Office Action is a response to the Application filed on:

| Number | Name | Date | Claims | Independent Claims |
|---|---|---|---|---|
| 09669712 | Bowling | 9/26/00 | 11 | 2 |

## *DETAILED ACTION*

Group I: Claims 21-25 are directed towards a method of use.
Group II: Claims 18-24 are directed towards the apparatus.

Inventions I and II are related as product and process of use. The inventions can be shown to be distinct if either or both of the following can be shown: (1) the process for using the product as claimed can be practiced with another materially different product or (2) the product as claimed can be used in a materially different process of using that product (MPEP § 806.05(h)). In the instant case the method proposed could be used without the apparatus. For example a 10 sided die would use the method disclosed. This is different from the apparatus disclosed.

Because these inventions are distinct for the reasons given above and the search required for Group I is not required for Group II, restriction for examination purposes as indicated is proper.

1. Applicant is advised that the reply to this requirement to be complete must include an election of the invention to be examined even though the requirement be traversed (37 CFR 1.143).

A telephone conversation was made to J. Daulton on 11/30/00. Group I was selected without traverse. Claims 26-31 are withdrawn from further consideration by the examiner, 37 CFR 1.142(b), as being drawn to a non-elected invention.

### *Drawings*

2. This application has been filed with informal drawings which are acceptable for examination purposes only. Formal drawings will be required when the application is allowed.

### *Specification*

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

3. Claims 21-25 are rejected under 35 U.S.C. 102(b) as being **anticipated** by or, in the alternative, under 35 U.S.C. 103(a) as obvious over **Polite**. **The Polite** device would utilize a

similar method of use. **Polite** discloses (fig 2) a die having a first and second end caps with a body therebetween; an extension member having a first number of discrete facets being identically shaped and having equal surface areas (10) and where the second number of end caps is ½ of the first (5). It would have been obvious to one of ordinary skill in the art to have modified the apparatus to have included a variety of different number of sides. The number of sides and ends is not critical to the apparatus.

As to claim 22: See base claim rejection. The method of use would have been the same.

As to claim 23: Polite discloses triangle-shaped facets (fig 1). The method of use would have been the same.
As to claim 24: Polite discloses a first number of 10 and a second number of 5 (fig 1). The method of use would have been the same.
As to claim 25: The Polite discloses a die (fig 1). It would have been obvious to one of ordinary skill in the art at the time of the invention to have used the Polite device in a game as it is a die.

***Double Patenting***

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970);and, *In re Thorington,* 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application. See 37 CFR 1.130(b).

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

4. Claims 21-25 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 18-20 of U.S. Patent No. 6,123,332. Although the conflicting claims are not identical, they are not patentably distinct from each other because the method claimed in the instant invention is a obvious variation of the method claimed in the patent.

## *Conclusion*

The prior art made of record and relied upon.

| Patent Number | Date | Patent Name | Notes |
|---|---|---|---|
| d267569 | 1/11/83 | Polite | |
| 6123332 | 9/26/2000 | Bowling | |

The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

| Patent Number | Date | Patent Name | Notes |
|---|---|---|---|
| | | | |
| | | | |

***NOTE:***

***1) If Applicant believes they have not received all of the cited references noted in this office action, they should <u>call</u> the examiner listed below within one (1) week of receiving this notice in order to obtain duplicate material and reset the time frame of this office action. If the applicant fails to request additional materials in a timely manner, the requested materials will be resent, but the applicant will have to obtain a time extension in the normal fashion.***

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Michael Chambers whose telephone number is (703) 306-5516. The examiner can normally be reached on Mon.-Fri. from 8:30 to 5:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jeanette E. Chapman, can be reached on (703) 308-1310. The fax phone number for the organization where this application or proceeding is assigned is (703) 308-7768.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is (703) 308-1078.

### *Faxing of Responses to Office Actions*

In order to reduce pendency and avoid potential delays, TC3700 is encouraging FAXing of responses to Office Actions directly into the group at (703) 305-3579. This practice may be used for filing papers not requiring a fee. It may also be used for filing papers which require a fee by applicants who authorize charges to a PTO deposit account. Please identify the examiner, art unit and case number at the top of your cover sheet. Papers submitted via FAX into TC3700 will be promptly forwarded to the examiner.

JEANETTE CHAPMAN
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 3700

# *ATTACHMENT TO AND MODIFICATION OF NOTICE OF ALLOWABILITY (PTO-37)*

***(November, 2000)***

**NO EXTENSIONS OF TIME ARE PERMITTED TO FILE CORRECTED OR FORMAL DRAWINGS, OR A SUBSTITUTE OATH OR DECLARATION**, notwithstanding any indication to the contrary in the attached Notice of Allowability (PTO-37).

If the following language appears on the attached Notice of Allowability, the portion lined through below is of no force and effect and is to be ignored[1].

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to comply will result in ABANDONMENT of this application. ~~Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).~~

Similar language appearing in any attachments to the Notice of Allowability, such as in an Examiner's Amendment/Comment or in a Notice of Draftperson's Patent Drawing Review, PTO-948, is also to be ignored.

[1] The language which is crossed out is contrary to amended 37 CFR 1.85(c) and 1.136. See "*Changes to Implement the Patent Business Goals*", 65 *Fed. Reg.* 54603, 54629, 54641, 54670, 54674 (September 8, 2000), 1238 *Off. Gaz. Pat. Office* 77, 99, 110, 135, 139 (September 19, 2000).

