# Document Properties

- Advanced
- Custom
- Description
- Fonts
- Initial View
- Security

## Description

| | |
|---|---|
| Title: | AlternaTIFF printout |
| Author: | Administrator |
| Subject: | |
| Keywords: | |
| Created: | 6/10/2007 6:41:10 AM |
| Modified: | 6/10/2007 6:43:56 AM |
| Application: | PScript5.dll Version 5.2 |

## PDF Information

| | | | |
|---|---|---|---|
| PDF Producer: | Acrobat Distiller 8.0.0 (Windows) | | |
| PDF Version: | 1.6 (Acrobat 7.x) | | |
| Path: | C:\Documents and Settings\jkt\Lo...Pat 4497487 (anticipating art).pdf | | |
| File Size: | 300.95 KB (308,170 Bytes) | | |
| Page Size: | 8.5 x 11 in | Number of Pages: | 5 |
| Tagged PDF: | No | Fast Web View: | Yes |

Help OK Cancel