# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | 612.336.4665
Thomas J. Leach
tleach@merchantgould.com

June 26, 2007

***Via Facsimile***

Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

***Re:*** ***Bowling v. Hasbro, Inc.***
***C.A. No. 05-229S***
***M&G File No. 12206.4-US-ZA***

Dear Jeff:

Hasbro's amended response to Bowling's Interrogatory No. 1 is untimely. Bowling asked for Hasbro's invalidity contentions and any alleged prior art it would rely on in September of 2005. Now, more than a year after fact discovery closed—and just weeks away from trial—Hasbro attempts to ambush Bowling with multiple new theories of invalidity. It is too late for that, the Federal Rules prohibit such surprise and ambush tactics. Please agree to withdraw Hasbro's untimely invalidity contentions.

If you refuse to withdraw Hasbro's untimely invalidity contentions, please contact me tomorrow to meet and confer on this issue.

Sincerely,

Thomas J. Leach

TJL:aer

cc: Craig Scott (via facsimile)

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, DC