## Techentin, Jeffrey

**From:** Techentin, Jeffrey
**Sent:** Tuesday, June 26, 2007 6:16 PM
**To:** 'tleach@merchant-gould.com'
**Cc:** White, Todd
**Subject:** Bowling v. Hasbro

Tom:

I received your letter. Please tell me what time tomorrow would be convenient for you to meet and confer. I will be out of the office and unavailable from approximately 10:30 to 2:30, my time.

Jeff.

To comply with IRS regulations, we advise that any discussion of Federal tax issues in this e-mail is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

This e-mail message is confidential and is intended only for the named recipient(s). It may contain information that is subject to the attorney client privilege or the attorney work-product doctrine or that is otherwise exempt from disclosure under applicable law. If you have received this e-mail message in error, or are not the named recipient(s), please immediately notify the sender and delete this message from your computer and destroy all copies. Thank you.