## Techentin, Jeffrey

**From:** Techentin, Jeffrey
**Sent:** Wednesday, June 27, 2007 5:55 PM
**To:** Thomas J. Leach (tleach@merchant-gould.com)
**Cc:** Craig M. Scott (cscott@duffysweeney.com); White, Todd
**Subject:** Bowling

Tom:

I received your second letter. I'm guessing this means that, contrary to your letter last evening, you don't want to talk about this situation. Suffice it to say that we disagree.

The question remains: would you like to try to confer with the court on this issue soon, or wait for the scheduled conference? As I said in my e-mail yesterday, we're happy to do either one and would certainly not object to *pro hac* counsel appearing telephonically (I know there were difficulties scheduling the conference for a time when you, Doug, and the judge were available in person). Unless we hear to the contrary, we'll just assume you wish to proceed on the 13th.

Jeff.

Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
phone: 401.274.7200
direct: 401.427.6147
fax: 401.351.4607
e-mail: jtechentin@apslaw.com