**Techentin, Jeffrey**

**From:** Tom Leach [TLeach@merchantgould.com]
**Sent:** Wednesday, June 27, 2007 6:10 PM
**To:** Techentin, Jeffrey
**Cc:** Tom Leach; Abigail E. Ries; Douglas Williams; Craig Scott; Christine Bush
**Subject:** RE: Bowling

Jeff:

Sorry I did not get back to you sooner. We have stated Bowling's position in my letters and Hasbro's position is clear as well. We will discuss Hasbro's new and untimely contentions in person with the Judge on July 13th.

Thank you,

**Thomas J. Leach**,

**Merchant & Gould P.C.**
3200 I.D.S. Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 336-4665
Fax: (612) 332-9081
tleach@merchantgould.com
www.merchantgould.com

*** This is a transmission from the law firm of Merchant & Gould and may contain information that is privileged, confidential, and protected by the attorney-client or attorney-work-product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number 612.332.5300. Thank you.***

---

**From:** Techentin, Jeffrey [mailto:Jtechentin@apslaw.com]
**Sent:** Wednesday, June 27, 2007 4:55 PM
**To:** Tom Leach
**Cc:** cscott@duffysweeney.com; White, Todd
**Subject:** Bowling

Tom:

I received your second letter. I'm guessing this means that, contrary to your letter last evening, you don't want to talk about this situation. Suffice it to say that we disagree.

The question remains: would you like to try to confer with the court on this issue soon, or wait for the scheduled conference? As I said in my e-mail yesterday, we're happy to do either one and would certainly not object to *pro hac* counsel appearing telephonically (I know there were difficulties scheduling the conference for a time when you, Doug, and the judge were available in person). Unless we hear to the contrary, we'll just assume you wish to proceed on the 13th.

Jeff.

Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
phone: 401.274.7200
direct: 401.427.6147
fax: 401.351.4607
e-mail: jtechentin@apslaw.com