UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, Defendant. | : | |

**SUPPLEMENTAL DECLARATION OF JEFFREY K. TECHENTIN**
**IN SUPPORT OF MOTION FOR RECONSIDERATION**

JEFFREY K. TECHENTIN, under penalty of perjury, declares as follows:

1. I am a partner with the firm of Adler Pollock & Sheehan, P.C., attorneys for defendant Hasbro, Inc. ("Hasbro"). I submit this declaration to correct a misstatement made in my earlier Declaration offered in support of Hasbro's motion for reconsideration of this Court's ruling on Hasbro's Motion to Stay Proceedings Pending *Ex Parte* Reexamination of Patent or, in the Alternative, for Leave to Re-Open Expert Discovery (Docket No. 118). I discovered this misstatement earlier today.

2. In my earlier Declaration I incorrectly stated that Hasbro had no record of Hasbro having located U.S. Pat. No. 4,497,487 to Crippen (the "'487 patent") prior to June 10, 2007. *See* Declaration at ¶ 40. Upon further review of Hasbro's document production, Hasbro actually produced a copy of the '487 patent to the Plaintiff during the course of discovery. *See* **Exhibit A** (Hasbro Bates numbered documents HA001284 – HA001288).

3. In preparing my earlier Declaration I did not review the entirety of Hasbro's document production, which totals approximately 9,000 pages, and had not recalled that the '487 patent was included therein.

4. Based on the Bates numbers of the '487 patent, Hasbro has been in possession of the '487 patent since at least November 2005 when it was actually produced to Plaintiff in response to his request for production of prior art. To the extent my prior Declaration stated and/or implied otherwise it was incorrect.

5. Hasbro actually produced the '487 patent to Plaintiff approximately two years ago, while discovery was ongoing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2007, in Providence, Rhode Island.

JEFFREY K. TECHENTIN

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Anthony R. Zeuli, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Supplemental Declaration of Jeffrey K. Techentin through the ECF system on the 19th day of November, 2007, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

/s/ Jeffrey K. Techentin________

*434300_1*