IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**JOINT STIPULATION FOR MODIFICATION**
**AND SUPPLEMENTATION OF PRETRIAL ORDER**

The parties move jointly under Fed. R. Civ. P. 16(b) for modification and supplementation of the Court's Pretrial Order dated September 22, 2006. The parties agree to the following pretrial deadlines:

| | |
|---|---|
| Serve and File Pretrial Memoranda | December 12, 2007 |
| Serve and File Motions *in Limine* | December 19, 2007 |
| Exchange Exhibits and Deposition Designations | December 21, 2007 |
| Serve and File Proposed *Voir Dire* | According to anticipated trial notice |
| Provide Counter Deposition Designations | January 4, 2008 |
| Serve and File Response to Motions *in Limine* | January 4, 2008 |

Date: November 20, 2007

/s/ Thomas J. Leach_______________

Thomas J. Leach, MN (*pro hac vice*)
tleach@merchantgould.com
Anthony R. Zeuli *(pro hac vice)*
tzeuli@merchantgould.com
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (#4237)
cscott@duffysweeney.com
Christine K. Bush, Esq. (#5587)
cbush@duffysweeney.com
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**Attorneys for Plaintiff Michael Bowling**

Date: November 20, 2007

/s/ Jeffrey K. Techentin________________

Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200 / fax (401) 751-0604

David K.S. Cornwell, Esq.
davidc@skgf.com
Tracey-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

**Attorneys for Hasbro, Inc.**

## CERTIFICATE OF SERVICE

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Joint Stipulation for Modification and Supplementation of Pretrial Order* was filed through the ECF system on the 20th day of November, 2007, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/ Thomas J. Leach__________