UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | **EXPEDITED REVIEW REQUESTED** |
| Defendant. | : | |

**EMERGENCY MOTION FOR LEAVE TO FILE MOTION TO COMPEL**

Defendant/Plaintiff-in-Counterclaim Hasbro, Inc. ("Hasbro") hereby moves on an emergency basis for leave to file a motion to compel production of one or more documents responsive to Hasbro's document requests previously issued and served on the Plaintiff, Michael Bowling. Hasbro moves on an emergency basis because this matter is to be assigned to the January 2008 trial calendar and little time remains for Hasbro to consider the information sought in the motion to compel. A copy of the motion to compel for which leave is sought is attached as **Exhibit A**. The grounds for this motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,
/s/ Jeffrey K. Techentin___________
Todd D. White (#5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: November 21, 2007

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | **EXPEDITED REVIEW REQUESTED** |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION FOR LEAVE TO FILE MOTION TO COMPEL**

Defendant/Plaintiff-in-Counterclaim Hasbro, Inc. ("Hasbro") respectfully moves for leave to file a motion to compel documents containing information relevant to the validity of the patent in suit that are currently in the hands of Plaintiff and/or his attorneys, are responsive to Hasbro's document requests, and to the production of which Plaintiff has offered no objection. Hasbro only recently discovered the existence of these documents, which have been in Plaintiff's possession (and that of his attorneys) since before this litigation began.

The circumstances giving rise to Hasbro's discovery that Plaintiff had failed to produce documents responsive to Hasbro's valid discovery requests is explained in greater detail in Hasbro's Motion for Reconsideration of the Court's Order excluding certain invalidity evidence (Docket No. 116) and in the motion to compel itself. In brief, Hasbro had sought documents during discovery that concerned prior art to Plaintiff's invention. Plaintiff offered no applicable objection to the request, stating that "Plaintiff will produce responsive documents." In its preparation for trial during the past two weeks, Hasbro learned that certain documents that have actually been in the hands of Plaintiff and his attorneys since before this litigation began were

responsive to that request for production but not produced to Hasbro. Hasbro sought informally to secure production of the documents from Plaintiff, but Plaintiff's counsel refused to supplement Plaintiff's earlier disclosures. Plaintiff's counsel offered no substantive reason why Hasbro might not be entitled to the discovery, claiming only that it would be "burdensome" to produce documents that are ***in counsel's own files***.

Despite Hasbro's repeated demand that Plaintiff produce responsive documents, Plaintiff has refused, utterly failing to account for his continuing duty of disclosure under Fed. R. Civ. P. Rules 26(e)(1) and 37(c). If Hasbro is to obtain the discovery that by all rights it should have had years ago, an order compelling production is necessary. Hasbro therefore respectfully submits that it should be granted leave to file the attached motion to compel.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,
/s/ Jeffrey K. Techentin
Todd D. White (#5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: November 21, 2007

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Douglas J. Williams, Esq.
Anthony R. Zeuli, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Emergency Motion for Leave to File Motion to Compel and Memorandum of Law in support thereof through the ECF system on the 21st day of November, 2007, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

/s/ Jeffrey K. Techentin_________

*436135_1*