# EXHIBIT F

Case 1:05-cv-00229-S-LDA Document

US006318720B1

(12) **United States Patent**
**Bowling**

(10) **Patent No.: US 6,318,720 B1**
(45) **Date of Patent: *Nov. 20, 2001**

(54) **RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS**

(76) Inventor: **Michael A. Bowling**, 7931 S. Avenida de Pina, Tucson, AZ (US) 85747

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/669,712**

(22) Filed: **Sep. 26, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 09/344,842, filed on Jun. 28, 1999, now Pat. No. 6,123,332, which is a continuation of application No. 09/003,246, filed on Jan. 6, 1998, now Pat. No. 5,938,197.

(51) **Int. Cl.**[7] ............................ **A63B 71/00**; A63B 1/00
(52) **U.S. Cl.** ........................................ **273/138.1**; 273/146
(58) **Field of Search** ............................ 273/138.1, 143 A, 273/146

(56) **References Cited**

U.S. PATENT DOCUMENTS

D. 267,569 * 1/1983 Polite ................................ D21/373
1,271,551 7/1918 Ebner et al. .
1,795,562 3/1931 King et al. .
4,239,226 12/1980 Palmer .
4,678,190 7/1987 Dery .
5,150,900 9/1992 Onzo .
5,203,562 4/1993 Smith .
5,224,708 7/1993 Gathman et al. .
5,690,331 11/1997 Sides .
6,123,332 * 9/2000 Bowling ........................... 273/138.1

* cited by examiner

*Primary Examiner*—Jeanette Chapman
*Assistant Examiner*—M. Chambers
(74) *Attorney, Agent, or Firm*—Merchant & Gould P.C.

(57) **ABSTRACT**

A die construction includes a body having first and second, opposite end caps and an extension member therebetween. The extension member has a first number of discrete facets and no more than the first number. Each of the discrete facets is identically shaped and have equal surface areas. The first end cap has a second number of discrete facets and no more than the second number. The second number is one-half of the first number. Each of the first end cap discrete facets is identically shaped and has an equal surface area to one another. The second end cap has the second number of discrete facets, that is, the same number as the first end cap, and has no more than the second number. Each of the second end cap discrete facets is identically shaped as the first end cap discrete facets. Each of the second end cap discrete facets has a surface area equal to a surface area of each of the first end cap discrete facets.

**5 Claims, 3 Drawing Sheets**




