# EXHIBIT G

**Family list**
**9** family members for: **EP0928624**
Derived from 8 applications

Back to EP092

1 **Random number generator for game playing; and methods**
**Inventor:** BOWLING MICHAEL (US) **Applicant:** BOWLING MICHAEL (US)
**EC:** A63F9/04D **IPC:** ***A63F9/04***; **A63F9/04**; (IPC1-7): A63F9/04
**Publication info: AT260130T T** - 2004-03-15

2 **RANDOM NUMBER GENERATOR FOR GAME PLAYING AND METHODS**
**Inventor:** BOWLING MICHAEL A (US) **Applicant:** BOWLING MICHAEL A (US)
**EC:** A63F9/04D **IPC:** ***A63F9/04***; **A63F9/04**; (IPC1-7): A63F9/04
**Publication info: CA2257784 A1** - 1999-07-06

3 **Random number generator for game playing; and methods**
**Inventor:** BOWLING MICHAEL (US) **Applicant:** BOWLING MICHAEL (US)
**EC:** A63F9/04D **IPC:** ***A63F9/04***; **A63F9/04**; (IPC1-7): A63F9/04
**Publication info: DE69821901D D1** - 2004-04-01

4 **Random number generator for game playing; and methods**
**Inventor:** BOWLING MICHAEL (US) **Applicant:** BOWLING MICHAEL (US)
**EC:** A63F9/04D **IPC:** ***A63F9/04***; **A63F9/04**; (IPC1-7): A63F9/04
**Publication info: DE69821901T T2** - 2005-02-17

5 **Random number generator for game playing**
**Inventor:** BOWLING MICHAEL (US) **Applicant:** BOWLING MICHAEL (US)
**EC:** A63F9/04D **IPC:** ***A63F9/04***; **A63F9/04**; (IPC1-7): A63F9/04
**Publication info: EP0928624 A1** - 1999-07-14
**EP0928624 B1** - 2004-02-25

6 **Random number generator for game playing**
**Inventor:** BOWLING MICHAEL A (US) **Applicant:**
**EC:** A63F9/04D **IPC:** ***A63F9/04***; **A63F9/04**; (IPC1-7): A63F9/04
**Publication info: US5938197 A** - 1999-08-17

7 **Random number generator for game playing; and methods**
**Inventor:** BOWLING MICHAEL A (US) **Applicant:**
**EC:** A63F9/04D **IPC:** ***A63F9/04***; **A63F9/04**; (IPC1-7): A63B71/00 (+1)
**Publication info: US6123332 A** - 2000-09-26

8 **Random number generator for game playing; and methods**
**Inventor:** BOWLING MICHAEL A (US) **Applicant:**
**EC:** **IPC:** ***A63B1/00; A63B71/00***; **A63B1/00** (+3)
**Publication info: US6318720 B1** - 2001-11-20

---

Data supplied from the ***esp@cenet*** database - Worldwide

# Random number generator for game playing

Links to related applications and patents.

| | |
|---|---|
| **Publication number:** | EP0928624 |
| **Publication date:** | 1999-07-14 |
| **Inventor:** | BOWLING MICHAEL (US) |
| **Applicant:** | BOWLING MICHAEL (US) |
| **Classification:** | |
| **- international:** | ***A63F9/04;*** **A63F9/04;** (IPC1-7): A63F9/04 |
| **- European:** | A63F9/04D |
| **Application number:** | EP19980310445 19981218 |
| **Priority number(s):** | US19980003246 19980106 |

**Also published as:**

- US6123332 (A1)
- US5938197 (A1)
- CA2257784 (A1)
- EP0928624 (B1)
- DE69821901T (T2)

**Cited documents:**

- US4566697
- FR972622
- FR2383685

Links to prior art references cited on EP0928624.

Report a data error here

Abstract of **EP0928624**

A die construction includes a body (22) having first and second, opposite end caps (24,26) and an extension member (28) therebetween. The extension member (28) has a first number of discrete facets (32) and no more than the first number. Each of the discrete facets (32) is identically shaped and have equal surface areas. The first end cap has a second number of discrete facets (36) and no more than the second number. The second number is one-half of the first number. Each of the first end cap discrete facets (36) is identically shaped and has an equal surface area to one another. The second end cap has the second number of discrete facets (40), that is, the same number as the first end cap, and has no more than the second number. Each of the second end cap discrete facets (40) is identically shaped as the first end cap discrete facets (36). Each of the second end cap discrete facets (40) has a surface area equal to a surface area of each of the first end cap discrete facets (36).

FIG. 1




Data supplied from the ***esp@cenet*** database - Worldwide