# EXHIBIT D

POWERED BY Dialog

**Basic Patent (Number,Kind,Date):** CA 2257784 AA 19990706

**Patent Family:**

| Patent Number | Kind | Date | Application Number | Kind | Date |
|---|---|---|---|---|---|
| AT 260130 | E | 20040315 | EP 98310445 | A | 19981218 |
| CA 2257784 | AA | 19990706 | CA 2257784 | A | 19990105 (Basic) |
| DE 69821901 | C0 | 20040401 | DE 69821901 | A | 19981218 |
| DE 69821901 | T2 | 20050217 | DE 69821901 | A | 19981218 |
| EP 928624 | A1 | 19990714 | EP 98310445 | A | 19981218 |
| EP 928624 | B1 | 20040225 | EP 98310445 | A | 19981218 |
| US 5938197 | A | 19990817 | US 3246 | A | 19980106 |
| US 6123332 | A | 20000926 | US 344842 | A | 19990628 |
| US 6318720 | BA | 20011120 | US 669712 | A | 20000926 |
| US 436635 | S1 | 20010123 | US 103297 | D | 19990412 |
| US 455462 | S1 | 20020409 | US 130816 | D | 20001010 |

**Priority Data:**

| Patent Number | Kind | Date |
|---|---|---|
| US 3246 | A | 19980106 |
| US 344842 | A | 19990628 |
| US 3246 | A1 | 19980106 |
| US 669712 | A | 20000926 |
| US 344842 | A1 | 19990628 |
| US 103297 | D | 19990412 |
| US 130816 | D | 20001010 |
| US 103297 | A3 | 19990412 |

**PATENT FAMILY:**

**Austria (AT)**

Patent (Number,Kind,Date): AT 260130 E 20040315
ZUFALLSZAHLENGENERATOR ZUM SPIELEN EINES SPIELES (German)
Patent Assignee: BOWLING MICHAEL (US)
Author (Inventor): BOWLING MICHAEL (US)
Priority (Number,Kind,Date): US 3246 A 19980106
Applic (Number,Kind,Date): EP 98310445 A 19981218
Addnl Info: 00928624 20040225
IPC: * A63F-009/04
Language of Document: German

HA000389

**Austria (AT) - Legal Status**

| Number | Type | Date | Code | Text |
|---|---|---|---|---|
| AT 260130 | R | 20040815 | AT RER | CEASED AS TO PARAGRAPH 5 LIT. 3 LAW INTRODUCING PATENT TREATIES (ERLOSCHEN GEM. PAR. 5 ABS. 3 PATVEG.) |

**Canada (CA)**

Patent (Number,Kind,Date): CA 2257784 AA 19990706
RANDOM NUMBER GENERATOR FOR GAME PLAYING AND METHODS GENERATEUR DE NOMBRES ALEATOIRES POUR JEU ET PROCEDES (English; French)
Patent Assignee: BOWLING MICHAEL A (US)
Author (Inventor): BOWLING MICHAEL A (US)
Priority (Number,Kind,Date): US 3246 A 19980106
Applic (Number,Kind,Date): CA 2257784 A 19990105
IPC: * A63F-009/04
Language of Document: English

**Canada (CA) - Legal Status**

| Number | Type | Date | Code | Text |
|---|---|---|---|---|
| CA 2257784 | P | 20050331 | CA FZDE | DEAD DATE: 20050105 |

**Germany (DE)**

Patent (Number,Kind,Date): DE 69821901 C0 20040401
Zufallszahlengenerator zum Spielen eines Spieles (German)
Patent Assignee: BOWLING MICHAEL (US)
Author (Inventor): BOWLING MICHAEL (US)
Priority (Number,Kind,Date): US 3246 A 19980106
Applic (Number,Kind,Date): DE 69821901 A 19981218
IPC: * A63F-009/04
Language of Document: German

Patent (Number,Kind,Date): DE 69821901 T2 20050217
Zufallszahlengenerator zum Spielen eines Spieles (German)
Patent Assignee: BOWLING MICHAEL (US)
Author (Inventor): BOWLING MICHAEL (US)
Priority (Number,Kind,Date): US 3246 A 19980106
Applic (Number,Kind,Date): DE 69821901 A 19981218
IPC: * A63F-009/04
Language of Document: German

**European Patent Office (EP)**

Patent (Number,Kind,Date): EP 928624 A1 19990714
RANDOM NUMBER GENERATOR FOR GAME PLAYING (English; French; German)
Patent Assignee: BOWLING MICHAEL (US)
Author (Inventor): BOWLING MICHAEL (US)
Priority (Number,Kind,Date): US 3246 A 19980106
Applic (Number,Kind,Date): EP 98310445 A 19981218
Designated States: (National) AT; BE; CH; CY; DE; DK; ES; FI; FR; GB; GR; IE; IT; LI; LU; MC; NL; PT; SE
IPC: * A63F-009/04
Derwent WPI Acc No: * G 99-387452; G 99-387452
Language of Document: English

Patent (Number,Kind,Date): EP 928624 B1 20040225

Random number generator for game playing Generateur de nombres aleatoires pour jouer un jeu Zufallszahlengenerator zum Spielen eines Spieles (English; French; German)
Patent Assignee: BOWLING MICHAEL (US)
Author (Inventor): BOWLING MICHAEL (US)
Priority (Number,Kind,Date): US 3246 A 19980106
Applic (Number,Kind,Date): EP 98310445 A 19981218
Designated States: (National) AT; BE; CH; CY; DE; DK; ES; FI; FR; GB; GR; IE; IT; LI; LU; MC; NL; PT; SE
IPC: * A63F-009/04
Language of Document: English

**European Patent Office (EP) - Legal Status**

| Number | Type | Date | Code | Text |
|---|---|---|---|---|
| EP 928624 | P | 19980106 | EP AA | PRIORITY (PATENT APPLICATION)<br>(PRIORITAET (PATENTANMELDUNG))<br>US 3246 A 19980106 |
| EP 928624 | P | 19981218 | EP AE | EP-APPLICATION<br>(EUROPAEISCHE ANMELDUNG)<br>EP 98310445 A 19981218 |
| EP 928624 | P | 19990714 | EP AK | DESIGNATED CONTRACTING STATES IN AN APPLICATION WITH SEARCH REPORT:<br>(IN EINER ANMELDUNG BENANNTE VERTRAGSSTAATEN)<br>AT BE CH CY DE DK ES FI FR GB GR IE IT LI LU MC NL PT SE |
| EP 928624 | P | 19990714 | EP AX | ERSTRECKUNG DES EUROPAEISCHEN PATENTS AUF<br>(ZAHLUNG VON BENENNUNGSGEBUEHREN)<br>AL;LT;LV;MK;RO;SI |
| EP 928624 | P | 19990714 | EP A1 | PUBLICATION OF APPLICATION WITH SEARCH REPORT<br>(VEROEFFENTLICHUNG DER ANMELDUNG MIT RECHERCHENBERICHT) |
| EP 928624 | P | 20000216 | EP 17P | REQUEST FOR EXAMINATION FILED<br>(PRUEFUNGSANTRAG GESTELLT)<br>19991217 |
| EP 928624 | P | 20000322 | EP AKX | PAYMENT OF DESIGNATION FEES<br>(NL: KORREKTUREN (TEIL 1 RUBRIK G))<br>AT BE CH CY DE DK ES FI FR GB GR IE IT LI LU MC NL PT SE |
| EP 928624 | P | 20030129 | EP 17Q | FIRST EXAMINATION REPORT<br>(ERSTER PRUEFUNGSBESCHEID)<br>20021212 |
| EP 928624 | P | 20040225 | EP AK | DESIGNATED CONTRACTING STATES MENTIONED IN A PATENT SPECIFICATION:<br>(IN EINER PATENTSCHRIFT ANGEFUEHRTE BENANNTE VERTRAGSSTAATEN)<br>AT BE CH CY DE DK ES FI FR GB GR IE IT LI LU MC NL PT SE |
| EP 928624 | P | 20040225 | GB FG4D/REG | EUROPEAN PATENT GRANTED |
| EP 928624 | P | 20040227 | CH EP/REG | ENTRY IN THE NATIONAL PHASE<br>(EINTRITT IN DIE NATIONALE PHASE) |
| EP 928624 | P | 20040324 | IE FG4D/REG | EUROPEAN PATENTS GRANTED DESIGNATING IRELAND |
| EP 928624 | P | 20040401 | EP REF | CORRESPONDS TO:<br>(ENTSPRICHT) |

HA000391

| | | |
|---|---|---|
| | | DE 69821901 P 20040401 |
| EP 928624 P | 20040802 EP NLV1 | NL: LAPSED OR ANNULED DUE TO FAILURE TO FULFILL THE REQUIREMENTS OF ART. 29P AND 29M OF THE PATENTS ACT; NO LEGAL EFFECT FROM (NL: WIRKUNG IN NL NICHT EINGETRETEN (ART. 29P UND 29M NL PATG.)) |
| EP 928624 P | 20040831 CH PL/REG | PATENT CEASED (LOESCHUNG/RADIATION/RADIAZION) |
| EP 928624 P | 20040929 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) FI |
| EP 928624 P | 20040929 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) FI |
| EP 928624 P | 20041006 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) FI |
| EP 928624 P | 20041006 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) FI |
| EP 928624 P | 20041006 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) FI |
| EP 928624 P | 20041020 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041020 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041020 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041020 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041027 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041027 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041027 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041027 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041027 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |

HA000392

| | | |
|---|---|---|
| EP 928624 P | 20041027 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041110 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041110 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041110 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041110 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041110 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041110 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20041110 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050105 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050105 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050105 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050105 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050105 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050105 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050105 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050105 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050112 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) |

HA000393

AT

| | | |
|---|---|---|
| EP 928624 P | 20050112 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050112 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050112 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050112 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050112 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050112 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050112 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050112 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050202 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050202 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050202 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050202 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050202 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050202 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050202 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050202 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |

HA000394

| | | |
|---|---|---|
| EP 928624 P | 20050202 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050202 EP 25 | LAPSED IN A CONTRACTING STATE (ERLOSCHEN IN EINEM VERTRAGSSTAAT) AT |
| EP 928624 P | 20050216 EP 26N | NO OPPOSITION FILED (KEIN EINSPRUCH EINGELEGT) DATE: 20041126 |
| EP 928624 P | 20050921 IE MM4A/REG | PATENT LAPSED |

**United States of America (US)**

Patent (Number,Kind,Date): US 5938197 A 19990817
RANDOM NUMBER GENERATOR FOR GAME PLAYING (English)
Patent Assignee: BOWLING MICHAEL A (US)
Author (Inventor): BOWLING MICHAEL A (US)
Priority (Number,Kind,Date): US 3246 A 19980106
Applic (Number,Kind,Date): US 3246 A 19980106
National Class: * 273143000A; 273146000
IPC: * A63F-009/04
Derwent WPI Acc No: * G 99-387452
Language of Document: English

Patent (Number,Kind,Date): US 6123332 A 20000926
RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS (English)
Patent Assignee: BOWLING MICHAEL A (US)
Author (Inventor): BOWLING MICHAEL A (US)
Priority (Number,Kind,Date): US 344842 A 19990628; US 3246 A1 19980106
Applic (Number,Kind,Date): US 344842 A 19990628
Addnl Info: 5938197 Patented
National Class: * 273138100; 273146000
IPC: * A63B-071/00; A63F-001/00
Derwent WPI Acc No: * G 99-387452
Language of Document: English

Patent (Number,Kind,Date): US 6318720 BA 20011120
RANDOM NUMBER GENERATOR FOR GAME PLAYING; AND METHODS (English)
Patent Assignee: BOWLING MICHAEL A (US)
Author (Inventor): BOWLING MICHAEL A (US)
Priority (Number,Kind,Date): US 669712 A 20000926; US 344842 A1 19990628; US 3246 A1 19980106
Applic (Number,Kind,Date): US 669712 A 20000926
Addnl Info: 6123332 Patented; 5938197 Patented
National Class: * 273138100; 273146000
IPC: * A63B-071/00; A63B-001/00
Derwent WPI Acc No: * G 99-387452
Language of Document: English

Patent (Number,Kind,Date): US 436635 S1 20010123
GAME PLAYING DIE (English)
Patent Assignee: BOWLING MICHAEL A (US)
Author (Inventor): BOWLING MICHAEL A (US)
Priority (Number,Kind,Date): US 103297 D 19990412; US 3246 A1 19980106
Applic (Number,Kind,Date): US 103297 D 19990412
Addnl Info: 5938197 Patented
National Class: * D21373000

HA000395

Derwent WPI Acc No: * G 99-387
Language of Document: English
Patent (Number,Kind,Date): US 455462 S1 20020409
GAME PLAYING DIE (English)
Patent Assignee: BOWLING MICHAEL A (US)
Author (Inventor): BOWLING MICHAEL A (US)
Priority (Number,Kind,Date): US 130816 D 20001010; US 103297 A3 19990412; US 3246 A1 19980106
Applic (Number,Kind,Date): US 130816 D 20001010
Addnl Info: Des. 436 Patented; 5938197 Patented
National Class: * D21373000
Derwent WPI Acc No: * G 99-387452
Language of Document: English

**United States of America (US) - Legal Status**

| Number | Type | Date | Code | Text |
|---|---|---|---|---|
| US 5938197 | P | 19980106 | US AE | APPLICATION DATA (PATENT) (APPL. DATA (PATENT)) US 3246 A 19980106 |
| US 5938197 | P | 19990817 | US A | PATENT |
| US 5938197 | P | 20010821 | US CC | CERTIFICATE OF CORRECTION |
| US 6123332 | P | 19980106 | US AA | PRIORITY US 3246 A1 19980106 |
| US 6123332 | P | 19990628 | US AE | APPLICATION DATA (PATENT) (APPL. DATA (PATENT)) US 344842 A 19990628 |
| US 6123332 | P | 20000926 | US A | PATENT |
| US 6318720 | P | 19980106 | US AA | PRIORITY (CONTINUATION) US 3246 A1 19980106 |
| US 6318720 | P | 19990628 | US AA | PRIORITY (CONTINUATION) US 344842 A1 19990628 |
| US 6318720 | P | 20000926 | US AE | APPLICATION DATA (PATENT) (APPL. DATA (PATENT)) US 669712 A 20000926 |
| US 6318720 | P | 20011120 | US BA | PATENT (NO PREVIOUS PRE-GRANT PUBLICATION) |

INPADOC/Family and Legal Status
© 2005 European Patent Office. All rights reserved.
Dialog® File Number 345 Accession Number 15192981

HA000396