# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. NO: 05-229S

* * * * * * * * * * * * * * * * * * *

MICHAEL BOWLING
a Resident of Arizona,

Plaintiff,

vs.

HASBRO, INC.,
a Rhode Island Corporation,
Defendant.

* * * * * * * * * * * * * * * * * * *

DEPOSITION OF MICHAEL BOWLING, a witness called on behalf of the defendant, taken pursuant to the Rhode Island Rules of Civil Procedure, before Elizabette M. Afonso, Professional Shorthand Reporter and Commissioner for the State of Rhode Island and Providence Plantations for the Commonwealth of Massachusetts, at the law offices of Adler, Pollock & Sheehan, One Citizens Plaza, Providence, Rhode Island, commencing at 10:05 a.m. on Monday, January 16, 2006.

Page 118

Q. Had you ever applied for a patent for anything else before?
A. No, no.
Q. Well, when was that that you contacted Merchant & Gould?
A. I want to say sometime in '97. I don't have the exact date.
Q. How many patent applications have you filed?
A. Maybe three or four since then.
Q. In addition to your original patent on the crystal die design?
A. Yeah. I have, I think, several patents on that design, secondary patents on that. The one in '97 is not the only one.
And, I don't know, I get a little confused as to whether they're utility or design. I get a little confused on that. I do have another patent on a display case, a pop top display case. You punch the button, and the lid pops open. And I want to say there's another one. Oh, I think design patents on a -- I created a dice bag that's actually shaped, contoured in the shape of a skull, so that when you fill the bag full of dice, it looks like a skull, not only visually, but

Page 119

contoured. It's a big seller at the trade shows.
I don't know of -- I can't think of anything else at the moment.
Q. Have you ever had any patent applications rejected?
A. I don't believe so.
Q. And each of the other patents that you have just mentioned, those are all issued patents, correct, whether they be design or utility or whatever?
A. Yeah. I think I have three of them issued. I have some trade marks too, trade marks, copyrights maybe. Because I know that periodically I'll get something issued from the government. It comes in a heavy -- you know, heavy, bond paper with foil lettering. I just put them in the draw with the other ones.
When you asked me about have I had any not allowed, typically, when I have an idea, I call Julie Dalton, and I talk with Julie about it. And there have been some ideas that I approached Julie on that, you know, I decided not to pursue.
MR. TECHENTIN: Mark this Exhibits 2.
(Exhibit No. 2, United States Patent, marked for identification.)
Q. Take a look at what's been marked as Exhibit 2,

Page 120

please.
A. (Witness complies.)
Q. Can you tell me what that is?
A. This looks like my patent.
Q. This is the 197 patent?
A. Yes.
Q. And this is the subject matter of your complaint in this case, correct?
A. I believe so, yes.
(Exhibit No. 3, U.S. Utility Patent Application, marked for identification.)
Q. Showing you what's been marked as Exhibit 3. Can you describe for me what this document is, please?
A. I'm not sure, to be honest with you. It says, "patent application" at the top.
Q. Could you just take a look through that, please?
A. (Witness complies.) Is this the original rough draft? I think this looks like --
MR. LEACH: If you don't know what it is, you shouldn't speculate.
A. I'm not really sure what it is.
Q. Okay. Do you see that, what we call a bate's number, on the lower right-hand corner of each page? It has a "B" and then a number after that.

Page 121

A. Yep.
Q. Can you turn to page B00105, please?
A. (Witness complies.) Okay.
Q. Does your signature appear on that?
A. Yep, that's me.
Q. Turn to page B00108, please?
A. (Witness complies.) Yep, that's my signature there, too.
Q. Thank you.
Julie Dalton was the attorney helping you with the application for the 197 patent; is that correct?
A. Yes.
Q. Do you recall the date of the application for your 197 patent, and I can show you the patent itself?
A. It looked like one of those signatures on there by my name, the date was -- I thought it said 12/31/97, but I could be -- I signed it in that other document that you handed to me. What, on page 105?
But I don't know if this is what -- if this represents the initial one that they turned in, but under my name, it's 12/31/97. Yeah, 12/31/97.