# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**JURY VERDICT FORM**

MR. BOWLING'S DIRECT CLAIM

1. Is Michael Bowling's patent invalid because Michael Bowling publicly used the patented invention more than twelve (12) months before he filed his patent application on January 6, 1998?
Yes _________ No _____________

If your answer to Question No. 1 is "No", proceed to Question No. 2. If your Answer to Question No. 1 is "Yes", then skip to Hasbro's Counterclaim beginning at Question No. 26.

2. Is Michael Bowling's patent invalid because Michael Bowling derived his invention from the disclosure made to him by Albert Lizarraga?
Yes _________ No _____________

If your answer to Question No. 2 is "No", proceed to Question No. 3. If your Answer to Question No. 2 is "Yes", then skip to Hasbro's Counterclaim beginning at Question No. 26.

3. Is Michael Bowling's patent unenforceable as a result of inequitable conduct by Michael Bowling, specifically the affirmative misrepresentation or omission a material fact with the intent to deceive the United States Patent and Trademark Office in the course of his application for his patent?
   Yes _________ No _____________

   If your answer to Question No. 3 is "No", proceed to Question No. 4. If your Answer to Question No. 3 is "Yes", then skip to Hasbro's Counterclaim beginning at Question No. 26.

4. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" literally infringe any valid claim of Mr. Bowling's '197 patent?
   Yes _________ No _____________

   If your answer to Question No. 4 is "Yes", then skip to Question No. 6. If your Answer to Question No. 4 is "No", then proceed to Question No. 5.

5. Did Hasbro's use of the "futuristic" dice in its Monopoly Millennium Edition infringe any valid claim of Mr. Bowling's '197 patent under the "doctrine of equivalents"?
   Yes _________ No _____________

   If your answer to Question No. 5 is "Yes", proceed to Question No. 6. If your Answer to Question No. 5 is "No", then skip to Hasbro's Counterclaim beginning at Question No. 26.

6. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" infringe Claim 1 of Mr. Bowling's '197 patent, either literally or under the doctrine of equivalents?
   Yes _________ No _____________

   If your answer to Question No. 6 is "No", proceed to Question No. 7. If your Answer to Question No. 6 is "Yes", then skip to Question No. 16.

7. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" infringe Claim 2 of Mr. Bowling's '197 patent, either literally or under the doctrine of equivalents?
   Yes _________ No _____________

   If your answer to Question No. 7 is "No", proceed to Question No. 8. If your Answer to Question No. 7 is "Yes", then skip to Question No. 16.

8. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" infringe Claim 3 of Mr. Bowling's '197 patent, either literally or under the doctrine of equivalents?

Yes _________ No _____________

If your answer to Question No. 8 is "No", proceed to Question No. 9. If your Answer to Question No. 8 is "Yes", then skip to Question No. 16.

9. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" infringe Claim 4 of Mr. Bowling's '197 patent, either literally or under the doctrine of equivalents?

Yes _________ No _____________

If your answer to Question No. 9 is "No", proceed to Question No. 10. If your Answer to Question No. 9 is "Yes", then skip to Question No. 16.

10. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" infringe Claim 5 of Mr. Bowling's '197 patent, either literally or under the doctrine of equivalents?

Yes _________ No _____________

If your answer to Question No. 10 is "No", proceed to Question No. 11. If your Answer to Question No. 10 is "Yes", then skip to Question No. 16.

11. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" infringe Claim 6 of Mr. Bowling's '197 patent, either literally or under the doctrine of equivalents?

Yes _________ No _____________

If your answer to Question No. 11 is "No", proceed to Question No. 12. If your Answer to Question No. 11 is "Yes", then skip to Question No. 16.

12. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" infringe Claim 7 of Mr. Bowling's '197 patent, either literally or under the doctrine of equivalents?

Yes _________ No _____________

If your answer to Question No. 12 is "No", proceed to Question No. 13. If your Answer to Question No. 12 is "Yes", then skip to Question No. 16.

13. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" infringe Claim 8 of Mr. Bowling's '197 patent, either literally or under the doctrine of equivalents?

Yes _________ No _____________

If your answer to Question No. 13 is "No", proceed to Question No. 14. If your Answer to Question No. 13 is "Yes", then skip to Question No. 16.

14. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" infringe Claim 9 of Mr. Bowling's '197 patent, either literally or under the doctrine of equivalents?

Yes _________ No _____________

If your answer to Question No. 14 is "No", proceed to Question No. 15. If your Answer to Question No. 14 is "Yes", then skip to Question No. 16.

15. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" infringe Claim 16 of Mr. Bowling's '197 patent, either literally or under the doctrine of equivalents?

Yes _________ No _____________

Proceed to Question No. 16.

16. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" infringe Claim 17 of Mr. Bowling's '197 patent, either literally or under the doctrine of equivalents?

Yes _________ No _____________

If your answer to Question No. 16 is "No", proceed to Question No. 17. If your Answer to Question No. 16 is "Yes", then skip to Question No. 19.

17. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" infringe Claim 18 of Mr. Bowling's '197 patent, either literally or under the doctrine of equivalents?

Yes _________ No _____________

If your answer to Question No. 17 is "No", proceed to Question No. 18. If your Answer to Question No. 17 is "Yes", then skip to Question No. 19.

18. Did Hasbro's "futuristic" dice in its Monopoly "Millennium Edition" and the Monopoly "Avon Special" infringe Claim 19 of Mr. Bowling's '197 patent, either literally or under the doctrine of equivalents?
Yes __________ No ______________

Proceed to Question No. 19.

19. Did Hasbro willfully infringe Mr. Bowling's '197 patent prior to November 3, 1999?
Yes __________ No ______________

Proceed to Question No. 20.

20. Did Hasbro willfully infringe Mr. Bowling's '197 patent after November 3, 1999?
Yes __________ No ______________

Proceed to Question No. 21.

21. Did Mr. Bowling mark substantially all of his patented dice by marking them with the appropriate patent information or by affixing a label bearing the appropriate patent information to the dice or to the packaging containing his dice, <u>and</u> did Mr. Bowling cease to distribute unmarked patented goods at any time prior to November 3, 1999?
Yes __________ No ______________

If your answer to Question No. 21 is "Yes" proceed to Question No. 22. If your Answer to Question No. 5 is "No", then skip to Question No. 23.

22. As of what date did Mr. Bowling <u>both</u> mark substantially all of his patented dice by marking them with the appropriate patent information or by affixing a label bearing the appropriate patent information to the dice or to the packaging containing his dice, <u>and</u> cease to distribute unmarked patented goods?
Answer: __________________________

Proceed to Question No. 23.

23. What is a reasonable royalty, per die, for Hasbro's use of Plaintiff's patented dice?
$ ____________________

Proceed to Question No. 24.

24. What is the amount of damages due to Mr. Bowling as a result of Hasbro's infringement of his patent between the date identified in response to Question No. 23 and November 3, 1999?
$ ____________________

Proceed to Question No. 25.

25. What is the amount of damages due to Mr. Bowling as a result of Hasbro's infringement of his patent after November 3, 1999?
$ ____________________

Proceed to Question No. 26.

HASBRO'S COUNTERCLAIM

26. Did Mr. Bowling infringe upon Hasbro's copyrights relating to the character "Beholder"?
Yes __________ No ______________

Proceed to Question No. 27.

27. Did Mr. Bowling infringe upon Hasbro's copyrights relating to the character "Mind Flayer"?
Yes __________ No ______________

Proceed to Question No. 28.

28. Did Mr. Bowling infringe upon Hasbro's copyright of the character "Cockatrice"?
Yes __________ No ______________

Proceed to Question No. 29.

29. What is the total number of copyright infringements that Mr. Bowling committed?
____________________

Proceed to Question No. 30.

30. Was Mr. Bowling's infringement of Hasbro's copyrights willful?
Yes __________ No ______________

Proceed to Question No. 31.

31. What is the total amount of damages due to Hasbro as a result of Mr. Bowling's infringement of Hasbro's copyright protected characters?
$ ____________________

When you are finished, have the foreperson sign this form and then call for the Court officer.

________________________________
Jury Foreperson