# EXHIBIT 1

| **US Patent 5,938,197 Random number generator for game playing** | **Attachment A**<br><br>**Representative examples of Hasbro products** |
|---|---|
| | **Slide 1**<br>**(Representative sample of the Hasbro accused die)**<br> |
| **Claim 1**<br><br>A die construction comprising:<br><br>(a) a body having first and second, opposite end caps and an extension member therebetween; | The Hasbro accused die has a body comprised of 2 types of parts, opposite end caps and an extension member between the opposing end caps.<br><br>**Slide 1-A-1**<br>**Opposite End Caps**<br><br>**Slide 1-A-2**<br>**Extension Member**<br> |
| (b) said extension member having a first number of discrete facets and no more than said first number; | The Hasbro accused die has an extension member having a discrete number of facets that number being six (6).<br><br>**Slide 1-A-3**<br> |

| | |
|---|---|
| (i) each of said discrete facets being identically shaped and having equal surface areas; | The Hasbro accused die has discrete facets of identical shape and having equal surface area.<br><br>**Slide 1-B**<br><br><br>The surface area of each extension member facet of the Hasbro accused die is **0.18 sq. in.** |
| (c) said first end cap having a second number of discrete facets and no more than said second number; said second number being one-half of said first number; | The Hasbro accused die has an end cap which consists of three (3) discrete facets which is one half of six (6) the number of discrete facets in the extension member.<br><br>**Slide 1-C-1**<br><br> |
| (i) each of said first end cap discrete facets being identically shaped and having equal surface areas; and | The first end cap of the Hasbro accused die has discrete facets of identical shape and having equal surface area.<br>**Slide 1-C-2**<br><br><br>The surface area of each end cap facet of the Hasbro accused die is **0.07 sq. in.** |

| | |
|---|---|
| (d) said second end cap having said second number of discrete facets and no more than said second number;<br><br>(i) each of said second end cap discrete facets being shaped identically as said first end cap discrete facets; and each of said second end cap discrete facets having a surface area equal a surface area of each of said first end cap discrete facets; and | The second end cap of the Hasbro accused die has three (3) discrete facets identically shaped and with the same surface area as that of the first end cap.<br><br>**Slide 1-D-1**<br>**First End Cap**<br><br>**Slide 1-D-2**<br>**Second End Cap**<br> |
| (e) each of said discrete facets of said extension member having a surface area that is different from a surface area of each of said discrete facets of said first and second end caps. | The surface area of each discrete facet of the end caps of the Hasbro accused die is different from the surface area of each of the extension member discrete facets.<br><br>**Slide 1-E**<br> |

| | |
|---|---|
| **Claim 2**<br><br>A die construction according to claim 1, wherein:<br><br>(a) each of said extension member discrete facets include printed indicia thereon. | The Hasbro accused die has extension member discrete facets with printed indicia in the form of polka dots (commonly known as pips).<br><br>**Slide 2-1**<br><br> |

| | |
|---|---|
| **Claim 3**<br><br>A die construction according to claim 2, wherein:<br><br>(a) each of said extension member discrete facets is tapered. | The Hasbro accused die has extension member discrete facets that are tapered.<br><br>**Slide 3-1**<br><br> |

| | |
|---|---|
| **Claim 4**<br><br>4. A die construction according to claim 3, wherein:<br><br>(a) each of said extension member discrete facets is triangular-shaped. | The Hasbro accused die has extension member discrete facets that are triangular shaped.<br><br>**Slide 4-1**<br><br> |

EXHIBIT 1 to Plaintiff's Trial Brief

| | |
|---|---|
| **Claim 5**<br><br>5. A die construction according to claim 4, wherein:<br><br>(a) each of said first end cap discrete facets and said second end cap discrete facets is tapered. | The Hasbro accused die has end caps with tapered discrete facets.<br><br>**Slide 5-1**<br>**First End Cap**<br><br>**Slide 5-2**<br>**Second End Cap**<br> |

| | |
|---|---|
| **Claim 6**<br><br>6. A die construction according to claim 5, wherein:<br><br>(a) each of said first end cap discrete facets and said second end cap discrete facets is triangular-shaped. | The Hasbro accused die has end caps with triangular shaped discrete facets.<br><br>**Slide 6-1**<br>**First End Cap**<br><br>**Slide 6-2**<br>**Second End Cap**<br> |

EXHIBIT 1 to Plaintiff's Trial Brief

| **Claim 7**<br><br>A die construction according to claim 6, wherein:<br><br>(a) said first number is six; and said second number is three. | The Hasbro accused die has an extension member with six (6) discrete facets (first number)<br><br>**Slide 7-1**<br><br><br><br>and two (2) end caps each having three (3) discrete facets (second number).<br><br>**Slide 7-2**<br>**First End Cap**<br><br><br><br>**Slide 7-3**<br>**Second End Cap**<br><br> |
|---|---|

| **Claim 8** | The Hasbro accused die extension member discrete facets have a surface area of **0.18 sq. in.** |
|---|---|
| A die construction according to claim 7, wherein:<br><br>(a) each of said extension member discrete facets has a surface area of about 0.0089-0.89 sq. in. | **Slide 8-1**<br><br>**0.661 in. by 0.538 in.**<br><br>The resulting surface area (**0.661 in. * 0.538 in.) / 2 = ~0.18 sq. in.** ((Base * Height)/2) which falls within the range of **0.0089-0.89 sq. in.** |

| **Claim 9** | The Hasbro accused die end cap discrete facets each have a surface area of **0.07 sq. in.** |
|---|---|
| A die construction according to claim 8, wherein:<br><br>(a) each of said first end cap discrete facets has a surface area of about 0.0033-0.33 sq. in.; and<br><br>(b) each of said second end cap discrete facets has a surface area of about 0.0033-0.33 sq. in. | **Slide 9-1** **Slide 9-2**<br> <br>**0.538 in. by 0.246 in.**<br><br>The resulting surface area (**0.538 in. * 0.246 in.) / 2 = ~0.07 sq. in.** ((Base * Height)/2) which falls within the range of **0.0033-0.33 sq. in.** |

| | |
|---|---|
| **Claim 16**<br><br>A die construction according to claim 1, wherein:<br><br>(a) a ratio of a surface area of each of said extension member facets to a surface area of each of said first end cap discrete facets is about 2-3:1. | The ratio of the area of the surface area of the extension member facets to that of the surface area of the end cap discrete facts of the Hasbro accused die is **~2.7:1** which falls within the range of 2-3:1. |

| | |
|---|---|
| **Claim 17**<br><br>17. A die comprising:<br><br>(a) a body including a first end cap, a second end cap, and an extension member in extension therebetween; | The Hasbro accused die has a body comprised of 2 types of parts, opposite end caps and an extension member between the opposing end caps.<br><br>**Slide 17-A-1**<br>**First and Second End Caps**<br><br><br>**Slide 17-A-2**<br>**Extension Member**<br> |

| | |
|---|---|
| (b) said first end cap including a first number of facets and no more than said first number; said second end cap including a second number of facets and no more than said second number; and said extension member defining a third number of facets and no more than said third number; | The Hasbro accused die has a first end cap that has three (3) facets and a second end cap that also has three (3) facets and<br>**Slide 17-B-1**<br>**First End Cap**<br><br>**Slide 17-B-2**<br>**Second End Cap**<br><br>an extension member that has six (6) facets.<br>**Slide 17-B-3**<br> |

| | |
|---|---|
| (i) said first number being equal to one-fourth of a total of said first number and said second number and said third number;<br>(ii) said second number being equal to one-fourth of the total of said first number and said second number and said third number; | The Hasbro accused die has an extension member with six (6) discrete facets (third number) and two (2) end caps, each with three (3) discrete facets (first and second number)<br><br>So it follows that<br><br>$\frac{3 \text{ (first number)} + 3 \text{ (second number)} + 6 \text{ (third number)}}{4} = 3$ (first number or second number) |
| (iii) each of said extension member facets being equal in surface area;<br><br>(iv) each of said extension member facets being triangular-shaped; | The Hasbro accused die has an extension member with triangular shaped discrete facets having equal surface area.<br>**Slide 17-1**<br><br>The surface area of each extension member facet of the Hasbro accused die is **0.18 sq. in.** |
| (v) each of said extension member facets having indicia thereon indicating a number; and | The Hasbro accused die has extension member discrete facets with printed indicia in the form of pips (polka dots) representing the numbers one (1) through six (6).<br><br>**Slide 17-2**<br> |

| | |
|---|---|
| (vi) each of said extension member facets having a surface area that is different from a surface area of each of said first and second end cap facets. | The surface area of an extension member facet is different from the surface area of the discrete facet of an end cap of either end of the Hasbro accused die.<br><br>**Slide 17-3**<br><br> |

| | |
|---|---|
| **Claim 18**<br><br>A die according to claim 17, wherein:<br><br>(a) each of said first end cap facets is triangular-shaped; and<br><br>(b) each of said second end cap facets is triangular-shaped. | The Hasbro accused die has triangular shaped end cap facets.<br><br>**Slide 18-1**<br>**First End Cap**<br><br><br><br>**Slide 18-2**<br>**Second End Cap**<br><br> |

| **Claim 19** | The Hasbro accused die has six (6) extension member facets (third number). |
|---|---|
| 19. A die according to claim 17, wherein:<br><br>(a) said third number is six. | **Slide 19-1**<br><br> |