EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona, | : | |
| Plaintiff, | : | C.A. No. 05-229S |
| v. | : | |
| HASBRO, INC.,<br>a Rhode Island Corporation, | : | |
| Defendant. | : | |

**PLAINTIFF MICHAEL BOWLING'S WITNESS LIST**

COMES NOW Plaintiff, Michael Bowling ("Bowling"), by and through counsel pursuant to Fed. R. Civ. P. 26(a) and the Court's Pretrial Order, and makes the following disclosures regarding the witnesses it intends to call at the trial of this matter:

A. Plaintiff Bowling intends to call the following persons to testify at trial:

1. Michael Bowling (live). Mr. Bowling is expected to provide testimony on all issues in this case, including but not limited to, his invention covered by U.S. Patent No. 5,938,197 ("the '197 Patent"), infringement and damages.

   Address: 7931 South Avenida de Pina, Tucson, AZ 85747
   Phone: (520) 405-9595

2. Neil Lapidus (live). Mr. Lapidus is expected to provide expert testimony on damages suffered by Mr. Bowling as a result of the alleged infringement of the '197 Patent and Hasbro's willful infringement.

   Address: 2501 Wayzata Blvd., Minneapolis, MN 55405
   Phone: (612) 381-8720

3. Kurt Benson (live). Mr. Benson is expected to provide testimony on Hasbro's willful infringement.

   Address: 1027 Newport Avenue, Pawtucket, RI 02862

4. Michael Gray (live). Mr. Gray is expected to provide testimony on Hasbro's willful infringement.

   Address: 1027 Newport Avenue, Pawtucket, RI 02862

5. Michael Webb (live): Mr. Webb is expected to provide testimony on Hasbro's willful infringement.

6. Steen Jensen (deposition): Mr. Jensen is expected to provide testimony on Hasbro's willful infringement.

   Address: 1709 Curtis Street, Berkeley, CA

B. Plaintiff may also call one or more of the following witnesses if necessary:

1. Doreen Mars: Ms. Mars is expected to provide testimony on Hasbro's willful infringement.

2. Dorothy Echlin: Ms. Echlin is expected to provide testimony on Hasbro's willful infringement.

3. Barry Sussman: Mr. Sussman is expected to provide testimony on damages.

4. Michael Hirtle: Mr. Hirtle is expected to provide testimony on Hasbro's willful infringement.

5. Eileen Sefchick: Ms. Sefchick is expected to provide testimony on Hasbro's willful infringement.

6. Any witness listed by Defendant on its Disclosures of Witnesses.

Michael Bowling,
By His Attorneys,

Date: December 12, 2007

s/Thomas J. Leach
Anthony R. Zeuli *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)