EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona, | : | |
| Plaintiff, | : | C.A. No. 05-229S |
| v. | : | |
| HASBRO, INC.,<br>a Rhode Island Corporation, | : | |
| Defendant. | : | |

**PLAINTIFF MICHAEL BOWLING'S PROPOSED SPECIAL VERDICT FORM**

Plaintiff Michael Bowling hereby requests that the Court provide the jury with the following special verdict form in the above-captioned matter.

We the jury, unanimously find as follows:

**I. INFRINGEMENT**

1. Do you find, by a preponderance of the evidence, that Hasbro's Monopoly Millennium Dice infringe each of asserted claims 1-9 and 16-19 of U.S. Patent No. 5,938,197 ("'197 Patent")?

   YES _____ NO _____

(A "YES" answer to this question is a finding for Mr. Bowling. A "NO" answer is a finding for Hasbro.)

2. If you answered "YES" to question number 1 above, go to section II below, Willful Infringement.

3. If you answered "NO" to question number 1 above, please indicate which, if any, of the below listed '197 patent claims you find by a preponderance of the evidence that Hasbro's Monopoly Millennium Dice infringe.

| | **Does Hasbro's Monopoly Millennium Dice Infringe By A Preponderance Of The Evidence? (Please Mark Either "Yes" or "No" For Each Patent Claim)** | |
|---|---|---|
| Claim 1 (independent) | YES _____ | NO _____ |
| Dependent Claim 2 | YES _____ | NO _____ |
| Dependent Claim 3 | YES _____ | NO _____ |
| Dependent Claim 4 | YES _____ | NO _____ |
| Dependent Claim 5 | YES _____ | NO _____ |
| Dependent Claim 6 | YES _____ | NO _____ |
| Dependent Claim 7 | YES _____ | NO _____ |
| Dependent Claim 8 | YES _____ | NO _____ |
| Dependent Claim 9 | YES _____ | NO _____ |
| Dependent Claim 16 | YES _____ | NO _____ |
| Claim 17 (independent) | YES _____ | NO _____ |
| Dependent Claim 18 | YES _____ | NO _____ |
| Dependent Claim 19 | YES _____ | NO _____ |

## II. WILLFUL INFRINGEMENT

4. If you found that Hasbro infringed at least one claim of the '197 Patent, do you find that Mr. Bowling has shown by clear and convincing evidence that Hasbro's infringement was willful?

YES _____ NO _____

(A "YES" answer to this question is a finding for Mr. Bowling. A "NO" answer is a finding for Hasbro.)

## III. VALIDITY

5. Do you find that Hasbro proved by clear and convincing evidence that all of Mr. Bowling's asserted patent claims, which you found Hasbro to infringe, are invalid based on prior public use?

YES _____ NO _____

(A "YES" answer to this question is a finding for Hasbro. A "NO" answer is a finding for Mr. Bowling.)

6. Do you find that Hasbro proved by clear and convincing evidence that Mr. Bowling committed inequitable conduct by withholding material information or making material misrepresentations to the patent office with the intent to deceive the patent office?

YES _____ NO _____

(A "YES" answer to this question is a finding for Hasbro. A "NO" answer is a finding for Mr. Bowling.)

## IV. DAMAGES

7. If you found at least one claim of the '197 Patent infringed by Hasbro, what reasonable royalty should Hasbro pay Mr. Bowling?

$_______ per die

## V. COPYRIGHT INFRINGEMENT

8. Did Hasbro prove that Mr. Bowling copied those elements of the Beholder that are original to Hasbro?

YES _____ NO _____

(A "YES" answer to this question is a finding for Hasbro. A "NO" answer is a finding for Mr. Bowling.)

9. If you have found that Mr. Bowling infringed Hasbro's copyright in the Beholder (i.e. answered "Yes" to question 8 above), what statutory damage amount (from $750 to $30,000) do you find Mr. Bowling to be liable for infringing that copyright?

Amount $________

10. Did Hasbro prove that Mr. Bowling copied those elements of the Cockatrice that are original to Hasbro?

YES _____ NO _____

(A "YES" answer to this question is a finding for Hasbro. A "NO" answer is a finding for Mr. Bowling.)

11. If you have found that Mr. Bowling infringed Hasbro's copyright in the Cockatrice (i.e. answered "Yes" to question 10 above), what statutory damage amount, (from $750 to $30,000) do you find Mr. Bowling to be liable for infringing that copyright?

Amount $________

12. Did Hasbro prove that Mr. Bowling copied those elements of the Mind Flayer that are original to Hasbro?

YES _____ NO _____

(A "YES" answer to this question is a finding for Hasbro. A "NO" answer is a finding for Mr. Bowling.)

13. If you have found that Mr. Bowling infringed Hasbro's copyright in the Mind Flayer (i.e. answered "Yes" to question 12 above), what statutory damage amount (from $750 to $30,000) do you find Mr. Bowling to be liable for infringing that copyright?

Amount $________

14. Do you find that Hasbro has proved, by clear and convincing evidence, that Mr. Bowling willfully infringed any of Hasbro's copyrights?

YES _____ NO _____

(A "YES" answer to this question is a finding for Hasbro. A "NO" answer is a finding for Mr. Bowling.)

15. If your answer to question 14 above was "Yes", please indicate with an "X" which of Hasbro's copyrighted works you believe Mr. Bowling willfully infringed.

| | | |
|---|---|---|
| Beholder ________ | Cockatrice _______ | Mind Flayer ________ |

You each must sign this Verdict Form:

Dated: (Foreperson)