EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona, | : | |
| Plaintiff, | : | C.A. No. 05-229S |
| v. | : | |
| HASBRO, INC.,<br>a Rhode Island Corporation, | : | |
| Defendant. | : | |

**PLAINTIFF MICHAEL BOWLING'S LIST OF ANTICIPATED MOTIONS IN *LIMINE***

Plaintiff, Michael Bowling ("Bowling"), by and through counsel pursuant to the Court's Pretrial Order and the November 21, 2007 Order entering the Joint Stipulation for Modification and Supplementation of Pretrial Deadlines, anticipates filing the following motions in *limine* on Wednesday, December 19, 2007:

1. Motion in *Limine* to Exclude Evidence on the Issue of Royalties Paid by Hasbro for Monopoly;
2. Motion in *Limine* to Exclude any Reference to Reexamination Proceedings;
3. Motion in *Limine* to Exclude Evidence of Non-Marking After November 3, 1999; and
4. Motion in *Limine* to Exclude Letters Containing or Concerning Settlement Offers and Negotiations.
5. Motion in *Limine* to Exclude Evidence of Incorrect Inventorship or Derivation.
6. Motion in *Limine* to Exclude Evidence from Undisclosed Witnesses.

Michael Bowling,
By His Attorneys,

Date: December 12, 2007

s/Thomas J. Leach

Anthony R. Zeuli *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)