EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**<u>PLAINTIFF MICHAEL BOWLING'S STATEMENT OF PROBABLE LENGTH OF TRIAL</u>**

Plaintiff, Michael Bowling ("Bowling"), by and through counsel pursuant the Court's Pretrial Order, anticipates presenting its case in three days and will conduct cross-examination of Defendant, Hasbro, Inc.'s witnesses.

Michael Bowling,
By His Attorneys,

Date: December 12, 2007

s/Thomas J. Leach
Anthony R. Zeuli *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)