SIGNED PATENT LABEL AGREEMENT

CONFIDENTIAL

B 00695

| | | | |
|---|---|---|---|
| ✓ Adventurer's Guild | 320 Mary Street | Riverside, CA 92506 | |
| Agents of Comics | 601 N. West Street, Suite 200 | Wichata, KS 67203-1245 | |
| Air Traffic | 1172 S Cliff Road | Burnsville, MN 55337 | |
| ✓ Attactix | 15107 E. Hampden | Aurora, CO 80014 | |
| Batter's Box | 9566 Old Keene Mill Rd. | Burke, VA 22015 | Shelly R. Jennings |
| Dream Wizards | 104 G. Halpine Rd. | Rockville, MD 20852 | Laurel Chiat |
| Emerald Comics | 1431 Kingston Rd. | Scarbourough, Ontario | |
| Flying Buffalo | 8149 E. Thomas Road | Scottsdale, AZ 85251 | Rick Loomis |
| Galactic Games | 518 N. Main Street | Crown Point, IN 46307 | |
| Galileo Games Inc | 3630 Capitol Drive | Ft. Collins, CO 80526 | Krista White |
| Game Chest | 2137 Valleyview Mall | Dallas, TX 75240 | Tennant Tranchin |
| OUT of Bus. ~~Gamer's Guild~~ | 222 Main Street | Milford, MA 01757 | |
| Games of War & More | 2500 Deer Valley Rd. #1513 | San Rafael, CA 94903 | Ed Cahill |
| • Games People Play | 1100 Massachusetts Ave. | Cambridge, MA 02138 | Carol Monica |
| Glass City Games | 3659 Uptown Ave. | Toledo, OH 43613 | Chris Watson |
| Ground Zero | 42741 45th St. W. (B-2) | Lancaster, CA 93536 | Gary Haviland |
| Gryphon Collectibles | 8526 Baker Dr. | Houston, TX 77017 | Marvin Knighton, Jr. |
| Hobby Shop | 7000 Cross Roads Blvd. | Cross Roads Mall | Mike Conner |
| ✓ Hobby Town USA | 1000 Lake Street | Oak Park, IL 60301 | Wray |
| House of Armand | 406 Mission Avenue | Oceanside, CA 92054-2828 | Ron Graf |
| ✓ Light Trading Company | P.O. Box 24 | Cuyahoga Falls, OH 44222 | Bob Kindel |
| • Pegasus Loft | 2731 S.W. Parkway, Suite 6 | Wichita Falls, TX 76308 | Sheldon Fugate |
| Phoenix Comics & Games | 2424 Montrose | Houston, TX 77006 | Sarah Durham |
| ✓ Pyramid Comics & Games | 175 E. Fry Blvd | Sierra Vista, AZ 85635 | |
| Select Games | 121 E. 19th St. | Lawrence, KS 66046 | Mike Thornton |
| Source Comics and Games | 1601 W. Larpenteur | Falcon Heights, MN 55113 | Bob Brynildson |
| ✓ The Book Stan | 3895 Caulder | Beaumont, TX 77706 | |
| Toy Town | 147 S. Center | Casper, WY 82601 | Dalene Lockhart |

CONFIDENTIAL

B 00696

CRYSTAL CASTE™ *The Magical Choice*

August 15, 1999

Attactix
15107 E. Hampden
Aurora, CO 80014

Dear ~~Buyer~~ HEATHER,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice on display be labeled with our sticker identifying our patent protection. We are asking you to label your existing tubs or bins with the enclosed stickers. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065. Without this agreement, we cannot continue to sell dice to you.

Your cooperation is greatly appreciated.

Thank you,

[signature]

Michael Bowling
Crystal Caste™, LLC

| HEATHER BARNHORST | ATTACTIX | Heather Barnhorst | 9/1/99 |
|---|---|---|---|
| Name (please print) | Company Name | Signature | Date |

7931 South Avenida de Piña • Tucson, AZ 85747 • Phone: (888) 3CC-DICE • Fax: (520) 647-3546

CONFIDENTIAL

B 00697

CRYSTAL CASTE™ The Magical Choice

August 15, 1999

Pegasus Loft
2731 S.W. Parkway, Suite 6
Wichita Falls, TX 76308

Dear Sheldon Fugate,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice on display be labeled with our sticker identifying our patent protection. We are asking you to label your existing tubs or bins with the enclosed stickers. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065. Without this agreement, we cannot continue to sell dice to you.

Your cooperation is greatly appreciated.

Thank you,

[signature]

Michael Bowling
Crystal Caste™, LLC

SHELTON FUGATE PEGASUS LOFT [signature] 4 Sep 99
Name (please print) Company Name Signature Date

PLEASE SEND US ONE MORE LABEL.

**CONFIDENTIAL**

**B 00698**

CRYSTAL CASTE™ The Magical Choice

August 15, 1999

Games People Play
1100 Massachusetts Ave.
Cambridge, MA 02138

Dear Carol Monica,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice on display be labeled with our sticker identifying our patent protection. We are asking you to label your existing tubs or bins with the enclosed stickers. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065. Without this agreement, we cannot continue to sell dice to you.

Your cooperation is greatly appreciated.

Thank you,

[signature]

Michael Bowling
Crystal Caste™, LLC

Carol Monica The Games People Play

Name (please print) Company Name Signature Date

Carol Monica

9-8-99

7931 South Avenida de Piña • Tucson, AZ 85747 • Phone: (888) 3CC-DICE • Fax: (520) 647-3546

CONFIDENTIAL

CRYSTAL CASTE™ The Magical Choice

August 15, 1999

Adventurer's Guild
320 Mary Street
Riverside, CA 92506

Dear Buyer,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice on display be labeled with our sticker identifying our patent protection. We are asking you to label your existing tubs or bins with the enclosed stickers. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065. Without this agreement, we cannot continue to sell dice to you.

Your cooperation is greatly appreciated.

Thank you,

[signature]

Michael Bowling
Crystal Caste™, LLC

| Steven Verdoliva | Adventurers Guild of Riverside | [signature] | 8-27-99 |
|---|---|---|---|
| Name (please print) | Company Name | Signature | Date |

**CONFIDENTIAL**

B 00700

CRYSTAL CASTE™ *The Magical Choice*

August 15, 1999

The Book Stan
3895 Caulder
Beaumont, TX 77706

Dear Buyer,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice on display be labeled with our sticker identifying our patent protection. We are asking you to label your existing tubs or bins with the enclosed stickers. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065. Without this agreement, we cannot continue to sell dice to you.

Your cooperation is greatly appreciated.

Thank you,

Michael Bowling
Crystal Caste™, LLC

JENNA STANLEY — BOOK STAN — 8-25-99

Name (please print) Company Name Signature Date

WE NEED 3 MORE PATENT PRO. STICKERS

CONFIDENTIAL

B 00701

7931 South Avenida de Piña • Tucson, AZ 85747 • Phone: (888) 3CC-DICE • Fax: (520) 647-3546

CRYSTAL CASTE™ The Magical Choice

August 15, 1999

Light Trading Company
P.O. Box 24
Cuyahoga Falls, OH 44222

Dear Bob Kindel,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice on display be labeled with our sticker identifying our patent protection. We are asking you to label your existing tubs or bins with the enclosed stickers. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065. Without this agreement, we cannot continue to sell dice to you.

Your cooperation is greatly appreciated.

Thank you,

[signature]

Michael Bowling
Crystal Caste™, LLC

Bob Kindel, Proprietor
The Light Trading Company [signature] 8/25/99

Name (please print) Company Name Signature Date

CONFIDENTIAL

B 00702

7931 South Avenida de Piña • Tucson, AZ 85747 • Phone: (888) 3CC-DICE • Fax: (520) 647-3546

CRYSTAL CASTE™ *The Magical Choice*

August 15, 1999

Hobby Town USA
1000 Lake Street
Oak Park, IL 60301

Dear Wray,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice on display be labeled with our sticker identifying our patent protection. We are asking you to label your existing tubs or bins with the enclosed stickers. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065. Without this agreement, we cannot continue to sell dice to you.

Your cooperation is greatly appreciated.

Thank you,

[signature]

Michael Bowling
Crystal Caste™, LLC

| Lea Anne Henders | HobbyTown USA Oak Park IL | [signature] owner | 8-25-99 |
|---|---|---|---|
| Name (please print) | Company Name | Signature | Date |

CONFIDENTIAL

B 00703

CRYSTAL CASTE™ *The Magical Choice*

August 15, 1999

Pyramid Comics & Games
175 E. Fry Blvd
Sierra Vista, AZ 85635

Dear Buyer,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice on display be labeled with our sticker identifying our patent protection. We are asking you to label your existing tubs or bins with the enclosed stickers. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065. Without this agreement, we cannot continue to sell dice to you.

Your cooperation is greatly appreciated.

Thank you,

[signature]

Michael Bowling
Crystal Caste™, LLC

JOHN JELLEY PYRIMID [signature] 21-AUG-99
Name (please print) Company Name Signature Date

CONFIDENTIAL

B 00704

| | Company | Street Address | City_State_Zip |
|---|---|---|---|
| ✓ | ACD Distribution | 2140 W. Greenview, Suite 10 | Middleton, WI 53562 |
| | Barchetta Distributing | 2420 Grand Avenue, Suite F | Vista, CA 92083 |
| ✓ | Berkeley Topline East | 43688 Gratiot Avenue | Clinton Township, MI 48036 |
| | Berkeley Topline North | 2950 San Pablo Ave | Berkeley, CA 94702 |
| ✓ | Berkeley Topline South | 17121 S. Central Ave Unit 2M | Carson, CA 90746 |
| | Black Hawk Distributors | 14225 Hansberry Rd | Rockton, IL 61072 |
| ✓ | Four Aces | 855 Inca Street | Denver, CO 80204 |
| | Gameboard Distributors | 3501 Workman Road, Suite D | Knoxville, TN 37921 |
| ✓ | RPV Distributors | 580 West Lambert Rd, #K | Brea, CA 92621 |
| | Wargames West | 2434 Baylor SE | Albuquerque, NM 87106 |
| | Yellow Submarine U.S.A. | 550 A Coralridge Place | City of Industry, CA 91746 |
| | Zocchi Distributors | 535 Hwy 7 North | Holly Springs, MS 38634 |

CONFIDENTIAL

CRYSTAL CASTE™ The Magical Choice

August 15, 1999

ACD Distribution
2140 W. Greenview, Suite 10
Middleton, WI 53562

Dear Danny Procel,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice out in the stores, or in your inventory, today be labeled with our sticker identifying the patent protection. We are asking you to label all of your Crystal Caste™ containers with the enclosed sticker and place one inside of each bag of dice that you have on hand. Also, please send a label to all of your retail customers with an existing supply of Crystal Caste™ dice so that they may place the sticker on our, or whatever, container our dice is in. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065.

Without this agreement, we cannot continue to sell dice to you. Your cooperation is greatly appreciated.

Thank you,

[signature]

Michael Bowling
Crystal Caste™, LLC

ACD Distribution [signature] 9/15/99

Name (please print) Company Name Signature Date



CONFIDENTIAL

CRYSTAL CASTE™ The Magical Choice

August 15, 1999

Four Aces
855 Inca Street
Denver, CO 80204

Dear Kathy,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice out in the stores, or in your inventory, today be labeled with our sticker identifying the patent protection. We are asking you to label all of your Crystal Caste™ containers with the enclosed sticker and place one inside of each bag of dice that you have on hand. Also, please send a label to all of your retail customers with an existing supply of Crystal Caste™ dice so that they may place the sticker on our, or whatever, container our dice is in. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065.

Without this agreement, we cannot continue to sell dice to you. Your cooperation is greatly appreciated.

Thank you,

[signature]

Michael Bowling
Crystal Caste™, LLC

Kathy Burton Four Aces [signature] 8-23-99
Name (please print) Company Name Signature Date

7931 South Avenida de Piña • Tucson, AZ 85747 • Phone: (888) 3CC-DICE • Fax: (520) 647-3546

CRYSTAL CASTE™ The Magical Choice

August 15, 1999

Berkeley Topline South
17121 S. Central Ave Unit 2M
Carson, CA 90746

Dear Robert,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice out in the stores, or in your inventory, today be labeled with our sticker identifying the patent protection. We are asking you to label all of your Crystal Caste™ containers with the enclosed sticker and place one inside of each bag of dice that you have on hand. Also, please send a label to all of your retail customers with an existing supply of Crystal Caste™ dice so that they may place the sticker on our, or whatever, container our dice is in. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065.

Without this agreement, we cannot continue to sell dice to you. Your cooperation is greatly appreciated.

Thank you,

[signature]

Michael Bowling
Crystal Caste™, LLC

Berkeley Top Line South [signature] 8/25/99
Name (please print) Company Name Signature Date

CONFIDENTIAL

B 00708

7931 South Avenida de Piña • Tucson, AZ 85747 • Phone: (888) 3CC-DICE • Fax: (520) 647-3546

CRYSTAL CASTE™ *The Magical Choice*

August 15, 1999

RPV Distributors
580 West Lambert Rd, #K
Brea, CA 92621

Dear Paul Matsumoto,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice out in the stores, or in your inventory, today be labeled with our sticker identifying the patent protection. We are asking you to label all of your Crystal Caste™ containers with the enclosed sticker ~~and place one inside of each bag of dice that you have on hand.~~ Also, please send a label to all of your retail customers with an existing supply of Crystal Caste™ dice so that they may place the sticker on our, or whatever, container our dice is in. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065.

Without this agreement, we cannot continue to sell dice to you. Your cooperation is greatly appreciated.

Thank you,

[signature]

Michael Bowling
Crystal Caste™, LLC

PAUL MATSUMOTO — RPV — [signature] — 8/23/99
Name (please print) — Company Name — Signature — Date

CONFIDENTIAL

B 00709

CRYSTAL CASTE™ *The Magical Choice*

August 15, 1999

Berkeley Topline East
43686 Gratiot Avenue
Clinton Township, MI 48036

Dear Jesse Stanton,

This letter is to inform you that from this date forward we require that Crystal Caste™ dice be sold with it's patent identification, U.S. patent #5,938,197. Our patent number must be affixed to all containers, bags or tubs.

It is important that all Crystal Caste™ dice out in the stores, or in your inventory, today be labeled with our sticker identifying the patent protection. We are asking you to label all of your Crystal Caste™ containers with the enclosed sticker and place one inside of each bag of dice that you have on hand. Also, please send a label to all of your retail customers with an existing supply of Crystal Caste™ dice so that they may place the sticker on our, or whatever, container our dice is in. If you need more please contact us at (888) 3CC-DICE.

From today forward, we will place a sticker on our tubs and in the bags of loose dice.

Please indicate your agreement with this by signing below and returning this letter to us. You may return this letter to 7931 S. Avenida De Pina, Tucson, AZ 85747 or you may fax it to (520) 571-4065.

Without this agreement, we cannot continue to sell dice to you. Your cooperation is greatly appreciated.

Thank you,

[signature]

Michael Bowling
Crystal Caste™, LLC

| JESSE STANTON | BERKELEY TOP LINE | [signature] | 8/23/99 |
|---|---|---|---|
| Name (please print) | Company Name | Signature | Date |

7931 South Avenida de Piña • Tucson, AZ 85747 • Phone: (888) 3CC-DICE • Fax: (520) 647-3546