IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, Plaintiff, | : | C.A. No. 05-229S |
| v. | : | |
| HASBRO, INC., a Rhode Island Corporation, Defendant. | : | |

**PLAINTIFF BOWLING'S MOTION IN *LIMINE* TO EXCLUDE TESTIMONY AND EVIDENCE ASSERTING THAT ALBERT LIZARRAGA IS AN INVENTOR OR CO-INVENTOR**

Pursuant to Fed. R. Evid. 402 and 403, Plaintiff Michael Bowling ("Bowling") hereby moves for an Order of this Court to exclude any testimony or evidence at trial regarding Defendant Hasbro, Inc.'s ("Hasbro") assertion that Albert Lizarraga ("Mr. Lizarraga") is an inventor of the dice covered by United States Patent No. 5,938,197 ("the '197 patent").

As grounds for this motion, Bowling relies on the Memorandum of Law filed herewith.

Michael Bowling,
By His Attorneys,

Date: December 19, 2007

s/Thomas J. Leach
Thomas J. Leach, MN (*pro hac vice*)
Anthony R. Zeuli (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Plaintiff Bowling's Motion in Limine to Exclude Testimony and Evidence that Albert Lizarraga is an Inventor or Co-Inventor* was filed through the ECF system on the 19th day of December, 2007, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/ Thomas J. Leach___________