# EXHIBIT B

# Merchant & Gould

An Intellectual Property Law Firm

90 South Seventh Street
Suite 3100
Minneapolis, Minnesota
55402-4131 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

## Fax Transmission | December 13, 1999

| | | | |
|---|---|---|---|
| To: | Edward M. O'Toole | From: | Julie R. Daulton |
| Company: | MARSHALL, O'TOOLE, GERSTEIN, MURRAY & BORUN | Our Ref.: | 12206.4USAA |
| | | Fax No.: | 612.332.9081 |
| Your Ref: | | Phone No.: | 612.336-4724 |
| Fax No.: | (312) 474-0448 | Total Pages: | 3 |
| Phone No.: | (321) 474-6300 | Return Fax To: | JRD |
| If Int'l: | | | |

Confirmation Via Mail: Yes ☒ No ☐

**Document Transmitted:** Letter

**Message:**

RECEIVED
DEC 13 1999
MARSHALL O'TOOLE

This transmission contains information that is confidential and/or legally privileged. It is intended for use only by the person to whom it is directed. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us

If you did NOT receive all of the pages, please call us in the U.S.A. at 612.336.4667 or fax us at 612.332.9081.

Received Time Dec. 13. 8:57AM Print Time Dec. 13. 8:59AM

# Merchant & Gould

An Intellectual Property Law Firm

90 South Seventh Street
Suite 3100
Minneapolis, Minnesota
55402-4131 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | 612.336.4724
jdaulton@merchant-gould.com

December 13, 1999

Edward M. O'Toole
MARSHALL, O'TOOLE, GERSTEIN,
MURRAY & BORUN
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6402

Re: Patent Infringement Investigation of Hasbro
M&G 12206.4-US-AA

Dear Mr. O'Toole:

We refer to our letter to Hasbro dated November 3, 1999 and our letter to you dated December 1, 1999.

In our November 3 letter, we demanded that Hasbro immediately cease and desist from making, using, selling, and offering for sale die designs covered by our client's U.S. Patent No. 5,938,197. This would include at least the dice utilized in the Monopoly Millennium Edition game. We also demanded an accounting.

We have not heard from you. In the meantime, our client has observed the marketing efforts for the Monopoly Millennium Edition game extensively in national advertising, including television commercials.

It is clear that Hasbro has chosen to disregard our client's patent. Hasbro has taken the path of willful, wanton, and deliberate patent infringement. This behavior is unacceptable.

In the meantime, Hasbro has refused to negotiate with our client, and instead, has selfishly chosen to disregard our client's intellectual property rights. In view of Hasbro's egregious behavior, we withdraw the settlement offer put forth in our November 3, 1999 letter. Instead, in exchange for a release for past patent infringement, and assuming sales no greater than 500,000 Monopoly Millennium Edition games with two dice each, our client will settle for a total cashout payment of $300,000. Thereafter, if we do not settle, we will seek increased damages under the statute and attorney's fees.

Edward M. O'Toole
December 13, 1999
Page 2

We request a response on or before December 22, 1999.

Very truly yours,

MERCHANT & GOULD P.C.

Julie R. Daulton

JRD/tdm