# EXHIBIT C

# Merchant & Gould

An Intellectual Property Law Firm

90 South Seventh Street
Suite 3100
Minneapolis, Minnesota
55402-4131 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact 612.336.4632
dwilliams@merchant-gould.com

December 22, 1999

Edward M. O'Toole
MARSHALL, O'TOOLE, GERSTEIN,
MURRAY & BORUN
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6402

Re: Patent Infringement Investigation of Hasbro
M&G 12206.4-US-AA

Dear Mr. O'Toole:

We do not believe that a jury will be even remotely sympathetic to Hasbro. Consequently, your settlement offer of $7500, in view of the manufacture and sales of more than a quarter of one million units, is not a serious response to our proposal.

We will hold you to the factual representations contained in your letter, and if there are any factual discrepancies, we will have further evidence to support our claim for attorneys' fees.

Please contact us by December 31, 1999 with a serious proposal if you have a good faith desire to settle this matter.

Very truly yours,

MERCHANT & GOULD P.C.

Douglas J. Williams

Douglas J. Williams
Julie R. Daulton

DJW/JRD/tdm

CONFIDENTIAL



Minneapolis/St. Paul