# EXHIBIT D

# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | Douglas J. Williams, Esq.
612.336.4632
dwilliams@merchant-gould.com

February 11, 2002

Edward M. O'Toole
Howrey Simon Arnold & White
321 North Clark Street
Chicago, IL 60610-4714

**Sent Via Facsimile**

Re: Patent Infringement Investigation of Hasbro
M&G 12206.4-US-AA

Dear Mr. O'Toole:

I left a phone message for you and haven't yet received a reply. I would like to discuss, one further time, the concept of a negotiated settlement rather than a litigated one. We proposed meeting with a mediator which was rejected by you. We then proposed a meeting between the parties, face-to-face, without a mediator, to see if the parties could reach resolution outside of Court. We continue to offer this option and would like to at least try to discuss this matter in person. We believe that it can't be a bad idea to try to meet in person.

I am concerned that Hasbro's seemingly intractable position is an indication that they feel that this is an unimportant matter. I believe that Hasbro should take this situation seriously and consider that its willful infringement, coupled with a course of steadfast refusal to even meet to discuss this matter, makes this a truly exceptional case. Hasbro should not take advantage of its tremendous economic power over my client by forcing him to file a lawsuit before you will even meet with him.

Consequently, we hereby propose to more than meet you "half-way". We will come to your offices in Chicago, at your convenience, and under your terms. All we want to do is meet in person to try to resolve this long-outstanding issue.

May we please have your prompt reply?

Very truly yours,

Douglas J. Williams

DJW/cmf

# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

RECEIVED
FEB 11 2002
HOWREY SIMON
ARNOLD & WHITE LLP

ORIGINAL

## Fax Transmission | February 11, 2002

| | | | |
|---|---|---|---|
| To: | Edward O'Toole | From: | Douglas J. Williams |
| Company: | Howrey Simon | Our Ref.: | 12206.4USAA |
| Your Ref: | | Fax No.: | 612.332.9081 |
| Fax No.: | 312.595.2250 | Phone No.: | 612.336-4632 |
| Phone No.: | 312.595.1239 | Total Pages: | |
| State/Country: | | E-Mail: | dwilliams@merchant-gould.com |
| Confirmation Via Mail: | ☐ Yes ☒ No | Return Fax To: | Carol Firner |

**Document Transmitted:**

**Message:**

This transmission contains information that is confidential and/or legally privileged. It is intended for use only by the person to whom it is directed. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us.

If you did NOT receive all of the pages, please call us in the U.S.A. at 612.336.4667 or fax us at 612.332.9081.