# EXHIBIT G

HOWREY SIMON ARNOLD & WHITE
HOWREY LLP
ATTORNEYS AT LAW

321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60610
PHONE 312.595.1239
FAX 312.595.2250
A LIMITED LIABILITY PARTNERSHIP

EDWARD M. O'TOOLE
PARTNER
312.595.2259
o'toolee@howrey.com

FILE 03238.0005.000000

November 15, 2001

BY FACSIMILE

Douglas J. Williams
Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215

Dear Mr. Williams:

I have received your voicemail suggesting a meeting between counsel and the principals in an attempt to negotiate a settlement of this controversy. I have discussed your suggestion with Hasbro and we both agree that such a meeting should not be necessary. In my letter of April 10, 2001, I set forth Hasbro's offer. We cannot justify negotiating upward from that amount for all of the reasons listed in our prior exchanges of correspondence over the past two years.

Very truly yours,

Edward M. O'Toole

Edward M. O'Toole

EMO:keb