# EXHIBIT A

Merchant & Gould
An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | 612.336.4665
tleach@merchant-gould.com

February 16, 2006

**VIA FACSIMILE**

Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

***Re: Bowling v. Hasbro, Inc.***
***C.A. No. 05-229S***
***M&G File No. 12206.4-US-ZA***

Dear Jeff:

This letter confirms our meet and confer of Friday, February 10, 2006. In that meet and confer we discussed, among other things, whether Hasbro searched its document storage facilities or its archives for responsive documents. You refused to confirm whether such locations had been searched and instead merely stated "Hasbro has met its discovery obligations." Please confirm whether these locations have been searched for responsive documents.

In addition, I specifically requested the license agreement between Hasbro and the owners of the rights to the Monopoly game ("the Monopoly License"), which was referenced during the 30(b)(6) deposition of Hasbro. As I stated, the Monopoly License falls squarely within Bowling's Request Nos. 74 and 75 and is directly relevant to the issues in this case. Hasbro refused to produce the Monopoly License.

Hasbro's overly narrow interpretation of Bowling's Request Nos. 74 and 75 makes me wonder how Hasbro is construing Bowling's other Document Requests and whether other responsive documents have been withheld based on other overly narrow interpretations. Learning of the Monopoly License is particularly troubling in that you have continuously represented that Hasbro has produce all responsive documents. It seems that is not the case.

Finally, I asked that Hasbro supplement its responses to Bowling's Interrogatory No. 4 and Document Request No. 42, which ask for financial information regarding the costs and sales of the Monopoly Millennium games. While you stated that Hasbro has more accurate information, you would not confirm when we would receive such information. We have been seeking this financial information for over five months now. Our requests have been met with pure stonewalling—Hasbro agrees to provide the information, yet it never does or, as I recently learned, Hasbro has provided inaccurate information. We even attempted to obtain this information through a 30(b)(6) deposition of Hasbro, but Hasbro failed to produce a competent witness. Hasbro's continued refusal to produce such documents and information is inappropriate litigation tactics.

As you know, Bowling's expert reports are due next week, and Hasbro still has not produced all the information necessary for our expert to conduct a proper analysis. For example, Hasbro has not provided accurate cost information concerning the games, and, as mentioned above, you have not produced the Monopoly License. In fact, the cost information Hasbro produced is inaccurate. The standard costs are based on the assumption that Hasbro sold 500,000 games in the first year. Hasbro, however, sold well over this number of games. Thus, in the documents Hasbro produced, the standard costs are artificially inflated to make it appear as if Hasbro's profits are less than they actually are. Please produce accurate financial information immediately.

This letter puts you on notice that because of Hasbro's refusal to produce accurate financial information, Bowling reserves the right to amend and supplement its expert reports to incorporate any new information received from Hasbro in connection with a motion to compel or otherwise. In addition, Bowling will seek its costs and fees not only for Hasbro's willful infringement, but also for Hasbro's continued discovery abuses and litigation misconduct.

Sincerely,

Thomas J. Leach

TJL:sgl

cc: Craig Scott (via facsimile)

MEMORY TRANSMISSION REPORT

PAGE : 001
TIME : FEB-16-06 14:42
TEL NUMBER1 : 6123329801
TEL NUMBER2 : 6123329081
NAME : Merchant & Gould

| | | |
|---|---|---|
| FILE NUMBER | : | 865 |
| DATE | : | FEB-16 14:40 |
| TO | : | ☎914017510604 |
| DOCUMENT PAGES | : | 004 |
| START TIME | : | FEB-16 14:40 |
| END TIME | : | FEB-16 14:42 |
| SENT PAGES | : | 004 |
| STATUS | : | OK |

FILE NUMBER : 865 *** SUCCESSFUL TX NOTICE ***

Merchant & Gould
An Intellectual Property Law Firm

Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

**Fax Transmission** | February 16, 2006

| | | | |
|---|---|---|---|
| To: | **Jeffrey K. Techentin** | From: | **Thomas J. Leach** |
| Company: | Adler Pollock & Sheehan P.C. | Our Ref.: | 12206.4USZA |
| Your Ref: | | Fax No.: | 612.332.9081 |
| Fax No.: | **401.751.0604** | Phone No.: | 612.332.5300 |
| Phone No.: | 401.274.7200 | Total Pages: | 4 (Including Cover Sheet) |
| State/Country: | | E-Mail: | tleach@merchant-gould.com |
| Confirmation Via Mail: | ☐ Yes ☒ No | Return Fax To: | Sarah G. Lewis |

Document Transmitted: Correspondence dated February 16, 2006.

This transmission contains information that is confidential and/or legally privileged. It is intended for use only by the person to whom it is directed. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us.

If you did NOT receive all of the pages, please call us in the U.S.A. at 612.332.5300 or fax us at 612.332.9081.

MEMORY TRANSMISSION REPORT

PAGE : 001
TIME : FEB-16-06 14:44
TEL NUMBER1 : 6123329801
TEL NUMBER2 : 6123329081
NAME : Merchant & Gould

| | | |
|---|---|---|
| FILE NUMBER | : | 866 |
| DATE | : | FEB-16 14:41 |
| TO | : | ☎914014550701 |
| DOCUMENT PAGES | : | 004 |
| START TIME | : | FEB-16 14:42 |
| END TIME | : | FEB-16 14:44 |
| SENT PAGES | : | 004 |
| STATUS | : | OK |

FILE NUMBER : 866 *** SUCCESSFUL TX NOTICE ***

Merchant & Gould
An Intellectual Property Law Firm

Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

**Fax Transmission** | February 16, 2006

| | | | |
|---|---|---|---|
| To: | Craig M. Scott | From: | Thomas J. Leach |
| Company: | Duffy Sweeney & Scott, Ltd | Our Ref.: | 12206.4USZA |
| Your Ref: | | Fax No.: | 612.332.9081 |
| Fax No.: | 401-455-0701 | Phone No.: | 612.332.5300 |
| Phone No.: | 401-455-0700 | Total Pages: | 4 (Including Cover Sheet) |
| State/Country: | | E-Mail: | tleach@merchant-gould.com |
| Confirmation Via Mail: | ☐ Yes ☒ No | Return Fax To: | Sarah Lewis |

Document Transmitted: Correspondence dated February 16, 2006.

This transmission contains information that is confidential and/or legally privileged. It is intended for use only by the person to whom it is directed. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us.

If you did NOT receive all of the pages, please call us in the U.S.A. at 612.332.5300 or fax us at 612.332.9081.