IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**PLAINTIFF MICHAEL BOWLING'S VOIR DIRE QUESTIONS**

1. Do you or any member of your family currently work for or have ever worked for Hasbro, Inc. or Crystal Caste?

2. How many of you have heard of any of the following companies: Hasbro, Inc. or Crystal Caste?

   How is it you know about this company?

3. Do any of you have a positive impression of Hasbro, Inc.?

4. Do any of you have a negative impression of Michael Bowling and/or Crystal Caste?

5. How many of you have ever invented something yourselves or know someone who has invented something?

   Did you ever apply for a patent?

   Was it granted?

   Did that product get marketed?

   How competitive is that market now?

6. Have any of you previously served on a jury?

   What verdict, if any, was reached?

Please tell us how you feel about serving again.

7. Have any of you or someone you know ever been involved in any way in a dispute over a patent, trademark or copyright?

Please tell us about that and any way in which you were involved.

8. Has any employer you've worked for ever been involved in a dispute about a patent, trademark or copyright?

Please tell us about that and any way in which you were involved.

9. How many of you have ever worked for a company which owned patents or trademarks on its products?

Tell us about that.

What involvement did you have with the patenting or trademark process?

10. Have any of you, or anyone you know, ever worked with the US Patent and Trademark Office, a patent attorney, or the patent department of a business?

11. Have any of you or someone you are close to had any other experiences with patents, trademarks or copyrights?

12. How many of you have some problems or disagreements with the patent system or patent laws in this country?

What kind of problems or disagreements?

13. Do any of you think that there should be any changes made to the patent system?

Please tell us about that.

Do you think it's too hard or too easy to get a patent?

14. Has any employer of yours, past or present, ever been sued by someone?

What was the nature of the lawsuit?

What was your personal involvement, if any, in that process?

15. Has any employer of yours ever sued someone else?

What was the nature of the lawsuit?

What was the outcome?

What was your personal involvement, if any, in that process?

Michael Bowling,
By His Attorneys,

Date: December 21, 2007

s/Thomas J. Leach

Anthony R. Zeuli *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within Plaintiff Michael Bowling's Voir Dire Questions was filed through the ECF system on the 21st day of December, 2007, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/ Thomas J. Leach__________