IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona, | : | |
| Plaintiff, | : | C.A. No. 05-229S |
| v. | : | |
| HASBRO, INC.,<br>a Rhode Island Corporation, | : | |
| Defendant. | : | |

**PLAINTIFF MICHAEL BOWLING'S STATEMENT OF THE FACTS**

Plaintiff, Michael Bowling ("Bowling"), hereby submits this Statement of the Facts in connection with the above-captioned matter.

**STATEMENT OF THE FACTS**

**1. Introduction**

This case involves Hasbro, Inc.'s ("Hasbro") willful infringement of Bowling's U.S. Patent No. 5,938,197 ("the '197 patent") for innovative dice. Knowing of Bowling's '197 patent rights, and without permission, Hasbro copied Bowling's patented dice and included them in its futuristic Monopoly Millennium Edition board game in 1999. Bowling asked Hasbro to stop selling games that included the infringing dice. In response, Hasbro assured Bowling that it had stopped selling the accused dice. However, Hasbro intentionally continued to disregard Bowling's patent rights and sold the infringing dice through the 1999 Holiday Season and beyond.

Hasbro countersued Bowling for copyright infringement of copyrights on three monsters figures, namely the beholder, cockatrice, and mind flayer. Bowling denies that Hasbro owns valid copyrights or that he infringed these copyrights.

**2. Michael Bowling's Dice Invention**

In 1997, Bowling invented unique dice. In 1998, Bowling applied to the United States Patent and Trademark Office for a patent on his unique dice. Bowling then started a company named "Crystal Caste" to sell his new dice. Below are examples of Bowling's patented dice:



The dice were an instant success. At the 1998 Gen Con trade show, Bowling sold all 10,000 of his innovative dice. At that tradeshow, Bowling had signs stating that his new dice were patent pending.

Hasbro's director of game design, Mike Gray, attended the 1998 trade show and saw Bowling's new dice. Sometime thereafter, Hasbro included the accused dice shown below for use in its Monopoly Millennium Edition game the:



By mid 1999, Hasbro was already selling its Monopoly Millennium game, which contained the accused dice.[1]

On August 17, 1999, the U.S. Patent and Trademark Office granted Bowling the '197 patent, entitled Random Number Generator for Game Playing, for his unique dice.

[1] Hasbro's activities prior the issuance of the '197 patent are not included in Bowling's damages calculations.

Figures 1, 4, and 5 from the '197 patent illustrate one embodiment of Bowling's innovative new dice:




Though the dice illustrated in Figures 1, 4, and 5 have numbers on each facet, the patent covers the dice with or without insignia, such as numbers, or, as in Hasbro's case, dots that represent different values.

**3. Bowling Properly Marked**

Before Bowling's patent issued, Bowling included stickers that read "patent pending" in the bags of dice he sold. Just before the '197 patent issued, Bowling changed the sticker from "patent pending" to "U.S. Patent # 5,938,197" and affixed them to display tubs used to sell his crystal dice and included a patent-number sticker in all bags of dice sold. In addition to placing patent-number stickers on the tubs and in the individual bags, Bowling instructed all of his distributor and retail customers to mark his dice displays with the patent number. He provided them with patent-number stickers to place on any bins containing the dice.

Bowling personally contacted his distributor and retail customers by phone, instructing them to mark their bins with the patent-number sticker. On August 15, 1999, two days before Bowling's '197 patent issued, Bowling sent formal letters to his distributor and retail customers including stickers bearing "U.S. Patent # 5,938,197," instructing them to affix the patent-number stickers to all containers, bags or tubs used to sell his patented dice. Bowling explained that "[i]t

is important that all Crystal Caste™ dice on display be labeled with our sticker identifying our patent protection. If you need more [stickers] please contact us at (888) 3CC-DICE." The letter also explained that Crystal Caste would be placing patent stickers on its tubs and in the bags of loose dice.

Additionally, Bowling sent a marking letter to his distributors stressing that it was "important that all Crystal Caste™ dice out in the stores, or in your inventory, today be labeled with our sticker identifying the patent protection." Bowling instructed his distributors to label all of their Crystal Caste™ containers with the sticker and place a patent sticker in each bag of dice sold. Bowling's marking letter also instructed the distributors to send a patent-number sticker to all of their retail customers so they too could appropriately mark any containers holding the patented dice.

After Bowling sent out patent-number stickers and instructed his customers to mark the dice, Bowling periodically received requests from both his distributors and retailers asking for more stickers or replacement tubs. Bowling affixed patent-number stickers on the replacement tubs or new display tubs that went out. To ensure that his employees were properly marking the packaging, Bowling would visit the factory.

On November 3, 1999, Bowling informed Hasbro of its willful infringement. Thus, in addition to giving Hasbro constructive notice through marking, Bowling provided Hasbro actual notice on November 3, 1999.

**4. Hasbro Willfully Infringed Bowling's '197 Patent**

Hasbro copied Bowling's die design and included it in its Monopoly Millennium Edition game. Despite knowing about Bowling's patent rights and that it infringed those patent rights, Hasbro continued to sell the infringing games right through the Holiday Season and beyond.

Hasbro prominently displayed the infringing dice on the packaging, as shown below with enlarged pictures of Hasbro's infringing dice:







Hasbro also touted on the packaging that the game includes "Futuristic, Multifaceted Dice..."




On September 30, 1999, *after* Hasbro was already using Bowling's patented dice in its Monopoly Millennium Edition game, Hasbro wrote a letter to Bowling *expressing an interest in possibly using* the dice disclosed in Bowling's '197 patent. When Bowling learned that Hasbro was already using his patented dice, he realized that Hasbro's letter was misleading and contacted his patent counsel, who wrote Hasbro.

On December 22, 1999, Hasbro responded that it had sold 269,000 Monopoly games including the accused dice and that it would not sell anymore. Hasbro explicitly stated "no production or sales have taken place since November 1, 1999." Despite Hasbro's representations, however, Bowling confirmed that Hasbro continued selling its Monopoly Millennium Edition game containing the infringing dice through the Holiday Season, willfully infringing his patent. When Bowling raised this issue with Hasbro, Hasbro admitted that another 184,000 games including the infringing dice were "inadvertently" shipped in November and December 1999. Hasbro again assured Bowling that it had stopped selling games that included the infringing dice. Unable to resolve this dispute, Bowling sued Hasbro for willfully infringing

his ‘197 patent and for damages. In discovery, Hasbro now admits that it sold an additional 103,828 games, bringing the total infringing games to 556,828.

**5. Crystal Caste’s Sales of Elfsera EM-4 Miniatures**

In 2003, Crystal Caste purchased some box sets of monster miniature figurines manufactured by eM-4 to resell. Neither Bowling nor Crystal Caste had anything to do with the design or manufacture of the eM-4-Miniatures.

Hasbro has asserted a counterclaim against Bowling, alleging copyright infringement for his sale of the eM-4 miniatures. Bowling denies that Hasbro owns valid copyrights or that he infringed these copyrights. Hasbro alleges that three figures called beholder, mind flayer, and cockatrice infringe its copyrights. As soon as Hasbro alleged that it owned copyrights in three of the figures contained in the eM-4 miniature set, Crystal Caste immediately stopped selling them and returned any extras to eM-4. In total, Crystal Caste sold 18 eM-4 monster miniature sets. Its profits were $168.00 from those sales.

Michael Bowling,
By His Attorneys

Date: December 21, 2007

s/Thomas J. Leach

Anthony R. Zeuli (*pro hac vice*)
Thomas J. Leach, (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (R.I. Bar #4237)
Christine K. Bush, Esq. (R.I. Bar #5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

## CERTIFICATE OF SERVICE

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within Plaintiff Michael Bowling's Statement of the Facts was filed through the ECF system on the 21st day of December, 2007, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/ Thomas J. Leach__________