UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**PROPOSED VOIR DIRE OF DEFENDANT, HASBRO INC.**

QUESTION NO. 1. Does anyone on the panel know Plaintiff Michael Bowling or any member of his counsels' two law firms?

QUESTION NO. 2. Does anyone on the panel work for the Defendant, Hasbro or has an immediate family member working for Hasbro? If so:

a. Who has worked for Habro, Inc.?

b. When?

c. In what capacity?

QUESTION NO. 3. Is anyone on the panel a dice collector or does anyone on the panel have an immediate family member who is involved in dice or dice collecting?

QUESTION NO. 4. Has anyone on the panel applied for a patent or received a patent? If so, please explain the invention and circumstances of your application.

QUESTION NO. 5. Does anyone on the panel consider themselves a professional inventor? If so, what have you invented?

QUESTION NO. 6. Does anyone on the panel have experience with copyrights or enforcing copyrights? If so, explain that experience.

QUESTION NO. 7. Has anyone on the panel ever served as a juror before?

a. If you have served before, please identify the type of the case.

b. If you have served as a juror before, did that case go to verdict?

c. If the case went to verdict, describe the case and what the decision was?

QUESTION NO. 8. Has anyone ever been a litigant in a civil case?

a. If you have been a litigant, were you the plaintiff or defendant?

b. Describe the case in which you were involved.

QUESTION NO. 9. Does anyone on the panel have any familiarity with the patent application process, patent protection or in any form patent litigation?

QUESTION NO. 10. Does anyone have any particular knowledge about licensing process or litigation concerning licensing?

QUESTION NO. 10 Does anyone on the panel have any personal experience in the manufacturing business?

If so, please describe what products are being made, as well as where and when.

QUESTION NO. 11 Does anyone on the panel like to play board games?

If so, what games are among the favorites?

QUESTION NO. 12 Does anyone on the panel have a version of the game Monopoly at home?

If so, what version or versions do you have?

QUESTION NO. 13 Does anyone on the panel like to play what are generally described as role playing games, such as Dungeons and Dragons?

If so, what types of role playing games do you play?

QUESTION NO. 14 Does anyone on the panel have any reason to believe that he/she could not act as a fair and impartial jury in a case including issues of patent law between Michael Bowling and Hasbro, Inc.?

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin
Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: December 21, 2007

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Anthony R. Zeuli, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Proposed *Voir Dire* of Defendant Hasbro, Inc. through the ECF system on the 21st day of December, 2007, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

/s/ Jeffrey K. Techentin________

*435736_1*