UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL BOWLING, a Resident of Arizona, Plaintiff, v. HASBRO, INC., a Rhode Island corporation, Defendant. | Civil Action No. CA 05-229 S |

**HASBRO, INC.'S BRIEF STATEMENT OF FACTS**

Pursuant to the Court's Trial Notice, Hasbro, Inc. presents its Brief Statement of Facts.

The matter before the Court is a case in which Michael Bowling alleges patent infringement by Hasbro, and Hasbro alleges copyright infringement by Mr. Bowling.

In July of 1998, Eileen Sefchick, a Hasbro Toy Designer, designed an unusually-shaped die to be utilized as a component in a new version of its Monopoly board game. This new version, called Monopoly Millennium Edition, was designed for release around the turning of the year 2000. Over the course of the next year, the dice designed by Ms. Sefchick were prototyped, tooled, and manufactured to be included in this special Monopoly edition. Ultimately, Hasbro began to sell its Monopoly Millennium Edition with this new die in the late spring of 1999.

On August 17, 1999, Michael Bowling received a patent for a particular shape for dice, similar to those included in the Monopoly Millennium Edition. The patent is referred to as the '197 Patent. Shortly thereafter, a paralegal in Hasbro's legal depart-

ment became aware of the existence of the ‘197 patent by reviewing the US Patent and Trademark Office’s official Patent Gazette, which is a weekly publication showing newly-issued patents. After Hasbro found out about Mr. Bowling’s patent, it initiated communications with Mr. Bowling about licensing this patent. Ultimately, no agreement was reached and these communications ended.

On November 2, 1999, Hasbro issued a specification change directing that its new dice no longer be included in future shipments of the Monopoly Millennium Edition game.

Mr. Bowling alleges that Hasbro infringed upon his ‘197 Patent both before and after Hasbro issued that specification change. Mr. Bowling is seeking damages for that infringement.

Hasbro’s claim against Mr. Bowling is a separate issue. Hasbro manufactures and sells a game called Dungeons and Dragons, and has various copyrights relating to that game. Hasbro contends that Mr. Bowling infringed its copyrights by selling certain small figurines that it claims are copies or derivatives of Hasbro’s copyrighted material. Hasbro is seeking damages for that infringement.

HASBRO, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin________

Todd D. White (#5943)
Jeff Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: December 21, 2007

Of counsel:

David K. S. Cornwell
Tracy-Gene G. Durkin
Sterne Kessler Goldstein Fox
1100 New York Avenue NW
(202) 371-2600
Fax: (202) 371-2540

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Douglas J. Williams, Esq.
Anthony R. Zeuli, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Brief Statement of Facts through the ECF system on the 21st day of December, 2007, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

/s/ Jeffrey K. Techentin_________

*436534_1.doc*