# EXHIBIT B

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.go

## *Ex Parte* Reexamination Filing Data - June 30, 2006

1. Total requests filed since start of ex parte reexam on 07/01/81 .................................... 8084

| | | |
|---|---|---|
| a. By patent owner | 3313 | 41% |
| b. By other member of public | 4606 | 57% |
| c. By order of Commissioner | 165 | 2% |

2. Number of filings by discipline

| | | |
|---|---|---|
| a. Chemical Operation | 2496 | 31% |
| b. Electrical Operation | 2608 | 32% |
| c. Mechanical Operation | 2980 | 37% |

3. Annual Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 340 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation ................................................ 1895 23%

5. Determinations on requests ........................................................................ 7852

a. No. granted ........................................................................ 7160 .................. 91%

| | |
|---|---|
| (1) By examiner | 7054 |
| (2) By Director (on petition) | 106 |

b. No. denied ........................................................................ 692 ..................... 9%

| | |
|---|---|
| (1) By examiner | 657 |
| (2) Order vacated | 35 |

6. Total examiner denials (includes denials reversed by Director) .......................................763

| | | |
|---|---|---|
| a. Patent owner requester | 430 | 56% |
| b. Third party requester | 333 | 44% |

7. Overall reexamination pendency (Filing date to certificate issue date)

| | |
|---|---|
| a. Average pendency | 22.8 (mos.) |
| b. Median pendency | 17.6 (mos.) |

| 8. Reexam certificate claim analysis: | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 29% | 13% | 26% |
| b. All claims cancelled | 7% | 12% | 19% | 10% |
| c. Claims changes | 70% | 59% | 68% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present) ..................................5433

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 1410 | 26% |
| b. Certificates with all claims canceled | 554 | 10% |
| c. Certificates with claims changes | 3469 | 64% |

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

a. Certificates _ PATENT OWNER REQUESTER ...................................................2360

| | | |
|---|---|---|
| (1) All claims confirmed | 543 | 23% |
| (2) All claims canceled | 174 | 7% |
| (3) Claim changes | 1643 | 70% |

b. Certificates _ 3rd PARTY REQUESTER ............................................................2934

| | | |
|---|---|---|
| (1) All claims confirmed | 849 | 29% |
| (2) All claims canceled | 353 | 12% |
| (3) Claim changes | 1732 | 59% |

c. Certificates _ COMM'R INITIATED REEXAM ...................................................139

| | | |
|---|---|---|
| (1) All claims confirmed | 18 | 13% |
| (2) All claims canceled | 27 | 19% |
| (3) Claim changes | 94 | 68% |