IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE PLAINTIFF FROM PROFFERING EVIDENCE REGARDING AGREEMENTS TO MARK THE PATENTED DICE WITH THE PATENT NUMBER**

Plaintiff Michael Bowling ("Bowling") hereby objects to Defendant's Motion in *Limine* to Preclude Plaintiff from Proffering Evidence Regarding Agreements to Mark the Patented Dice with the Patent Number. As grounds for this Objection, Bowling relies on the Memorandum of Law filed herewith.

Michael Bowling,
By His Attorneys,

Date: January 7, 2008

s/Thomas J. Leach____________
Anthony R. Zeuli, MN *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)