IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE SUPPLEMENTAL *DAUBERT* POST-HEARING BRIEF REGARDING HASBRO'S MOTION IN LIMINE TO PRECLUDE TESTIMONY OF PLAINTIFF'S EXPERT WITNESS, NEIL LAPIDUS**

Plaintiff Michael Bowling ("Bowling") herby moves for enlargement of time for the parties to file their supplemental *Daubert* post-hearing briefs regarding Hasbro's Motion in Limine to Preclude Testimony of Plaintiff's Expert Witness, Neil Lapidus until February 11, 2008. After the hearing, the parties learned that the transcript of Mr. Sussman's testimony will not be available until February 6, 2008. Accordingly, Bowling respectfully requests that the parties have until February 11, 2008, to file their supplemental *Daubert* post-hearing briefs so as to have adequate time to consider Mr. Sussman's testimony and incorporate it into their supplemental briefs.

Counsel for Hasbro has assented to this Motion.

Plaintiff,
Michael Bowling,
By his attorneys,

Date: January 31, 2008

s/Thomas J. Leach
Anthony R. Zeuli, *pro hac vice*
Thomas J. Leach, *pro hac vice*
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

-and-

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATION**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Assented to Motion for Enlargement of Time to File Supplemental Daubert Post-Hearing Brief Regarding Hasbro's Motion in Limine to Preclude Testimony of Plaintiff's Expert Witness, Neil Lapidus* was filed through the ECF system on the 31st day of January, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

s/Thomas J. Leach____________
Thomas J. Leach