IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**BOWLING'S MOTION FOR RECONSIDERATION OF BOWLING'S MOTION IN *LIMINE* TO EXCLUDE REFERENCE TO REEXAMINATION PROCEEDINGS OR ALTERNATIVELY TO CLARIFY THE COURT'S ORDER**

Plaintiff Michael Bowling ("Bowling") hereby moves for reconsideration of the Court's Order of January 24, 2008, denying Bowling's motion *in limine* to exclude Hasbro, Inc. ("Hasbro") from referencing the reexamination. Alternatively, Bowling moves that the Court clarify its earlier decision to limit Hasbro to mentioning the reexamination only in its opening and closing arguments just as the Court limited Bowling from mentioning the presumption of validity.

As grounds for this motion, Bowling relies on the Memorandum of Law filed herewith.

Michael Bowling,
By His Attorneys,

Date: February 6, 2008

s/ Thomas J. Leach
Anthony R. Zeuli, MN *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Bowling's Motion For Reconsideration Of Bowling's Motion In Limine to Exclude Reference To Reexamination Proceedings or Alternatively To Clarify The Court's Order* was filed through the ECF system on the 6th day of February, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/Thomas J. Leach
Thomas J. Leach