# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona, | : | |
| Plaintiff, | : | C.A. No. 05-229S |
| v. | : | |
| HASBRO, INC.,<br>a Rhode Island Corporation, | : | |
| Defendant. | : | |

**BOWLING'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Plaintiff Michael Bowling ("Bowling") hereby moves for an Order of this Court allowing Bowling to file a Motion for Reconsideration of the Court's Order of January 24, 2008, denying Bowling's motion *in limine* to exclude Hasbro, Inc. ("Hasbro") from referencing the reexamination or in the alternative to clarify its Order and limit Hasbro to mention the reexamination briefly in its opening and closing arguments.

As grounds for this Motion, Bowling relies on the Memorandum of Law in Support of Bowling's Motion for Reconsideration filed herewith.

Michael Bowling,
By His Attorneys,

Date: February 6, 2008

s/ Thomas J. Leach
Anthony R. Zeuli, MN *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)