UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**NOTICE BY HASBRO, INC. OF REQUEST FOR JUDICIAL NOTICE**

Defendant/Plaintiff-in-Counterclaim Hasbro, Inc. ("Hasbro") respectfully gives notice of its request for judicial notice, pursuant to Federal Rule of Evidence 201 and the inherent authority of the Court, of the following:

I. That Hasbro has registered with the United States Copyright Office the following twenty-one (21) works, which have been issued the associated registration number by the United States Copyright Office, and that the pages attached to each record of registration comprise a true copy of a portion of the copyrighted work:

A. Registration No. TX-1-314-910: *Dungeons & Dragons: Suppl. II, Blackmoor*, published on August 15, 1975 and registered on September 12, 1983 by TSR Games (**Exhibit A**);

B. Registration No. TX-1-314-908: *Dungeons & Dragons : suppl. I, Greyhawk*, published on January 15, 1975 and registered on September 12, 1983 by Tactical Studies Rules (**Exhibit B**);

C. Registration No. TX-2-191-165: *Waterdeep and the north : Advanced Dungeons and Dragons official game accessory*, published on October 20, 1987 and registered

on November 16, 1987 by TSR Inc. (**Exhibit C**);

D. Registration No. TX-2-653-882: *Monstrous Compendium*, published on June 20, 1989 and registered on September 15, 1989 by TSR Inc. (**Exhibit D**);

E. Registration No. TX-2-818-515: *Wildspace*, published on January 16, 1999 and registered on May 24, 1990 by TSR, Inc. (**Exhibit E**);

F. Registration No. TX-3-643-953: *Thoughts of Darkness*, published on September 11, 1992 and registered on October 23, 1992 by TSR, Inc. (**Exhibit F**);

G. Registration No. TX-3-223-879: *Rules Cyclopedia*, published on October 3, 1991 and registered on December 19, 1991 by TSR, Inc. (**Exhibit G**);

H. Registration No. TX-4-182-004: *Night below : an Underdark campaign : the ultimate dungeon*, published on November 15, 1995 and registered on December 21, 1995 by TSR, Inc., claiming copyright in text and art therein (**Exhibit H**);

I. Registration No. TX-4-143-286: *Labyrinth of Madness*, published on July 23, 1995 and registered on October 17, 1995 by TSR, Inc. (**Exhibit I**);

J. Registration No. TX-4-334-620: *I, Tyrant*, published on June 17, 1996 and registered on July 19, 1996 by TSR, Inc. (**Exhibit J**);

K. Registration No. TX-5-364-554: *Psionics Handbook*, published on March 1, 2001 and registered on March 19, 2001 by Wizards of the Coast, Inc. (**Exhibit K**);

L. Registration No. TX-5-817-950: *Dungeons & Dragons role playing games: monster manual*, *v.3.5*, published on July 15, 2003 and registered on September 19, 2003 by Wizards of the Coast, Inc. (**Exhibit L**).

M. Registration No. TX-6-001-623: *Expanded Psionics Handbook*, published on April 15, 2004 and registered on June 11, 2004 by Wizards of the Coast, Inc. (**Exhibit M**);

N. Registration No. VA-934-193: *Dawn of the Overmind*, published on October 12, 1998 and registered on November 12, 1998 by TSR, Inc. (**Exhibit N**);

O. Registration No. VA-941-205: *Masters of eternal night*, published on August 31, 1998 and registered on September 24, 1998 by TSR, Inc. (**Exhibit O)**;

P. Registration No. VA-1-290-492: *Dungeons & dragons miniature game: Aberations release*, published on October 15, 2004 and registered on November 12, 2004 by Wizards of the Coast, Inc. (**Exhibit P**);

Q. Registration No. TX 240-040: *Advanced dungeons & dragons : special reference work : monster manual : an alphabetical compendium of all of the monsters found in advanced dungeons & dragons, including attacks, damage, special abilities and descriptions*, published on December 28, 1977 and registered on June 21, 1978 by TSR Games (a division of TSR Hobbies, Inc.) (**Exhibit Q**);

R. Registration No. TX-2-696-301: *Spelljammer game*, published on September 21, 1989 and registered on November 13, 1989 by TSR, Inc. (**Exhibit R**);

S. Registration No. TX-2-818-037: *Lost Ships*, published on March 21, 1990 and registered on May 24, 1990 by TSR, Inc., claiming copyright in text and art therein (**Exhibit S**);

T. Registration No. TX-3-347-464: *Monster mythology Advanced Dungeons & Dragons : dungeon master's guide : rules supplement*, published on April 16, 1992 and registered on June 29, 1992 by TSR, Inc. (**Exhibit T**);

U. Registration No. VA-1-129-786: *Dungeons & Dragons campaign accessory Forgotten Realms : lords of darkness*, published on October 22, 2001 and registered on November 7, 2001 by Wizards of the Coast, Inc. (**Exhibit U**);

V. Registration No. TX-5-442-129: *Dungeons & Dragons : Return to the temple of elemental evil*, published on June 25, 2001 and registered on September 27, 2001 by Wizards of the Coast, Inc. (**Exhibit V**);

W. Registration No. TX-5-994-299: *Book of Exalted Deeds*, published on October 15, 2003 and registered on October 31, 2003 by Wizards of the Coast, Inc. (**Exhibit W**);

X. Registration No. VA-1-221-452: *Dungeons & Dragons miniatures : entry pack ; Dungeons & Dragons miniatures : harbinger expansion pack*, published on September 26, 2003 and registered on October 24, 2003 by Wizards of the Coast, Inc. (**Exhibit X**); and

Y. Registration No. TX-6-054-400: *Monster Manual III*, published on September 15, 2004 and registered on October 15, 2004 by Wizards of the Coast, Inc. (**Exhibit Y**).

II. That TSR, Inc., also known as TSR games, TSR Hobbies, Inc., and Tactical Studies Rules, licensed to Hasbro its right, title, and interest in the copyrighted works, and the right to enforce such copyright interests has been delegated to Hasbro.

III. That Wizards of the Coast, Inc. licensed to Hasbro its right, title, and interest in the copyrighted works, and the right to enforce such copyright interests has been delegated to Hasbro.

Because these facts are capable of being determined by an accurate and ready source, are relevant to the issues in this case and are not subject to reasonable dispute, Hasbro respectfully moves the Court to take judicial notice of these facts. The grounds for this Motion are set forth in full in the accompanying Memorandum of Law.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin___________
Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: February 29, 2008

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF**
**NOTICE BY HASBRO, INC. OF REQUEST FOR JUDICIAL NOTICE**

Defendant/Plaintiff-in-Counterclaim Hasbro, Inc. ("Hasbro") respectfully submits this Memorandum of Law in support of its Notice of Request for Judicial Notice. The following facts are appropriate for judicial notice because they are readily ascertainable from an available source and influence the central issues in this case. None is disputed.

## I. The Subject Facts of Hasbro's Request for Judicial Notice

Hasbro respectfully requests judicial notice of the following undisputed facts and accompanying exhibits:

A. That Hasbro has registered with the United States Copyright Office the following twenty-one (21) works, which have been issued the associated registration number by the United States Copyright Office, and that the pages attached to each record of registration comprise a true copy of a portion of the copyrighted work:

1. Registration No. TX-1-314-910: *Dungeons & Dragons: Suppl. II, Blackmoor*, published on August 15, 1975 and registered on September 12, 1983 by TSR Games (Exhibit A);

2. Registration No. TX-1-314-908: *Dungeons & Dragons : suppl. I, Greyhawk*, published on January 15, 1975 and registered on September 12, 1983 by Tactical Studies Rules (Exhibit B);

3. Registration No. TX-2-191-165: *Waterdeep and the north : Advanced Dungeons and Dragons official game accessory*, published on October 20, 1987 and registered on November 16, 1987 by TSR Inc. (Exhibit C);

4. Registration No. TX-2-653-882: *Monstrous Compendium*, published on June 20, 1989 and registered on September 15, 1989 by TSR Inc. (Exhibit D);

5. Registration No. TX-2-818-515: *Wildspace*, published on January 16, 1999 and registered on May 24, 1990 by TSR, Inc. (Exhibit E);

6. Registration No. TX-3-643-953: *Thoughts of Darkness*, published on September 11, 1992 and registered on October 23, 1992 by TSR, Inc. (Exhibit F);

7. Registration No. TX-3-223-879: *Rules Cyclopedia*, published on October 3, 1991 and registered on December 19, 1991 by TSR, Inc. (Exhibit G);

8. Registration No. TX-4-182-004: *Night below : an Underdark campaign : the ultimate dungeon*, published on November 15, 1995 and registered on December 21, 1995 by TSR, Inc., claiming copyright in text and art therein (Exhibit H);

9. Registration No. TX-4-143-286: *Labyrinth of Madness*, published on July 23, 1995 and registered on October 17, 1995 by TSR, Inc. (Exhibit I);

10. Registration No. TX-4-334-620: *I, Tyrant*, published on June 17, 1996 and registered on July 19, 1996 by TSR, Inc. (Exhibit J);

11. Registration No. TX-5-364-554: *Psionics Handbook*, published on March 1, 2001 and registered on March 19, 2001 by Wizards of the Coast, Inc. (Exhibit K);

12. Registration No. TX-5-817-950: *Dungeons & Dragons role playing games: monster manual*, *v.3.5,* published on July 15, 2003 and registered on September 19, 2003 by Wizards of the Coast, Inc. (Exhibit L).

13. Registration No. TX-6-001-623: *Expanded Psionics Handbook*, published on April 15, 2004 and registered on June 11, 2004 by Wizards of the Coast, Inc. (Exhibit M);

14. Registration No. VA-934-193: *Dawn of the Overmind*, published on October 12, 1998 and registered on November 12, 1998 by TSR, Inc. (Exhibit N);

15. Registration No. VA-941-205: *Masters of eternal night*, published on August 31, 1998 and registered on September 24, 1998 by TSR, Inc. (Exhibit O);

16. Registration No. VA-1-290-492: *Dungeons & dragons miniature game: Aberations release*, published on October 15, 2004 and registered on November 12, 2004 by Wizards of the Coast, Inc. (Exhibit P);

17. Registration No. TX 240-040: *Advanced dungeons & dragons : special reference work : monster manual : an alphabetical compendium of all of the monsters found in advanced dungeons & dragons, including attacks, damage, special abilities and descriptions*, published on December 28, 1977 and registered on June 21, 1978 by TSR Games (a division of TSR Hobbies, Inc.) (Exhibit Q);

18. Registration No. TX-2-696-301: *Spelljammer game*, published on September 21, 1989 and registered on November 13, 1989 by TSR, Inc. (Exhibit R);

19. Registration No. TX-2-818-037: *Lost Ships*, published on March 21, 1990 and registered on May 24, 1990 by TSR, Inc., claiming copyright in text and art therein (Exhibit S);

20. Registration No. TX-3-347-464: *Monster mythology Advanced Dungeons & Dragons : dungeon master's guide : rules supplement*, published on April 16, 1992 and registered on June 29, 1992 by TSR, Inc. (Exhibit T);

21. Registration No. VA-1-129-786: *Dungeons & Dragons campaign accessory Forgotten Realms : lords of darkness*, published on October 22, 2001 and registered on November 7, 2001 by Wizards of the Coast, Inc. (Exhibit U);

22. Registration No. TX-5-442-129: *Dungeons & Dragons : Return to the temple of elemental evil*, published on June 25, 2001 and registered on September 27, 2001 by Wizards of the Coast, Inc. (Exhibit V);

23. Registration No. TX-5-994-299: *Book of Exalted Deeds*, published on October 15, 2003 and registered on October 31, 2003 by Wizards of the Coast, Inc. (Exhibit W);

24. Registration No. VA-1-221-452: *Dungeons & Dragons miniatures : entry pack ; Dungeons & Dragons miniatures : harbinger expansion pack*, published on September 26, 2003 and registered on October 24, 2003 by Wizards of the Coast, Inc. (Exhibit X); and

25. Registration No. TX-6-054-400: *Monster Manual III*, published on September 15, 2004 and registered on October 15, 2004 by Wizards of the Coast, Inc. (Exhibit Y).

B. That TSR, Inc., also known as TSR games, TSR Hobbies, Inc., and Tactical Studies Rules, licensed to Hasbro its right, title, and interest in the copyrighted works, and the right to enforce such copyright interests has been delegated to Hasbro.

C. That Wizards of the Coast, Inc. licensed to Hasbro its right, title, and interest in the copyrighted works, and the right to enforce such copyright interests has been delegated to Hasbro.

## II. <u>Argument</u>

The facts set forth in Section I are undisputed "adjudicative facts," which are appropriate for judicial notice pursuant to Rule 201 of the Federal Rules of Evidence. Fed. R. Ev. 201(a), *advisory committee's note*. Rule 201 permits a court may take judicial notice of a fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Each of those qualifications is easily met by the proffered facts: the registrations are public records from the United States Copyright Office and it is facially apparent that the associated pages (all of which have been produced in the context of this litigation to the Plaintiff) are reproductions of the registered works. The assignments of the copyrights to Hasbro (which is the owner of the subsidiary companies that, in turn, own the works in question) are beyond dispute.

Adjudicative facts are generally considered to be facts about the parties or the events involved in the case that can be established without being entered into evidence through the traditional means. *See id.*; *Getty Petroleum Mktg., Inc. v. Capital Terminal Co.*, 391 F.3d 312, 321 (1st Cir. 2004). A court may notice an adjudicative fact when that fact is wholly undisputed by the parties and is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. *See* Fed. R. Ev. 201 (b)(2). Judicial notice may be taken under Rule 201 when an adjudicative fact is relevant to what occurred in a particular case

or helpful in interpreting the circumstances or the applicable law. *See United States v. Bello,* 194 F.3d 18, 22-23 (1st Cir. 1999).

Hasbro's counterclaim is for copyright infringement by the Plaintiff, who unlawfully sold figurines copied from Hasbro's copyrighted works, including the registered copyrighted works that are the subject of this motion. Hasbro submits that it is beyond dispute that the copyright registrations are valid. There is also no dispute that Hasbro has acquired Wizards of the Coast, Inc. and, through that acquisition, TSR, Inc. (a/k/a TSR Hobbies, Inc., Tactical Studies Rules, and TSR Games). In connection with those acquisitions, both TSR, Inc. and Wizards of the Coast, Inc., licensed all of their present and future copyrights to Hasbro and delegated the right to enforce such copyrights to Hasbro. *See* Declaration of Paul Vanasse at ¶¶ 28-33 and **Exhibits AA** and **BB** thereto. There is no dispute that Exhibits A through Y comprise the records of registration available from the United States Copyright Office database and pages from the associated works. Consequently, these facts are outside the area of reasonable controversy and, in the interests of judicial economy, do not need to be proven through the traditional evidentiary process and procedures. Accordingly, Hasbro respectfully moves this Court to notice the adjudicative facts stated in paragraphs A through C above, and the content of the corresponding Exhibits A through Y.

Although only the facts of a case are considered "adjudicative facts" under the Federal Rules of Evidence, this does not preclude the Court from taking judicial notice of non-adjudicative facts. *See* Fed. R. Ev. 201, *advisory committee's note*. Rule 44 of the Federal Rules of Civil Procedure provides processes by which official records may be authenticated. *See* Fed. R. Civ. P., Rule 44. Although official records may be authenticated pursuant to Rule 44, this established procedure "does not prevent the proof of official records or of entry or lack of entry

therein by any other method authorized by law." Judicial notice is not a mechanism for providing "proof" of a particular fact, but it is a lawful method of accepting a particular fact as conclusive. *See Bello*, 194 F.3d at 25 (citing Fed. R. Ev. 201(g)).

One way to authenticate an official record of the United States Copyright Office under Rule 201 of the Federal Rules of Civil Procedure is to have a public officer of the Copyright Office certify that it has assigned the respective registration numbers to the works registered with the Copyright Office, and that Exhibits A through Y contain a accurate and complete copies of the registration records for those works. In this case, however, these facts are not in dispute. Additionally, the authenticity of the records contained in Exhibits A through Y is readily ascertainable from the documents themselves. Thus, in the interest of judicial economy, Hasbro respectfully moves this Court to take judicial notice that Exhibits A through Y are the Copyright Office's complete and accurate records for the registrations of the associated works.

## III. Conclusion

For the foregoing reasons, Hasbro respectfully requests that the Court take judicial notice of the aforementioned facts and records.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin___________
Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: February 29, 2008

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Notice by Hasbro, Inc. of Request for Judicial Notice and the Memorandum of Law in support thereof through the ECF system on the 29th day of February, 2008, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

/s/ Jeffrey K. Techentin_________

*445853_1*