Copyright United States Copyright Office

Exhibit A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Document Number = TX 001314910
Search Results: Displaying 1 of 1 entries



Labeled View

***Dungeons & Dragons : suppl. II, Blackmoor.***

**Type of Work:** Text
**Registration Number / Date:** TX0001314910 / 1983-09-12
**Title:** Dungeons & Dragons : suppl. II, Blackmoor.
**Notes:** Cataloged from appl.
**Copyright Claimant:** T S R Games
**Date of Creation:** 1975
**Date of Publication:** 1975-08-15
**Authorship on Application:** text: Dave Arneson; ill.: T S R Games, employer for hire.
**Previous Registration:** Preexisting material: Dungeons & Dragons fantasy game rules.
**Basis of Claim:** New Matter: new text and ill.
**Copyright Note:** C.O. correspondence.
**Variant title:** Dungeons & Dragons : suppl. II
**Other Title:** Blackmoor
Dungeons & Dragons fantasy game rules
**Names:** Arneson, Dave
TSR Games



**Save, Print and Email (Help Page)**
Select Download Format Full Record Format for Print/Save
Enter your email address: Email

Copyright Office Home Page | Library of Congress Home Page

Copyright | Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

---

TX-1-314-910 (COHM)

| | |
|---|---|
| Title: | Dungeons & Dragons : suppl. II, Blackmoor. |
| Note: | Cataloged from appl. |
| Claimant: | acT S R Games |
| Created: | 1975 |
| Published: | 15Aug75 |
| Registered: | 12Sep83 |
| Author on © Application: | text: Dave Arneson; ill.: T S R Games, employer for hire. |
| Previous Related Version: | Preexisting material: Dungeons & Dragons fantasy game rules. |
| Claim Limit: | NEW MATTER: new text and ill. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 1/B |

Conduct Another Search

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT EJ

1975
Mind Flayer (illo)

1st appeared in the TSR magazine
The Strategic Review. (1975)

# DUNGEONS & DRAGONS®

*ADDITIONAL*
**Rules for Fantastic Medieval Wargames Campaigns Playable with Paper and Pencil and Miniature Figures**



*Supplement II*

# BLACKMOOR

DAVE ARNESON

PUBLISHED BY
TSR RULES

John S. Ratcliff June 7th 1994 [illegible]

# DUNGEONS & DRAGONS®

*Supplement II*

# BLACKMOOR

BY
**DAVE ARNESON**

Dedicated to Hugh Cantrell

With Special Thanks to Gary Gygax, Tim Kask, Rob Kuntz
and Steve Marsh for suggestions and ideas

ILLUSTRATIONS BY DAVE SUTHERLAND, MIKE BELL & TRACY LESCH

EDITED BY TIM KASK

2004

© 1975 — TSR GAMES
9th Printing, November, 1979
Printed in U.S.A.

INQUIRIES REGARDING RULES SHOULD BE ACCOMPANIED BY A STAMPED RETURN ENVELOPE AND SENT TO TSR RULES, POB 756, LAKE GENEVA, WISCONSIN 53147.

# The Underworld & Wilderness Adventures









