Exhibit B

Copyright United States Copyright Office

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Document Number = TX 001314908
Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Dungeons & Dragons : suppl. I, Greyhawk.***

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0001314908 / 1983-09-12 |
| **Title:** | Dungeons & Dragons : suppl. I, Greyhawk. |
| **Notes:** | Cataloged from appl. |
| **Copyright Claimant:** | Tactical Studies Rules |
| **Date of Creation:** | 1975 |
| **Date of Publication:** | 1975-01-15 |
| **Authorship on Application:** | text: Gary Gygax & Robert Kuntz; ill.: Tactical Studies Rules, employer for hire. |
| **Previous Registration:** | Preexisting material: Dungeons & Dragons fantasy game rules. |
| **Basis of Claim:** | New Matter: new text and ill. |
| **Copyright Note:** | C.O. correspondence. |
| **Variant title:** | Dungeons & Dragons : suppl. I |
| **Other Title:** | Greyhawk |
| | Dungeons & Dragons fantasy game rules |
| **Names:** | Gygax, Gary |
| | Kuntz, Robert |
| | Tactical Studies Rules |

previous next

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

1975 Beholder

# DUNGEONS & DRAGONS®

*ADDITIONAL*

**Rules for Fantastic Medieval Wargames Campaigns Playable with Paper and Pencil and Miniature Figures**



beholder

*Supplement I*

# GREYHAWK

GYGAX & KUNTZ



PUBLISHED BY
TSR RULES

2003

DEFENDANT'S EXHIBIT EA

Copyright Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

---

TX-1-314-908 (COHM)

| | |
|---|---|
| Title: | Dungeons & Dragons : suppl. I, Greyhawk. |
| Note: | Cataloged from appl. |
| Claimant: | acTactical Studies Rules |
| Created: | 1975 |
| Published: | 15Jan75 |
| Registered: | 12Sep83 |
| Author on © Application: | text: Gary Gygax & Robert Kuntz; ill.: Tactical Studies Rules, employer for hire. |
| Previous Related Version: | Preexisting material: Dungeons & Dragons fantasy game rules. |
| Claim Limit: | NEW MATTER: new text and ill. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 1/B |

Conduct Another Search

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000




LIZARD-MAN

INQUIRIES REGARDING RULES SHOULD BE ACCOMPANIED BY A STAMPED RETURN ENVELOPE AND SENT TO TSR RULES, POB 756, LAKE GENEVA, WISCONSON 53147.

# DUNGEONS & DRAGONS®

*Supplement I*

# GREYHAWK

BY
GARY GYGAX & ROB KUNTZ

With Special Thanks to Alan Lucion, Mike Mornard and Jeff Key for Suggestions

ILLUSTRATIONS BY GREG BELL

2003

© 1976 — TSR GAMES
12th Printing, November, 1979
Printed in U.S.A.

| | | | | |
|---|---|---|---|---|
| Bronze Armor Class 0 | 1-4/5-6 | Lightning 10" x ½" line or Repulsion 3" in front | 8 - 10 | 65%/30%/50%/4th |
| Silver Armor Class -1 | 1-5/6 | Cold 8" x 3" cone or Gas 5" x 4" cloud | 9 - 11 | 80%/15%/75%/5th |
| Platinum Armor Class -3 | King of Lawful (and Neutral) Dragons | Cold 8" x 3" cone or Gaseous Form 5" x 4" cloud or Disintegrate 3-18 creatures | 21 | 100%/0%/100%/8th |
| Chromatic Armor Class 0 | Queen of the Chaotic Dragons | As specified for White, Black, Green, Blue & Red Dragons | 16 | 100%/0%/100%/* |
| Gold(en) Armor Class -2 | All as before . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |

*2 each of 1st through 5th level spells, each head having two spells, the White one having two 1st level and so on.

*Breath Weapon*: Sleep, Fear and Gaseous Form breath weapons have a saving throw as vs. Magic, with a 15% reduction of the chance to save if the Dragon is of middle size (3-4) and a 30% if large (5-6). Note that the sleep affects all levels.

*Special Characteristics:*

Brass Dragons are found mainly in sandy desert regions.

Copper Dragons are found primarily in arid, rocky places which are warm.

Bronze Dragons will be found near seacoasts, and those which are able to talk and use magic can make themselves appear in animal guise.

Silver Dragons abide mainly in aerial domains, i.e. mountain peaks or clouds or behind winds. If they are able to use magic they are also able to appear in human guise, usually taking the form of an old man or a fair damsel.

*The Dragon King:* The Platinum Dragon dwells in a great palace behind the east wind, although he may appear in more mundane places at times. He may *Shape Change* freely, although none of the other 9th level spells are usable by him. The Dragon King is served by a guard of seven Gold Dragons. His primary aim is to confront and defeat the ruler and hosts of the Chaotic Dragons.



*The Dragon Queen*: The Chromatic Dragon is a huge creature with five heads, one of each color of the five Chaotic Dragons. Her body is striped in these same colors, and her tail is that of a Wyvern. She can employ all heads at once, either to breath or cast spells. Her major abode is in a stupendous cavern far beneath the earth. Her guard consists of five dragons, each of largest size, of the five Chaotic types of dragons. Her major aim is to spread evil.

LIZARD MEN: These aquatic monsters have a rude intelligence, using weapons such as spears and clubs. They are fond of human flesh, and they will generally capture as many humans as they can when offered the opportunity in order to take them to their lair and have a tribal feast. They live either wholly under water or in very wet places (65%/35%).

DOPPLEGANGERS: These are creatures with mutable form, able to shape themselves into the double of any person that they can observe. Once in this likeness they will attack—or if possible assume the role as well as the shape, and attack by surprise and at great advantage. Dopplegangers are subject to neither *Sleep* or *Charm* spells. They are also magic-resistant, saving against all forms of magical attack as if they were 10th level fighters.

LYCANTHROPES: The *Wererat* or *Rat Man* has the general characteristics of all Lycanthropes. They are extremely intelligent, and whenever possible they will capture and hold persons for ransom. They commonly employ all forms of weapons. They can assume the shape of a normal man in order to dupe persons, but they prefer to maintain a rat-like shape, although nearly man-sized. They move very quietly (as a 7th level Thief). They can control rats as a Vampire does.

LAMMASU: These creatures are human-headed, winged lions which are highly lawful in nature and very magical. These intelligent creatures will aid lawful persons, protect them, and generally befriend them. Lammasu are able to 1) become invisible; 2) *Dimension Door*; 3) use Cleric spells as if they were of 6th level Cleric status; and 4) continually emanate a *Protection From Evil 10' Radius*. They speak all human languages which are lawful or neutral in nature.

SALAMANDERS: These are a form of free-willed Fire Elementals, and as such conform generally to the characteristics of that type of creature. Salamanders are highly intelligent. They are found in places of intense heat and fire since they prefer temperatures ranging from 300 degrees upwards. They normally employ weapons. Their touch alone causes 1-6 points of damage to creatures subject to fire, and their snake-like tail can constrict for 2-16 points of normal damage. Their upper body resembles a human's, and its armor class is 5, while the snake-like lower body has an armor class of 3. Salamanders are chaotic.

* BEHOLDERS: These monsters are also known as Spheres of Many Eyes, or as Eye Tyrants. The body of these creatures is a great globe of about 3' in diameter. Atop it are ten eye stalks, while in the center of the spherical body is a great eleventh eye. The body can sustain 40 points of damage, each eye stalk 10 points, and the central eye can withstand up to 20 points. The armor class of the body is 0, the eye stalks 2, and the eyes proper 7. Each eye functioning is a different manner: From 1-4 of the small eyes are able to function at one time.



HA000792