Copyright United States Copyright Office

Exhibit C

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Document Number = TX 002191165

Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Waterdeep and the north : Advanced Dungeons and Dragons official game...***

**Type of Work:** Text

**Registration Number / Date:** TX0002191165 / 1987-11-16

**Title:** Waterdeep and the north : Advanced Dungeons and Dragons official game accessory / by Ed Greenwood.

**Description:** 64 p.

**Series:** Forgotten realms

**Copyright Claimant:** T S R, Inc.

**Date of Creation:** 1987

**Date of Publication:** 1987-10-20

**Authorship on Application:** entire work: T S R, Inc., employer for hire.

**Other Title:** Forgotten realms

**Names:** Greenwood, Ed

TSR, Inc.

previous next

**Save, Print and Email (Help Page)**

Select Download Format: Full Record | Format for Print/Save

Enter your email address: | Email

Copyright Search Records Results

Registered Works Database (Title Search)
**Search For:** WATERDEEP AND THE NORTH
**Item 1 of 1**

---

| | |
|---|---|
| 1. Registration Number: | TX-2-191-165 |
| Title: | Waterdeep and the north : Advanced Dungeons and Dragons official game accessory / by Ed Greenwood. |
| Description: | 64 p. |
| Series: | Forgotten realms |
| Claimant: | acT S R, Inc. |
| Created: | 1987 |
| Published: | 20Oct87 |
| Registered: | 16Nov87 |
| Author on © Application: | entire work: T S R, Inc., employer for hire. |
| Special Codes: | 1/B |

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT EB


FR1
Advanced Dungeons & Dragons
FORGOTTEN REALMS®
Official Game Accessory
Waterdeep and the North
by Ed Greenwood
For use with the FORGOTTEN REALMS® Fantasy World
ADVANCED DUNGEONS & DRAGONS, AD&D, FORGOTTEN REALMS, and the TSR logo are trademarks owned by TSR, Inc.

Advanced Dungeons & Dragons®

FORGOTTEN REALMS®

# Waterdeep and the North

by Ed Greenwood

## Table of Contents


How to Use This Book ..... 2

Chapter 1: AN INTRODUCTION TO THE NORTH ..... 3

Chapter 2: AN INTRODUCTION TO THE CITY OF WATERDEEP ..... 11

Chapter 3: THE CITY WARDS ..... 21

Chapter 4: LIFE IN THE CITY ..... 29

Chapter 5: THE GUILDS AND FACTIONS OF THE CITY ..... 35

Chapter 6: NOBLE FAMILIES OF WATERDEEP ..... 45

Chapter 7: SELECTED NON-PLAYER CHARACTERS OF WATERDEEP ..... 50

Chapter 8: BEGINNING A CAMPAIGN IN WATERDEEP ..... 59

Chapter 9: ADVENTURES IN WATERDEEP ..... 60

Maps:

The City of Waterdeep ..... outside gatefold

Known Sewers ..... inside front cover

Basic Floorplans ..... inside back cover



Credits:

Design and Development: Ed Greenwood
Product Coordination: Jeff Grubb
Editing: Karen S. Martin
Cover Art: Keith Parkinson
Interior Art: Chris Miller
Maps: Frey Graphics and David Sutherland
Heraldic Escutcheons: David E. Martin
Typography: Kim Janke
Keylining: Stephanie Tabat

TSR, Inc.
POB 756
Lake Geneva,
WI 53147 USA

TSR Ltd.
120 Church End, Cherry Hinton
Cambridge CB1 3LB
United Kingdom



ADVANCED DUNGEONS & DRAGONS, AD&D, D&D, FORGOTTEN REALMS, and FIEND FOLIO are trademarks owned by TSR, Inc.
The TSR logo and DUNGEON MASTER are trademarks owned by TSR, Inc.

Random House and its affiliate companies have worldwide distribution rights in the book trade for English language products of TSR, Inc. Distributed to the book and hobby trade in the United Kingdom by TSR, Ltd. Distributed to the toy and hobby trade by regional distributors.

This material is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material or artwork presented herein is prohibited without the express written permission of TSR, Inc.

©1987 TSR, Inc. All Rights Reserved. Printed in U.S.A.



ISBN 0-88038-490-5
$7.95 US
$9.70 CAN.
£5.25 U.K.
9213

9213XXX1501