Copyright United States Copyright Office

Exhibit D

Help Search History Titles Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Document Number = TX 002653882
Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Monstrous compendium.***

**Type of Work:** Text
**Registration Number / Date:** TX0002653882 / 1989-09-15
**Title:** Monstrous compendium.
**Imprint:** Lake Geneva, WI : TSR, c1989.
**Description:** 1 v. in slipcase.
**Series:** Advanced Dungeons & Dragons ; v. 1
**Copyright Claimant:** T S R, Inc.
**Date of Creation:** 1989
**Date of Publication:** 1989-06-20
**Other Title:** Advanced Dungeons & Dragons ; v. 1
**Names:** TSR, Inc.

previous next

**Save, Print and Email (Help Page)**
Select Download Format Full Record Format for Print/Save
Enter your email address: Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright **Search Records Results**

Registered Works Database (Title Search)

**Search For:** MONSTROUS COMPENDIUM : APPENDIX/...MONSTROUS COMPENDIUM ANNUAL : VOL. 1

*1 Item*

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

---

| | |
|---|---|
| 1. Registration Number: | TX-2-653-882 |
| Title: | Monstrous compendium. |
| Imprint: | Lake Geneva, WI : T S R, c1989. |
| Description: | 1 v. in slipcase. |
| Series: | Advanced Dungeons & Dragons ; v. 1 |
| Claimant: | acT S R, Inc. |
| Created: | 1989 |
| Published: | 20Jun89 |
| Registered: | 15Sep89 |
| Special Codes: | 1/B/D |

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT EC

2102

Advanced Dungeons & Dragons®

# Monstrous Compendium

## VOLUME ONE



The perfect range of creatures to play

HA000803

Advanced Dungeons & Dragons®

# Monstrous Compendium

VOLUME ONE



What's a fantasy role-playing game without monsters? At the heart of any good AD&D® adventure, you'll find great monsters—
dragons, giants, trolls, killer oozes, shadows, and who knows what else! This first *Monstrous Compendium* gives DMs and players 144 5-hole punched pages of new and improved monsters, l-new illustrations, expanded descriptions, and complete cal data, all in an easy-to-read, easy to reference format. s can organize the monsters in this pack, alphabetically, ling to when they show up in an adventure, according to er type, or any other way they see fit. And the binder is nough to hold additional monster sheets from *Monstrous endium* Volumes Two and Three!

TSR, Inc.
POB 756
Lake Geneva
WI 53147 U.S.A.

TSR Ltd.
120 Church End, Cherry Hinton
Cambridge CB1 3LB
United Kingdom

ADVANCED DUNGEONS & DRAGONS and AD&D are registered trademarks owned by TSR, Inc.
The TSR logo is a trademark owned by TSR, Inc. ©1989 TSR, Inc. All Rights Reserved. Printed in U.S.A.

# Beholder



| | Elder Orb |
|---|---|
| CLIMATE/TERRAIN: | Any (remote areas) |
| FREQUENCY: | Very rare |
| ORGANIZATION: | Solitary |
| ACTIVITY CYCLE: | Any |
| DIET: | Omnivore |
| INTELLIGENCE: | Godlike (22+) |
| TREASURE: | S,T,V (A,D,E,F) |
| ALIGNMENT: | Lawful evil |
| NO. APPEARING: | 1 |
| ARMOR CLASS: | 0/2/7 |
| MOVEMENT: | Fl 3 (B) |
| HIT DICE: | 70-75 hp |
| THAC0: | 5 |
| NO. OF ATTACKS: | 1 |
| DAMAGE/ATTACK: | 2-8 |
| SPECIAL ATTACKS: | Magic; see below |
| SPECIAL DEFENSES: | Anti-magic ray |
| MAGIC RESISTANCE: | 50%; see below |
| SIZE: | M (4'-6' diameter) |
| MORALE: | Fearless (19) |
| X.P. VALUE: | 18,000 |



An Elder Orb is a very old beholder whose powers have far outstripped its 'common' brethren. Elder Orbs lack the larger number of eyes of the younger beholders but gain spellcasting abilities in compensation. Elder Orbs are the wisest, most cunning of tyrant-kind. They are expert strategists and ruthless, tireless foes, true master minds of their race.

**Combat:** An Elder Orb typically loses the powers of 1-4 eyes in reaching its advanced age and powers. In old age, tyrants can't regenerate lost eyes (purely physical damage still heals).

Elder Orbs use magic, developing verbal-only spells of their own, or buying or stealing spells from beings who use verbal magics. They employ potions, scrolls, and spellbooks as wizards do; they also utilize magic items that need not be worn to function and are activated by command words.

An Elder Orb can memorize one wizard spell for every 8 hit points it currently possesses. It can only hold one spell of each spell level in its mind at a time, and must study spells as mages do to retain its spellcasting abilities.

Spells widely known among Elder Orbs are few. Each one guards its knowledge jealously, vying for supremacy over others. Common Orb-spells are known to include: *darkness, 15' radius; detect invisibility; dig; dispel magic; ESP; minor globe of invulnerability; power word, blind; protection from normal missiles; wall of force,* and *control death tyrant*. This later spell is equivalent in power to a fourth-level wizard spell, but it is unusable by human minds of less than 18 intelligence.

This magic enables an Elder Orb to control any Death Tyrants (undead beholders; see the "Monster Guide") within a range of 1 mile per current hit die of the Elder, a control as rigid as a *charm person* influences humans. An Elder Orb can simultaneously control one Death Tyrant per point of intelligence it currently possesses. If faced with more Tyrants than its control limit, a rare occurence indeed, it can drop control of one in one round and assume control of another in the next. The Tyrants involved will do nothing during those two rounds. Death Tyrants cannot rebel against this control which overrides and always supercedes their directives.

Whenever an Elder Orb has access to Death Tyrants and expects danger, it will exercise a *control* spell. It is one spell Orbs always memorize; another is the 8th level *create death tyrant* spell developed by Elder Orbs, which yields a steady supply of servants.

In battle, an Elder Orb always tries to have Death Tyrants do its fighting, using them as shields from attackers, and to maneuver foes into range of its own eyes. An Elder Orb tends to keep its spells as surprises to turn the tide of battle or to escape foes likely to defeat it.

**Habitat/Society:** Elder Orbs are the wise councilors, decision-makers, and leaders of various beholder factions. They keep spacegoing tyrantkind organized and more or less obedient, as opposed to the paranoid, fiercely independent solitary beholders most often found on worlds. The pinnacle of tyrantkind, Elder Orbs work to maintain preeminent positions in their factions, and to advance their faction to supremacy over all beholders. Each Elder Orb is always looking for an edge—any and all possible edges. They view adventurers as potential sources of new information, magic, weaponry, and wealth to furnish those advantages. The Orbs are therefore more curious, tolerant,

# Beholder

FORGOTTEN REALMS

| | Elder Orb |
|---|---|
| CLIMATE/TERRAIN: | Any (remote areas) |
| FREQUENCY: | Very rare |
| ORGANIZATION: | Solitary |
| ACTIVITY CYCLE: | Any |
| DIET: | Omnivore |
| INTELLIGENCE: | Godlike (22 +) |
| TREASURE: | S,T,V (A,D,E,F) |
| ALIGNMENT: | Lawful evil |
| NO. APPEARING: | 1 |
| ARMOR CLASS: | 0/2/7 |
| MOVEMENT: | Fl 3 (B) |
| HIT DICE: | 70-75 hp |
| THACO: | 5 |
| NO. OF ATTACKS: | 1 |
| DAMAGE/ATTACK: | 2-8 |
| SPECIAL ATTACKS: | Magic; see below |
| SPECIAL DEFENSES: | Anti-magic ray |
| MAGIC RESISTANCE: | 50%; see below |
| SIZE: | M (4'-6' diameter) |
| MORALE: | Fearless (19) |
| X.P. VALUE: | 18,000 |



An Elder Orb is a very old beholder whose powers have far outstripped its 'common' brethren. Elder Orbs lack the larger number of eyes of the younger beholders but gain spellcasting abilities in compensation. Elder Orbs are the wisest, most cunning of tyrant-kind. They are expert strategists and ruthless, tireless foes, true master minds of their race.

**Combat:** An Elder Orb typically loses the powers of 1-4 eyes in reaching its advanced age and powers. In old age, tyrants can't regenerate lost eyes (purely physical damage still heals).

Elder Orbs use magic, developing verbal-only spells of their own, or buying or stealing spells from beings who use verbal magics. They employ potions, scrolls, and spellbooks as wizards do; they also utilize magic items that need not be worn to function and are activated by command words.

An Elder Orb can memorize one wizard spell for every 8 hit points it currently possesses. It can only hold one spell of each spell level in its mind at a time, and must study spells as mages do to retain its spellcasting abilities.

Spells widely known among Elder Orbs are few. Each one guards its knowledge jealously, vying for supremacy over others. Common Orb-spells are known to include: *darkness, 15' radius; detect invisibility; dig; dispel magic; ESP; minor globe of invulnerability; power word, blind; protection from normal missiles; wall of force*, and *control death tyrant*. This later spell is equivalent in power to a fourth-level wizard spell, but it is unusable by human minds of less than 18 intelligence.

This magic enables an Elder Orb to control any Death Tyrants (undead beholders; see the "Monster Guide") within a range of 1 mile per current hit die of the Elder, a control as rigid as a *charm person* influences humans. An Elder Orb can simultaneously control one Death Tyrant per point of intelligence it currently possesses. If faced with more Tyrants than its control limit, a rare occurence indeed, it can drop control of one in one round and assume control of another in the next. The Tyrants involved will do nothing during those two rounds. Death Tyrants cannot rebel against this control which overrides and always supercedes their directives.

Whenever an Elder Orb has access to Death Tyrants and expects danger, it will exercise a *control* spell. It is one spell Orbs always memorize; another is the 8th level *create death tyrant* spell developed by Elder Orbs, which yields a steady supply of servants.

In battle, an Elder Orb always tries to have Death Tyrants do its fighting, using them as shields from attackers, and to maneuver foes into range of its own eyes. An Elder Orb tends to keep its spells as surprises to turn the tide of battle or to escape foes likely to defeat it.

**Habitat/Society:** Elder Orbs are the wise councilors, decision-makers, and leaders of various beholder factions. They keep spacegoing tyrantkind organized and more or less obedient, as opposed to the paranoid, fiercely independent solitary beholders most often found on worlds. The pinnacle of tyrantkind, Elder Orbs work to maintain preeminent positions in their factions, and to advance their faction to supremacy over all beholders. Each Elder Orb is always looking for an edge—any and all possible edges. They view adventurers as potential sources of new information, magic, weaponry, and wealth to furnish those advantages. The Orbs are therefore more curious, tolerant,

and farsighted than most beholders—though they may act no less confident and arrogant. This arrogance and haughtiness is simply a front to fool player characters, not the foolhardy overconfidence of many younger beholders.

Every Orb sees itself as the father of a new, more capable breed of tyrantkind loyal to it. Using Death Tyrants as guardians and assistants, most Orbs arrange cautiously-safeguarded meetings with lesser beholders to breed, and then raise the young to obey them. Beholders are hermaphroditic and produce magic-weak young. The unfortunate mate and any disloyal offspring are usually killed and turned into Death Tyrants, insuring a more reliable servant for the Elder Orb. Other Orbs continually try to destroy or subvert the loyalty of an Elder Orb's offspring. So far, no Elder Orb has succeeded in breeding loyalty into the race, or achieving dominion over more tyrantkind than it can threaten into obedience.

**Ecology:** An Elder Orb needs less food than other beholders, and tolerates a wide variety of consumables. Its saving throw against all ingested poisons is a 3; for contact and insinuative poisons, an Orb needs to roll a 2. Spells that manage to slip past the *anti-magic* rays of the central eye encounter a high bodily magic resistance. This resistance is the result of magical experimentation and the development of the Elder Orb's highly focused personal will used to counteract hostile magical effects. Elder Orbs also are immune to 1st through 4th level illusion spells due to their incredibly high intelligence scores.

Every Elder Orb amasses all the magical knowledge it can during its lifetime, and so provides rich treasure for those who defeat one. Magic items and spells are cleverly hidden in caches, both near an Elder Orb's usual haunts, for emergency use, and far away for its protection.

Sages believe Orb brains have great potential as a component of spells and item-crafting processes, but no specific uses are documented as yet.

**Create Death Tyrant**
8th level Wizard spell (Necromancy)

| | |
|---|---|
| Range: 20' | Lasting Time: 3 rounds |
| Components: V | Area of Effect: 1 beholder/hit dice or levels |
| Duration: Permanent | Saving Throw: None |

This spell creates death tyrants from the shells or corpses of dead beholders. Unlike the human priest spell *animate dead*, the spell does not allow permanent control of the undead beholders. The caster controls the death tyrants created by this spell for 1d12 rounds and the caster's level. After said time, the caster must use a *control death tyrant* spell to maintain his control.

Casting this spell is an inherently evil act, used primarily by Elder Orbs. Only evil wizards of 18 or greater intelligence can use this spell.

# Beholder-kin

| | Death Kiss |
|---|---|
| CLIMATE/TERRAIN: | Any (remote areas) |
| FREQUENCY: | Rare |
| ORGANIZATION: | Solitary |
| ACTIVITY CYCLE: | Any |
| DIET: | Carnivore |
| INTELLIGENCE: | Average to high (8-14) |
| TREASURE: | See below |
| ALIGNMENT: | Neutral evil |
| NO. APPEARING: | 1 |
| ARMOR CLASS: | 4/6/8 |
| MOVEMENT: | Fl 9 (C) |
| HIT DICE: | 77-84 hp |
| THAC0: | 11 |
| NO. OF ATTACKS: | 10 |
| DAMAGE/ATTACK: | 1-8 |
| SPECIAL ATTACKS: | Blood drain, ram |
| SPECIAL DEFENSES: | Regeneration |
| MAGIC RESISTANCE: | Nil |
| SIZE: | H (6-12′ dia., tentacles to 20′ long) |
| MORALE: | Fanatic (17) |
| X.P. VALUE: | 8,000 |



The Death Kiss, or "bleeder," is a fearsome predator found in caverns or ruins. Its spherical body resembles that of the dreaded beholder, but the "eyestalks" of this creature are bloodsucking tentacles, its "eyes" hook-toothed orifices. They favor a diet of humans and horses, but will attack anything having blood (especially 'easy meals' like blood-bloated stirges and lone humans). An older name for these creatures is "eye of terror." A gigantic specimen known as The Tentacled One is said to roam the high forests and crags of the northern Sword Coast.

**Combat:** The main body of a death kiss has no mouth. Its central eye gives it 120′ infravision, but the death kiss has no magical powers, unlike the beholder that it closely resembles.

A death kiss is 90% likely to be taken for a beholder when sighted. The ten tentacles largely retract into the body when not needed, resembling eyestalks, but can lash out to a full stretch of 20′ with blinding speed. The tentacles may act separately or in concert, attacking a single creature or an entire adventuring company.

A tentacle's initial strike does 1-8 points of damage as the barb-mouthed tip attaches to the victim. Each attached tentacle drains a minimum of 2 hit points-worth of blood per round, beginning the round after it hits.

A bleeder's central body is AC4, its central eye AC8 with 6 hit points, its tentacles AC6, and the mouths on their ends AC4. A hit on a tentacle-mouth will stun the tentacle, causing it to writhe helplessly for 1-4 rounds. Tentacles must be struck for 6 points of damage from edged weapons to sever them. They are torn free from its victim by the application of a total of 22 Strength points i.e. more than one character, acting together; such forceful freeing does the victim 1-6 damage per tentacle, as the barbed teeth forcibly tear free from the tentacle.

If an attached tentacle is damaged but not destroyed, it instantly and automatically drains sufficient hit points-worth of blood from the victim's body to restore that tentacle to a full 6 hit points. This reflex effect occurs after every non-killing hit on a tentacle, even if it is wounded more than once in a round. This cannot occur more than twice in one round. This parasitic healing effect does not respond to damage suffered by the central body or other tentacles.

A tentacle continues to drain blood if doing so when the central body of the death kiss reaches zero hit points. Tentacles not attached to a victim at that time are incapable of further activity. A death kiss can retract a draining tentacle, but voluntarily does so only when its central body is at 5 hit points or less; it also willfully detaches once the victim has been drained to zero hit points.

Ingested blood is used to generate electrical energy—one hit point of blood becomes one charge after one round. A death kiss uses this energy for motor activity and healing. An eye of terror expends one charge every two turns in moving, and thus is almost constantly hunting prey. Spending one charge enables a bleeder to heal one hit point of damage to each of its ten tentacles, its central body, and its eye (12 hit points in all). It can heal itself with one charge of stored energy every other round in addition to its normal attacks and activity.

Each tentacle can store up to 24 charges of drained energy, the body capable of storing 50 charges of drained energy. A severed tentacle is 70% likely to transmit its cumulative charges to anything touching it when severed, each charge dealing one hit point of electrical damage.

# Beholder-kin

FORGOTTEN REALMS

| | Spectator | Gauth (Nighteyes) |
|---|---|---|
| CLIMATE/TERRAIN: | Any | Any Subterranean |
| FREQUENCY: | Very rare | Rare |
| ORGANIZATION: | Solitary | Solitary |
| ACTIVITY CYCLE: | Day | Night |
| DIET: | Omnivore | Carnivore |
| INTELLIGENCE: | Very to highly (11-14) | Exceptional (15-16) |
| TREASURE: | See below | Any |
| ALIGNMENT: | Lawful neutral | Neutral evil |
| NO. APPEARING: | 1-2 | 1 |
| ARMOR CLASS: | Body 4, eyes 7 | 0/2/7 |
| MOVEMENT: | Fl 10 (B) | Fl 9 (B) |
| HIT DICE: | 4+4 hit points | 6+6 to 9+9 |
| THAC0: | 15 | 13 (6+6 HD) 11 (9+9 HD) |
| NO. OF ATTACKS: | 1 | 1 |
| DAMAGE/ATTACK: | 2-5 | 3-12 |
| SPECIAL ATTACKS: | See below | See below |
| SPECIAL DEFENSES: | See below | See below |
| MAGIC RESISTANCE: | 5% | Nil |
| SIZE: | S (4' diameter) | L (4'-6' diameter) |
| MORALE: | Elite (14) | Champion (15-16) to Fanatic (17-18) |
| XP VALUE: | 4,000 | 6,000 (6+6 HD) 9,000 (9+9 HD) |



## Spectator

Another relative of the beholder, the spectator is a guardian of places and treasures. Once it is given a task, it guards for up to 101 years and lets no one use, borrow, or examine an item or treasure.

The spectator has a large central eye and four smaller eye stalks protruding from the top of its hovering, spherical body.

**Combat:** The spectator is difficult to surprise, as it has a surprise modifier of +2. Since the spectator is basically a passive creature, it attempts to communicate and implant its suggestion as its first act, unless it is immediately attacked. In close combat, the spectator can bite for 1d4+1 points of damage.

The creature's body is covered in tough hide and thus is AC 4. Any blow is 70% likely to hit the body, which contains all of the beast's hit points.

Hits on the eye stalks (AC 7) occur 20% of the time, while hits on the central eye (also AC 7) happen only 10% of the time. Any hit on an eye or eye stalk destroys it; a spectator blinded in every eye cannot defend its treasure and teleports to the outer plane of Nirvana. This is the only condition under which it leaves its post. Its eyes regenerate in one day and then it returns. If the treasure is gone, the creature again leaves for Nirvana, never to return.

The spectator has a general magic resistance of 5%. But when the central eye is undamaged, it can *reflect* one spell cast at it per round back against the caster. This does not apply to touch spells. The reflection occurs only if the spectator rolls a successful saving throw vs. spell.

Reflection is possible only if the caster is standing within a 60° arc of the front of the central eye.

For example, if a mage casts a *lightning bolt* spell at a spectator, the DM rolls the spectator's saving throw to see if the spell is reflected. If the roll fails, then the spectator's magic resistance is rolled. Only if this roll fails as well does the lightning bolt cause any damage (and even then the spectator gets a saving throw for half damage).

The spellcaster is allowed a normal saving throw vs. his reflected spell and only he risks any damage. Thus, in the earlier example, if the lightning bolt were reflected, only the mage could be hit by it. If the mage's saving throw is successful, he receives no damage (though a failed saving throw means he suffers the full damage rolled).

The spectator has an initiative modifier of +1. All three "attack eyes" can be brought to bear on the same target. The small eyes have the following powers:

#1: *Create food and water*. Creating up to the amount of food and water for a large meal (up to six people) takes one full round.

#2: *Cause serious wounds*. Inflicts 2d8+3 points of damage to a single being at a range of 60 yards. A saving throw vs. spell is allowed for half damage. This attack has a casting time of 1.

#3: *Paralyzation ray*. Range of 90 feet, one target only, duration 5d4 rounds. This attack has a casting time of 1. The spectator never attacks a paralyzed character; the character may even be allowed to go his own way if he leaves in peace.

#4: *Telepathy*. Range 120 feet, only one target. Communication is possible in this way. The beast can also plant a suggestion if the target fails a saving throw vs. spell. The suggestion is always to leave in peace, and it has a casting time of 1. Communication takes twice as long.

**Habitat/Society:** If properly met, the spectator can be quite friendly. It will tell a party exactly what it is guarding early in any conversation so that there is no argument. If its charge is not threatened, it can be very amiable and talkative via its telepathy.

Spectators move by a very rapid levitation in any direction. They will drift aimlessly when asleep (20% likely when encountered), never touching the ground.

Under rare circumstances, a powerful mage might have summoned two spectators to guard a particularly valuable treasure. In this case, there is no chance of surprising the creatures, as they sleep in shifts.

On the plane of Nirvana, spectators live in large groups of up to 1,000 individuals, using their eyes to create vast feasts. Outsiders are usually not welcome at these spectator feasts, but at times spectators are known to share their company with guests.

# Advanced Dungeons & Dragons®

# Monstrous Compendium

## VOLUME ONE



What's a fantasy role-playing game without monsters? At the heart of any good AD&D® adventure, you'll find great monsters— dragons, giants, trolls, killer oozes, shadows, and who knows what else! This first *Monstrous Compendium* gives DMs and players 144 5-hole punched pages of new and improved monsters, with all-new illustrations, expanded descriptions, and complete statistical data, all in an easy-to-read, easy to reference format. Players can organize the monsters in this pack, alphabetically, according to when they show up in an adventure, according to monster type, or any other way they see fit. And the binder is large enough to hold additional monster sheets from *Monstrous Compendium* Volumes Two and Three!

ISBN 0-88038-738-6

TSR, Inc.
POB 756
Lake Geneva
WI 53147 U.S.A.

TSR, Inc.
PRODUCTS OF YOUR IMAGINATION™

TSR Ltd.
120 Church End, Cherry Hinton
Cambridge CB1 3LB
United Kingdom

©1989 TSR, Inc. All Rights Reserved. Printed in U.S.A.
ADVANCED DUNGEONS & DRAGONS, AD&D, PRODUCTS OF YOUR IMAGINATION, and the TSR logo are trademarks owned by TSR, Inc.

**$20.00 US**

# Advanced Dungeons & Dragons®

# Monstrous Compendium

## VOLUME ONE



The perfect range

# Advanced Dungeons & Dragons®

# Monstrous Compendium

VOLUME ONE



What's a fantasy role-playing game without monsters? At the heart of any good AD&D® adventure, you'll find great monsters—
dragons, giants, trolls, killer oozes, shadows, and who knows what else! This first *Monstrous Compendium* gives DMs and players 144 5-hole punched pages of new and improved monsters, all-new illustrations, expanded descriptions, and complete stical data, all in an easy-to-read, easy to reference format. ers can organize the monsters in this pack, alphabetically, rding to when they show up in an adventure, according to ster type, or any other way they see fit. And the binder is e enough to hold additional monster sheets from *Monstrous pendium* Volumes Two and Three!

TSR, Inc.
POB 756
Lake Geneva
WI 53147 U.S.A.

TSR Ltd.
120 Church End, Cherry Hinton
Cambridge CB1 3LB
United Kingdom

ADVANCED DUNGEONS & DRAGONS and AD&D are registered trademarks owned by TSR, Inc.
The TSR logo is a trademark owned by TSR, Inc. ©1989 TSR, Inc. All Rights Reserved. Printed in U.S.A.

# Beholder



| | Beholder | Eye of the Deep |
|---|---|---|
| CLIMATE/TERRAIN: | Subterranean | Any deep ocean |
| FREQUENCY: | Very rare | Very rare |
| ORGANIZATION: | Solitary | Solitary |
| ACTIVITY CYCLE: | Any | Day |
| DIET: | Omnivore | Omnivore |
| INTELLIGENCE: | Exceptional (15-16) | Very (11-12) |
| TREASURE: | I, S, T | R |
| ALIGNMENT: | Lawful evil | Lawful evil |
| NO. APPEARING: | 1 | 1 |
| ARMOR CLASS: | 0/2/7 | 5 |
| MOVEMENT: | Fl 3 (B) | Sw 6 |
| HIT DICE: | 45-75 hp | 10-12 |
| THAC0: | 45-49 hp: 11 | 10 HD: 11 |
| | 50-59 hp: 9 | 11-12 HD: 9 |
| | 60-69 hp: 7 | |
| | 70+ hp: 5 | |
| NO. OF ATTACKS: | 1 | 3 |
| DAMAGE/ATTACK: | 2-8 | 2-8/2-8/1-6 |
| SPECIAL ATTACKS: | Magic | See below |
| SPECIAL DEFENSES: | Anti-magic ray | Nil |
| MAGIC RESISTANCE: | Special | Nil |
| SIZE: | M (4'-6' diameter) | S to M (3'-5' diameter) |
| MORALE: | Fanatic (18) | Champion (15) |
| XP VALUE: | 14,000 | 4,000 |




The beholder (also known as the *eye tyrant* or *sphere of many eyes*) is most frequently found underground, although it will lair in desolate wildernesses from time to time.

The globular body of this monster is supported by levitation, allowing it to float slowly about as it wills. Atop the sphere are 10 eyestalks, while in its central area are a great eleventh eye and a large mouth filled with pointed teeth.

Beholders can speak their own language and will often know tongues of other lawful evil creatures.

**Combat:** The body is protected by a hard chitinous covering with an Armor Class of 0. The creature's eyestalks and eyes are also protected, although less well, having armor classes of 2 and 7 respectively.

The various eyes of a beholder each have a different function. Typically only the central eye, plus 1-4 of those on stalks, are able to function considering that an attack usually comes from an arc 90 degrees before the monster. If attacks come from 180 degrees double the number of eyestalks able to function, and for 270 degrees or 360 degrees triple or quadruple the number. Attacks from above enable all 10 eyestalks to function, but the central eye cannot. Functions of the eyes are:

| | |
|---|---|
| 1 | *Charm person* |
| 2 | *Charm monster* |
| 3 | *Sleep* |
| 4 | *Telekinese* 250 pound weight |
| 5 | *Flesh to stone ray* (30 yard range) |
| 6 | *Disintegrate ray* (20 yard range) |
| 7 | *Fear* (as a wand) |
| 8 | *Slow* |
| 9 | *Cause serious wounds* (50 yard range) |
| 10 | *Death ray* (40 yard range) |
| Central eye | *Anti-magic ray* (140 yard range) |

The *anti-magic ray* covers a 90° arc. All magic within the area ceases to function as long as it remains in the area. Spells cast from within the area or passing through it automatically fail.

Because of its particular nature the beholder is able to withstand the loss of its eyestalks, each taking from 8 to 12 hit points before being lost. These members are not computed as part of its hit point damage potential, and lost eyestalks will eventually grow back (one week per lost member). The body of the monster can withstand two-thirds of its total damage potential, while the great central eye can withstand one-third this total. Thus, a beholder with 45 hit points can withstand 30 hit points of damage to its body before being killed and the eleventh eye could withstand 15 points before ceasing to function. The body of a beholder represents 75% of potential hit area, the central eye and the eyestalks 10% each, and the 10 small eyes 5%.

**Habitat/Society:** The beholder is hateful, aggressive, and avaricious. It will usually attack immediately. If confronted by a particularly powerful party there is a 50% chance it will listen to negotiations (either being bribed not to attack or paying a ransom to not be attacked, depending on the strength of the opposing party).

**Ecology:** An eye from a stalk is an important ingredient in some potions of *levitation*, and as such can be sold to mages or alchemists for as much as 50 gp each.

## Eye of the Deep

The evil eye of the deep dwells only at great depths, floating slowly about, and stalking prey.

They have two crab-like pincers which inflict 2-8 (2d4) points of damage each and a wide mouth full of sharp teeth that does 1-6 points of damage.

Its primary weapons, however, are its eyes. The creature's large central eye emits a cone of blinding light 5' wide at its start, 30' long, and 20' wide at its base. Those in this cone must save versus poison or be stunned for 2-8 (2d4) rounds.

The eye of the deep also has two smaller eyes on long stalks with which it is able to create an *illusion*. Acting independently, the small eyes are able to cast *hold person* and *hold monster* spells respectively.

This monster has an Armor Class of 5 everywhere, including its eyes and eye stalks. If its eyestalks are severed they will grow back in about a week.