Exhibit E

Copyright United States Copyright Office

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Document Number = TX 002818515
Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Wildspace / by Allen Varney.***

**Type of Work:** Text
**Registration Number / Date:** TX0002818515 / 1990-05-24
**Title:** Wildspace / by Allen Varney.
**Description:** 1 v.
**Series:** Advanced Dungeons & Dragons ; 2nd ed
**Copyright Claimant:** TSR, Inc.
**Date of Creation:** 1990
**Date of Publication:** 1990-01-16
**Authorship on Application:** text & artwork: TSR, Inc., employer for hire.
**Copyright Note:** C.O. correspondence.
**Other Title:** Advanced Dungeons & Dragons ; 2nd ed.
**Names:** Varney, Allen
TSR, Inc.

previous next

**Save, Print and Email (Help Page)**

Select Download Format: Full Record | Format for Print/Save

Enter your email address: | Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright | Search Records Results

Registered Works Database (Title Search)
**Search For:** WILDSPACE
**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | TX-2-818-515 |
| Title: | Wildspace / by Allen Varney. |
| Description: | 1 v. |
| Series: | Advanced Dungeons & Dragons ; 2nd ed. |
| Claimant: | acTSR, Inc. |
| Created: | 1990 |
| Published: | 16Jan90 |
| Registered: | 24May90 |
| Author on © Application: | text & artwork: TSR, Inc., employer for hire. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 1/B |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT ED

SJA1

Advanced Dungeons & Dragons

9273

# SPELLJAMMER™

Official Game Adventure

# Wildspace

by Allen Varney



Advanced Dungeons & Dragons
2nd Edition

SPELLJAMMER™

Official Game Adventure

# Wildspace

**by Allen Varney**

On a busy day in the marketplace, something hurtles down out of a clear sky. When the dust clears, you see that it's a ship's anchor, attached to a rope that stretches up as far as you can see. What do you do?

Pull your AD&D® game players up the rope and into the astounding universe of fantasy space! Send their spacegoing galleon, the *Skyrunner*, across the vast reaches of Wildspace. Drop them in the Hive, the largest dungeon ever created. Then pit them against the Ravager, a monster that threatens the characters' entire homeworld!

*Wildspace* is the first adventure for the AD&D SPELLJAMMER™ Campaign Set. The SPELLJAMMER boxed set is required to play. This 64-page adventure fits easily into your existing campaign, as either a change of pace from groundling adventures or the beginning of a new career in space.

This adventure is designed for four to six player characters of levels 6 to 8.

TSR, Inc.
POB 756
Lake Geneva
WI 53147
U.S.A.

TSR, Inc.

TSR Ltd.
120 Church End,
Cherry Hinton
Cambridge CB1 3LB
United Kingdom

ISBN 0-88038-819-6

46363 09273

9273XXX1401

$8.95 U.S.

©1990 TSR, Inc. All rights reserved. Printed in U.S.A. SPELLJAMMER, ADVANCED DUNGEONS & DRAGONS, AD&D, and the TSR logo are trademarks owned by TSR, Inc.