Copyright United States Copyright Office

Exhibit F

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Document Number = TX 003643953

Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Thoughts of darkness / by David Wise.***

**Type of Work:** Text
**Registration Number / Date:** TX0003643953 / 1992-10-23
**Title:** Thoughts of darkness / by David Wise.
**Edition:** 2nd ed.
**Description:** 1 v.
**Series:** Advanced Dungeons & Dragons
Ravenloff official game adventure
**Copyright Claimant:** TSR, Inc. (employer for hire)
**Date of Creation:** 1992
**Date of Publication:** 1992-09-11
**Copyright Note:** C.O. correspondence.

**Names:** Wise, David
TSR, Inc.

previous next

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

---

TX-3-643-953 (COHM)

| | |
|---|---|
| Title: | Thoughts of darkness / by David Wise. |
| Edition: | 2nd ed. |
| Description: | 1 v. |
| Series: | Advanced Dungeons & Dragons. Ravenloff official game adventure |
| Claimant: | acTSR, Inc. (employer for hire) |
| Created: | 1992 |
| Published: | 11Sep92 |
| Registered: | 23Oct92 |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 1/B |

Conduct Another Search

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT EK

RQ2 ADVENTURE

For 4–6 players, character levels 12–15

9364

Advanced Dungeons & Dragons

# Ravenloft

Official Game Adventure

## THOUGHTS OF DARKNESS

by David Wise



HA000871

Advanced Dungeons & Dragons®

# Ravenloft®

Official Game Adventure

# THOUGHTS OF DARKNESS

Of all the inhospitable domains in the RAVENLOFT® campaign world, Bluetspur is the cruelest and most gruesome. Nothing grows in the endless night, and lightning periodically falls like rain. The only place to escape those storms is inside the mind flayers' complex under Mt. Makab, but that is the last place where any sane person would want to go.

The High Master Illithid has been hatching black plots by hatching vampiric mind flayers in his laboratories! His prodigies are horribly insane, but if he can complete his plans, he will achieve a new level of dark immortality. A pair of heroes has stolen the key to his success, but they have paid a heavy price for their bravery and are in desperate need of aid unlooked for.

Meanwhile, the Lord of the Realm watches over the proceedings and plays havoc with the wits of both sides, sapping strength and will with all-powerful thoughts of darkness. A party of adventurers will need all of their skills to escape this black domain without the loss of life, power, or sanity!

For 4 to 6 players, levels 12-15.

By David Wise

TSR, Inc.
POB 756
Lake Geneva
WI 53147
USA

TSR, Ltd.
120 Church End
Cherry Hinton
Cambridge CB1 3LB
United Kingdom

$9.95 U.S.
CAN $11.95
£5.99 U.K.

ADVANCED DUNGEONS & DRAGONS and RAVENLOFT are registered trademarks owned by TSR, Inc. The TSR logo is a trademark owned by TSR, Inc. ©1992 TSR, Inc. All Rights Reserved. Printed in the U.S.A.

50995>
9 781560 763536
ISBN 1-56076-353-1

# TABLE OF CONTENTS

Introduction . . . . . . . . . . . . . . . . . . . 2
Thoughts of Darkness . . . . . . . . . . . . . . 3
Fear, Horror, and Madness . . . . . . . . . . 3
Regarding Psionics . . . . . . . . . . . . . . . . 5
Special Items . . . . . . . . . . . . . . . . . . . . 6
About Bluetspur . . . . . . . . . . . . . . . . . 7
Story Background . . . . . . . . . . . . . . . . . 7
Starting the Adventure . . . . . . . . . . . . . 9

**Thoughts of Darkness** . . . . . . . . . . . 12
1: Rescue . . . . . . . . . . . . . . . . . . . . . . 12
1A: Slinker . . . . . . . . . . . . . . . . . . . . . 15
2: Annitelia . . . . . . . . . . . . . . . . . . . . . 17
3: Storms . . . . . . . . . . . . . . . . . . . . . . 19
4: Traitors . . . . . . . . . . . . . . . . . . . . . 20
5: Vampires . . . . . . . . . . . . . . . . . . . . 21
6: Ambush . . . . . . . . . . . . . . . . . . . . . 22
7: Remnants . . . . . . . . . . . . . . . . . . . . 24
8: The Guardian . . . . . . . . . . . . . . . . . 27
8A: Reunion . . . . . . . . . . . . . . . . . . . . 30
8B: Inside the Complex . . . . . . . . . . . . 31
9: Recovering the *Rod* . . . . . . . . . . . . 31
10: Broken Ones . . . . . . . . . . . . . . . . . 34
11: Spore Farm . . . . . . . . . . . . . . . . . . 37
12: Slave Pens . . . . . . . . . . . . . . . . . . 38
13: Laboratories . . . . . . . . . . . . . . . . . 41
14: Lyssa . . . . . . . . . . . . . . . . . . . . . . 43
15: The *Apparatus* . . . . . . . . . . . . . . . 45
16: The High Master's Quarters . . . . . 49
17: The Lair of the Elder-brain . . . . . . 49
18: Resolution . . . . . . . . . . . . . . . . . . . 55

Appendices
A: Non-player Characters . . . . . . . . . . 58
B: New Monsters . . . . . . . . . . . . . . . . . 61

## Credits

**Design:** David Wise
**Editing:** Wolfgang Baur
**Project Coordination:** Timothy B. Brown
**Black and White Art:** Stephen Fabian
**Color Art:** Fred Fields
**Cartography:** John Knecht
**Typesetting:** Tracey Zamagne
**Production:** Charles Watson
**Playtesters:** Richard W. Brown, Gary "Garg" Brown, Larry Brown, and William J. Martens
**Thanks to:** William W. Connors, Bruce Nesmith, Zeb Cook, Tim Beach, Colin McComb, Thomas Reid, and Timothy B. Brown

©1992 TSR, Inc. All Rights Reserved. Printed in the U.S.A.
ADVANCED DUNGEONS & DRAGONS, AD&D and RAVENLOFT are registered trademarks owned by TSR, Inc. The TSR logo is a trademark owned by TSR, Inc.
Random House and its affiliate companies have worldwide distribution rights in the book trade for English language products of TSR, Inc.
Distributed to the book and hobby trade in the United Kingdom by TSR Ltd. Distributed to the toy and hobby trade by regional distributors.
This module is protected under the copyright laws of the United States of America. Any reproduction or other unauthorized use of the material or artwork contained herein is prohibited without the express written permission of TSR, Inc.

ISBN 1-56076-353-1 9364

TSR, Inc.
POB 756
Lake Geneva
WI 53147
U.S.A.

TSR, Ltd.
120 Church End
Cherry Hinton
Cambridge CB1 3LB
United Kingdom

# INTRODUCTION



Enter now the perpetual twilight realm of Bluetspur, home to mind flayers, a land of relentless nightmares. There's no rest for the wicked *or* the good in this domain. Once caught within the borders of this desolate land, the characters must complete their mission without delay or lose their minds and become slaves of the Lord of Bluetspur.

This adventure is designed for four to six players who are at the 12th to 15th level of experience. It is assumed that a player character in a realistic, balanced 12th-to 15th-level party has an Armor Class between 0 and −5, although some parties may have a warrior with a slightly lower one. In terms of magical weapons, there may be an occasional *sword +5* in such groups, but +3 is a more realistic maximum. Any character besides a wizard who carries much more than a half dozen magical items has a generous DM indeed.

The possibility of character death is more prevalent than ever at high levels, and this dungeon presents a deadly challenge. Smart parties always make it back alive (well, most of them anyway), but the graveyards of Ravenloft are filled with people who made mistakes.

There must be at least one cleric in the party capable of casting invaluable spells like *cure disease, heal, raise dead,* and *resurrection*. The party should be of good alignment—evil creatures are quickly lost in Ravenloft and have little chance of success.

On the other hand, high-level parties have a knack for trashing the best laid plans of adventures and DMs. This is where the Dark Powers can be the DM's friend. The mysterious Dark Powers have a way of twisting magical and other abilities, turning the best of intentions into the worst of results. If the party threatens to turn the adventure on its head through some unconventional or creative tactic, the DM should roll a few dice behind the screen and make the effect backfire in a horrible way.

Mind flayers *love* 15th-level slaves, so capture also plays an important role in this adventure. If there's one thing players hate more than their character dying, it's being taken prisoner. Many encounters should be an attempt on the DM's part to incapacitate and capture one or two of the PCs. If that can be accomplished, the PCs will be all the more motivated to infiltrate the illithid complex and complete their mission, now including the rescue of their companions.

The trick, of course, is not to make the characters feel as if they are being railroaded into prison. Since character vulnerabilities cannot be easily programmed into an adventure module, it falls upon the DM to spot and capitalize on the PCs' misjudgments. For example, if one of the PCs become a bit too aggressive for his own good and falls in combat, the monsters should pounce upon that character and run while the rest of the party is busy finishing the battle. If one of the PCs leaves the rest of the group, the DM should quickly engineer a trap that swallows him up before the rest of the party can react.

When the PCs infiltrate the illithid complex, they will be deep in the home territory of the Lord of Bluetspur. Therefore, any character who reaches 0 hit points is psionically teleported to the illithid laboratories (Labs 1 to 4), to be revived, evaluated, and added to the slave pool—unless their comrades rescue them.

Of course, high-level parties are so variable in their skill levels that it is impossible to create an adventure that any one of them could play without some adjustments. It is possible that the DM will need to pare down the following encounters to suit his own party's abilities. On the other hand, if the party is walking mayhem, the DM is, no doubt, accustomed to enhancing monster hit points and slashing monster THAC0s; he should feel free to make this module as ruthless as necessary. Ravenloft was made to terrify the powerful and smug.

As always, read through this module in its entirety and review pertinent sections of the rules book in the RAVENLOFT® boxed set before beginning the adventure.