Copyright United States Copyright Office

Exhibit G

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Document Number = TX 003223879

Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Rules cyclopedia.***

**Type of Work:** Text

**Registration Number / Date:** TX0003223879 / 1991-12-19

**Title:** Rules cyclopedia.

**Series:** Dungeons & Dragons game ; 1071

**Copyright Claimant:** TSR, Inc.

**Date of Creation:** 1991

**Date of Publication:** 1991-10-03

**Authorship on Application:** TSR, Inc., employer for hire.

**Other Title:** Dungeons & Dragons game ; 1071

**Names:** TSR, Inc.

previous next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record — Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright **Search Records Results**

Registered Works Database (Title Search)
**Search For:** RULES CYCLOPEDIA
**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | TX-3-223-879 |
| Title: | Rules cyclopedia. |
| Series: | Dungeons & Dragons game ; 1071 |
| Claimant: | acTSR, Inc. |
| Created: | 1991 |
| Published: | 3Oct91 |
| Registered: | 19Dec91 |
| Author on © Application: | TSR, Inc., employer for hire. |
| Special Codes: | 1/B |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT EE


1071
Dungeons & Dragons®
GAME
RULES CYCLOPEDIA

## Credits

**Rules Compilation and Development:** Aaron Allston
**Editorial Coordinator:** Steven E. Schend
**Editing:** Steven E. Schend, with Jon Pickens and Dori "the Barbarian" Watry
**Project Coordinator:** Bruce Heard
**Art Director:** Peggy Cooper
**Front Cover Art:** Jeff Easley
**Back Cover Art:** Robin Raab
**Interior Art:** Terry Dykstra
**Cartography:** Dennis Kauth and Frey Graphics
**Graphic Design:** Stephanie Tabat and Robin Raab
**Typography:** Angelika Lokotz and Tracey Zamagne
**Production:** Sarah Feggestad

**Acknowledgements**

The D&D® *Cyclopedia* is a derivative work based on the original DUNGEONS & DRAGONS® game by E. Gary Gygax and Dave Arneson. The *Cyclopedia* has also been drawn from the works of and benefitted from the input of the following people: Jim Bambra, Brian Blume, Tim Brown, Jonatha Caspian, David Cook, Troy Denning, Anne C. Gray, Ernie Gygax, Allen Hammack, Bruce Heard, Kevin Hendryx, John Eric Holmes, Harold Johnson, Tim Kask, Jeff Key, Rob Kuntz, Alan Lucien, Steve Marsh, Frank Mentzer, Tom Moldvay, Mike Mornard, Steve Perrin, Jon Pickens, Brian Pitzer, Michael Price, Patrick L. Price, Paul Reiche, Evan Robinson, Gordon Schick, Lawrence Schick, Don Snow, Edward G. Sollers, Garry Spiegle, Stephen D. Sullivan, Ralph Wagner, Jim Ward, Jean Wells, and Bill Wilkerson.

Additional thanks go to the *Cyclopedia's* commentators and helpers: Mark Bennett, William W. Connors, Alan Grimes and the Role Players Guild of Kansas City, Bruce Heard, Rob King, Dirk Remmecke, and Luray Richmond.

ADVANCED DUNGEONS & DRAGONS, AD&D, DRAGONLANCE, DUNGEONS & DRAGONS, D&D, FORGOTTEN REALMS, and WORLD OF GREYHAWK are registered trademarks of TSR, Inc.
CREATURE CRUCIBLE, DARK SUN, FIEND FOLIO, HOLLOW WORLD, RAVENLOFT, BATTLESYSTEMS, and SPELLJAMMER are trademarks of TSR, Inc.
LANKHMAR is a trademark owned by Fritz Lieber and is used with permission.

Random House and its affiliate companies have worldwide distribution rights in the book trade for English language products of TSR, Inc.
Distributed to the book and hobby trade in the United Kingdom by TSR Ltd.
Distributed to the toy and hobby trade by regional distributors.

©1991 TSR, Inc. All Rights Reserved.

1-56076-085-0

This work is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material or artwork presented herein is prohibited without the express written consent of TSR, Inc.

Printed in the United States of America.

# Chapter 14: Monsters

## Bee, Giant

| | |
|---|---|
| Armor Class: | 7 |
| Hit Dice: | $^1/_2$* (1-4 hp) (S) |
| Move: | 150′ (50′) |
| Attacks: | 1 sting |
| Damage: | 1d3 + special |
| No. Appearing: | 1d6 (5d6) |
| Save As: | F1 |
| Morale: | 9 |
| Treasure Type: | See below |
| Intelligence: | 0 |
| Alignment: | Neutral |
| XP Value: | 6 |

*Monster Type:* Lowlife (Rare).

Giant bees, also called "killer bees," are foot-long giant bees with nasty tempers. Giant bees always attack anyone within 30′ of their hive. If a giant bee attack hits, the bee dies, but the creature stung must make a saving throw vs. poison or die. The stinger will work its way into the victim, inflicting 1 point of damage per round, unless a character spends a round pulling it out.

Owing to the great weight of their hives, giant bees prefer to build their hives in small caves and underground areas near the surface.

There will always be at least 10 bees with their queen in or near the hive. At least four of these bees will have 1 Hit Die each (XP 13). The queen bee has 2 Hit Dice (XP 35) and can sting repeatedly without dying.

Giant bees make magical honey. If a character eats the honey of an entire hive (about two pints), it has an effect like a half-strength *potion of healing*, curing 1d4 points of damage.

*Terrain:* Plain, Woods, Mountain, Hill.

## Beetle, Giant

| | *Fire* | *Oil* | *Tiger* |
|---|---|---|---|
| Armor Class: | 4 | 4 | 3 |
| Hit Dice: | 1+2 (S) | 2* (M) | 3+1 (M) |
| Move: | 120′ (40′) | 120′ (40′) | 150′ (50′) |
| Attacks: | 1 bite | 1 bite + special | 1 bite |
| Damage: | 2d4 | 1d6 + special | 2d6 |
| No. Appearing: | 1d8 (2d6) | 1d8 (2d6) | 1d6 (2d4) |
| Save As: | F1 | F1 | F2 |
| Morale: | 7 | 8 | 9 |
| Treasure Type: | Nil | Nil | U |
| Intelligence: | 0 | 0 | 0 |
| Alignment: | Neutral | Neutral | Neutral |
| XP Value: | 15 | 25 | 50 |

*Monster Type:* Lowlife (Common).

**Fire Beetle:** Fire beetles are 2$^1/_2$′-long creatures often found below ground. A fire beetle has two glowing glands above its eyes and one near the back of its abdomen. These glands give off light in a 10′ radius and will continue to glow for 1d6 days after they are removed.

**Oil Beetle:** Oil beetles are 3′-long giant beetles that sometimes burrow underground. When attacked, an oil beetle squirts an oily fluid at one attacker (an attack roll is needed; the range is 5′). The oil raises painful blisters, causing a −2 penalty on the victim's attack rolls until cured by a *cure light wounds* spell or until 24 hours have passed.

**Tiger Beetle:** Tiger beetles are 4′-long giant beetles with a striped carapace that looks like a tiger's skin. They are carnivores and usually prey on robber flies.

*Terrain:* Cavern, Plain, Ruins, Woods.



## Beholder

| | |
|---|---|
| Armor Class: | 0/2/7 |
| Hit Dice: | 11***** (hp special) (M) |
| Move: | 30′ (10′) |
| Attacks: | 1 bite + special |
| Damage: | 2d8 + special |
| No. Appearing: | 1 (0) |
| Save As: | M11 |
| Morale: | 12 |
| Treasure Type: | L, N, O |
| Intelligence: | 16 |
| Alignment: | Chaotic |
| XP Value: | 5,100 |

*Monster Type:* Monster (Rare).

A beholder, also called an "eye tyrant" "sphere of many eyes," looks like a large floati ball (about 4′ in diameter) covered with toug armor-plated skin. Atop the beholder are small eyes on stalks, each with its own magi power. A large central eye is on the front of body, with a toothy mouth below it.

A beholder moves by means of a slow fl that cannot be dispelled. It speaks most guages and is extremely intelligent, cruel greedy. It is normally found alone but is (5% chance) found with 1d6 young (each $^1/_{10}$ normal Hit Dice and range of eye eff bite damage 1d4 points).

The beholder's front eye always projects anti-magic ray, which temporarily "turns off magic within 60′ in front of it (see "Anti-Ma in Chapter 13). Magical weapons used the ray are treated as if nonmagical. Spells within it area of effect are instantly ruined cast from further away are ruined when fects get within range. The beholder will turn to face any character who starts cast ining the spell.

Magical weapons and items will wor ly once they are removed from the anti area, and existing spell effects with will resume once the ray is directed This ray cannot be aimed above o creature, but only straight out in fro this ray can affect any magic, even smaller eyes (as explained below), th cannot be used on targets within th ray.

If a character uses a weapon to holder, the player must declare wh ter is aiming at—the body, the lar eye stalk. Each target has a differen and hit points as follows:

- The body is AC 0 and has 50
- The front eye is AC 2 and has
- An eye stalk is only AC 7, stand 12 of damage. Dama does not count toward killi

*Small eyes and eyestalks:* I against an eyestalk is successful roll randomly to see which sta "slain" eyestalk has been cut off stalk does not interfere with th ing. Lost eyes grow back in damage to eyestalks regenerate hit point per day.

Only four small eyes can ai at the same time, and they ca directly below the body. Each a ray with a different spell-li