Copyright United States Copyright Office

Exhibit H

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Document Number = TX 004182004

Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Night below : an Underdark campaign : the ultimate dungeon.***

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0004182004 / 1995-12-21 |
| **Title:** | Night below : an Underdark campaign : the ultimate dungeon. |
| **Description:** | Kit. |
| **Series:** | Advanced Dungeons & Dragons ; no. 1125 |
| **Notes:** | Includes cards, map & other textual material. |
| **Copyright Claimant:** | on text & art; TSR, Inc. |
| **Date of Creation:** | 1995 |
| **Date of Publication:** | 1995-11-15 |
| **Other Title:** | Advanced Dungeons & Dragons ; no. 1125 |
| **Names:** | TSR, Inc. |

previous next

**Save, Print and Email (Help Page)**

Select Download Format Full Record Format for Print/Save

Enter your email address: Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright | Search Records Results

Registered Works Database (Title Search)
**Search For:** NIGHT BELOW
**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | TX-4-182-004 |
| Title: | Night below : an Underdark campaign : the ultimate dungeon. |
| Description: | Kit. |
| Series: | Advanced Dungeons & Dragons ; no. 1125 |
| Note: | Includes cards, map & other textual material. |
| Claimant: | on text & art; acTSR, Inc. |
| Created: | 1995 |
| Published: | 15Nov95 |
| Registered: | 21Dec95 |
| Special Codes: | 1/B///A |



U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT EL


Advanced
Dungeons & Dragons
Night Below
An Underdark™ Campaign
The Ultimate Dungeon Adventure


Night Below
Book III
The Sunless Sea

Advanced Dungeons & Dragons®

# Night Below

## Book III

## The Sunless Sea

Table of Contents

Credits


**The Deepest Darkness** .......... 2
Returning to Friends .......... 2
The Svirfneblin ✦ The Rockseer Emissaries
✦ The Surface World
**Exploring the Great Cavern** .......... 7
The Deranged Derro .......... 8
Rift of the Fire Giants .......... 10
The Desperate Marilith .......... 13
The Renegade Illithids .......... 17
Negotiating Alliances: "The Enemy of My Enemy" .......... 22
The Refugee .......... 23
Other Locations .......... 24
**Isles in the Sunless Sea** .......... 25
Szandur's Isle .......... 25
The Isle of Shadows .......... 27
Pyramid of the Izxan .......... 31
Other Islands .......... 35
**Great Shaboath** .......... 37
Preparing for the Final Battle .......... 37
Farewell to the Rockseers .......... 38
The Great City of the Aboleth .......... 38
City Location Key .......... 41
The Tower of Domination .......... 55
Glory! .......... 64



Design: Carl Sargent
Editing: John D. Rateliff
Cover Art: Jeff Easley
Interior Art: Arnie Swekel & Glen Michael Angus
Additional Art: David Trampier
Borders: Don Danowski
Graphic Design: Paul Hanchette & Don Danowski
Cartography: Diesel, Roy M. Boholst, & Dominik Willard
Art Director: Stephen A. Daniele
Typesetting: Nancy J. Kerkstra
Origins '95 Playtest: John Brenner, Robert Madigan, Mike Pace, Chris Vores, Courtney W. Whipple, & Thomas Wood



AD&D, ADVANCED DUNGEONS & DRAGONS, DUNGEON MASTER, and MONSTROUS COMPENDIUM are registered trademarks owned by TSR, Inc. MONSTROUS MANUAL, PLANESCAPE, and the TSR logo are trademarks owned by TSR, Inc. All TSR characters, character names, and the distinctive likenesses thereof are trademarks owned by TSR, Inc.
©1995 TSR, Inc. All rights reserved. This product is protected under the copyright laws of the United States of America. Any reproduction or other unauthorized use of the material or artwork contained herein is prohibited without the express written permission of TSR, Inc.



Random House and its affilate companies have worldwide distribution rights in the book trade for English language products of TSR, Inc. Distributed to the book and hobby trade in the United Kingdom by TSR Ltd. Distributed to the toy and hobby market by regional distributors.

TSR, Inc
201 Sheridan Springs Road
Lake Geneva
WI 53147
U.S.A.

TSR Ltd
120 Church End
Cherry Hinton
Cambridge, CB1 3LB
United Kingdom

1125XXX1905

# Exploring the Great Cavern

sions, etc.) due to high Wisdom; MR 90%; SZ M (5'4" ; ML champion (15); Int genius (18); AL LE; XP 00. Wis 18. Spells: *command*, *darkness* (x2), *sanctuary* ); *hold person* (x3), *resist cold*, *resist fire*; *continual dark-* s, *dispel magic*, *emotion control**; *mental domination**, *bability control**. Special abilities: *astral projection*, *charm nster*, *charm person*, *ESP*, *levitate*, *plane shift*, and *sugges-* m. The younger illithid wears a *ring of fire resistance*; his ue-violet robes are worth 1,700 gp.

**hasurita, half-elven Thief (12th level):** AC –1 (*leather rmor* +3, *shield* +2, Dexterity bonus); MV 12; hp 46; HAC0 15 (13 with *long sword* +2, 10 with *short bow* +2, *rrow* +1, and Dexterity bonus); #AT 1 or 2; Dmg 1d8+2 (*long sword* +2) or 1d6+3/1d6+3 (*short bow* +2 with quiver including 11 *arrows* +1); SA thief abilities (+4 to attack rolls and quadruple damage on backstabs); SD thief skills (see below), invisibility; SW *charmed*; SZ M (5'3"); ML champion (16); AL N (NG); XP 7,000. Str 11, Dex 17, Con 15, Int 12, Wis 12, Cha 15. Her thief skills (including adjustments for race and Dexterity) are Pick Pockets (55%), Open Locks (80%), Find & Remove Traps (75% or 85% with her special lockpicks), Move Silently (65%), Hide in Shadows (65%), Hear Noise (65%), Climb Walls (95%), and Read Languages (45%). She has a *ring of invisibility*, a *ring of flying* (casts the *fly* spell, once per day, for 12 turns) and a set of enchanted lockpicks which give her a +10 bonus to Find & Remove Traps rolls. Finally she has a scroll of the following wizard spells scribed at 12th level: *dispel magic*, *polymorph self*, *stone to flesh*. She will fight fiercely to protect the illithids here as long as she is still *charmed*; if freed from the *charm* she will bide her time and then seek her revenge at a moment when the chances of success seem greatest.

The treasure of the community is gathered in two locked and trapped chests beside the southeast wall. Since illithids can rarely use magic items (their magic resistance usually negates the usefulness of the item), they have accumulated not only monetary treasure but some useful magic from their victims over the years. The first chest has a poisonous fungal spore trap which if triggered causes a cloud of spores to be released in a 20-foot cube. The spores have the same effect as *dust of sneezing and choking*, except that a failed saving throw means the victim is reduced to zero hit points (death's door) rather than instantly slain; those who do save are still disabled for 5d4 rounds. The chest contains bags with 6,200 sp, 4,950 ep, 7,200 gp, 1,655 pp, and small pouches of diverse gems (32 in all, for a total value of 16,400 gp). There are also two fine gold ingots (value 2,000 gp apiece) which are wrapped in a velvety cloth which is a rather formless and poorly tailored



# The Deepest Darkness

the aboleth discover the PCs' purpose here, they will either lure them into a trap, dispatch a contingent of NPCs to wipe them out, or both. Once the characters have launched their first assault on Shaboath, this "state of grace" no longer applies and the aboleth begin to harass the PCs as explained in the "Active Response" section of the "Great Shaboath" chapter (see page 40).

The following chapters allow considerable scope for DM expansion. Certain locations (the Isle of Shadows, the Ixzan Citadel, the settlement of the renegade illithids, Szandur's Isle, etc.) are thoroughly detailed, with full maps on **Mapsheet 5**. These locations allow the PCs to gain plenty of experience points and plunder and to find possible allies, clues, and help (including flux points which will enable them to travel from the underdark to the Sunless Sea and back again rapidly). A number of other adventure locations are suggested for the DM, usually placed along side-passages stretching miles away from the vast cavern of the Sunless Sea itself. In these cases, an adventure hook is provided for each locale along with notes on the monsters and treasures encountered there. The DM can develop these locations as he or she likes, customizing them to suit his or her players and PCs. He or she can devise additional side-adventures or just ignore the lot of them—that is, determine that the side-passages don't even exist and get on with the material fully detailed in the following chapter, thus shunting the PCs back into the central action arena.



# The Deep Underdark

Use the "City Margins" table if in the cavern and within 10 miles of Shaboath. The "Aquatic" table should be used for island encounters and also for travel on the Sunless Sea. The "Passageways" table is for encounters in tunnels which lead off from the cavern of the Sunless Sea. The "DM Choice" should, again, be used to employ wandering monsters which are similar in kind to those of the nearest location, though this restriction isn't absolute.

| d100 | Cavern | City Margins |
|---|---|---|
| 01–10 | 1d4+6 Kuo-toa[1] | 1d4+6 Kuo-toa[1] |
| 11–15 | 1d2 Spectres | 1d4+4 Derro led by a 6 HD savant |
| 16–20 | 1d3 Fomorian Giants | 1d2 Fomorian Giants |
| 21–25 | 1 Deepspawn | No encounter |
| 26–30 | 1d2 Umber Hulks | Kidnappers[2] |
| 31–40 | 1d3 Ropers | 1d4+4 Derro led by a 6 HD savant |
| 41–50 | 1d2 Illithids | 1d2 Illithids |
| 51–60 | 1d2 Galeb Duhr | No encounter |
| 61–70 | 1d4 Gray Oozes | 1 Aboleth |
| 71–75 | 1 Aboleth | 1 Savant Aboleth[3] |
| 76–80 | 1d4+4 Trolls | No encounter |
| 81–85 | 1d4 Fire Giants[4] | 1 Aboleth |
| 86–90 | 1 Greater Basilisk | Roll on Cavern table |
| 91–00 | DM Choice | Roll on Cavern table |

pickups from 1st edition module

| d100 | Aquatic | Passageways |
|---|---|---|
| 01–10 | 1d4+2 Ixzan[5] | 1d4+4 Trolls |
| 11–20 | 1d4+4 Eels, Giant Moray (5+6 HD) | 1d3+1 Ettins |
| 21–30 | 1d2 Underdark Greater Seawolves | Roll on Cavern table |
| 31–40 | 1d2 Spectres | 1 Lurker Above |
| 41–50 | No encounter | 1 Trapper |
| 51–55 | 1d2 Aboleth | 1 Basilisk |
| 56–60 | 1 Vodyanoi | 1 Purple Worm |
| 61–65 | 1 Mottled Worm | 1 Black Pudding |
| 66–70 | 1 Giant Slug | 1 Tenebrous Worm |
| 71–80 | 1d6+4 Ogres, Merrow | No encounter |
| 81–00 | DM Choice | DM Choice |

| d100 | Within Shaboath |
|---|---|
| 01–10 | 1d4+4 Derro led by a 6 HD savant |
| 11–20 | 1d4+8 Kuo-toa led by a Lieutenant |
| 21–30 | 1 Aboleth |
| 31–35 | 1d2 Aboleth |
| 36–40 | 1 Savant Aboleth[6] |
| 41–45 | Kidnappers[7] |
| 46–50 | 1 Baatezu[8] |
| 51–60 | 1d3 Illithids |
| 61–70 | 1d6 Slaves[9] |
| 71–80 | 1 Aboleth with slaves[10] |
| 81–90 | 1d2 Fomorian Giants[11] |
| 91–00 | DM Choice |



[1] Led by 1 Lieutenant.
[2] NPC party of levels 1d4+5, designed by the DM, with 1d6+2 slaves.
[3] 7th-level Priest, 8th-level Wizard, 75% likely to be accompanied by 1d4 *dominated* kuo-toa or Derro (equal chance for either).
[4] If within 5 miles of the Great Rift, otherwise reroll.
[5] Led by a 5+5 HD Ixzan with powers of 7th-level wizard.
[6] 10th-level Priest, 7th-level Wizard, accompanied by 1d4 *dominated* human Fighters (see DM Reference Card 6)
[7] NPC party of levels 1d4+8, designed by the DM, with 2d6 slaves.
[8] Select one personality or kamatule from area 18 in Shaboath (see pages 52-55). Note that the baatezu may be *invisible, polymorphed,* etc.
[9] Slave workers and laborers. 50% likely to be led by a Derro Savant with 6 HD
[10] Roll slaves from table given for area 11 in Shaboath (see page 43).
[11] 50% likely to be led by a dominating aboleth.