Copyright United States Copyright Office

Exhibit I

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Document Number = TX 004143286

Search Results: Displaying 1 of 1 entries

previous | next

Labeled View

***Labyrinth of madness / design Monte Cook ; editing Thomas M. Reid ;...***

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0004143286 / 1995-10-17 |
| **Title:** | Labyrinth of madness / design Monte Cook ; editing Thomas M. Reid ; interior ill. Dan Frazier. |
| **Imprint:** | Lake Geneva, WI : TSR, c1995. |
| **Description:** | 64 p. |
| **Series:** | Advanced Dungeons & Dragons official game adventure ; 9503 |
| **Copyright Claimant:** | TSR, Inc. (employer for hire) |
| **Date of Creation:** | 1995 |
| **Date of Publication:** | 1995-07-23 |
| **Other Title:** | Advanced Dungeons & Dragons official game adventure ; 9503 |
| **Names:** | Cook, Monte |
| | Reid, Thomas M. |
| | Frazier, Dan |
| | TSR, Inc. |

previous | next

**Save, Print and Email (Help Page)**

Select Download Format: Full Record | Format for Print/Save

Enter your email address: | Email

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright | Search Records Results

Registered Works Database (Title Search)
**Search For:** LABYRINTH OF MADNESS
**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | TX-4-143-286 |
| Title: | Labyrinth of madness / design Monte Cook ; editing Thomas M. Reid ; interior ill. Dan Frazier. |
| Imprint: | Lake Geneva, WI : TSR, c1995. |
| Description: | 64 p. |
| Series: | Advanced Dungeons & Dragons official game adventure ; 9503 |
| Claimant: | acTSR, Inc. (employer for hire) |
| Created: | 1995 |
| Published: | 23Jul95 |
| Registered: | 17Oct95 |
| Special Codes: | 1/B/D//A |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT
EF


For characters of level 15 and above
9503
56
Advanced
Dungeons&Dragons®
Official Game Adventure
Labyrinth of Madness
For characters of level 15 and above
TSR

Advanced Dungeons & Dragons®
Official Game Accessory

# Labyrinth of Madness

## Table of Contents


Using this Adventure .......... 2
Running the Adventure .......... 2
Toning Down the Difficulty .......... 2
The History of the Labyrinth .......... 3
  Recent Events .......... 4
  Starting the Adventure .......... 4
Getting to the Labyrinth .......... 5
  The Secret Vale .......... 5
Conditions Within the Lifebane .......... 6
  Madness .......... 6
  Corruption .......... 6
  Divination and Detection Spells .......... 6
  Summoning Spells .......... 6
  Healing Spells .......... 6
  Other Spells .......... 7
  Magical Items .......... 7
  Psionics .......... 7
  Doors and Walls .......... 7
  Ceilings .......... 7
The Sigils .......... 7
Organization of the Inhabitants .......... 8
  The Masters of the Labyrinth .......... 8
The Outer Cavern .......... 11
Area A .......... 11
Area B .......... 17
Area C .......... 22
Area D .......... 29
Area E .......... 40
Area F .......... 45
Area G,
  The Grand Chamber .......... 49
The End .......... 64


## Credits

**Design:** Monte Cook
**Editing:** Thomas M. Reid
**Cover Illustration:** Jeff Easley
**Interior Illustrations:** Dan Frazier
**Cartography:** Diesel
**Typography:** Angelika Lokotz
**Production:** Stephen A. Daniele and Paul Hanchette
**Playtesters:** Rich Baker, Rich Bue, Jim Butler, Stephen A. Daniele, Sam Johnson, Jay Petersen, Charles Ryder, Jerry Smiley, David Swindell, Ray Vallese, and Steve Winter

ADVANCED DUNGEONS & DRAGONS and AD&D are registered trademarks of TSR, Inc. The TSR logo is a trademark of TSR, Inc. All TSR characters, character names, and the distinctive likenesses thereof are trademarks owned by TSR, Inc.

Random House and its affiliate companies have worldwide distribution rights in the book trade for English language products of TSR, Inc. Distributed to the book and hobby trade in the United Kingdom by TSR Ltd. Distributed to the toy and hobby trade by regional distributors.

This material is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material or artwork contained herein is prohibited without the express written permission of TSR, Inc.
©1995 TSR, Inc. All Rights Reserved. Printed in the U.S.A.

TSR, Inc.
201 Sheridan Springs Rd.
Lake Geneva, WI 53147
U.S.A.

TSR Ltd.
120 Church End, Cherry Hinton
Cambridge CB1 3LB
United Kingdom

9503XXX1501

ISBN 0-7869-0330-9

[redacted]

The metal tube extends into this room, but only a few feet. Its end is open, showing it to be hollow, its sides about a ½ inch thick. It is engraved on the inside just as it is on the outside.

See Diagram 8 for a view of this room, showing the different heights of the columns, and Diagram 9 for a close-up of how each column appears with the cage inside. Show the players illustration F2 from the exhibit booklet.

Currently, Aerthun has three beholders under his command. All three use this place as their lair, although they are not necessarily encountered together, or even here. They have free reign over the entire labyrinth but are usually found in Area F.

The columns are indeed the roosts of the beholders, although not all are in use at the moment. Each holds a single prisoner, natives taken from the village in the secret vale on the surface. The columns are numbered on the map and break down as follows:

**#1:** 30 feet high, prisoner is a male.
**#2:** 45 feet high, prisoner is female. Roost of beholder #1. The roost contains six 50-gp gems and a 100-gp necklace. It is littered with bits of bone, dried flesh, and fungus.
**#3:** 35 feet high, prisoner is male. Roost of beholder #2. The roost is filled with 1,976 copper pieces. Many are covered in dried blood.
**#4:** 25 feet high, prisoner is female.
**#5:** 30 feet high, prisoner is male. Roost of beholder #3, containing 384 gp, 266 sp and a *short sword +1*. Like the other roosts, this one is filled with bits of bone and dried blood.
**#6:** 35 feet high, prisoner is female.
**#7:** 40 feet high, prisoner is female.

Assuming that they are encountered here, each of the beholders has a different preferred method of attack. These beholders have also been corrupted by the lifebane so that some or all of their eyestalks have become snakes, although they still retain their magical abilities. These snakes can also bite for 1d6 points of damage, injecting a poison so deadly that if the saving throw roll is failed, the victim dies in 1d3 rounds.

If the labyrinth is on alert status, the beholders (wherever they are) are in hiding, waiting in ambush. In this room, that means that they are in their roosts, out of sight of the door until they choose to strike with their eyebeams.

Beholder #1 attempts to hide behind the column its roost is in, until one or more characters climbs up to free a prisoner or investigate a roost, at which time it attacks from below, using all of its eyestalks at once. In normal combat, it enjoys using its telekinesis to pick up foes and drop them from great heights.

Beholder #2 drinks its *potion of invisibility* and maneuvers silently into a position behind the PCs. It wears a series of metal plates held together on a leather harness and likes to engage in melee combat more than most beholders, although it uses its magical abilities to their full effect.

Beholder #3 attempts to strap itself into the magical armor that it keeps on the far side (hidden from the door) of its pillar. See Diagram 10.

## Diagram 10 Beholder Armor



Advanced Dungeons & Dragons®
Official Game Adventure

# Labyrinth of Madness

## by Monte Cook

Sinister, twisting images . . . Horrific nightmares lurking at the corners of the mind . . . These are descriptions used to tell the tales of the *Labyrinth of Madness*. But these tales of the labyrinth are only legends, really, nothing more than stories used to frighten children at night-until a mysterious scepter is found, bearing within its crystal head a visage of insanity and terror, and also delivering a message: "Disturb not the *Labyrinth of Madness* again, and live a while longer." Now a powerful temple suffers from a tragic curse that is somehow linked to the labyrinth. Does there exist a group of heroes who can penetrate this dark and terrible place to lift the curse . . . and survive?

*Labyrinth of Madness* is a multiple-level, three-dimensional dungeon adventure, a puzzle within a puzzle, that commemorates 20 years of gaming with TSR.

Sug. Retail:
U.S. $9.95
CAN $11.95
U.K. £5.99

TSR, Inc.
201 Sheridan Springs Rd.
Lake Geneva WI 53147
U.S.A.

TSR Ltd.
120 Church End, Cherry Hinton
Cambridge CB1 3LB
United Kingdom

Advanced Dungeons & Dragons is a registered trademark of TSR, Inc.
The TSR logo is a trademark of TSR, Inc.
©1995 TSR, Inc. All rights reserved. Printed in the U.S.A.

ISBN 0-7869-0330-9

CONFIDENTIAL