Copyright United States Copyright Office

Exhibit J

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Document Number = TX 004334620

Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***I, tyrant / editing Keith Francis Strohm ; cover ill. Dana Knutson ;...***

**Type of Work:** Text

**Registration Number / Date:** TX0004334620 / 1996-07-19

**Title:** I, tyrant / editing Keith Francis Strohm ; cover ill. Dana Knutson ; interior ill. Arnie Swekel, David Martin, Glen Michael Angus ... [et al.].

**Imprint:** Lake Geneva, WI : TSR, c1996.

**Description:** 93 p. + poster.

**Series:** Advanced Dungeons & Dragons ; no. 9521
Monstrous Arcana

**Copyright Claimant:** TSR, Inc. (employer for hire)

**Date of Creation:** 1996

**Date of Publication:** 1996-06-17

**Other Title:** Advanced Dungeons & Dragons ; no. 9521

**Names:** Strohm, Keith Francis
Knutson, Dana
Swekel, Arnie
Martin, David
Angus, Glen Michael
TSR, Inc.

previous next

**Save, Print and Email (Help Page)**

Select Download Format Full Record Format for Print/Save

Enter your email address: Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright Search Records Results

Registered Works Database (Title Search)

**Search For:** I, TYRANT

**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | TX-4-334-620 |
| Title: | I, tyrant / editing Keith Francis Strohm ; cover ill. Dana Knutson ; interior ill. Arnie Swekel, David Martin, Glen Michael Angus ... [et al.]. |
| Imprint: | Lake Geneva, WI : TSR, c1996. |
| Description: | 93 p. & poster. |
| Series: | Advanced Dungeons & Dragons ; no. 9521. Monstrous Arcana |
| Claimant: | acTSR, Inc. (employer for hire) |
| Created: | 1996 |
| Published: | 17Jun96 |
| Registered: | 19Jul96 |
| Special Codes: | 1/B///A |



U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT EG

Advanced Dungeons & Dragons®

9521

Monstrous Arcana™

# I, Tyrant



Advanced Dungeons & Dragons®
Monstrous Arcana™

# I, Tyrant

A Sourcebook For the
ADVANCED DUNGEONS & DRAGONS® Game

## Credits

**Designer:**
Aaron Allston

**Editing and Additional Development:**
Keith Francis Strohm

**Beholders' Gallery:**
Thomas M. Reid

**Creative Director:**
Steve Winter

**Cover Illustrations:**
Dana Knutson

**Interior Illustrations:**
Arnie Swekel
David Martin
Glen Michael Angus
William O'Connor
Randy Post

6L

## Sources:

Portions of this game were adapted from: **Labyrinth of Madness**, by Monte Cook; **MONSTROUS COMPENDIUM® Appendix II**, by Rich Baker; **MONSTROUS MANUAL™** tome, by Tim Beach and Doug Stewart, et al; DMGR4, **Monster Mythology**, by Carl Sargent; FR1, **Waterdeep and the North**, by Ed Greenwood; and SJA1, **WILDSPACE™**, by Allen Varney.

**Cartography:**
Roy M. Boholst

**Graphic Design:**
Greg Kerkman
Shan Ren
Paul Hanchette

**Typography:**
Angelika Lokotz

**Art Director:**
Stephen A. Daniele

© 1996 TSR, Inc. All rights reserved. Made in the U.S.A.
ADVANCED DUNGEONS & DRAGONS, AD&D, and MONSTROUS COMPENDIUM are registered trademarks owned by TSR, Inc
MONSTROUS ARCANA, MONSTROUS MANUAL, WILDSPACE, and the TSR logo are trademarks owned by TSR, Inc.
All TSR characters, character names, and the likenesses thereof are trademarks owned by TSR, Inc.
Random House and its affiliate companies have worldwide distribution rights in the book trade for English-language products of TSR, Inc. Distributed to the book and hobby trade in the United Kingdom by TSR, Inc. Distributed to the toy and hobby trade by regional distributors.
This book is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material contained herein is prohibited without the express written permission of TSR, Inc.

9521

TSR, Inc.
201 Sheridan Springs Road
Lake Geneva, WI 53147
U.S.A.

TSR Ltd.
120 Church End, Cherry Hinton
Cambridge CB1 3LB
United Kingdom

# Table of Contents


Introduction

**Chapter 1**

**Beholders: What They Are**
Arrangement of the Basic Beholder, 4
Variations On the Standard Form, 6
Physical Manipulation, 6
Beholder Statistics, 6
The Beholder Diet, 6
The Typical Beholder Day, 7
The Beholder Life-Cycle, 7
Beholder Diseases, 8

**Chapter 2**

**Types of Beholders**
Statistical Information, 9
True Beholders, 9
Beholder-Kin, 11
Abominations, 12
Undead Beholders, 14
Unrelated Creatures, 16
Rumored Variations, 17

**Chapter 3**

**History of the Beholders**
Creation Stories, 19
Heretical Opinions, 19
Beholders and the Multiverse, 20
Beholder-Kin, 20
Abominations, 20
The Fragmented God Theory, 20
Other Notes, 20

**Chapter 4**

**Deities**
The Great Mother, 21
Gzemnid, 23
Worship of These Gods, 23

**Chapter 5**

**Powers**
The Secrets of Beholder Flight, 24
Beholder Eye Powers—At a Glance, 25
The Beholder Eye: An Overview, 25
Beholder Eye Powers: Specifics, 26
Powers of Beholder-Kin and Abominations, 30
Beholders and Psionics, 31
Beholder-Related Spells, 32

**Chapter 6**

**Psychology**
Basic Beliefs, 36
Demented Beholders, 37
Relationships With Other Species, 37
Rational Mind and Intuitive Mind, 39





**Chapter 7**

**Beholder Society**
Social Organization, 40
Art and Entertainment, 43
Social and Religious Rites, 46

**Chapter 8**

**Ask Milord Wizard, 47**

**Chapter 9**

**Beholder Creations**
Beholder Armor, 50
Binphallkahr (Balldozer), 50
Display Shackles, 51
Lifter, 51
Mouthpicks, 52
Sticky Ceiling, 53
Sphere Mirrors, 54

**Chapter 10**

**Beholder Architecture**
The Solitary Beholder Lair, 55
The City Beholder Lair, 59
The Beholder City, 60

**Chapter 11**

**Campaigning Beholders**
Beholders and Their Warmaking, 63

**Chapter 12**

**Ready Reference Guide**
True Beholders, 68
Beholder-Kin, 73
Abominations, 77
Undead Beholders, 79
Unrelated Creatures, 81
Other Combat Notes, 82
Unrelated Creatures, 81

**Chapter 13**

**Beholders' Gallery, 83**
Adventure Hooks, 88

**Chapter 14**

**Beholder Eye Powers—At a Glance, 92**
**Beholder Pin-up, 96**

# Beholders: What They Are




## Arrangement of the Basic Beholder

The illustrations on pages 4 and 5 show the inner and outer workings of the beholder. Compare that diagram to the following key.

### Beholder Exterior

**(1) Smaller Eyes.** These magical eyes are about two inches in diameter. Each has its own magical power.
**(2) Eyestalks.** In most beholder species, the eyestalks are flexible tentacles about half the body's diameter in length (usually two to three feet in length). In some species, however, they are articulated, jointed stalks covered in inflexible chitin.
**(3) Skin.** The beholder's skin is a tough, stony substance about as durable as metal. When a beholder dies, its skin gradually hardens to the approximate consistency and density of stone. Certain preservative spells can counteract this process. Small, almost invisible air vessels dot the beholder's skin; these vessels lead to the beholder's lung.
**(4) Central Eye.** This organ is about one-third the diameter of the beholder and possesses powerful anti-magic abilities. The central eye does have an eyelid, though beholders do not typically have to blink.
**(5) Nostrils.** Nostrils are not present in all species; many beholders are mouth-breathers.
**(6) Mouth.** The beholder mouth performs many of the same functions as the human mouth. It has a tongue, soft upper and lower palates, and upper and lower teeth. A beholder's bite is dangerous as its teeth are well designed for ripping, tearing, and grinding.

**(7) Tympanic Membranes.** Most beholders do not possess ears. Instead, they have thick hide coverings that conceal their auditory mechanism. Beholder hearing is inferior to that of humans.




Thieves receive a +15% bonus to their Move Silently rolls when attempting to sneak around a beholder. Unfortunately, the beholder's range of vision more than makes up for this fact. Thieves attempting to Hide in Shadows do so with a –20% penalty.

Be
Mo
line
per
(8)

s
p
s
c
l
c
a
i