## Beholder Interior

Most beholder internal organs are flat, bladder-like, and lined with muscle so they can expand and contract to perform their functions.

(8) **Skull.** Though outwardly it appears to be a simple




sphere, the beholder skull actually consists of two pieces—the skull proper and a hinged jaw. Notice the small gap from the ocular orbit (the depression for the central eye) to the main body.

The skull itself does not consist of bone. It is actually a leathery cartilaginous material formed with two layers—outer and inner; connective material divides the open area into innumerable small compartments. Its resilience is one of the reasons beholders are so durable. The compartments between the two skull layers are filled with a sort of gas that allows the beholder to levitate. The beholder produces this gas within its body; it is not otherwise found in nature.

**(9) Brain.** The beholder brain resembles the human brain in size, though it is much broader. Scholars have observed that the beholder brain becomes ridged with age.

**(10) Central Eye in Ocular Orbit.**

**(11) Diaphragm.** Beholders do not have hearts. Instead, they have oversized diaphragm muscles that perform the duties of the heart muscle. Rhythmic contractions of the diaphragm pump blood through the beholder's body, control its breathing, and even allow it to give birth. Intact beholder diaphragms (which are rare) are useful components in some wizard spells.

**(12) Blood Sac.** This is the central depository of blood in the beholder body. Contraction of the diaphragm pulls blood into the blood sac; expansion of the diaphragm pushes it back into the blood vessels.

**(13) Air Sac.** The beholder has a single lung.

**(14) Windpipe.** This is a heavy pipe-like structure that carries oxygen to the beholder's lung; it is also houses the vocal cords.

**(15) Tongue.** This heavy, muscular mass helps wrestle living prey into the beholder's first stomach. Some beholder breeds use their tongue as a pointing mechanism; these breeds do a lot of tongue-waving during conversation. The beholder tongue also unhinges, allowing access to the reproductive organs during mating and birth.

**(16) Reproductive Organs.** A beholder is a self-sufficient organism that possesses both male and female reproductive organs. Most beholders are solitary and are capable of self-fertilization. This allows the creatures to foster "true" breeds by preventing any sort of contamination with flawed beholders. However, some scholars theorize that a few types of beholders actively mate with one another; these sages cite unconfirmed reports of aberrant beholder breeds mating with beholder-kin.

The beholder gives birth to live young—usually three to six at a time. Newborn beholders can levitate, and they emerge from their progenitor's mouth in a flurry of activity. The few surviving human witnesses to these births have described them as "appalling."

**(17) First Stomach.** Food and living prey are pulled into the first stomach by the beholder's tongue. This stomach

time between age one hundred and twenty and one hundred and fifty.

Of course, some beholders can make use of *potions of longevity* and other life-extension techniques. There are also some beholders that naturally live far longer than the usual lifespan; these long lived beholders are called Elder Orbs.

## Beholder Diseases

Beholders are subject to illness; however they cannot catch diseases from humans, nor can humans contract illnesses from beholders. Some known beholder illnesses include:

**Spasms (*Diohurr*):** The illness most feared by beholders is the spasms—a degenerative condition that usually sets in during their elder-age period. A beholder suffering this condition will occasionally lose mental coherence and begin levitating in a random direction. During this period, its eye-stalks spasm in apparent pain, and its eyes attack any creature it comes across—including same-breed beholders and Hive Mothers. These fits last ten to fifteen minutes. At initial onset, the beholder suffers these fits perhaps once a moon. Soon the rate progresses; within a few years, a beholder will suffer these spasms once or twice every day. Eventually, victims of this disease will spasm continuously. Beholders fear this illness because it results in a loss of their mentality.

**Mania (*Edorakk*):** Not much is known about this condition, but from comments overheard by Ronassic of Sigil it appears to infrequently manifest in all beholders until their first birthing. Some beholders, however, suffer this condition well after their first birthing.

Scholars from the city of sigil have discovered that one of these conditions, *edorakk*, possesses a beholder suffix different from the others. Further study has revealed that the -hurr/-urr suffix indicates an illness, while the -rakk/-akk suffix indicates a temporary condition (the beholder word for "raining" ends with the -aak suffix, for example).

During periods of mania, a beholder experiences bewildering mood changes and an apparent inability to distinguish between itself and other species. It might address an elf in beholder-tongue, save the life of an endangered human, or even flirt outrageously with a giraffe. However, the beholder retains its basic intelligence during the attack; any attempt to trick the beholder into some action not in its best interest will probably (on a successful Intelligence check) snap the beholder out of its current period of mania. Any attack on a beholder will automatically snap it out of its manic state. Fits of mania tend to last from five to ten minutes; victims will either forget about the attack, or deny it completely.

**Meat-Rot (*Malohurr*):** Beholders are indiscriminate eaters and often consume species that are not good for them. When this happens, they suffer a mild poisoning normally revealed by the presence of pustules and blisters on their skins. However, they evidence no discomfort while in this condition.



# Types of Beholders




If you ask an expert to list the number of different beholder types, he will tell you, "A score or more," and if you add in the number of distinctive breeds, there are at least hundreds. If you ask the same question of a beholder, your answer, assuming you live to hear it, will simply be, "One."

Every beholder thinks that it is the one proper example of its species. Other beholders that resemble it in every significant way—excepting size (within limits), scars and other battle damage, and a narrow variation in mannerism—are "correct," meaning that they possess slight flaws, but are still acceptable variations on the one proper example.

Every beholder considers all different beholders as flawed, wrong, and deserving of death; their very appearance mocks and insults the "one proper breed" of the beholder species. The human perspective, of course, is very different. Humans do not care whether the beholder before them has three or four faint tan stripes along its flank. We only care about what the beholder can do to us.

## True Beholders

True beholders may be of any color, though brown (generally graduating from dark brown on top to a slightly lighter brown on bottom) is most common. The skin surface of a beholder is normally mottled or pebbly; sometimes the "pebbles" are quite large.

## The Standard Beholder

This creature is the most common type of beholder. Standard beholders are four to six feet in diameter, and possess one glaring central eye, a mouth full of sharp teeth, and ten small eyes atop individual eyestalks. Like most of its kin, it levitates and floats at a slow rate of progress.

## The Beholder Mage

Scholars have long thought beholders incapable of learning magic because of their anti-magic central eye. This is not quite true; beholders deprived of all central eye functions can sometimes learn to cast spells known by wizards. Some beholders who have lost their central eye in combat eventually transform themselves in to beholder mages; other ambitious beholders in need of more versatile magic actually blind themselves in order to learn magic.

The beholder mage is somewhat smaller than the standard beholder, and, of course, is blind in its central eye. Some beholder mages leave their central eye closed; other mages openly display the damage or disease that caused their blindness.

A beholder mage gradually converts its eyestalks to "spellstalks"; each spellstalk holds one wizard spell. A beholder mage can cast a spell from its stalk a number of times per day equal to its experience level as a wizard—compensation for the fact that the creature can only know up to ten spells. The beholder's experience level also determines its total number of spellstalks and the maximum level of spells that it can learn (See chart on page 68). Few mages turn all of their eyestalks into spellstalks; the *telekinesis* stalk, for instance, is far too useful to discard.

## Statistical Information

Game information on all of these creatures appears in the "Ready Reference" chapter at the end of this book.

HA000843

Beholders look upon the self-alterations performed by beholder mages as "battle damage"; consequently, same breed beholders do not ostracize their mages. Even though beholder communities accept these special members as citizens, some individual beholders do pity the mages because of their blindness.

## The Hive Mother

Also known as "ultimate tyrants" or "ultimates," hive mothers are extremely rare creatures that found and rule communities of beholders. Though often considered beholder-kin (see below) by humans, beholders accept hive mothers as true members of the community.

A hive mother is about twice the size of a normal beholder. It has a full set of eyes, but no eyestalks; the secondary eyes are flush with the skull. Tough mounds of flesh protect these eyes so that they are impossible to sever.

Hive mothers can directly control five to ten (1d6+4) beholders, or five to twenty (5d4) beholder-kin and beholder-abominations. They are in direct telepathic contact with these controlled creatures.

Hive mothers were first encountered by a matriarchal elven society in the distant past. This elven society assumed that the creatures were female because they led beholder communities, spawned offspring, and worshipped a deity called The Great Mother. Naturally, the elves named these creatures Hive Mothers. However, the beholders' own name for Hive Mother is *kawahak kru*, which translates more correctly as "spawner-boss." *Kawahak kru* have no specific female traits.




## Beholder Priestesses

There is no formal caste of priests or clerics among the beholders. Occasionally, however, members of a beholder community will find themselves so pressed by enemies that they pray to the Great Mother for aid. Sometimes the Great Mother answers their plea. When this happens, the goddess elevates a Hive Mother to the status of Priestess for the duration of the threat. If the community has no remaining Hive Mothers, the Great Mother elevates a standard beholder. In such a case, this beholder, if it survives these dangerous times, will mutate over a period of two years into a Hive Mother.

The Beholder Priestess is similar to a Hive Mother, but it possesses additional powers: it can cast spells in the manner of a priest, though with a more limited range of magical abilities; it is more resistant to magical attacks; and it is able to command undead creatures such as skeletons and zombies.

Though humanoids have applied a human female designation to this type of creature, it is no more female than male.

## Elder Orbs

It appears that certain beholders are born with great longevity. These beholders discover unusual changes taking place within their minds and bodies after their 90th year. In addition, instead of the usual 120 to 150 year lifespan of the typical beholder, these creatures still enjoy vigorous health after their 200th year!

These "old" beholders gain in intelligence and, on the average, are even more brilliant than standard beholders. Elder Orbs also become far more social and are even willing to work in cooperative efforts that benefit the aims of all participants. Though they often found hives of their own, Elder Orbs rarely become part of beholder cities. It seems that they do not care to share authority with Hive Mothers.



# Powers

> *A mistake common to adventurers, one which kills many of them, is the idea that a beholder's eye powers are merely its arsenal of weapons. This is like saying that a human's hands are nothing but an arsenal of weapons. The beholder's powers are its hands, its tools, its books, its paintings, its vehicles, its very survival.*
>
> *Ronassic of Sigil*

## The Secrets of Beholder Flight

Scholars and adventurers have long thought that beholder levitation is a magical process. Ronassic's investigations, however, revealed that beholder levitation does not stem from any magical source. This assumption has cost the lives of many adventurers who believed they could ground beholders with anti-magic fields.

In actuality, the body of the beholder produces a gas called *tiusium*. This lighter-than-air gas is held within several small chambers of the beholder's cartilaginous shell. Through regulation of this gas, the beholder causes itself to float: if the creature lowers its levels of *tiusium*, it will descend; if the beholder increases its *tiusium* levels, it will rise. In addition, a delicate balance of gas allows the creature to float a few feet above the ground. Though aware of the scientific facts behind its levitation, the beholder does not need to think about producing its gas when maneuvering; the whole process is largely autonomic.

Small air vessels within the beholder's skin connect to the creature's single powerful lung. The expulsion of air through certain vessels causes the beholder to turn in place, tilt, rotate, and move in any direction. In short, the beholder, with its great mass, is using what are essentially tiny air thrusters. This accounts for the creature's slow rate of movement.

Damage to a beholder is not likely to release all its *tiusium* gas at once. The gas collects in various individual compartments so that only a small amount of *tiusium* escapes when the beholder suffers a piercing hit.

Most of the *tiusium* collects in the top of the beholder's "skull," causing the creature to float upright. However, the beholder can use its air-vents to tilt in any direction, even upside-down. Floating upside down, however, requires an effort on the creature's part that will fatigue it after 3d6 minutes. Beholders only use this manuever when absolutely necessary. A *reverse gravity* spell will cause a beholder to slowly turn upside-down; this will not inconvenience the beholder in any way.



An elven mage discovers that a beholder's levitation is nonmagical.

## 7th Eye: *fear*

Beholders are immune to the *fear* power of other beholders and beholder-kin. Like *sleep*, however, beholders are subject to the *fear* attacks wielded by their own ancestors. Once again, this suggests that ancient beholders once used this ability to dominate their offspring.

## 8th Eye: *slow*

Just as with *fear* and *sleep*, beholders are immune to this power when wielded by other beholders and beholder-kin, except their own ancestors.

## 9th Eye: *cause serious wounds*

This is a purely offensive ability used to inflict great damage to a beholder's opponent. Beholders are not immune to this attack; it is one of their chief weapons when fighting each other.

## 10th Eye: *death ray*

This gaze attack is also purely offensive in nature. Unlike *cause serious wounds*, however, beholders are immune to this power when wielded by other beholders and beholder-kin.



