Copyright United States Copyright Office

Exhibit K

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Document Number = TX 005364554
Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Psionics handbook / Bruce R. Cordell.***

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0005364554 / 2001-03-19 |
| **Title:** | Psionics handbook / Bruce R. Cordell. |
| **Imprint:** | Renton, WA : Wizards of the Coast, c2001. |
| **Description:** | 158 p. |
| **Series:** | Dungeons & Dragons |
| **Copyright Claimant:** | Wizards of the Coast, Inc. (employer for hire) |
| **Date of Creation:** | 2001 |
| **Date of Publication:** | 2001-03-01 |
| **Names:** | Cordell, Bruce R. |
| | Wizards of the Coast, Inc. |

previous next

**Save, Print and Email (Help Page)**

Select Download Format Full Record Format for Print/Save

Enter your email address: Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright Search Records Results

Registered Works Database (Title Search)
**Search For:** PSIONICS HANDBOOK
**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | TX-5-364-554 |
| Title: | Psionics handbook / aBruce R. Cordell. |
| Imprint: | Renton, WA : Wizards of the Coast, c2001. |
| Description: | 158 p. |
| Series: | Dungeons & Dragons |
| Claimant: | acWizards of the Coast, Inc. (employer for hire) |
| Created: | 2001 |
| Published: | 1Mar01 |
| Registered: | 19Mar01 |
| Special Codes: | 1/B/D |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT
EO

Dungeons & Dragons® Supplement

# Psionics Handbook



Bruce R. Cordell

# Dungeons & Dragons

# Psionics Handbook

**Psionics Handbook Design**
Bruce R. Cordell

**Advice, Admonitions & Great Ideas**
Monte Cook, David Noonan, Jonathan Tweet, Kevin Kulp

**Additional Advice**
Jon Pickens, Ed Stark

**Editors**
Duane Maxwell, Jennifer Clarke Wilkes

**Creative Director**
Ed Stark

**Project Manager**
Justin Ziran

**Art Director**
Dawn Murin

**Cover Illustration**
Arnie Swekel

**Interior Illustrations**
Lars Grant-West, Heather Hudson, David Martin, Wayne Reynolds, Arnie Swekel, Sam Wood

**Graphic Designers**
Sherry Floyd, Sean Glenn

**Typesetting**
Angelika Lokotz

**Production Manager**
Chas DeLong

Special thanks to David Noonan, Toby Latin, Cameron Curtis, Steve Schuber, Will McDermott, Cory Herndon, Jesse Decker; Chris Thomasson, Ed Stark, Jon Pickens, and Jennifer Clarke Wilkes.

Playtesters: Michael Beaver, Jeremy Bernstein, James Bologna, Patrick Hart, Tonia Lopez Fresquet, Peggy O'Connell, Christopher Riedmueller, Michael Weller; Robert Shultz, Douglass Buzzel, Stephen Buzzell, Ivan Jenkins, Nathon Olsen, Rocco Pisto, Andrew Short, Rhonda Woodruff; Thomas Taylor; Alonzo Parks Jr., Corey Fox, Mason Garrison, Dave Lawson, Randall Robinson, Kevin Sandgren, Patrick Welsh, Chad Wilcox; Ted Bolstad, Alan Anderchuk, Vern Brooks, Wayne Dawson, Tonia Kalakian, Bryan Kelley, Jeff Mendenhall, Mike Piazza; Vanessa Yamao, Alessandro Shimabukuro, Daniel Unno, Alexander Yamao, Ricardo Yamao; Rasmus Pechuel, Fabian Guettge, Oliver Ries, Dominik Roesch, Andreas Uhe; Andre Weber; Braden Box, David Dougall, Ian Dougall, Joey Hache, Benjamin Palmer, Tyler Robertson; Zivan Denney, Andrew Betz, Matthew Capstraw, Lorrene Denney, Janel Henderson, Christopher Reed, David Tripp, Kristofer Wade; Larry Fugate, Dane Radeke; Penny Ramstein; David Wall, Theodore Coop, Ryan Hicks, Raymond Miller, William Stier; David Quick, Larry Carl, David Darnell, Cathy Jett, Andrew Resnick, Cindy Steely, John Steely; Jarrod Jennings, Jason Caldwell, Joshua Free, Richard Krause, Alan Moss; James Abbiati Jr., Adam Sim, Michael Stark, Robert Stinchour; Michael Dalrymple, Roy Carubba III, Tony Johnson, Terry Meilleur, Rachel Mitchell, Matt Noe; Richard Wilson, Brian Held, Dawn Held, Catherine Wilson; John James, John Barmore, William Konyha, Gordon Smith; Lucias Cuccia, Peter Craig, James Fourcade, Jennifer Wedge; Robert Ehmann; Tyler Durden; Tim Belcher, Gregg Belcher, Ken Jensen, Mike Jensen, Michael Kenyon, Richard Kohl, Ken Ritchart; Ryan Puckett, Jennifer Blanchard, Joseph Campbell, Bryan Snell; Nathanael Christen, Nicholas Christen, Tim Farrel, J. J. Johnson.

Resources: Sources for this work include the following: *Dungeon Master's Guide*, *Player's Handbook*, and *Monster Manual* by Monte Cook, Jonathan Tweet, and Skip Williams; the new *Forgotten Realms® Campaign Setting* by Ed Greenwood, Skip Williams, Sean K Reynolds, and Rob Heinsoo; *Complete Psionics Handbook* by Steve Winter; *Planewalker's Handbook* and *Guide to the Astral Plane* by Monte Cook; *The Illithiad* and *Dragon® Magazine* #245 "Mindstalkers" by Bruce R. Cordell; *Psionic Artifacts of Athas* by Kevin Melka and Bruce Nesmith; *The Will and the Way* by Rich Baker; *City by the Silt Sea* by Shane Hensley; *Monstrous Compendium Annual Vol. 1* [2nd Ed.], *Monstrous Manual* [2nd Ed.], and *Fiend Folio* [1st Ed.].

Dedication: This book is dedicated to my grandfather Darwin Meis, a pilot, among other things, who loved to give his grandchildren airplane rides.

Based on the original Dungeons & Dragons® rules created by E. Gary Gygax and Dave Arneson, and the new Dungeons & Dragons game designed by Jonathan Tweet, Monte Cook, Skip Williams, Richard Baker, and Peter Adkison.

U.S., CANADA,
ASIA, PACIFIC, & LATIN AMERICA
Wizards of the Coast, Inc.
P.O. Box 707
Renton WA 98057-0707
Questions? 1-800-324-6496

EUROPEAN HEADQUARTERS
Wizards of the Coast, Belgium
P.B. 2031
2600 Berchem
Belgium
+32-70-23-32-77

WTC11835

Dungeons & Dragons, D&D, Dragon, Dungeon Master, Forgotten Realms, and the Wizards of the Coast logo are registered trademarks owned by Wizards of the Coast, Inc. The d20 System logo is a trademark owned by Wizards of the Coast, Inc. All characters, character names, and the distinctive likenesses thereof are trademarks owned by Wizards of the Coast, Inc. Distributed to the hobby, toy, and comic trade in the United States and Canada by regional distributors. Distributed in the United States to the book trade by St. Martin's Press. Distributed in Canada to the book trade by Fenn Ltd. Distributed worldwide by Wizards of the Coast, Inc. and regional distributors. This material is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material or artwork contained herein is prohibited without the express written permission of Wizards of the Coast, Inc. This product is a work of fiction. Any similarity to actual people, organizations, places, or events is purely coincidental. ©2001 Wizards of the Coast, Inc. Made in the U.S.A.

Visit our website at www.wizards.com/dnd




Kaldabode is sufficient unto himself. He is a psion, called a telepath because of his focus on the discipline of Telepathy. To manifest his inborn powers, he has but to concentrate to effect change, tapping a reservoir of mental strength. He has no need of messy material components, verbal cues, or awkward gestures. With the mental allocation of a few power points, he can draw *white-fire* from thin air, move a boulder without touching it, catch a glimpse of the future, and communicate with others who are miles away.

Psionic powers have their roots in a living body. Unliving creatures or creatures that do not possess all the attributes of a living body are unable to create a reservoir of inner strength necessary to energize psionic powers. Thus, the field of psionics is associated with life and health.

Psionic powers are grouped according to six categories called disciplines. Disciplines represent six broad themes of psionic powers. This chapter describes the differences between the disciplines. In addition, it provides an overview of the power description format combined with an extensive discussion of how powers work, explains how psionic combat works among psionic beings and against nonpsionic targets, and discusses what happens when psionic effects combine with other psionics, and of equal importance, magic. It also provides an option for treating psionics and magic as completely different energies.

## MANIFESTING POWERS

Psionic characters and creatures manifest psionic powers. Whether they cost power points, as is the case for a psionic character, or are freely manifested, as is the case for many psionic creatures, powers' effects remain the same.

### MANIFESTING A POWER

Manifesting a power can be a straightforward process, as when Kazak the dwarf savant manifests *telekinesis* to lift a small item to a higher ledge, or it can be complicated, as when Kazak attempts to heat the greataxes of orcish opponents using *matter agitation* while the orcs simultaneously do their level best to make Kazak a head shorter.

The manifestation of a psionic power is akin to casting a spell, and the following descriptions are very similar to the discussion of magic in Chapter 10 of the *Player's Handbook*, but there are significant differences.

#### Choosing a Power

A psion or psychic warrior who intends to manifest a power can select any power he or she knows, provided the character is capable of manifesting powers of that level or higher.

To manifest a power you must pay power points, which count against your daily total,

### Temporal Velocity

Psychoportation (Dex)
**Level:** Psion 9
**Display:** None
**Manifestation Time:** 1 action
**Range:** Personal
**Target:** You
**Duration:** 3d4 rounds (apparent time)
**Power Points:** 17

You enter another time frame, speeding up so greatly that all other creatures seem frozen, though they are actually still moving at their normal speeds. You are free to act for 3d4 rounds of apparent time. Normal and magical fire, cold, acid, and the like can still harm you. While *temporal velocity* is in effect, other creatures are invulnerable to your attacks and powers; however, you can manifest powers and leave their effects to appear when the *temporal velocity* power ends. (The powers' durations do not begin until the *temporal velocity* duration is over.)

You cannot move or harm items held, carried, or worn by a creature stuck in the standard time frame, but you can affect any item that is not in another creature's possession.

You are undetectable while *temporal velocity* lasts. You cannot enter an area protected by a *null psionics field* or by powers or spells that neutralize high-level powers or spells.

When *temporal velocity* lapses, you are disoriented on your return to the standard time frame. You suffer a –2 penalty on all attack rolls, saving throws, and skill checks for half the number of rounds (round down) you were accelerated.



*Thrall*

*Illus. by L. Grant-West*

### Thrall

Telepathy (Cha) [Compulsion, Mind-Affecting]
**Level:** Psion 9
**Duration:** Instantaneous
**Power Points:** 17, XP cost

As *true domination*, except the subject is permanently dominated if it fails the initial Will save. A subject forced to take actions against its nature receives a saving throw with a penalty of –10 to resist taking that particular action, but even if it succeeds, it still remains your thrall despite its minor mutiny. Once a subject of *thrall* makes a successful saving throw to resist a specific order, it makes all future saving throws to resist taking that specific action without a penalty.

The only way to dissolve thralldom is through the successful manifestation of another *thrall* power, manifested with the intention of freeing the thrall, or the successful use of the spell *Mordenkainen's disjunction*.

*XP Cost:* 5,000 XP.

### Time Hop

Psychoportation (Dex)
**Level:** Psion 3
**Display:** Vi, Au (see text)
**Manifestation Time:** 1 action
**Range:** Close (25 ft. + 5 ft./2 levels)
**Targets:** Any object or creature whose weight is 600 lb. or less
**Duration:** Instantaneous
**Saving Throw:** Will negates
**Power Resistance:** Yes
**Power Points:** 5

The subject of the power hops forward in time 3d6 rounds (always into the future, never into the past). In effect, the subject seems to disappear in a shimmer of silver electricity, then reappear after 3d6 rounds. The subject reappears in exactly the same orientation and condition as before. For the subject, no time has passed at all.

If the space from which the subject departed is occupied upon his return to the time stream, he appears in the closest unoccupied space, still in his original orientation. Determine the closest space randomly if necessary.