Copyright United States Copyright Office

Exhibit L

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Document Number = TX 005817950

Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Monster manual: core rulebook 3, v.3.5.***

**Type of Work:** Text

**Registration Number / Date:** TX0005817950 / 2003-09-19

**Application Title:** Dungeons & Dragons role playing games : monster manual, v.3.5.

**Title:** Monster manual: core rulebook 3, v.3.5.

**Imprint:** Renton, WA : Wizards of the Coast, 2003.

**Description:** 319 p.

**Notes:** Based on the original Dungeons & Dragons game created by E. Gary Gygax and Dave Arneson.

**Copyright Claimant:** Wizards of the Coast, Inc. (employer for hire)

**Date of Creation:** 2003

**Date of Publication:** 2003-07-15

**Basis of Claim:** New Matter: revision, editing and expansion with new pictures, drawings & text.

**Names:** Gygax, E. Gary
Arneson, Dave
Wizards of the Coast, Inc.

previous next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record / Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright | Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

---

TX-5-817-950 (COHM)

| | |
|---|---|
| Title: | Monster manual: core rulebook 3, v.3.5. |
| Imprint: | Renton, WA : Wizards of the Coast, 2003. |
| Description: | 319 p. |
| Note: | Based on the original Dungeons & Dragons game created by E. Gary Gygax and Dave Arneson. |
| Claimant: | acWizards of the Coast, Inc. (employer for hire) |
| Created: | 2003 |
| Published: | 15Jul03 |
| Registered: | 19Sep03 |
| Title on © Application: | Dungeons & Dragons role playing games : monster manual, v.3.5. |
| Claim Limit: | NEW MATTER: revision, editing and expansion with new pictures, drawings & text. |
| Special Codes: | 1/B |

Conduct Another Search

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT DY

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE ☆ THE LIBRARY OF CONGRESS ☆

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

TX 5-817-950

EFFECTIVE DATE OF REGISTRATION

9 (Month) 19 (Day) 03 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**

Dungeons & Dragons Role Playing Games: Monster Manual V.3.5

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼** Wizards of the Coast, Inc

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ US
Domiciled in ▶ Washington State

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼ Entire Text & Rules

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 2003 ◀ Year. This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ 7 Day ▶ 15 Year ▶ 2003
USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Wizards of the Coast, Inc - Legal Dept.
1801 Lind Ave SW
Renton, WA 98055

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED SEP 19 2003

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED SEP 19 2003

FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY [signature] FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
[ ] Yes [X] No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b [X] This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Dungeons & Dragons: Monster Manual

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
V.3.5 is a revised, edited, improved, expanded version of the last edition w/ new pictures, drawing, texts

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Wizards of the Coast, Inc. - Legal Dept.
1801 Lind Ave SW
Renton, WA 98055
Area code and daytime telephone number ▶ (425) 204-2602 Fax number ▶ (425) 204-7689
Email ▶ shanelle.Bailey@wizards.com

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
[X] authorized agent of Wizards of the Coast, Inc.
Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Kathryn Ross Date ▶ 8/25/03

Handwritten signature (X) ▼
X [signature: Kathryn Ross]

**9**

Certificate will be mailed in window envelope to this address

Name ▼ Wizards of the Coast, Inc - Legal Dept
Number/Street/Apt ▼ 1801 Lind Ave SW
City/State/ZIP ▼ Renton, WA 98055

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500


Dungeons & Dragons
Monster Manual
Core Rulebook III
v.3.5




DEFENDANT'S EXHIBIT
FA

HA000958