## GAUTH

**Medium Aberration**
**Hit Dice:** 6d8+18 (45 hp)
**Initiative:** +6
**Speed:** 5 ft. (1 square), fly 20 ft. (good)
**Armor Class:** 19 (+2 Dex, +7 natural), touch 12, flat-footed 17
**Base Attack/Grapple:** +4/+3
**Attack:** Eye rays +6 ranged touch and bite –2 melee (1d6–1)
**Full Attack:** Eye rays +6 ranged touch and bite –2 melee (1d6–1)
**Space/Reach:** 5 ft./5 ft.
**Special Attacks:** Eye rays, stunning gaze
**Special Qualities:** All-around vision, darkvision 60 ft., flight
**Saves:** Fort +5, Ref +4, Will +9
**Abilities:** Str 8, Dex 14, Con 16, Int 15, Wis 15, Cha 13
**Skills:** Hide +11, Knowledge (arcana) +11, Listen +4, Search +15, Spot +17, Survival +2 (+4 following tracks)
**Feats:** Alertness[B], Flyby Attack, Improved Initiative, Iron Will
**Environment:** Cold hills
**Organization:** Solitary, pair, or cluster (3–6)
**Challenge Rating:** 6
**Treasure:** Standard
**Alignment:** Usually lawful evil
**Advancement:** 7–12 HD (Medium); 13–18 HD (Large)
**Level Adjustment:** —

The gauth, sometimes known as the lesser beholder, is a 4-foot wide orb dominated by a central eye. Six smaller eyes on stalks sprout from the top of its body. It is a rapacious and tyrannical creature that seeks to exact tribute from anything weaker than itself, and often attacks adventurers simply to acquire their wealth.

**Eye Rays (Su):** Each of a gauth's six eye rays resembles a spell cast by an 8th-level caster. Each eye ray has a range of 100 feet and a save DC of 14. The save DCs are Charisma-based. The six eye rays include:

*Sleep:* This works like the spell, except that it affects one creature with any number of Hit Dice (Will negates). Gauths like to use this ray against warriors and other physically powerful creatures.

*Inflict Moderate Wounds:* This works like the spell, causing 2d8+8 points of damage (Will half).

*Dispel Magic:* This works like the targeted dispel function of the spell. The gauth's dispel check is 1d20+8.

*Scorching Ray:* This works like the spell, dealing 4d6 points of fire damage (no save). A gauth creates only one fiery ray per use of this ability.

*Paralysis:* The target must succeed on a Fortitude save or be paralyzed for 2d10 minutes.

*Exhaustion:* This works like the spell *ray of exhaustion* (no save).

**Stunning Gaze (Su):** Stun for 1 round, 30 feet, Will DC 14 negates. The save DC is Charisma-based. Any creature meeting the gaze of the gauth's central eye is subject to its stunning gaze attack. Since the gauth can use its eye-rays as a free action, the creature can use a standard action to focus its stunning gaze on an opponent and attack with all eye rays that bear on its foes at the same time.

## BEHOLDER

**Large Aberration**
**Hit Dice:** 11d8+44 (93 hp)
**Initiative:** +6
**Speed:** 5 ft. (1 square), fly 20 ft. (good)
**Armor Class:** 26 (–1 size, +2 Dex, +15 natural), touch 11, flat-footed 24
**Base Attack/Grapple:** +8/+12
**Attack:** Eye rays +9 ranged touch and bite +2 melee (2d4)
**Full Attack:** Eye rays +9 ranged touch and bite +2 melee (2d4)
**Space/Reach:** 10 ft./5 ft.
**Special Attacks:** Eye rays
**Special Qualities:** All-around vision, antimagic cone, darkvision 60 ft., flight
**Saves:** Fort +9, Ref +5, Will +11
**Abilities:** Str 10, Dex 14, Con 18, Int 17, Wis 15, Cha 15
**Skills:** Hide +12, Knowledge (arcana) +17, Listen +18, Search +21, Spot +22, Survival +2 (+4 following tracks)
**Feats:** Alertness[B], Flyby Attack, Great Fortitude, Improved Initiative, Iron Will
**Environment:** Cold hills
**Organization:** Solitary, pair, or cluster (3–6)
**Challenge Rating:** 13
**Treasure:** Double standard
**Alignment:** Usually lawful evil
**Advancement:** 12–16 HD (Large); 17–33 HD (Huge)
**Level Adjustment:** —



*Beholder*

A beholder is an 8-foot-wide orb dominated by a central eye and a large, toothy maw. Ten smaller eyes on stalks sprout from the top of the orb.

### Combat

Beholders often attack without provocation. Though not powerful physically, they often plow right into groups of opponents to use as many of their eyes as they can. When closing with an enemy, a beholder tries to cause as much disruption and confusion as possible.

**Eye Rays (Su):** Each of a beholder's ten eye rays resembles a spell cast by a 13th-level caster. Each eye ray has a range of 150 feet and a save DC of 17. The save DCs are Charisma-based. The ten eye rays include:

*Charm Monster:* The target must succeed on a Will save or be affected as though by the spell. Beholders use this ray to confuse the opposition, usually employing it early in a fight. The beholder generally instructs a *charmed* target to either restrain a comrade or stand aside.

*Charm Person:* The target must succeed on a Will save or be affected as though by the spell. Beholders use this ray in the same manner as the *charm monster* ray.

*Disintegrate:* The target must succeed on a Fortitude save or be affected as though by the spell. The beholder likes to use this ray on any foe it considers a real threat.

*Fear:* This works like the spell, except that it targets one creature. The target must succeed on a Will save or be affected as though by the spell. Beholders like to use this ray against warriors and other powerful creatures early in a fight, to break up the opposition.

*Finger of Death:* The target must succeed on a Fortitude save or be slain as though by the spell. The target takes 3d6+13 points of damage if its saving throw succeeds. Beholders use this ray to eliminate dangerous foes quickly.

*Flesh to Stone:* The target must succeed on a Fortitude save or be affected as though by the spell. Beholders like to aim this ray at enemy spellcasters. They also use it on any creature whose appearance they find interesting. (After the fight, the beholder takes the statue to its lair as a decoration.)

*Inflict Moderate Wounds:* This works like the spell, causing 2d8+10 points of damage (Will half).

*Sleep:* This works like the spell, except that it affects one creature with any number of Hit Dice (Will negates). Beholders like to use this ray against warriors and other physically powerful creatures. They know their foes can quickly awaken the sleepers, but they also know that doing so takes time and can delay an effective counterattack.

*Slow:* This works like the spell, except that it affects one creature. The target can make a Will save to negate the effect. Beholders often use this ray against the same creature targeted by their *disintegrate, flesh to stone,* or *finger of death* ray. If one of the former rays fails to eliminate the foe, this ray might at least hamper it.

*Telekinesis:* A beholder can move objects or creatures that weigh up to 325 pounds, as though with a *telekinesis* spell. Creatures can resist the effect with a successful Will save.

**Antimagic Cone (Su):** A beholder's central eye continually produces a 150-foot cone of antimagic. This functions just like *antimagic field* (caster level 13th). All magical and supernatural powers and effects within the cone are suppressed—even the beholder's own eye rays. Once each round, during its turn, the beholder decides whether the antimagic cone is active or not (the beholder deactivates the cone by shutting its central eye).

### Beholder Society

Beholders are hateful, aggressive, and avaricious, attacking or dominating others whenever they can get away with it. They exhibit a xenophobic intolerance, hating all creatures not like themselves. The basic body type comprises a great variety of beholder subspecies. Some are covered with overlapping chitinous plates; some have smooth hides or snakelike eye tentacles; some have crustacean joints. But even a difference as small as hide color or size of the central eye can make two groups of beholders sworn enemies. Every beholder declares its own unique form to be the "true ideal of beholderhood," the others being nothing but ugly replicas fit only to be eliminated.

Beholders usually carve out underground lairs for themselves using their *disintegrate* rays. Beholder architecture emphasizes the vertical, and a lair usually has a number of parallel tubes, with chambers stacked on top of each other. Beholders prefer inaccessible locations that earthbound foes can reach only with difficulty.

## BELKER

**Large Elemental (Air, Extraplanar)**
**Hit Dice:** 7d8+7 (38 hp)
**Initiative:** +5
**Speed:** 30 ft. (6 squares), fly 50 ft. (perfect)
**Armor Class:** 22 (–1 size, +5 Dex, +8 natural), touch 14, flat-footed 17
**Base Attack/Grapple:** +5/+11
**Attack:** Wing +9 melee (1d6+2)
**Full Attack:** 2 wings +9 melee (1d6+2) and bite +4 melee (1d4+1) and 2 claws +4 melee (1d3+1)
**Space/Reach:** 10 ft./10 ft.
**Special Attacks:** Smoke claws
**Special Qualities:** Darkvision 60 ft., elemental traits, smoke form
**Saves:** Fort +3, Ref +10, Will +2
**Abilities:** Str 14, Dex 21, Con 13, Int 6, Wis 11, Cha 11
**Skills:** Listen +7, Move Silently +9, Spot +7
**Feats:** Alertness, Multiattack, Weapon Finesse
**Environment:** Elemental Plane of Air
**Organization:** Solitary, pair, or clutch (3–4)
**Challenge Rating:** 6
**Treasure:** None
**Alignment:** Usually neutral evil
**Advancement:** 8–10 HD (Large); 11–21 HD (Huge)
**Level Adjustment:** —


*Belker*

*A mass of dark smoke moves against the breeze, shifting shape as it comes closer. Cloudlike, roiling, it suddenly explodes into a demonic creature of smoke and wind, with large bat wings, clawed tendrils, and a biting maw.*

Belkers are creatures from the Plane of Air. They are composed primarily of smoke. Although undeniably evil, they are very reclusive and usually have no interest in the affairs of others.

A belker's winged shape makes it look distinctly demonic. Because of its semigaseous nature, however, it shifts and changes shape with every puff of wind. It is about 7 feet long and weighs about 8 pounds.

Belkers speak Auran.

### COMBAT

In most cases, a belker fights with its nasty claws and painful bite.

**Smoke Claws (Ex):** A belker in smoke form (see below) can engulf opponents by moving on top of them. It fills the air around one Medium or smaller opponent without provoking an attack of opportunity. The target must succeed on a DC 14 Fortitude save or inhale part of the creature. The save DC is Constitution-based. Smoke inside the victim solidifies into a claw and begins to rip at the surrounding organs, dealing 3d4 points of damage per round. An affected creature can attempt another Fortitude save each subsequent round to cough out the semivaporous menace.

**Smoke Form (Su):** Most of the time a belker is more or less solid, but at will it can assume smoke form. It can switch forms once per round as a free action and can spend up to 20 rounds per day in smoke form. A belker in smoke form can fly at a speed of 50 feet (perfect). The ability is otherwise similar to a *gaseous form* spell (caster level 7th).

**Skills:** Belkers have a +4 racial bonus on Move Silently checks.

# COCKATRICE

**Small Magical Beast**
**Hit Dice:** 5d10 (27 hp)
**Initiative:** +3
**Speed:** 20 ft. (4 squares), fly 60 ft. (poor)
**Armor Class:** 14 (+1 size, +3 Dex), touch 14, flat-footed 11
**Base Attack/Grapple:** +5/–1
**Attack:** Bite +9 melee (1d4–2 plus petrification)
**Full Attack:** Bite +9 melee (1d4–2 plus petrification)
**Space/Reach:** 5 ft./5 ft.
**Special Attacks:** Petrification
**Special Qualities:** Darkvision 60 ft., low-light vision
**Saves:** Fort +4, Ref +7, Will +2
**Abilities:** Str 6, Dex 17, Con 11, Int 2, Wis 13, Cha 9
**Skills:** Listen +7, Spot +7
**Feats:** Alertness, Dodge, Weapon Finesse[B]
**Environment:** Temperate plains
**Organization:** Solitary, pair, flight (3–5), or flock (6–13)
**Challenge Rating:** 3
**Treasure:** None
**Alignment:** Always neutral
**Advancement:** 6–8 HD (Small); 9–15 HD (Medium)
**Level Adjustment:** —

*This avian creature is about the size of a large goose or turkey. It has the head and body of a cockerel, bat wings, and the long tail of a lizard. Its eyes glow with a dangerous-looking crimson sheen.*

The cockatrice is an eerie, repulsive hybrid. It is infamous for its ability to turn flesh to stone.

A male cockatrice has wattles and a comb, just like a rooster. Females, much rarer than males, differ only in that they have no wattles or comb. A cockatrice weighs about 25 pounds.

## COMBAT

A cockatrice fiercely attacks anything that it deems a threat to itself or its lair. Flocks of cockatrices do their utmost to overwhelm and confuse their foes, and sometimes fly directly into their opponents' faces.

**Petrification (Su):** Creatures hit by a cockatrice's bite attack must succeed on a DC 12 Fortitude save or instantly turn to stone. The save DC is Constitution-based.



Cockatrices have immunity to the petrification ability of other cockatrices, but other petrification attacks affect them normally (a medusa's gaze, gorgon's breath, a *flesh to stone* spell, or the like).

*Cockatrice*

# COUATL

**Large Outsider (Native)**
**Hit Dice:** 9d8+18 (58 hp)
**Initiative:** +7
**Speed:** 20 ft. (4 squares), fly 60 ft. (good)
**Armor Class:** 21 (–1 size, +3 Dex, +9 natural), touch 12, flat-footed 18
**Base Attack/Grapple:** +9/+17
**Attack:** Bite +12 melee (1d3+6 plus poison)
**Full Attack:** Bite +12 melee (1d3+6 plus poison)
**Space/Reach:** 10 ft./5 ft.
**Special Attacks:** Constrict 2d8+6, improved grab, poison, psionics, spells
**Special Qualities:** Darkvision 60 ft., ethereal jaunt, telepathy 90 ft.
**Saves:** Fort +8, Ref +9, Will +10
**Abilities:** Str 18, Dex 16, Con 14, Int 17, Wis 19, Cha 17
**Skills:** Concentration +14, Diplomacy +17, Jump +0, Knowledge (any two) +15, Listen +16, Search +15, Sense Motive +16, Spellcraft +15 (+17 scrolls), Spot +16, Survival +4 (+6 following tracks), Tumble +15, Use Magic Device +15 (+17 scrolls)
**Feats:** Dodge, Empower Spell, Eschew Materials[B], Hover, Improved Initiative
**Environment:** Warm forests
**Organization:** Solitary, pair, or flight (3–6)
**Challenge Rating:** 10
**Treasure:** Standard
**Alignment:** Always lawful good
**Advancement:** 10–13 HD (Large); 14–27 HD (Huge)
**Level Adjustment:** +7

*This great serpent with rainbow-feathered wings appears confident, powerful, and totally aware of everything around it.*

The couatl is legendary for its sheer beauty, vast magical powers, and unwavering virtue. Its intelligence and goodness have made it an object of reverence in the regions it inhabits.

A couatl is about 12 feet long, with a wingspan of about 15 feet. It weighs about 1,800 pounds.

Couatls speak Celestial, Common, and Draconic, and also have the power of telepathy (see below).

## COMBAT

A couatl seldom attacks without provocation, though it always attacks evildoers caught red-handed. It uses its *detect thoughts* ability on any creature that arouses its suspicions. Since it is highly intelligent, a couatl usually casts spells from a distance before closing. If more than one couatl is involved, they discuss their strategy before a battle.

**Constrict (Ex):** A couatl deals 2d8+6 points of damage with a successful grapple check.

**Improved Grab (Ex):** To use this ability, a couatl must hit a creature of up to two size categories larger with its bite attack. It can then attempt to start a grapple as a free action without provoking an attack of opportunity. If it wins the grapple check, it establishes a hold and can constrict.

**Poison (Ex):** Injury, Fortitude DC 16, initial damage 2d4 Str, secondary damage 4d4 Str. The save DC is Constitution-based.

**Psionics (Sp):** At will—*detect chaos, detect evil, detect good, detect law, detect thoughts* (DC 15), *invisibility, plane shift* (DC 20), *polymorph* (self only). Effective caster level 9th. The save DCs are Charisma-based.

**Amphibious (Ex):** Merfolk can breathe both air and water, although they rarely travel more than a few feet from the water's edge.

**Skills:** A merfolk has a +8 racial bonus on any Swim check to perform some special action or avoid a hazard. It can always choose to take 10 on a Swim check, even if distracted or endangered. It can use the run action while swimming, provided it swims in a straight line.

The merfolk warrior presented here had the following ability scores before racial adjustments: Str 13, Dex 11, Con 12, Int 10, Wis 9, Cha 8.

## MERFOLK SOCIETY

Merfolk live in semipermanent communities located near choice fishing and hunting areas. They often keep company with porpoises. Surface dwellers who come face to face with merfolk commonly encounter a scouting or hunting patrol.

The merfolk revere the deity Eadro, who created both them and the locathahs.

## MERFOLK CHARACTERS

A merfolk's favored class is bard; most merfolk leaders are bards. Merfolk spellcasters who are not bards are generally adepts. Merfolk clerics worship Eadro. A merfolk cleric has access to two of the following domains: Animal, Protection, or Water.

# MIMIC

**Large Aberration (Shapechanger)**
**Hit Dice:** 7d8+21 (52 hp)
**Initiative:** +1
**Speed:** 10 ft. (2 squares)
**Armor Class:** 15 (–1 size, +1 Dex, +5 natural), touch 10, flat-footed 15
**Base Attack/Grapple:** +5/+13
**Attack:** Slam +9 melee (1d8+4)
**Full Attack:** 2 slams +9 melee (1d8+4)
**Space/Reach:** 10 ft./10 ft.
**Special Attacks:** Adhesive, crush
**Special Qualities:** Darkvision 60 ft., immunity to acid, mimic shape
**Saves:** Fort +5, Ref +5, Will +6
**Abilities:** Str 19, Dex 12, Con 17, Int 10, Wis 13, Cha 10
**Skills:** Climb +9, Disguise +13, Listen +8, Spot +8
**Feats:** Alertness, Lightning Reflexes, Weapon Focus (slam)
**Environment:** Underground
**Organization:** Solitary
**Challenge Rating:** 4
**Treasure:** 1/10th coins; 50% goods; 50% items
**Alignment:** Usually neutral
**Advancement:** 8–10 HD (Large); 11–21 HD (Huge)
**Level Adjustment:** —

*What originally appeared to be an object now shows signs of organic life as the creature sprouts a lashing pseudopod.*

The mimic is a strange and deadly creature that can change its pigmentation and shape. It uses this ability to lure hapless victims close enough to slay them.



*Mimic*

It is said that mimics are not natural creatures but were created long ago by a now-forgotten wizard. Ever since, these terrible things have served to guard treasures.

A mimic can have almost any dimensions, but usually is not more than 10 feet long. A typical mimic has a volume of 150 cubic feet (5 feet by 5 feet by 6 feet) and weighs about 4,500 pounds.

Mimics speak Common.

## COMBAT

A mimic often surprises an unsuspecting adventurer, lashing out with a heavy pseudopod. The creature does not necessarily fight to the death if it can succeed in extorting treasure or food from a party.

**Adhesive (Ex):** A mimic exudes a thick slime that acts as a powerful adhesive, holding fast any creatures or items that touch it. An adhesive-covered mimic automatically grapples any creature it hits with its slam attack. Opponents so grappled cannot get free while the mimic is alive without removing the adhesive first.

A weapon that strikes an adhesive-coated mimic is stuck fast unless the wielder succeeds on a DC 16 Reflex save. A successful DC 16 Strength check is needed to pry it off.

Strong alcohol dissolves the adhesive, but the mimic still can grapple normally. A mimic can dissolve its adhesive at will, and the substance breaks down 5 rounds after the creature dies.

**Crush (Ex):** A mimic deals 1d8+4 points of damage with a successful grapple check.

**Mimic Shape (Ex):** A mimic can assume the general shape of any object that fills roughly 150 cubic feet (5 feet by 5 feet by 6 feet), such as a massive chest, a stout bed, or a wide door frame. The creature cannot substantially alter its size, though. A mimic's body is hard and has a rough texture, no matter what appearance it might present. Anyone who examines the mimic can detect the ruse with a successful Spot check opposed by the mimic's Disguise check. Of course, by this time it is generally far too late.

**Skills:** A mimic has a +8 racial bonus on Disguise checks.

# MIND FLAYER

*This strange humanoid-shaped being stands about as tall as a human. Its flesh is rubbery and greenish-mauve, glistening with slime. The creature's head looks rather like a four-tentacled octopus, made all the more horrible by a pair of bloated white eyes.*

Mind flayers, also called illithids, are so insidious, diabolical, and powerful that all denizens of the dark fear them. They bend others to their will and shatter enemies' minds.

A mind flayer's mouth, a revolting thing shaped like a lamprey's maw, constantly drips an oily slime when it is not siphoning out the brains of living prey.

In addition to being highly intelligent, wholly evil, and terribly sadistic, mind flayers are utterly self-serving. If an encounter turns against the creature, it flees at once, caring nothing for the fate of its companions or servitors.

A mind flayer is about the same height and weight as a human.

Mind flayers speak Undercommon but prefer to communicate telepathically.

## COMBAT

Mind flayers like to fight from a distance, using their psionic abilities, particularly *mind blast*. If pressed into melee combat, a mind flayer lashes its enemies with the tentacles ringing its mouth.

***Mind Blast* (Sp):** This psionic attack is a cone 60 feet long. Anyone caught in this cone must succeed on a DC 17 Will save or be stunned for 3d4 rounds. Mind flayers often hunt using this power and then drag off one or two of their stunned victims to feed upon. The save DC is Charisma-based. This ability is the equivalent of a 4th-level spell.

**Psionics (Sp):** At will—*charm monster* (DC 17), *detect thoughts* (DC 15), *levitate*, *plane shift*, *suggestion* (DC 16). Effective caster level 8th. The save DCs are Charisma-based.

**Improved Grab (Ex):** To use this ability, a mind flayer must hit a Small, Medium, or Large creature with its tentacle attack. It can then attempt to start a grapple as a free action without provoking an attack of opportunity. If it wins the grapple check, it establishes a hold and attaches the tentacle to the opponent's head. A mind flayer can grab a Huge or larger creature, but only if it can somehow reach the foe's head.



*Mindflayer*

If a mind flayer begins its turn with at least one tentacle attached, it can try to attach its remaining tentacles with a single grapple check. The opponent can escape with a single successful grapple check or an Escape Artist check, but the mind flayer gets a +2 circumstance bonus for every tentacle that was attached at the beginning of the opponent's turn.

**Extract (Ex):** A mind flayer that begins its turn with all four tentacles attached and that makes a successful grapple check automatically extracts the opponent's brain, instantly killing that creature. This power is useless against constructs, elementals, oozes, plants, and undead. It is not instantly fatal to foes with multiple heads, such as ettins and hydras.

## MIND FLAYER SORCERER

While many mind flayers train as wizards and grow mighty in the arcane arts along that disciplined path, some of the most fearsome of the illithids are sorcerers, whose mastery of magic seems almost instinctual.

### Combat

The save DCs for this mind flayer sorcerer's *mind blast* (DC 21) and its psionics (*charm monster* DC 21, *detect thoughts* DC 19, *suggestion* DC 20) are adjusted for its higher Charisma score.

The mind flayer sorcerer uses its spells to protect itself from attack (*greater invisibil-*

| | **Mind Flayer**<br>**Medium Aberration** | **Mind Flayer, 9th-Level Sorcerer**<br>**Medium Aberration** |
|---|---|---|
| **Hit Dice:** | 8d8+8 (44 hp) | 8d8+24 plus 9d4+27 (109 hp) |
| **Initiative:** | +6 | +8 |
| **Speed:** | 30 ft. (6 squares) | 30 ft. (6 squares) |
| **Armor Class:** | 15 (+2 Dex, +3 natural), touch 12, flat-footed 13 | 24 (+4 Dex, +3 natural, +5 *+1 mithral chain shirt*, +2 *ring of protection* +2), touch 16, flat-footed 20 |
| **Base Attack/Grapple:** | +6/+7 | +10/+10 |
| **Attack:** | Tentacle +8 melee (1d4+1) | Tentacle +15 melee (1d4) |
| **Full Attack:** | 4 tentacles +8 melee (1d4+1) | 4 tentacles +15 melee (1d4) |
| **Space/Reach:** | 5 ft./5 ft. | 5 ft./5 ft. |
| **Special Attacks:** | *Mind blast*, psionics, improved grab, extract | *Mind blast*, psionics, improved grab, extract, spells |
| **Special Qualities:** | Spell resistance 25, telepathy 100 ft. | Spell resistance 34, telepathy 100 ft. |
| **Saves:** | Fort +3, Ref +4, Will +9 | Fort +8, Ref +9, Will +16 |
| **Abilities:** | Str 12, Dex 14, Con 12, Int 19, Wis 17, Cha 17 | Str 10, Dex 18, Con 16, Int 18, Wis 18, Cha 24 |
| **Skills:** | Bluff +11, Concentration +11, Diplomacy +7, Disguise +3 (+5 acting), Hide +10, Intimidate +9, Knowledge (any) +12, Listen +11, Move Silently +10, Sense Motive +7, Spot +11 | Bluff +14, Concentration +22, Craft (alchemy) +13, Diplomacy +11, Disguise +7 (+9 acting), Hide +11, Intimidate +21, Knowledge (arcana) +20, Knowledge (the planes) +15, Listen +13, Move Silently +11, Spellcraft +13, Spot +13, Survival +4 (+6 planes) |
| **Feats:** | Combat Casting, Improved Initiative, Weapon Finesse | Alertness, Combat Casting, Dodge, Improved Initiative, Weapon Finesse, Weapon Focus (tentacle) |
| **Environment:** | Underground | Underground |
| **Organization:** | Solitary, pair, inquisition (3–5), or cult (3–5 plus 6–10 grimlocks) | Solitary, inquisition (1 plus 2–4 mind flayers), or cult (2 plus 2–4 mind flayers and 6–10 grimlocks) |
| **Challenge Rating:** | 8 | 17 |
| **Treasure:** | Double standard | Double standard (including *ring of protection* +2, *+1 mithral chain shirt*, and *cloak of Charisma* +2) |
| **Alignment:** | Usually lawful evil | Usually lawful evil |
| **Advancement:** | By character class | By character class |
| **Level Adjustment:** | +7 | +7 |

*Illus. by T. Lockwood*



HA000963