Copyright United States Copyright Office

Exhibit M

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Document Number = TX 006001623
Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Expanded psionics handbook : Dungeons & Dragons.***

**Type of Work:** Text
**Registration Number / Date:** TX0006001623 / 2004-06-11
**Title:** Expanded psionics handbook : Dungeons & Dragons.
**Description:** 223 p.
**Copyright Claimant:** Wizards of the Coast, Inc.
**Date of Creation:** 2004
**Date of Publication:** 2004-04-15

**Variant title:** Expanded psionics handbook : Dungeons & Dragons.
**Names:** Wizards of the Coast, Inc.

previous next

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format | Full Record · Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright Search Records Results

Registered Works Database (Title Search)
**Search For:** EXPANDED PSIONICS HANDBOOK : DUNGEONS & DRA
**Item 1 of 1**

---

| | |
|---|---|
| 1. Registration Number: | TX-6-001-623 |
| Title: | Expanded psionics handbook : Dungeons & Dragons. |
| Description: | 223 p. |
| Claimant: | acWizards of the Coast, Inc. |
| Created: | 2004 |
| Published: | 15Apr04 |
| Registered: | 11Jun04 |
| Special Codes: | 1/B/L |

---



U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT EQ


Dungeons & Dragons
Expanded
Psionics
Handbook
Bruce R. Cordell

HA000922

# EXPANDED PSIONICS HANDBOOK

BRUCE R. CORDELL


ADDITIONAL DESIGN
DAVID NOONAN

DEVELOPMENT TEAM
RICH BAKER, MIKE DONAIS, ANDREW FINCH, ED STARK, JONATHAN TWEET

EDITORS
MICHELE CARTER, GWENDOLYN F.M. KESTREL, CHARLES RYAN

ADDITIONAL EDITING
JENNIFER CLARKE WILKES

MANAGING EDITOR
KIM MOHAN

DESIGN MANAGER
ED STARK

DEVELOPMENT MANAGER
ANDREW FINCH

DIRECTOR OF RPG R&D
BILL SLAVICSEK

ART DIRECTOR
DAWN MURIN

COVER ARTIST
HENRY HIGGINBOTHAM

INTERIOR ARTISTS
STEVEN BELLEDIN, BRIAN DESPAIN, WAYNE ENGLAND, LARS GRANT-WEST, HEATHER HUDSON, JEREMY JARVIS, CHUCK LUKACS, DAVID MARTIN, MONTE MOORE, JIM PAVELEC, WAYNE REYNOLDS, ARNIE SWEKEL, SAM WOOD

GRAPHIC DESIGNER
DAWN MURIN

GRAPHIC PRODUCTION SPECIALIST
ERIN DORRIES

IMAGE TECHNICIAN
ROBERT JORDAN

PRODUCTION MANAGERS
JOSH FISCHER, RANDALL CREWS

Playtesters: Alan Anderchuk, Paul Barclay, Jason Bazylak, Ted Bolstad (playtest lead), Vern Brooks (in spirit), Wayne Dawson, Voin Despotovic, Prince Elcock (playtest lead), Skaff Elias, Darryl Farr, Michael Friedrich, Dale Friesen (playtest lead), Karen Friesen, John Gillespie, Linda Gillespie, Curt Gould, Kirk Hockin, Bryan Kelley, Paul May, Steven Mombourquette, Jennie Nicholson, Phillip Nicholson, Sulenna Nicholson, Wes Nicholson (playtest lead), Eric Paquette, Mike Piazza, Ashwyn Rajagopalan, Jeff Richardson, Tagg Richardson, Mark Templeton (playtest lead), Rob Watkins, Kristian Williamson, Worth Wollpert

Special Thanks: Andy Collins, Michael Donais, Prince Elcock, Rob Heinsoo, David Noonan, Jonathan Tweet, James Wyatt

Sources include the *Psionics Handbook* by Bruce R. Cordell; various Mind's Eye articles on www.wizards.com/dnd by Mark A. Jindra, Scott Brocius, and Luis Oyola; "Mind Lords of Talaron" by Stephen Kenson in DRAGON® Magazine #281; "Expand Your Mind" by Bruce R. Cordell in DRAGON® Magazine #287; *Dungeon Master's Guide, Player's Handbook,* and *Monster Manual* by Monte Cook, Jonathan Tweet, and Skip Williams; the new FORGOTTEN REALMS® *Campaign Setting* by Ed Greenwood, Skip Williams, Sean K Reynolds, and Rob Heinsoo; *Complete Psionics Handbook* by Steve Winter; *Planewalker's Handbook* and *Guide to the Astral Plane* by Monte Cook; *The Illithiad* and DRAGON® Magazine #245 "Mindstalkers" by Bruce R. Cordell; *Psionic Artifacts of Athas* by Kevin Melka and Bruce Nesmith; *The Will and the Way* by Rich Baker; *City by the Silt Sea* by Shane Hensley; *Monstrous Compendium Annual Vol. 1* (2nd Ed.), *Monstrous Manual* (2nd Ed.), and *Fiend Folio* (1st Ed.).

Based on the original DUNGEONS & DRAGONS® rules created by Gary Gygax and Dave Arneson, and the new DUNGEONS & DRAGONS game designed by Jonathan Tweet, Monte Cook, Skip Williams, Richard Baker, and Peter Adkison.

This product uses updated material from the v.3.5 revision.


This WIZARDS OF THE COAST® game product contains no Open Game Content. No portion of this work may be reproduced in any form without written permission. To learn more about the Open Gaming License and the d20 System License, please visit www.wizards.com/d20.


U.S., CANADA, ASIA, PACIFIC, & LATIN AMERICA
Wizards of the Coast, Inc.
P.O. Box 707
Renton WA 98057-0707
Questions? 1-800-324-6496

EUROPEAN HEADQUARTERS
Wizards of the Coast, Belgium
T Hofveld 6d
1702 Groot-Bijgaarden
Belgium
+322-467-3360

620-96666-001-EN
9 8 7 6 5 4 3 2 1
First Printing: April 2004


DUNGEONS & DRAGONS, D&D, DRAGON, DUNGEON MASTER, d20, d20 System, WIZARDS OF THE COAST, *Player's Handbook, Dungeon Master's Guide, Monster Manual,* and *Expanded Psionics Handbook,* and their respective logos are trademarks of Wizards of the Coast, Inc., in the U.S.A. and other countries. All Wizards product names, characters, character names, and the distinctive likenesses thereof are trademarks of Wizards of the Coast, Inc. Distributed to the hobby, toy, and comic trade in the United States and Canada by regional distributors. Distributed in the United States to the book trade by Holtzbrinck Publishing. Distributed in Canada to the book trade by Fenn Ltd. Distributed worldwide by Wizards of the Coast, Inc. and regional distributors. This material is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material or artwork contained herein is prohibited without the express written permission of Wizards of the Coast, Inc. This product is a work of fiction. Any similarity to actual people, organizations, places, or events is purely coincidental. Printed in the U.S.A. ©2004 Wizards of the Coast, Inc.

Visit our website at www.wizards.com/dnd






The psion Ialdabode merely needs to concentrate to manifest his inborn powers, drawing on his abilities by tapping a reservoir of mental strength. He has no need for messy material components, verbal cues, or awkward gestures. With the mental allocation of a few power points, he can draw fire from thin air, move a boulder without touching it, catch a glimpse of the future, and communicate with others who are miles away.

Psionic powers spring from sentient minds. Even an undead creature or a being that has no physical form can create a reserve of inner strength necessary to manifest powers, as long as it has an Intelligence score of at least 1. Vermin possessed of a hive mind ability, such as a hellwasp swarm (see the *Monster Manual*, page 238), are an exception to this rule.

A psionic power is a one-time psionic effect. Psionic characters and creatures need not prepare their powers for use ahead of time. They either have sufficient power points to manifest a power or they do not.

A power is manifested when a psionic character pays its power point cost. Some psionic creatures automatically manifest powers, called psi-like abilities, without paying a power point cost. Other creatures pay power points to manifest their powers, just as characters do.

Each power has a specific effect, as described in Chapter 5. A power known to a psionic character can be used whenever he or she has power points to pay for it.

Powers are grouped according to six categories called disciplines, representing six broad themes of powers. This chapter describes the differences between the disciplines. In addition, it provides an extensive discussion of how powers work, gives an overview of the power description format, explains how psionic combat works between psionic beings and against nonpsionic targets, and discusses what happens when psionic effects combine with other psionics and with magic. It also provides an option for treating psionics and magic as completely different kinds of energy.

The second part of the chapter discusses the topic of the psionic campaign and the issue of psionic characters at high levels.

## MANIFESTING POWERS

Psionic characters and creatures manifest powers. Whether they cost power points when manifested by a psionic character, or are manifested as psi-like abilities, powers' effects remain the same.

Manifesting a power can be a straightforward process, such as when Kazak the dwarf kineticist manifests *telekinetic force* to lift a small item to a high ledge, or it can be complicated, such as when Kazak attempts to heat the greataxes of

far from civilization. Training consists of long dialogues between master and students, punctuated by rigorous practice sessions and physical conditioning.

**Quests:** Zuoken sends his followers into the world to improve themselves and advance the cause of psionics. Typical missions include rescuing a psionic family from superstitious villagers, hunting down a mind flayer assassin with a taste for psion brains, and finding a long-lost psionic artifact known as the *Orb of Gerendelik*.

**Prayers:** Prayers to Zuoken are short and poetic, and many use strange sentence structure, mixing up the words in a way confusing to nonbelievers. A common beginning to a prayer is "Zuoken, me to the pinnacle take . . ."

**Temples:** Zuoken's monasteries are generally far from civilization, but because they serve as psionic training centers, their locations are not secret. Many temples are guarded by an order of monks, the Fists of Zuoken (see page 144), who are drawn by the demigod's serene philosophy.

**Rites:** The followers of Zuoken make a point of meditating at every full moon, because it is said that Zuoken himself ascended to godhood by climbing a silvery staircase to the moon.

**Herald and Allies:** Zuoken generally sends a thought slayer as his herald. His planar allies are rasts, couatls, and Huge elementals of any kind.



*Illus. by W. England*

## ILSENSINE

**Greater Deity (Lawful Evil)**

Ilsensine is the god of the mind flayers and the patron of all who enslave others' thoughts. It appears as a massive, disembodied brain with an emerald glow and countless tentacles stretching off into the darkness. Ilsensine demands that mind flayers enslave and consume the "cattle" (other races) that surround them. Its clerics provide a measure of healing to mind flayer communities, and they are often slavemasters, controlling both the living (with psionics) and the undead (with spells and negative energy channeling).

Ilsensine promises power and dominion to all who follow it, so sometimes creatures other than mind flayers (especially evil psions) will form cults dedicated to the deity.

Ilsensine's favored weapon is the tentacle (or an unarmed strike for followers who aren't mind flayers).

**Portfolio:** Mental dominion, magic.

**Domains:** Evil, Law, Knowledge, Magic, Mind.

**Cleric Training:** Ilsensine's clerics are rare enough that each novitiate learns in a one-on-one apprenticeship with a senior cleric. A would-be cleric is often treated as little better than a thrall until he proves himself, learning to cast divine spells by imitating his master.

**Quests:** Ilsensine's clerics often handle a mind flayer community's thrall-slaves, and they are also useful for dealing with the undead. Followers of Ilsensine act as medics for mind flayer hunting parties, sneak onto the surface world to acquire unusual slaves, and match wits against powerful githyanki and githzerai psions.

**Prayers:** Ilsensine's followers pray to her telepathically, holding their tentacles utterly still as a means of showing respect.

**Temples:** Temples to Ilsensine are generally small, nondescript shrines in an out-of-the-way corner of a mind flayer community. Because most mind flayers would rather join with the community's elder brain than serve Ilsensine in the afterlife, religion isn't central to mind flayer culture.

**Rites:** When a particularly tasty brain is consumed, it's customary to pray to Ilsensine and use leftover brain ichor to trace Ilsensine's symbol (a brain with two tentacles) on a nearby surface.

**Herald and Allies:** Ilsensine generally sends a thought slayer as its herald. Its planar allies are succubus demons, cerebriliths, and marilith demons.

### DEITY DESCRIPTION FORMAT

The descriptions of Zuoken and Ilsensine given here use a new format (which is also employed in *Complete Divine* and other supplements). Most of the categories of information are self-explanatory—in fact, many of them closely mirror the way deities are described in the *Player's Handbook*—but two terms are new and are defined below.

**Herald:** A deity's herald is the kind of creature it often sends to the Material Plane when it needs to intervene in mortal affairs.

**Allies:** A deity's allies are the creatures it sends in response to *lesser planar ally*, *planar ally*, and *greater planar ally* spells, respectively.