Copyright United States Copyright Office

Exhibit N

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Document Number = VA 000934193

Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Dawn of the overmind / by Bruce R. Cordell ; editors, Andy Collins & Keith...***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0000934193 / 1998-11-12 |
| **Title:** | Dawn of the overmind / by Bruce R. Cordell ; editors, Andy Collins & Keith Francis Strohm ; art director, Dawn Murin ; cover art Jeff Easley ; interior art Glen Michael Angus ; graphic design Matt Adelsperger. |
| **Description:** | 61 p. |
| **Series:** | Advanced Dungeons & Dragons ; 9572 |
| | Monstrous Arcana |
| **Notes:** | Role-playing game guidebook with text & graphics. |
| **Copyright Claimant:** | TSR, Inc. (employer for hire) |
| **Date of Creation:** | 1998 |
| **Date of Publication:** | 1998-10-12 |
| **Other Title:** | Advanced Dungeons & Dragons ; 9572 |
| **Names:** | Cordell, Bruce R. |
| | Collins, Andy |
| | Strohm, Keith Francis |
| | Murin, Dawn |
| | Easley, Jeff |
| | Angus, Glen Michael |
| | Adelsperger, Matt |
| | TSR, Inc. |

previous next

**Save, Print and Email (Help Page)**

Select Download Format Full Record Format for Print/Save

Enter your email address: Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright Search Records Results

Registered Works Database (Title Search)
**Search For:** DAWN OF THE OVERMIND
**Item 1 of 1**

---

| | |
|---|---|
| 1. Registration Number: | VA-934-193 |
| Title: | Dawn of the overmind / by Bruce R. Cordell ; editors, Andy Collins & Keith Francis Strohm ; art director, Dawn Murin ; cover art Jeff Easley ; interior art Glen Michael Angus ; graphic design Matt Adelsperger. |
| Description: | 61 p. |
| Series: | Advanced Dungeons & Dragons ; 9572. Monstrous Arcana |
| Note: | Role-playing game guidebook with text & graphics. |
| Claimant: | acTSR, Inc. (employer for hire) |
| Created: | 1998 |
| Published: | 12Oct98 |
| Registered: | 12Nov98 |
| Special Codes: | 5/S |

---



U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT EM

Advanced Dungeons & Dragons

Adventure

Monstrous Arcana

# Dawn of the Overmind



by Bruce R. Cordell

HA000886

Advanced Dungeons & Dragons®

Monstrous Arcana®

# Dawn of the Overmind

by Bruce R. Cordell

## Table of Contents


COMMENCEMENT
Introduction .......... 2
Psionic or Arcane Illithids? .......... 2
Common Illithid Characteristics .......... 2
Background and Adventure Summary .......... 2
Character Involvement Hooks .......... 3

CELESTIAL EXCURSION
The Nautiloid .......... 4
Inside the Nautiloid .......... 4
Passage Through The Void .......... 6
Wildspace, Phlogiston, and Crystal Spheres .......... 6
Journey Through Wildspace .......... 6
Journey Through The Phlogiston .......... 7
Journey Through Truespace .......... 8

PENUMBRA
First Sight .......... 10
Overview .......... 10
Landing .......... 11
The Adventure Unfolds .......... 11
Local Conditions .......... 11

The Capital Terrene .......... 12
Nautiloid Landing Site .......... 12
River .......... 12
Rangelands .......... 12
Forerunner Village .......... 13
Hills .......... 14
Klar Lache .......... 14
Blasted Lands .......... 15
Copse .......... 15
Lair of the Hungry One .......... 15
Ruins of Gwalior .......... 17
Lair of the Vivimancer .......... 17
Entrance to Capital Subterrene .......... 19
The Capital Subterrene .......... 20
The City Section .......... 20
The Tunnelscape .......... 24
The Nethermost .......... 32

DAWN OF THE OVERMIND
What Now? .......... 38
Triggering A Psionic Portal .......... 38
Beyond the Portal .......... 38
About The Overmind .......... 39
Githyanki Resistance .......... 39

Conditions Around the Ether Gap .......... 40
Overmind Overview .......... 40
Overmind Detail .......... 41
Lugribossk .......... 51

DENOUEMENT
An Alternate Route to Success .......... 52
Worst Case Scenario .......... 52
Conclusions .......... 53
Using the Annulus .......... 53
Using the Deactivation Code .......... 53
Destroying the Support Mechanisms .......... 54
Consequences .......... 54

ARCANA AND BESTIARY
Annulus .......... 55
Bonethriven of Mastery .......... 55
Laethen .......... 56
Ilsensine's Ring .......... 56
Staff of Ancient Penumbra .......... 57
Vibrissagauntlet .......... 58
New Spell: *Vivimancy* .......... 59
Illithocyte .......... 60
Voor Larva .......... 61


## Credits


**Design:** Bruce R. Cordell
**Editors:** Andy Collins and Keith Francis Strohm
**Brand Manager:** Thomas M. Reid
**Art Director:** Dawn Murin **Cover Art:** Jeff Easley
**Interior Art:** Glen Michael Angus **Cartography:** Dennis Kauth **Graphic Design:** Matt Adelsperger
**Typesetting:** Eric Haddock
**Playtesters:** Mark Middleton, Marc Posner, Sue Posner, Krista Donnelly, Pat Connolly, Jennifer Middleton, Jessica Middleton

**Sources:** The illithid "homeworld" was inspired by the description of Alderson Discs in *Bigger Than Worlds* by Larry Niven. Githyanki statistics and motivations were derived from their excellent portrayal in *A Guide to the Astral Plane* by Monte Cook. *Monster Mythology* by Carl Sargent.



ADVANCED DUNGEONS & DRAGONS, MONSTROUS ARCANA, PLAYER'S OPTION, SPELLJAMMER, DUNGEON MASTER, PLANESCAPE, and the TSR logo are registered trademarks owned by TSR, Inc. ©1998 TSR, Inc. All rights reserved. Made in the U.S.A. TSR, Inc. is a subsidiary of Wizards of the Coast, Inc. MONSTROUS MANUAL, all TSR characters, character names, and the distinctive likenesses thereof are trademarks owned by TSR. This is a work of fiction. Any semblance to any real person, living or dead, is purely coincidental. Distributed to the book trade in the United States by Random House, Inc. and in Canada by Random House of Canada Ltd. Distributed to the hobby, toy, and comic trade in the United States and Canada by regional distributors. Distributed worldwide by Wizards of the Coast, Inc. and regional distributors. This material is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the artwork or material herein is prohibited without the express written permission of TSR, Inc.



U.S., CANADA,
ASIA, PACIFIC, & LATIN AMERICA
Wizards of the Coast, Inc.
P.O. Box 707
Renton, WA 98057-0707
800-324-6496

EUROPEAN HEADQUARTERS
Wizards of the Coast, Belgium
P.B. 34
2300 Turnhout
Belgium
+32-14-44-30-44


ISBN# 0-7869-07[illegible]

Visit our website at www.tsrinc.com

The hum that fills this chamber is the quintessential boom, grading into depths of sound below which the ear cannot define, but from which an ominous vibration is born that pierces your body like light through glass. The sound fills this chamber that is otherwise almost bare of features, and draws attention to the expanse of ebony that serves as the far wall. The wall's subtle convex bulge suggest that it is but the barest part of a massive sphere that extends beyond the limits of this chamber. At the base of the "wall" a single figure stands, gazing at some small panel affixed to the onyx surface, lost in the majesty of the hum.

This is the control nexus of the Engine Consummate. The massive black sphere of psionically charged mineral is the lodestone, the coil, and the *prima matera* that simultaneously draws off the energy of a hundred stars, rechannels it, and directs it against the ether gap. While the subsidiary machinery in the chambers keyed to area 13 are also vital, without this artificial relic of illithid genius, the Sunleech and the subsequent redirection of these unimaginable energies would not be possible.

The figure standing in solemn meditation has the form of an ulitharid; it is a foot taller than other illithids, it wears far grander attire, and it has six tentacles, where its cousins have only four. This is the Head Technician, though it's only recently taken up this position, when the previous Head Technician fell to a mysterious ailment. Though even the elder brain on the Overmind believes the Head Technician's name is simply Kusk, in fact, its secret name is Lugribossk, a proxy of the mind flayer god Ilsensine!

Unless the characters have already drawn the attention of the proxy in a previous encounter, Lugribossk is always found here, pondering the mysterious of the Engine Consummate and the ether gap. Lugribossk seeks to serve Ilsensine in all ways, and so when news of the Overmind project came to it, it dropped all other matters in order to directly bring about the change that would be sure to glorify Ilsensine above all else.

If the characters attempt to parlay with the faux-ulitharid, they find it remote, imperious, and commanding (i.e., "Begone from here, where matters far beyond your mortal intellect transpire."). Lugribossk doesn't initiate any conflict with the characters, unless they bring out the Annulus (see Arcana on page 55) or attempt to





HA000888