Copyright United States Copyright Office

Exhibit O

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Document Number = VA 000941205
Search Results: Displaying 1 of 1 entries

previous next

Labeled View

*Masters of eternal night.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0000941205 / 1998-09-24 |
| **Title:** | Masters of eternal night. |
| **Description:** | 1 v. |
| **Series:** | Advanced Dungeons & Dragons, Monstrous Arcana ; 9571 |
| **Notes:** | Text & ill. |
| **Copyright Claimant:** | TSR, Inc. |
| **Date of Creation:** | 1998 |
| **Date of Publication:** | 1998-08-31 |
| **Copyright Note:** | C.O. correspondence. |
| **Other Title:** | Advanced Dungeons & Dragons, Monstrous Arcana ; 9571 |
| **Names:** | TSR, Inc. |

previous next

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format | Full Record — Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright | Search Records Results

Registered Works Database (Title Search)
**Search For:** MASTERS OF ETERNAL NIGHT
**Item 1 of 1**

---

| | |
|---|---|
| 1. Registration Number: | VA-941-205 |
| Title: | Masters of eternal night. |
| Description: | 1 v. |
| Series: | Advanced Dungeons & Dragons, Monstrous Arcana ; 9571 |
| Note: | Text & ill. |
| Claimant: | acTSR, Inc. |
| Created: | 1998 |
| Published: | 31Aug98 |
| Registered: | 24Sep98 |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 5/S |

---



U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT EN

Advanced Dungeons & Dragons®

Adventure

Monstrous Arcana®

# Masters of Eternal Night



by Bruce R. Cordell

Advanced Dungeons & Dragons®

Monstrous Arcana®

# Masters of Eternal Night

By Bruce R. Cordell

INCEPTION

Introduction . . . . . . . . . . 2
Psionic or Arcane Mind Flayers? . . . . . . . . . . 2
Common Illithid Attributes . . . . . . . . . . 2
Background and Adventure Summary . . . . . . . . . . 3
Aleanor Pathsteader's Stats . . . . . . . . . . 3
Character Involvement Hooks . . . . . . . . . . 3
The Psionic Seal . . . . . . . . . . 3

FOOTPRINT OF A FALLEN LIGHT

Journey to the Crater . . . . . . . . . . 5
The Grip of Winter . . . . . . . . . . 5
Winter Encounters . . . . . . . . . . 5
Life in a Northern Town . . . . . . . . . . 8
Thralltakers in Pursuit . . . . . . . . . . 11
The Crater . . . . . . . . . . 13
Searching The Crater . . . . . . . . . . 13
Clearing Away Collapsed Time . . . . . . . . . . 14
Breached Slave Hold . . . . . . . . . . 15
Garden Pod . . . . . . . . . . 17
Junk . . . . . . . . . . 18
Recolonized Fragment . . . . . . . . . . 18
Uncompromised Reliquary . . . . . . . . . . 20
Aquifer . . . . . . . . . . 21
There Just Isn't Anything! . . . . . . . . . . 22
Flayer Gallery . . . . . . . . . . 22

Most Elder Brain . . . . . . . . . . 24
Enduring Revolt . . . . . . . . . . 26
Time Capsule . . . . . . . . . . 28
Hollow . . . . . . . . . . 28
The Craft . . . . . . . . . . 29

FINALE

Conclusion . . . . . . . . . . 31
Arcana . . . . . . . . . . 32
Brainmate, Assembled From Four Lobes . . . . . . . . . . 32
Maulstick . . . . . . . . . . 32
Headmesh . . . . . . . . . . 32
Sword of the Flayer . . . . . . . . . . 32

## Credits

**Design:** Bruce R. Cordell **Editor:** Keith Francis Strohm **Creative Direction:** Thomas M. Reid
**Art Director:** Dawn Murin **Cover Art:** Brom **Interior Art:** Glen Michael Angus
**Cartography:** Rob Lazzaretti **Graphic Design:** Matt Adelsperger **Typesetting:** Eric Haddock
**Acknowledgment:** Steve Winter promulgated the use of a card mechanic in conjunction with an AD&D adventure. "Searching the Crater" is the fruit of that desire.

**Dedication:** To the author of The Dao of Chaos, Katya Walter, whose writing introduced me to chaos theory, the Ho River Writing, and the real relationship between circumference and diameter.

ADVANCED DUNGEONS & DRAGONS, MONSTROUS ARCANA, and the TSR logo are registered trademarks owned by TSR, Inc. ©1998 TSR, Inc. All rights reserved. Made in the U.S.A. TSR, Inc. is a subsidiary of Wizards of the Coast, Inc. All TSR characters, character names, and the distinctive likenesses thereof are trademarks owned by TSR. This is a work of fiction. Any semblance to any real person, living or dead, is purely coincidental. Distributed to the book trade in the United States by Random House, Inc. and in Canada by Random House of Canada Ltd. Distributed to the hobby, toy, and comic trade in the United States and Canada by regional distributors. Distributed worldwide by Wizards of the Coast, Inc. and regional distributors. This material is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the artwork or material herein is prohibited without the express written permission of TSR, Inc.

U.S., CANADA,
ASIA, PACIFIC, & LATIN AMERICA
Wizards of the Coast, Inc.
P.O. Box 707
Renton, WA 98057-0707
+1-206-624-0933

EUROPEAN HEADQUARTERS
Wizards of the Coast, Belgium
P.B. 34
2300 Turnhout
Belgium
+32-14-44-30-44

visit our website at www.tsr.com

circuitry artificially incorporated into an object or a living being through the use of a unique mind flayer psionic discipline. Depending upon the complexity of the seal in question, illithids can incorporate a variety of psionic effects into it.

The psionic seal (sometimes referred to as the palm print in this adventure) contains preprogrammed mental directives that activate in response to appropriate stimuli. The mental directives always take the form of "strong feelings," unless noted otherwise in particular instances.

Initially, the psionic seal urgently directs its bearer toward the location of the crater detailed in the *Footprint Of A Fallen Light* chapter. In addition to this mental tug, the seal imparts the feeling that the party should bring excavating equipment. As the adventure continues, new situations come to light, possibly triggering more mental directives as described under those relevant sections.

The bearer of the seal is also free to query the seal with mental questions at any time. Possible questions are listed below, matched to the palm print's response, if any. Questions not covered here in some form generally receive no response. Most answers are in the form of ideas or mental pictures, except as noted.

| Question | Answer |
|---|---|
| What are you? | A tool. |
| Who made you? | The answer will be revealed at the proper time. |
| Who is Strom? | The answer will be revealed at the proper time. |
| What can you do? | As needs arise, more properties will manifest. |
| Where do you lead? | (The seal gives off a mental image of a vast crater and recites the poem listed on page 3). |
| How far to [location]? | [#] day's travel (if the queried location is a location indicated by the seal in the first place). |
| Are you of illithid manufacture? | Yes and no. Do not worry. |
| Are you good? | Yes. |

If the bearer is in danger of dying, the seal mentally informs him that it can be transferred to another being through mere touch, if the bearer wills it to happen. Sure enough, if the seal's bearer touches the print to the palm of another and concentrates, the seal adheres to a new owner. However, it still retains all of the characteristics previously attributed to it.

Winter refuses to release the land from its icy grip, and as the sun continues to dim, panic mounts. Time is of the essence, and the character possessing a psionic palm print feels a mental directive to act swiftly or face the loss of light forever.

