Copyright United States Copyright Office

Exhibit P

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Document Number = VA 001290942
Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Dungeons & dragons miniature game : Aberations release.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001290942 / 2004-11-12 |
| **Title:** | Dungeons & dragons miniature game : Aberations release. |
| **Copyright Claimant:** | Wizards of the Coast, Inc. |
| **Date of Creation:** | 2004 |
| **Date of Publication:** | 2004-10-15 |
| **Previous Registration:** | Preexisting material: expansion set to Dungeons & dragons roleplaying miniatures game. |
| **Basis of Claim:** | New Matter: new sculptures, artwork & text. |
| **Copyright Note:** | Cataloged from appl. only. |
| **Names:** | Wizards of the Coast, Inc. |

previous next

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format | Full Record · Format for Print/Save |
| Enter your email address: | Email |

DEFENDANT'S EXHIBIT
EX

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
Register of Copyrights, United States of America

Form VA
For a Work of the Visual Arts

REG VA 1-290-942

EFFECTIVE DATE OF REGISTRATION
NOV 12 2004
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**Title of This Work** ▼ Dungeons & Dragons Miniatures Game Aberrations Release

**NATURE OF THIS WORK** ▼ See instructions: Miniature Figures W/ Reference Cards

**Previous or Alternative Titles** ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared **Title of Collective Work** ▼

If published in a periodical or serial give **Volume** ▼ **Number** ▼ **Issue Date** ▼ **On Pages** ▼

**2**

**NAME OF AUTHOR** ▼ WIZARDS OF THE COAST INC

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

**Was this contribution to the work a "work made for hire"?** ☑ Yes ☐ No

**Author's Nationality or Domicile** Name of Country: OR Citizen of CORPORATION OF / Domiciled in WASHINGTON STATE

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☑ No; Pseudonymous? ☐ Yes ☑ No. If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See instructions**
☑ 3 Dimensional sculpture ☐ Map ☐ Technical drawing
☑ 2 Dimensional artwork ☐ Photograph ☑ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE** Under the law the author of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**Name of Author** ▼

**Dates of Birth and Death** Year Born ▼ Year Died ▼

**Was this contribution to the work a "work made for hire"?** ☐ Yes ☐ No

**Author's Nationality or Domicile** Name of Country: OR Citizen of ___ / Domiciled in ___

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2 Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

**a Year in Which Creation of This Work Was Completed** 2004 — This information must be given in all cases.

**b Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published. Month OCTOBER Day 15 Year 2004 UNITED STATES Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Wizards of the Coast Inc
1801 Lind Avenue SW
Renton WA 98055

See instructions before completing this space

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED NOV 12 2004
ONE DEPOSIT RECEIVED NOV 12 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE

| | |
|---|---|
| EXAMINED BY [handwritten initials] | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office? **5**

☐ Yes ☑ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is "Yes" give **Previous Registration Number** ▼ **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation **6**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Expansion set to the Dungeon and Dragons Roleplaying and Miniatures game

See instructions before completing this space

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

All new3 dimensional sculptures (Miniatures) artwork and text

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account **7**

Name ▼ Wizards of the Coast Inc

Account Number ▼ DA 82953

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Wizards of the Coast Inc Legal Dept
1801 Lind Ave SW
Renton WA 98055

Area code and daytime telephone number ( 425 ) 204 2662 Fax number ( 425 ) 204 7689

Email hilary ross@wizards com

**CERTIFICATION*** I the undersigned hereby certify that I am the **8**

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of WIZARDS OF THE COAST INC
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Shelley McKinley Date 11/9/2004

**Handwritten signature (X)** ▼

X [signature]

**Certificate will be mailed in window envelope to this address** **9**

Name ▼ WIZARDS OF THE COAST LEGAL DEPT

Number/Street/Apt ▼ 1801 LIND AVE SW

City/State/ZIP ▼ RENTON WA 98055

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev August 2003—30 000 Web Rev June 2002 ♻ Printed on recycled paper

U S Government Printing Office 2003-496-605/60 029

HA000948


DUNGEONS
DRAGONS
MINIATURES
Aberrations