Copyright United States Copyright Office

Exhibit Q

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = gygax
Search Results: Displaying 6 of 97 entries

previous next

Labeled View

***Advanced dungeons & dragons : special reference work : monster manual : an...***

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0000240040 / 1978-06-21 |
| **Title:** | Advanced dungeons & dragons : special reference work : monster manual : an alphabetical compendium of all of the monsters found in advanced dungeons & dragons, including attacks, damage, special abilities and descriptions / by Gary Gygax ; ill. by David C. Sutherland 3d, D. A. Trampier, Tom Wham. |
| **Imprint:** | Lake Geneva, WI : TSR Games, c1977. |
| **Description:** | 112 p. |
| **Notes:** | Spine ti.: Advanced dungeons & dragons monster manual. |
| **Copyright Claimant:** | T S R Games (a division of T S R Hobbies, Inc.) |
| **Date of Creation:** | 1977 |
| **Date of Publication:** | 1977-12-28 |
| **Authorship on Application:** | T S R Games, employer for hire. |
| **Other Title:** | Advanced dungeons & dragons monster manual |
| **Names:** | Gygax, Gary |
| | Sutherland, David C. 3d |
| | Trampier, D. A. |
| | Wham, Tom |
| | TSR Hobbies, Inc. T S R Games |
| | TSR Games, a division of T S R Hobbies, Inc. |

previous next

**Save, Print and Email (Help Page)**

Select Download Format Full Record Format for Print/Save

Enter your email address: Email

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright Search Records Results

Registered Works Database (Author Search)

**Search For:** GYGAX, GARY, 1938-/GYGAX, GARY

*1 Item*

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

---

| | |
|---|---|
| 1. Registration Number: | TX-240-040 |
| Title: | Advanced dungeons & dragons : special reference work : monster manual : an alphabetical compendium of all of the monsters found in advanced dungeons & dragons, including attacks, damage, special abilities and descriptions / by Gary Gygax ; ill. by David C. Sutherland 3d, D. A. Trampier, Tom Wham. |
| Imprint: | Lake Geneva, WI : T S R Games, c1977. |
| Description: | 112 p. |
| Note: | Spine ti.: Advanced dungeons & dragons monster manual. |
| Claimant: | T S R Games (a division of T S R Hobbies, Inc.) |
| Created: | 1977 |
| Published: | 28Dec77 |
| Registered: | 21Jun78 |
| Author on © Application: | T S R Games, employer for hire. |
| Special Codes: | 1/B/D |
| Cross Reference: | acT S R Games, a division of T S R Hobbies, Inc. SEE T S R Hobbies, Inc. T S R Games. |

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT DQ


DUNGEONS & DRAGONS
MONSTER MANUAL
AN ILLUSTRATED
COMPENDIUM OF MONSTERS:
AERIAL SERVANT
TO ZOMBIE
By
Gary Gygax
TSR GAMES
POB 756
LAKE GENEVA, WI 53147
2009

prized by miners and adventurers, as this luminosity will persist for from 1-6 days after the glands are removed from the beetle. The light shed illuminates a 10′ radius.

**Rhinoceros Beetle:** This uncommon monster inhabits tropical and subtropical jungles. They roam these regions searching for fruits and vegetation, crushing anything in their paths. The horn of a giant rhinoceros beetle extends about 6′.

**Stag Beetle:** These woodland dwelling beetles are very fond of grains and similar growing crops, so they will sometimes become highly pestiferous and raid cultivated lands. Like other beetles, they have poor sight and hearing, but they will fight if attacked or attack if they encounter organic materibl they consider food. The giant stag beetle's two horns are usually not less than 8′ long.

**Water Beetle:** The giant water beetle is found only in fresh water of not less than 30′ deep. As they are voracious eaters, they prey upon virtually any form of animal but will eat almost anything. Slow and ponderous on land, they move very quickly in water. Giant water beetles hunt food by scent and vibration.

## BEHOLDER

FREQUENCY: *Very rare*
NO. APPEARING: *1*
ARMOR CLASS: *0/2/7*
MOVE: *3″*
HIT DICE: *45-75 hit points*
% IN LAIR: *80%*
TREASURE TYPE: *I, S, T*
NO. OF ATTACKS: *1*
DAMAGE/ATTACK: *2-8*
SPECIAL ATTACKS: *Magic*
SPECIAL DEFENSES: *Anti-magic ray*
MAGIC RESISTANCE: *Special*
INTELLIGENCE: *Exceptional*
ALIGNMENT: *Lawful evil*
SIZE: *L (4′-6′ dia.)*
PSIONIC ABILITY: *Nil*
Attack/Defense Modes: *Nil*



The beholder (eye tyrant, sphere of many eyes) is most frequently found underground, although it infrequently will lair in desolate wildernesses. The globular body of this monster is supported by levitation, and it floats slowly about as it wills. Atop the sphere are 10 eyestalks, while in its central area are a great eleventh eye and a large mouth filled with pointed teeth. The body is protected by a hard chitinous covering. The creature's eyestalks and eyes are also protected, although less well (thus the armor classes of 2 and 7 respectively). Because of its particular nature the beholder is able to withstand the loss of its eyestalks, these members are not computed as part of its hit point damage potential, and lost eyestalks will eventually grow back (1 week per lost member). The body of the monster can withstand two-thirds of its total damage potential, while the great central eye can withstand one-third this total, i.e. a beholder with 45 hit points can withstand 30 hit points of damage to its body before being killed; the eleventh eye can withstand 15 points before ceasing to function. Eyestalks take from 8 to 12 hit points each before being lost. The body of a beholder represents 75% of potential hit area, the central eye and the eyestalks 10% each, and the 10 small eyes 5%.

*Eyes:* The various eyes of a beholder each have a different function. Typically only the central eye, plus 1-4 of those on stalks are able to function considering that the attack is coming from an arc 90° before the monster. If attacks come from 180° double the number of eyestalks able to function, and for 270° or 360° triple or quadruple the number. Attacks from above enable all 10 eyestalks to function, but the central eye cannot. Functions of the eyes are:

1 Charm person spell
2 Charm monster spell
3 Sleep spell
4 Telekinese 2,500 GP wt.
5 Flesh-stone ray (3″ range)
6 Disintegrate ray (2″ range)
7 Fear (as a wand)
8 Slow spell
9 Cause serious wound (5″ range)
10 Death ray (4″ range)
11 Anti-magic ray (14″ range)

*Nature:* The beholder is hateful, aggressive, and avaricious. They will usually attack immediately. If confronted by a particularly powerful party there is a 50% chance they will listen to negotiations — either to be bribed not to attack or to pay a ransom to not be attacked, depending on the strength of the opposing party. They can speak their own language as well as that tongue known to lawful evil creatures.

## BLACK PUDDING

FREQUENCY: *Uncommon*
NO. APPEARING: *1 to 1-4*
ARMOR CLASS: *6*
MOVE: *6″*
HIT DICE: *10*
% IN LAIR: *Nil*
TREASURE TYPE: *Nil*
NO. OF ATTACKS: *1*
DAMAGE/ATTACK: *3-24*
SPECIAL ATTACKS: *Dissolve wood and metal*
SPECIAL DEFENSES: *Blows, cold and lightning do not harm*
MAGIC RESISTANCE: *Standard*
INTELLIGENCE: *Non-*
ALIGNMENT: *Neutral*
SIZE: *S to L (5′ dia. to 8′ dia.)*
PSIONIC ABILITY: *Nil*
Attack/Defense Modes: *Nil*



The black pudding is a monster composed of groups of single cells. It is a scavenger/hunter found only in underground areas normally. The body structure of a black pudding is such that it can pass (flow) through narrow openings (such as a 1″ crack under a door). The monster travels equally well on walls or ceilings as well as floors. Its tiny mouths and saliva do 3-24 hit points of damage per melee round to exposed flesh. If the monster needs to dissolve wood in order to obtain food, it can eat away about a two inch thickness of wood equal in area to its diameter in 1 melee round. Black puddings also eat away metal with their corrosive saliva: Chainmail in 1 melee round, plate mail in 2, and an additional melee round for magical armor at a rate of 1 melee round for each plus of armor. Thus, +1 magic (plate) armor would have to be in contact with a black pudding for 3 melee rounds before it dissolved. If chopped or struck, the monster is broken into two or more parts, each able to attack. The same is true if it is attacked by lightning. Cold does not affect it. Fire causes normal damage to this monster, and they avoid flames. Black puddings sometimes have color variation, grey, brown, and white being not uncommon.

Black puddings with 10-20 hit points are about 5′ diameter, those of 21-40 hit points 6′, 41-60 are 7′, and 61-80 are 8′. Note that even those of the smallest size (or those as small as 1′ diameter) are able to deliver normal damage. This is due to the fact that larger puddings simply do not use all of their mouth openings as they are not exposed.

## BLINK DOG

FREQUENCY: *Rare*
NO. APPEARING: *4-16*
ARMOR CLASS: *5*
MOVE: *12″*
HIT DICE: *4*
% IN LAIR: *20%*
TREASURE TYPE: *C*
NO. OF ATTACKS: *1*
DAMAGE/ATTACK: *1-6*
SPECIAL ATTACKS: *From rear 75% of time*
SPECIAL DEFENSES: *Teleporting*
MAGIC RESISTANCE: *Standard*
INTELLIGENCE: *Average*
ALIGNMENT: *Lawful good*
SIZE: *M (3′ at shoulder)*
PSIONIC ABILITY: *Nil*
Attack/Defense Modes: *Nil*



These brown and yellowish creatures are as intelligent as normal humans and have a fairly complex language consisting of barks, yaps, whines, and growls. They are also able to use a limited form of teleportation (the blink). In attack, pack members will blink in and out in a random fashion at random intervals, teleporting individuals having a 75% chance of

## MERMAN



FREQUENCY: *Uncommon*
NO. APPEARING: *20-200*
ARMOR CLASS: *7*
MOVE: *1''//18''*
HIT DICE: *1 + 1*
% IN LAIR: *25%*
TREASURE TYPE: *C, R*
NO. OF ATTACKS: *1*
DAMAGE/ATTACK: *By weapon type*
SPECIAL ATTACKS: *See below*
SPECIAL DEFENSES: *Nil*
MAGIC RESISTANCE: *Standard*
INTELLIGENCE: *Average to very*
ALIGNMENT: *Neutral*
SIZE: *M*
PSIONIC ABILITY: *Nil*
Attack/Defense Modes: *Nil*

Mermen are found in the seas and oceans in the warm temperate and tropical areas. They range over areas harvesting the vegetation and hunting the fish the seas provide. Additionally, mermen actually herd certain fishes. They venture out of water only to sun themselves or to visit some coastal spot.

Mermen have regular undersea communities, generally a reef or cliff honeycombed with passages and rooms. Only 10% of the time will they construct a village of shells, rocks, and coral. This community will have areas where the merwomen and their young (100% and 100% of the total merman population respectively) live, netted pens where food fishes are kept, workshops, and so on. These communities will be guarded by from 3-18 of the larger-sized barracuda (q.v.), for mermen have learned to tame and use these fish.

The arms used by mermen are:

| | |
|---|---|
| trident, dagger* | 50% |
| crossbow, dagger | 30% |
| net, javelin, dagger | 20% |

*20% of these mermen will have grapples and 50' lines also

On occasion mermen will attack surface vessels, to do so they must surface and grapple it. They are very accurate with these hooks and are 90% likely to hit. 10 mermen will then hold the line and the ship will be slowed 1'' for every such grappling. Meanwhile, the other mermen will fire their crossbows and darts at exposed crewmen. Grappling hooks can be thrown up to 3''. If grappling hooks are loosened or cut, the mermen pulling on the line are not able to attack during the next melee round. A motionless ship will be held by the mermen in 4-16 melee rounds. The ship will then slowly sink and eventually be looted by the victors. During such an attempt the attacking mermen are exposed to missile fire from the vessel, and if flame is used against them the mermen take double damage.

Mermen speak their own language and 50% also speak locathah.

## MIMIC



FREQUENCY: *Rare*
NO. APPEARING: *1*
ARMOR CLASS: *7*
MOVE: *3''*
HIT DICE: *7-10*
% IN LAIR: *Nil*
TREASURE TYPE: *Nil*
NO. OF ATTACKS: *1*
DAMAGE/ATTACK: *3-12*
SPECIAL ATTACKS: *Glue*
SPECIAL DEFENSES: *Camouflage*
MAGIC RESISTANCE: *Standard*
INTELLIGENCE: *Semi- to average*
ALIGNMENT: *Neutral*
SIZE: *L*
PSIONIC ABILITY: *Nil*
Attack/Defense Modes: *Nil*

Mimics are subterranean creatures which cannot stand the light of the sun. They are able to perfectly mimic stone or wood. There are two varieties of this creature, the large (9-10 dice), semi-intelligent carnivorous "killer mimic" and the slightly smaller, intelligent sort. While the former will attack anything which is nearby, the latter are generally friendly if offered food. All mimics move about constantly in their search of prey.

Mimics pose as stonework, door, chests, or any other substance or item they can imitate. When a creature touches the mimic, the latter lashes out with a pseudopod, delivering 3-12 points of damage per hit. Meanwhile, the mimic excretes a glue which holds fast whatever member the creature touched the mimic with.

The killer mimics do not speak, but the other breeds have their own language and can usually speak several other tongues such as common, orcish, etc. For consideration they will usually tell a party about what they have seen nearby.

## MIND FLAYER



FREQUENCY: *Rare*
NO. APPEARING: *1-4*
ARMOR CLASS: *5*
MOVE: *12''*
HIT DICE: *8 + 4*
% IN LAIR: *50%*
TREASURE TYPE: *B, S, T, X*
NO. OF ATTACKS: *4*
DAMAGE/ATTACK: *2 each*
SPECIAL ATTACKS: *Mind blast*
SPECIAL DEFENSES: *Nil*
MAGIC RESISTANCE: *90%*
INTELLIGENCE: *Genius*
ALIGNMENT: *Lawful evil*
SIZE: *M*
PSIONIC ABILITY: *241-340*
Attack/Defense Modes: *B/FGH*

Mind flayers are found only in subterranean places, as they detest sunlight. They are greatly evil and consider the bulk of humanity (and its kin) as cattle to feed upon.

The mind flayer's physical attack is by striking a victim with its four tentacles. If a tentacle hits it will reach the opponent's brain in 1-4 melee rounds and draw it forth, immediately killing the creature. The mind flayer then devours the brain. Its more feared attack mode, however, is the mind blast of psionic power. All within a 6'' directional cone of ½'' diameter at the point of emanation and 2'' diameter at extreme range are affected (psionic attack on non-psionic).

Mind flayers have the following psionic abilities: *levitation, domination, ESP, body equilibrium, astral projection, probability travel.* They perform at 7th level mastery.

If an encounter is going against a mind flayer it will immediately flee, seeking to save itself regardless of its fellows or its treasure.

These monsters speak only their own arcane language and several other weird tongues — purportedly those of terrible races of things which dwell in regions of the subterranean world far deeper than mankind has ever ventured. It is also rumored that these monsters have a city somewhere deep beneath the earth.

*Description:* The mind flayer's skin glistens with slime. Its skin color is a nauseous mauve, its tentacles being purplish black. A mind flayer's eyes are dead white, no pupil being evident. The three long fingers of each hand are reddish, but the hands are mauve.



[redacted]

## COCKATRICE

FREQUENCY: *Uncommon*
NO. APPEARING: *1-6*
ARMOR CLASS: *6*
MOVE: *6"/18"*
HIT DICE: *5*
% IN LAIR: *30%*
TREASURE TYPE: *D*
NO. OF ATTACKS: *1*
DAMAGE/ATTACK: *1-3*
SPECIAL ATTACKS: *Touch turns to stone*
SPECIAL DEFENSES: *Nil*
MAGIC RESISTANCE: *Standard*
INTELLIGENCE: *Animal*
ALIGNMENT: *Neutral*
SIZE: *S*
PSIONIC ABILITY: *Nil*
Attack/Defense Modes: *Nil*



Cockatrices are found in temperate to tropical regions, both above and below ground. They can inflict only minor wounds with their beaks, but their touch will turn *flesh to stone* (save versus stone or petrified). Note that the petrification aura of this monster extends into both the astral and ethereal planes and can thus affect creatures in these planes as well (cf. *BASILISK*).

*Description:* The serpentine tail of the cockatrice is yellow green, its feet and beak yellow, its wings are gray, its feathers are golden brown, and its wattles, comb, eyes, and tongue are red.

## COUATL

FREQUENCY: *Very rare*
NO. APPEARING: *1-4*
ARMOR CLASS: *5*
MOVE: *6"/18"*
HIT DICE: *9*
% IN LAIR: *10%*
TREASURE TYPE: *B, I*
NO. OF ATTACKS: *2*
DAMAGE/ATTACK: *1-3/2-8*
SPECIAL ATTACKS: *Poison, magic use*
SPECIAL DEFENSES: *Become ethereal*
MAGIC RESISTANCE: *Standard*
INTELLIGENCE: *Genius*
ALIGNMENT: *Lawful good*
SIZE: *M (12' long)*
PSIONIC ABILITY: *60-110*
Attack/Defense Modes: *vary*



These winged, feathered serpents are rarely found anywhere except in warm, jungle-like regions or flying through the ether. Due to their intelligence and powers they are regarded with awe by the inhabitants of their homelands and considered to be divine. Couatl rarely interfere in human affairs. They are able to polymorph themselves and they use magic — as a 5th level magic-user and/or 7th level cleric (45% use magic-user spells, 35% clerical spells, 20% use both). In melee they attack both by poisonous bite (saving throw applicable) and constriction; if a constriction attack succeeds, the victim takes 2-8 hit points of damage that melee round and each round thereafter until one or the other is killed.

Couatl are psionically aware and have from 9 to 16 clerical abilities with commensurate attack and defense modes. Couatl speak several human languages and most serpent and avian languages as well.

## CRAB, Giant

FREQUENCY: *Rare*
NO. APPEARING: *2-12*
ARMOR CLASS: *3*
MOVE: *9"*
HIT DICE: *3*

## CRAYFISH, Giant

FREQUENCY: *Uncommon*
NO. APPEARING: *1-4*
ARMOR CLASS: *4*
MOVE: *6"//12"*
HIT DICE: *4 + 4*
% IN LAIR: *Nil*
TREASURE TYPE: *Nil*
NO. OF ATTACKS: *2*
DAMAGE/ATTACK: *2-12/2-12*
SPECIAL ATTACKS: *Nil*
SPECIAL DEFENSES: *Nil*
MAGIC RESISTANCE: *Standard*
INTELLIGENCE: *Non-*
ALIGNMENT: *Neutral*
SIZE: *L (8'+ long)*
PSIONIC ABILITY: *Nil*
Attack/Defense Modes: *Nil*

These strange monsters are found only in fresh water. They move slowly when walking, but they can swim with great rapidity for short periods. Like giant crabs, giant crayfish hide in order to rush out and seize their prey (surprise on a 1-3 on a 6-sided die).

## CROCODILE

| | Normal | Giant |
|---|---|---|
| FREQUENCY: | *Common* | *Very rare to common* |
| NO. APPEARING: | *3-24* | *1 to 2-12* |
| ARMOR CLASS: | *5* | *4* |
| MOVE: | *6"//12"* | *6"//12"* |
| HIT DICE: | *3* | *7* |
| % IN LAIR: | *Nil* | *Nil* |
| TREASURE TYPE: | *Nil* | *Nil* |
| NO. OF ATTACKS: | *2* | *2* |
| DAMAGE/ATTACK: | *2-8/1-12* | *3-18/2-20* |
| SPECIAL ATTACKS: | *Nil* | *Nil* |
| SPECIAL DEFENSES: | *Nil* | *Nil* |
| MAGIC RESISTANCE: | *Standard* | *Standard* |
| INTELLIGENCE: | *Animal* | *Animal* |
| ALIGNMENT: | *Neutral* | *Neutral* |
| SIZE: | *L (8'-15' long)* | *L (21'-30' long)* |
| PSIONIC ABILITY: | *Nil* | *Nil* |
| Attack/Defense Modes: | *Nil* | *Nil* |



Although some of these reptiles are of giant-size, such monsters are typically found only in salt water or in prehistoric settings. All crocodiles are stupid and voracious eaters. They are sluggish in cold weather (cut movement 50%). They typically lie in concealment in order to surprise prey (surprise on 1-3 on a 6-sided die).