Copyright United States Copyright Office

Exhibit R

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = spelljammer
Search Results: Displaying 15 of 20 entries

previous next

Labeled View

***Spelljammer game.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | TX0002696301 / 1989-11-13 |
| **Title:** | Spelljammer game. |
| **Series:** | Advanced Dungeons & Dragons ; 2nd ed. |
| | AD&D adventures in space |
| **Copyright Claimant:** | TSR, Inc. |
| **Date of Creation:** | 1989 |
| **Date of Publication:** | 1989-09-21 |
| **Other Title:** | Advanced Dungeons & Dragons ; 2nd ed. |
| **Names:** | TSR, Inc. |

previous next

**Save, Print and Email (Help Page)**

Select Download Format Full Record | Format for Print/Save

Enter your email address: | Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright Search Records Results

Registered Works Database (Title Search)
**Search For:** AD&D ADVENTURES IN SPACE
**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | TX-2-696-301 |
| Title: | Spelljammer game. |
| Series: | Advanced Dungeons & Dragons ; 2nd ed.) (AD&D adventures in space |
| Claimant: | acTSR, Inc. |
| Created: | 1989 |
| Published: | 21Sep89 |
| Registered: | 13Nov89 |
| Special Codes: | 5/S/D |



U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT DR


Advanced Dungeons & Dragons
2nd Edition
SPELLJAMMER™
AD&D® ADVENTURES IN SPACE
Concordance of Arcane Space

*Ad astra per aspera*
("To the stars through hardships")
—Latin proverb

*Ah, but a man's reach*
*should exceed his grasp,*
*Or what's a heaven for?*
—Robert Browning

**Design:** Jeff Grubb
**Editing and Development:** Steve Winter, Jim Lowder, Jon Pickens, Karen Boomgarden, Eric Severson, Kim Mohan
**Spiritual Guidance:** Jim Ward
**Box Painting:** Jeff Easley
**Book Cover Paintings, Illustrations, Ship Concepts:** Jim Holloway
**Cartography:** Diesel
**Color Inking, Counter Silhouettes:** Roy Parker
**Graphic Design:** Stephanie Tabat
**Typography:** Angelika Lokotz, Gaye O'Keefe

**A product such as this is the result of much cross-fertilization. To those friends and associates who contributed and are not listed above, we extend our thanks and apologies.**

TSR, Inc.
POB 756
Lake Geneva,
WI 53147 USA

TSR Inc.

120 Church End, Cherry Hinton
Cambridge
United Kingdom

ADVANCED DUNGEONS & DRAGONS and AD&D are registered trademarks owned by TSR, Inc.
SPELLJAMMER and the TSR logo are trademarks owned by TSR, Inc.
©Copyright 1989 TSR Inc. All Rights Reserved. Printed in the U.S.A.

the ship is less than the level of the caster (i.e. the size of the wall in 10' squares), the ship crashes against the wall as if it has struck a foreign body that was too large (see Crashes). If not, the ship is halted in its tracks and must spend 1-4 rounds maneuvering around the wall. This spell is often used to slow or stop pursuers.

*Wall of Iron:* A ship hitting a *wall of iron* faces the same problems as one hitting a *wall of force* (above). Further, the wall is permanent, and will pose a navigation hazard in the future (occasionally gaining its own atmosphere and settlements later). Finally, even if the wall is insufficiently large enough to cause a crash, it still poses the problem of falling on the ship once it enters its air envelope/gravity field. A *wall of iron* can be used to repair hull damage to metal ships, but at a cost. For each 15 square feet created by the spell, 1 hull point is restored, but for each use of the spell in this fashion, the maneuverability class of the ship diminishes by one.

*Wall of Stone:* Unlike other walls, a *wall of stone* requires existing stonework to merge with, so as such cannot be cast in deep space. It can be used to repair hull damage to stone ships, but at a cost. For each 20 square feet of quarter-inch thick stone created, the ship regains one hull point. Such repairs will radiate magic, and can be reversed by a *dispel magic* spell.

### Sixth Level Spells

*Anti-Magic Shell:* A *spelljamming helm* does not function within the bounds of an *anti-magic shell*.

*Bigby's Forceful Hand:* The hand can be used to *slow* opposing space ships within range. It can be destroyed either by normal combat, or by ramming (treat the *hand* as a gargantuan creature for purposes of ramming).

*Chain Lightning:* This spell can cross the void between atmospheric envelopes.

*Control Weather:* This spell will not function within the confines of a ship's air envelope, nor on planets of less than size class B.

*Death Fog:* This spell will affect the hull points of a ship if that ship is affected by acid. Damage is cumulative: for every 10 hit points of acid damage inflicted, the ship suffers one point of hull damage. This damage is taken for every 10-foot cube in contact with the ship.

*Disintegrate:* If it hits a ship, this will destroy material in a 10-foot cube. It will also destroy either one hull point, lower the armor rating by 1, or reduce the maneuverability class by one. Disintegrating a spelljamming helm will of course cripple the ship.

*Glassee:* This spell, linked with *permanency*, is used to provide windows in solid plating for the higher-priced ships.

*Invisible Stalker:* The invisible stalker can survive in the void, and thus cross it under its own power.

*Veil:* This spell can be used to hide or disguise ships, provided that the area of effect in 10-foot squares is larger than the tonnage of the ship.

### Seventh Level Spells

*Bigby's Grasping Hand:* All ships of 1 ton or higher fall into the 16,000-pounds-plus category. The hand can be rammed as a gargantuan creature.

*Delayed Blast Fireball:* The spell will not detonate in the void and if in airless space is wasted. In the phlogiston, it will detonate immediately, with the effect centered on the caster.

*Drawmij's Instant Summons:* This spell can summon items from other crystal spheres. If the caster is in the phlogiston, then the spell will fail.

