Copyright United States Copyright Office

Exhibit S

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = lost ships
Search Results: Displaying 1 of 7 entries

previous | next

Labeled View

***Lost ships / by Ed Greenwood.***

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0002818037 / 1990-05-24 |
| **Title:** | Lost ships / by Ed Greenwood. |
| **Description:** | 1 v. |
| **Series:** | Advanced Dungeons & Dragons, 2nd edition. Spelljammer ; SJR1 |
| **Copyright Claimant:** | TSR, Inc. |
| **Date of Creation:** | 1990 |
| **Date of Publication:** | 1990-03-21 |
| **Authorship on Application:** | text & artwork: TSR, Inc., employer for hire. |
| **Other Title:** | Advanced Dungeons & Dragons, 2nd edition : Spelljammer ; SJR1 |
| **Names:** | Greenwood, Ed |
| | TSR, Inc. |

previous | next

**Save, Print and Email (Help Page)**

Select Download Format: Full Record | Format for Print/Save

Enter your email address: | Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright Search Records Results

Registered Works Database (Title Search)
**Search For:** LOST SHIPS
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

| | |
|---|---|
| 1. Registration Number: | TX-2-818-037 |
| Title: | Lost ships / by aEd Greenwood. |
| Description: | 1 v. |
| Series: | Advanced Dungeons & Dragons, 2nd edition : Spelljammer ; SJR1 |
| Claimant: | acTSR, Inc. |
| Created: | 1990 |
| Published: | 21Mar90 |
| Registered: | 24May90 |
| Author on © Application: | text & artwork: TSR, Inc., employer for hire. |
| Special Codes: | 1/B |



U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT DS

SJR1
ACCESSORY

Advanced Dungeons & Dragons®

9280

SPELLJAMMER™

Official Game Accessory

# Lost Ships

by Ed Greenwood



Advanced Dungeons & Dragons 2nd Edition

# SPELLJAMMER™

Accessory

# Lost Ships

## Table of Contents


How To Use *Lost Ships* . . . . . . . . . . . . . . . . . . . . . . . 2
New Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Adventures:
  Part 1: Beginnings . . . . . . . . . . . . . . . . . . . . . . . 7
  Part 2: Amid the Stars . . . . . . . . . . . . . . . . . . . . 13
  Part 3: Any Port In A Spacestorm . . . . . . . . . . . 29
Flotsam of Space . . . . . . . . . . . . . . . . . . . . . . . . . 33
Ship Catalog . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
New Spells . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69
Personal & Ship Equipment . . . . . . . . . . . . . . . . . 73
New Monsters . . . . . . . . . . . . . . . . . . . . . . . . . . 84

A Guide to Sidebar Subjects
  Space Spores . . . . . . . . . . . . . . . . . . . . . . . . . 14
  Battle Spiders . . . . . . . . . . . . . . . . . . . . . . . . 16
  The Sea of Shadows . . . . . . . . . . . . . . . . . . . . 34
  Diseases . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
  Scalykind Employers . . . . . . . . . . . . . . . . . . . 42
  Slaver Gear . . . . . . . . . . . . . . . . . . . . . . . . . . 44
  The Sargasso of the Seven Stars . . . . . . . . . . . 48
  The Steel Star . . . . . . . . . . . . . . . . . . . . . . . . 56
  Redeyes . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62


## CREDITS


Design: Ed Greenwood
Editing: Paul Jaquays, Anne Brown
Mentor: Jeff Grubb
Cover Art: Brom
Illustrations: Dell Barras
Cartography: Diesel
Graphic Design: Stephanie Tabat
Typography: Gaye O'Keefe

**Dedication:**

To Jeff, for opening The Box of Delights again.

This one's also for the too-often-unsung ones whose care and attention to detail make all TSR products better—Karen Boomgarden, Mike Breault, Bruce Heard, Kim Mohan, Jon Pickens, and Steve Winter. *Te salutant!*

Distributed to the book trade in the United States by Random House, Inc., and in Canada by Random House of Canada, Ltd. Distributed to the toy and hobby trade by regional distributors. Distributed in the United Kingdom by TSR Ltd.



ADVANCED DUNGEONS & DRAGONS, AD&D, SPELLJAMMER, PRODUCTS OF YOUR IMAGINATION, and the TSR logo are trademarks owned by TSR, Inc. Printed in the U.S.A.

©Copyright 1990 TSR, Inc. All Rights Reserved.

This material is protected under the copyright laws of the United States of America. Any reproduction or other unauthorized use of the material or artwork contained herein is prohibited without the express written permission of TSR, Inc.



Any questions on this material should be sent, along with a self-addressed, stamped envelope to "SPELLJAMMER Game Supplement Questions" at the address below.

TSR Inc.
POB 756
Lake Geneva
WI 53147 US

TSR Ltd.
120 Church End, Cherry Hinton
Cambridge CB1 3LB
United Kingdom

# Beholder, Undead "Death Tyrant"

SJR1 SPELLJAMMER™

| | |
|---|---|
| CLIMATE/TERRAIN: | Any space |
| FREQUENCY: | Uncommon |
| ORGANIZATION: | Solitary or cohort (guardian) |
| ACTIVITY CYCLE: | Any |
| DIET: | Nil |
| INTELLIGENCE: | Special |
| TREASURE: | Any (guardian) |
| ALIGNMENT: | Lawful evil |
| NO. APPEARING: | 1-20 |
| ARMOR CLASS: | 0/2/7 |
| MOVEMENT: | Fl 2 (C) |
| HIT DICE: | As in life: 45-75 hp |
| THAC0: | As in life (11, 9, 7, or 5) |
| NO. OF ATTACKS: | 1 |
| DAMAGE/ATTACK: | 2-8 |
| SPECIAL ATTACKS: | Magic |
| SPECIAL DEFENSES: | Anti-magic ray |
| MAGIC RESISTANCE: | Undead immunities |
| SIZE: | M (4'-6' diameter) |
| MORALE: | Fanatic (18) |
| X.P. VALUE: | 13,000 |



A type of beholder almost unknown on worlds is the undead beholder, or death tyrant.

Death tyrants are rotting, mold-encrusted beholders. They may be shrivelled or even have cavities that expose their bony skeletons of platelets attached to spherical networks of circular ribs. All sport wounds, some have eyestalks missing, and a milky film covers their eyes. They move and turn more slowly than living beholders, striking and bringing their eyes to bear last in any combat round.

**Combat:** An undead beholder can use all powers of surviving eyes just as it did in life. The powers of 2-5 eyes (select randomly, including the central eye) are lost due to injuries death, and the change to undeath. Although a death tyrant 'heals' its motive energies through time, it cannot regenerate lost eyestalks or their powers.

Beholder-eye *charm* powers are lost in undeath. The two eyes that charmed either become useless (60%), or function as weak *hold monster* effects (40%). A being failing to save against such a *hold* remains held as long as the eye's gaze *remains steady* on them. If the eye is turned on another being, or the victim hooded or forcibly removed, the *hold* lasts another 1-3 rounds.

If not controlled by another creature through magic, a death tyrant hangs motionless until its creator's instructions are fulfilled (e.g., "Attack all humans who enter this chamber until they are destroyed or flee. Do not leave the chamber."). If no instructions are given to a "new" death tyrant, it attacks all living things it perceives.

Death tyrants occur spontaneously in very rare instances. In most cases, they are created through the magic of evil beings— from human mages to illithid villains. Some outcast, magic-using beholders have even been known to create death tyrants from their unfortunate brethren.

**Habitat/Society:** Death tyrants have no self-awareness or social interaction. Like orbi (see the description of the orbus in the SPELLJAMMER™ boxed set) they are mindless servants of living beholders. They will usually be found either abandoned (for example, in beholder ships or bases left ruined after a battle) or serving beholder society as guardians or unskilled workers.

'Mindless' is a relative term; the once highly intelligent brains of death tyrants still use their eyes skillfully to perceive and attack nearby foes. They are among the more intelligent undead; only the cunning and strategies they had in life are gone. When a death tyrant is controlled by another being, consider it to have the intelligence of its controller.

**Ecology:** Death tyrants are created from dying beholders, those condemned as traitors to their race (or sub-race; beholders belong to many warring clans), and captives taken in battle by beholders of another nation. A spell, thought to have been developed by human mages in the remote past, forces a beholder from a living to undead state, and imprints its brain with instructions.

A spell developed by spacefarers enables anyone having 15+ intelligence and natural or magical *charm* abilities (including a living beholder) to command obedience from a death tyrant. If such a spell is successful, the death tyrant will use its powers just as a *charmed* human obeys a wizard who cast the *charm*. Rumors of devices that create these control effects persist—as do tales of humans and liches who command death tyrant guards.

'Rogue' death tyrants also exist: those whose instructions specifically enable them to ignore all controlling attempts. These are immune to the control attempts of all other beings. Beholders often leave them as traps against rivals.

Human spell researchers report that control of a death tyrant is very difficult for humans. A beholder's mind fluctuates wildly in the amount and level of its mental activity, scrambling normal *charm monster* and *control undead* spells and variant magics developed from them. A special spell must be devised by any wizard desiring to command a death tyrant.

Although the eyestalks, brain, and levitation powers of a death tyrant still function, alchemists and wizards report that they disintegrate when the creatures are destroyed.

# Beholder Eater, Thagar ("Grimgobbler") SJR1

SPELLJAMMER™

| | |
|---|---|
| CLIMATE/TERRAIN: | Any space |
| FREQUENCY: | Rare |
| ORGANIZATION: | Solitary |
| ACTIVITY CYCLE: | Any |
| DIET: | Carnivore |
| INTELLIGENCE: | Exceptional (15-16) |
| TREASURE: | Nil |
| ALIGNMENT: | Chaotic neutral |
| NO. APPEARING: | 1 |
| ARMOR CLASS: | 1/4/6 |
| MOVEMENT: | Fl 12 (B) |
| HIT DICE: | 9+9 |
| THAC0: | 11 |
| NO. OF ATTACKS: | 6-16 |
| DAMAGE/ATTACK: | 2-8 per neck |
| SPECIAL ATTACKS: | Nil |
| SPECIAL DEFENSES: | Magical immunities |
| MAGIC RESISTANCE: | 70% |
| SIZE: | L (7' diameter, necks to 14' long) |
| MORALE: | Fanatic (17-18) |
| X.P. VALUE: | 9,000 |



The seldom-seen, near legendary thagar are fearsome predators, voracious eaters whose favorite meal is beholder flesh. Eye tyrants hate and fear them—for when thagar and beholder meet, it is rare for the beholder to escape, let alone emerge victorious.

Thagar are large, rubbery-skinned, dark-hued spheres from which protrude long, serpentine necks ending in many-toothed jaws.

A thagar's eyes stud its central body amid the twisting necks. Thagar levitate slowly about, cruising space in search of meals or devising elaborate trap-lairs to lure prey.

**Combat:** Thagar are immune to many spells and spell-like magical attacks with a high natural resistance to other magics.

Thagar are immune to *charm, sleep, hold, fear, confusion, feeblemind,* and other mind-related magics. They are 96% magic resistant to magical effects that change their body state, including all *polymorph, petrification,* and *disintegrate* attacks. They possess 120' range infravision.

A thagar waits patiently for the right moment to attack, then charges in furiously, seeking to disable as many creatures as it can, concentrating on spellcasters and other obvious menaces, never pausing for parley or to catch a breath.

Thagar instinctively try to devour eyestalks, or the eyes and limbs of any opponent. They anticipate traps and attacks, often using their bulk to pin one opponent while battling another, only to spurt aside in haste and let the pinned victim take the brunt of a spell or missile attack.

The body of a thagar is AC 6 and its writhing necks and mouths are AC 4. The many eyes of a thagar (a typical specimen has over 20) are small and hard to hit, located between the bases of the [illegible] necks. Each is a deep purple, flat, glittering [illegible] the [illegible] of a human fist, surrounded by a [illegible] rim of [illegible] and having an effective AC [illegible]

[illegible] begin [illegible] mouths and may lose [illegible] the normal rate. [illegible] typically only one [illegible]

[illegible] close to the body [illegible] thagar's

other mouths. A thagar who loses all its mouths will die of starvation.

**Habitat/Society:** Thagar like to lair in derelict ships, asteroid caverns, and debris fields. Bisexual, they meet with others of their kind only to mate, about every dozen years or so. The young are born live and left to fend for themselves (they are the much smaller thagars sometimes found in desolate areas on worlds).

Thagar are unaffected by cold or lack of air. They take in nutrients from atmospheres around them, but need not do so, and will close their intake pores when they suspect poisonous or harmful substances or when expecting attack.

Thagar often cooperate with servant creatures that they can control completely, using these to aid in setting up traps, for defense, as bait, and as a food supply when times are hard. Thagar will eat carrion if they must, but they prefer the flesh of magic-using creatures, particularly beholders. They can go for long periods without food, but seem to have no limits when food is available: one sage reported seeing a thagar on a battlefield eat literally all day and into the night, devouring almost 1,000 men before it became too dark to see—or remain so close.

**Ecology:** Thagar are one of the few natural predators of beholders, and also control the numbers of other large and powerful creatures that might otherwise rule space. They keep the radiant dragon population low, for instance, by preying on young who have strayed from their elders. Thagar-flesh itself is oily and unpleasant, and eaten by few creatures besides scavvers.

Neogi detest thagar and hunt them on sight—thagar eat umber hulks (another delicacy), depriving neogi of slaves and status.

Thagar float by means of a magical organ which generates the natural ability of *levitation* (a living thagar cannot be robbed of this ability by *dispel magic* or other magical attacks). This organ is valued by alchemists and wizards alike for use in spell ink formulae, and in the making of potions and magical items concerned with levitation.