Copyright United States Copyright Office

Exhibit T

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = monster mythology
Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Monster mythology Advanced Dungeons & Dragons : dungeon master's guide :...***

**Type of Work:** Text
**Registration Number / Date:** TX0003347464 / 1992-06-29
**Title:** Monster mythology Advanced Dungeons & Dragons : dungeon master's guide : rules supplement.
**Edition:** 2nd ed.
**Description:** 1 v.
**Copyright Claimant:** TSR, Inc.
**Date of Creation:** 1992
**Date of Publication:** 1992-04-16
**Names:** TSR, Inc.

previous next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record — Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright Search Records Results

Registered Works Database (Title Search)
**Search For:** MONSTER MYTHOLOGY ADVANCED DUNGEONS & DRAGO
**Item 1 of 1**

---

| | |
|---|---|
| 1. Registration Number: | TX-3-347-464 |
| Title: | Monster mythology Advanced Dungeons & Dragons : dungeon master's guide : rules supplement. |
| Edition: | 2nd ed. |
| Description: | 1 v. |
| Claimant: | acTSR, Inc. |
| Created: | 1992 |
| Published: | 16Apr92 |
| Registered: | 29Jun92 |
| Special Codes: | 1/B/D |

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT DT

Advanced Dungeons & Dragons®

2nd Edition

Dungeon Master's Guide

Rules Supplement

# Monster Mythology

TSR Inc.

# Table of Contents

**Introduction** . . . . 4
Running Divine Beings . . . . 4
Deities and the Campaign . . . . 5
Divine Abilities . . . . 6
Avatars and the Strength of Gods . . . . 6
Priesthoods, Powers, and Deity Strength . . . . 6
Nonhuman Deities as Archetypal Powers . . . . 7
Integrating Human and Nonhuman Pantheons . . . . 7
Avatars . . . . 8
Notes on Avatar Statistics . . . . 9
Avatar Charisma . . . . 10
Tactics and Avatars . . . . 10
Priests and Priesthoods . . . . 11
Transgressions by Priests . . . . 11
Priests and Clerics . . . . 12
Shamans and Witch Doctors . . . . 12
Priests of Different Races . . . . 13
Hit Points and Level Advancements . . . . 13
Deities Included in This Book . . . . 13
Explanatory Notes . . . . 14
Mythos Section Introduction . . . . 14
Personal Entires . . . . 14
Abbreviations . . . . 14
Requirements of the Priesthood . . . . 15

**Gods of the Demihumans** . . . . 17
FORGOTTEN REALMS® World Deities and Avatars . . . . 20
Gods of the Elves . . . . 21
Gods of the Dwarves . . . . 27
Gods of the Gnomes . . . . 33
Gods of the Halflings . . . . 38

**Goblinoid Deities** . . . . 43
Gods of the Orcs . . . . 45
Gods of the Goblins . . . . 49
Gods of the Bugbears . . . . 52
Gods of the Kobolds . . . . 54
Other Goblinoid Deities . . . . 55

**Gods of the Underdark** . . . . 59
Gods of the Drow . . . . 62
Gods of the Underdark Dwarves . . . . 64
The Lost Gods . . . . 66
Gods of the Illithids . . . . 68
Gods of the Myconids . . . . 69
Gods of the Beholders . . . . 70
Gods of the Svirfnebli . . . . 71

**Gods of the Giants** . . . . 73
The Giant Gods . . . . 75
The Interloper Gods . . . . 81

**Gods of the Seas and Skies** . . . . 85

**Gods of the Scaly Folk** . . . . 97

**Gods of the Dark Folk** . . . . 109

**The Sylvan Gods** . . . . 117

**Appendix 1: Avatars in Game Play** . . . . 126
**Appendix 2: Deities and Game Worlds** . . . . 128

**Writer:** Carl Sargent
**Editor:** Scott Haring
**Illustration:** Terry Dykstra
**Color Illustration:** John and Laura Lakey, Keith Parkinson
**Typography:** Gaye O'Keefe
**Production:** Sarah Feggestad

This book is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material contained herein is prohibited without the express written permission of TSR, Inc.

Random House and its affiliate companies have worldwide distribution rights in the book trade for English language products of TSR, Inc.
Distributed to the book trade in the United Kingdom by TSR, Inc.
Distributed to the toy and hobby trade by regional distributors.

AD&D, ADVANCED DUNGEONS & DRAGONS, FORGOTTEN REALMS, GREYHAWK, WORLD OF GREYHAWK, and DRAGONLANCE are registered trademarks owned by TSR, Inc.
The TSR logo and DARK SUN are trademarks owned by TSR, Inc.
Printed in the United States of America
©1992 Copyright TSR, Inc. All rights reserved.

TSR, Inc.
POB 756
Lake Geneva
WI 53147
U.S.A.

TSR Ltd.
120 Church End,
Cherry Hinton
Cambridge CB1 3LB
United Kingdom

ISBN 1-56076-362-0
2128



HA000688

Advanced Dungeons & Dragons®

Dungeon Master's Guide

Rules Supplement

# Monster Mythology

**Maglubiyet . . . Blibdoolpoolp . . . Diinkarazan . . . Panzuriel . . . Such names are whispered in the dark on the far side of midnight, or muttered fearfully around jugs of wine when old, scarred adventurers tell their tales. They are the unseen, unknown things worshipped by monsters and monstrosities. Learn all about the avatars and shamans of giants, goblins, the underdark, even illithids and beholders, in this expansion of the popular *Legends & Lore*.**

ISBN 1-56076-362-0

9 781560 763628

51500>

TSR, Inc.
POB 756
Lake Geneva,
WI 53147
U.S.A.

TSR Ltd.
120 Church End,
Cherry Hinton
Cambridge CB1 3LB
United Kingdom

ADVANCED DUNGEONS & DRAGONS and AD&D are registered trademarks owned by TSR, Inc.
The TSR logo is a trademark owned by TSR, Inc.
©1992 TSR, Inc. All Rights Reserved. Printed in the U.S.A.

$15.00 U.S. $18.00 Can £9.99 U.K.

CONFIDENTIAL

CONFIDENTIAL

HA000689



## Gods of the Illithids

### Ilsensine (Greater God)

Ilsensine is a mental/spiritual deity manifesting as a glowing green brain; the god itself has an infinite number of tentacles of infinite length which radiate through all planes from its base on the Plane of Concordant Opposition. Its motivation is for the illithid race to conquer all planes through superiority and mental domination, through superior knowledge and magic which is an expression of will and mental force. Fortunately for other beings, Ilsensine is such a supremely arrogant entity that it spends much time in brooding fantasies of domination and is often too self-absorbed to actually act.

**Role-playing Notes:** This being will send an avatar to attend and observe illithid conclaves when these concern major territorial aggressions and scheming which will take decades to bring to fruition. Rarely, it visits the Prime Material plane to absorb the brains of great scholars and sages who have been captured by illithids, and which are offered to Ilsensine in homage. The deity may reward the illithids concerned by granting them the use of 1d4 wizard spells of levels 1-6 for 1d4 days, as determined by the DM. Communications from the deity are by direct telepathic contact with its most prized servants. Of course, the deity demands that the illithids strive always to dominate other races, and has been known to send an avatar to make this clear to those illithids who have displeased it, usually by eating about half their number to encourage the others.

**Statistics:** AL le; WAL le (illithids); AoC mental dominion, magic; SY glowing brain with two tentacles.

**Ilsensine's Avatar** (Wizard 23)

Ilsensine appears as a huge, glowing green spectral brain with two tentacles, levitating in mid-air. It uses wizard spells from all schools.

| | | |
|---|---|---|
| Str n/a | Dex n/a | Con n/a |
| Int 22 | Wis 23 | Cha 20 |
| MV fl 12 | SZ L (8' diameter) | MR 80% |
| AC −5 | HD 20 | HP 160 |
| #AT 2 | THAC0 5 | Dmg special |

**Special Att/Def:** The avatar is immune to spells below 4th level and weapons below +2 enchantment. It is immune to spells of mental control (*charm, domination, suggestion*, etc.) and to caused wounds, energy drains, paralysis, petrification and spells which directly affect physical stats (*fumble, ray of enfeeblement*, etc.). Its tentacle attacks negate armor bonuses to AC (except magical pluses), and any hit drains 1d6 points of intelligence or wisdom (as Ilsensine chooses) and restores 1d6 hp to the avatar. A victim reduced to 0 Int or Wis becomes a juju zombie under the avatar's control. The avatar uses *mass charm* and *mass suggestion* 3/day each and a *mind blast* at will, and may project a *prismatic spray* 1/day.

### Maanzecorian (Intermediate God)

Like Ilsensine, Maanzecorian holds the illithids to be the natural dominators of all planes and worlds and other races only fit for food and slavery. However, he considers that there are things which illithids may profitably learn from other brains before they eat them, and eating is a pleasure which is most delightful after lingering anticipation. He is a philosopher-god, one who has a vast library of arcane works in his own palace. The god is vain and his palace is sumptuously furnished with jet, jade, ivory, marble and the skins of many creatures. He is always deferential to Ilsensine, although he doesn't necessarily pass on all he knows to the greater god.

**Role-playing Notes:** Maanzecorian attends conclaves of his priests in avatar form, for discussion, sharing of knowledge and meditation (such meetings are rare, because priesthoods are small). He may even appear as a negotiator between illithids and other races if he deems the occasion highly propitious. He shares knowledge directly rather than through omens.

**Statistics:** AL le; WAL le (illithids); AoC knowledge, philosophy; SY silver crown set with red gem.

**Maanzecorian's Avatar** (Wizard 14, Priest 12)

The avatar appears as a very tall illithid, with purple/green skin and yellowed tusks on either side of his tentacles. His silver crown levitates above his head. He uses spells from spheres listed for his priests, and from all wizard schools.

| | | |
|---|---|---|
| Str 16 | Dex 18 | Con 16 |
| Int 20 | Wis 20 | Cha 20 |
| MV 12 | SZ L (10') | MR 40% |
| AC 0 | HD 17 | HP 136 |
| #AT 4 | THAC0 5 | Dmg special |

**Special Att/Def:** The avatar can use the following 3/day each: *domination, hypnotism, hypnotic pattern, rainbow pattern, power word stun*; and 1/day he can create a *Mordenkainen's disjunction*, call down a *weird* on one group of creatures within 60' and create a *screen*. His levitating crown holds a *gem of brightness* (no adverse effects on illithids within the area of effect).

**Duties of the Priesthood**

This priesthood is a small and select one, concerned with the pursuit of knowledge, exploration of new territory and the exploiting of knowledge gained therefrom, and with negotiations and dealings with other races—which must always be from a position of strength and include an element of condescension.

**Requirements:** AB Wis 16; AL le; WP any; AR none; SP all, astral, charm, divination, law, numbers, sun (rev), thought, time; PW none; TU nil; LL 12; HD d4; Shamans no.



## Gods of the Myconids

### Psilofyr (Intermediate God)

Psilofyr, the benevolent myconid god, is a meditator-deity dwelling in Nirvana. He is a teacher-god, one who taught the first myconids the secrets of potion-making through direct revelation. He is often depicted as a type of fungal world-tree, his mycelia reaching down through the planes into the home of the myconid-King. Psilofyr's only concerns are the protection of the myconid race and the pursuit of perfection through meditation.

**Role-playing Notes**: Psilofyr selects about one myconid king in 20 to become a priest, and always guides myconids in their selection of a new king through intuitive guidance. Rarely, he will send an avatar to commune with a myconid-king if a community is greatly threatened by enemies, disease, and the like; the king then gains the spell-casting ability of the avatar for 1d4 days after 24 hours shared meditations. Psilofyr has no need of omens since he constantly shares thoughts with his kings.

**Statistics**: AL ln; WAL ln (myconids); AoC community, healing, philosophy; SY mycelium basket holding a crystal vial.

**Psilofyr's Avatar** (Wizard 10, Priest 18)

Psilofyr appears as a gigantic myconid with a vast mycelium complex drifting behind him as he travels by levitation just above the ground. He is able to change color to match environment, or his moods (usually he is blue-gray), as desired. He uses spells from all spheres and schools.

| | | |
|---|---|---|
| Str 16 | Dex 19 | Con 16 |
| Int 18 | Wis 12 | Cha 19 |
| MV 16 | SZ M (6') | MR 60% |
| AC 4 | HD 15 | HP 120 |
| #AT 1 | THAC0 5 | Dmg 15d4 (fists) +1 |

**Special Att/Def**: The avatar can fire a spore attack as a jet (5' wide by 60' long) or targeted at one creature within 120' to *cause disease*, create a *cloudkill*, or as *dust of sneezing and choking*, 2/day per effect. It can, at will, create a radiant effect by emitting spores about itself. These affect all within a 10' radius initially, spreading to a maximum of 80' after 8 rounds. The possible spore effects include *sleep*, *weakness* (reversed *strength*) or *pacification* (as a normal myconid). It suffers half damage from blunt weapons and from water—and cold-based attacks, and communicates by *telepathy* to 240' range.

**Duties of the Priesthood**

Only singular myconid kings become priest-kings, and their duties are as for normal kings.

**Requirements**: AB Wis 18, myconid king; AL ln; WP any; AR none; SP all, astral, creation, divination, elemental (earth, water), guardian, healing, law, necromantic*, numbers, protection, thought, wards; PW none; TU turn at −4 levels; LL 12; HD d4; Shamans no.





HA000691



## Gods of the Beholders

### Great Mother (Greater Goddess)

The enormous form of the Great Beholder Mother floats through the planes as she wishes, returning to a wretched subplane within the Abyss (whose location only she knows) when she is preparing to lay the great eggs which form the Hive Mothers on many worlds infested with beholders. Her eggs have given rise to all the beholder races, including some monstrous beasts reputed to exist which are as large as the Mother herself and which have magical powers not far short of those of her avatar. It is even said that she has mated with tanar'ri and gehreleths and worse, always consuming them in the process, and that the dreadful offspring roam the lower planes in a variety of grotesque forms.

Silently gliding through space, this monstrous horror is mostly wrapped up in her contemplations of the philosophy of chaos and evil, and it is said that she is the ultimate sage on these topics. But she is intensely intellectually arrogant and jealous and brooks not even the possibility of her ever being in error about anything. She does not bother to acquire knowledge and magic as other major deities such as Ilsensine do, because she knows all she will ever need to know. She goes about her business of populating worlds with more great beholders unconcerned by the piffling efforts of mortals, or even of other gods.

**Role-playing Statistics**: The Great Mother only dispatches an avatar to defend her creations when they are under threat as a species in a world, or in a major part of it. She is most likely to intervene if the enemies are drow or some agents of lawful good. Even so, she is a creature of whim, sometimes allowing a world to be virtually depopulated of beholders, and other times becoming utterly enraged by a small pocket of her offspring being threatened. She is otherwise neglectful of her children, and certainly does not deal with trivia such as omens or signs. Some sages allege that the Great Mother is drawn to powerful planar-travelling magics, the sites of permanent gates and the like, and may send avatars to investigate these.

**Statistics**: AL ce; WAL ce (beholders); AoC magic, fertility, tyranny; SY egg with central eye.

**Great Mother's Avatar** (Wizard 18, Priest 18)

The avatar of the Great Mother appears as a truly huge, bloated beholder bearing debris all over its body—small rocks, stones, encrusted gems, scraps of armor and broken weapons, shells, dragon's teeth and all forms of debris. She draws spells from all wizard schools, and from the spheres listed for her priests (also Healing and Sun—both reversed—and Summoning).

| | | |
|---|---|---|
| Str 15 | Dex 10 | Con 18 |
| Int 21 | Wis 20 | Cha 20 |
| MV fl 3 | SZ H (18' diameter) | MR 80% |
| AC −5/−3/−2 | HD 20 | HP 160 |
| #AT 1 | THAC0 5 | Dmg 4d6 (bite) |

**Special Att/Def**: The avatar swallows whole any creature below large size on a hit roll of 19 or 20; acid damage inside the avatar is 6d6 pts/rd (internal AC is 2). Her vast body (AC −5) takes 85% of hits and other locations 5% each (small eyes AC 2, eyestalks AC −3, 25 hp; central eye AC 2, 60 hp). The avatar can radiate to 20' distance any of the following effects at will: *fear*, *chill* (1d8 damage per round), *hopelessness* (as the symbol) and *repulsion*, one effect only during each round. All saving throws against spell effects from her eyes are made at −4 (cumulative with any other penalties which may apply). She suffers only half damage from blunt weapons and is unharmed by non-magical weapons.

**How the Priesthood Works**

The Great Mother does not have regular priests who officiate at rituals, lead the faithful, gain spells through prayer, and the like. The Great Mother's magical gifts to her offspring have been so great that she feels no need for them to receive extra blessing in this way. Rather, temporary priestesses are created by the Great Mother through visits from her avatar when she deems it necessary. If, as happens very rarely, beholders flock together (or are forced together) through conflict with other races, Great Mother's avatar will temporarily empower very old female beholders with special abilities. These will be Hive Mothers if there are any present (see the SPELLJAMMER™ boxed set, pp. 69-70).

The chosen females gain the spellcasting powers of a 9th-level priest for a period as deemed necessary by the avatar, but not exceeding 7 days (the avatar may always revisit after this time has expired, of course). Each is able to have access to up to 4 different spheres of spells from those listed below, and they gain +2 to saving throws against all spells from those selected spheres if other priests use them against the beholder-priestesses. They can also command non-intelligent Undead (skeletons and zombies) as a 9th-level priest for the same duration.

**Duties of the Priesthood**

Beholder priests revere the Great Mother, and use powers granted to them in strife between beholders and other races; powers are specifically granted for this and related purposes.

**Requirements**: AB must be old female (hive mother); AL ce; WP any; AR none; SP all, astral, combat, divination, necromantic (rev), numbers, protection, thought, time; PW see above; TU see above; LL 9; HD n/a; Shamans no.