Case 1:05-cv-00229-S-LDA Document 171-24 Filed 02/29/2008 Page 1 of 8

Copyright United States Copyright Office

Exhibit U

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Title = dungeons & dragons campaign accessory forgotten

Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Dungeons & Dragons campaign accessory Forgotten Realms : lords of darkness...***

**Type of Work:** Visual Material

**Registration Number / Date:** VA0001129786 / 2001-11-07

**Application Title:** Dungeons & Dragons Forgotten Realms: lords of darkness.

**Title:** Dungeons & Dragons campaign accessory Forgotten Realms : lords of darkness / designers, Jason Carl, Sean K. Reynolds.

**Description:** 191 p.

**Notes:** Game with text & artwork.

**Copyright Claimant:** Wizards of the Coast, Inc. (employer for hire)

**Date of Creation:** 2001

**Date of Publication:** 2001-10-22

**Variant title:** Dungeons & Dragons campaign accessory Forgotten Realms : lords of darkness

**Other Title:** Lords of darkness

Dungeons & Dragons Forgotten Realms: lords of darkness.

**Names:** Carl, Jason

Reynolds, Sean K.

Wizards of the Coast, Inc.

previous next

**Save, Print and Email (Help Page)**

Select Download Format Full Record Format for Print/Save

Enter your email address: Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

Copyright | Search Records Results

Registered Works Database (Title Search)
**Search For:** LORDS OF DARKNESS
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

| | |
|---|---|
| 1. Registration Number: | VA-1-129-786 |
| Title: | Dungeons & Dragons campaign accessory Forgotten Realms : lords of darkness / designers, Jason Carl, Sean K. Reynolds. |
| Description: | 191 p. |
| Note: | Game with text & artwork. |
| Claimant: | acWizards of the Coast, Inc. (employer for hire) |
| Created: | 2001 |
| Published: | 22Oct01 |
| Registered: | 7Nov01 |
| Title on © Application: | Dungeons & Dragons Forgotten Realms: lords of darkness. |
| Special Codes: | 5/S/L |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT DV

Dungeons & Dragons Campaign Accessory

Forgotten Realms

# Lords of Darkness



Jason Carl and Sean K Reynolds

DUNGEONS & DRAGONS® CAMPAIGN ACCESSORY

FORGOTTEN REALMS®

# LORDS OF DARKNESS


| | | | |
|---|---|---|---|
| DESIGNERS | JASON CARL<br>SEAN K. REYNOLDS | ROBERT RAPER | ART DIRECTION |
| DEVELOPER | RICHARD BAKER | ROBERT CAMPBELL | GRAPHIC DESIGN |
| EDITOR | MICHELE CARTER | MARK ZUG | COVER ILLUSTRATION |
| EDITORIAL ASSISTANT | TOM KRISTENSEN | ADAM REX<br>ANTHONY FRANCISCO<br>MATT CAVOTTA<br>CARL CRITCHLOW<br>MICHAEL DUBISCH<br>MIKE DUTTON<br>RAVEN MIMURA<br>PUDDNHEAD<br>STEPHANIE PUI-MUN LAW<br>RICHARD SARDINHA<br>KALMAN ANDRASOFSZKY | INTERIOR ILLUSTRATIONS |
| MANAGING EDITOR | KIM MOHAN | | |
| FORGOTTEN REALMS CREATIVE DIRECTOR | RICHARD BAKER | | |
| DIRECTOR OF RPG R&D | BILL SLAVICSEK | | |
| BUSINESS MANAGER | ANTHONY VALTERRA | DENNIS KAUTH | CARTOGRAPHER |
| PROJECT MANAGER | JUSTIN ZIRAN | SONYA PERCIVAL | TYPESETTER |
| | | CHAS DELONG | PRODUCTION MANAGER |

Based on the original DUNGEONS & DRAGONS® rules created by E. Gary Gygax and Dave Arneson and the new DUNGEONS & DRAGONS game designed by Jonathan Tweet, Monte Cook, Skip Williams, Richard Baker, and Peter Adkison.


This Wizards of the Coast game product contains no Open Game Content. No portion of this work may be reproduced in any form without written permission. To learn more about the Open Gaming License and the d20 System License, please visit www.wizards.com/d20.


U.S., CANADA, ASIA,
PACIFIC, & LATIN AMERICA
Wizards of the Coast, Inc.
P.O. Box 707
Renton WA 98057-0707
(Questions?) 1-800-324-6496

EUROPEAN HEADQUARTERS
Wizards of the Coast, Belgium
P.B. 2031
2600 Berchem
Belgium
+32-70-23-32-77

620_T11989_001_EN
9 8 7 6 5 4 3 2 1


DRAGON, DUNGEON, DUNGEONS & DRAGONS, D&D, DUNGEON MASTER, FORGOTTEN REALMS and the Wizards of the Coast logo are registered trademarks owned by Wizards of the Coast, Inc. The d20 System logo is a trademark owned by Wizards of the Coast, Inc. All Wizards characters, character names, and the distinctive likenesses thereof are trademarks owned by Wizards of the Coast, Inc. Distributed to the hobby, toy, and comic trade in the United States and Canada by regional distributors. Distributed in the United States to the book trade by Holtzbrinck Publishing. Distributed in Canada to the book trade by Fenn Ltd. Distributed worldwide by Wizards of the Coast, Inc. and regional distributors. This material is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material or artwork contained herein is prohibited without the express written permission of Wizards of the Coast, Inc. This product is a work of fiction. Any similarity to actual people, organizations, places, or events is purely coincidental. ©2001 Wizards of the Coast, Inc. Made in the U.S.A.

Visit our website at www.wizards.com/forgottenrealms



*Chathin Zurn and associates*

each at the north and south gates, two in the front hall embassy building (area 33), two walking the parapets, vo roving the compound.

*ght:* Two guards at the main gate, two in the front hall of mbassy building (area 33), two walking the parapets, one in the towers (areas 6 and 20), on the barracks rooftop 28), and on the north hall rooftop (area 31), and two the sergeant roving the compound.

## LAYOUT OF THE ENCLAVE

titles of locations in the enclave give the name of the ding or area first, followed when appropriate by a parentical statement indicating the nature of the shop's business. ›st of the businesses have an upper level used as a residence the owners and a basement level for storage.

### The Outer Walls

ıe Proskur enclave occupies what were formerly several uare blocks of a prosperous business area. Many of the buildıgs still stand—for example, the Temple of Kossuth occupies building that was formerly a temple of Waukeen that had allen out of use. Others were torn down to make way for orand-new structures, such as the embassy building. The Thayans reinforced all the outward walls, bricked up any ground-level windows facing outward, and built masonry walls across former thoroughfares to isolate the Thayan enclave from the surrounding city.

Consequently, the Proskur enclave presents a vaguely menacing and defensive face to the rest of the city. All the outer buildings are at least two stories high, as are the walls between them (Climb DC 25). The Thayans encourage the growth of a green moss in the upper reaches of the outward-facing walls, which counts as a slippery surface for Climb checks.

### The Rooftops

With the exception of the outer parapet, most of the roofs in the compound are covered in thick clay tiles and steeply pitched. The barracks building (area 28), the guard towers (areas 6 and 20), and the north hall (area 31) offer easy access to the rooftop through stairwells, but few other buildings give access to the rooftops—although every building has small garret windows or rooftop vents that a resourceful burglar might squeeze through (Escape Artist DC 30).

To prevent that sort of infiltration, Khazark Zurn has captured two gargoyles and compelled them to guard the skies above the compound by night. The gargoyles lair in the belfry of the Temple of Kossuth (area 32). While Zurn ensures their obedience through *charm monster* spells, she also rewards them with the occasional slave or prisoner. The gargoyles have orders to attack anyone flying above the compound or anyone on a rooftop who is not a guard or a Red Wizard.

### The Compound Interior

During daylight hours, the southern courtyard—that part of the compound between the main gate and the southeast complex of stores and workshops—is quite busy, thronged with customers, local merchants delivering food and supplies, and the idly curious. The ground is hard-packed dirt that becomes muddy after a good rain.

Few visitors wander in the quieter courtyard north of the



*Beholders battle for dominance*

## HIERARCHY

At the head of any beholder organization is one or more beholders. With their megalomania and ability to charm other creatures, beholders prefer to have direct control over their underlings, and so their organizations tend to have a very flat hierarchy.

## MOTIVATION AND GOALS

Beholders believe themselves to be supremely intelligent and powerful, and consider all other beings inferior to themselves. This attitude and their powerful abilities means that a beholder's loftiest goal is usually conquest and domination. Some prefer outright aggression, rallying weaker beholders and servitor creatures under them to conquer territory by force of arms. Others, such as the beholders working with the Zhentarim, find allies and gain power by ruthless control of trade and occasional martial force, and some, such as the Xanathar of Waterdeep, have a network of spies, assassins, slavers, and thieves, giving them control of an underground empire.

Most beholders, however, find themselves stymied by a lack of competent servants and pressured on all sides by other powerful creatures or limited by the environment, and rarely venture outside their personally created underground lairs. Masters of all they see but dependent upon their slaves for information on the outside world, beholders wait and plan for glorious conquest, enslaving or destroying any that come to their lair.

## RECRUITING

Beholders are always willing to recruit others to their service, whether voluntarily or through their charm magic. This means that nearly any sort of creature that can be charmed might be a minion of a beholder. Because they consider non-beholders unworthy of anything but enslavement, consumption, or disintegration, beholders treat their servants with contempt. Their charm magic means that they are rarely short of minions. Most beholders charm their servants several times per day to make sure they remain loyal.

## ALLIES

One of the most powerful and totally subservient allies a beholder can have is a death tyrant beholder. These creatures are usually created with the help of a powerful cleric or mage, except in the rare cases where the live beholder is actually a mage itself. Quite often the potential death tyrant is a slain rival or one of the beholder's own mutant offspring.

Few beholders tolerate other kinds of creatures having death tyrant slaves; this is seen as an affront to the entire beholder race.

## ENEMIES

Beholders have no widespread major enemies except rival beholders. Because beholders from different regions tend to have widely varying appearances, they are unlikely to ever create a single unified beholder nation because they would constantly be fighting each other to eliminate their grossly inferior counterparts. A beholder that enters a *portal* must be very careful, for if it is transported into the territory of beholders with a different appearance, it is very likely to be quickly slain by those that find its looks abominable.



*Mind flayer conclave*

*Illustration by Puddnhead*

apart from the others in the city. Ilsensine is said to look like an enormous green brain trailing countless tentacles that lead throughout its cavernous realm and into the hidden corners of all planes. Its symbol is a brain with two tentacles. The domains associated with it are Charm, Evil, Knowledge, Law, Mentalism, and Tyranny. Its favored weapon is the tentacle (whip).

## CITIES OF THE ILLITHIDS

A mind flayer city is a hideously beautiful place, alien in construction and designed to suit creatures that can naturally levitate. Openings to palatial tunnels rise in staggered levels up the sides of great caverns, ramps are used instead of stairs, and the lowest level is relegated to slaves and slave handlers. At the center of the city is a large building that houses the elder-brain, the aggregate intelligence and memory of mind flayers that have died. Within the elder-brain's pool swim the tadpolelike young of the race, which implant themselves in a humanoid host when they reach maturity, eventually transforming the host body into the form of an adult mind flayer.

Mind flayers work to advance the plans of their community and divide themselves into smaller groups for specific purposes, such as creating attack strategies, planning slaving runs, searching for a way to dim the light of the sun, or creating magic items to enhance their psionic abilities. Illithids encountered outside a city are either agents of these smaller groups or (rarely) traitorous citizens marked for death. Whether associated with a city or not, mind flayers vigorously compete with each other, rarely pooling their powers, even when working toward the same goal.

## HIERARCHY

The head of a mind flayer city is the elder-brain, which telepathically links all the illithid minds within a mile of the city itself. The elder-brain is parent, orator, judge, arbiter, governor, and library for the illithids. Imbued with vast psionic power from its constituent preserved brains, the elder-brain cannot move and has no ability to physically defend itself, but its mental powers can effortlessly bring any mind flayer to its knees.

Below the elder-brain is the Elder Concord, a council of mind flayers representing each of the various illithid creeds (factions). The Elder Concord sets goals for the community, elects officials for various duties, and takes care of most of the responsibilities for ruling a community. Underneath the Elder Concord are the "common" illithids of the city, which either work alone or agglomerate into inquisitions or cults. Below the common illithids are the many slaves of the city, which do all the actual labor, act as the city's military arm, and eventually end up as meals for the mind flayers. A city usually has one or two races of thralls to maintain its breeding population.