Copyright United States Copyright Office

Exhibit V

Help Search History Titles Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = return to the temple of elemental evil
Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Dungeons & Dragons : Return to the temple of elemental evil / Monte Cook.***

**Type of Work:** Text
**Registration Number / Date:** TX0005442129 / 2001-09-27
**Title:** Dungeons & Dragons : Return to the temple of elemental evil / Monte Cook.
**Imprint:** Renton, WA : Wizards of the Coast, c2001.
**Description:** 188 p.
**Copyright Claimant:** Wizards of the Coast, Inc. (employer for hire)
**Date of Creation:** 2001
**Date of Publication:** 2001-06-25
**Other Title:** Return to the temple of elemental evil
**Names:** Cook, Monte
Wizards of the Coast, Inc.

previous next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record · Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright Search Records Results

Registered Works Database (Title Search)

**Search For:** RETURN TO THE TEMPLE OF ELEMENTAL EVIL

**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | TX-5-442-129 |
| Title: | Dungeons & Dragons : Return to the temple of elemental evil / aMonte Cook. |
| Imprint: | Renton, WA : Wizards of the Coast, c2001. |
| Description: | 188 p. |
| Claimant: | acWizards of the Coast, Inc. (employer for hire) |
| Created: | 2001 |
| Published: | 25Jun01 |
| Registered: | 27Sep01 |
| Special Codes: | 1/B |



U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT DW


An Adventure taking Characters From 4th to 14th Level
Dungeons & Dragons
Return to the Temple of Elemental Evil
Monte Cook

# Return to the Temple of Elemental Evil

Monte Cook

## Credits

Additional Stat Block Design: **Jennifer Clarke Wilkes, Andy Collins, Dale Donovan, David Eckelberry, Duane Maxwell, Erik Mona, David Noonan**
Editors: **Jennifer Clarke Wilkes, Andy Collins, Duane Maxwell**
Creative Director: **Ed Stark**
Art Director: **Dawn Murin**
Graphic Design: **Sean Glenn and Robert Campbell**
Cover Illustration: **Brom**
Interior Illustrations: **David Roach**
Cartography: **Todd Gamble**
Typography: **Erin Dorries**
Business Manager: **Anthony Valterra**
Project Manager: **Justin Ziran**
Production Manager: **Chas DeLong**
Special thanks to Gary Gygax and Frank Mentzer for their work on the original *Temple of Elemental Evil*.
Playtesters: **Bob Baxter, Rich Bue, Andy Collins, Sue Cook, Bruce R. Cordell, Bret Holien, Erik Mona, David Noonan, Jeff Quick, John D. Rateliff, Sean K Reynolds, Ed Stark, Jonathan Tweet**

Based on the original DUNGEONS & DRAGONS® rules created by E. Gary Gygax and Dave Arneson and the new DUNGEONS & DRAGONS game designed by Jonathan Tweet, Monte Cook, Skip Williams, Richard Baker, and Peter Adkison.

U.S., CANADA, ASIA
PACIFIC, & LATIN AMERICA
Wizards of the Coast, Inc
P.O. Box 707
Renton WA 98057-0707
(Questions?) 1-800-324-6496

EUROPEAN HEADQUARTERS
Wizards of the Coast, Belgium
P.B. 2031
2600 Berchem
Belgium
+32-70-23-32-77

620-T11843

DUNGEONS & DRAGONS and the Wizards of the Coast logo are registered trademarks owned by Wizards of the Coast, Inc.
All Wizards characters, character names, and the distinctive likenesses thereof are trademarks owned by Wizards of the Coast, Inc.
Distributed to the hobby, toy, and comic trade in the United States and Canada by regional distributors
Distributed in the United States to the book trade by St. Martin's Press. Distributed in Canada to the book trade by Fenn Ltd
Distributed worldwide by Wizards of the Coast, Inc. and regional distributors.
This material is protected under the copyright laws of the United States of America
Any reproduction or unauthorized use of the material or artwork contained herein is prohibited without the express written permission of Wizards of the Coast, Inc
This product is a work of fiction. Any similarity to actual people, organizations, places, or events is purely coincidental
©2001 Wizards of the Coast, Inc. Made in the U.S.A.
Visit our website at www.wizards.com/dnd

d20



Still, these furnishings take up only a small portion of the room—they are all situated near the center of the chamber. Ringing the outside the chamber is something mind flayers call psychic statuary. In the portions of the room marked with Xs, these "statues" are not visible until a person enters the area occupied by them. At that point, an image forms in the character's mind of whatever Sata[...] wished it to be. These statues, then, depict mental images o[...] mind flayers devouring the brains of humanoids, of fabulo[...] illithid subterranean cities, and disgusting illithid religio[...] rites. Since these statues are mental, they include movi[...] pictures and touch all the senses, but are always the same f[...] whomever enters that particular area.

In the east wall of the lower chamber, a secret door [...] the wall pivots open silently when pushed, but it requir[...] Strength check (DC 22) to do so. Beyond the secret doo[...] a room, much longer than it is wide. Crossing through [...] middle of the room, a character encounters the most sop[...] ticated type of psychic statuary. This piece incorporates a[...] changed by the mind of the viewer. The image mentally [...] ceived in this case, of a mind flayer eating the brain [...] humanoid being while other mind flayers clap in plea[...] incorporates the character in question, who become[...] victim in the statue. A character must make a Will s[...] throw (DC 15). If successful, the character changes th[...] chic statue so that she escapes before harm comes to [...] failed, the psychic image is of her being eaten and she [...] 1d4 points of temporary Wisdom damage.

At the eastern end of the secret room, a small [...] table holds a silver ewer. The ewer is filled with thre[...] of a magic dust that, when ingested, restores all [...] points to anyone.

**Creatures:** Satau the Illithid serves the Outer Fa[...] oracle. He lives in the lower portion of the roo[...] bottom of the pit. He has two levels of sorcerer and [...] wand of *invisibility* with 16 charges.

Satau, in addition to his normal illithid and sorc[...] ties, has the ability to predict the future with 75% [...] (more or less) by tossing and examining the variou[...] found on the table. This ability is considered very v[...] the cult. Because of it, Satau knows a great deal [...] doomdreamers and their plans. If it could so[...] extracted from him, he knows:

- They are currently excavating the bottom l[...] Temple of Elemental Evil.
- Half of the doomdreamers are currently lost w[...] thing called the Dreaming Stone (he has neve[...]
- The doomdreamers believe that they are v[...] finding the means to free Tharizdun.

**Satau:** Mind flayer Sor2; hp 41; see Append[...]

**Tactics:** If he hears anyone coming into the up[...] the chamber, Satau levitates up from the pit, [...] attempts to use *detect thoughts* to learn what he [...] intruders, and then attacks with mind blast—still [...] Attempting to *charm* or use *suggestion* upon thos[...] (and after he is finished, those who are stunn[...] that he can send them all away, not to return. [...] ested in feeding, for he is well fed here.

If hard pressed, he becomes invisible and [...] secret room, using the dust there to heal him[...]

**Development:** Since no one can get easily [...] ber, no one comes to help Satau when he is i[...] Satau is selfish and ultimately self serving. [...] others in the Outer Fane



Going over a map of the cleared dungeons (showing all areas except 4, 15, 16, 26, 30 and 31) with Smigmal is a doomdreamer named Dugart, also a half-orc. Dugart fancies Smigmal and would rather deal with her than Falrinth, even though the wizard knows quite a bit more.

**Smigmal Redhand:** Female half-orc Ftr5/Rog2/Asn7; hp 87; see Appendix 3.

**Dugart:** Male half-orc Clr10/Doomdreamer2; hp 101; see Appendix 3.

**Tactics:** If she is aware of approaching intruders, Smigmal waits invisibly (using her *ring of invisibility*), with poison on her blade, to study a target and make her death attack. While studying, she quietly drinks all her nonhealing potions. She then takes a full round to back into the hallway to the north, uses her scroll of *improved invisibility* (remember to make a caster check of DC 8) so that she can remain invisible after the attack, and moves back in for the kill (adjusting as needed if her target is on the move). If seriously hurt or spotted, she runs or uses her scroll of *dimension door* to get to wherever Falrinth is.

Smigmal uses Dugart to distract opponents during the fight, gladly sacrificing him to save herself.

Dugart always has *bull's strength* and *endurance* cast on himself. If he has time to prepare, he casts *freedom of movement, greater magic weapon, protection from elements (fire), magic vestment, protection from good,* and even *bull's strength* on Smigmal. Unable to see Smigmal once the battle is joined, he uses his healing spells on himself and casts *unholy blight, summon monster V, flame strike,* and *bolts of bedevilment* (see Appendix 2) against enemies, relying on *ethereal jaunt* to get away if really hurt. He loves casting *heal* on himself just when his enemies think he's beaten.

**Traps:** The secret doors have been trapped by Falrinth with *fire trap* (cast at 14th level).

*Fire Trap:* CR 3; fire explosion in 5-ft. radius (1d4+14 damage); Reflex save DC 17 half; Search (DC 29); Disable Device (DC 29).

The lock on the chest (Open Lock DC 25) has Smigmal's custom contact poison (which she calls "crimson jelly") smeared all over it.

**Poisoned Lock:** CR 1; contact, 1d6 Str/1d6 Str; Fortitude save (DC 16) resists; Search (DC 21); Disable Device (DC 20).

**Treasure:** The chest is locked (Open Lock DC 25), and Smigmal has the key. It holds a jeweled dagger (worth 300 gp), a scroll of *change self*, and a pouch containing 98 pp and 435 gp, as well as all sorts of clothes for disguises.

Smigmal is a weapons collector. All the displayed weapons are worth double normal value due to their elaborate decoration. all the furniture has been salvaged from wreckage throughout the dungeon and has no value.

**Development:** If he gets a lot of warning, Dugart does not stay here but instead goes to the Greater Temple (area 29) to join the last line of defense.

## 16. Falrinth's Room (EL 14)

The door is locked (Open Lock DC 25) and trapped (see below).

A simple cot, a pair of chairs, a rickety table, and a tall candelabra furnish this room. A book lies on the cot. Incense fills the air from a small burner on the table, next to a leather satchel.

**Creatures:** Falrinth is a selfish, evil wizard. He has a long working relationship with Smigmal, but he would



HA000711