Copyright United States Copyright Office

Exhibit W

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = book of exalted deeds
Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Book of Exalted Deeds / James Wyatt, Christopher Perkins, Darrin Drader.***

**Type of Work:** Text
**Registration Number / Date:** TX0005994299 / 2003-10-31
**Title:** Book of Exalted Deeds / James Wyatt, Christopher Perkins, Darrin Drader.
**Imprint:** Renton, WA : Wizards of the Coast, c2003.
**Description:** 191 p.
**Series:** Dungeons & Dragons supplement
**Copyright Claimant:** Wizards of the Coast, Inc (employer for hire)
**Date of Creation:** 2003
**Date of Publication:** 2003-10-15
**Previous Registration:** Expansion of the Dungeons & Dragons roleplaying game.

**Names:** Wyatt, James
Perkins, Christopher
Drader, Darrin
Wizards of the Coast, Inc

previous next

**Save, Print and Email (Help Page)**
Select Download Format Full Record | Format for Print/Save
Enter your email address: | Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Copyright Search Records Results

Registered Works Database (Title Search)
**Search For:** BOOK OF EXALTED DEEDS
**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | TX-5-994-299 |
| Title: | Book of Exalted Deeds / aJames Wyatt, aChristopher Perkins, aDarrin Drader. |
| Imprint: | Renton, WA : Wizards of the Coast, c2003. |
| Description: | 191 p. |
| Series: | Dungeons & Dragons supplement |
| Claimant: | acWizards of the Coast, Inc (employer for hire) |
| Created: | 2003 |
| Published: | 15Oct03 |
| Registered: | 31Oct03 |
| Previous Related Version: | Expansion of the Dungeons & Dragons roleplaying game. |
| Special Codes: | 1/B/L |



U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

DEFENDANT'S EXHIBIT
DX


DUNGEONS & DRAGONS
WARNING!
Content is intended for mature audiences only.
Book of Exalted Deeds
James Wyatt, Christopher Perkins,
Darrin Drader

DUNGEONS & DRAGONS

# BOOK OF EXALTED DEEDS

JAMES WYATT, CHRISTOPHER PERKINS, DARRIN DRADER

DEVELOPER
CHRISTOPHER PERKINS

DEVELOPMENT TEAM
ANDY COLLINS, ED STARK, JAMES WYATT

DESIGN CONTRIBUTORS
JESSE DECKER, ERIK MONA

EDITORS
MICHELE CARTER, GWENDOLYN F.M. KESTREL

MANAGING EDITOR
BILL MCQUILLAN

DESIGN MANAGER
ED STARK

DIRECTOR OF RPG R&D
BILL SLAVICSEK

VICE PRESIDENT OF PUBLISHING
MARY KIRCHOFF

PROJECT MANAGER
MARTIN DURHAM

ART DIRECTOR
DAWN MURIN

COVER ART
HENRY HIGGINBOTHAM

INTERIOR ARTISTS
TOM BAXA, STEVE BELLADIN, MATT CAVOTTA, BRENT CHUMLEY, REBECCA GUAY-MITCHELL, JEREMY JARVIS, DOUG KOVACS, GINGER KUBIC, DAVID MARTIN, MATT MITCHELL, MARK NELSON, WAYNE REYNOLDS, RON SPENCER, ARNIE SWEKEL, BEN THOMPSON

GRAPHIC DESIGNER
DAWN MURIN

GRAPHIC PRODUCTION SPECIALIST
ANGELIKA LOKOTZ

ORIGINAL INTERIOR DESIGN
SEAN GLENN

PRODUTION MANAGER
CHAS DELONG

NOTICE: *Book of Exalted Deeds* is intended for our adult audience. Parental discretion is advised.

Playtesters: Gwendolyn F.M. Kestrel, Todd Meyer, Jon Pickens, Alex Weitz, Amy Wyatt

Ulmo ["Elmo"] Lightbringer appears courtesy of Rob Lightner.

Based on the original DUNGEONS & DRAGONS® rules created by Gary Gygax and Dave Arneson, and the new DUNGEONS & DRAGONS® game designed by Jonathan Tweet, Monte Cook, Skip Williams, Richard Baker, and Peter Adkison.

This WIZARDS OF THE COAST® product contains no Open Game Content. No portion of this work may be reproduced in any form without written permission. To learn more about the Open Gaming License and the d20 System™ License, please visit www.wizards.com/d20.

Inspired by the utter vileness of the *Book of Vile Darkness* designed by Monte Cook. *"Light is meaningful only in relation to darkness, and truth presupposes error. It is these mingled opposites which people our life, which make it pungent, intoxicating. We only exist in terms of this conflict, in the zone where black and white clash."*— Louis Aragon [1897-1982].

U.S., CANADA, ASIA, PACIFIC
& LATIN AMERICA
Wizards of the Coast, Inc.
P.O. Box 707
Renton WA 98057-0707
Questions? 1-800 324-6496

EUROPEAN HEADQUARTERS
Wizards of the Coast, Belgium
T Hofveld 6d
1702 Groot-Bijgaarden
Belgium
+322-467-3360

620-88026-001-EN
9 8 7 6 5 4 3 2 1
FIRST PRINTING. OCTOBER 2003

DUNGEONS & DRAGONS, D&D, DUNGEON MASTER, d20, d20 System, the d20 System logo, FORGOTTEN REALMS, WIZARDS OF THE COAST, and the Wizards of the Coast logo are trademarks of Wizards of the Coast, Inc., in the U.S.A. and other countries. All Wizards characters, character names, and the distinctive likenesses thereof are trademarks owned by Wizards of the Coast, Inc. Distributed to the hobby, toy, and comic trade in the United States and Canada by regional distributors. Distributed in the United States to the book trade by Holtzbrinck Publishing. Distributed in Canada to the book trade by Fenn Ltd. Distributed worldwide by Wizards of the Coast, Inc., and regional distributors. This material is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material or artwork contained herein is prohibited without the express written permission of Wizards of the Coast, Inc. This product is a work of fiction. Any similarity to actual people, organizations, places, or events is purely coincidental. Printed in the U.S.A. ©2003 Wizards of the Coast, Inc.

Visit our website at www.wizards.com/dnd

**Aura of Good (Ex):** Solarian's aura of good (see the *detect good* spell) is equal to that of a 1st-level cleric.

**Detect Evil (Sp):** At will, as the spell of the same name.

**Evasion (Ex):** If Solarian is exposed to any effect that normally allows him to attempt a Reflex saving throw for half damage, he takes no damage with a successful saving throw.

**Smite Evil (Su):** Solarian may attempt to smite evil with one normal melee attack. He adds +3 to his attack roll and deals an extra 1 point of damage. Smiting a creature that is not evil has no effect but uses the ability for that day.

**Sneak Attack (Ex):** If Solarian can catch an opponent when she is unable to defend herself effectively from his attack, he can strike a vital spot for an extra 2d6 points of damage. For complete details on the sneak attack ability, see the description of the slayer of Domiel in Chapter 5: Prestige Classes.

**Trapfinding (Ex):** Solarian can use a Search check to locate a trap when the task has a DC higher than 20.

**Trap Sense (Ex):** Against attacks by traps, Solarian gets a +1 bonus on Reflex saves and a +1 dodge bonus to Armor Class.

*Possessions:* *+1 studded leather*, *+1 rapier*, 4 daggers, masterwork thieves' tools, composite short bow (+1 Str bonus), 20 normal arrows, masterwork buckler, 3 flasks of holy water, silver holy symbol.

## THE REDEEMED VILLAIN

The redeemed villain, as the phrase suggests, was once evil or at least a self-interested neutral. Somehow—through the direct action of an exalted character working for her conversion, or as a result of circumstances and events—she turned from her old ways and adopted a good alignment. Perhaps she started off doing good deeds for selfish reasons. Even done for the wrong reasons, good deeds improve the person doing them, and eventually she began doing them for their own sake, finally becoming among the most virtuous of heroes. More than any other heroic type, the redeemed villain is sympathetic to those who still live in their evil ways, and willing to work toward their redemption as well as her own continuing improvement. She might still carry a load of guilt for her past misdeeds and actively seek forgiveness, or she might quickly grow angry with anyone who would dare hold her past against her. She is often more rough around the edges than characters who were good all their lives, but is no less dedicated to exalted deeds now.

On adventures, the redeemed villain shows the most interest in spreading the good news she has experienced, offering redemption to other villains but fighting fiercely when her attempts are met with violence. Some are much like righteous crusaders, smiting evil monsters wherever they are found, while others focus their attention primarily on humanoid villains, foiling their vile schemes and hoping to guide them to change their ways.



*More than anyone, a redeemed villain understands that no soul is beyond salvation.*

### Sample Redeemed Villain

Thaqualm is an extraordinary redeemed villain: a mind flayer who has joined the cause of good. Living deep underground on the outskirts of a mind flayer city, Thaqualm was a victim of a small-scale slave rebellion: Her duergar thralls broke free of her mental control and forced her into three years of wretched servitude, her mental powers suppressed and her body at the verge of starvation. Finally, she was liberated—by an adventuring party from the surface who killed her duergar masters but spared the pathetic illithid, showing her kindness unlike anything she had ever experienced before. Eventually, she joined the adventurers and traveled with them for two years. She joined a monastic order, and has now retired to a life of contemplation. She has sworn a vow of nonviolence and works hard to redeem any evil humanoids she may encounter, hoping to set them on the same course that has proven so rewarding for her.

**Thaqualm:** Female mind flayer monk 8; CR 16; Medium aberration; HD 8d8+16 plus 8d8+16; hp 104; Init +9; Spd 50 ft.; AC 34, touch 25, flat-footed 29; Base Atk +12; Grp +15; Atk +17 melee (1d4+3, tentacle) or +15 melee (1d10+3, unarmed strike); Full Atk +17 melee (1d4+3, 4 tentacles) or +15/+10/+5 melee (1d10+3, unarmed strike) or +14/+14/+10/+5 melee (1d10+3, unarmed strike); SA extract, improved grab, *ki strike* (magic, lawful), *mind blast*, psionics; SQ darkvision 60 ft., evasion, fast movement, purity of body, slow fall (40 ft.), spell resistance 25, still mind, telepathy 100 ft., wholeness of body; AL LG; SV Fort +10, Ref +13, Will +17; Str 16, Dex 20, Con 14, Int 18, Wis 20, Cha 14.

*Skills and Feats:* Balance +15, Bluff +7, Concentration +21, Diplomacy +4, Hide +10, Intimidate +9, Jump +13, Knowledge (arcana) +17, Knowledge (religion) +13, Listen +18, Move Silently +9, Spot +14, Tumble +15; Combat Casting, Combat Reflexes[B], Dodge, Improved Initiative, Improved Disarm[F], Sacred Vow*, Sanctify Ki Strike*, Stunning Fist[B], Vow of Nonviolence*, Vow of Obedience*, Weapon Finesse.

*New feat described in Chapter 4 of this book.

**Extract (Ex):** If Thaqualm begins her turn with all four tentacles attached and wins a grapple check, she automatically extracts the opponent's brain, instantly killing that creature. This power is useless against constructs, elementals, oozes, plants, and undead. Extraction is not instantly fatal to foes with multiple heads, such as ettins and hydras.

**Improved Grab (Ex):** To use this ability, Thaqualm must hit a Small, Medium, or Large creature with her tentacle attack. She can then attempt to start a grapple as a free action without provoking an attack of opportunity. If she wins the grapple check, she establishes a hold and attaches the tentacle to the oppo-

*Illus. by R. Spencer*



HA000723

**Table 3–2: Ravages**

| Ravage | Type | Initial Damage | Secondary Damage | Price |
|---|---|---|---|---|
| Golden ice | Contact DC 14 | 1d6 Dex | 2d6 Dex | 1,200 gp |
| Celestial lightsblood | Ingested DC 20 | 1d4 Dex | 1d4 Con | 2,500 gp |
| Jade water | Injury DC 14 | 1d4 Wis | 1d4 Int, 1d4 Wis | 350 gp |
| Purified couatl venom | Injury DC 16 | 2d4 Str | 4d4 Str | 3,000 gp |
| Unicorn blood | Injury DC 17 | 1d3 Str | 1d4 Str | 500 gp |

**Table 3–3: Afflictions**

| Affliction | Infection | DC | Incubation | Damage |
|---|---|---|---|---|
| Eternal torpor | Contact | 14 | 1 day | 1d6 Dex |
| Consuming passion | Contact | 17 | 1d3 days | 1d4 Int |
| Depraved decadence | Ingested | 18 | 1d6 days | 1d4 Str |
| Pride in vain | Ingested | 20 | 1 day | 1d6 Cha |
| Raging desire | Inhaled | 15 | 1 day | 1d3 Con |
| Haunting conscience | Inhaled | 16 | 1d3 days | 1d4 Wis |

unconsciousness as its initial damage, is also not inherently evil to use.

Besides the curative abilities of clerics and paladins, the powers of good have their own answer to poison and disease: ravages and afflictions, magical traumas that turn the moral corruption of evil creatures into physical corruption that wracks their bodies. Ravages and afflictions affect only evil creatures, and are particularly debilitating to evil outsiders—despite the immunity to poison that is common among such creatures.



*Like poison, ravages weaken and destroy evildoers.*

Ravages function in a manner similar to poisons, dealing ability damage or even ability drain when the target is exposed to them through inhalation, injury, or ingestion, and additional damage or other effects 1 minute after the initial exposure. Afflictions work more like diseases, dealing their ability damage after a certain incubation period and on an ongoing basis until the victim is cured.

In contrast to most diseases and poisons, all ravages and afflictions are supernatural.

Ravages can be crafted or purchased, just like poisons. Afflictions can be brought upon an evil creature through the use of the *affliction* spell (see Chapter 6: Magic), and particularly holy sites or relics might afflict evil creatures that enter or touch them. Spells that negate poison and disease function against ravages and afflictions, but they require the caster to make a caster level check against the save DC of the ravage or affliction in order to successfully negate it.

Ravages and afflictions deal damage only to evil creatures. Any evil creature takes damage equal to that listed on either Table 3–2 or Table 3–3, plus its Charisma bonus. An evil elemental or evil undead takes an extra 1 point of damage, and an evil outsider or an evil cleric of an evil deity takes an extra 2points of damage. If more than one kind of damage is listed, the creature's Charisma modifier and additional damage are added to each kind of damage.

## Ravage and Affliction Descriptions

**Celestial Lightsblood:** This rare substance is as ethereal as pure alcohol, though it is not intoxicating. A pure silvery color, it first slows and then sickens creatures it affects.

**Consuming Passion:** Consuming passion causes a creature to become covetous and paranoid as the affliction runs its course.

**Depraved Decadence:** This affliction causes ravenous hunger and causes the victim to grow progressively weaker from hunger.

**Eternal Torpor:** Creatures afflicted with eternal torpor are constantly drowsy and cannot charge or run.

**Golden Ice:** This crystalline substance is cold to the touch, though it doesn't melt except at infernally high temperatures. Evil creatures subjected to it feel its cold spreading throughout their bodies.

**Haunting Conscience:** This affliction causes a creature to dwell on its evil deeds, becoming guilt-wracked and violently angry.

**Jade Water:** Jade is a potent substance, noted for its effects on certain kinds of evil supernatural creatures. Jade water is simply holy water with a suspension of jade crystals that takes on unusual potency as a ravage.

**Pride In Vain:** Creatures afflicted with pride in vain obsess about their status and appearance, eventually withdrawing to the point of staring incessantly into a mirror

*Illus. by J. Jarvis*