Copyright United States Copyright Office

Exhibit X

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Document Number = VA 001221452

Search Results: Displaying 1 of 1 entries

previous next

Labeled View

***Dungeons & Dragons miniatures : entry pack ; Dungeons & Dragons miniatures...***

**Type of Work:** Visual Material

**Registration Number / Date:** VA0001221452 / 2003-10-24

**Title:** Dungeons & Dragons miniatures : entry pack ; Dungeons & Dragons miniatures : harbinger expansion pack.

**Description:** Sculptures.

**Notes:** Includes packaging & game rules & cards.

**Copyright Claimant:** Wizards of the Coast, Inc.

**Date of Creation:** 2003

**Date of Publication:** 2003-09-26

**Previous Registration:** Preexisting material: core rules.

**Basis of Claim:** New Matter: prepainted 30mm scale (60:1) plastic miniature figures for use with Dungeons and Dragons.

**Variant title:** Dungeons & Dragons miniatures : entry pack

**Other Title:** Dungeons & Dragons miniatures : harbinger expansion pack.

**Names:** Wizards of the Coast, Inc.

previous next

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

DEFENDANT'S EXHIBIT ET

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

## FORM VA

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-221-452

EFFECTIVE DATE OF REGISTRATION

OCT 24 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** Title of This Work ▼ Dungeons & Dragons Miniatures, Harbinger Release

NATURE OF THIS WORK ▼ See instructions

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼
a Wizards of the Coast, Inc

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile Name of Country OR Citizen of U.S.A / Domiciled in Washington State

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2 Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

b Name of Author ▼

Dates of Birth and Death Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country OR Citizen of ___ / Domiciled in ___

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2 Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed 2003 Year This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published. Month 9 Day 26 Year 2003 U.S.A. Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Wizards of the Coast, Inc - Legal Dept
1801 Lind Avenue SW
Renton, WA 98055

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED OCT 24 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED OCT 24 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY [signature]

FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☑ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Dungeons & Dragons Core Rules (namely monster manual)

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Pre painted 30mm scale (60:1) plastic miniature figures for use with Dungeons and Dragons

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼ WIZARDS OF THE COAST, INC Account Number ▼ DA82953

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
WIZARDS OF THE COAST, INC
LEGAL DEPT
1801 LIND AVENUE SW
Renton, WA 98055
Area code and daytime telephone number (425) 204-2662 Fax number (425) 204-7689
Email Hilary.Ross@wizards.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of WIZARDS OF THE COAST, INC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Kathryn Ross Date 10/15/03

Handwritten signature (X) ▼
X [signature: Kathryn Ross]

**9**

Certificate will be mailed in window envelope to this address:
Name ▼ WIZARDS OF THE COAST, INC - LEGAL DEPT
Number/Street/Apt ▼ 1801 LIND AVENUE SW
City/State/ZIP ▼ Renton, WA 98055

Complete all necessary spaces
Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.