Copyright United States Copyright Office

Exhibit Y

Help Search History Titles Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = monster manual
Search Results: Displaying 9 of 9 entries

previous next

Labeled View

***Monster Manual III.***

**Type of Work:** Text
**Registration Number / Date:** TX0006054400 / 2004-10-15
**Title:** Monster Manual III.
**Imprint:** Renton, WA : Wizards of the Coast, c2004.
**Description:** 224 p.
**Series:** Dungeons and Dragons
**Copyright Claimant:** Wizards of the Coast, Inc.
**Date of Creation:** 2004
**Date of Publication:** 2004-09-15
**Previous Registration:** Preexisting material: game.
**Basis of Claim:** New Matter: text and artwork.
**Names:** Wizards of the Coast, Inc.

previous next

**Save, Print and Email (Help Page)**
Select Download Format Full Record Format for Print/Save
Enter your email address: Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page


DUNGEONS & DRAGONS®
MONSTER MANUAL
CORE RULEBOOK III
DEFENDANT'S EXHIBIT
EZ

**Petrifying Gaze (Su):** Turn to stone permanently, range 30 feet; Fortitude negates DC 13.

**Skills:** *The basilisk's dull coloration and its ability to remain motionless for long periods of time grant it a +4 racial bonus to Hide checks in natural settings.

## BEHIR

**Huge Magical Beast (Electricity)**
**Hit Dice:** 9d10+45 (94 hp)
**Initiative:** +1 (Dex)
**Speed:** 40 ft., climb 15 ft.
**AC:** 16 (–2 size, +1 Dex, +7 natural)
**Attacks:** Bite +15 melee, 6 claws +10 melee
**Damage:** Bite 2d4+8, claw 1d4+4
**Face/Reach:** 10 ft. by 30 ft./10 ft.
**Special Attacks:** Breath weapon, improved grab, swallow whole, constrict 2d8+8
**Special Qualities:** Electricity immunity, scent, can't be tripped
**Saves:** Fort +11, Ref +7, Will +5
**Abilities:** Str 26, Dex 13, Con 21, Int 7, Wis 14, Cha 12
**Skills:** Climb +18, Hide +5, Spot +7
**Feats:** Cleave, Power Attack

**Climate/Terrain:** Any land and underground
**Organization:** Solitary or pair
**Challenge Rating:** 8
**Treasure:** Standard
**Alignment:** Often neutral
**Advancement:** 10–13 HD (Huge); 14–27 HD (Gargantuan)

The behir is a snakelike monster whose dozen legs allow it to move with considerable speed.

A behir is about 40 feet long and weighs about 4,000 pounds. It can fold its limbs close to its long, narrow body and slither in snake fashion if it desires. The head looks more crocodilian than snakelike, but the mouth can open wide enough to swallow prey whole, as a snake's does.

Behirs have bandlike scales of great hardness. Their color ranges from ultramarine to deep blue with bands of gray-brown. The belly is pale blue. The two large horns curving back over the head look dangerous but are actually used for preening the creature's scales, not for fighting.

Behirs are never friendly with dragonkind and won't coexist with any type of dragon. If one enters a behir's territory, the behir does everything it can to drive the dragon out. If the behir fails, it moves off to find a new home. A behir never knowingly enters the territory of a dragon.

Behirs speak Common.



*Illus. by M. Tedin after T. Lockwood*

### COMBAT

A behir usually bites and grabs its prey first, then either swallows or constricts the opponent. If beset by a large number of foes, it uses its breath weapon.

**Breath Weapon (Su):** Line of lightning 5 feet wide, 5 feet high, and 20 feet long, once a minute; damage 7d6, Reflex half DC 19.

**Improved Grab (Ex):** To use this ability, the behir must hit with its bite attack. If it gets a hold, it can attempt to swallow or constrict the opponent.

**Swallow Whole (Ex):** A behir can try to swallow a grabbed Medium-size or smaller opponent by making a successful grapple check. A behir that swallows an opponent can use its Cleave feat to bite and grab another opponent.

The swallowed creature takes 2d8+8 points of crushing damage and 8 points of acid damage per round from the behir's gizzard. A swallowed creature can also cut its way out by using claws or a Small or Tiny slashing weapon to deal 25 points of damage to the gizzard (AC 20). Once the creature exits, muscular action closes the hole; another swallowed opponent must again cut its own way out.

The behir's gizzard can hold two Medium-size, four Small, eight Tiny, sixteen Diminutive, or thirty-two Fine or smaller opponents.

**Constrict (Ex):** A behir deals 2d8+8 damage with a successful grapple check against Gargantuan or smaller creatures. It can use its claws against the grappled foe as well.

## BEHOLDER

**Large Aberration**
**Hit Dice:** 11d8+11 (60 hp)
**Initiative:** +4 (Improved Initiative)
**Speed:** 5 ft., fly 20 ft. (good)
**AC:** 20 (–1 size, +11 natural)
**Attacks:** Eye rays +7 ranged touch, bite +2 melee
**Damage:** Bite 2d4
**Face/Reach:** 5 ft. by 5 ft./5 ft.
**Special Attacks:** Eye rays
**Special Qualities:** All-around vision, antimagic cone, fly
**Saves:** Fort +4, Ref +3, Will +11
**Abilities:** Str 10, Dex 10, Con 12, Int 17, Wis 15, Cha 15
**Skills:** Hide +7, Knowledge (arcana) +10, Listen +15, Search +18, Spot +20
**Feats:** Alertness, Flyby Attack, Improved Initiative, Iron Will, Shot on the Run

**Climate/Terrain:** Any land and underground
**Organization:** Solitary, pair, or cluster (3–6)
**Challenge Rating:** 13
**Treasure:** Double standard
**Alignment:** Usually lawful evil
**Advancement:** 12–16 HD (Large); 17–33 HD (Huge)

The beholder is the stuff of nightmares. This creature, also called the "sphere of many eyes" or "eye tyrant," is known among adventurers as a deadly adversary.

A beholder is a 6-foot-wide orb dominated by a central eye and a large, toothy maw. Ten smaller eyes on stalks sprout from the top of the orb.

Beholders speak their own language and the Common tongue.

### COMBAT

Beholders often attack without provocation. Though not powerful physically, they often plow right into groups of opponents to use as many of their eyes as they can. When closing with an enemy, a beholder tries to cause as much disruption and confusion as possible.

**Eye Rays (Su):** Each of the ten small eyes can produce a magical ray once a round, even when the beholder is attacking physically or moving at full speed. The creature can easily

aim all its eyes upward, but its own body tends to get in the way when it tries to aim the rays in other directions. During a round, the creature can aim only three eye rays at targets in any one arc other than up (forward, backward, left, right, or down). The remaining eyes must aim at targets in other arcs or not at all. A beholder can tilt and pan its body each round to change which rays it can bring to bear in an arc.

Each eye's effect resembles a spell cast by a 13th-level sorcerer but follows the rules for a ray (see Aiming a Spell, page 148 in the *Player's Handbook*). All rays have a range of 150 feet and a save DC of 18.

*Charm Person:* The target must succeed at a Will save or be affected as though by the spell. Beholders use this ray to confuse the opposition, usually employing it early in a fight. The beholder generally instructs a *charmed* target to either restrain a comrade or stand aside.

*Charm Monster:* The target must succeed at a Will save or be affected as though by the spell. Beholders use this ray in the same manner as the *charm person* ray.



*Sleep:* This works like the spell, except that it affects one creature with any number of Hit Dice. The target must succeed at a Will save to resist. Beholders like to use this ray against warriors and other physically powerful creatures. They know their foes can quickly awaken the sleepers, but they also know that doing so takes time and can delay an effective counterattack.

*Flesh to Stone:* The target must succeed at a Fortitude save or be affected as though by the spell. Beholders like to aim this ray at enemy spellcasters. They also use it on any creature whose appearance they find interesting. (After the fight, the beholder takes the statue to its lair as a decoration.)

*Disintegrate:* The target must succeed at a Fortitude save or be affected as though by the spell. The beholder likes to use this ray on any foe it considers a real threat.

*Fear:* This works like the spell, except that it targets one creature. The target must succeed at a Will save or be affected as though by the spell. Beholders like to use this ray against warriors and other powerful creatures early in a fight, to break up the opposition.

*Slow:* This works like the spell, except that it affects one creature. The target must make a Will save to resist. Beholders often use this ray against the same creature targeted by their *disintegrate*, *flesh to stone*, or *finger of death* rays. If one of the former rays fails to eliminate the foe, this ray might at least hamper it.

*Inflict Moderate Wounds:* This works just like the spell, causing 2d8+10 points of damage (Will half).

*Finger of Death:* The target must succeed at a Fortitude save or be slain as though by the spell. The target suffers 3d6+13 damage if his saving throw succeeds. Beholders use this ray to eliminate dangerous foes quickly.

*Telekinesis:* The beholder can move objects or creatures that weigh up to 325 pounds, as though with a *telekinesis* spell. Creatures can resist the effect with a successful Will save.

**All-Around Vision (Ex):** Beholders are exceptionally alert and circumspect. Their many eyes give them a +4 racial bonus to Spot and Search checks, and they can't be flanked.

**Antimagic Cone (Su):** A beholder's central eye continually produces a 150-foot antimagic cone extending straight ahead from the creature's front. This functions just like *antimagic field* cast by a 13th-level sorcerer. All magical and supernatural powers and effects within the cone are suppressed—even the beholder's own eye rays. Once each round, during its turn, the beholder decides which way it will face, and whether the *antimagic cone* is active or not (the beholder deactivates the cone by shutting its central eye). Note that a beholder can bite only creatures to its front.

**Flight (Ex):** A beholder's body is naturally buoyant. This buoyancy allows it to fly as the spell, as a free action, at a speed of 20 feet. This buoyancy also grants it a permanent *feather fall* effect with personal range.

## BEHOLDER SOCIETY

Beholders are hateful, aggressive, and avaricious, attacking or dominating others whenever they can get away with it. They exhibit a xenophobic intolerance, hating all creatures not like themselves. The basic body type comprises a great variety of beholder subspecies. Some are covered with overlapping chitinous plates; some have smooth hides or snakelike eye tentacles; some have crustacean joints. But even a difference as small as hide color or size of the central eye can make two groups of beholders sworn enemies. Every beholder declares its own unique form to be the "true ideal of beholderhood," the others being nothing but ugly copies fit only to be eliminated.

Beholders usually carve out underground lairs for themselves using their *disintegrate* rays. Beholder architecture emphasizes the vertical, and a lair usually has a number of parallel tubes, with chambers stacked on top of each other. Beholders prefer inaccessible locations that earthbound foes can reach only with difficulty.



HA000955

*Dancing Images:* This duplicates a *mirror image* spell cast by a 6th-level sorcerer.

*Silent Image:* This duplicates a *silent image* spell cast by a 6th-level sorcerer.



## COCKATRICE



**Small Magical Beast**
**Hit Dice:** 5d10 (27 hp)
**Initiative:** +3 (Dex)
**Speed:** 20 ft., fly 60 ft. (poor)
**AC:** 14 (+1 size, +3 Dex)
**Attacks:** Bite +4 melee
**Damage:** Bite 1d4–2
**Face/Reach:** 5 ft. by 5 ft./5 ft.
**Special Attacks:** Petrification
**Special Qualities:** Petrification immunity
**Saves:** Fort +4, Ref +7, Will +2
**Abilities:** Str 6, Dex 17, Con 11, Int 2, Wis 13, Cha 9
**Skills:** Listen +7, Spot +7
**Feats:** Alertness, Dodge

**Climate/Terrain:** Any temperate and warm land and underground
**Organization:** Solitary, flight (2–4), or flock (6–13)
**Challenge Rating:** 3
**Treasure:** None
**Alignment:** Always neutral
**Advancement:** 6–8 HD (Small); 9–15 HD (Medium-size)

The cockatrice is an eerie, repulsive hybrid of lizard, cockerel, and bat. It is infamous for its ability to turn flesh to stone.

A cockatrice is about the size of a large goose or turkey. It has the head and body of a cockerel, bat wings, and the long tail of a lizard, tipped with a few feathers. The cockatrice's wattles, comb, and eyes are bright red. Its beak is yellow, its wings gray, its tail green, and its feathers golden brown.

Females, much rarer than males, differ only in that they have no wattles or comb.

The feathers of the cockatrice are prized as quills for scribing scrolls.

### COMBAT

The cockatrice fiercely attacks anything that it deems a threat to itself or its lair. Flocks of cockatrices do their utmost to overwhelm and confuse their foes, and sometimes fly directly into their opponents' faces.

**Petrification (Su):** A cockatrice can turn beings to stone with a touch. Creatures hit by a cockatrice must succeed at a Fortitude save (DC 15) or instantly turn to stone.

**Petrification Immunity (Ex):** Cockatrices are immune to the petrifying ability of other cockatrices, but other petrifying attacks affect them normally (a medusa's gaze, gorgon's breath, a *flesh to stone* spell, etc.).



## COUATL

**Large Outsider (Good, Lawful)**
**Hit Dice:** 9d8+18 (58 hp)
**Initiative:** +7 (+3 Dex, +4 Improved Initiative)
**Speed:** 20 ft., fly 60 ft. (good)
**AC:** 15 (–1 size, +3 Dex, +3 natural)
**Attacks:** Bite +12 melee
**Damage:** Bite 1d3+6 and poison
**Face/Reach:** 5 ft. by 5 ft. (coiled)/5 ft.
**Special Attacks:** Spells, psionics, poison, constrict 2d8+6
**Special Qualities:** Telepathy, ethereal jaunt
**Saves:** Fort +8, Ref +9, Will +10
**Abilities:** Str 18, Dex 16, Con 14, Int 17, Wis 19, Cha 17
**Skills:** Concentration +14, Knowledge (any three) +8, Listen +16, Search +15, Sense Motive +16, Spellcraft +15, Spot +16, Tumble +15
**Feats:** Dodge, Improved Initiative, Still Spell

**Climate/Terrain:** Warm forest
**Organization:** Solitary, pair, or flight (3–6)
**Challenge Rating:** 10
**Treasure:** Standard
**Alignment:** Always lawful good
**Advancement:** 10–13 HD (Large); 14–27 HD (Huge)

The couatl is legendary for its sheer beauty, vast magical powers, and unwavering virtue. Its intelligence and goodness have made it an object of reverence in the regions it inhabits.

The couatl is one of the most beautiful creatures in existence: It has the body of a serpent and feathered wings the color of the rainbow. The creature is about 12 feet long, with a wingspan of about 15 feet. It weighs about 1,800 pounds.

Couatls speak Common, Draconic, and Celestial and also have the power of telepathy.

### COMBAT

A couatl seldom attacks without provocation, though it always attacks evildoers caught red-handed. Since it is highly intelligent, a couatl usually casts spells from a distance before closing. If more than one couatl is involved, they discuss their strategy before a battle.

A weapon that strikes an adhesive-coated mimic is also stuck fast unless the wielder succeeds at a Reflex save (DC 16). A successful Strength check (DC 16) is needed to pry it off.

Strong alcohol dissolves the adhesive. A pint of wine or a similar liquid weakens it, but the mimic still has a +4 bonus to grapple checks. A mimic can dissolve its adhesive at will, and the substance breaks down 5 rounds after the creature dies.



**Mimic Shape (Ex):** A mimic can assume the general shape of any object that fills roughly 150 cubic feet (5 feet by 5 feet by 6 feet), such as a massive chest, a stout bed, or a wide door frame. The creature cannot substantially alter its size, though. A mimic's body is hard and has a rough texture, no matter what appearance it might present. Anyone who examines the mimic can detect the ruse with a successful Spot check opposed by the mimic's Disguise check. Of course, by this time it is generally far too late.

## MIND FLAYER

**Medium-Size Aberration**
**Hit Dice:** 8d8+8 (44 hp)
**Initiative:** +6 (+2 Dex, +4 Improved Initiative)
**Speed:** 30 ft.
**AC:** 15 (+2 Dex, +3 natural)
**Attacks:** 4 tentacles +8 melee
**Damage:** Tentacle 1d4+1
**Face/Reach:** 5 ft. by 5 ft./5 ft.
**Special Attacks:** Mind blast, psionics, improved grab, extract
**Special Qualities:** SR 25, telepathy
**Saves:** Fort +3, Ref +4, Will +9
**Abilities:** Str 12, Dex 14, Con 12, Int 19, Wis 17, Cha 17
**Skills:** Bluff +8, Concentration +12, Hide +8, Intimidate +10, Knowledge (any two) +9, Listen +10, Move Silently +7, Spot +10
**Feats:** Alertness, Combat Casting, Dodge, Improved Initiative, Weapon Finesse (tentacle)

**Climate/Terrain:** Any underground
**Organization:** Solitary, pair, inquisition (3–5), or cult (3–5 plus 6–10 grimlocks)
**Challenge Rating:** 8
**Treasure:** Double standard
**Alignment:** Usually lawful evil
**Advancement:** By character class



*Illus. by T. Lockwood*

Mind flayers (also called illithids) are so insidious, diabolical, and powerful that all denizens of the dark fear them. They bend others to their will and shatter enemies' minds.

A mind flayer is a strange creature, standing some 6 feet tall, that is humanoid only in the most general terms. Its flesh is rubbery and mauve, glistening with chill slime. The creature's head looks rather like a four-tentacled octopus, made all the more horrible by a pair of bloated, white eyes. Its mouth, a revolting thing like a lamprey's maw, constantly drips an oily slime when it is not siphoning out the brains of living prey.

In addition to being highly intelligent, wholly evil, and terribly sadistic, mind flayers are utterly self-serving. If an encounter turns against the creature, it flees at once, caring nothing for the fate of its companions or servitors.

Mind flayers speak Undercommon but prefer to communicate telepathically.

### COMBAT

Mind flayers like to fight from a distance, using their psionic abilities, particularly their *mind blast*. If pressed into melee combat, a mind flayer lashes its enemies with the tentacles ringing its mouth.

**Mind Blast (Sp):** This attack is a cone 60 feet long. Anyone caught in this cone must succeed at a Will save (DC 17) or be stunned for 3d4 rounds. Mind flayers often hunt using this power and then drag off one or two of their stunned victims to feed upon.

**Psionics (Sp):** At will—*astral projection, charm monster, detect thoughts, levitate, plane shift,* and *suggestion*. These abilities are as the spells cast by an 8th-level sorcerer (save DC 13 + spell level).

**Improved Grab (Ex):** To use this ability, the mind flayer must hit a Small to Large creature with its tentacle attack. If it gets a hold, it attaches the tentacle to the opponent's head. A mind flayer can grab a Huge or larger creature, but only if it can somehow reach the foe's head.

After a successful grab, the mind flayer can try to attach its remaining tentacles with a single grapple check. The opponent can escape with a single successful grapple check or Escape Artist check, but the mind flayer gets a +2 circumstance bonus for every tentacle that was attached at the beginning of the opponent's turn.

**Extract (Ex):** A mind flayer that begins its turn with all four tentacles attached and successfully maintains its hold automatically extracts the opponent's brain, instantly killing that creature.

**Telepathy (Su):** Mind flayers can communicate telepathically with any creature within 100 feet that has a language.

### MIND FLAYER SOCIETY

Mind flayers congregate in underground cities of two hundred to two thousand inhabitants, plus at least two slaves apiece. Slaves obey their masters without question. The center of a community is its elder-brain, a pool of briny fluid that contains the brains of the city's dead mind flayers.