UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**DECLARATION OF PAUL N. VANASSE IN**
**SUPPORT OF REQUEST FOR JUDICIAL NOTICE**

PAUL N. VANASSE, under penalty of perjury, declares as follows:

1. I am employed by plaintiff Hasbro, Inc. ("Hasbro") as the Director of Intellectual Properties in the Office of the General Counsel. I submit this affidavit based on personal knowledge and on documents kept in the ordinary course of business in support of Hasbro's Request for Judicial Notice relating to certain copyrights and registrations of those copyrights in the above-captioned matter.

2. The documents attached as **Exhibit A** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-1-314-910 from the United States Copyright Office database relating to a work entitled: *Dungeons & Dragons: Suppl. II, Blackmoor*, and (b) selected pages from that work.

3. The documents attached as **Exhibit B** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-1-314-908 from the United States Copyright Office database relating to a work entitled: *Dungeons & Dragons : suppl. I, Greyhawk*, and (b) selected pages from that work.

4. The documents attached as **Exhibit C** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of R Registration No. TX-2-191-165 from the United States Copyright Office database relating to a work entitled: *Waterdeep and the north : Advanced Dungeons and Dragons official game accessory*, and (b) selected pages from that work.

5. The documents attached as **Exhibit D** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-2-653-882 from the United States Copyright Office database relating to a work entitled: *Monstrous Compendium*, and (b) selected pages from that work.

6. The documents attached as **Exhibit E** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-2-818-515 from the United States Copyright Office database relating to a work entitled: *Wildspace*, and (b) selected pages from that work.

7. The documents attached as **Exhibit F** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-3-643-953 from the United States Copyright Office database relating to a work entitled: *Thoughts of Darkness*, and (b) selected pages from that work.

8. The documents attached as **Exhibit G** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-3-223-879 from the United States Copyright Office database relating to a work entitled: *Rules Cyclopedia*, and (b) selected pages from that work.

9. The documents attached as **Exhibit H** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-4-182-004 from the United States Copyright Office database relating to a work entitled: *Night below : an Underdark campaign :*

*the ultimate dungeon Dungeons & Dragons: Suppl. II, Blackmoor*, and (b) selected pages from that work.

10. The documents attached as **Exhibit I** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-4-143-286 from the United States Copyright Office database relating to a work entitled: *Labyrinth of Madness*, and (b) selected pages from that work.

11. The documents attached as **Exhibit J** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-4-334-620 from the United States Copyright Office database relating to a work entitled: *I, Tyrant*, and (b) selected pages from that work.

12. The documents attached as **Exhibit K** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-5-364-554 from the United States Copyright Office database relating to a work entitled: *Psionics Handbook*, and (b) selected pages from that work.

13. The documents attached as **Exhibit L** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-5-817-950 from the United States Copyright Office database relating to a work entitled: *Dungeons & Dragons role playing games: monster manual, v.3.5*, and (b) selected pages from that work.

14. The documents attached as **Exhibit M** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-6-001-623 from the United States Copyright Office database relating to a work entitled: *Expanded Psionics Handbook*, and (b) selected pages from that work.

15. The documents attached as **Exhibit N** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. VA-934-193 from the United States Copyright Office database relating to a work entitled: *Dawn of the Overmind*, and (b) selected pages from that work.

16. The documents attached as **Exhibit O** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. VA-941-205 from the United States Copyright Office database relating to a work entitled: *Masters of Eternal Night*, and (b) selected pages from that work.

17. The documents attached as **Exhibit P** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. VA-1-290-492 from the United States Copyright Office database relating to a work entitled: Registration No. VA-1-130-842: *Dungeons & dragons miniature game: Aberations release*, and (b) images of portions of that work.

18. The documents attached as **Exhibit Q** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX 240-040 from the United States Copyright Office database relating to a work entitled: *Advanced dungeons & dragons : special reference work : monster manual : an alphabetical compendium of all of the monsters found in advanced dungeons & dragons, including attacks, damage, special abilities and descriptions: Aberations release*, and (b) selected pages from that work.

19. The documents attached as **Exhibit R** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-2-696-301 from the United States Copyright Office database relating to a work entitled: *Spelljammer game*, and (b) selected pages from that work.

20. The documents attached as **Exhibit S** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-2-818-037 from the United States Copyright Office database relating to a work entitled: *Lost Ships*, and (b) selected pages from that work.

21. The documents attached as **Exhibit T** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-3-347-464 from the United States Copyright Office database relating to a work entitled: *Monster mythology Advanced Dungeons & Dragons : dungeon master's guide : rules supplement*, and (b) selected pages from that work.

22. The documents attached as **Exhibit U** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. VA-1-129-786 from the United States Copyright Office database relating to a work entitled: *Dungeons & Dragons campaign accessory Forgotten Realms : lords of darkness*, and (b) selected pages from that work.

23. The documents attached as **Exhibit V** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-5-442-129 from the United States Copyright Office database relating to a work entitled: *Dungeons & Dragons : Return to the temple of elemental evil*, and (b) selected pages from that work.

24. The documents attached as **Exhibit W** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-5-994-299 from the United States Copyright Office database relating to a work entitled: *Book of Exalted Deeds*, and (b) selected pages from that work.

25. The documents attached as **Exhibit X** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. VA-1-221-452 from the United States Copyright Office database relating to a work entitled: *Dungeons & Dragons miniatures : entry*

*pack ; Dungeons & Dragons miniatures : harbinger expansion pack*, and (b) images of portions of that work.

26. The documents attached as **Exhibit Y** to Hasbro's Request for Judicial Notice consist of (a) a copy of the records of Registration No. TX-6-054-400 from the United States Copyright Office database relating to a work entitled: *Monster Manual III*, and (b) selected pages from that work.

27. TSR, Inc., which is listed as a copyright claimant on a number of the copyright registration materials attached to Hasbro's Request for Judicial Notice, also did business as "TSR," "TSR Hobbies, Inc.," and "Tactical Studies Rules" and is therefore also the claimant as to those copyright registrations reflecting those entities as copyright claimants.

28. In approximately May 1997, Wizards of the Coast, Inc. acquired TSR, Inc., which is now a wholly-owned subsidiary of Wizards of the Coast, Inc.

29. In approximately September 1999, Hasbro acquired Wizards of the Coast, Inc., which is now a wholly-owned subsidiary of Hasbro.

30. Effective January 1, 1999, TSR, Inc. and Wizards of the Coast, Inc. entered into a license agreement pursuant to which TSR, Inc. granted Wizards of the Coast, Inc. a license to use, among other things, its then-existing and future copyrights. A copy of the agreement is attached hereto as **Exhibit AA**.

31. The TSR / Wizards license agreement (**Exhibit AA**) further provided for the delegation of enforcement rights in the licensed intellectual property from TSR, Inc. to Wizards of the Coast, Inc.

32. Effective January 1, 2001, Wizards of the Coast, Inc. and Hasbro entered into a license agreement pursuant to which Wizards of the Coast, Inc. granted Hasbro a license to use,

among other things, its then-existing and future copyrights, including the copyrights licensed to it by TSR, Inc. A copy of the agreement is attached hereto as **Exhibit BB**.

33. The Wizards / Hasbro license agreement (**Exhibit BB**) further provided for the delegation of enforcement rights in the licensed intellectual property from Wizards of the Coast, Inc. to Hasbro. Wizards of the Coast, Inc. has delegated to Hasbro the right to enforce the copyrights at issue in the *Bowling v. Hasbro, Inc.*, C.A. No. 05-229 (D.R.I.) litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2008, in Pawtucket, Rhode Island.

Paul N. Vanasse

PAUL N. VANASSE

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Anthony R. Zeuli, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Declaration of Paul N. Vanasse through the ECF system on the 29th day of February, 2008, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

/s/ Jeffrey K. Techentin________

*445940_1*