Exhibit AA

# LICENSE AGREEMENT

This License Agreement (this "Agreement") is made and entered into effective as of January 1, 1999, by Wizards of the Coast, Inc, located at 1600 Lind Ave. SW, Renton, WA 98057, herein referred to as "Wizards," and TSR, Inc., also located at 1600 Lind Ave. SW, Renton, WA 98057, herein referred to as "TSR."

## RECITALS

A. WHEREAS, TSR is the owner of certain trademarks, patents, copyrights and confidential information;

B. WHEREAS, TSR is a wholly owned subsidiary of Wizards; and

C. WHEREAS, TSR desires to license to Wizards the right to use all of its trademarks, patents, copyrights and confidential information pursuant to the terms of this Agreement.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

## AGREEMENT

### 1. Definitions

"Confidential Information" means any confidential, proprietary or other trade secret information owned by TSR, whether of a technical, business or other nature, including, but not limited to, information which relates to TSR' research, inventions, product development, marketing plans, business plans or business affairs. Confidential Information shall not include any information that a) Wizards knew of prior to its receipt under this Agreement, b) Wizards can prove it independently developed or lawfully obtained through a third party; and c) becomes part of the public domain through no act or violation of any obligation of Wizards.

"Copyrights" means all copyrights owned by TSR, and applications and registrations for the same, in any country throughout the world.

"Patents" means all patents and patent applications owned by TSR, including all divisionals, continuations, continuations in part, reissues, reexams, or extensions thereof, in any country of the world.

"Trademarks" means all trademarks and service marks owned by TSR, and applications and registrations for the same, in any country throughout the world.

"Intellectual Property" means, collectively, Confidential Information, Copyrights, Patents and Trademarks.

**2. License Grant**

TSR grants to Wizards a non-exclusive, transferable, sublicensable license to use, copy, distribute, perform, create derivative works, make, have made, offer for sale, import and sell goods and services related to or incorporating the Intellectual Property in specific territories as may be agreed to by the parties from time to time.

**3. Additional Intellectual Property**

TSR may, from time to time after the date hereof, acquire and/or apply to register, additional Intellectual Property, all of which shall be deemed to be included in the definition of Intellectual Property for the purpose of this Agreement, unless expressly excluded by TSR at its sole discretion and option.

**4. Ownership in and Maintenance of Intellectual Property**

Wizards acknowledges TSR' ownership in and to the Intellectual Property. TSR shall maintain control of the preparation, filing, prosecution and maintenance of the Intellectual Property. Upon TSR' request and at its sole expense, Wizards shall provide TSR with all necessary assistance and support in order to perfect TSR' rights in and to the Intellectual Property, including but not limited to executing necessary documents and providing examples of products or marketing materials.

**5. Intellectual Property Marking**

Wizards shall use the Intellectual Property in a manner and in a form as proscribed by TSR from time to time. Wizards shall include all appropriate markings as related to Trademarks, Copyrights and Patents as may be required by law or as otherwise required by TSR.

**6. Trademark Quality Control**

Wizards agrees that the nature and quality of all goods and services provided by Wizards in connection with the Trademarks and under the terms of this license shall conform to standards set by and be under the control of TSR, which standards TSR may modify from time to time. As an integral part of this quality control, Wizards agrees that the products, services and activities marketed, promoted, offered and provided under the Trademarks shall be of a quality and nature comparable to the products, services and activities provided by Wizards under its own trademarks and its

own established quality-control standards. Wizards also shall insure that the quality and nature of any goods or services provided under the Trademarks by a sub-licensee of Wizards shall meet these same quality standards. All uses by Wizards, or its sub-licensees, shall be on behalf of and inure to the benefit of TSR.

**7. Inspection and Audit Rights**

Wizards acknowledges that TSR has the right to inspect the quality and nature of the goods and services provided by Wizards under the licenses granted herein. Each calendar year throughout the term of this Agreement, TSR has the right to request samples of the goods and services produced by Wizards under the terms of this Agreement upon ten (10) days written notice to Wizards. Upon written notification by TSR of noncompliance with TSR' quality standards in any material respect, Wizards shall take appropriate steps, in a commercially reasonable time frame, to cure such noncompliance.

**8. Protection of Confidential Information**

With respect to any Confidential Information received by Wizards from TSR under the terms of this Agreement, Wizards shall protect the Confidential Information in the same manner and form as it protects its own confidential information.

**9. Third Party Infringement**

In the event that TSR or Wizards determines that a third party is or may be infringing any of the Intellectual Property, then that party shall promptly notify the other party. TSR may bring suit against such alleged infringer or it may delegate such rights to Wizards. Both parties shall cooperate with each other in all reasonable ways with any enforcement action or in the defense of the Intellectual Property.

**10. Duration of License**

The license granted herein shall continue as long as TSR has the right to grant this license and Wizards is in compliance with the quality control standards in all material respects. Notwithstanding the foregoing, either party may terminate this license upon ninety (90) days written notice, and TSR may terminate upon sixty (60) days written notice if Wizards's material noncompliance with TSR' quality control standards is not cured within a commercially reasonable time frame.

**11. Effect of Termination**

Upon termination, all licenses granted herein shall automatically terminate, including any sub-licenses granted herein by Wizards. Wizards shall destroy or return to TSR all Confidential Information. Wizards shall have the right to exhaust its entire inventory of goods and services, whether they are completed or are in progress.

**12. Additional Documents**

TSR and Wizards will execute any additional documents required to fully implement the terms of this Agreement.

**13. Miscellaneous**

Should any portion of this Agreement be found to be invalid for any reason whatsoever, this Agreement shall be read as if the invalid provision were rewritten in a valid manner to represent as closely as possible the intent of the parties. If necessary, the parties hereto intend for any such invalid portion to be severable from the remainder, which shall remain in full force and effect. No failure or delay by either party, at any time, to enforce any provision of this license shall be construed as a waiver of any such provision. This agreement shall be governed by the laws of the state of Rhode Island.

IN WITNESS WHEREOF, this Agreement has been duly executed as set forth below and is effective as of the date first written above.

WIZARDS OF THE COAST, INC.

By: Michael Mayhew
Its: SVP - Finance

TSR, INC.

By: Loren Greenwood
Its: President