Exhibit BB

# ADDENDUM NO. 1 TO LICENSE AGREEMENT

This Addendum No. 1 to License Agreement (this "Addendum") is made and entered into effective as of January 1, 2004 by and between Wizards of the Coast, Inc., a Washington corporation with an address at 1801 Lind Ave. SW, Renton, WA, herein referred to as "Wizards," and Hasbro, Inc., a Rhode Island Corporation with an address at 1027 Newport Avenue, Pawtucket, RI, herein referred to as "Hasbro", with respect to that certain "License Agreement" between Wizards and Hasbro dated as of January 1, 2001 ("License Agreement"). Terms used in this Addendum with initial letters capitalized shall have the meaning attributed to them in the License Agreement unless otherwise specified.

## RECITALS

A.. WHEREAS, Wizards holds exclusive rights to license worldwide, except Japan, certain Intellectual Property (including trademarks and copyrights) related to a brand of products commonly identified as DUEL MASTERS ("Duel Masters"), including, without limitation, episodes of a Duel Masters animated television series originally produced by Sho Pro, Inc.;

B. WHEREAS, Wizards is a wholly owned subsidiary of Hasbro; and

C. WHEREAS, Wizards desires to license to Hasbro the right to use and/or sublicense Duel Masters pursuant to the terms of the License Agreement.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

## AGREEMENT

### 1. License Grant

Wizards grants to Hasbro a non-exclusive, transferable, sublicensable license to use, copy, distribute, perform, create derivative works, make, have made, offer for sale, import and sell goods and services related to or incorporating Duel Masters Intellectual Property, including without limitation, all episodes of the Duel Masters animated television series originally produced by Sho Pro, Inc. The territory of this license grant shall be worldwide, except Japan.

### 2. Addendum

This Addendum is hereby incorporated into the License Agreement, and constitutes the entire agreement of the parties with respect to the subject matter hereof

and may not be amended except by a writing executed by authorized representatives of each party. For the avoidance of doubt, the License Agreement remains in full force and effect.

IN WITNESS WHEREOF, this Addendum has been duly executed as set forth below and is effective as of the date first written above.

| WIZARDS OF THE COAST, INC. | HASBRO, INC. |
|---|---|
| [signature] | [signature] |
| By: Loren Greenwood | By: Barry Nagler |
| Its: President | Its: Senior VP, General Counsel and Secretary |

# LICENSE AGREEMENT

This License Agreement (this "Agreement") is made and entered into effective as of January 1, 2001, by Wizards of the Coast, Inc., a Washington corporation with an address at 1801 Lind Ave. SW, Renton, WA, herein referred to as "Wizards," and Hasbro, Inc., a Rhode Island Corporation with an address at 1027 Newport Avenue, Pawtucket, RI, herein referred to as "Hasbro."

## RECITALS

A.. WHEREAS, Wizards is the owner of certain trademarks, patents, copyrights and confidential information;

B. WHEREAS, Wizards is a wholly owned subsidiary of Hasbro; and

C. WHEREAS, Wizards desires to license to Hasbro the right to use all of its trademarks, patents, copyrights and confidential information pursuant to the terms of this Agreement.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

## AGREEMENT

**1. Definitions**

"Confidential Information" means any confidential, proprietary or other trade secret information owned by Wizards, whether of a technical, business or other nature, including, but not limited to, information which relates to Wizards' research, inventions, product development, marketing plans, business plans or business affairs. Confidential Information shall not include any information that a) Hasbro knew of prior to its receipt under this Agreement, b) Hasbro can prove it independently developed or lawfully obtained through a third party; and c) becomes part of the public domain through no act or violation of any obligation of Hasbro.

"Copyrights" means all copyrights owned by Wizards, and applications and registrations for the same, in any country throughout the world.

"Patents" means all patents and patent applications owned by Wizards, including all divisionals, continuations, continuations in part, reissues, reexams, or extensions thereof, in any country of the world.

"Trademarks" means all trademarks and service marks owned by Wizards, and applications and registrations for the same, in any country throughout the world.

"Intellectual Property" means, collectively, Confidential Information, Copyrights, Patents and Trademarks.

**2. License Grant**

Wizards grants to Hasbro a non-exclusive, transferable, sublicensable license to use, copy, distribute, perform, create derivative works, make, have made, offer for sale, import and sell goods and services related to or incorporating the Intellectual Property in specific territories as may be agreed to by the parties from time to time.

**3. Additional Intellectual Property**

Wizards may, from time to time after the date hereof, acquire and/or apply to register, additional Intellectual Property, all of which shall be deemed to be included in the definition of Intellectual Property for the purpose of this Agreement, unless expressly excluded by Wizards at its sole discretion and option.

**4. Ownership in and Maintenance of Intellectual Property**

Hasbro acknowledges Wizards' ownership in and to the Intellectual Property. Wizards shall maintain control of the preparation, filing, prosecution and maintenance of the Intellectual Property. Upon Wizards' request and at its sole expense, Hasbro shall provide Wizards with all necessary assistance and support in order to perfect Wizards' rights in and to the Intellectual Property, including but not limited to executing necessary documents and providing examples of products or marketing materials.

**5. Intellectual Property Marking**

Hasbro shall use the Intellectual Property in a manner and in a form as proscribed by Wizards from time to time. Hasbro shall include all appropriate markings as related to Trademarks, Copyrights and Patents as may be required by law or as otherwise required by Wizards.

**6. Trademark Quality Control**

Hasbro agrees that the nature and quality of all goods and services provided by Hasbro in connection with the Trademarks and under the terms of this license shall conform to standards set by and be under the control of Wizards, which standards Wizards may modify from time to time. As an integral part of this quality control,

Hasbro agrees that the products, services and activities marketed, promoted, offered and provided under the Trademarks shall be of a quality and nature comparable to the products, services and activities provided by Hasbro under its own trademarks and its own established quality-control standards. Hasbro also shall insure that the quality and nature of any goods or services provided under the Trademarks by a sub-licensee of Hasbro shall meet these same quality standards. All uses by Hasbro, or its sub-licensees, shall be on behalf of and inure to the benefit of Wizards.

**7. Inspection and Audit Rights**

Hasbro acknowledges that Wizards has the right to inspect the quality and nature of the goods and services provided by Hasbro under the licenses granted herein. Each calendar year throughout the term of this Agreement, Wizards has the right to request samples of the goods and services produced by Hasbro under the terms of this Agreement upon ten (10) days written notice to Hasbro. Upon written notification by Wizards of noncompliance with Wizards' quality standards in any material respect, Hasbro shall take appropriate steps, in a commercially reasonable time frame, to cure such noncompliance.

**8. Protection of Confidential Information**

With respect to any Confidential Information received by Hasbro from Wizards under the terms of this Agreement, Hasbro shall protect the Confidential Information in the same manner and form as it protects its own confidential information.

**9. Third Party Infringement**

In the event that Wizards or Hasbro determines that a third party is or may be infringing any of the Intellectual Property, then that party shall promptly notify the other party. Wizards may bring suit against such alleged infringer or it may delegate such rights to Hasbro. Both parties shall cooperate with each other in all reasonable ways with any enforcement action or in the defense of the Intellectual Property.

**10. Duration of License**

The license granted herein shall continue as long as Wizards has the right to grant this license and Hasbro is in compliance with the quality control standards in all material respects. Notwithstanding the foregoing, either party may terminate this license upon ninety (90) days written notice, and Wizards may terminate upon sixty (60) days written notice if Hasbro's material noncompliance with Wizards' quality control standards is not cured within a commercially reasonable time frame.

**11. Effect of Termination**

Upon termination, all licenses granted herein shall automatically terminate, including any sub-licenses granted herein by Hasbro. Hasbro shall destroy or return to Wizards all Confidential Information. Hasbro shall have the right to exhaust its entire inventory of goods and services, whether they are completed or are in progress.

**12. Additional Documents**

Wizards and Hasbro will execute any additional documents required to fully implement the terms of this Agreement.

**13. Miscellaneous**

Should any portion of this Agreement be found to be invalid for any reason whatsoever, this Agreement shall be read as if the invalid provision were rewritten in a valid manner to represent as closely as possible the intent of the parties. If necessary, the parties hereto intend for any such invalid portion to be severable from the remainder, which shall remain in full force and effect. No failure or delay by either party, at any time, to enforce any provision of this license shall be construed as a waiver of any such provision. This agreement shall be governed by the laws of the state of Rhode Island.

IN WITNESS WHEREOF, this Agreement has been duly executed as set forth below and is effective as of the date first written above.

| WIZARDS OF THE COAST, INC. | HASBRO, INC. |
|---|---|
| [signature] | [signature] |
| By: Loren Greenwood | By: Barry Nagler |
| Its: President | Its: Senior Vice President and General Counsel |
| Date: ______________ | Date: ______________ |