AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Bowling v. Hasbro, Inc.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA05-229S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Anthony Zeuli + T. Leach | J. Techentin + T. White |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/16/08, 1/24/08, | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| — | — | 1/16/08 | — | — | W-1 Neil N. Lapidus |
| 1 | | 1/16/08 | ID | — | Report by Neil N. Lapidus |
| | A | 1/16/08 | ~~ID~~ | FULL | Pooh Honey Pot Hop Inventor License Agreement |
| | B | 1/16/08 | ~~ID~~ | FULL | Quick Fill Cap ~~Inventor~~ "License" Agreement |
| | C | 1/16/08 | ~~ID~~ | FULL | Solenoid Jaw Mechanism Inventor License Agreement |
| | D | 1/16/08 | ID | | Letter dated April 7, 1999 |
| | | | | | |
| | | DAY 2 | | | |
| — | — | 1/24/08 | — | — | W-2 Barry Sussman |
| 2 | | 1/24/08 | ~~ID~~ | FULL | Report by Barry Sussman |
| | E | 1/24/08 | | FULL | Litigation Services and Applicable Professional Standards |
| | | | | | |
| | | DAY 3 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.