IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**STIPULATION TO AMEND PROTECTIVE ORDER TO INCLUDE "AEO" DESIGNATION**

Pursuant to the Court's direction at the hearing on March 4, 2008, the parties stipulate to the addition of an "Attorney's Eyes Only" designation to the Protective Order entered by the Court on January 12, 2006 (Docket No. 20), such that Defendant Hasbro, Inc., can designate its Monopoly license agreement as "Attorney's Eyes Only." The following paragraphs are hereby added to the Protective Order:

13. The term "Attorney's Eyes Only" information shall mean information that a party in good faith believes is so sensitive that it competitors should not have access to it. This information includes Hasbro's Monopoly license agreement. Any party hereto or any third party may designate as "Attorney's Eyes Only" any document produced in this action (whether pursuant to a formal discovery request or otherwise), any document marked as an exhibit at any deposition taken in this action, the transcript of any deposition (or portions thereof) taken in this action, or any information given by interrogatory answer.

14. Information properly designated as "Attorney's Eyes Only" may be shown, or its contents disclosed, to the following persons and the following persons only:

(a) counsel of record and office personnel employed by them and assisting them in this case;

(b) the Court before which this case is pending;

(f) any court reporter present in his or her official capacity at any hearing, deposition, or other proceeding in this case.

**STIPULATED AND AGREED TO:**

**Plaintiff,**
**MICHAEL BOWLING,**

**By His Attorneys,**

/s/ Thomas J. Leach
Anthony R. Zeuli, MN *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (# 4237)
Christine K. Bush, Esq. (# 5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Dated: March 7, 2008

**Defendant,**
**HASBRO, INC.**

**By Its Attorneys,**

/s/ Jeffrey K. Techentin
Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
(401) 751-0604 (Facsimile)

Dated: March 6, 2008

ENTERED AS AN ORDER of this Court this ______ day of ______________, 2008.

ORDER:

______________________________

ENTERED:

___________________________

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Stipulation to Amend Protective Order to Include "AEO" Designation* was filed through the ECF system on the 7th day of March, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/ Thomas J. Leach
Thomas J. Leach