# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC., a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229 S |

**OBJECTIONS AND RESPONSES TO PLAINTIFF BOWLING'S FOURTH SET OF DOCUMENT REQUESTS TO DEFENDANT HASBRO, INC.**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant Hasbro, Inc. ("Hasbro") hereby responds to Plaintiff Bowling's Fourth Set of Document Requests to Defendant Hasbro, Inc. (the "Requests") as set forth below.

**GENERAL OBJECTIONS**

1. Hasbro objects to the Requests to the extent that they call for any document or information that is privileged, that was prepared in anticipation of litigation or for trial, that otherwise constitutes work product, or that is otherwise immune from discovery. Inadvertent disclosure of any such document or information shall not constitute a waiver of any privilege or any other ground for objecting to discovery with respect to a document or information, or other documents or information, and shall not waive the right of Hasbro to object to the use of any such document or information contained therein during this action or in any other proceeding.

**RESPONSE:** Subject to and without waiver of the foregoing general and specific objections, responsive documents have been produced.

**REQUEST NO. 82**: All license agreements concerning the copyrights Hasbro asserts against Bowling.

**OBJECTION:** Hasbro objects to Request No. 82 to the extent that it seeks information not relevant to any claim or defense of any party to this action, and further on the grounds that it is overbroad and unduly burdensome.

**REQUEST NO. 83**: A copy of each copyright registration Hasbro accuses Bowling of infringing.

**RESPONSE:** Subject to and without waiver of the foregoing general objections, responsive documents have been or will be produced.

**REQUEST NO. 84**: All documents Hasbro intends to, or may intend to, rely on or use at any deposition, hearing, or trial.

**RESPONSE:** Subject to and without waiver of the foregoing general objections, responsive documents have been or will be produced.

**REQUEST NO. 85**: Each document reviewed and/or considered by any of Hasbro's expert witnesses.

**OBJECTION:** Hasbro objects to Request No. 85 on the grounds that the request is premature in that Hasbro's expert disclosures are the subject of specific deadlines set forth in the scheduling order in this action. Hasbro further objects to Request No. 85 to the extent it seeks documents reviewed by and/or considered by non-testifying experts.

HASBRO, INC.
By its Attorneys,

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: March 20, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2006, I caused a true copy of the within to be served on the following individuals in the manner indicated:

Craig M. Scott, Esq. (RI Bar No. 4237)
Christine K. Bush, Esq. (RI Bar No. 5587)
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
**(by hand delivery)**

Of Counsel:

Thomas J. Leach, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215
**(by Federal Express)**

[signature]

375749_1.doc