# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**OBJECTIONS AND RESPONSES TO PLAINTIFF BOWLING'S SECOND SET OF DOCUMENT REQUESTS <u>TO DEFENDANT HASBRO, INC.</u>**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant Hasbro, Inc. ("Hasbro") hereby responds to Plaintiff Bowling's Second Set of Document Requests to Defendant Hasbro, Inc. (the "Requests") as set forth below.

**GENERAL OBJECTIONS**

1. Hasbro objects to the Requests to the extent that they call for any document or information that is privileged, that was prepared in anticipation of litigation or for trial, that otherwise constitutes work product, or that is otherwise immune from discovery. Inadvertent disclosure of any such document or information shall not constitute a waiver of any privilege or any other ground for objecting to discovery with respect to a document or information, or other documents or information, and shall not waive the right of Hasbro to object to the use of any such document or information contained therein during this action or in any other proceeding.

2. Hasbro objects to the definitions and instructions set forth in the Requests to the extent they purport to impose obligations beyond those imposed by the Federal Rules of Civil Procedure.

3. Hasbro objects to the Requests to the extent they seek information equally available to the Plaintiff as to Hasbro.

## SPECIFIC OBJECTIONS AND RESPONSES

**REQUEST NO. 56:** All documents concerning Hasbro's or any of Hasbro's predecessors, including TSR, Inc. or Wizards of the Coast, disputes or litigation related to the copyrights asserted in Hasbro's counterclaims, including any cease and desist letters, letters, memos, complaints, settlements, and/or licenses.

**OBJECTION:** Hasbro objects to Request No. 56 on the grounds that it seeks information not relevant to any claim or defense of any party to this action, and that it is both vague and ambiguous, as it seeks documents concerning undefined "disputes," and overbroad and unduly burdensome.

**RESPONSE:** Subject to and without waiver of the foregoing general and specific objections, Hasbro is not aware of any documents in its possession or control that constitute or concern cease and desist letters or legal proceedings involving alleged infringement of the Mind Flayer, Cockatrice, and Beholder depictions protected by the copyrights at issue in Hasbro's counterclaim.

**REQUEST NO. 57:** All documents that evidence the date that Hasbro became aware of (1) Michael Bowling, (2) Crystal Caste and (3) Bowling's Patented Die.

HASBRO, INC.
By its Attorneys,

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: January 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2006, I caused a true copy of the within Objections and Responses to Plaintiff Bowling's Second Set of Document Requests to Defendant Hasbro, Inc. to be served on the following individuals in the manner indicated:

Craig M. Scott, Esq. (RI Bar No. 4237)
Christine K. Bush, Esq. (RI Bar No. 5587)
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
**(by regular mail, postage prepaid)**

Of Counsel:

Douglas J. Williams, Esq.
Matthew A. Doscotch, Esq.
Law Firm of Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215
**(by Federal Express)**

*367018_1.doc*