# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**OBJECTIONS AND RESPONSES TO PLAINTIFF BOWLING'S FIRST SET OF DOCUMENT REQUESTS TO DEFENDANT HASBRO, INC.**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant Hasbro, Inc. ("Hasbro") hereby responds to Plaintiff Bowling's First Set of Document Requests to Defendant Hasbro, Inc. (the "Requests") as set forth below.

**GENERAL OBJECTIONS**

1. Hasbro objects to the Requests to the extent that they call for any document or information that is privileged, that was prepared in anticipation of litigation or for trial, that otherwise constitutes work product, or that is otherwise immune from discovery. Inadvertent disclosure of any such document or information shall not constitute a waiver of any privilege or any other ground for objecting to discovery with respect to a document or information, or other documents or information, and shall not waive the right of Hasbro to object to the use of any such document or information contained therein during this action or in any other proceeding.

since January 1, 1998, of Games and Accused Die [*sic*];

(d) to whom the sales were made;

(e) all manufacturing costs per Game and Accused Dice [*sic*], on an itemized basis, including, but not limited to:

(1) the cost of raw materials used;

(2) labor costs for each stage of production; and

(3) package and quality control costs;

(f) research and development costs associated with developing and manufacturing or both on a per-unit basis and on a monthly basis;

(g) selling cost per unit, including, but not limited to:

(1) advertising expenditures;

(2) shipping costs; and

(3) labor costs incidental to selling;

(h) per unit general expenses, and administrative expenses, or both, which in any way include or relate to the sale of the Games or the Accused Die;

(i) the amount of gross profit and net profit realized per unit; and

(j) the amount of net profit margins.

**OBJECTION:** Hasbro objects to Request No. 42 to the extent it implies that Hasbro advertised "Accused Dice" other than those that it purchased at wholesale from the Plaintiff or as a component of the Monopoly Millennium Edition game, neither of which implications is true. Hasbro therefore construes the Request to seek documents concerning prices, income, inventories, sales, costs, and margins associated with the Monopoly Millennium Edition game. Hasbro further objects to this Request on the grounds that it is overbroad and unduly burdensome and seeks information not relevant to any claim or defense of any party to this action, in that the Request seeks financial and other data entirely irrelevant to any issue of liability or damages, including monthly sales information, average inventory levels, manufacturing costs on an itemized basis, research and development costs, selling costs, and general expenses.

**RESPONSE:** Subject to and without waiver of the foregoing general and specific objections, responsive documents have been or will be produced.

**REQUEST NO. 43:** All documents concerning Hasbro's Counterclaims for copyright

infringement.

**RESPONSE:** Subject to and without waiver of the foregoing general objections, responsive documents have been or will be produced.

**REQUEST NO. 44:** All documents concerning Hasbro's damages relating to its Counterclaims of copyright infringement.

**RESPONSE:** Subject to and without waiver of the foregoing general objections, responsive documents have been or will be produced.

**REQUEST NO. 45:** All documents concerning the damages Hasbro alleges it has suffered due to Bowling's alleged copyright infringement.

**RESPONSE:** Subject to and without waiver of the foregoing general objections, responsive documents have been or will be produced.

**REQUEST NO. 46:** An example of each miniature figure Hasbro sells that is covered by Hasbro's alleged copyrights.

**OBJECTION:** Hasbro objects to Request No. 46 on the grounds that it is overbroad and unduly burdensome, in that copyrights that are at issue in this case, such as the copyrights in the Dungeons & Dragons *Monster Manual*, cover many figurines that are not at issue in this case, which are solely "Mind Flayer," "Cockatrice," and "Beholder."

**RESPONSE:** Subject to and without waiver of the foregoing general and specific objections, responsive items will be made available for inspection by the Plaintiff at a mutually agreeable time and location.

**REQUEST NO. 47:** All documents concerning any alternative die Hasbro considered using in its Monopoly Millennium Edition board game or any other Game.

**OBJECTION:** Hasbro objects to Request No. 47 to the extent it implies that

**REQUEST NO. 53:** All documents and things concerning any agreements relating to the Accused Dice.

**RESPONSE:** Subject to and without waiver of the foregoing general objections, responsive documents have been or will be produced.

**REQUEST NO. 54:** All prior art to the '197 patent.

**RESPONSE:** Subject to and without waiver of the foregoing general objections, responsive documents have been or will be produced.

**REQUEST NO. 55:** All documents and things referenced or relied upon in answering Plaintiff Bowling's First Set of Interrogatories to Defendant Hasbro, Inc.

**RESPONSE:** Responsive documents have been or will be produced.

HASBRO, INC.
By its Attorneys,

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: November 28, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November 2005, I caused a true copy of the within to be served on the following individuals in the manner indicated:

Craig M. Scott, Esq. (RI Bar No. 4237)
Christine K. Bush, Esq. (RI Bar No. 5587)
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
**(by regular mail, postage prepaid)**

Of Counsel:

Douglas J. Williams, Esq.
Matthew A. Doscotch, Esq.
Law Firm of Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215
**(by Federal Express)**

*361362_1.doc*