# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION IN LIMINE**

Plaintiff Michael Bowling ("Bowling") seeks leave to file a Motion in Limine to Exclude the Testimony of Barry Sussman, damages expert for Defendant Hasbro, Inc. ("Hasbro"), attached hereto as Exhibit A. The reasoning underlying this motion was created by an indication from the Court at the hearing held on March 4, 2008. The issue did not exist prior to that hearing and, therefore, Bowling could not have presented it to the Court before the deadline for filing Motions in Limine.

At the recent hearing, the Court indicated that it would exclude the testimony of Bowling's expert, Neil Lapidus. Mr. Lapidus and Mr. Sussman applied the same type of relevant facts to the same methodology to determine a reasonable royalty. In the end, both experts focused on a particular fact as setting limits beyond which the parties would not have negotiated. The Court's exclusion of Mr. Lapidus indicates that the methodology and conclusion of Mr. Sussman are unreliable. The relief sought is essential to maintain equal application of the Court's standard for reliability and to avoid

the substantial potential for prejudice and jury confusion that will arise if the Mr. Sussman is permitted to repeat his unreliable testimony to the jury.

For these reasons, Bowling requests the Court to permit it to file the attached Motion in Limine.

Michael Bowling,
By His Attorneys,

Date: March 10, 2008

/s/ Thomas J. Leach

Thomas J. Leach, MN (*pro hac vice*)
Anthony R. Zeuli (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Plaintiff's Motion for Leave to File Motion in Limine* and *Plaintiff's Motion in* Limine *to Preclude Testimony of Defendant's Expert Witness, Barry Sussman* was filed through the ECF system on the 10th day of March, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/ Thomas J. Leach