IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**PLAINTIFF MICHAEL BOWLING'S MOTION FOR LEAVE TO FILE AN EMERGENCY MOTION IN LIMINE**

Plaintiff Michael Bowling ("Bowling") seeks leave to file a Motion in Limine to address an important evidentiary issues created by Hasbro, Inc.'s ("Hasbro") improper interference with Bowling's cross-examination of Irina Slavina at her deposition on March 10, 2008. This issue did not exist before that deposition and, therefore, Bowling could not have brought this Motion in Limine earlier.

On March 4, 2008, Defendant Hasbro, Inc. ("Hasbro") indicated that Ms. Slavina would be unavailable for trial. In an attempt to accommodate Hasbro, Bowling agreed to allow Hasbro to take Ms. Slavina deposition. Ms. Slavina's deposition was taken on March 10, 2008.

On direct-examination, Hasbro's counsel induced testimony about the results of Ms. Slavina's investigation into the marking of Bowling's dice with a patent number. During cross-examination of Ms. Slavina, however, Hasbro's counsel improperly invoked work-product protection, instructing Ms. Slavina not to answer basic questions regarding the parameters of her investigation. These instructions amount to an improper unilateral

use of work-product protection because Hasbro waived such protection by putting Ms. Slavina's investigation at issue. *U.S. v. Nobles*, 422 U.S. 225, 240 (1975).

For these reasons, Bowling requests the Court to permit it to file the attached Motion in Limine.

Michael Bowling,
By His Attorneys,

Date: March 13, 2008

s/Thomas J. Leach___________

Anthony R. Zeuli *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Plaintiff's Motion for Leave to File an Emergency Motion in Limine* was filed through the ECF system on the 13th day of March, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/ Thomas J. Leach