# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL BOWLING, )
a Resident of Arizona, )
Plaintiff, )
-vs- ) C.A. No. 05-229 S
HASBRO, INC., )
a Rhode Island Corporation, )
Defendant. )

The videotaped videoconferenced deposition of IRINA SLAVINA, called as a witness herein for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before ROSANNE M. NUZZO, a Notary Public within and for the County of Will, State of Illinois, and a Certified Shorthand Reporter of said state, at the offices of Esquire Deposition Services, 311 West Monroe Street, 12th Floor, Chicago, Illinois, on the 10th day of March, A.D. 2008, at approximately 6:04 p.m. CST.



6f4b814f-85ae-40ee-9d61-7cfe7b52f290

PRESENT:
ADLER POLLOCK & SHEEHAN P.C.,
(One Citizens Plaza, 8th Floor,
Providence, Rhode Island 02903-1345,
401-274-7200), by:
MR. JEFFREY K. TECHENTIN,
jtechentin@apslaw.com,
appeared on behalf of the Defendant.

PRESENT (Via Videoconference):
MERCHANT & GOULD,
(3200 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402,
612-336-4665), by:
MR. THOMAS J. LEACH,
tleach@merchantgould.com,
appeared on behalf of the Plaintiff.

VIDEOTAPED BY: SCOTT JOHNSON,
Esquire Deposition Services.

REPORTED BY: ROSANNE M. NUZZO, CRR, RPR,
CSR License No. 84-1388.



(WHEREUPON, certain items were marked Defendant's Exhibits LJ, KY, and KZ, for identification, as of 3/10/08.)

THE VIDEOGRAPHER: We're going on the video record at 6:04 p.m.

My name is Scott Johnson, and I'm a legal videographer in association with Esquire Deposition Services. The court reporter today is Rosanne Nuzzo, also of Esquire Deposition Services.

Here begins the videotaped deposition of Irina Slavina, taking place at 311 West Monroe Street, Chicago, Illinois. Today's date is March 10th, 2008. This deposition is being taken in the matter of Michael Bowling v. Hasbro, Incorporated, Case No. 05-229 S.

Will counsel please state their names for the record.

MR. TECHENTIN: Jeffrey Techentin on behalf of the Defendant, Hasbro, Incorporated.

MR. LEACH: Tom Leach on behalf of the Plaintiff, Michael Bowling.

THE VIDEOGRAPHER: Will the court reporter



please swear in the witness.

(WHEREUPON, the witness was duly sworn.)

THE COURT REPORTER: Thank you.

IRINA SLAVINA,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. TECHENTIN:

Q. Good evening, Ms. Slavina.
A. Good evening.
Q. Could you please state your name for the record.
A. Irina Slavina.
Q. And where do you live?
A. I live on 1000 North LaSalle, Chicago, Illinois.
Q. And you're in school right now, is that correct?
A. Correct.
Q. Where is that?
A. Chicago Kent College of Law.
Q. In the past, did you work for the law firm of Adler Pollock & Sheehan?



A. I did.
Q. When was that?
A. I started in '05, in 2005, and I worked there for two years -- for a year-and-a-half.
Q. What was your position at Adler Pollock?
A. Paralegal.
Q. And did you work in Providence?
A. Yes.
Q. And where did you live when you worked at Adler Pollock?
A. I lived in Boston.
Q. Back in 2006, you were working for Adler Pollock?
A. Yes.
Q. And at that time, did you order some dice from a Web site called www.Paizo -- P-a-i-z-o -- .com?
A. I did.
Q. Could you please take a look at what's been marked as Exhibit LK, and you can open that up.

MR. LEACH: Object.

Hang on a second. Did you send these





6f4b814f-85ae-40ee-9d61-7cfe7b52f290

Page 14

Q. Each of those, Exhibits --
MR. LEACH: Jeff?
BY MR. TECHENTIN:
Q. (Continuing) -- KV --
MR. TECHENTIN: Yes?
MR. LEACH: Can you hold up the -- a picture of the document? Are those -- are those exhibits you've marked as trial exhibits?
MR. TECHENTIN: Yes. Those are -- that's why I picked those numbers or letters.
But they're the -- they're the same dice that have been disclosed before.
MR. LEACH: Okay. Can we take a two-minute break, and I can run and grab the exhibits so I can pull these up and look at them as well?
MR. TECHENTIN: You don't have a copy of her declaration with you?
MR. LEACH: I do.
MR. TECHENTIN: They're all attached to that.
MR. LEACH: Okay. Then you're going to have to go a little slower and describe what -- what it is because I can't see from the picture what you're using. A "KV" doesn't -- or the numbers you're -- or the letters you're using to mark

Page 15

them, I don't know which documents in the exhibit it is. Maybe you can hold them up, and I can tell.
MR. TECHENTIN: I can't see what you can see, Tom, so I don't know what we would need to do to be able to show them to you. I --
MR. LEACH: Can you just hold the document up.
MR. TECHENTIN: Can you just hold up KU.
THE WITNESS: KU? (Indicating).
MR. TECHENTIN: Can you see that? I can tell you what they are. Maybe that -- KU are the 20-siders. KV are the 12-siders, I think they are. Yes. And LG are the 10-siders.
MR. LEACH: And that's attached to her declaration?
MR. TECHENTIN: It was -- well, photographs of them, obviously. I think it's Exhibit B, but I don't remember.
MR. LEACH: Okay. I've got it. Thank you.
BY MR. TECHENTIN:
Q. Ms. Slavina, the dice that are in bags in front of you, Exhibits LG, KV and KU, did you receive those in bags?

Page 16

A. Yes.
Q. And are those the bags that they came in?
A. Yes.
Q. And are they in substantially the same condition that they were in when you received them?
A. Yes.
Q. Did they have those exhibit numbers on them?
A. No.
Q. Okay. Other than the exhibit numbers, is there any difference?
A. No.
Q. Okay. You can set those aside.
Next, I'd like you to take a look at Exhibit KX, and that's a -- a box that's in a bag. You can take it out of the bag. Can you tell me what that box is.
A. Yes. That's the order that -- that came from another Web site I placed an order with, and the Web site is TrollAndTodd.com.
Q. Is it Troll and Toad?
A. I don't know how to pronounce it, but

Page 17

T-o-a-d. What is this? "Todd"? No. And --
Q. You had pulled out -- a piece of paper out of the box.
A. Yes.
Q. What is that?
A. There's a receipt in here, and it shows that I -- let's see. So, yes. That's a receipt from this Web site and shows the confirmation of the order. It actually came from the shipment, my name and address on it and a description of the dice that I purchased, and it is Crystal Pearl White 7 Dice Set.
Q. So you ordered dice from a Web site called www.TrollAndToad.com?
A. Yes.
Q. And --
MR. LEACH: Objection, leading.
BY MR. TECHENTIN:
Q. Are those the dice that you received pursuant to that order?
MR. LEACH: Objection, leading.
BY THE WITNESS:
A. Yes.
BY MR. TECHENTIN:





6f4b814f-85ae-40ee-9d61-7cfe7b52f290

Q. And did you receive the dice in the box that we've looked at now?
A. Yes.
Q. And did the paperwork come along with the dice?
MR. LEACH: Objection, leading.
BY THE WITNESS:
A. Yes.
BY MR. TECHENTIN:
Q. Other than the dice and the piece of paper that you have in front of you, did you receive anything else along with the order from TrollAndToad.com?
A. No.
Q. And is that cube of dice in substantially the same condition as it had been when it -- when you received it?
A. Yes.
Q. Okay. You can set that aside.
Ms. Slavina, I'm going to show you Exhibit KY. Can you tell us what that is, please.
A. That's a box -- the order I have received from the Web site Crystal Caste. It has Crystal Caste's name and address on the box and my



name and address and two boxes of dice and the receipt.
Yeah, and it's a summary of -- an invoice, summary of the order, indicates that I purchased this two -- two boxes of dice and -- yeah, from CrystalCaste.com.
Q. When did you place that order?
A. I placed it on April 10th of 2006.
Q. And to what address did you have the dice shipped?
A. To my home address in Boston.
Q. And did you indicate anywhere in your order that you were associated with Adler Pollock & Sheehan?
A. No.
Q. There are two cubes of dice in that box or that were in the box that you're holding right now. Are those in substantially the same condition as they were when you received them?
A. Yes.
Q. And the paperwork, are those the -- is that the paperwork that you received along with those dice?
A. Yes.



MR. LEACH: Objection, leading.
BY MR. TECHENTIN:
Q. And other than the dice and the paperwork, did you receive anything else in your order from CrystalCaste.com?
A. No.
Q. Thank you.
MR. TECHENTIN: Can we go off the record?
MR. LEACH: What exhibit was that?
MR. TECHENTIN: KY.
Can we go off the record for one second?
MR. LEACH: Certainly.
THE VIDEOGRAPHER: Going off the record at 6:22 p.m.
(WHEREUPON, there was a short interruption.)
THE VIDEOGRAPHER: Back on the record at 6:23 p.m.
BY MR. TECHENTIN:
Q. Ms. Slavina, in January 2006, did you visit a retail store called Pandemonium Books & Games?
A. Yes.



MR. LEACH: Objection, leading.
BY MR. TECHENTIN:
Q. When you -- well, where is Pandemonium Books & Games located?
A. It is in Boston, Cambridge, near Harvard University.
Q. When you visited Pandemonium Books & Games, did you see any Crystal Caste dice?
A. Yes. I -- yes.
Q. And did they have Crystal Caste Crystal Dice for sale at Pandemonium Books & Games?
A. Yes.
MR. LEACH: Objection, leading.
BY MR. TECHENTIN:
Q. How were the Crystal Dice displayed?
A. It was in a jar, in, like, a see-through jar, and it had a funny note on it like "Ugly Dice For Half Price."
Q. Can you take a look at what we've marked as Exhibit LR, please. Do you recognize that picture?
A. Yes.
Q. And what is it?
A. I took it with my cell phone at the





6f4b814f-85ae-40ee-9d61-7cfe7b52f290

Page 22

store.
Q. And what is depicted in that picture?
A. The jar and dice in it.
Q. And what kinds of dice were in that jar?
A. All kinds of, you know, that weird dice, six-sided --
Q. Does --
A. -- and -- and -- yeah.
Q. And can you read the words that are on the container --
A. I --
Q. -- that's depicted in Exhibit LR?
A. "Ugly Dice For Half Price, 50¢."
Q. Did that container have any other stickers on it?
A. No.
Q. Did it have any information about a patent number?
A. No.
Q. Thank you.
Ms. Slavina, could you take a look at what's been marked as Exhibit LJ, please. What is that?

Page 23

A. That's a Dragon -- a Dragon magazine that I ordered.
Q. Do you recall when it -- when it was that you ordered that?
A. Yeah. It was -- it was in -- it was in January of '06, I believe.
Q. That has a -- an exhibit sticker on it. Do you see that?
A. Yes.
Q. Other than the exhibit sticker on the outside, is Exhibit LJ in substantially the same condition as it was when you received it?
A. Yes.
Q. That magazine is in a plastic pouch now, right?
A. Yes. It has not been opened.
Q. Okay. So when it came, it was in that plastic pouch?
A. Yes.
Q. Is there anything other than --
MR. LEACH: I'd like to object to the last question as leading.
BY MR. TECHENTIN:
Q. Is there anything else in that pouch

Page 24

other than the magazine?
A. Yes. There's a little Crystal Caste dice in here.
Q. And was that in there when you received it?
MR. LEACH: Objection, foundation.
BY MR. TECHENTIN:
Q. Was that in there when you received it?
A. Yes.
MR. TECHENTIN: Thank you. I don't have any further questions.
MR. LEACH: I've got a few questions.
EXAMINATION
BY MR. LEACH:
Q. Ms. Slavina, how did it -- how did you come to work at Adler Pollock & Sheehan?
MR. TECHENTIN: Objection, relevance.
BY THE WITNESS:
A. Let me see. I moved to Boston, and I was looking for a job in a large law firm. And I believe I found a vacant position on their Web site, and I applied.
BY MR. LEACH:
Q. And I think you stated that you worked

Page 25

there for about a year-and-a-half. Do you know what month in 2005 you began --
A. Yes.
Q. -- at Adler Pollock & Sheehan?
A. Yes. I began on May 2nd, 2005.
Q. And do you know when you left the employment of Adler Pollock & Sheehan?
A. Yes. It was spring of '06. So it makes it a year.
Q. While you worked at Adler Pollock & Sheehan, did you work with Todd White?
A. Yes.
MR. TECHENTIN: Objection, relevance.
BY MR. LEACH:
Q. Did you work with Mr. Techentin?
MR. TECHENTIN: Objection, relevance.
BY THE WITNESS:
A. Yes.
BY MR. LEACH:
Q. Was Mr. White your boss?
MR. TECHENTIN: Objection, relevance.
BY THE WITNESS:
A. There are, you know, sixty attorneys at Adler Pollock & Sheehan. And Todd was --





6f4b814f-85ae-40ee-9d61-7cfe7b52f290

Page 26

Mr. White was one of the attorneys I worked for.
BY MR. LEACH:
Q. So Mr. White would have been one of your bosses, correct?
MR. TECHENTIN: Objection, relevance.
BY THE WITNESS:
A. Yes.
BY MR. LEACH:
Q. And Mr. Techentin would have been one of your bosses as well?
MR. TECHENTIN: Objection, relevance.
BY THE WITNESS:
A. No.
BY MR. LEACH:
Q. Can you explain why you laugh?
A. It's -- you know, with him sitting here, it was kind of funny to answer "no." But I worked -- I worked for Mr. Techentin as well.
Q. So he would be your boss when you worked at Adler Pollock & Sheehan --
MR. TECHENTIN: Objection.
BY MR. LEACH:
Q. (Continuing) -- at least one of them?
MR. TECHENTIN: Objection, relevance.

Page 27

BY THE WITNESS:
A. I did not report to Mr. Techentin.
BY MR. LEACH:
Q. When you worked for Mr. White, it's true that you wanted to do a good job for him, correct?
MR. TECHENTIN: Objection, relevance.
BY THE WITNESS:
A. Yes.
BY MR. LEACH:
Q. Did you ever work on the Bowling v. Hasbro case while at Adler Pollock & Sheehan?
MR. TECHENTIN: Objection, relevance.
BY THE WITNESS:
A. Yes.
BY MR. LEACH:
Q. What were your responsibilities --
MR. TECHENTIN: Objection.
BY MR. LEACH:
Q. (Continuing) -- working on --
MR. TECHENTIN: Objection.
Instruct not to answer on the basis of attorney work product.
THE WITNESS: Do I still have to answer?

Page 28

MR. LEACH: Let -- let me ask a complete question.
BY MR. LEACH:
Q. What responsibilities did you have while working on the Bowling v. Hasbro case?
MR. TECHENTIN: Objection.
Instruct not to answer on the grounds of attorney work product.
MR. LEACH: So if I understand you correct, Jeff, you're going to object to any inquiry into what she did while working on the Bowling v. Hasbro case?
MR. TECHENTIN: Not if it's implicated by her direct testimony; but other than that, yes.
BY MR. LEACH:
Q. Who -- who asked you to look for -- strike that.
When were you first asked to look for instances where Crystal Caste did not mark its packaging with a patent number?
MR. TECHENTIN: Objection, foundation. Objection, attorney work product.
Instruct not to answer.
BY MR. LEACH:

Page 29

Q. Are you going to follow his instruction, Ms. Slavina?
A. Yes.
Q. Who asked you to look for instances where Crystal Caste did not mark its packaging with a patent number?
MR. TECHENTIN: Objection, foundation. Objection, attorney work product.
Instruct not to answer.
BY MR. LEACH:
Q. Ms. Slavina, do you know who asked you not -- I'm not getting into the work product, but I'm just wondering, do you know who asked you to work -- let me rephrase that.
Do you know who asked you to look for instances where Crystal Caste did not mark its packaging with a patent number?
MR. TECHENTIN: Objection, foundation.
You can answer.
BY THE WITNESS:
A. Yes.
BY MR. LEACH:
Q. And are you refusing to answer that question --





6f4b814f-85ae-40ee-9d61-7cfe7b52f290

MR. TECHENTIN: Objection.
BY MR. LEACH:
Q. (Continuing) -- based on --
MR. TECHENTIN: You can finish your question.
BY MR. LEACH:
Q. Are you refusing to answer that question based on, apparently, Mr. Techentin's instruction?
MR. TECHENTIN: Objection, mischaracterizes. She's not refusing. She's following the instructions.
You can answer.
MR. LEACH: Mr. Techentin, do you -- do you represent Ms. Slavina here?
MR. TECHENTIN: No, but -- no.
MR. LEACH: Then how can you instruct the witness not to answer?
MR. TECHENTIN: If you want to take it up after the deposition, I'd be more than happy to talk about that. Why don't you go ahead and ask your questions.
MR. LEACH: Well, Mr. Techentin, I'm trying to ask these questions, and you're instructing the witness, who you don't represent, not to answer



them.
MR. TECHENTIN: Why don't you go ahead and ask your questions.
BY MR. LEACH:
Q. Ms. Slavina, whoever asked you to look for instances where Crystal Caste did not mark its packaging, did they also ask you to look for instances where Crystal Caste did mark its packaging?
MR. TECHENTIN: Objection, foundation. Objection, attorney work product.
Instruct not to answer.
BY MR. LEACH:
Q. Ms. Slavina, are you going to follow Mr. Techentin's instruction not to answer?
A. Yes.
Q. Ms. Slavina, are you going to -- are you following -- strike that.
Ms. Slavina, you're not represented by Mr. Techentin, are you?
A. No, I'm not.
Q. But you are refusing to answer questions that I'm asking based on whether Mr. Techentin will allow you to answer them or



not, correct?
MR. TECHENTIN: Objection for the same reason I objected the last time you asked that, precisely the same question, Mr. Leach.
Go ahead.
BY THE WITNESS:
A. I'm --
BY MR. LEACH:
Q. You can answer.
A. I'm not refusing. I'm just following instruction.
Q. And whose instructions are you following?
A. I'm sorry?
Q. Whose instructions are you following?
A. Mr. Techentin's.
Q. Did anyone ever ask you to look for instances where Crystal Caste did not mark its crystal-shaped dice?
MR. TECHENTIN: Objection, attorney-client.
To the extent that he's -- to the extent he's asking you about things that were asked of you in the course of your employment for Adler Pollock & Sheehan, I direct you not to



answer the question.
But if you -- but you can respond if anybody ever -- else ever asked you that.
BY THE WITNESS:
A. No. Nobody else has ever asked me to do that except for my employment for Adler Pollock & Sheehan.
BY MR. LEACH:
Q. Did anyone ever direct you as where may be the best places to look for instances where Crystal Caste may not have marked its -- or its retailers may not have marked its dice with a patent number?
MR. TECHENTIN: Objection, compound. Objection, attorney work product.
Instruct not to answer unless it's somebody outside of Adler Pollock & Sheehan.
BY THE WITNESS:
A. Nobody outside.
BY MR. LEACH:
Q. So, again, you're refusing to answer any of these questions based on the instruction that Mr. Techentin has given you?
MR. TECHENTIN: Objection; the same objection





6f4b814f-85ae-40ee-9d61-7cfe7b52f290

Page 34

as the last two times.
BY THE WITNESS:
A. The same answer. I'm -- I'm not refusing, really. I'm just following what I'm said -- what I'm instructed.
BY MR. LEACH:
Q. Did you type -- actually, you -- you provided a declaration in this case, correct?
A. Correct.
Q. And you provided that declaration on approximately June 5th, 2006, correct?
A. Yes.
Q. Did you type that declaration yourself?
MR. TECHENTIN: Objection, relevance.
BY THE WITNESS:
A. No.
BY MR. LEACH:
Q. Who typed that declaration?
MR. TECHENTIN: Objection, relevance.
BY THE WITNESS:
A. I don't know.
BY MR. LEACH:
Q. Did you speak with anyone to whom you would have communicated the information contained

Page 35

in that declaration?
A. Yes.
Q. And who was that?
A. I spoke to Mr. Techentin about it.
Q. Did Mr. Techentin draft the declaration?
A. I really don't know.
Q. Did someone send you a copy of the declaration?
MR. TECHENTIN: Objection, relevance.
BY THE WITNESS:
A. It was a product of collaboration. I spoke to Mr. Techentin about it, and then I don't remember if he sent it to me, but I remember I've -- I read it before I signed it.
BY MR. LEACH:
Q. Were there any drafts of that declaration that went back and forth between you and Mr. Techentin?
MR. TECHENTIN: Objection, relevance.
BY THE WITNESS:
A. No.
BY MR. LEACH:
Q. So when Mr. Techentin typed up the

Page 36

declaration, you reviewed it and signed it?
MR. TECHENTIN: Objection, mischaracterizes her private -- her prior testimony.
BY THE WITNESS:
A. I don't know if he typed it or not, but we had a meeting at Adler Pollock & Sheehan where the final -- the final document I signed was presented to me. And I've read it, and it was accurate, and I signed it.
BY MR. LEACH:
Q. How long did it take you to read it?
MR. TECHENTIN: Objection, relevance.
BY THE WITNESS:
A. I was in no rush.
BY MR. LEACH:
Q. Do you recall how long it took you, about, to read it?
MR. TECHENTIN: Same objection.
BY THE WITNESS:
A. I was at Adler Pollock & Sheehan in a conference room. We had a meeting about it. I took time to read it.
MR. LEACH: Could you read back my prior question, please.

Page 37

(WHEREUPON, the record was read by the reporter as requested, as follows:
"Q. Do you recall how long it took you, about, to read it?")
(WHEREUPON, discussion was had off the record between the witness and Mr. Techentin, outside the hearing of other counsel and the court reporter.)
MR. LEACH: Hey. Mr. Techentin, if you're going to talk with the witness, I'd like to hear what -- what's being said, please.
MR. TECHENTIN: I said, "Let him ask a question."
BY MR. LEACH:
Q. How long did it take you to read your declaration?
MR. TECHENTIN: Objection, relevance.
MR. LEACH: I mean -- strike that.
BY MR. LEACH:
Q. How long did it take you to read the declaration prepared by Adler Pollock & Sheehan?
MR. TECHENTIN: Objection, mischaracterizes





6f4b814f-85ae-40ee-9d61-7cfe7b52f290

Page 50

A. I think -- if I can answer, I think it was in January of '06.
Q. So I just want to get that straight. In January of '0- -- in January of '06, you were asked to look for instances where Crystal Caste did not mark its packaging with a patent number, correct?
MR. TECHENTIN: Objection, attorney-client -- excuse me -- attorney work product.
Instruct the witness not to answer, unless you were --
BY MR. LEACH:
Q. Ms. Slavina --
MR. TECHENTIN: (Continuing) -- told by someone outside of your role as a paralegal, acting for Adler Pollock & Sheehan.
BY THE WITNESS:
A. No, I was not asked by somebody outside Adler Pollock.
BY MR. LEACH:
Q. So, Ms. Slavina, what you're telling me is that you will not tell the jury what you were instructed to do as your role working for Hasbro, correct?

Page 51

MR. TECHENTIN: Objection, mischaracterizes her testimony, relevance.
Go ahead.
BY THE WITNESS:
A. I never worked for Hasbro.
BY MR. LEACH:
Q. Well, the work that you were doing with respect to going around and -- to different stores, looking for Crystal Caste dice, that was on behalf of Hasbro, correct?
MR. TECHENTIN: Objection, attorney work product.
Instruct not to answer.
BY MR. LEACH:
Q. Ms. Slavina, I just want to be clear here. You're refusing to tell the jury what you were instructed to do when you went and investigated whether Crystal Caste dice were marked with a patent number, correct?
MR. TECHENTIN: Objection, mischaracterizes her testimony, calls for attorney-client -- or attorney work product information.
And I'll instruct her not to answer that. And asked and answered.

Page 52

MR. LEACH: Mr. Techentin, I'm going to object to the entire use of this video unless she answers these questions.
MR. TECHENTIN: Okay. We all have the --
BY MR. LEACH:
Q. Ms. --
MR. TECHENTIN: (Continuing) -- right to object.
BY MR. LEACH:
Q. (Continuing) -- Slavina, you're -- you're going to refuse to answer that question?
MR. TECHENTIN: Objection, asked and answered.
I think we're -- we're clear on what's happening here, Mr. Leach. You've made your record. She's -- I'm going to instruct her not to testify, first of all, beyond the scope of her direct examination; but not on that basis, but I am going to instruct her not to talk about the whys and wherefores of the work that she was doing for Adler Pollock & Sheehan. I'm -- I think I've made that abundantly clear.
If you want to ask non-objectionable questions, go ahead. But I'm going to continue to

Page 53

instruct her not to answer, and we're just going to waste time.
MR. LEACH: Mr. Techentin, I don't believe the objection is appropriate in that what she was asked to do is directly relevant to the testimony that she's given here today.
MR. TECHENTIN: You can argue that if you want to. You can argue that somehow, there's been a waiver. That's fine.
But I don't think we need to be taking the videographer, the court reporter and, most importantly, the witness' time in arguing about that right now.
BY MR. LEACH:
Q. So I'm going to run through this really quick.
Ms. Slavina, you're not going to tell the jury what you were instructed to do in terms of your investigation into Crystal Caste putting its patent number on the products, correct?
MR. TECHENTIN: Objection, mischaracterizes her testimony, asked and answered five times now.
Go ahead. You can respond the fifth time.





6f4b814f-85ae-40ee-9d61-7cfe7b52f290

Page 54

BY THE WITNESS:
A. I believe it's -- you know, I -- I was working for an attorney. I think it -- it is covered by privilege. I'm not refusing. I just -- I just believe it -- that that information is confidential.
BY MR. LEACH:
Q. So you're not going to answer my question, correct?
MR. TECHENTIN: Objection, asked and answered. It's the same question, Tom.
BY MR. LEACH:
Q. Correct?
A. If you had a paralegal and she was asked those questions, would you object? It's attorney-client privilege. Even I know that.
Q. Did you get any direction from Mr. Techentin as to where to look and what stores to visit when you were looking to see whether Crystal Caste or -- let me rephrase that.
Did you get any direction from Adler Pollock & Sheehan as to where to look to find instances where Crystal Caste didn't mark its products with a patent number?

Page 55

MR. TECHENTIN: Objection, attorney work product.
Instruct her not to answer.
MR. LEACH: Can someone please hand Ms. Slavina her declaration. And can we please mark it as Slavina Exhibit 1 and Plaintiff's Exhibit 175.
(WHEREUPON, said document was marked Plaintiff's Exhibit No. 175 and Slavina Exhibit No. 1, for identification, as of 3/10/08.)
BY MR. LEACH:
Q. Ms. Slavina, can you please review that document which is marked as Plaintiff's Exhibit 175, please.
A. Okay.
Q. Do you recognize this document?
A. Yes.
Q. And this is the declaration that you signed on June 5th, 2006?
A. Yes.
Q. Now, you didn't -- strike that.
Somebody else typed this document up for you, correct?

Page 56

MR. TECHENTIN: Objection, asked and answered. Objection, improper impeachment.
BY THE WITNESS:
A. Yes.
BY MR. LEACH:
Q. And it's true that you worked on this document in a collaborative effort with Mr. Techentin, correct?
MR. TECHENTIN: Objection, asked and answered.
BY THE WITNESS:
A. Yes.
BY MR. LEACH:
Q. Ms. Slavina, I want you to look at paragraph No. 2.
Did you mark some documents and exhibits today while Mr. Techentin was questioning you that refer to these purple 6-sided dice that you ordered through www.Paizo.com?
MR. TECHENTIN: Objection.
You asked her did she mark them?
MR. LEACH: I'm sorry.
BY MR. LEACH:
Q. Were they marked today?

Page 57

A. Yes.
Q. Can -- can you get those exhibits in front of you, please.
A. From Paizo. 6 -- okay. This is Paizo. Okay.
Q. Can you tell me what exhibits they were.
A. LK.
Q. Just LK?
A. Um-hum.
THE COURT REPORTER: Is that "yes"?
BY THE WITNESS:
A. Yes.
BY MR. LEACH:
Q. Now, you said you left sometime in 200- -- in the spring of 2006. Strike that.
MR. TECHENTIN: Hold on. Tom --
BY MR. LEACH:
Q. You said you left Adler Pollock & Sheehan --
MR. TECHENTIN: Tom --
BY MR. LEACH:
Q. (Continuing) -- in the --
MR. TECHENTIN: -- can I --





6f4b814f-85ae-40ee-9d61-7cfe7b52f290

Page 94

my hand and affix my seal of office at Chicago, Illinois, this 11th day of March, 2008.

Notary Public, Will County, Illinois.
My commission expires May 16, 2009.

C.S.R. Certificate No. 84-1388.

Page 95

I N D E X


| WITNESS: | PAGE: |
|---|---|
| IRINA SLAVINA | |
| BY MR. TECHENTIN.................. | 4 |
| BY MR. LEACH...................... | 24 |
| BY MR. TECHENTIN.................. | 85 |
| BY MR. LEACH...................... | 88 |


*****

E X H I B I T S


| EXHIBIT NUMBER | MARKED FOR ID |
|---|---|
| DEFENDANT'S EXHIBITS | |
| KY..................................... | 3 |
| KZ..................................... | 3 |
| LJ..................................... | 3 |
| SLAVINA EXHIBITS...................... | |
| No. 1.................................. | 55 |
| PLAINTIFF'S EXHIBITS................... | |
| No. 175................................ | 55 |


Page 96

E X H I B I T S (Continued)


| EXHIBITS PREVIOUSLY MARKED | FIRST IDENTIFIED |
|---|---|
| DEFENDANT'S EXHIBITS .................. | |
| LK..................................... | 5 |
| KZ..................................... | 12 |
| KU, KV and LG.......................... | 13 |
| KX..................................... | 16 |
| KY..................................... | 18 |
| LR..................................... | 21 |
| LJ..................................... | 22 |






6f4b814f-85ae-40ee-9d61-7cfe7b52f290