IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-229S |
| | : | |
| v. | : | |
| | : | |
| HASBRO, INC., | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S OBJECTION TO HASBRO'S REQUEST FOR JUDICIAL NOTICE AND HIS CROSS-MOTION TO PRECLUDE FROM USE AT TRIAL NEWLY PRODUCED LICENSE AGREEMENTS**

Plaintiff Michael Bowling ("Bowling") hereby objects to Hasbro, Inc.'s Notice of Request for Judicial Notice. Bowling cross-moves to preclude Hasbro from offering at trial documents, and information derived therefrom, that Hasbro first produced on February 29, 2008. As grounds for this Objection and Cross-Motion, Bowling relies on the Memorandum of Law and exhibits filed herewith.

Michael Bowling,
By His Attorneys,

Date: March 7, 2008

s/Thomas J. Leach
Thomas J. Leach, MN (*pro hac vice*)
Anthony R. Zeuli, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

Case 1:05-cv-00229-S-LDA Document 181 Filed 03/07/2008 Page 2 of 3

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Plaintiff's Objection to Hasbro, Inc.'s Notice of Request for Judicial Notice and Cross-Motion to Exclude Newly-Produced Evidence* was filed through the ECF system on the 7th day of March, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

s/Thomas J. Leach
Thomas J. Leach