IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br>Plaintiff, | : | C.A. No. 05-229S |
| v. | : | |
| HASBRO, INC.,<br>a Rhode Island Corporation,<br>Defendant. | : | |

**STIPULATION OF DISMISSAL OF DEFENDANT'S COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT**

Pursuant to Fed. R. Civ. P. Rule 41(a), Plaintiff Michael Bowling ("Bowling") and Defendant Hasbro, Inc. ("Hasbro"), through their respective counsel, stipulate and agree that Count II of Hasbro's Counterclaim (for copyright infringement) is hereby dismissed, without prejudice. Bowling agrees not to seek costs, attorneys' fees or expenses incurred to defend against Count II of the Counterclaim.

**STIPULATED AND AGREED TO:**

Plaintiff,
MICHAEL BOWLING,

By His Attorneys,

/s/ Craig M. Scott
Craig M. Scott, Esq. (# 4237)
Christine K. Bush, Esq. (# 5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Defendant,
HASBRO, INC.

By Its Attorneys,

/s/ Todd D. White
Todd D. White, Esq. (# 5943)
Jeffrey K. Techentin, Esq. (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
(401) 751-0604 (Facsimile)

Dated: March 13, 2008

ENTERED AS AN ORDER of this Court this 14 day of March, 2008.

ORDER:

W Smith
_______________________

ENTERED:

Joseph Baldwin
_______________________