UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**DEFENDANT HASBRO, INC.'S OBJECTION TO LOCAL RULE 44 PROOF OF OFFICIAL OR CERTIFIED RECORDS**

Defendant Hasbro, Inc. hereby objects to Plaintiff Michael Bowling's Local Rule 44 Proof of Official or Certified Records. The grounds for Hasbro's objection are set forth in the accompanying Memorandum of Law.

Respectfully Submitted,

For the Defendant,
HASBRO, INC.
By its Attorneys,

*/s/ Jeffrey K. Techentin*
Todd D. White, Esq. (#5943)
twhite@apslaw.com
Jeffrey K. Techentin, Esq. (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604
Dated: March 14, 2008

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, N.W.
Washington, D.C. 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT HASBRO, INC.'S OBJECTION TO PLAINTIFF'S LOCAL RULE 44 PROOF OF OFFICIAL OR CERTIFIED RECORDS**

Defendant Hasbro, Inc. ("Hasbro") hereby objects to Plaintiff Michael Bowling's ("Bowling") proffered proof of official or certified records, brought pursuant to Local Rule (Civ) 44.

Hasbro does not object to the proof of the first of the three records proffered, specifically the certified copy of U.S. Pat. No. 5,938,197. The other two documents are not sufficient for admission under Fed. R. Civ. P. Rule 44, Local Rule (Civ) 44, and the associated rules of evidence, specifically Fed. R. Evid. Rule 902(1)-(4). Neither the purported "certified copy" of the "Certificate of Good Standing of Crystal Caste, L.L.C." nor the purported "certified copy" of the "Articles of Organization of Crystal Caste, L.L.C." is actually a certified copy.[1] Neither document has been "certified as correct by the custodian or other person authorized to make the certification, by certificate complying with [Fed. R.

[1] Hasbro received only a copy of Bowling's Local Rule 44 request and therefore cannot discern if the actual document described as a "Certified copy of the Certificate of Good Standing of Crystal Caste, L.L.C." is an original or a copy. If it were an original certificate, Hasbro concedes that it would be self-authenticating under Fed. R. Evid. Rule 902(1). However, Bowling's description of the document is that it is a copy and Hasbro therefore submits that unless it is certified in accord with Fed. R. Evid. Rule 902(4), it is not self-authenticating and therefore is not automatically admissible pursuant to Local Rule (Civ) 44.

Evid. Rule 902(1)-(3)] or complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority."

Because neither the copy of the purported certificate of good standing nor the copy of the purported Articles of Organization have been certified, Hasbro objects to Bowling's request that it admit the authenticity of the documents.

Respectfully submitted,

For the Defendant,
HASBRO, INC.
By its Attorneys,

*/s/ Jeffrey K. Techentin*

Todd D. White, Esq. (#5943)
twhite@apslaw.com
Jeffrey K. Techentin, Esq. (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604
Dated: March 14, 2008

Of Counsel:
David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, N.W.
Washington, D.C. 20005

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Anthony R. Zeuli, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Objection to Plaintiff's Local Rule 44 Proof of Official or Certified Records and the Memorandum in Support thereof through the ECF system on the 14th day of March, 2008, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

*/s/ Jeffrey K. Techentin*________

*448185_1.doc*