

DEFENDANT'S EXHIBIT GF

HA008803


HA008804













HA008810



HA008811



HA008812



HA008813