IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**HASBRO, INC.'S WITNESS LIST**

Defendant Hasbro, Inc. ("Hasbro"), hereby designates the following witnesses to be called at trial in the above-referenced matter:

1. Eileen Sefchick (by deposition) (former Hasbro employee)

2. Kurt Benson (Hasbro employee)

3. Mike Hirtle (Hasbro employee)

4. Dottie Echlin (Hasbro employee)

5. Doreen Mars (Hasbro employee)

6. Eric Burke (by deposition) (former employee of Dragon's Lair Comics and Fantasy, a customer of Bowling's company)

7. Irina Slavina (by deposition) (former paralegal for Hasbro's outside counsel)

8. Steen Jensen (by deposition) (former employee of Berkley Topline, a customer of Bowling's company)

8. Tom McCabe (paralegal for Hasbro's outside counsel)

9. Julie Daulton (by deposition) (Bowling's outside counsel)

10. Barry Sussman (Hasbro's damages expert)

Hasbro reserves the right to call Michael Bowling in the presentation of its case and such rebuttal witnesses as may be necessary.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin___________
Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: March 16, 2008

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Anthony R. Zeuli, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Hasbo, Inc.'s Witness List through the ECF system on the 16th day of March, 2008, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

/s/ Jeffrey K. Techentin________

*448219_1*