IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**PLAINTIFF MICHAEL BOWLING'S OBJECTION TO DEFENDANT HASBRO, INC.'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER EXCLUDING PRIOR ART EXHIBITS**

Plaintiff, Michael Bowling ("Bowling") hereby objects to Hasbro's Motion for Reconsideration of Order Excluding Prior Art Exhibits. As grounds for this Objection, Bowling relies of the Memorandum of Law and exhibit filed herewith.

Michael Bowling,
By His Attorneys,

Date: March 17, 2008

s/Thomas J. Leach___________
Anthony R. Zeuli *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Plaintiff Michael Bowling's Objection to Defendant Hasbro, Inc.'s Motion for Partial Reconsideration of Order Excluding Prior Art Exhibits* was filed with the Court via ECF on the 17th day of March, 2008, and will be sent electronically to the above-named counsel.

s/Thomas J. Leach________
Thomas J. Leach