UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**OFFER OF PROOF – DERIVATION OF INVENTION**

In light of the Court's prior rulings, particularly but not limited to its ruling on Defendant Hasbro, Inc.'s ("Hasbro") Motion for Correction of Inventorship and Plaintiff Michael Bowling's ("Bowling") Motion *in Limine* to Exclude Testimony and Evidence that Albert Lizarraga is an Inventor or Co-Inventor, Hasbro will not present proof at trial that Bowling derived his invention, claimed in U.S. Pat. No. 5,938,197 ("the '197 patent") from the work of Albert Lizarraga. Hasbro makes the following offer of proof with respect to the question of derivation:

1. Bowling derived his design for the '197 patent from another source;

2. Albert Lizarraga ("Lizarraga") created full-formed drawings of the invention prior to Bowling's earliest date of invention;

3. Lizarraga provided these drawings to Bowling prior to Bowling's earliest date of invention;

4. The drawings show a design indistinguishable from the dice claimed in the '197 patent;

5. Bowling cannot establish invention prior to the communication of the concept of the dice from Lizarraga to Bowling;

6. This evidence would be introduced through the testimony of Lizarraga and his wife, Susan Lizarraga, Plaintiff Michael Bowling, and the expert testimony of Michael Gray and Michael Hirtle, both of whom are employees of Hasbro, Inc.

7. In this offer of proof, Hasbro hereby incorporates the evidence, testimony, and arguments presented in connection with its aforementioned Motion to Correct Inventorship.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin___________
Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: March 23, 2008

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Anthony R. Zeuli, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Offer of Proof – Derivation of Invention through the ECF system on the 23rd day of March, 2008, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

/s/ *Minette M. Loula*________