UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**OFFER OF PROOF – NON-INFRINGEMENT**

In light of the Court's prior rulings in this matter, particularly but without limitation its ruling with respect to the construction of the claims of the patent in suit, Defendant Hasbro, Inc. ("Hasbro") has admitted for the purposes of trial that its accused dice literally infringe U.S. Pat No. 5,938,197 ("the '197 patent") to Bowling. However, had the Court properly construed the claims of the '197 patent, Hasbro would have offered the following evidence tending to prove that its dice do not infringe, either literally or under the doctrine of equivalents, any claims of the '197 patent:

1. That Hasbro dice do not have extension members with discrete facets that are identically shaped and have equal surface areas because:
    a. the side surfaces have recessed pips;
    b. the term facet refers only to planar surfaces;
    c. the surface areas are unequal because:
        i. the varying number of pips change the surface area; and

ii. this variance causes a imbalance in the dice that makes them not a true "random number generator" as are the dice claimed in the patent;

2. Hasbro's dice have only twelve sides, and cannot infringe on any of the claims that describe dice with greater or fewer than twelve sides;

3. Hasbro's dice can not infringe the '197 patent under the doctrine of equivalents because:

   a. the claims in the patent surrendered protection as to dice without the aforementioned extension members with facets of equal surface area; and

   b. that surrender estops Bowling from seeking protection under the doctrine of equivalents.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin___________
Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: March 23, 2008

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Anthony R. Zeuli, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Offer of Proof – Non-Infringement through the ECF system on the 23rd day of March, 2008, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

/s/ *Minette M. Loula*________

*447916_1*