AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Michael Bowling V. Hasbro, Inc.

CASE NUMBER: CA05-229S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Anthony Zeuli, Craig Scott & Thomas Leach | Jeff Techentin & Todd White |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| March 17-21, 24, 2008 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| — | — | 3/17/08 | — | — | W-1 Michael Bowling |
| 139 | | 3/17/08 | | FULL | Bowling Prototype Dice Photo |
| 187 | | 3/17/08 | | FULL | Michael Bowling's Business Plan |
| 1 | | 3/17/08 | | FULL | Certified copy of United States Patent No. 5,938,197 |
| 16 | | 3/17/08 | ~~ID~~ | FULL | Color Photos of Dice |
| 29 | | 3/17/08 | | FULL | Photo of final design of the dice |
| | LS | 3/17/08 | | FULL | Sefchick Deposition Exhibit D |
| 75 | | 3/17/08 | | FULL | 1998 GEN CON Game Fair MAP |
| 16A | | 3/17/08 | | FULL | Green Die |
| 29A | | 3/17/08 | | FULL | Orange Dice |
| 139A | | 3/17/08 | | FULL | Clear Prototype Dice |
| 22 | | 3/17/08 | ID | | Letter from Michael Bowling dated 7/17/98 |
| 108 | | 3/17/08 | | FULL | Price List for Dice |
| 109 | | 3/17/08 | ID | | Crystal Caste Price List |
| 91 | | 3/17/08 | ID | | Invoices to Wizards of the Coast |
| | CM | 3/17/08 | | FULL | Letter from Michael Bowling to MR. Jezard |
| 25 | | 3/17/08 | | FULL | Choking HAZARD Label with Patent No: 5,938,197 |
| 24 | | 3/17/08 | ~~ID~~ | FULL | Signed Patent Label Agreement |
| | DO | 3/17/08 | | FULL | Invoices from Crystal Caste, LLC |
| 218 | | 3/17/08 | | FULL | Dice Bin |
| 63 | | 3/17/08 | | FULL | Letter to Michael Bowling dated 9/30/99 |
| 67 | | 3/20/08 | ~~ID~~ | FULL | Monopoly Millennium Shipments Summary 1999-2002 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Michael Bowling V. Hasbro, Inc. CASE NUMBER: CA05-229S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 86 | | 3/17/08 | | FULL | 11/3/99 Cease and Desist Letter to Reed |
| 217 | | 3/17/08 | | FULL | Letter dated 12/13/99 |
| 87 | | 3/17/08 | ~~ID~~ | FULL | 12/22/99 Letter to Daulton |
| 219 | | 3/17/08 | ~~ID~~ | FULL | Sales Summaries 8/98 through 12/99 |
| | DJ | 3/17/08 | | FULL | Archive Copy 7/4/04 of Crystal Caste, LLC |
| | | DAY 2 | | | |
| | LC | 3/18/08 | | FULL | Crystal Caste Dice - Red Crystal Pearl |
| | CA | 3/18/08 | | FULL | Purchase Order dated 7/1/98 |
| | BQ-1 | 3/18/08 | | FULL | Letter dated March 8, 1999 |
| | CO | 3/18/08 | | FULL | Letter by Michael Bowling dated 4/7/99 |
| | CU | 3/18/08 | | FULL | Crystal Caste Sales Summary 8/1/98 - 1/1/02 |
| | DN | 3/18/08 | | FULL | Invoices from Crystal Caste LLC, Various Dates |
| | DM | 3/18/08 | | FULL | Invoices from Crystal Caste LLC, Various Dates |
| | LU | 3/18/08 | | FULL | US Patent No: US D561,842 for Die w/ Markings |
| | LV | 3/18/08 | | FULL | US Patent No: US D517,612 S for Set of Dice |
| | DL | 3/18/08 | | FULL | Crystle Caste, LLC: Profit and Lost |
| | KK | 3/18/08 | | FULL | Monopoly Millennium Edition |
| | LD | 3/18/08 | | FULL | Physical Die - Pearlescent |
| — | — | 3/18/08 | — | — | W-2 Michael Gray |
| — | — | 3/18/08 | — | — | W-3 Kurt Benson |
| 80 | | 3/18/08 | | FULL | E-mail dated |
| 62 | | 3/18/08 | ~~ID~~ | FULL | Handwritten Note dated 8/19/99 |
| 216 | | 3/18/08 | ~~ID~~ | FULL | Letter |
| 104 | | 3/18/08 | ID | | E-mail dated 10/1/03 |
| 69 | | 3/18/08 | ID | | Summary of Sales for Monopoly Millennium |
| — | — | 3/18/08 | — | — | W-4 Michael Hirtle |
| — | — | 3/18/08 | — | — | W-5 Eric Burke via Video Deposition |

AO I 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Michael Bowling V. Hasbro, Inc. CASE NUMBER: CA05-229S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 172 | | 3/18/08 | ID | | Photograph of Bag of Crystal Dice |
| | | DAY 3 | | | |
| — | — | 3/19/08 | — | — | W-6 Doreen Mars |
| 56 | | 3/19/08 | ~~ID~~ | FULL | Hasbro Quality Request Report 1/3/2000 |
| | BN | 3/19/08 | | FULL | Images of Envelope and Dice 3/21/2000 |
| — | — | 3/19/08 | — | — | W-7 Depositions of Steen Jensen read into the record |
| 50 | | 3/19/08 | ID | | Declaration of Steen Jensen |
| 51 | | 3/19/08 | | FULL | Invoices from Hasbro, Inc. |
| — | — | 3/19/08 | — | — | W-8 Dorothy Echlin |
| 31 | | 3/19/08 | | FULL | Notes from 12/2/97 Brainstorm |
| 35 | | 3/19/08 | | FULL | Copy of Meeting Agenda |
| 26 | | 3/19/08 | | FULL | Photo of Electronic Randomizer |
| 34 | | 3/19/08 | ~~ID~~ | FULL | Technical Specifications for Dice Randomizer |
| 43 | | 3/19/08 | | FULL | Engineering drawing for dice design |
| | | DAY 4 | | | |
| Defendant → 95 | | 3/20/08 | ~~ID~~ | FULL | Video Tape of Commercials for Monopoly |
| | G | 3/20/08 | ID | | Agenda for Monopoly Millennium Team Meeting |
| 44 | | 3/20/08 | ~~ID~~ | FULL | 7/10/98 Memorandum |
| 37 | | 3/20/08 | ~~ID~~ | FULL | 7/10/98 Memo from Jim Ryan |
| | KT | 3/20/08 | ~~ID~~ | FULL | Photo of Dice with Arabic Numerals |
| 79 | | 3/20/08 | ~~ID~~ | FULL | 8/13/98 Team Review of Monopoly Millennium |
| 68 | | 3/20/08 | | FULL | Monopoly Millenium Dice Summary |
| 73 | | 3/20/08 | ~~ID~~ | FULL | Purchase Order for Bagged Dice |
| 100 | | 3/20/08 | | FULL | 10/25/99 E-mail from Tim Haskins |
| | Z-1 | 3/20/08 | | FULL | E-mail dated 11/2/99 |
| — | — | 3/20/08 | — | — | W-9 Eileen Sefchick via Video Deposition |
| Defendant 26A | | 3/20/08 | | FULL | Randomizer |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Michael Bowling v. Hasbro, Inc. CASE NUMBER: CA05-229S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | KS | 3/20/08 | | FULL | Hasbro Dice |
| | KT-1 | 3/20/08 | | FULL | Gray Die |
| | LS-1 | 3/20/08 | | FULL | Meeting Agenda with notations |
| 38 | | 3/20/08 | | FULL | 7/9/98 Team Meeting Notes |
| 46 | | 3/20/08 | | FULL | Invoices 1st 2 pages only |
| 76 | | | | FULL | 8/4/99 E-mail |
| | BI | | | FULL | Excerpts from "Inside Santa's Workshop" |
| | BH | 3/20/08 | | FULL | Excerpts from the Toy + Game Inventors Handbook |
| 221 | | 3/20/08 | | FULL | Court drawing by Michael Bowling |
| | X | 3/20/08 | | FULL | E-mail dated 10/28/99 |
| | MA | 3/20/08 | | FULL | Court drawing by Michael Hirtle |
| | | DAY 5 | | | |
| 222 | | 3/21/08 | | FULL | Toy Building Block |
| 223 | | 3/21/08 | | FULL | US Patent Building Block |
| | BH-1 | 3/21/08 | | FULL | Book "The Toy and Game Inventor's Handbook |
| | BI-1 | 3/21/08 | | FULL | Book "Inside Santa's Workshop |
| 224 | | 3/21/08 | ~~ID~~ | FULL | Court drawing/mathmatics by Michael Hirtle |
| 225 | | 3/21/08 | | FULL | Hasbro's Amended Objections 1pg. |
| — | — | 3/21/08 | — | — | W-10 Deposition of Julie Daulton read into the record |
| | LL | 3/21/08 | | FULL | Pictures of 21-compartment Display Case |
| | MB | 3/21/08 | | FULL | Photo of Dice |
| | FJ | 3/21/08 | | FULL | US Patent dated January 28, 1986 |
| | FL | 3/21/08 | | FULL | US Patent dated March 30, 1982 |
| | HN | 3/21/08 | | FULL | US Patent dated March 10, 1931 |
| | FP | 3/21/08 | | FULL | US Patent dated September 9, 1975 |
| | GY | 3/21/08 | | FULL | US Patent date 5/26/1925 |
| | O | 3/21/08 | ~~ID~~ | FULL | Memorandum dated May 5, 1998 |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Michael Bowling V. Hasbro, Inc.

CASE NUMBER: CA05-229S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | AT | 3/21/08 | | FULL | Cost Estimates for Monopoly Millennium |
| | K | 3/21/08 | | FULL | F.E.P. Evaluation Report |
| | L | 3/21/08 | | FULL | Test Report dated 3/16/99 |
| | KL | 3/21/08 | | FULL | Monopoly Avon Special Game |
| | AP | 3/21/08 | | FULL | Purchase Order for Dice |
| | U | 3/21/08 | | FULL | Request for Deviation |
| 59 | | 3/21/08 | ID | | Photo of Monopoly Millennium Avon Edition |
| | Z-2 | 3/21/08 | ~~ID~~ | FULL | E-mail dated 11/2/99 pg. 2 |
| | CI | 3/21/08 | | FULL | Memo dated 8/27/98 |
| | BO | 3/21/08 | ~~ID~~ | FULL | Letter dated 1/20/98 |
| 226 | | 3/21/08 | | FULL | Bag of Dice |
| 227 | | 3/21/08 | | FULL | Tub for Dice |
| | | DAY 6 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |