IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - -

MICHAEL BOWLING, :
:
Plaintiff, :
:
v. : C.A. No. 05-229S
:
HASBRO, INC. :
:
Defendant. :

- - - - - - - - - - - - - - - -

**VERDICT FORM**

1. Do you find by a preponderance of the evidence that Mr. Bowling continuously marked substantially all of his dice, or if not practical, the packaging of the dice, with his patent number from August 17, 1999, through November 10, 1999?

YES ✓ NO ______

(A "YES" answer to this question is a finding for Mr. Bowling. A "NO" answer is a finding for Hasbro, Inc.)

**NOTE**: If you answered "YES" to question Number 1, go to question Number 2. If you answered "NO" to question number 1, skip question Number 2 and go to question Number 3. Do not answer **both** question Number 2 and question Number 3.

2. If you answered "Yes" to question Number 1: what are Mr. Bowling's damages for Hasbro's infringing sales on and after August 17, 1999?

$ 446,182.40

3. If you answered "NO" to question Number 1: what are Mr. Bowling's damages for Hasbro's infringing sales on and after November 10, 1999?

$ ____________

4. Do you find that Mr. Bowling has shown by clear and convincing evidence that Hasbro's infringement of Mr. Bowling's patent was willful?

YES ______ NO ✓

(A "YES" answer to this question is a finding for Mr. Bowling. A "NO" answer is a finding for Hasbro.)

Signature of Foreperson [signature]

Date: 3/24/08