UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

MICHAEL BOWLING
Plaintiff
V.

Case Number: C.A. NO. 05-229S

HASBRO, INC.
Defendant

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED**

**In accordance with the jury's verdict, Judgment shall enter in favor of the Plaintiff, Michael Bowling against the Defendant, Hasbro, Inc. in the amount of $446,182.40.**

**March 24, 2008**
Date

Wendy Seile
Clerk
(By) Deputy Clerk