AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions above*

**FOR COURT USE ONLY**

**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. NAME<br>Tom Leach | 2. PHONE NUMBER<br>(612) 332-5300 | 3. DATE<br>4/2/2008 | |
| 4. MAILING ADDRESS<br>80 South 8th Street, Suite 3200 | 5. CITY<br>Minneapolis | 6. STATE<br>MN | 7. ZIP CODE<br>55402 |
| 8. CASE NUMBER<br>05-229S | 9. JUDGE<br>William E. Smith | DATES OF PROCEEDINGS<br>10. FROM 3/17/2008 | 11. 3/24/2008 |
| 12. CASE NAME<br>Bowling v. Hasbro, Inc. | | LOCATION OF PROCEEDINGS<br>13. Courtroom 2, Providence | 14. |

15. ORDER FOR

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | We would like all portions of |
| ☐ SENTENCING | | | the transcript for this trial |
| ☐ BAIL HEARING | | | SPLITTING Cost w/ Defendar |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☒ | NO. OF COPIES | | 2,220.00 |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 2,220.00

| | |
|---|---|
| 18. SIGNATURE s/Tom Leach | PROCESSED BY |
| 19. DATE 4/4/2008 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY<br>Anne Clayton | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 2,220.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 2,220.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 2,220.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY

Print Save As... Export as FDF Retrieve FDF File Reset