IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**PLAINTIFF MICHAEL BOWLING'S MOTION FOR PRE- AND POST-JUDGMENT INTEREST**

Plaintiff, Michael Bowling ("Bowling") moves under 35 U.S.C. §284 and Fed. R. Civ. P 59(e) to alter or amend the judgment to include an award of pre- and post-judgment interest in the amount of 12% per annum. *R.I. Gen. Laws. § 9-21-10(a).*

The Court of Appeals for the Federal Circuit has held that "[p]rejudgment interest [is] the rule, not the exception," *Crystal Semiconductor Corp. v. Tritech Microelectronics Int'l, Inc.*, 246 F.3d 1336, 1361 (Fed. Cir. 2001), and "has no punitive, but only compensatory purposes," *Oiners v. Walgreen Co.*, 88 F.3d 1025, 1033 (Fed. Cir. 1996). Hence, "[t]he normal procedure under *Devex* is to award prejudgment interest from the date of infringement to the date of payment." *Bio-Rad Labs., Inc. v. Nicolet Instrument Corp.*, 807 F.2d 964, 967 (Fed. Cir. 1986).

Michael Bowling,
By His Attorneys,

Date: April 7, 2008

/s/Thomas J. Leach

Anthony R. Zeuli *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

## CERTIFICATE OF SERVICE

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within **Motion for Pre- and Post-Judgment Interest** was filed through the ECF system on the 7th day of April, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/ Craig M. Scott

H:\Clients\Bowling\Pleadings\Motion for Interest.DOC