IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**PLAINTIFF MICHAEL BOWLING'S MOTION FOR AWARD OF COSTS**

On March 24, 2008, the Court entered Judgment in favor of Plaintiff Michael Bowling and against Defendant Hasbro, Inc.. Pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54 (d)(1) and LR Cv 54, Plaintiff Michael Bowling moves for an award of prevailing party costs in the amount of $28,966.62. As grounds for this Motion, Plaintiff relies on the Bill of Costs specifying each item of costs claimed and the Memorandum of Law and supporting affidavit of Thomas J. Leach, Esq. filed herewith.

Respectfully Submitted,
Michael Bowling
By His Attorneys,

Dated: April 7, 2008

s/Thomas Leach
Anthony R. Zeuli *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Plaintiff Michael Bowling's Motion for Award of Costs* was filed with the Court via ECF on the 7th day of April, 2008, and will be sent electronically to the above-named counsel.

s/Thomas J. Leach_______
Thomas J. Leach