IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF MICHAEL BOWLING'S MOTION FOR AWARD OF COSTS**

On March 24, 2008, the Court entered Judgment in favor of Plaintiff Michael Bowling against Defendant Hasbro, Inc. Pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d)(1) and LR Cv 54(b)(2), Plaintiff Michael Bowling has moved that the following costs be taxed against Defendant:

A. Fees of the Clerk

| | |
|---|---|
| 1. United States District Court complaint filing fee | $ 250.00 |
| **Subtotal** | **$ 250.00** |

B. Fees for Service of Summons and Subpoena

| | |
|---|---|
| 1. Metro Legal Services, Process Server<br>Deposition of Eileen Sefchick | $ 245.00 |
| 2. Metro Legal Services, Process Server<br>Depositions of Michael Hirtle, Michael Gray, Kurt Benson, and Dorothy Echlin | $ 235.00 |
| **Subtotal** | **$ 480.00** |

C. <u>Fees of the Court Reporter for all or Any Part of the Stenographic Transcript Necessarily Obtained for Use in the Case</u>

| | |
|---|---|
| 1. Anne Clayton<br>October 26 and 27, 2006 hearing transcript | $1,138.50 |
| 2. Anne Clayton<br>January 16, 2008 *Daubert* hearing | $ 275.04 |
| 3. Anne Clayton<br>January 24, 2008 Barry Sussman, *Daubert* hearing | $ 448.88 |
| 4. Anne Clayton<br>March 4, 2008 Motion in Limine hearing | $ 187.00 |
| 5. Anne Clayton<br>March 13, 2008 Pretrial conference | $ 116.80 |
| 6. Anne Clayton<br>March 17 – 24, 2008 Trial transcripts | $2,220.00[1] |
| 7. Vivian Dafoulas & Associates<br>January 17, 2006 deposition of Kurt Benson<br>January 17, 2006 deposition of Dorothy Echlin<br>January 17, 2006 deposition of Michael Hirtle<br>January 17, 2006 deposition of Doreen Mars | $1,467.00 |
| 8. Pro-System Video Services<br>April 21, 2006 deposition of Michael Gray | $1,059.60 |
| 9. Esquire Deposition Services<br>January 16, 2006 deposition of Michael Bowling | $ 896.30 |
| 10. Esquire Deposition Services | |
| March 17, 2006 depositions of Albert and Susan Lizarraga | $ 881.63 |
| March 17, 2006 video of Lizarraga depositions | $ 185.25 |
| 11. Shepherd Data Services, Inc.<br>Capture and synchronization of Albert and<br>Susan Lizarraga deposition | $ 249.04 |
| 12. Esquire Deposition Services<br>March 6, 2006 deposition of Eileen Sefchick | $1042.90 |

[1] Pretrial Conference and Trial Transcript costs are estimates provided by Anne Clayton, Court Reporter. Once actual amounts are determined, they will be provided to the Court.

| | |
|---|---|
| 13. Shepherd Data Services, Inc. | |
| Capture and synchronization of Eileen Sefchick deposition | $ 267.77 |
| 14. Esquire Deposition Services | |
| April 11, 2006 deposition of Julie Daulton | $ 574.95 |
| 15. Esquire Deposition Services | |
| April 14, 2006 deposition of Steen Jenson | $ 428.40 |
| 16. Esquire Deposition Services | |
| May 22, 2006 deposition of Kevin Cook | $1,236.75 |
| 17. Esquire Deposition Services | |
| May 24, 2006 deposition of Neil Lapidus | $1,051.15 |
| 18. Esquire Deposition Services | |
| March 8, 2008 deposition of Eric Burke | $1,203.25 |
| March 8, 2008 video of Eric Burke deposition | $ 289.50 |
| **Subtotal** | **$15,219.71** |

*See Ryther v. KARE 11*, 864 F.Supp. 1525, 1534 (D. Minn. 1994); *Shimek v. Michael Wenig, AG*, No. Civ. 99-2015 (JRT/FLN), 2003 WL 328038 (D. Minn., Feb. 10, 2003) ("The costs of transcripts, however, may nonetheless be taxable if the deposition appeared reasonably necessary to the parties when it was taken.").

D. Witness Fees and Travel Costs

| | |
|---|---|
| 1. Witness and mileage fee | |
| Trial subpoena of Michael Hirtle | $ 121.00 |
| 2. Witness and mileage fee | |
| Trial subpoena of Kurt Benson | $ 78.00 |
| 3. Witness and mileage fee | |
| Trial subpoena of Dorothy Echlin | $ 124.00 |
| 4. Witness and mileage fee | |
| Trial subpoena of Michael Gray | $ 126.00 |
| 5. Michael Bowling Trial Costs | |
| Airfare | $ 810.00 |
| Subsistence for 8 days at the GSA-approved rate (for Providence, Rhode Island) of $200/day | $1,600.00 |
| **Subtotal** | **$2,859.00** |

E. Fees for Exemplification and Copies of Paper Necessarily Obtained for Use in the Case

| | |
|---|---|
| 1. K&B Copy Group | $1,101.76 |
| 2. WarRoom Document Solutions | $ 660.30 |
| 3. Advanced Patent Services<br>Copy of file history | $ 196.95 |
| 4. Advanced Patent Services<br>Certified copy file history | $ 331.87 |
| 5. Advanced Patent Services<br>Certified copy of patent | $ 60.73 |
| 6. Specialized Patent Services<br>Electronic copy of prosecution histories | $ 563.00 |
| 7. In-house Monthly Photocopy Charges (20¢ per page): | |
| June, 2004 | $ 2.40 |
| July, 2004 | $ 8.40 |
| August, 2005 | $ 115.20 |
| September, 2005 | $ 29.20 |
| October, 2005 | $ 141.60 |
| November, 2005 | $ 67.20 |
| December, 2005 | $ 503.20 |
| January, 2006 | $1,639.40 |
| February, 2006 | $ 227.60 |
| March, 2006 | $ 340.60 |
| April, 2006 | $ 379.40 |
| May, 2006 | $1,216.80 |
| June, 2006 | $ 468.60 |
| July, 2006 | $ 136.60 |
| August, 2006 | $ 8.20 |
| September, 2006 | $ 54.40 |
| October, 2006 | $ 218.00 |
| November, 2006 | $ 15.60 |
| December, 2006 | $ 19.60 |
| June, 2007 | $ 43.20 |
| July, 2007 | $ 71.00 |
| August, 2007 | $ 98.80 |
| September, 2007 | $ 0.20 |
| October, 2007 | $ 0.80 |
| November, 2007 | $ 116.10 |
| December, 2007 | $ 809.60 |
| January, 2008 | $ 318.80 |

| | |
|---|---|
| February, 2008 | $ 43.60 |
| March, 2008 | $ 149.20 |
| **Subtotal** | **$10,157.91** |

## COSTS SUMMARY

| | | |
|---|---|---|
| A. | Fees of the Clerk | 250.00 |
| B. | Fees for Service | 480.00 |
| C. | Fees of the Court Reporter | 15,219.71 |
| D. | Witness Fees and Travel Costs | 2,859.00 |
| E. | Fees for Exemplification and Copies | 10,157.91 |
| | TOTAL | 28,966.62[2] |

Each of the above referenced costs is correct and all services reflected herein were actually performed and were necessary to the presentation of Plaintiff's case. (See Affidavit of Thomas Leach, Exhibit A.) In addition, all disbursement reflected herein and on Plaintiff's Bill of Costs represent obligations actually incurred and necessary to the presentation of Plaintiff's case.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court award them prevailing part costs pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d)(1) and LR Cv 54 in the amount of 28,966.62.

[2] Documents supporting each itemized cost are attached hereto as Exhibit A.

Respectfully Submitted,

Michael Bowling,
By His Attorneys,

Date: April 7, 2008

s/Thomas J. Leach

Anthony R. Zeuli *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Plaintiff Michael Bowling's Memorandum of Law in Support Plaintiff Michael Bowling's Motion for Award of Costs* was filed with the Court via ECF on the 7th day of April, 2008, and will be sent electronically to the above-named counsel.

s/Thomas J. Leach________
Thomas J. Leach