IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona, | : | |
| Plaintiff, | : | C.A. No. 05-229S |
| v. | : | |
| HASBRO, INC.,<br>a Rhode Island Corporation, | : | |
| Defendant. | : | |

**AFFIDAVIT OF THOMAS J. LEACH IN SUPPORT OF PLAINTIFF MICHAEL BOWLING'S MOTION FOR AWARD OF COSTS**

THOMAS J. LEACH, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the firm of Merchant & Gould. P.C., 3200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, and I am admitted *pro hac vice* to practice before this Court. I offer this Affidavit in support of Plaintiff Michael Bowling's Motion for Award of Costs.

2. I reviewed the proposed Bill of Costs filed pursuant to LR Cv 54(b)(1). The amounts listed on Plaintiff's proposed Bill of Costs are correct.

3. All services reflected in the Bill of Costs were actually performed and were necessary to the presentation of Plaintiff's case.

4. All disbursements reflected in the Bill of Costs represent obligations actually incurred and necessary to the presentation of Plaintiff's case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Minneapolis, Minnesota on April 7, 2008.

Thomas J. Leach