# Exhibit A

PART 1 OF 3

Tue May 24 16:16:55 2005

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 60318
Cashier fmccabe

Check Number:

DO Code Div No
4670 1

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 60.00 |
| 2:510000 | N | 2 | 190.00 |

Total Amount $ 250.00

DUFFY, SWEENEY & SCOTT, LTD., 1 TURKS HD. PL., STE. 1200, PROV. 02903

FILING FEE IN CA. 05-229 S

cn

**Evelyn Fahey**

**From:** Theresa M. Benson
**Sent:** Thursday, August 25, 2005 10:22 AM
**To:** Evelyn Fahey
**Subject:** check request

V393

We will need a check in the sum of $100 payable to Federal Board of Bar Examiners in the matter of Bowling/Hasbro for filing fee of two pro hac vice motions (Leach and Williams). Thanks. T.

Theresa Benson
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
401-455-0700, ext 246
401-455-0701 (fax)

# 198.00

gl 5060.00

POSTED

DUFFY SWEENEY & SCOTT, LTD

Vendor: 393 Federal Board of Bar Examiners

5846

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 08/25/05 | Bowling/Hasbro: Filing fee of two pro hav vice motions | 198.00/TMB | 100.00 | | 100.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 08/25/05 | 5846 | 100.00 | 0.00 | 100.00 |

SF4001-1SC
SAFEGUARD LITHO USA SFSL2 CK7S08112L TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 401-739-9696 H840GW0010000 L05SF004809

**METRO LEGAL SERVICES**
**Legal Support Specialists Since 1969**

**Invoice 1030994**
**Invoice Date 02/21/06**

Page 1

Suite 150
330 2nd Ave South
Minneapolis, MN 55401-2217 USA
Phone: 612/332-0202 Fax: 612/332-5215
www.metrolegal.com Corp Fed Tax ID 41-1254535

Service of Process
Court Filings
Courier Service
Public Records Searches
Real Property Recordings
Nationally Arranged Services
Skip Tracing
Asset Searches

**Send To:**

Jody Pizzala
Merchant & Gould, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Customer Original

| Customer | Type | Ship Via | Our Order Number | Terms |
|---|---|---|---|---|
| MERGO | | | 543633 | Net 30 Days |

| Billing Reference | Cust Service ID | Order Date |
|---|---|---|
| 12206.4USZA | JS | 02/09/06 |

| Code | Service Item | Item Description | Amount |
|---|---|---|---|
| 13 | NS1Z | Nationally Arranged Service-Priority Rush<br>Priority Rush Rate: Arranged Service on: Eileen Sefchick<br>Fremont, CA | 160.00 |
| 13 | AF | Advanced Fees | 80.00 |
| 14 | AFC | Check Handling Charge | 5.00 |

Includes any applicable fuel surcharge.
There will be no charge if we are unable to complete your request due to circumstances within our control. We will do everything reasonably possible to effectively complete your request to your stated specifications and deadline and/or keep you informed of any delays or problems which occur. Under no circumstances can we be held responsible for consequential or incidental damages.

| | |
|---|---|
| Tax | 0.00 |
| Total Invoice | 245.00 |

**Remittance Stub**

Customer Original

Jody Pizzala
Merchant & Gould, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

**Invoice 1030994**
**Invoice Date 02/21/06**
**Customer MERGO**
Billing Ref 12206.4USZA

***METRO LEGAL SERVICES***
Suite 150
330 2nd Ave South
Minneapolis, MN 55401-2217 USA
Telephone: 612/332-0202

| | |
|---|---|
| Tax | 0.00 |
| **Total Invoice** | **245.00** |

Terms: Net 30 Days

# METRO LEGAL SERVICES

**Legal Support Specialists Since 1969**

# Invoice 1360235

**Invoice Date 12/24/07**

Page 1

Suite 150
330 2nd Ave South
Minneapolis, MN 55401-2217 USA
Phone: 612/332-0202 Fax: 612/332-5215
www.metrolegal.com Corp Fed Tax ID 41-1254535

Service of Process
Court Filings
Courier Service
Public Records Searches
Real Property Recordings
Nationally Arranged Services
Skip Tracing
Asset Searches

**Send To:**

Kristin Drieman
Merchant & Gould, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Customer Original

| Customer | Type | Ship Via | Our Order Number | Terms |
|---|---|---|---|---|
| MERGO | | | 801312 | Net 30 Days |

| Billing Reference | Cust Service ID | Order Date |
|---|---|---|
| 12206.4-US-ZA | JL/John Levesque (612)349-9521 | 12/05/07 |

| Code | Service Item | Item Description | Amount |
|---|---|---|---|
| 13 | NS1Z | Nationally Arranged Service-Priority Rush<br>Michael Hirtle in Providence, RI<br>Providence | 160.00 |
| 13 | NS1Z | Nationally Arranged Service-Priority Rush<br>Michael Gray in Providence, RI<br>Providence | 25.00 |
| 13 | NS1Z | Nationally Arranged Service-Priority Rush<br>Kurt Benson in Pvodidence, RI<br>Providence | 25.00 |
| 13 | NS1Z | Nationally Arranged Service-Priority Rush<br>Dorothy Echlin in Providence, RI<br>Providence | 25.00 |

Includes any applicable fuel surcharge.
There will be no charge if we are unable to complete your request due to circumstances within our control. We will do everything reasonably possible to effectively complete your request to your stated specifications and deadline and/or keep you informed of any delays or problems which occur. Under no circumstances can we be held responsible for consequential or incidental damages.

| | |
|---|---|
| Tax | 0.00 |
| Total Invoice | 235.00 |

**Remittance Stub**

Customer Original

Merchant & Gould, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

# Invoice 1360235

**Invoice Date** 12/24/07
**Customer** MERGO
Billing Ref 12206.4-US-ZA

***METRO LEGAL SERVICES***
Suite 150
330 2nd Ave South
Minneapolis, MN 55401-2217 USA
Telephone: 612/332-0202

Tax 0.00
**Total Invoice 235.00**

Terms: Net 30 Days

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

INVOICE NO: 20070010

Thomas J. Leach, Esq.
Merchant & Gould, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 332-5300

**MAKE CHECKS PAYABLE TO:**

Anne M. Clayton, RPR
United States Court Reporter
One Exchange Terrace
Providence, RI 02903
Phone: (401) 255-2310

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 11-10-2020

DATE DELIVERED: 01-10-2007

**Case Style:** 05-229S, Michael Bowling v Hasbro, Inc.
E-mail copy and copy of hearing dated October 26 & 27, 2006 before Judge William E. Smith.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 345 | 3.30 | 1,138.50 | | | | | | | 1,138.50 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 1,138.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $1,138.50 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE Anne M. Clayton

DATE 01-10-2007

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

INVOICE NO: 20080010

Anthony Zeuli, Esq.
Merchant & Gould, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 332-5300

**MAKE CHECKS PAYABLE TO:**

Anne M. Clayton, RPR
United States Court Reporter
One Exchange Terrace
Providence, RI 02903
Phone: (401) 255-2310

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 01-18-2008

DATE DELIVERED: 01-23-2008

**Case Style:** 05-229, Bowling v Hasbro
Copy of Daubert hearing on January 16, 2008 before Judge William E. Smith.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 191 | 2.88 | 550.08 | | | | | | | 550.08 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 550.08 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:** **Amt:** | TOTAL DUE: | $550.08 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE Anne M. Clayton

DATE 1/23/08

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

INVOICE NO: 20080016

Anthony Zeuli, Esq.
Merchant & Gould, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 332-5300

ENTERED FEB 0 4 2008

**MAKE CHECKS PAYABLE TO:**
Anne M. Clayton, RPR
United States Court Reporter
One Exchange Terrace
Providence, RI 02903
Phone: (401) 255-2310

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 01-24-2008

DATE DELIVERED: 02-05-2008

**Case Style:** 05-229, Michael Bowling v Hasbro
Copy of Testimony of Barry Sussman taken on January 24, 2008, before Judge William E. Smith.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 48 | 2.58 | 123.84 | | | | | | | 123.84 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 123.84 |
| $225.04 still owed on | LESS DISCOUNT FOR LATE DELIVERY: | |
| Inv. # 20080010 | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid: Amt: | TOTAL DUE: | ~~$123.84~~ $448.88 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE Anne M. Clayton DATE 2/5/08

(All previous editions of this form are cancelled and should be destroyed)

12206.4452A

A044
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

INVOICE NO: 20080029

Anthony Zeuli, Esq.
Merchant & Gould, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 332-5300

ENTERED MAR 13 2008

**MAKE CHECKS PAYABLE TO:**

Anne M. Clayton, RPR
United States Court Reporter
One Exchange Terrace
Providence, RI 02903

Phone: (401) 255-2310

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 03-04-2008

DATE DELIVERED: 03-11-2008

**Case Style:** 05-229, Bowling v Hasbro

Copy of Motions In Limine on March 4, 2008, before Judge William E. Smith.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 44 | 4.25 | 187.00 | | | | | | | 187.00 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 187.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:** **Amt:** | TOTAL DUE: | $187.00 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE Anne M. Clayton DATE 3/11/08

*(All previous editions of this form are cancelled and should be destroyed)*

**Vivian S. Dafoulas**
50 Fieldstone Drive
East Greenwich, RI 02818-2064
TEL. (401) 885-0992
FAX (401) 885-1355

# INVOICE

**E.I.N. 05-0518991**

BILL TO

Thomas J. Leach, Esquire
Merchant & Gould PC
3200 IDS Center
80 South Eighth Street
Moinneapolis, MN 55402

| DATE | TERMS |
|---|---|
| 01/29/2006 | Net 30 |

| DESCRIPTION | AMOUNT |
|---|---|
| MICHAEL BOWLING vs. HASBRO, INC. | |
| DEPOSITIONS OF:<br>KURT BENSON<br>DOROTHY ECHLIN<br>MICHAEL HIRTLE<br>DOREEN MARS | |
| TAKEN ON JANUARY 17, 2006, AT THE OFFICES OF DUFFY, SWEENEY & SCOTT, ONE TURKS HEAD PLACE, PROVIDENCE, RI | |
| Appearance Fee - day and evening | 200.00 |
| Transcript: Original and one copy, ASCII, e-transcript | 1,267.00 |
| It's been a pleasure working with you! **Total** | $1,467.00 |

PAST DUE ACCOUNTS:
1.5% PER MONTH SERVICE CHARGE

PRO-SYSTEMS
COURT REPORTING & VIDEO SERVICES
327 BLAKE ROAD NORTH
MINNEAPOLIS, MN 55343
prosystemsweb.com

# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | Net 30 | 4/21/2006 | ri60421gra1 |

SOLD TO

**Merchant & Gould**
**80 South Eighth Street**
**Suite 3200**
**Minneapolis, MN 55402**
**Attn: Kristin D. Drieman**

| | |
|---|---|
| SERVICE PROVIDED | **Court Reporting** |
| JOB DATE | **4/21/2006** |
| COURT REPORTER | **Rhode Island** |
| WITNESS | **Michael L. Gray** |
| **Michael Bowling, et al., vs. Hasbro, Inc., et al.** | |
| **Total** | **$1,059.60** |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 121 | O & 1 Copy of Transcript | 4.40 | 532.40 |
| 121 | Rough Draft | 1.50 | 181.50 |
| 4 | Appearance | 40.00 | 160.00 |
| 1 | ASCII Disk | 10.00 | 10.00 |
| 1 | CD | 10.00 | 10.00 |
| 42 | CD B&W Scanning | 0.30 | 12.60 |
| 19 | CD Color Scanning | 1.20 | 22.80 |
| 1 | Condensed Transcript | 30.00 | 30.00 |
| 4 | Exhibit Copies Color | 1.20 | 4.80 |
| 42 | Exhibit Copies | 0.25 | 10.50 |
| 1 | Miscellaneous Supplies | 10.00 | 10.00 |
| 1 | Summation TranSend | 45.00 | 45.00 |
| 1 | Shipping | 15.00 | 15.00 |
| 1 | Shipping | 15.00 | 15.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |

PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES
327 BLAKE ROAD N. • MINNEAPOLIS, MN 55343 952/939-0091 • FAX 952/939-0234

**PLEASE REMIT CHECK TO:** **PVS, INC.**
**327 BLAKE ROAD NORTH**
**MINNEAPOLIS, MN 55343**

prosystemsweb.com

EMAIL accounting@prosystemsweb.com

**An interest rate of 1.3% will be charged after 30 days.**

**Thank you for using PRO-SYSTEMS**

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
10 Weybosset Street, Suite 402
Providence, RI 02903
401-456-0990 FAX 401-456-0991

2214 AFONE01

ENTERED
MAR 2 3 2006
Accounting

To:

Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ATTN : Douglas J. Williams, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 1887ERI | 02/13/06 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: BOWLING, MICHAEL V HASBRO INC | | |
| SERVICES PROVIDED ON 01/16/06: | | |
| Michael Bowling | 786.50 | 1CC |
| Condensed Transcript | 25.00 | |
| Auto Run CD-ROM | 35.00 | |
| Archiving Fee | 15.00 | |
| UPS Shipping | 34.80 | |
| BALANCE DUE — TOTAL | 896.30 | Thank You! |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(401) 456-0990
Fax (401) 456-0991

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 2214 TOT: $896.30
INVOICE #: 1887ERI
DATE: 02/13/06

Merchant & Gould
Attn: Douglas J. Williams, Esq.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
10 Weybosset Street, Suite 402
Providence, RI 02903
401-456-0990 FAX 401-456-0991

2371 KATHF01

To:

Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ATTN : Thomas Leach, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 2017ERI | 03/31/06 |

ENTERED
MAY 04 2006
Accounting

Due Upon Receipt

YOUR REFERENCE NUMBER:

CAPTION:

BOWLING, MICHAEL V HASBRO INC

| | AMOUNT DUE | ENCL. |
|---|---|---|
| SERVICES PROVIDED ON 03/17/06: | | |
| Albert Lizarraga | 309.00 | 1CC |
| Susan Lizarraga | 45.00 | 1CC |
| Condensed Transcript | 50.00 | |
| Ascii disk | 50.00 | |
| 2 Day Expedited - copy 90% | 318.60 | |
| Exhibits & tabs B&W | 51.75 | |
| Archiving Fee | 15.00 | |
| UPS Shipping | 42.28 | |
| TOTAL | 881.63 | Thank You! |

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(401) 456-0990
Fax (401) 456-0991

Please detach and send with payment

Remit To:

Esquire Deposition Services, LLC
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 2371 TOT: $881.63
INVOICE #: 2017ERI
DATE: 03/31/06

Merchant & Gould
Attn: Thomas Leach, Esq.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

ESQUIRE DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
10 Weybosset Street, Suite 402
Providence, RI 02903
401-456-0990 FAX 401-456-0991

2370 KATHF01

To:

Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ENTERED
MAY 08 2006
Accounting

| INVOICE NUMBER | DATE |
|---|---|
| 2037ERI | 04/04/06 |

ATTN : Douglas J. Williams, Esq.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: | | |
| BOWLING, MICHAEL V HASBRO INC | | |
| SERVICES PROVIDED ON 03/17/06: | | |
| Albert & Susan Lizarraga | | |
| DVD Conversion | 165.00 | |
| UPS Shipping | 20.25 | |
| TOTAL | 185.25 | *Thank You!* |

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(401) 456-0990
Fax (401) 456-0991

Please detach and send with payment

---

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 2370 TOT: $185.25
INVOICE #: 2037ERI
DATE: 04/04/06

Merchant & Gould
Attn: Douglas J. Williams, Esq.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ESQUIRE DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

Shepherd Data Services, Inc.
11333 - 91st Avenue North, Suite A
Maple Grove, Minnesota 55369

Phone # 763-315-0505
Federal Tax ID: 46-0469044

# Invoice

| Date | Invoice # |
|---|---|
| 10/11/2006 | 10100602 |

| Bill To |
|---|
| Merchant & Gould<br>80 S. 8th Street<br>3200 IDS Center<br>Minneapolis, MN 55402<br>Attn: Kyle Neitzel |

12206.4USZA

| Terms | Rep | Project |
|---|---|---|
| Net 15 | CJC | Bowling v. Hasbro |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2.77 | 2.77 hrs - MPEG Capture and Synchronization | 75.00 | 207.75T |
| 1 | CD - Original | 25.00 | 25.00T |
| | Minneapolis Sales Tax | 7.00% | 16.29 |
| | ALBERT LIZARRAGA | | |
| | | **Total** | $249.04 |

| Fax # | E-mail |
|---|---|
| 763-315-3612 | cchalstrom@shepherddata.com |

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
10 Weybosset Street, Suite 402
Providence, RI 02903
401-456-0990 FAX (401) 456-0991

2307 ESQ 08

ENTERED
APR 12 2006
Accounting

| INVOICE NUMBER | DATE |
|---|---|
| 2021ERI | 03/31/06 |

To:

Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ATTN : Douglas J. Williams, Esq.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: BOWLING, MICHAEL V HASBRO INC | | |
| SERVICES PROVIDED ON 03/06/06: Eileen Sefchick | 418.90 | 1CC |
| Condensed Transcript | 25.00 | |
| Auto Run CD-ROM | 35.00 | |
| Rough ascii disk | 213.00 | |
| Archiving Fee | 15.00 | |
| UPS Shipping | 15.75 | |
| TOTAL | 722.65 | Thank You! |

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(401) 456-0990
Fax (401) 456-0991

Please detach and send with payment

Remit To:

Esquire Deposition Services, LLC
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 2307 TOT: $722.65
INVOICE #: 2021ERI
DATE: 03/31/06

Merchant & Gould
Attn: Douglas J. Williams, Esq.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

ESQUIRE DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
10 Weybosset Street, Suite 402
Providence, RI 02903
401-456-0990 FAX 401-456-0991

2306 ESQ 08

To:

Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ATTN : Douglas J. Williams, Esq.

ENTERED
MAY 08 2006
Accounting

| INVOICE NUMBER | DATE |
|---|---|
| 2155ERI | 04/29/06 |

05/01/06

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: BOWLING, MICHAEL V HASBRO INC | | |
| SERVICES PROVIDED ON 03/06/06: | | |
| Eileen Sefchick | | |
| DVD Conversion | 300.00 | |
| UPS Shipping | 20.25 | |
| BALANCE DUE — TOTAL | 320.25 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(401) 456-0990
Fax (401) 456-0991

**Please detach and send with payment**

---

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 2306 TOT: $320.25
INVOICE #: 2155ERI
DATE: 05/01/06

Merchant & Gould
Attn: Douglas J. Williams, Esq.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ESQUIRE DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

Shepherd Data Services, Inc.

11333 - 91st Avenue North, Suite A
Maple Grove, Minnesota 55369

**Phone #** 763-315-0505

**Federal Tax ID: 46-0469044**

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2006 | 10310604 |

| Bill To |
|---|
| Merchant & Gould<br>80 S. 8th Street<br>3200 IDS Center<br>Minneapolis, MN 55402<br>Attn: Kristen Drieman |

12206.4USZA

| Terms | Rep | Project |
|---|---|---|
| Net 15 | CJC | Bowling v. Hasbro |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2.87 | 2.87 hrs - MPEG Capture and Synchronization | 75.00 | 215.25T |
| 1 | DVD - Original | 35.00 | 35.00T |
| | Minneapolis Sales Tax | 7.00% | 17.52 |
| | | **Total** | $267.77 |

| Fax # | E-mail |
|---|---|
| 763-315-3612 | cchalstrom@shepherddata.com |

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
10 Weybosset Street, Suite 402
Providence, RI 02903
401-456-0990 FAX 401-456-0991

2405 ESQUM01

ENTERED
AUG 10 2006

| INVOICE NUMBER | DATE |
| --- | --- |
| 2201ERI | 05/16/06 |

08/01/06

To:

Mechant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

ATTN : Douglas Williams, Esq. 12206.4452A

Due Upon Receipt

DUPLICATE

| | AMOUNT DUE | ENCL. |
| --- | --- | --- |
| YOUR REFERENCE NUMBER: | | |
| CAPTION: BOWLING, MICHAEL VS. HASBRO INC | | |
| SERVICES PROVIDED ON 04/11/06: | | |
| Julie Daulton 1- 153 153 PGS @ $2.90 | 443.70 | 1CC |
| Exhibits & tabs B&W 101 @ $0.50 | 50.50 | |
| Condensed Transcript | 25.00 | |
| CD w/Ascii, E-tran & Exhibits | 25.00 | |
| Archiving Fee | 15.00 | |
| Shipping & Handling | 15.75 | |
| Thank you | | |
| BALANCE DUE TOTAL | 574.95 | Thank You! |

PAY THIS AMOUNT: 574.95

For Invoice Questions,
Please Call
(401) 456-0990

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 2405 TOT: $574.95
INVOICE #: 2201ERI
DATE: 08/01/06

Mechant & Gould
Attn: Douglas Williams, Esq.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
10 Weybosset Street, Suite 402
Providence, RI 02903
401-456-0990 FAX 401-456-0991

2421 ESQ 08

To:

Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ATTN : Thomas Leach, Esq.

ENTERED
MAY 26 2006
Accounting

| INVOICE NUMBER | DATE |
|---|---|
| 2181ERI | 05/09/06 |

Due Upon Receipt

YOUR REFERENCE NUMBER:

CAPTION:

BOWLING, MICHAEL V HASBRO INC

| | AMOUNT DUE | ENCL. |
|---|---|---|
| SERVICES PROVIDED ON 04/14/06:<br>Steen Jenson | 318.60 | 1CC |
| Condensed Transcript | | |
| CD-ROM w/Etrans Ascii Exhibits | 25.00 | |
| Exhibits & tabs B&W | 35.00 | |
| Exhibits & tabs COLOR | 6.00 | |
| Archiving Fee | 12.00 | |
| UPS Shipping | 15.00 | |
| | 16.80 | |
| TOTAL | 428.40 | Thank You! |

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions, Please Call (401) 456-0990 Fax (401) 456-0991

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 2421 TOT: $428.40
INVOICE #: 2181ERI
DATE: 05/09/06

Merchant & Gould
Attn: Thomas Leach, Esq.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
10 Weybosset Street, Suite 402
Providence, RI 02903
401-456-0990 FAX 401-456-0991

2484 ESQ 10

To:

Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

| INVOICE NUMBER | DATE |
|---|---|
| 2266ERI | 06/14/06 |

ATTN : Thomas Leach, Esq.

Due Upon Receipt

YOUR REFERENCE NUMBER:

CAPTION:

BOWLING, MICHAEL V HASBRO INC

| | AMOUNT DUE | ENCL. |
|---|---|---|
| SERVICES PROVIDED ON 05/22/06: | | |
| Kevin B. Cook | 737.50 | 1CC |
| Condensed Transcript | 25.00 | |
| CD ROM w/ASCII,E-Transcript | 35.00 | |
| Archiving Fee | 15.00 | |
| Exhibits & tabs B&W | 2.00 | |
| Rough ascii disk | 406.50 | |
| Shipping & Handling | 15.75 | |
| Thank you | | |
| TOTAL | 1,236.75 | *Thank You!* |

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(401) 456-0990
Fax (401) 456-0991

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 2484 TOT: $1236.75
INVOICE #: 2266ERI
DATE: 06/14/06

Merchant & Gould
Attn: Thomas Leach, Esq.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ESQUIRE DEPOSITION SERVICES® A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
10 Weybosset Street, Suite 402
Providence, RI 02903
401-456-0990 FAX 401-456-0991

2480 ESQUM01

To:

Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

| INVOICE NUMBER | DATE |
|---|---|
| 2281ERI | 06/16/06 |

ATTN : Thomas Leach, Esq.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: BOWLING, MICHAEL V. HASBRO, INC. | | |
| SERVICES PROVIDED ON 05/24/06: | | |
| Neil N. Lapidus | 715.00 | 1CC |
| Expert/Medical/Technical-Copy | | |
| MINI & CD w/ASCII + E-Tran | 35.00 | |
| Rough ascii disk | 249.00 | |
| Exhibits & tabs B&W | 36.40 | |
| UPS Shipping | 15.75 | |
| Job Site: Minnesota, MN | | |
| Thank you | | |
| TOTAL | 1,051.15 | Thank You! |

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(401) 456-0990
Fax (401) 456-0991

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 2480 TOT: $1051.15
INVOICE #: 2281ERI
DATE: 06/16/06

Merchant & Gould
Attn: Thomas Leach, Esq.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
10 Weybosset Street, Suite 402
Providence, RI 02903
401-456-0990 FAX 401-456-0991

3962 ESQ 36

Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

3924ERI 04/04/08

ATTN : TONY ZEULI, ESQ.

BOWLING, MICHAEL VS. HASBRO INC

SERVICES PROVIDED ON 03/08/08:

| | | |
|---|---|---|
| Eric Burke | 516.25 | 1CC |
| | | |
| 1 Day Expedited - copy 100% | 516.25 | |
| Video deposition rep surcharge | 52.50 | |
| Exhibits & tabs B&W | 22.50 | |
| Condensed Transcript | 25.00 | |
| CD ROM w/ASCII, E-Tran, Exhts | 35.00 | |
| Archiving Fee | 20.00 | |
| Shipping & Handling | 15.75 | |
| Thank you | | |

BALANCE DUE 1,203.25

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(401) 456-0990
Fax (401) 456-0991

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 3962 TOT: $1203.25
INVOICE #: 3924ERI
DATE: 04/04/08

Merchant & Gould
Attn: TONY ZEULI, ESQ.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
10 Weybosset Street, Suite 402
Providence, RI 02903
401-456-0990 FAX 401-456-0991

3961 ESQ 36

Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

3919ERI 03/31/08

04/04/08

ATTN : TONY ZEULI, ESQ.

BOWLING, MICHAEL VS. HASBRO INC

SERVICES PROVIDED ON 03/08/08:

| | |
|---|---|
| Videotaped Deposition of: | |
| ERIC BURKE | |
| CD-ROM Conversion 3.5hrs | 262.50 |
| Shipping & Handling | 27.00 |
| Thank you | |

BALANCE DUE 289.50

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(401) 456-0990
Fax (401) 456-0991

---

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 3961 TOT: $289.50
INVOICE #: 3919ERI
DATE: 04/04/08

Merchant & Gould
Attn: TONY ZEULI, ESQ.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Requestor:
Vendor # / Name: 13074 Kurt Benson

Check Date: 02/29/08 Check # 472625

| VOUCHER | INV. # | DATE | ACCT / DEPT# | | MATTER # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 744685 | 022908-31.00 | 02-29-08 | 265001 10100000 | HARD DISB PAYABLE - (EXP G/L) | 12206.0004USZA | 31.00 |

Detach Statement Before Depositing Check

Total 31.00

CHECK FACE HAS A COLORED BACKGROUND ON WHITE PAPER

**MERCHANT & GOULD**
A Professional Corporation
An Intellectual Property Law Firm
3200 IDS Center (612) 332-5300
Minneapolis, MN 55402-2215

M&I - MN

No. 472625

Check Date: 02/29/2008

17-1-910

PAY THIRTY-ONE AND 00/100 DOLLARS

CHECK AMOUNT
$31.00

TO THE FOLLOWING

Merchant & Gould P.C.

Kurt Benson
Adler, Pollock, Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Alan W Kowalchyk

Two Signatures Required For Amounts Exceeding $5,000

BACK OF DOCUMENT CONTAINS A SECURITY SLOGAN "ORIGINAL DOCUMENT" TO VERIFY AUTHENTICITY.

⑈472625⑈ ⑆075906003⑆ 00001⑉93270⑈