# Exhibit A

PART 2 OF 3

Requestor:

Vendor # / Name: 13074 Kurt Benson

Check Date: 12/05/07 Check # 470525

| VOUCHER | INV. # | DATE | ACCT / DEPT# | | | MATTER # | AMOUNT PAID |
|---|---|---|---|---|---|---|---|
| 737140 | 120507-47.00 | 12-05-07 | 265001 | 10100000 | HARD DISB PAYABLE - (EXP G/L) | 12206.0004USZA | 47.00 |

Detach Statement Before Depositing Check

Total 47.00

CHECK FACE HAS A COLORED BACKGROUND ON WHITE PAPER

**MERCHANT & GOULD**
A Professional Corporation
An Intellectual Property Law Firm
3200 IDS Center (612) 332-5300
Minneapolis, MN 55402-2215

M&I - MN

No. 470525

Check Date 12/05/2007

17-1-910

PAY FORTY-SEVEN AND 00/100 DOLLARS

CHECK AMOUNT
$47.00

TO THE FOLLOWING

Kurt Benson

Merchant & Gould P.C.

Alan W Kowalchyk

Two Signatures Required For Amounts Exceeding $5,000

BACK OF DOCUMENT CONTAINS A SECURITY SLOGAN "ORIGINAL DOCUMENT" TO VERIFY AUTHENTICITY.

⑈470525⑈ ⑆075906003⑆ 00001⑈93270⑈

Requestor:
Vendor # / Name: 13073 Michael Hirtle

Check Date: 12/05/07 Check # 470527

| VOUCHER | INV. # | DATE | ACCT / DEPT# | | MATTER # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 737139 | 120507-47.00 | 12-05-07 | 265001 10100000 | HARD DISB PAYABLE - (EXP G/L) | 12206.0004USZA | 47.00 |

**Detach Statement Before Depositing Check**

Total 47.00

**MERCHANT & GOULD**
A Professional Corporation
An Intellectual Property Law Firm
3200 IDS Center (612) 332-5300
Minneapolis, MN 55402-2215

M&I - MN

**No. 470527**

Check Date: 12/05/2007

17-1-910

**PAY** FORTY-SEVEN AND 00/100 DOLLARS

CHECK AMOUNT
**$47.00**

TO THE FOLLOWING

Merchant & Gould P.C.

**Michael Hirtle**
**Adler, Pollock, Sheehan, P.C.**
**One Citizens Plaza, 8th Floor**
**Providence, RI 02903**

Two Signatures Required For Amounts Exceeding $5,000
VOID AFTER 180 DAYS

/470527/ ⑆075906003⑆ 00001-93270/

CONTROL NO. MG 111
Requestor:
Vendor # / Name: 13073 Michael Hirtle

Check Date: 02/29/08 Check # 472627

| VOUCHER | INV. # | DATE | ACCT / DEPT# | | | MATTER # | AMOUNT PAID |
|---|---|---|---|---|---|---|---|
| 744683 | 022908-74.00 | 02-29-08 | 265001 | 10100000 | HARD DISB PAYABLE - (EXP G/L) | 12206.0004USZA | 74.00 |

Detach Statement Before Depositing Check

Total 74.00

CHECK FACE HAS A COLORED BACKGROUND ON WHITE PAPER

**MERCHANT & GOULD**
A Professional Corporation
An Intellectual Property Law Firm
3200 IDS Center (612) 332-5300
Minneapolis, MN 55402-2215

M&I - MN

No. 472627

Check Date 02/29/2008

17-1-910

PAY SEVENTY-FOUR AND 00/100 DOLLARS

CHECK AMOUNT
$74.00

TO THE FOLLOWING

Michael Hirtle
Adler, Pollock, Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Merchant & Gould P.C.

Alan W Kowalchyk

Two Signatures Required For Amounts Exceeding $5,000

BACK OF DOCUMENT CONTAINS A SECURITY SLOGAN "ORIGINAL DOCUMENT" TO VERIFY AUTHENTICITY.

⑈472627⑈ ⑆075906003⑆ 00001⑉93270⑈

Vendor # / Name: 13075 Dorothy Echlin

Check Date: 02/29/08 Check # 472623

| VOUCHER | INV. # | DATE | ACCT / DEPT# | | | MATTER # | AMOUNT PAID |
|---|---|---|---|---|---|---|---|
| 744681 | 022908-77.00 | 02-29-08 | 265001 | 10100000 | HARD DISB PAYABLE - (EXP G/L) | 12206.0004USZA | 77.00 |

Detach Statement Before Depositing Check

Total 77.00

CHECK FACE HAS A COLORED BACKGROUND ON WHITE PAPER

MERCHANT & GOULD
A Professional Corporation
An Intellectual Property Law Firm
3200 IDS Center (612) 332-5300
Minneapolis, MN 55402-2215

M&I - MN

No. 472623

Check Date: 02/29/2008

17-1-910

PAY SEVENTY-SEVEN AND 00/100 DOLLARS

CHECK AMOUNT
$77.00

TO THE FOLLOWING

Dorothy Echlin
Adler, Pollock, Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Merchant & Gould P.C.

Alan W Kowalchyk

Two Signatures Required For Amounts Exceeding $5,000

BACK OF DOCUMENT CONTAINS A SECURITY SLOGAN "ORIGINAL DOCUMENT" TO VERIFY AUTHENTICITY.

⑈472623⑈ ⑆075906003⑆ 00001⑉93270⑈

Requestor:

Vendor # / Name: 13075 Dorothy Echlin

Check Date: 12/05/07

Check # 470523

| VOUCHER | INV. # | DATE | ACCT / DEPT# | | | MATTER # | AMOUNT PAID |
|---|---|---|---|---|---|---|---|
| 737141 | 120507-47.00 | 12-05-07 | 265001 | 10100000 | HARD DISB PAYABLE - (EXP G/L) | 12206.0004USZA | 47.00 |

**Detach Statement Before Depositing Check**

Total 47.00

CHECK FACE HAS A COLORED BACKGROUND ON WHITE PAPER

**MERCHANT & GOULD**
A Professional Corporation
An Intellectual Property Law Firm
3200 IDS Center (612) 332-5300
Minneapolis, MN 55402-2215

M&I - MN

No. 470523

Check Date: 12/05/2007

17-1 910

PAY FORTY-SEVEN AND 00/100 DOLLARS

CHECK AMOUNT
$47.00

TO THE FOLLOWING

Dorothy Echlin

Merchant & Gould P.C.

Alan W Kowalchyk

Two Signatures Required For Amounts Exceeding $5,000

BACK OF DOCUMENT CONTAINS A SECURITY SLOGAN "ORIGINAL DOCUMENT" TO VERIFY AUTHENTICITY.

⑈470523⑈ ⑆075906003⑆ 00001⑉93270⑈

CONTROL NO. NTG 111074

Requestor:

Vendor # / Name: 15076 Michael Gray

Check Date: 02/29/08 Check # 472626

| VOUCHER | INV. # | DATE | ACCT / DEPT# | | MATTER # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 744680 | 022908-79.00 | 02-29-08 | 265001 10100000 | HARD DISB PAYABLE - (EXP G/L) | 12206.0004USZA | 79.00 |

Detach Statement Before Depositing Check

Total 79.00

CHECK FACE HAS A COLORED BACKGROUND ON WHITE PAPER

**MERCHANT & GOULD**
A Professional Corporation
An Intellectual Property Law Firm
3200 IDS Center (612) 332-5300
Minneapolis, MN 55402-2215

M&I - MN

No. 472626

Check Date: 02/29/2008

17-1-910

PAY SEVENTY-NINE AND 00/100 DOLLARS

CHECK AMOUNT $79.00

TO THE FOLLOWING

Merchant & Gould P.C.

Michael Gray
Adler, Pollock, Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Alan W. Kowalchyk

Two Signatures Required For Amounts Exceeding $5,000

BACK OF DOCUMENT CONTAINS A SECURITY SLOGAN "ORIGINAL DOCUMENT" TO VERIFY AUTHENTICITY.

⑈472626⑈ ⑆075906003⑆ 00001⑈93270⑈

Requestor:
Vendor # / Name: 13076 Michael Gray

Check Date: 12/05/07 Check # 470526

| VOUCHER | INV. # | DATE | ACCT / DEPT# | | MATTER # | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 737142 | 120507-47.00 | 12-05-07 | 265001 10100000 | HARD DISB PAYABLE - (EXP G/L) | 12206.0004USZA | 47.00 |

**Detach Statement Before Depositing Check**

Total 47.00

**MERCHANT & GOULD**
A Professional Corporation
An Intellectual Property Law Firm
3200 IDS Center (612) 332-5300
Minneapolis, MN 55402-2215

M&I - MN

No. **470526**

Check Date: 12/05/2007

17-1-910

| CHECK AMOUNT |
|---|
| **$47.00** |

**PAY** FORTY-SEVEN AND 00/100 DOLLARS

TO THE FOLLOWING

Merchant & Gould P.C.

Michael Gray
Adler, Pollock, Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Two Signatures Required For Amounts Exceeding $5,000
VOID AFTER 180 DAYS

/470526/ ⑆075906003⑆ 00001-93270/

Michael
-----Original Message-----
**From:** Southwest Airlines [mailto:SouthwestAirlines@mail.southwest.com]
**Sent:** Thursday, January 31, 2008 1:59 PM
**To:** Bowling, Michael
**Subject:** Ticketless Confirmation - BOWLING/MICHAEL - KZROLJ

SOUTHWEST.COM

[x] Alamo

**Receipt and Itinerary as of 01/31/08 2:59 PM**

## Confirmation Number
**KZROLJ**




Confirmation Date: 01/31/08
Received: MICHAEL

**Passenger Information**

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| BOWLING/MICHAEL | 00000087762802 | 526-2360803462-0 | 01/31/09 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

**Itinerary**

| Date | Flight | Routing Details |
|---|---|---|
| Sat Mar 15 | 1472 | Depart TUCSON AZ (TUS) at 7:00 AM<br>Arrive in CHICAGO-MIDWAY (MDW) at 12:15 PM |
| | 558 | Change planes in CHICAGO-MIDWAY (MDW) departing at 1:30 PM<br>Arrive in PROVIDENCE RI (PVD) at 4:40 PM |
| Sat Mar 22 | 2841 | Depart PROVIDENCE RI (PVD) at 7:35 AM<br>Arrive in CHICAGO-MIDWAY (MDW) at 9:10 AM |
| | 3277 | Change planes in CHICAGO-MIDWAY (MDW) departing at 11:35 AM<br>Arrive in TUCSON AZ (TUS) at 1:20 PM |

**Cost and Payment Summary**

| | |
|---|---|
| Air | $ 714.42 |
| Tax | $ 67.58 |
| PFC Fee | $ 18.00 |
| Security Fee | $ 10.00 |

**Total Payment: $810.00**

Current payment(s)
01/31/08 MASTERCARD xxxxxxxxxxxx1369 Ref 526-2360803462-0 $810.00

**Fare Rule(s)**

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 TUSWNMDW KZBP 384.00 MDWWNPVD KZBP .00 PVDWNMDW KZBP 384.00 MDWWNTUS KZBP .00 $768.00 ZPTUS MDW PVD MDW XFTUS4.50 MDW4.50 PVD4.50 MDW4.50 AYTUS2.50 MDW2.50 PVD2.50 MDW2.50 $810.00

**Important Checkin Requirement**

Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**

Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

**Notice of Incorporated Terms**

**Additional Information for Travelers**

Online Checkin | Free Baggage Allowance | Checkin Requirements | Print Security Document
Inflight Service | Travel Tips | Refund Information | Privacy Policy | Southwest Airlines Destinations

We can notify you of flight departure or arrival status via text messages on your cell phone, pager, personal digital assistant (PDA), or e-mail account. Or, use our automated phone service by calling 1-888-SWA-TRIP.

Apr. 1. 2008 9:36AM No. 8817 P. 1

COURTYARD Marriott

**DOWNTOWN PROVIDENCE**
**32 EXCHANGE TERRACE**
**PROVIDENCE RI 02903**
**401-272-1191**

**GUEST FOLIO**

Thank you for selecting Courtyard by Marriott. We trust that your experience with us has included warm and gracious service, and the type of accommodations expected.

We look forward to serving you again on future trips. For additional reservations, call our toll-free reservation number, (800) 321 2211.

DOWNTOWN PROVIDENCE Courtyard Staff

GUEST NAME MIKE BOWLING
XX
XX RI 02903

MERCHANT & GOULD

ROOM 707 LTSA
ROOM TYPE GENR
NO. OF GUESTS 1 969253T
RATE 206.00
CLERK CFW

ARRIVE 15Mar08 TIME 05:13p DEPART 26Mar08 TIME 03:46p FOLIO # 3T-96925A

| DATE | REFERENCE NUMBER | DESCRIPTION | |
|---|---|---|---|
| 15Mar08 | RP707 | ROOM CHARGE | 159.00 |
| 15Mar08 | RT707 | Room Tax | 9.54 |
| 15Mar08 | CT707 | City Tax | 11.13 |
| 16Mar08 | RB707 | ROOM CHARGE | 206.00 |
| 16Mar08 | RT707 | Room Tax | 12.36 |
| 16Mar08 | CT707 | City Tax | 14.42 |
| 17Mar08 | RB707 | ROOM CHARGE | 206.00 |
| 17Mar08 | RT707 | Room Tax | 12.36 |
| 17Mar08 | CT707 | City Tax | 14.42 |
| 18Mar08 | RB707 | ROOM CHARGE | 206.00 |
| 18Mar08 | RT707 | Room Tax | 12.36 |
| 18Mar08 | CT707 | City Tax | 14.42 |
| 19Mar08 | RB707 | ROOM CHARGE | 206.00 |
| 19Mar08 | RT707 | Room Tax | 12.36 |
| 19Mar08 | CT707 | City Tax | 14.42 |
| 20Mar08 | RB707 | ROOM CHARGE | 206.00 |
| 20Mar08 | RT707 | Room Tax | 12.36 |
| 20Mar08 | CT707 | City Tax | 14.42 |
| 21Mar08 | RB707 | ROOM CHARGE | 206.00 |
| 21Mar08 | RT707 | Room Tax | 12.36 |
| 21Mar08 | CT707 | City Tax | 14.42 |
| 22Mar08 | RB707 | ROOM CHARGE | 206.00 |
| 22Mar08 | RT707 | Room Tax | 12.36 |
| 22Mar08 | CT707 | City Tax | 14.42 |
| 23Mar08 | RB707 | ROOM CHARGE | 206.00 |
| 23Mar08 | RT707 | Room Tax | 12.36 |
| 23Mar08 | CT707 | City Tax | 14.42 |

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

GUEST SIGNATURE

COURTYARD RESERVATIONS (800) 321 2211

Apr. 1. 2008 9:36AM No. 8817 P. 2

COURTYARD Marriott

**DOWNTOWN PROVIDENCE**
**32 EXCHANGE TERRACE**
**PROVIDENCE RI 02903**
**401-272-1191**

**GUEST FOLIO**

Thank you for selecting Courtyard by Marriott. We trust that your experience with us has included warm and gracious service, and the type of accommodations expected.

We look forward to serving you again on future trips. For additional reservations, call our toll-free reservation number, (800) 321 2211.

DOWNTOWN PROVIDENCE Courtyard Staff

GUEST NAME MIKE BOWLING
XX
XX RI 02903

MERCHANT & GOULD

ROOM 707 LTSA
ROOM TYPE GENR
NO. OF GUESTS 1 969253T
RATE 206.00
CLERK CFW

ARRIVE 15Mar08 TIME 05:13p DEPART 26Mar08 TIME 03:46p FOLIO# 3T-96925A

| | | | | |
|---|---|---|---|---|
| 24Mar08 | FD4276 | Restaurant Room Ch | 14.91 | |
| 24Mar08 | RB707 | ROOM CHARGE | 206.00 | |
| 24Mar08 | RT707 | Room Tax | 12.36 | |
| 24Mar08 | CT707 | City Tax | 14.42 | |
| 25Mar08 | RB707 | ROOM CHARGE | 206.00 | |
| 25Mar08 | RT707 | Room Tax | 12.36 | |
| 25Mar08 | CT707 | City Tax | 14.42 | |
| 26Mar08 | XB707 | ROOM CHARGE REBATE | | 206.00- |
| 26Mar08 | RT707 | Room Tax | | 12.36- |
| 26Mar08 | CT707 | City Tax | | 14.42- |
| 26Mar08 | MC15:46PM | Master Card | | 2289.60- |

```
*********************
* THIS CARD WAS     *
* ELECTRONICALLY    *
* SWIPED ON 15Mar08 *
*********************
```

```
*******************************************
*  CARD #: MCXXXXXXXXXXXX1369/XXXX        *
*  Amount:    2289.60     Auth: 054398    *
*        ** Signature on File **          *
*******************************************
```

** BALANCE ** .00

** ** ** ** **

Advise guests of renovation and room service!

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days from receipt of the original statement. It is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%], or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

GUEST SIGNATURE

COURTYARD RESERVATIONS (800) 321 2211