# Exhibit A

PART 3 OF 3

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 150 1st Floor
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax 41-1943175

Invoice #: 00037793

**Bill To:**
Merchant & Gould
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215

**Ship To:**
Merchant & Gould
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
Attn: Kristin Drieman
Job Number: 03-101i

| Salesperson | Client Reference | Due Date | Ship Via | Return Date | Date |
|---|---|---|---|---|---|
| Pete Wojcik | 12206.0004 USZA | 3/23/2008 | Free | 3/12/2008 | 3/13/2008 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 2 | 27a | Color Blow-up & Mount 30 x 42 - Matte Finish | $125.00 | each | | $250.00 | X |

PAY FROM THIS INVOICE

Bowling

TRIAL Demonstratives

| | |
|---|---|
| Sale Amount | $250.00 |
| Freight | $0.00 |
| Sales Tax | $17.88 |
| Total | $267.88 |
| Paid | $0.00 |
| Balance Due | $267.88 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: Kristin Drieman Date: 3/18/08

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 150 1st Floor
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax 41-1943175

Invoice #: 00037426

**Bill To:**
Merchant & Gould
80 South 8th Street
Minneapolis, MN 55402-2215

**Ship To:**
Merchant & Gould
80 South 8th Street
Minneapolis, MN 55402-2215
Attn: Kristin Drieman
Job Number: 02-139i

| Salesperson | Client Reference | Due Date | Ship Via | Return Date | Date |
|---|---|---|---|---|---|
| Pete Wojcik | ~~Bowling~~ 12206.0004USZA | 3/2/2008 | Free | 2/21/2008 | 2/21/2008 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 6,733 | 44 | B&W Blowbacks | $0.06 | each | | $403.98 | X |
| 60 | 57 | Color Blowbacks | $0.95 | each | | $57.00 | X |
| 933 | 55 | Slipsheets | $0.03 | each | | $27.99 | X |

PAY FROM THIS INVOICE

Bowling v Hasbro

Trial Exhibits

| | |
|---|---|
| Sale Amount | $488.97 |
| Freight | $0.00 |
| Sales Tax | $34.96 |
| Total | $523.93 |
| Paid | $0.00 |
| Balance Due | $523.93 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: Kristin Drieman Date: 3/18/08

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 150 1st Floor
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax 41-1943175

Invoice #: 00037494

Bill To:
Merchant & Gould
80 South 8th Street
Minneapolis, MN 55402-2215

Ship To:
Merchant & Gould
80 South 8th Street
Minneapolis, MN 55402-2215
Attn: Kristin Drieman
Job Number: 02-185i

| Salesperson | Client Reference | Due Date | Ship Via | Return Date | Date |
|---|---|---|---|---|---|
| Pete Wojcik | 12206.0004 USZA | 3/7/2008 | Free | 2/26/2008 | 2/26/2008 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 3,069 | 36c | Image File Conversions | $0.03 | each | | $92.07 | X |
| 1 | 46a | CD Master | $25.00 | each | | $25.00 | X |

PAY FROM THIS INVOICE

Bowling v Hasbro - Hasbro Defendants Trial Exhibits (DA-DZ)

| | |
|---|---|
| Sale Amount | $117.07 |
| Freight | $0.00 |
| Sales Tax | $8.37 |
| Total | $125.44 |
| Paid | $0.00 |
| Balance Due | $125.44 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: Kristin Drieman Date: 3/18/08

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 150 1st Floor
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax 41-1943175

Invoice #: 00036595

**Bill To:**
Merchant & Gould
80 South 8th Street
Minneapolis, MN 55402-2215

**Ship To:**
Merchant & Gould
80 South 8th Street
Minneapolis, MN 55402-2215
Attn: Kristin
Job Number: 12-126

| Salesperson | Client Reference | Due Date | Ship Via | Return Date | Date |
|---|---|---|---|---|---|
| Pete Wojcik | 12206.4USZA | 12/30/2007 | Free | 12/20/2007 | 12/20/2007 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 895 | 04 | Heavy Litigation Copies | $0.14 | each | | $125.30 | X |
| 1 | 31 | 11 x 17 B&W Copies | $0.35 | each | | $0.35 | X |
| 49 | 07 | 8.5 x11 Color Copies | $0.95 | each | | $46.55 | X |

PAY FROM THIS INVOICE

Bowling v Hasbro
(Trial exhibits for Hasbro)

| | |
|---|---|
| Sale Amount | $172.20 |
| Freight | $0.00 |
| Sales Tax | $12.31 |
| Total | $184.51 |
| Paid | $0.00 |
| Balance Due | $184.51 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: Date:

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02903

Voice: 401 621-7300
Fax: 401 621-7878

# Invoice

Invoice Number:
17137
Invoice Date:
Mar 14, 2008
Page:
1

Sold To:
Duffy Sweeney & Scott, Ltd.
ATTN: Crystal
1200 Turks Head Bldg.
Providence, RI 02903

| Client/Matter | | Payment Terms | |
|---|---|---|---|
| Bowling/ Hasbro | | Net 30 Days | |
| Document Consultant | Customer Contact | Job Number | Due Date |
| MATTHEW | Crystal | MAR 139 | 4/13/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2,460.00 | "D" | Heavy Litigation | 0.21 | 516.60 |
| 110.00 | Tabs | Tabs | 0.30 | 33.00 |
| 5.00 | Binders | Binders- 3" | 13.50 | 67.50 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. PAYMENT WILL BE MADE WITHIN THIRTY (30) DAYS WITHOUT REGARD TO ANY THIRD PARTY INVOICING. OVERDUE ACCOUNTS WILL BE BILLED A FINANCE CHARGE OF 1.5% PER MONTH. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by:

________________________

Date: ____________________

Tax ID Number: 03-0487386

| | |
|---|---|
| Subtotal | 617.10 |
| Sales Tax | 43.20 |
| Total Invoice | 660.30 |
| Payment | 0.00 |
| TOTAL | 660.30 |

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW LITIGATION

*Craig Scott*
*cscott@duffysweeney.com*

March 25, 2008

***Via First Class Mail***
Thomas Leach, Esq.
Merchant & Gould, PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

Re: *Michael Bowling v. Hasbro, Inc.*
*U.S. District Court, for the District of RI, C.A. No. 05-229S*

Dear Tom:

I enclose two invoices from WarRoom Document Solutions totaling 1,581.06 for copies made in preparation of trial in the above -referenced matter. Please issue a check directly to WarRoom Document Solutions in the amount of $1,581.06. Please call me if you have any questions.

Very truly yours,

Craig M. Scott

CMS/emh
Enclosures

*Bowling\Letters\Leach 03-25-08 (WarRoom Invoice)*
*(Invoice 17123 – Dated 3/14/08 - $920.76)*
*(Invoice 17137 – Dated 3/14/08 - $660.30)*

One Turks Head Place, Suite 1200 Providence, RI 02903 401 455-0700 fax 401 455-0701
265 Franklin Street Boston, MA 02110 617 261-9606 fax 617 261-9605

www.duffysweeney.com

**ADVANCED PATENT SERVICES**
2001 JEFFERSON DAVIS HWY
SUITE 506
ARLINGTON VA 22202
703-413-0600

# Invoice

Number: **4322**

Date: **August 10, 2005**

**Bill To:**

MERCHANT & GOULD
80 S. 8TH STREET
3200 IDS CTR
MINNEAPOLIS, MN 55402

**Ship To:**

MERCHANT & GOULD
80 S. 8TH STREET
3200 IDS CTR
MINNEAPOLIS, MN 55402

ENTERED
AUG 1 1 2005
ACCOUNTING

| CONTACT | DOCKET | ATTORNEY |
|---|---|---|
| HOPE PORTER | 12206.4USZA | |

| Description | Amount |
|---|---|
| FILE HISTORY 5938197 ON SEARCHABLE CD-ROM (78 PAGES) | 156.00 |
| BASE FEE | 20.00 |
| FEDEX CHARGES | 20.95 |

APPROVED
Acct ✓
Desc 83
Date 8/11 By NB

ORDER COMPLETE.
THANK YOU,
APS

**Total** $196.95

INVOICES ARE DUE UPON RECEIPT

ADVANCED PATENT SERVICES IS A CORPORATION

**ADVANCED PATENT SERVICES**
2001 JEFFERSON DAVIS HWY
SUITE 506
ARLINGTON VA 22202
703-413-0600

COPY

# Invoice

Number: **5858**

Date: **March 30, 2006**

**Bill To:**

MERCHANT & GOULD
80 S. 8TH STREET
3200 IDS CTR
MINNEAPOLIS, MN 55402

**Ship To:**

MERCHANT & GOULD
80 S. 8TH STREET
3200 IDS CTR
MINNEAPOLIS, MN 55402

| CONTACT | DOCKET | ATTORNEY |
|---|---|---|
| HOPE PORTER | 12206.0004USZA | DRIEMAN |

| Description | Amount |
|---|---|
| CERTIFIED FILE HISTORY US 5938197 | 300.00 |
| FEDEX CHARGES | 31.87 |
| ORDER COMPLETE.<br>THANK YOU,<br>APS | |
| **Total** | $331.87 |

INVOICES ARE DUE UPON RECEIPT

ADVANCED PATENT SERVICES IS A CORPORATION

**ADVANCED PATENT SERVICES**
2001 JEFFERSON DAVIS HWY
SUITE 506
ARLINGTON VA 22202
703-413-0600

ENTERED
FEB 09 2006
ACCOUNTING

# Invoice

Number: **5477**

Date: **February 07, 2006**

**Bill To:**

MERCHANT & GOULD
80 S. 8TH STREET
3200 IDS CTR
MINNEAPOLIS, MN 55402

**Ship To:**

MERCHANT & GOULD
80 S. 8TH STREET
3200 IDS CTR
MINNEAPOLIS, MN 55402

| CONTACT | DOCKET | ATTORNEY |
|---|---|---|
| HOPE PORTER | 12206.0004USZA | DRIEMAN |

| Description | Amount |
|---|---|
| CERTIFIED COPY OF US PATENT 5938197 | 40.00 |
| FEDEX CHARGES | 20.73 |
| | |
| **Total** | $60.73 |

ORDER COMPLETE.
THANK YOU,
APS

APPROVED
Acct 12206.0004USZA
Desc 83
Date 2/8 By N Port

INVOICES ARE DUE UPON RECEIPT

ADVANCED PATENT SERVICES IS A CORPORATION

RECEIVED
FEB 09 2006

SPECIALIZED PATENT SERVICES

ENTERED JAN 28 2008

BILL TO:

MERCHANT & GOULD P.C.
Ms. Hope Porter
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

APPROVED
Acct________
Desc________
Date______BY______

| DATE | INVOICE # |
|---|---|
| 1/9/2008 | 207120170 |

TERMS

Due on Receipt

| DESCRIPTION | AMOUNT |
|---|---|
| Your Reference: 12206.0004USZA | |
| Furnishing an electronic copy of the prosecution history of US Patent 6,318,720 including receiving request, docketing, locating and requesting file at the United States Patent and Trademark Office, reviewing, organizing, copying, preparing documents for sending electronically, and forwarding by e-mail 12/31/07. | 163.00 |
| Furnishing an electronic copy of the prosecution history of US Patent 6,123,332 including receiving request, docketing, locating and requesting file at the United States Patent and Trademark Office, reviewing, organizing, copying, preparing documents for sending electronically, and forwarding by e-mail 12/31/07. | 159.00 |
| Furnishing an electronic copy of the prosecution history of US Design Patent 436,635 including receiving request, docketing, locating and requesting file at the United States Patent and Trademark Office, reviewing, organizing, copying, preparing documents for sending electronically, and forwarding by e-mail 12/31/07. | 127.00 |
| Furnishing an electronic copy of the prosecution history of US Design Patent 455,462 including receiving request, docketing, locating and requesting file at the United States Patent and Trademark Office, reviewing, organizing, copying, preparing documents for sending electronically, and forwarding by e-mail 12/31/07. | 114.00 |

#4369

HAPPY NEW YEAR!!!

$563.00

| Balance Due | $563.00 |
|---|---|

2001 Jefferson Davis Highway
Suite 1007
Arlington, VA 22202
703-415-1555

www.specializedpatent.com

**12206.0004USZA**
**Photocopy Charges by Month**

| Month / Year | Per Copy | | Amount | |
|---|---|---|---|---|
| June-04 | $ | 0.20 | $ | 2.40 |
| July-04 | $ | 0.20 | $ | 8.40 |
| August-05 | $ | 0.20 | $ | 115.20 |
| September-05 | $ | 0.20 | $ | 29.20 |
| October-05 | $ | 0.20 | $ | 141.60 |
| November-05 | $ | 0.20 | $ | 67.20 |
| December-05 | $ | 0.20 | $ | 503.20 |
| January-06 | $ | 0.20 | $ | 1,639.40 |
| February-06 | $ | 0.20 | $ | 227.60 |
| March-06 | $ | 0.20 | $ | 340.60 |
| April-06 | $ | 0.20 | $ | 379.40 |
| May-06 | $ | 0.20 | $ | 1,216.80 |
| June-06 | $ | 0.20 | $ | 468.60 |
| July-06 | $ | 0.20 | $ | 136.60 |
| August-06 | $ | 0.20 | $ | 8.20 |
| September-06 | $ | 0.20 | $ | 54.40 |
| October-06 | $ | 0.20 | $ | 218.00 |
| November-06 | $ | 0.20 | $ | 15.60 |
| December-06 | $ | 0.20 | $ | 19.60 |
| June-07 | $ | 0.20 | $ | 43.20 |
| July-07 | $ | 0.20 | $ | 71.00 |
| August-07 | $ | 0.20 | $ | 98.80 |
| September-07 | $ | 0.20 | $ | 0.20 |
| October-07 | $ | 0.20 | $ | 0.80 |
| November-07 | $ | 0.10 | $ | 116.10 |
| December-07 | $ | 0.10 | $ | 809.60 |
| January-08 | $ | 0.10 | $ | 318.80 |
| February-08 | $ | 0.10 | $ | 43.60 |
| March-08 | $ | 0.10 | $ | 149.20 |
| | | | **TC $** | **7,243.30** |