IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**PLAINTIFF MICHAEL BOWLING'S MOTION FOR THE EXPERT FEES OF NEIL N. LAPIDUS**

Plaintiff Michael Bowling ("Bowling") moves under Federal Rule of Civil Procedure 26(b)(4)(C)(i) for the reasonable fees owed to Neil N. Lapidus, Bowling's expert, for his time spent in relation to his deposition by Defendant Hasbro, Inc. ("Hasbro"). Bowling request that Hasbro pay the amount of $2,590.00.

Michael Bowling,
By His Attorneys,

Date: April 7, 2008

s/Thomas J. Leach
Anthony R. Zeuli *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)