IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**PLAINTIFF MICHAEL BOWLING'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR THE EXPERT FEES OF NEIL N. LAPIDUS**

In violation of Federal Rule of Civil Procedure 26(b)(4)(C)(i), Defendant Hasbro, Inc. ("Hasbro") has failed to pay the reasonable fees owed to Neil N. Lapidus, expert for Plaintiff Michael Bowling ("Bowling"), for his time spent in relation to his deposition by Hasbro. According to Rule 26(b)(4)(A), "[a] party may depose any person who has been identified as an expert whose opinion may be presented at trial." According to Rule 26(b)(4)(C)(i), however, ". . . the court must require that the party seeking discovery: (i) pay the expert a reasonable fee for time spent in responding to discovery under Rule 26(b)(4)(A) . . . ." On May 24, 2006, Hasbro took the deposition of Mr. Lapidus for approximately 7 hours. Despite Bowling's requests, Hasbro has never paid for Mr. Lapidus's reasonable fees associated with that deposition. As indicated in the attached invoice, Mr. Lapidus's fees associated to his deposition amount to $2,590.00. (Ex. A.) Thus, pursuant to Rule 26(b)(4)(C)(i), Bowling requests that this Court order Hasbro to pay the amount of $2,590.00.

Michael Bowling,
By His Attorneys,

Date: April 7, 2008

s/Thomas J. Leach

Anthony R. Zeuli *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

# EXHIBIT A

Lurie Besikof Lapidus
& Company, LLP

phone 612.377.4404
fax 612.377.1325
2501 Wayzata Boulevard
Minneapolis, MN 55405

Mr. Tom Leach
Merchant & Gould, P.C. - Michael Bowling
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

Invoice No.: 107842
Date: 2/11/08
Client No.: 50035.806

---

Deposition of Neil N. Lapidus on 5/24/06
( Bowling v. Hasbro)

7 Hours @ $ 370/Hour $ 2,590.00

A SERVICE CHARGE OF ONE AND ONE-HALF (1½%) PER MONTH WILL BE ADDED TO ALL ACCOUNTS RECEIVABLE REMAINING UNPAID TWO MONTHS AFTER THE ORIGINAL INVOICE DATE.