# NOTICE OF REFERENCES CITED

| Application No. | Applicant(s) | | |
|---|---|---|---|
| 09/669712 | Bowling | | |
| Examiner | Group Art Unit | Page 1 of 1 | |
| M.Chambers | 3711 | Part of Paper _3_ | |

## U.S. PATENT DOCUMENTS

| | Document No. | Date | Name | Class | Subclass |
|---|---|---|---|---|---|
| A | D267569 | 01/11/83 | Polite | d21 | 373 |
| B | 6,123,332 | 09/26/00 | Bowling | 273 | 138.1 |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |
| N | | | | | |
| O | | | | | |

## FOREIGN PATENT DOCUMENTS

| | Document No. | Date | Country | Name | Class | Subclass |
|---|---|---|---|---|---|---|
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |
| U | | | | | | |
| V | | | | | | |

## NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | Date |
|---|---|---|
| W | | |
| X | | |
| Y | | |

OIPE JC64
DEC 1 1 2000
PATENT & TRADEMARK OFFICE

gp 3711

#4

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | BOWLING | Examiner: | UNKNOWN |
| Serial No.: | 09/669,712 | Group Art Unit: | 3711 |
| Filed: | SEPTEMBER 26, 2000 | Docket: | 12206.1USC2 |
| Due Date: | DECEMBER 26, 2000 | | |
| Title: | RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS | | |

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described herein, are being deposited in the United States Postal Service, as first class mail, with sufficient postage, in an envelope addressed to: , Assistant Commissioner for Patents, Washington, D.C. 20231, on December 7, 2000.

By: [signature]
Kate Gannon

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:

☒ Transmittal Sheet in duplicate containing Certificate of Mailing
☒ Information Disclosure Statement, Form 1449
☒ Return postcard

Please consider this a PETITION FOR EXTENSION OF TIME for a sufficient number of months to enter these papers, if appropriate. Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725. A duplicate of this sheet is enclosed.

MERCHANT & GOULD P.C.
P.O. Box 2903, Minneapolis, MN 55402-0903
612.332.5300

23552
PATENT TRADEMARK OFFICE

By: [signature]
Name: Julie R. Daulton
Reg. No.: 36,414
JRD:kg

RECEIVED
DEC 15 2000
TC 3700 MAIL ROOM

OIPE JC64 DEC 1 1 2000 PATENT & TRADEMARK OFFICE

S/N 09/669,712 PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | BOWLING | Examiner: | UNKNOWN |
| Serial No.: | 09/669,712 | Group Art Unit: | 3711 |
| Filed: | SEPTEMBER 26, 2000 | Docket No.: | 12206.1USC2 |
| Title: | RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS | | |

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described herein, are being deposited in the United States Postal Service, as first class mail, with sufficient postage, in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on December 7, 2000.

By: [signature]
Kate Gannon

**INFORMATION DISCLOSURE STATEMENT (37 C.F.R. §1.97(b))**

RECEIVED DEC 15 2000 3700 MAIL ROOM

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

With regard to the above-identified application, the items of information listed on the enclosed Form 1449 are brought to the attention of the Examiner.

This statement should be considered because it is submitted within three months of the filing date of the above-identified application. Accordingly, no fee is due for consideration of the items listed on the enclosed Form 1449.

In accordance with 37 C.F.R. §1.98(d), a copy of each document or other information listed is not provided because it was previously cited by or submitted to the U.S. Patent and Trademark Office in parent applications, U.S. Serial No. 09/344,842 filed on June 28, 1999, now U.S. Patent No. 6,123,332, issued on September 26, 2000 and 09/003,246, filed on January 6, 1998, now U.S. Patent 5,938,197, issued on August 17,1999.

No representation is made that a reference is "prior art" within the meaning of 35 U.S.C. §§ 102 and 103 and Applicants reserve the right, pursuant to 37 C.F.R. § 1.131 or

otherwise, to establish that the reference(s) are not "prior art." Moreover, Applicants do not represent that a reference has been thoroughly reviewed or that any relevance of any portion of a reference is intended.

Consideration of the items listed is respectfully requested. Pursuant to the provisions of M.P.E.P. 609, it is requested that the Examiner return a copy of the attached Form 1449, marked as being considered and initialed by the Examiner, to the undersigned with the next official communication.

Please charge any additional fees or credit any overpayment to Deposit Account No. 13-2725.

Respectfully submitted,

MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
(612) 332-5300

Date: 7 December 2000

Julie R. Daulton
Reg. No. 36,414
JRD:klg

Date Mailed: DECEMBER 7, 2000

Sheet 1 of 1

| FORM 1449* INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 12206.1USC2 | Application Number: 09/669,712 |
|---|---|---|
| | Applicant: BOWLING | |
| | Filing Date: 09/26/2000 | Group Art Unit: 3711 |

| U.S. PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| [initials] | 1,271,551 | 07/1918 | Ebner et al. | — | — | |
| [initials] | 1,795,562 | 03/1931 | King et al. | — | — | |
| [initials] | 4,239,226 | 12/1980 | Palmer | — | — | |
| | ~~Des. 267,569~~ | ~~01/1983~~ | ~~Polite~~ | | | |
| [initials] | 4,678,190 | 07/1987 | Dery | — | — | |
| [initials] | 5,150,900 | 09/1992 | Onzo | — | — | |
| [initials] | 5,203,562 | 04/1993 | Smith | — | — | |
| [initials] | 5,224,708 | 07/1993 | Gathman et al. | — | — | |
| [initials] | 5,690,331 | 11/1997 | Sides | — | — | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| FOREIGN PATENT DOCUMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
| | | | | | | YES | NO |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.) | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

RECEIVED DEC 15 2000 TC 3700 MAIL ROOM

| EXAMINER [signature] | DATE CONSIDERED 6/26/01 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant.

Date Mailed: DECEMBER 7, 2000

PATENT & TRADEMARK OFFICE 1 2000

Sheet 1 of 1

| FORM 1449* INFORMATION DISCLOSURE STATEMENT IN AN APPLICATION (Use several sheets if necessary) | Docket Number: 12206.1USC2 | Application Number: 09/669,712 |
|---|---|---|
| | Applicant: BOWLING | |
| | Filing Date: 09/26/2000 | Group Art Unit: 3711 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| WA | 1,271,551 | 07/1918 | Ebner et al. | — | — | |
| WA | 1,795,562 | 03/1931 | King et al. | — | — | |
| WA | 4,239,226 | 12/1980 | Palmer | — | — | |
| | ~~Des. 267,569~~ | ~~01/1983~~ | ~~Polite~~ | | | |
| WA | 4,678,190 | 07/1987 | Dery | — | — | |
| WA | 5,150,900 | 09/1992 | Onzo | — | — | |
| WA | 5,203,562 | 04/1993 | Smith | — | — | |
| WA | 5,224,708 | 07/1993 | Gathman et al. | — | — | |
| WA | 5,690,331 | 11/1997 | Sides | — | — | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | TRANSLATION NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

RECEIVED DEC 15 2000 TC 3700 MAIL ROOM

| EXAMINER [signature] | DATE CONSIDERED 6/26/01 |
|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form for next communication to the Applicant. | |

*Substitute Disclosure Statement Form (PTO-1449)

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

#5

PATENT EOT (3)

S/N 09/669,712

S, H 'Y)

JUN 1 1 2001

OIPE

PATENT & TRADEMARK OFFICE

JC1

6/11/01

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | BOWLING | Examiner: | M. CHAMBERS |
| Serial No.: | 09/669,712 | Group Art Unit: | 3711 |
| Filed: | SEPTEMBER 26, 2000 | Docket No.: | 12206.1USC2 |
| Title: | RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS | | |

CERTIFICATE UNDER 37 CFR 1.8:
I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail, with sufficient postage, in an envelope addressed to: Commissioner for Patents, Washington, D.C. 20231 on June 6, 2001.

Kate Gannon

Kate Gannon

## PETITION FOR EXTENSION OF TIME

Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

In accordance with the provisions of 37 C.F.R. §1.136(a), it is respectfully requested that a three-month extension of time be granted in which to respond to the outstanding Office Action mailed December 7, 2000, said period of response being extended from March 7, 2001 to June 7, 2001.

Our check in the amount of $ 445.00 is enclosed to cover the required extension fee for a small entity.

06/13/2001 SZEWDIE1 00000023 09669712
01 FC:217 445.00 OP

Respectfully submitted,

MERCHANT & GOULD P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903
Telephone: (612) 332-5300

RECEIVED
JUN 15 2001
TC 3700 MAIL ROOM

6 June 2001

Date

Julie R. Daulton
Reg. No. 36,414
JRD/tlh

23552
PATENT TRADEMARK OFFICE

OIPE JCI
JUN 11 2001
PATENT & TRADEMARK OFFICE

# 3711

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | BOWLING | Examiner: | M. CHAMBERS |
| Serial No.: | 09/669,712 | Group Art Unit: | 3711 |
| Filed: | SEPTEMBER 26, 2000 | Docket: | 12206.1USC2 |
| Due Date: | JUNE 7, 2001 | | |
| Title: | RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS | | |

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described herein, are being deposited in the United States Postal Service, as first class mail, with sufficient postage, in an envelope addressed to: , Commissioner for Patents, Washington, D.C. 20231, on June 6, 2001.

By: [signature]
Kate Gannon

Commissioner for Patents
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:

- ☒ Transmittal Sheet in duplicate containing Certificate of Mailing
- ☒ Amendment
- ☒ Small entity status has been previously established
- ☒ Request for Extension of Time for 3 month(s) and fee of $445.00
- ☒ Terminal Disclaimer and fee of $55.00
- ☒ Return postcard

Please consider this a PETITION FOR EXTENSION OF TIME for a sufficient number of months to enter these papers, if appropriate. Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725. A duplicate of this sheet is enclosed.

MERCHANT & GOULD P.C.
P.O. Box 2903, Minneapolis, MN 55402-0903
612.332.5300

23552
PATENT TRADEMARK OFFICE

By: [signature]
Name: Julie R. Daulton
Reg. No.: 36,414
JRD/tlh

RECEIVED
JUN 15 2001
TC 3700 MAIL ROOM

OIPE JC1
JUN 11 2001
PATENT & TRADEMARK OFFICE

#6/B
Amdt
6/11/01

S/N 09/669,712

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | BOWLING | Examiner: | M. CHAMBERS |
| Serial No.: | 09/669,712 | Group Art Unit: | 3711 |
| Filed: | SEPTEMBER 26, 2000 | Docket No.: | 12206.1USC2 |
| Title: | RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS | | |

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this correspondence is being deposited in the United States Postal Service, as first class mail, with sufficient postage, in an envelope addressed to: Commissioner for Patents, Washington, D.C. 20231 on June 6, 2001.

By: Kate Gannon
Name: Kate Gannon

## AMENDMENT

Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

In response to the Office Action mailed December 7, 2000, the response being extended for three months by a Petition for Extension of Time and Fee Payment filed concurrently herewith, Applicant amends this application as follows:

### In The Claims

Please cancel claims 18-24, without prejudice.

RECEIVED
JUN 15 2001
TC 3700 MAIL ROOM

**REMARKS**

Applicant has received and reviewed the Office Action mailed December 7, 2000. By this Amendment, Applicant has cancelled claims 18-20, because they are directed toward non-elected subject matter. Applicant affirms the election of Group I, claims 21-25 for examination. For at least the following reasons, applicant respectfully requests reconsideration of the patentability of claims 21-25.

The Examiner rejected claims 21-25 under 35 U.S.C. §102(b) as anticipated by or, in the alternative, under 35 U.S.C. §103 as obvious over U.S. Patent Des. 267, 569 to Polite. It is respectfully submitted that these rejections are not well founded.

Claim 21 is directed to a method for generating a random number. The method includes a step of providing a die. The die is recited as having a specific construction. The Examiner is respectfully reminded about that specific construction. In particular, note that the die is required to have a body with opposite end caps (shown in the drawings as 24, 26) and an extension member therebetween (shown in the drawings as 28).

The extension member (28) is required as having a first number of discrete facets that is greater that zero. Each of the discrete facets is required as being identically shaped and having equal surface areas. Each of the discrete facets is required to have indicia representing a different number. These discrete facets are shown at reference numeral 32 in the drawings.

The first end cap (24) is required as having a second number of discrete facets (36), which is one half of the number of facets on the extension member. Each of the first end cap discrete facets (32) is required as being identically shaped and having equal surface areas.

The second end cap (26) is also required as having the second number of discrete facets (40). Each of the second end cap discrete facets (40) is required as being shaped identically as the first end cap discrete facets (36), and each of the second end cap discrete facets (40) is required as having a surface area equal to a surface area of each of the first end cap discrete facets (36).

Further, each of the discrete facets (36, 40) of the first and second end caps (24, 26) is required as having a surface area different from the surface area of the discrete facets (32) of the extension member (28).

This die structure is not found in Polite '569. Polite '569 discloses a 10-sided die. In Polite, there are a total of ten facets, and no more than ten facets. End caps having facets of half the number of the extension member facets are simply not disclosed in Polite '569. Alternatively, if the facets shown in Polite '569 are interpreted as being end cap facets, then there are no extension member facets. Note that in Applicant's claimed invention there are the extension member facets, in addition to the end cap facets. As such, in Applicant's claimed invention, if there are six extension member facets, then the die has a total of 12 facets (6 for the extension member, plus 3 for the first end cap, plus 3 for the second end cap). This example of Applicant's invention is shown in Figs. 1-5. In Applicant's invention, Figs. 6-9, the die has total of 20 discrete facets (10 for the extension member, 5 for the first end cap, and 5 for the second end cap). In Polite '569, there are a total of ten discrete facets.

At least because Polite '569 does not disclose the step of providing a die having the claimed construction, Polite '569 cannot disclose or suggest the invention of claim 21.

If the Examiner maintains this rejection, the Examiner is requested to more specifically point out which facets in Polite '569 he is interpreting as being end cap facets, and which facets in Polite '569 he is interpreting as being extension member facets.

Claims 22-25 depend upon and further limit the invention of claim 21. It is respectfully submitted that each of these claims should also be allowable for at least these same reasons.

**Terminal Disclaimer**

Claims 21-25 were rejected under the Doctrine of Obviousness Type Double Patenting over claims 18-20 of U.S. Patent 6,123,332. Applicant is submitting a Terminal Disclaimer to render this rejection moot. Applicant does not necessarily agree with the grounds of rejection. Applicant is making this submission at least to expedite prosecution of the application.

In view of the foregoing amendments and remarks, applicant respectfully submits that claims 21-25 are in condition for allowance. If the Examiner believes a telephone conference would advance the prosecution of this application, the Examiner is invited to telephone the undersigned at the below-listed telephone number.

06/13/2001 SZEWDIE1 00000023 09669712
02 FC:248 55.00 OP

Respectfully submitted,

MERCHANT & GOULD P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903
Telephone: (612) 332-5300

6 JUNE 2001
Date

Julie R. Daulton
Reg. No. 36,414
JRD/tlh

23552
PATENT TRADEMARK OFFICE

OIPE JUN 11 2001 PATENT & TRADEMARK OFFICE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | BOWLING | Examiner: | M. CHAMBERS |
| Serial No.: | 09/669,712 | Group Art Unit: | 3711 |
| Filed: | SEPTEMBER 26, 2000 | Docket: | 12206.1USC2 |
| Due Date: | JUNE 7, 2001 | | |
| Title: | RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS | | |

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described herein, are being deposited in the United States Postal Service, as first class mail, with sufficient postage, in an envelope addressed to: , Commissioner for Patents, Washington, D.C. 20231, on June 6, 2001.

By: Kate Gannon
Kate Gannon

Commissioner for Patents
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:

- ☒ Transmittal Sheet in duplicate containing Certificate of Mailing
- ☒ Amendment
- ☒ Small entity status has been previously established
- ☒ Request for Extension of Time for 3 month(s) and fee of $445.00
- ☒ Terminal Disclaimer and fee of $55.00
- ☒ Return postcard

Please consider this a PETITION FOR EXTENSION OF TIME for a sufficient number of months to enter these papers, if appropriate. Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725. A duplicate of this sheet is enclosed.

MERCHANT & GOULD P.C.
P.O. Box 2903, Minneapolis, MN 55402-0903
612.332.5300

23552
PATENT TRADEMARK OFFICE

By: [signature]
Name: Julie R. Daulton
Reg. No.: 36,414
JRD/tlh

RECEIVED
JUN 15 2001
TC 3700 MAIL ROOM

#7
T.P.
6/11/01

OIPE JUN 11 2001 PATENT & TRADEMARK OFFICE

S/N 09/669,712

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | BOWLING | Examiner: | M. CHAMBERS |
| Serial No.: | 09/669,712 | Group Art Unit: | 3711 |
| Filed: | SEPTEMBER 26, 2000 | Docket No.: | 12206.1USC2 |
| Title: | RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS | | |

RECEIVED
JUN 15 2001
TC 3700 MAIL ROOM

TERMINAL DISCLAIMER TO OBVIATE
A DOUBLE PATENTING REJECTION

Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

Petitioner, Michael A. Bowling, residing at 7931 South Avenida de Pina, in the city of Tucson, and the state of Arizona represents that Michael A. Bowling is the owner of the entire right, title and interest in U.S. Patent Application Serial No. 09/669,712, filed on September 26, 2000 and entitled RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS.

For Fee See Paper #6

Petitioner, Michael A. Bowling, hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the above-identified application, which would extend beyond the expiration date of the full statutory term of U.S. Patent No. 6,123,332 and hereby agrees that any patent so granted on the above-identified application shall be enforceable only for and during such period that the legal title to said patent shall be the same as the legal title to U.S. Patent No. 6.123,332, this agreement to run with any patent granted on the above-identified application and to be binding upon the grantee, its successors, or assigns.

In making the above disclaimer, Petitioner does not disclaim the terminal part of any patent granted on the above-identified application that would extend to the full statutory term as

presently shortened by any terminal disclaimer of United States Patent No. 6,123,332, in the event that any such issued patent: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321(a), has all claims cancelled by a reexamination certification, or is otherwise terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer, except for the separation of legal title stated above.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Date: 6-5-01

Michael Bowling

OIPE JC1
JUN 1 1 2001
PATENT & TRADEMARK OFFICE

**THE STATEMENT BELOW IS FOR OFFICE USE ONLY**

In accordance with the decision granting the petition filed on ____________, _____, this terminal disclaimer is accepted. The period of patent lapse specified above has been accepted as equivalent to ________ months.

____________________________
Petitions Examiner

23552
PATENT TRADEMARK OFFICE

**UNITED STAT. DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/669,712 | 09/26/00 | BOWLING | 12206.1USC2 |

023552 QM22/0628
MERCHANT & GOULD
P O BOX 2903
MINNEAPOLIS MN 55402-0903

| EXAMINER | |
|---|---|
| CHAMBERS, M | |
| ART UNIT | PAPER NUMBER |
| 3711 | 8/C |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

**Commissioner of Patents and Trademarks**

THE PATENT TERM ADJUSTMENT TO DATE IS 00 DAYS. IF THE PATENT ISSUE FEE IS PAID ON THE DATE THAT IS THREE MONTHS AFTER THE MAILING DATE OF THIS NOTICE AND THE PATENT ISSUES ON THE TUESDAY BEFORE THE DATE THAT IS 28 WEEKS (SIX AND A HALF MONTHS) AFTER THE MAILING DATE OF THIS NOTICE, THE TERM ADJUSTMENT WILL BE 00 DAYS.

| **Notice of Allowability** | Application No. 09/669,712 | Applicant(s) BOWLING |
|---|---|---|
| | Examiner M. Chambers | Art Unit 3711 |

***--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *amendment filed 6/11/01*

2. ☒ The allowed claim(s) is/are *25 and 32-35*

3. ☐ The drawings filed on ______ are acceptable as formal drawings.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

a) ☐ All b) ☐ Some* c) ☐ None of the:

1. ☐ Certified copies of the priority documents have been received.
2. ☐ Certified copies of the priority documents have been received in Application No. ______.
3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ______

5. ☒ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS, OR A SUBSTITUTE OATH OR DECLARATION. This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).**

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☒ Applicant MUST submit NEW FORMAL DRAWINGS

(a) ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached

1) ☒ hereto or 2) ☐ to Paper No. ______.

(b) ☐ including changes required by the proposed drawing correction filed ______, which has been approved by the examiner.

(c) ☐ including changes required by the attached Examiner's Amendment/Comment or in the Office action of Paper No. ______.

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

1 ☐ Notice of References Cited (PTO-892)
2 ☐ Notice of Informal Patent Application (PTO-152)
3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
4 ☐ Interview Summary (PTO-413), Paper No. ______.
5 ☒ Information Disclosure Statement(s) (PTO-1449), Paper No(s). *4*
6 ☐ Examiner's Amendment/Comment
7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
8 ☐ Examiner's Statement of Reasons for Allowance
9 ☐ Other

## EXAMINER'S AMENDMENT(S) AND REASONS FOR ALLOWANCE

This Office Action is a response to the Application filed on:

| Number | Name | Date | Claims | Independent Claims |
|---|---|---|---|---|
| 09669712 | Bowling | 9/26/00 | 11 | 2 |

The terminal disclaimer provided 6/11/01 is proper and has been recorded.

### *Examiner's Amendment*

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee. Authorization for this examiner's amendment was given in a telephone interview with Julie Dalton (36,414) on June 26, 2001.

1. In Amendment A:On page 3, line 12 : delete [claim 21] insert claim 32.

2. The following claims have been added:

32. 1 A method for generating a random number comprising:

(a) providing a die having:

(I) a body having first and second, opposite end caps and an extension member therebetween;

(ii) the extension member having a first number of discrete facets and no more than the first number; said first number of discrete facets being greater than zero;

(A) each of the discrete facets being identically shaped and having equal surface areas;

(B) each of the discrete facets having indicia representing a different number;

(iii) the first end cap having a second number of discrete facets and no more than the second number; the second number being one-half of the first number;

(iv) each of the first end cap discrete facets being identically shaped and having equal surface areas;

(v) the second end cap having the second number of discrete facets and no more than the second number;

(vi) each of the second end cap discrete facets being shaped identically as the first end cap discrete facets; and each of the second end cap discrete facets having a surface area equal to a surface area of each of the first end cap discrete facets;

(vii) each of the discrete facets of the first and second end caps having a surface area different from the surface area of each of the discrete facets of the extension member; and

(b) generating a random number by dropping the die on a surface.

2 ~~33~~. A method according to claim ~~32~~ 1 wherein:

(a) said step of providing a die includes providing a die wherein the first number is six, and the second number is three.

3 ~~34~~. A method according to claim ~~32~~ 1 wherein:

(a) said step of providing a die includes providing a die wherein:

(I) each of the extension member discrete facets is triangle-shaped; and

(ii) each of the first end cap discrete facets and the second end cap discrete facets is triangle-shaped.

~~35~~ 4. A method according to claim ~~32~~ 1 wherein:

(a) said step of providing a die includes providing a die wherein the first number is ten, and the second number is five.

3. Claims 26-31 have been canceled in their entirety.

### *Reasons for Allowance*

4. The following is an examiner's statement of reasons for allowance:

Claim 32 has been allowed over the art of record. It would not have been obvious with the art of record to have used the method proposed using a random number device with the indicia on the extension member and the extension member having twice the number of facets as the end pieces and the end caps having one half the number of facets as the extension members and having no indicia on the end caps.

Claims 25,33-35 inherit the novelty of claim 32.

5. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Michael Chambers whose telephone number is (703) 306-5516. The examiner can normally be reached on Mon.-Fri. from 8:30 to 5:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jeanette E. Chapman, can be reached on (703) 308-1310. The fax phone number for the organization where this application or proceeding is assigned is (703) 308-7768.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is (703) 308-1078.

Jeanette Chapman
JEANETTE CHAPMAN
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 3700

C

FORM PTO 948 (REV. 01-97) U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office

Application No. 569 712

# NOTICE OF DRAFTPERSON'S PATENT DRAWING REVIEW

The drawing filied (insert date) 9/26/00 are:

A. ____________ not objected to by the Draftperson under 37 CFR 1.84 or 1.152.

B. X objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings whe necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings: Black ink. Color.
   - _______ Color drawing are not acceptable until petition is granted. Fig.(s) ____________
   - _______ Pencil and non black ink is not permitted. Fig(s) ____________
2. PHOTOGRAPHS. 37 CFR 1.84(b)
   - _______ Photographs are not acceptable until petition is granted,
   - _______ 3 full-tone sets are required. Fig(s) ____________
   - _______ Photographs not properly mounted (must brystol board or photographic double-weight paper). Fig(s) ____________
   - _______ Poor quailty (half-tone). Fig(s) ____________
3. TYPE OF PAPER. 37 CFR 1.84(e)
   - _______ Paper not flexible, strong, white and durable. Fig.(s) ____________
   - _______ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not acceptable. (too thin)
   - _______ Mylar, vellum paper is not acceptable (too thin). Fig(s) ____________
4. SIZE OF PAPER. 37 CFR 1.84(F): Acceptable sizes:
   - _______ 21.0 cm by 29.7 cm (DIN size A4)
   - _______ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   - _______ All drawings sheets not the same size. Sheet(s) ____________
5. MARGINS. 37 CFR 18.4(g): Acceptable margins:
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   - _______ Margins not acceptable. Fig(s) ____________
   - _______ Top (T) _______ Left (L)
   - _______ Right (R) _______ Bottom (B)
6. VIEWS. CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   - _______ Views connected by projection lines or lead lines. Fig.(s) ____________
   Partial views. 37 CFR 1.84(h)(2)
   - _______ Brackets needed to show figure as one entity. Fig.(s) ____________
   - _______ Views not labeled separately or properly. Fig.(s) ____________
   - _______ Enlarged view not labeled separately or properly. Fig.(s) ____________
7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)
   - _______ Hatching not indicated for sectional portions of an object. Fig.(s) ____________
   - _______ Sectional designation should be noted with Arabic or Roman numbers. Fig.(s) ____________
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   - _______ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned, so that the top becomes the right side, except for graphs. Fig.(s) ____________
   - _______ Views not on the same plane on drawing sheet. Fig.(s) ____________
9. SCALE. 37 CFR 1.84(k)
   - _______ Scale not large enough to show mechansim with crowding when drawing is reduced in size to two-thirds in reproduction. Fig.(s) ____________
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    - X Lines, numbers & letters not uniformly thick and well defined, clean, durable and black (poor line quality). Fig.(s) 1-13
11. SHADING. 37 CFR 1.84(m)
    - _______ Solid black areas pale. Fig.(s) ____________
    - _______ Solid black shading not permitted. Fig.(s) ____________
    - _______ Shade lines, pale, rough and blurred. Fig.(s)
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.48(p)
    - _______ Numbers and reference characters not plain and legible. Fig.(s) ____________
    - _______ Figure legends are poor. Fig.(s) ____________
    - _______ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(3) Fig.(s) ____________
    - _______ Engligh alphabet not used. 37 CFR 1.84(p)(3) Fig.(s) ____________
    - _______ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig.(s) ____________
13. LEAD LINES. 37 CFR 1.84(q)
    - _______ Lead lines cross each other. Fig.(s) ____________
    - _______ Lead lines missing. Fig.(s) ____________
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.48(t)
    - _______ Sheets not numbered consecutively, and in Ababic numerals beginning with number 1. Fig.(s) ____________
15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    - _______ Views not numbered consecutively, and in Abrabic numerals, beginning with number 1. Fig.(s) ____________
16. CORRECTIONS. 37 CFR 1.84(w)
    - _______ Corrections not made from PTO-948 dated ____________
17. DESIGN DRAWINGS. 37 CFR 1.152
    - _______ Surface shading shown not appropriate. Fig.(s) ____________
    - _______ Solid black shading not used for color contrast. Fig.(s) ____________

COMMENTS

REVIEWER [signature] DATE 6/26/01 TELEPHONE NO. ____________

ATTACHMENT TO PAPER NO. ____________

PTO COPY

## Attachment for PTO-948 (Rev. 03/01, or earlier)
**6/18/01**

## The below text replaces the pre-printed text under the heading, "Information on How to Effect Drawing Changes," on the back of the PTO-948 (Rev. 03/01, or earlier) form.

### INFORMATION ON HOW TO EFFECT DRAWING CHANGES

**1. Correction of Informalities -- 37 CFR 1.85**

New corrected drawings must be filed with the changes incorporated therein. Identifying indicia, if provided, should include the title of the invention, inventor's name, and application number, or docket number (if any) if an application number has not been assigned to the application. If this information is provided, it must be placed on the front of each sheet and centered within the top margin. If corrected drawings are required in a Notice of Allowability (PTOL-37), the new drawings **MUST** be filed within the **THREE MONTH** shortened statutory period set for reply in the Notice of Allowability. Extensions of time may NOT be obtained under the provisions of 37 CFR 1.136(a) or (b) for filing the corrected drawings after the mailing of a Notice of Allowability. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

**2. Corrections other than Informalities Noted by Draftsperson on form PTO-948.**

All changes to the drawings, other than informalities noted by the Draftsperson, **MUST** be made in the same manner as above except that, normally, a highlighted (preferably red ink) sketch of the changes to be incorporated into the new drawings **MUST** be approved by the examiner before the application will be allowed. No changes will be permitted to be made, other than correction of informalities, unless the examiner has approved the proposed changes.

**Timing of Corrections**

Applicant is required to submit the drawing corrections <u>within the time period set in the attached Office communication</u>. See 37 CFR 1.85(a).

Failure to take corrective action within the set period will result in **ABANDONMENT** of the application.

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

# NOTICE OF ALLOWANCE AND ISSUE FEE DUE

023552 QM22/0628
MERCHANT & GOULD
P O BOX 2903
MINNEAPOLIS MN 55402-0903

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/669,712 | 09/26/00 | 005 | CHAMBERS, M | 3711 | 06/28/01 |

First Named Applicant: BOWLING, 35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION: RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2 12206.1USC2 | 273-138.100 | I33 | UTILITY | YES | $620.00 | 09/28/01 |

***THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.***

***THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

## *HOW TO RESPOND TO THIS NOTICE:*

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.***

**PATENT AND TRADEMARK OFFICE COPY**

S/N 09/669,712

AUG 31 2001 OIPE PATENT & TRADEMARK OFFICE

#9

PATENT

**Date of Notice of Allowance: JUNE 28, 2001**
**Batch No.: I33**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | BOWLING | Examiner: | M. CHAMBERS |
| Serial No.: | 09/669,712 | Group Art Unit: | 3711 |
| Filed: | SEPTEMBER 26, 2000 | Docket No.: | 12206.1USC2 |
| Title: | RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS | | |

CERTIFICATE UNDER 37 CFR 1.8:
I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail, with sufficient postage, in an envelope addressed to: Commissioner for Patents, Washington, D.C. 20231 on August 28, 2001.

Kate Gannon

SUBMISSION OF FORMAL DRAWINGS

Commissioner for Patents
Attn: Official Draftsman
Washington, D.C. 20231

Dear Sir:

Submitted herewith are 3 sheet(s) of Formal Drawings for completion of this application, and in compliance with the requirements of the Official Communication from the Examiner dated June 28, 2001.

Respectfully submitted,

MERCHANT & GOULD P.C.
P.O. Box 2903
Minneapolis, Minnesota 55402-0903
(612) 332-5300

Date: 28 August 2001

Julie R. Daulton
Reg. No. 36,414
JRD:klg

Inventor: BOWLING
Docket No.: 5.1USC2
Title: RANI NUMBER GENERATOR FOR GAME PLAYING ; AND METH
Serial No.: 09/669,712 Batch No.: I33
Sheet 1 of 3

6318720

FIG. 3




FIG. 5




FIG. 2




FIG. 1




FIG. 4



Inventor: BOWLING
Docket No.: 1USC2
Title: RAND .UMBER GENERATOR FOR GAME PLAYING ; AND METH
Serial No.: 09/669,712 Batch No.: I33
Sheet 2 of 3

FIG. 9




FIG. 7




FIG. 8




FIG. 6



Inventor: BOWLING
Docket N( ?06.1USC2
Title: RA( 4 NUMBER GENERATOR FOR GAME PLAYING ; AND ME( )DS
Serial No.: 09/669,712 Batch No.: I33
Sheet 3 of 3

FIG. 13




FIG. 11




FIG. 12




FIG. 10



OIPE JC185
AUG 3 1 2001
PATENT & TRADEMARK OFFICE

B JC

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | BOWLING | Examiner: | M. CHAMBERS |
| Serial No.: | 09/669,712 | Group Art Unit: | 3711 |
| Filed: | SEPTEMBER 26, 2000 | Docket: | 12206.1USC2 |
| Notice of Allow. Date: | JUNE 28, 2001 | Batch No.: | I33 |
| Due Date: | AUGUST 28, 2001 (Informal) | | |
| Title: | RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS | | |

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this correspondence and the paper(s), as described herein, are being deposited in the United States Postal Service, as first class mail, with sufficient postage, in an envelope addressed to: BOX ISSUE FEE, Commissioner for Patents, Washington, D.C. 20231, on August 28, 2001.

By: Kate Gannon
Kate Gannon

BOX ISSUE FEE
Commissioner for Patents
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:

☒ Transmittal Sheet in duplicate containing Certificate of Mailing
☒ Submission of Formal Drawings, 3 Sheets of Formal Drawings
☒ Return postcard

Please consider this a PETITION FOR EXTENSION OF TIME for a sufficient number of months to enter these papers or any future reply, if appropriate. Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725. A duplicate of this sheet is enclosed.

MERCHANT & GOULD P.C.
P.O. Box 2903, Minneapolis, MN 55402-0903
612.332.5300

23552
PATENT TRADEMARK OFFICE

By: [signature]
Name: Julie R. Daulton
Reg. No.: 36,414
JRDaulton:klg



06/01

PART B—ISSUE FEE TRANSMITTAL

Washington, D.C. 20231

[illegible]

Current Correspondence Address (Note: Legibly mark-up with any corrections or use Block 1)

[illegible] 0M22/0528

MERCHANT & GOULD

P.O. BOX 2903

MINNEAPOLIS MN 55402-0903

Certificate of Mailing

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Kate Cannon

September 24, 2001

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| [illegible] | 05/26/00 | 005 | CHAMBERS, M | 3711 | [illegible] |

FIRST NAMED INVENTOR [illegible] 35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION: RANDOM NUMBER GENERATOR FOR GAME PLAYING AND METHODS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| [illegible]-US-02 | 273-138.100 | 133 | UTILITY | YES | $620.00 | [illegible] |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 MERCHANT & GOULD P.C.

2 ______

3 ______

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY & STATE OR COUNTRY)

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual ☐ corporation or other private group entity ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☒ Issue Fee

☒ Advance Order - # of Copies 10

4b. The following fees or deficiency in these fees should be charged to:

DEPOSIT ACCOUNT NUMBER 13-2725

(ENCLOSE AN EXTRA COPY OF THIS FORM)

☐ Issue Fee

☐ Advance Order - # of Copies ______

THE COMMISSIONER OF PATENTS AND TRADEMARKS IS requested to apply the Issue Fee to the application identified above.

(Authorized Signature) [signature] (Date) 27 September 2001

NOTE: The Issue Fee will not be accepted from anyone other than the applicant, a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

10/04/2001 MNGUYEN2 00000063 09580718

01 FC:242 620.00 OP

02 FC:561 30.00 OP

TRANSMIT THIS FORM WITH FEE

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

1-20

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective December 29, 1999

Application or Docket Number: [illegible]

## CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | | (Column 2) NUMBER EXTRA | SMALL ENTITY TYPE RATE | SMALL ENTITY FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | 345.00 | OR | | 690.00 |
| TOTAL CLAIMS | 11 | minus 20= | * — | X$ 9= | | OR | X$18= | |
| INDEPENDENT CLAIMS | 2 | minus 3 = | * — | X39= | | OR | X78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | +130= | | OR | +260= | |
| | | | | TOTAL | 345 | OR | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

B

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * 7 | Minus | ** 20 | = — | X$ 9= | | OR | X$18= | |
| Independent | * 1 | Minus | *** 3 | = — | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +130= | | OR | +260= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
***If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 12/99)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE