# EXHIBIT A

AIPLA

# Report of the Economic Survey 2003

PREPARED UNDER DIRECTION OF
AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
LAW PRACTICE MANAGEMENT COMMITTEE

WAYNE P. SOBON, CHAIR

By
Fetzer-Kraus, Inc.
Washington, DC 20008

among those with 3–5 subordinates. Chart 8 illustrates the midrange of income for all corporate lawyers by number of subordinate lawyers and patent agents.

***Income by Location of Primary Place of Work.*** Table 9 reports income by type of practice and geographic location of primary place of work. Survey respondents were categorized into one of 13 regions or localities, based on the zip code provided by the respondent. These places of work are defined in the same manner as in the 1999 and 2001 survey reports. Thirteen respondents, including fewer than 10 who reported in dollars from locations outside the U.S. and several others for whom a zip code could not be determined, are included only in the total column.

Income, billable hours and billing rates, the dollar amount billed for legal services, typical charges, and estimated costs of litigation are broken out by these places of work. The 13 categories are described below.

The metropolitan areas of Boston, New York City, Philadelphia–Wilmington, Washington (DC-MD-VA), Chicago, and Minneapolis–St. Paul include all localities—central city and surrounding areas—within the primary metropolitan statistical area. Two states, Texas and California, have sufficiently large numbers of respondents to be reported separately. The category "Metro Southeast" includes Raleigh–Durham, Greensboro-Winston-Salem, and Charlotte in North Carolina; Atlanta, Georgia; and the Miami–Ft. Lauderdale–West Palm Beach metropolitan area in Florida. Other categories exclude these named metropolitan areas and include the following states:

*Other East*: Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, Pennsylvania, Delaware, Maryland, Virginia, and West Virginia;

*Other Southeast*: North Carolina, South Carolina, Georgia, and Florida;

*Other Central*: Minnesota, North Dakota, South Dakota, Wisconsin, Michigan, Ohio, Indiana, Illinois, Iowa, Nebraska, Kansas, Missouri, Kentucky, Oklahoma, Arkansas, Louisiana, Mississippi, Alabama, and Tennessee;

*Other West*: Montana, Wyoming, Colorado, New Mexico, Idaho, Utah, Nevada, Arizona, Washington, Oregon, Alaska, and Hawaii.

Among all respondents who worked full-time in 2002, median income was highest for respondents in the New York City area. For partners, associates, heads of corporate IP or legal departments, and other corporate lawyers and agents, the premium for working in the New York City area was significant. Compared with median income among all respondents in that practice type, partners at the median in the New York City area received $122,500 more income than all survey respondents, associates $35,000 more income, heads of corporate IP or legal $35,000 more, and other corporate lawyers $52,000 more. Income differences between all respondents and respondents in other areas of the country are not as pronounced.

Although median income within and between practice types varies from area to area, geographic relationships are typically not consistent across all practice types. Variables other than location of primary place of work, such as technical specialization, size of employer, size of

There is little or no relationship between partner's income and the percent of time devoted to various IP areas. Partners at higher levels of income may devote less time to trademarks and more time to patents than partners at lower levels of income but these relationships are not consistent across all levels of income. Table 14b reports median percent of time devoted by partners to various IP areas, by partner's income in 2002.

Associates were categorized into 11 income groups, ranging from those with 2002 income of $60,000 or less (3 percent of associates) to those with incomes greater than $225,000 (6 percent of associates). Among associates, as among partners, those with higher incomes devote less time to IP prosecution and more time to dispute resolution than those with lower incomes, although relatively few associates devote any time to dispute resolution. These relationships are described in Table 15a. There are no apparent relationships between associates' income and the amount of time they devote to various IP areas. Table 15b reports median time devoted by associates to various IP areas, by level of income.

### *Billable Hours and Hourly Billing Rates*

Survey respondents in private practice who worked full-time in 2002 averaged 1,723 billable hours, compared with an average of 1,771 billable hours in 2000 reported to the 2001 survey. One-half of respondents reported 1,800 or more billable hours. Billable hours varied between geographic areas, ranging from an average of 1,864 among respondents in the New York City area to an average of 1,568 in the "Other Southeast" area.

As in previous surveys, billable hours were highest for associates and lowest for solo practitioners. Among associates, billable hours averaged 1,871 in 2002. In the previous survey, associates reported an average of 1,884 billable hours in 2000. Solo practitioners reported an average of 1,247 billable hours in 2002, compared with an average of 1,331 billable hours in 2000. Partners reported an average of 1,766 billable hours in 2002; Of Counsel respondents reported an average of 1,455 billable hours. Table 16a reports billable hours by type of practice and location of primary place of work.

Average billable hours show relatively little variation across the last three surveys, considering the different economic conditions that dominated each of the years measured:

| | 1998 | 2000 | 2002 |
|---|---|---|---|
| All in private practice | 1,752 | 1,771 | 1,723 |
| Partners | 1,754 | 1,816 | 1,766 |
| Associates | 1,871 | 1,884 | 1,871 |
| Solo Practitioners | 1,263 | 1,331 | 1,247 |

Respondents in private practice who worked full-time in 2002 reported an average hourly billing rate of $286, an increase of $34 from the average hourly rate of $252 reported for 2000. On average, hourly billing rates varied by more than $100 between geographic areas. Respondents located in New York City, Boston, and the state of California reported average hourly billing rates higher than $325. Respondents located in the areas of "Other East," "Other Southeast," and "Other Central" reported average hourly billing rates lower than $250.

In 2002, billing rates averaged $327 per hour among partners, $235 among associates, $330 among Of Counsel respondents, and $229 among solo practitioners. Table 16b reports average hourly billing rate by type of practice and location of primary place of work. Over the four years measured by the last three surveys, average hourly billing rates across all practice types increased by almost one-third, with hourly rates for associates increasing at a compound rate of 8.7 percent per year:

| | 1998 | 2000 | 2002 | 4-Year Increase |
|---|---|---|---|---|
| All respondents | $216 | $252 | $286 | 32.4% |
| Partners | $257 | $290 | $327 | 27.2% |
| Associates | $168 | $206 | $235 | 40.0% |
| Solo Practitioners | $188 | $220 | $229 | 21.8% |

***Billable Hours and Billing Rates by Years of Experience.*** Among all respondents in private practice who worked full-time in 2002, average billable hours were highest for those with 5-6 years of experience. From an average of 1,891 billable hours among respondents with 5-6 years of experience, average billable hours decreased steadily as years of experience increased, to an average of 1,432 among respondents with 40 or more years of experience. Respondents in the first five years of experience averaged 1,770 billable hours in 2002.

Associates, averaging 1,871 billable hours, reported the highest average in 2002. Partners averaged 1,766 billable hours, with the highest average among them, 1,824 billable hours, reported by partners with 7–9 years of experience. Solo practitioners reported an average of 1,247 billable hours, with the highest average, 1,470 hours, reported by those with 7–9 years of experience. Respondents who were Of Counsel reported an average of 1,455 billable hours. Table 17a reports billable hours by type of practice and years of experience.

Average billing rates, for associates and solo practitioners, increase in a relatively consistent fashion in the first 15 years of experience and plateau thereafter, suggesting there is little or no premium for more than 15 years of experience. However, few associates with more than 15 years of experience and relatively few solo practitioners with this level of experience responded to the survey. Among partners, average billing rates continue to increase through 30–34 years of experience, tapering off among those with more experience.

For associates, average billing rates increase from $200 among those with less than 5 years of experience to $279 among those with 10–14 years of experience. For partners, average billing rates increase from $241 among those with 5–6 years of experience to $383 among those with 30–34 years of experience. For solo practitioners, average billings rates are lowest ($184) among the four respondents with 5–6 years of experience and highest ($254) among the 10 respondents with 15–19 years of experience. Table 17b reports hourly billing rate by type of practice and years of experience.

***Billable Hours and Billing Rates by Gender and Experience.*** Among associates, males averaged 1,887 billable hours in 2002 and females averaged 1,780. Average billable hours of male and female associates in the first five years of experience are similar (1,781 compared with 1,759) but the difference widens in the next few years of experience. Males and females with 5–6 years

of experience averaged 1,990 and 1,828 billable hours respectively in 2002. Among partners, males and females reported nearly identical billing hours in 2002. Table 17c reports billable hours by type of practice, gender, and years of experience.

Average 2002 billing rates of male and female associates, nearly identical among those with less than five years of experience at $201 and $196 respectively, diverge among associates with 5–6 and 7–9 years of experience. Among males with 5–6 years of experience in 2002, the average billing rate was $238; among females, the average rate was $228. Among male associates with 7–9 years of experience, the average billing rate was $262; among females with this experience, the average billing rate was $243.

Among partners, the average hourly billing rate was $329 for males in 2002 and $312 for females. However, the average rate for males might be expected to be higher since one-half of the male partners but only 22 percent of the female partners have 20 or more years of experience. The sample of female partners is largest among those with 10–14 and 15–19 years of experience. In these experience categories, average 2002 billing rates of female partners are $314 and $337. Average billing rates of male partners in these experience categories are $305 and $328. Table 17d reports hourly billing rate by type of practice, gender, and years of experience.

***Billable Hours and Billing Rates in the First 10 Years of Experience.*** Billable hours in the first 10 years of experience are primarily billable hours of associates, since 88 percent of associates who reported 2002 billable hours were in their first 10 years of experience, compared with 24 percent of solo practitioners and only 16 percent of partners. Among associates, average billable hours were higher for those with 4 through 10 years of experience than among those with 1, 2, or 3 years of experience. Table 18a reports billable hours by type of practice, in the first 10 years of experience.

For associates, the 2002 average hourly billing rate for those with 1 year of experience was $168. The hourly billing rate averaged more than $200 during 2002 for those with 2, 3, and 4 years of experience and increased to $229 for those with 5 years of experience. For associates with 6 to 10 years of experience, average hourly billing rates ranged from $243 to $272 without an apparent relationship to years of experience. For partners, increasing years of experience are associated with an increase in average hourly billing rates through the 8th year of experience. Table 18b reports billing rate by type of practice in the first 10 years of experience.

***Dollar Amount Billed for Legal Services.*** Partners, with 445 respondents reporting, billed an average of $594,894 for legal services in 2002. Associates, with 225 reporting, billed an average of $409,438. Respondents who were Of Counsel billed an average of $615,061 and solo practitioners billed an average of $247,249. Comparing primary places of work, dollar amounts billed by all respondents in private practice who worked full-time in 2002 were highest in the New York City area, at $740,978, and lowest, at $338,745, in the area included in "Other East" category. The largest sample came from the Washington, DC metropolitan area where partners billed an average of $683,183, associates billed an average $441,238, and solo practitioners billed an average of $251,267. Table 19 reports dollar amount billed for legal services, by type of practice and primary place of work.

not responding. The 2002 percentage increase in billings was highest among firms with more than 30 total attorneys, averaging approximately 40 percent. The percentage increase in billings from 2000 to 2001 averaged 29 percent, with 56 percent of firms reporting. Less than 15 percent of surveyed firms reported a decrease in billings from 2001 to 2002 and less than 10 percent reported a decrease in billings from 2000 to 2001. Table 34 reports the increase or decrease in billings from 2000 to 2002.

***Hourly Billing Rates.*** The average hourly rate for all professional services averaged $238 in 2002, compared with a 2000 average of $216 reported to the 2001 survey. Maximum and minimum hourly rates in 2002 averaged $337 and $176. For IP work only, the hourly billing rate in 2002 averaged $241, an increase of $23 over the 2000 average rate of $218 reported to the previous survey. Average maximum and minimum rates for IP work in 2002 were $317 and $181.

Among firms in which IP law represents 75 percent or more of the practice, the average hourly rate for all professional services in 2002 was $229 and the average hourly rate for IP work only was $237. Among firms in which IP law represents less than 75 percent of the practice, the average hourly rate for all professional services in 2002 was $238 and the rate for IP work only averaged $253. Table 35 reports 2002 average hourly billing rates.

***First-Year Associate Starting Salaries.*** Current starting salaries for first-year associates average $89,556. Average starting salaries for associates increase as the size of the firm increases, ranging from approximately $67,750 among firms with 2 attorneys to $108,875 among firms with more than 100 attorneys. Starting salaries for first-year associates average $96,000 in firms where IP law represents less than 75 percent of the practice but this higher average salary is accounted for by the larger size of the firms reporting. Table 36 reports current starting salary for first-year associates.

***Liability Insurance.*** Although total liability coverage averages almost $10 million, one-half of the 212 firms reporting have liability coverage of $3 million or less. Per-claim liability coverage averages $6.5 million but one-half of firms reported per-claim coverage of $2 million or less. The amount of total liability coverage and per-claim coverage increases steadily as the size of the firm increases, to an average of $64 million total coverage and $33.4 million per-claim coverage among firms with more than 100 total attorneys.

The total deductible averages $149,000 and the per-claim deductible averages $91,000. The average total deductible ranges from $35,000 among 1-attorney firms to $1,567,000 among firms with more than 100 total attorneys. The average per-claim deductible ranges from $7,000 among 1-attorney firms to $591,000 among firms with more than 100 attorneys. Table 37 reports the firm's 2002 liability insurance coverage and deductible.

Thirty-nine firms reported one or more liability claims for IP matters in the last five years. Most of these firms reported one claim. The dollar value of claims in the last five years paid by the insurer averaged $323,000 with one-half of claims paid by the insurer at $40,000 or less. The dollar value of claims paid by the firm averaged $55,000 while one-half of the claims paid by the firm were $25,000 or less. Tables 38a and 38b report liability claims against the firm and dollar values of claims paid by the insurer and by the firm.

# Table 16a. Billable Hours by Type of Practice and Location of Primary Place of Work

| | | Location of Respondent's Primary Place of Work | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Survey | Boston Area | NYC Area | Philadelphia–Wilmington | Washington DC Area | Other East | Metro Southeast | Other Southeast | Chicago Area | Minneapolis–St. Paul | Other Central | Texas | California | Other West |
| **All Fulltime in Private Practice** | | | | | | | | | | | | | | |
| Number Reporting | 979 | 36 | 50 | 52 | 175 | 65 | 38 | 18 | 77 | 46 | 153 | 66 | 108 | 91 |
| *% of total* | | *4%* | *5%* | *5%* | *18%* | *7%* | *4%* | *2%* | *8%* | *5%* | *16%* | *7%* | *11%* | *9%* |
| 75th percentile | 2,000 | 1,890 | 2,100 | 2,097 | 2,002 | 1,900 | 2,000 | 1,950 | 2,080 | 1,980 | 1,931 | 2,050 | 2,000 | 1,900 |
| Median | 1,800 | 1,800 | 1,900 | 1,835 | 1,835 | 1,631 | 1,834 | 1,600 | 1,830 | 1,780 | 1,790 | 1,750 | 1,750 | 1,750 |
| 25th percentile | 1,500 | 1,420 | 1,700 | 1,500 | 1,600 | 1,400 | 1,600 | 1,500 | 1,600 | 1,550 | 1,500 | 1,300 | 1,313 | 1,400 |
| Average | 1,723 | 1,630 | 1,864 | 1,766 | 1,784 | 1,574 | 1,731 | 1,568 | 1,827 | 1,744 | 1,675 | 1,706 | 1,748 | 1,644 |
| **Partners** | | | | | | | | | | | | | | |
| Number Reporting | 486 | 21 | 25 | 28 | 79 | 30 | 20 | 13 | 41 | 23 | 79 | 31 | 54 | 40 |
| *% of total* | | *4%* | *5%* | *6%* | *16%* | *6%* | *4%* | *3%* | *8%* | *5%* | *16%* | *6%* | *11%* | *8%* |
| 75th percentile | 2,000 | 1,827 | 2,000 | 2,144 | 2,100 | 1,850 | 2,000 | 1,800 | 2,080 | 1,950 | 1,975 | 2,200 | 2,125 | 1,858 |
| Median | 1,800 | 1,770 | 1,850 | 1,800 | 1,850 | 1,631 | 1,875 | 1,600 | 1,810 | 1,750 | 1,750 | 1,700 | 1,800 | 1,738 |
| 25th percentile | 1,541 | 1,400 | 1,710 | 1,454 | 1,500 | 1,400 | 1,675 | 1,500 | 1,700 | 1,550 | 1,500 | 1,500 | 1,500 | 1,600 |
| Average | 1,766 | 1,633 | 1,827 | 1,733 | 1,825 | 1,645 | 1,848 | 1,650 | 1,849 | 1,696 | 1,729 | 1,848 | 1,805 | 1,729 |
| **Associates** | | | | | | | | | | | | | | |
| Number Reporting | 321 | 12 | 20 | 17 | 70 | 18 | 13 | 2 | 24 | 19 | 50 | 18 | 29 | 28 |
| *% of total* | | *4%* | *6%* | *5%* | *22%* | *6%* | *4%* | *1%* | *7%* | *6%* | *16%* | *6%* | *9%* | *9%* |
| 75th percentile | 2,020 | 1,950 | 2,240 | 2,200 | 2,000 | 1,974 | 2,000 | | 2,175 | 2,100 | 1,950 | 2,250 | 2,050 | 1,995 |
| Median | 1,900 | 1,865 | 2,065 | 2,000 | 1,900 | 1,735 | 1,850 | | 2,006 | 1,850 | 1,850 | 1,978 | 1,850 | 1,850 |
| 25th percentile | 1,750 | 1,750 | 1,775 | 1,740 | 1,800 | 1,400 | 1,700 | | 1,800 | 1,700 | 1,750 | 1,844 | 1,725 | 1,649 |
| Average | 1,871 | 1,825 | 2,008 | 1,984 | 1,856 | 1,655 | 1,746 | 2,131 | 1,966 | 1,886 | 1,824 | 2,048 | 1,882 | 1,800 |
| **Of Counsel** | | | | | | | | | | | | | | |
| Number Reporting | 62 | 0 | 3 | 3 | 12 | 4 | 3 | 0 | 5 | 1 | 7 | 4 | 11 | 8 |
| *% of total* | | – | *5%* | *5%* | *19%* | *6%* | *5%* | – | *8%* | *2%* | *11%* | *6%* | *18%* | *13%* |
| 75th percentile | 1,850 | – | | | 2,041 | | | – | 1,802 | | 1,201 | | 1,998 | 1,750 |
| Median | 1,410 | – | 2,000 | 1,200 | 1,878 | 1,175 | 1,200 | – | 1,799 | | 1,165 | 1,650 | 1,325 | 1,400 |
| 25th percentile | 1,165 | – | | | 1,550 | | | – | 1,599 | | 521 | | 901 | 1,185 |
| Average | 1,455 | – | 1,873 | 1,167 | 1,703 | 1,057 | 1,200 | – | 1,690 | 1,700 | 912 | 1,453 | 1,618 | 1,453 |
| **Solo Practitioners** | | | | | | | | | | | | | | |
| Number Reporting | 110 | 3 | 2 | 4 | 14 | 13 | 2 | 3 | 7 | 3 | 17 | 13 | 14 | 15 |
| *% of total* | | *3%* | *2%* | *4%* | *13%* | *12%* | *2%* | *3%* | *6%* | *3%* | *15%* | *12%* | *13%* | *14%* |
| 75th percentile | 1,700 | | | | 1,502 | 1,997 | | | 1,501 | | 1,799 | 1,302 | 1,598 | 1,801 |
| Median | 1,203 | 700 | | 1,650 | 1,225 | 1,500 | | 500 | 1,300 | 1,200 | 1,500 | 1,000 | 1,250 | 1,059 |
| 25th percentile | 884 | | | | 997 | 1,001 | | | 752 | | 1,096 | 398 | 1,198 | 702 |
| Average | 1,247 | 833 | 875 | 1,525 | 1,264 | 1,458 | 1,250 | 840 | 1,321 | 1,233 | 1,303 | 974 | 1,354 | 1,231 |

## Table 16b. Average Hourly Billing Rate by Type Of Practice and Location of Primary Place of Work

| | Total Survey | LOCATION OF RESPONDENT'S PRIMARY PLACE OF WORK | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Boston Area | NYC Area | Philadelphia–Wilmington | Washington DC Area | Other East | Metro Southeast | Other Southeast | Chicago Area | Minneapolis–St. Paul | Other Central | Texas | California | Other West |
| **ALL FULLTIME IN PRIVATE PRACTICE** | | | | | | | | | | | | | | |
| Number Reporting | 1006 | 37 | 51 | 53 | 185 | 67 | 39 | 18 | 77 | 46 | 158 | 69 | 108 | 94 |
| *% of total* | | *4%* | *5%* | *5%* | *18%* | *7%* | *4%* | *2%* | *8%* | *5%* | *16%* | *7%* | *11%* | *9%* |
| 75th percentile | $345 | $400 | $425 | $370 | $360 | $275 | $325 | $275 | $360 | $310 | $250 | $350 | $410 | $315 |
| Median | $275 | $325 | $355 | $300 | $300 | $235 | $265 | $230 | $285 | $260 | $210 | $280 | $328 | $250 |
| 25th percentile | $220 | $285 | $275 | $250 | $250 | $195 | $210 | $200 | $235 | $215 | $185 | $225 | $283 | $200 |
| Average | $286 | $333 | $355 | $308 | $315 | $239 | $273 | $241 | $292 | $268 | $217 | $289 | $349 | $256 |
| **PARTNERS** | | | | | | | | | | | | | | |
| Number Reporting | 500 | 22 | 25 | 28 | 85 | 31 | 21 | 13 | 41 | 23 | 83 | 32 | 53 | 41 |
| *% of total* | | *4%* | *5%* | *6%* | *17%* | *6%* | *4%* | *3%* | *8%* | *5%* | *17%* | *6%* | *11%* | *8%* |
| 75th percentile | $385 | $425 | $465 | $410 | $420 | $300 | $350 | $290 | $390 | $375 | $265 | $373 | $470 | $340 |
| Median | $320 | $400 | $400 | $360 | $350 | $265 | $300 | $245 | $340 | $310 | $235 | $345 | $380 | $300 |
| 25th percentile | $260 | $325 | $330 | $298 | $300 | $230 | $266 | $210 | $285 | $280 | $200 | $300 | $315 | $250 |
| Average | $327 | $378 | $406 | $354 | $370 | $270 | $312 | $251 | $340 | $316 | $236 | $338 | $398 | $299 |
| **ASSOCIATES** | | | | | | | | | | | | | | |
| Number Reporting | 322 | 12 | 20 | 17 | 70 | 18 | 13 | 2 | 24 | 19 | 51 | 18 | 29 | 28 |
| *% of total* | | *4%* | *6%* | *5%* | *22%* | *6%* | *4%* | *1%* | *7%* | *6%* | *16%* | *6%* | *9%* | *9%* |
| 75th percentile | $275 | $323 | $363 | $280 | $285 | $225 | $250 | | $263 | $255 | $210 | $275 | $315 | $235 |
| Median | $225 | $310 | $285 | $250 | $243 | $188 | $200 | | $220 | $220 | $190 | $248 | $260 | $180 |
| 25th percentile | $190 | $215 | $253 | $210 | $215 | $165 | $180 | | $198 | $170 | $160 | $220 | $230 | $165 |
| Average | $235 | $278 | $306 | $249 | $252 | $193 | $207 | $223 | $231 | $218 | $190 | $257 | $272 | $200 |
| **OF COUNSEL** | | | | | | | | | | | | | | |
| Number Reporting | 64 | 0 | 3 | 3 | 14 | 4 | 3 | 0 | 5 | 1 | 7 | 4 | 11 | 8 |
| *% of total* | | – | *5%* | *5%* | *22%* | *6%* | *5%* | – | *8%* | *2%* | *11%* | *6%* | *17%* | *13%* |
| 75th percentile | $373 | – | | | $400 | | | – | $301 | | $265 | | $440 | $345 |
| Median | $328 | – | $470 | $275 | $355 | $350 | $345 | – | $275 | | $250 | $310 | $350 | $315 |
| 25th percentile | $270 | – | | | $310 | | | – | $235 | | $201 | | $304 | $250 |
| Average | $330 | – | $447 | $303 | $371 | $325 | $325 | – | $273 | $275 | $239 | $314 | $371 | $303 |
| **SOLO PRACTITIONERS** | | | | | | | | | | | | | | |
| Number Reporting | 120 | 3 | 3 | 5 | 16 | 14 | 2 | 3 | 7 | 3 | 17 | 15 | 15 | 17 |
| *% of total* | | *3%* | *3%* | *4%* | *13%* | *12%* | *2%* | *3%* | *6%* | *3%* | *14%* | *13%* | *13%* | *14%* |
| 75th percentile | $267 | | | $281 | $268 | $273 | | | $276 | | $226 | $226 | $329 | $250 |
| Median | $225 | $190 | $175 | $250 | $250 | $200 | | $200 | $250 | $225 | $199 | $202 | $299 | $224 |
| 25th percentile | $188 | | | $239 | $213 | $175 | | | $177 | | $178 | $196 | $265 | $199 |
| Average | $229 | $218 | $170 | $256 | $245 | $206 | $215 | $208 | $231 | $225 | $197 | $215 | $306 | $221 |

## Table 35. Average Hourly Billing Rates in 2002 *(continued)*

| | Total Survey | Number of Attorneys in the Firm in 2002: One | Two | Three–Five | Six–Ten | 11–30 | 31–100 | 101 or More |
|---|---|---|---|---|---|---|---|---|
| Number Surveyed | 338 | 80 | 37 | 42 | 42 | 46 | 44 | 47 |
| *% of total* | | *24%* | *11%* | *12%* | *12%* | *14%* | *13%* | *14%* |
| **IP Law Is 75% or More of Practice** | | | | | | | | |
| **All Professional Services** | | | | | | | | |
| Minimum hourly rate | | | | | | | | |
| Number Reporting | 45 | 20 | 7 | 7 | 5 | 5 | 1 | 0 |
| *Average* | *$189* | *$199* | *$204* | *$171* | *$141* | *$146* | *$475* | – |
| *Median* | *$170* | *$195* | *$245* | *$175* | *$149* | *$150* | | – |
| Maximum hourly rate | | | | | | | | |
| Number Reporting | 46 | 21 | 7 | 7 | 5 | 5 | 1 | 0 |
| *Average* | *$272* | *$239* | *$268* | *$300* | *$280* | *$331* | *$475* | – |
| *Median* | *$274* | *$240* | *$251* | *$300* | *$201* | *$349* | | – |
| Average hourly rate | | | | | | | | |
| Number Reporting | 38 | 19 | 3 | 7 | 4 | 4 | 1 | 0 |
| *Average* | *$229* | *$209* | *$222* | *$244* | *$205* | *$263* | *$475* | – |
| *Median* | *$234* | *$201* | *$215* | *$237* | *$193* | *$255* | | – |
| **IP Work Only** | | | | | | | | |
| Minimum hourly rate | | | | | | | | |
| Number Reporting | 204 | 50 | 28 | 36 | 34 | 37 | 17 | 2 |
| *Average* | *$181* | *$208* | *$205* | *$178* | *$166* | *$142* | *$179* | *$183* |
| *Median* | *$170* | *$200* | *$200* | *$163* | *$150* | *$140* | *$160* | |
| Maxmimum hourly rate | | | | | | | | |
| Number Reporting | 207 | 53 | 28 | 36 | 34 | 37 | 17 | 2 |
| *Average* | *$307* | *$248* | *$286* | *$306* | *$309* | *$336* | *$431* | *$555* |
| *Median* | *$300* | *$250* | *$275* | *$300* | *$300* | *$350* | *$435* | |
| Average hourly rate | | | | | | | | |
| Number Reporting | 192 | 54 | 24 | 35 | 30 | 32 | 15 | 2 |
| *Average* | *$237* | *$219* | *$239* | *$249* | *$229* | *$237* | *$279* | *$312* |
| *Median* | *$225* | *$200* | *$248* | *$235* | *$223* | *$233* | *$270* | |

# Table 35. Average Hourly Billing Rates in 2002 *(continued)*

| | Total Survey | Number of Attorneys in the Firm in 2002: One | Two | Three–Five | Six–Ten | 11–30 | 31–100 | 101 or More |
|---|---|---|---|---|---|---|---|---|
| Number Surveyed | 338 | 80 | 37 | 42 | 42 | 46 | 44 | 47 |
| *% of total* | | *24%* | *11%* | *12%* | *12%* | *14%* | *13%* | *14%* |
| **IP Law Is Less Than 75% Of Practice** | | | | | | | | |
| **All Professional Services** | | | | | | | | |
| Minimum hourly rate | | | | | | | | |
| Number Reporting | 65 | 2 | 3 | 4 | 2 | 6 | 20 | 28 |
| *Average* | *$164* | *$153* | *$172* | *$169* | *$165* | *$124* | *$141* | *$189* |
| *Median* | *$149* | | *$185* | *$163* | | *$115* | *$138* | *$158* |
| Maximum hourly rate | | | | | | | | |
| Number Reporting | 65 | 2 | 3 | 4 | 2 | 6 | 20 | 28 |
| *Average* | *$372* | *$250* | *$217* | *$270* | *$395* | *$250* | *$365* | *$442* |
| *Median* | *$350* | | *$201* | *$265* | | *$238* | *$350* | *$418* |
| Average hourly rate | | | | | | | | |
| Number Reporting | 57 | 4 | 3 | 3 | 1 | 6 | 16 | 24 |
| *Average* | *$238* | *$213* | *$190* | *$243* | *$330* | *$163* | *$205* | *$284* |
| *Median* | *$226* | *$213* | *$195* | *$220* | | *$153* | *$203* | *$273* |
| **IP Work Only** | | | | | | | | |
| Minimum hourly rate | | | | | | | | |
| Number Reporting | 67 | 2 | 3 | 4 | 3 | 6 | 21 | 28 |
| *Average* | *$185* | *$175* | *$185* | *$170* | *$215* | *$158* | *$178* | *$196* |
| *Median* | *$161* | | *$185* | *$178* | *$200* | *$155* | *$155* | *$161* |
| Maxmimum hourly rate | | | | | | | | |
| Number Reporting | 66 | 2 | 3 | 4 | 3 | 6 | 21 | 27 |
| *Average* | *$339* | *$250* | *$228* | *$259* | *$352* | *$234* | *$313* | *$412* |
| *Median* | *$308* | | *$235* | *$250* | *$295* | *$225* | *$300* | *$400* |
| Average hourly rate | | | | | | | | |
| Number Reporting | 59 | 4 | 3 | 3 | 2 | 6 | 16 | 25 |
| *Average* | *$253* | *$215* | *$207* | *$248* | *$313* | *$192* | *$227* | *$292* |
| *Median* | *$226* | *$218* | *$200* | *$225* | | *$195* | *$215* | *$290* |

# EXHIBIT B

OCT 1 1 2007

LIBRARY
MERCHANT & GOULD ET AL

AIPLA

# REPORT OF THE ECONOMIC SURVEY 2007

PREPARED UNDER DIRECTION OF THE
AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
LAW PRACTICE MANAGEMENT COMMITTEE

KEVIN ALAN WOLFF, CHAIR
ASHOK K. MANNAVA, VICE CHAIR

July 2007

ARI
Association Research, Inc.

4 RESEARCH PLACE, SUITE 220
ROCKVILLE, MARYLAND 20850
TEL: (240) 268-1262
ARI@ASSOCIATIONRESEARCH.COM

**Location:** The metropolitan areas of Boston, New York City, Philadelphia, Washington (DC-MD-VA), Chicago, and Minneapolis–St. Paul include all localities—central city and surrounding areas—within the primary metropolitan statistical area. One state—Texas—had sufficiently large numbers of respondents to be reported separately. There were sufficient responses to breakout Los Angeles and San Francisco separately; California firms outside of those metro areas were included in "Other West." Other categories exclude these named metropolitan areas.

| LOCATION | | |
|---|---|---|
| **METROPOLITAN AREAS** | **PERCENT** | **COUNT** |
| Boston CMSA* | 5.2% | 138 |
| New York City CMSA* | 9.0% | 241 |
| Philadelphia CMSA* | 3.4% | 90 |
| Washington, DC CMSA* | 13.6% | 364 |
| Other East: Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, and West Virginia | 5.8% | 155 |
| Metro Southeast: Raleigh–Durham, Greensboro–Winston-Salem, and Charlotte, NC; Atlanta, GA; and Miami–Ft. Lauderdale–West Palm Beach, FL | 4.4% | 119 |
| Other Southeast: North Carolina, South Carolina, Georgia, and Florida | 2.1% | 55 |
| Chicago CMSA* | 5.8% | 155 |
| Minneapolis–St. Paul PMSA** | 4.2% | 112 |
| Other Central: Minnesota, North Dakota, South Dakota, Wisconsin, Michigan, Ohio, Indiana, Illinois, Iowa, Nebraska, Kansas, Missouri, Kentucky, Oklahoma, Arkansas, Louisiana, Mississippi, Alabama, and Tennessee | 16.5% | 442 |
| Texas | 6.6% | 178 |
| Los Angeles CMSA* | 4.3% | 114 |
| San Francisco CMSA* | 7.7% | 206 |
| Other West: Montana, Wyoming, Colorado, New Mexico, Idaho, Utah, Nevada, Arizona, Washington, Oregon, California, Alaska, and Hawaii | 11.5% | 308 |

***CMSA:** Consolidated Metropolitan Statistical Area– a metro area with a population of one million or more.
****PMSA:** Primary Metropolitan Statistical Area– a component of a CMSA.

## PRIVATE FIRM, PARTNER

- There were 885 private firm partners that participated in the survey; 94.3% devoted 80% or more of their time to IP practice matters.
- Gross income for private firm partners averaged $434,464 for 2006. The median was $344,500 and ranged up to $482,000 for practitioners in the Boston CMSA.
- Employer contributions to partner 401(k)/403(b) retirement and savings plans averaged $19,121 with $15,000 as the median. The median for those with 35 or more years IP law experience was $5,000 higher ($20,000). Excluding 401(k)/403(b) retirement and savings plans, the median for all other employer pension contributions was $28,000.
- Expected total cash income (median) expected for 2007 was $350,000, with the highest amount—$487,500—in the Washington, DC, CMSA. The median anticipated non-cash income (from stock options, sales of stock, in-kind compensation, etc.) was $292,500 (based on only 56 responses).
- Private firm partners on average spent 31.5% of their time engaged in IP prosecution work, and 19.4% of their time on dispute resolution.
- Mechanical was the technical specialization that occupied the most private firm partner time (36.9% on average), followed by chemical (33.9%) and biotechnology (30.4%). Patent work was the predominant IP work area, accounting for 70.4% of partner time spent.
- The mean number of IP lawyers and patent agents employed by the private firms of responding partners was 59.9.
- On average, the number of new US and PCT Patent applications prepared and filed by private firm partners in 2006 was 26.8.
- Private firm partners spent an average of 18.0 hours per month training new associates.
- The median number of billable hours recorded in 2006 by private firm partners was 1,800.
- The percentage of billable hours actually billed to clients by private firm partners averaged 95.8%.
- In 2006, the median hourly billing rate for private firm partners was $380. In the Boston CMSA, the median was $503 per hour.
- The median dollar amount billed for legal services by private firm partners in 2006 was $600,000. The median was highest for those with 35 or more years IP experience ($713,500).

**PRIVATE FIRM, ASSOCIATE**

- There were 549 private firm associates who participated in the 2007 survey. On average, 93.8% devoted 80% or more of their time to IP practice matters.
- Total gross income for private firm associates averaged $152,677. The median was $145,000 and varied from $88,750 for firms with 1-2 IP lawyers to $180,000 for firms with more than 150.
- Employer contributions to private firm associate 401(k)/403(b) retirement and savings plans averaged $6,332 with $5,000 as the median. Excluding 401(k)/403(b) retirement and savings plans, the median for all other employer pension contributions was $4,400 (only 19 individuals reported a value).
- Median cash income expected for 2007 was $157,000 and ranged from $145,000 for those with fewer than five years IP experience to $200,000 or more for those with 7-14 years' experience.
- Private firm associates spent an average of 53.7% of their time directly on IP prosecution work.
- Chemical was the technical specialization area that occupied the most private firm associate time (41.2% on average). Biotechnology and mechanical were the next most significant specializations in terms of time spent (37.1% and 36.1%, respectively). Patent work was the predominant IP work area, accounting for 79.2% of associates' time on average.
- On average, the number of IP lawyers and patent agents employed by the private firms represented by the associates responding was 78.3.
- The mean number of new US and PCT Patent applications prepared and filed by private firm associates in 2006 was 17.2.
- The typical private firm associate spent 10.7 hours per month training new associates.
- The median number of billable hours recorded in 2006 by private firm associates was 1,850 and was highest for those with fewer than five years of experience (1,888 hours).
- The percentage of billable hours actually billed to clients by private firm associates averaged 93.4%. The median was 95.0%.
- In 2006, the median hourly billing rate for private firm associates was $245 and ranged from $200 for firms with 1-2 attorneys, up to $320 for those with more than 150.
- The predominant billing method for private firm associates was hourly billing, averaging 83.6% of all billings. Predetermined fee was used only 14.7% of the time.
- The median dollar amount billed for legal services by private firm associates in 2006 was $400,000. The amount was correlated with firm size, ranging from a median of $265,000 for small firms—1-2 IP attorneys—to $619,942 for those with more than 150 attorneys.

**Average hourly billing rate in 2006 (Q29)**

***Private Firm, Partner***

| | | What was your average hourly billing rate in 2006? | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 827 | $390 | $300 | $380 | $475 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 6 | $192 | $144 | $200 | $231 |
| | 5-6 | 30 | $281 | $239 | $250 | $311 |
| | 7-9 | 120 | $327 | $260 | $308 | $400 |
| | 10-14 | 226 | $371 | $295 | $370 | $450 |
| | 15-24 | 237 | $407 | $313 | $400 | $495 |
| | 25-34 | 142 | $446 | $340 | $430 | $529 |
| | 35 or More | 58 | $458 | $369 | $460 | $546 |
| Location | Boston CMSA | 46 | $512 | $436 | $503 | $575 |
| | NYC CMSA | 50 | $453 | $390 | $443 | $541 |
| | Philadelphia CMSA | 26 | $405 | $344 | $400 | $429 |
| | Washington, DC CMSA | 125 | $435 | $360 | $430 | $505 |
| | Other East | 41 | $306 | $250 | $300 | $345 |
| | Metro Southeast | 35 | $381 | $325 | $375 | $435 |
| | Other Southeast | 16 | $279 | $206 | $290 | $348 |
| | Chicago CMSA | 64 | $398 | $326 | $380 | $450 |
| | Minne.-St. Paul PMSA | 38 | $367 | $300 | $375 | $429 |
| | Other Central | 147 | $298 | $250 | $295 | $330 |
| | Texas | 62 | $407 | $340 | $400 | $486 |
| | Los Angeles CMSA | 37 | $461 | $330 | $485 | $553 |
| | San Francisco CMSA | 49 | $469 | $393 | $460 | $530 |
| | Other West | 80 | $344 | $271 | $330 | $403 |
| IP Technical Specialization (>=50%) | Biotechnology | 61 | $413 | $315 | $425 | $490 |
| | Chemical | 102 | $375 | $299 | $370 | $440 |
| | Computer Hardware | 15 | $422 | $350 | $400 | $545 |
| | Computer Software | 57 | $395 | $310 | $400 | $483 |
| | Electrical | 79 | $405 | $315 | $400 | $475 |
| | Mechanical | 177 | $337 | $275 | $315 | $398 |
| | Other areas | 9 | $446 | $320 | $425 | $588 |
| Age | Younger than 35 | 17 | $287 | $225 | $275 | $323 |
| | 35-39 | 119 | $338 | $250 | $320 | $420 |
| | 40-44 | 191 | $367 | $280 | $350 | $440 |
| | 45-49 | 166 | $382 | $295 | $379 | $450 |
| | 50-54 | 120 | $416 | $340 | $400 | $494 |
| | 55-59 | 97 | $437 | $328 | $425 | $508 |
| | 60 or Older | 110 | $444 | $338 | $448 | $541 |
| Gender | Male | 726 | $392 | $300 | $380 | $475 |
| | Female | 94 | $368 | $284 | $365 | $450 |
| Highest Non-Law Degree | Bachelor's Degree | 538 | $388 | $295 | $375 | $475 |
| | Master's Degree | 187 | $398 | $305 | $395 | $490 |
| | Doctorate Degree | 54 | $378 | $300 | $383 | $466 |
| Ethnicity | White/Caucasian | 744 | $392 | $300 | $385 | $479 |
| | Hispanic/Latino | 7 | $350 | $225 | $330 | $500 |
| | Asian/Pacific Islander | 29 | $353 | $250 | $330 | $453 |
| | Blended | 3 | $243 | NA | $240 | NA |
| | Other | 16 | $348 | $300 | $328 | $401 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 59 | $278 | $225 | $255 | $325 |
| | 3-5 | 95 | $318 | $250 | $315 | $375 |
| | 6-10 | 81 | $322 | $258 | $315 | $355 |
| | 11-25 | 174 | $343 | $275 | $330 | $400 |
| | 26-50 | 115 | $409 | $325 | $400 | $490 |
| | 51-100 | 158 | $453 | $380 | $450 | $511 |
| | 101-150 | 50 | $502 | $429 | $493 | $571 |
| | More than 150 | 84 | $507 | $435 | $500 | $579 |

**Average hourly billing rate in 2006 (Q29)**

***Private Firm, Associate***

| | | What was your average hourly billing rate in 2006? | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 481 | $262 | $200 | $245 | $315 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 269 | $226 | $180 | $210 | $260 |
| | 5-6 | 99 | $303 | $240 | $300 | $355 |
| | 7-9 | 71 | $326 | $260 | $315 | $395 |
| | 10-14 | 21 | $340 | $268 | $300 | $413 |
| | 15-24 | 5 | $324 | $218 | $285 | $450 |
| Location | Boston CMSA | 25 | $310 | $235 | $320 | $353 |
| | NYC CMSA | 27 | $341 | $260 | $330 | $425 |
| | Philadelphia CMSA | 12 | $242 | $216 | $245 | $289 |
| | Washington, DC CMSA | 80 | $297 | $240 | $300 | $348 |
| | Other East | 23 | $216 | $160 | $208 | $260 |
| | Metro Southeast | 14 | $246 | $218 | $228 | $291 |
| | Other Southeast | 6 | $248 | $203 | $243 | $293 |
| | Chicago CMSA | 28 | $250 | $221 | $245 | $279 |
| | Minne.-St. Paul PMSA | 28 | $207 | $175 | $195 | $233 |
| | Other Central | 85 | $210 | $165 | $190 | $248 |
| | Texas | 33 | $288 | $235 | $295 | $335 |
| | Los Angeles CMSA | 18 | $300 | $254 | $298 | $328 |
| | San Francisco CMSA | 24 | $337 | $258 | $318 | $413 |
| | Other West | 72 | $240 | $180 | $210 | $269 |
| IP Technical Specialization (>=50%) | Biotechnology | 55 | $281 | $220 | $275 | $330 |
| | Chemical | 68 | $273 | $200 | $260 | $350 |
| | Computer Hardware | 11 | $320 | $230 | $300 | $425 |
| | Computer Software | 40 | $270 | $216 | $250 | $324 |
| | Electrical | 62 | $264 | $210 | $250 | $303 |
| | Mechanical | 90 | $239 | $180 | $215 | $293 |
| | Other areas | 10 | $311 | $200 | $345 | $371 |
| Age | Younger than 35 | 219 | $238 | $180 | $225 | $285 |
| | 35-39 | 127 | $277 | $215 | $265 | $335 |
| | 40-44 | 77 | $289 | $228 | $270 | $335 |
| | 45-49 | 35 | $317 | $225 | $310 | $410 |
| | 50-54 | 11 | $249 | $175 | $235 | $300 |
| | 55-59 | 8 | $202 | $176 | $185 | $185 |
| | 60 or Older | 3 | $288 | NA | $325 | NA |
| Gender | Male | 368 | $266 | $200 | $250 | $315 |
| | Female | 110 | $249 | $185 | $225 | $313 |
| Highest Non-Law Degree | Bachelor's Degree | 268 | $254 | $185 | $235 | $300 |
| | Master's Degree | 119 | $266 | $215 | $255 | $315 |
| | Doctorate Degree | 72 | $281 | $210 | $262 | $340 |
| Ethnicity | White/Caucasian | 412 | $257 | $200 | $240 | $309 |
| | Black/African American | 5 | $258 | $183 | $235 | $345 |
| | Hispanic/Latino | 9 | $311 | $263 | $315 | $328 |
| | Asian/Pacific Islander | 31 | $279 | $210 | $260 | $325 |
| | Blended | 4 | $393 | NA | $408 | NA |
| | Other | 7 | $304 | $245 | $285 | $325 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 15 | $229 | $175 | $200 | $270 |
| | 3-5 | 35 | $196 | $170 | $195 | $210 |
| | 6-10 | 42 | $225 | $175 | $225 | $276 |
| | 11-25 | 98 | $230 | $180 | $215 | $261 |
| | 26-50 | 97 | $266 | $210 | $260 | $305 |
| | 51-100 | 87 | $291 | $225 | $290 | $350 |
| | 101-150 | 34 | $310 | $240 | $298 | $371 |
| | More than 150 | 57 | $319 | $250 | $320 | $380 |

# EXHIBIT C

REC'D NOV 22 2005

# AIPLA

# REPORT OF THE ECONOMIC SURVEY 2005

PREPARED UNDER DIRECTION OF THE AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION LAW PRACTICE MANAGEMENT COMMITTEE

SALVATORE ANASTASI, CHAIR
KEVIN ALAN WOLFF, VICE CHAIR

September 2005

Property of
Merchant & Gould
PLS RETURN TO LIBRARY

ARI
Association Research, Inc.

4 RESEARCH PLACE, SUITE 220
ROCKVILLE, MARYLAND 20850
TEL: (240) 268-1262
ARI@ASSOCIATIONRESEARCH.COM

**Estimated Litigation Costs:** Respondents were instructed to respond to these questions *"only if you have personal knowledge either as a service provider or as a purchaser of such services of the costs incurred within the relatively recent past, for the type of work to which the question pertains. In each of the questions, 'total cost' is all costs, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses."* Respondents were further instructed to estimate these based on a single IP asset, such as one patent at issue or one trademark.

**Location:** The metropolitan areas of Boston, New York City, Philadelphia–Wilmington, Washington (DC-MD-VA), Chicago, and Minneapolis–St. Paul include all localities—central city and surrounding areas—within the primary metropolitan statistical area. One state—Texas—had sufficiently large numbers of respondents to be reported separately. There were sufficient responses to breakout Los Angeles and San Francisco separately; California firms outside of those metro areas were included in "Other West." Other categories exclude these named metropolitan areas.

| **LOCATION** | | |
|---|---|---|
| **METROPOLITAN AREAS** | **PERCENT** | **COUNT** |
| Boston CMSA* | 4.9% | 73 |
| New York City CMSA* | 9.5% | 143 |
| Philadelphia CMSA* | 4.9% | 73 |
| Washington, DC CMSA* | 13.0% | 195 |
| Other East: Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, and West Virginia | 5.6% | 84 |
| Metro Southeast: Raleigh–Durham, Greensboro–Winston-Salem, and Charlotte, NC; Atlanta, GA; and Miami–Ft. Lauderdale–West Palm Beach, FL | 3.8% | 57 |
| Other Southeast: North Carolina, South Carolina, Georgia, and Florida | 2.7% | 41 |
| Chicago CMSA* | 7.4% | 111 |
| Minneapolis–St. Paul PMSA** | 4.3% | 65 |
| Other Central: Minnesota, North Dakota, South Dakota, Wisconsin, Michigan, Ohio, Indiana, Illinois, Iowa, Nebraska, Kansas, Missouri, Kentucky, Oklahoma, Arkansas, Louisiana, Mississippi, Alabama, and Tennessee | 17.1% | 257 |
| Texas | 6.3% | 95 |
| Los Angeles CMSA* | 3.5% | 52 |
| San Francisco CMSA* | 5.9% | 89 |
| Other West: Montana, Wyoming, Colorado, New Mexico, Idaho, Utah, Nevada, Arizona, Washington, Oregon, California, Alaska, and Hawaii | 11.1% | 167 |
| ***CMSA:** Consolidated Metropolitan Statistical Area– a metro area with a population of one million or more.<br>****PMSA:** Primary Metropolitan Statistical Area– a component of a CMSA. | | |

**PRIVATE FIRM PARTNER/SHAREHOLDER**

- On average, the 487 private firm partners and shareholders that participated in the survey devoted 96.3% of their time to IP practice matters.
- Overall gross income for partners and shareholders in private firms averaged $394,465. The median was $300,000 and ranged up to $453,000 for practitioners with 25-34 years of IP law experience.
- Employer contributions to partner/shareholder 401(k)/403(b) retirement and saving plans averaged $17,146 with $13,500 as the median. The median for those with 35 or more years IP law experience was $2,000 higher ($15,500). Excluding 401(k)/403(b) retirement and savings plans, the median for all other employer pension contributions was $20,000, led again by those with 35+ years experience ($33,000).
- Median total cash income expected for 2005 was $305,000 and ranged from $188,000 for those with less than five years IP experience to $477,500 for those with 25-34 years experience. The median anticipated non-cash income (from stock options, sales of stock, in-kind compensation, etc.) was $162,000 (based on only 18 responses).
- Using medians as the measure, private firm partners and shareholders spent 30% of their time engaged in IP prosecution work.
- Mechanical was the technical specialization that occupied the most private firm partner/shareholder time (30.0% on average), followed by chemical (17.3%) and electrical (17.2%). Patent work was the predominant IP work area, accounting for 74.9% of partner/shareholder time spent Trademarks were a distant second (13.1%).
- On average, the number and type of full-time staff employed by the private firms of responding partners and shareholders was 43.3 IP lawyers and patent agents, 9.1 IP paralegals, and 5.9 IP technical assistants (e.g., technical writers and engineers).
- On average, the number of new US and PCT Patent applications prepared and filed by private firm partners/shareholders in 2004 was 39.3.
- The average number of hours spent by private firm partners and shareholders training new associates and in-house counsel in patent prosecution and patent litigation was 31.0 hours and 37.6 hours, respectively. On average, 41.0% of training time was client-billable or assigned to other work.
- The median number of billable hours recorded in 2004 by private firm partners/shareholders was 1,780. The median was highest for those with five to six years experience (1,956 hours) and lowest for those with 35 or more years experience (1,588 hours).
- The percentage of billable hours actually billed to clients by private firm partners/shareholders averaged 95.1%. The median was 98.0% and was 100% for those with IP experience of less than five years, 15-24 years, and 35 years or more.
- In 2004, the median hourly billing rate for private firm partners/shareholders was $340 and ranged from $250 (for those with five to six years IP experience) to $400 (for those with 25-34 years IP experience).
- The median percentage of services in 2004 that were billed or to be billed on a basis other than hourly was 20.0%. Of the services not billed on an hourly basis, 20.0% were billed as a predetermined fee and 10.0% as a contingent fee.
- The median dollar amount billed for legal services by private firm partners/shareholders in 2004 was $541,000. The median was highest for those with 25-34 years IP experience ($680,500).

## AVERAGE HOURLY BILLING RATE (P. I-41, Q33)
## PRIVATE FIRM, PARTNER, SHAREHOLDER

*By Years of IP Experience*




## PRIVATE FIRM ASSOCIATE

- On average, the 301 private firm associates who participated in the 2005 survey devoted 95.9% of their time to IP practice matters.
- Overall gross income for private firm associates averaged $145,466. The median was $137,000 and was highest for those with seven to nine years IP experience ($199,500) and lowest for those having fewer than five years experience ($125,000).
- Employer contributions to private firm associate 401(k)/403(b) retirement and saving plans averaged $5,563 with $4,000 as the median. The median was highest for those with seven to nine years IP law experience ($5,000). Excluding 401(k)/403(b) retirement and savings plans, the median for all other employer pension contributions was $6,600 (only 23 individuals reported a value).
- The median amount of cash income expected for 2005 was $150,000 and ranged from $135,000 for those with fewer than five years IP experience to $210,000 for those with seven to nine years IP experience.
- Overall, private firm associates spent more than one-half of their time directly on IP prosecution work (56.4%).
- Mechanical was the technical specialization area that occupied the most private firm associate time (28.5% on average). Electrical was the next most significant specialization in terms or time spent (18.4%). Patent work was the predominant IP work area, accounting for 82.9% of associates' time on average.
- On average, the number and type of full-time staff employed by the private firms represented by the associates responding was 59.9 IP lawyers and patent agents, 10.3 IP paralegals, and 6.6 IP technical assistants (e.g., technical writers and engineers).
- On average, the number of new US and PCT Patent applications prepared and filed by private firm associates in 2004 was 20.2.

- The average number of hours spent by private firm associates training new associates and in-house counsel in patent prosecution and patent litigation was 21.7 hours and 13.5 hours, respectively. On average, 52.9% of training time was client-billable or assigned to other work.
- The median number of billable hours recorded in 2004 by private firm associates was 1,850. The median was highest for those with seven to nine years experience (1,949 hours).
- The percentage of billable hours actually billed to clients by private firm associates averaged 94.5%. The median was 96.0%.
- In 2004, the median hourly billing rate for private firm associates was $240 and ranged from $200 (for those with less than five years IP experience) to $310 (for those with seven to nine years IP experience).
- The median percentage of services in 2004 that were billed or to be billed on a basis other than hourly was 20.0%. Of the services not billed on an hourly basis, 20.0% were billed as a predetermined fee and 10.0% as a contingent fee.
- The median dollar amount billed for legal services by private firm associates in 2004 was $400,000. The median was highest for those with seven to nine years IP experience ($580,000).

**2004 GROSS INCOME (P. I-48, Q13)**
**PRIVATE FIRM, ASSOCIATE**
*By Years of IP Experience*



**Average hourly billing rate in 2004 (Q33)**

***Private Firm, Partner, Shareholder***

| | | What was your average hourly billing rate in 2004? | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 461 | $352 | $275 | $340 | $414 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 9 | $277 | $185 | $275 | $378 |
| | 5-6 | 21 | $272 | $223 | $250 | $338 |
| | 7-9 | 48 | $295 | $240 | $285 | $329 |
| | 10-14 | 135 | $338 | $270 | $330 | $395 |
| | 15-24 | 128 | $361 | $280 | $350 | $430 |
| | 25-34 | 74 | $399 | $330 | $400 | $461 |
| | 35 or More | 44 | $410 | $326 | $388 | $475 |
| Location | Boston CMSA | 24 | $448 | $353 | $463 | $540 |
| | NYC CMSA | 24 | $423 | $353 | $438 | $479 |
| | Philadelphia CMSA | 29 | $376 | $340 | $370 | $430 |
| | Washington, DC CMSA | 76 | $378 | $315 | $375 | $447 |
| | Other East | 16 | $284 | $240 | $280 | $333 |
| | Metro Southeast | 19 | $347 | $265 | $310 | $400 |
| | Other Southeast | 11 | $286 | $220 | $300 | $330 |
| | Chicago CMSA | 52 | $372 | $325 | $358 | $418 |
| | Minne.-St. Paul PMSA | 22 | $305 | $234 | $298 | $376 |
| | Other Central | 79 | $278 | $230 | $275 | $320 |
| | Texas | 29 | $353 | $270 | $380 | $405 |
| | Los Angeles CMSA | 16 | $378 | $303 | $385 | $439 |
| | San Francisco CMSA | 17 | $479 | $375 | $450 | $575 |
| | Other West | 36 | $314 | $243 | $318 | $364 |
| IP Technical Specialization (>=50%) | Biotechnology | 29 | $368 | $253 | $370 | $468 |
| | Chemical | 69 | $349 | $283 | $340 | $395 |
| | Computer Hardware | 8 | $359 | $290 | $338 | $414 |
| | Computer Software | 14 | $325 | $248 | $320 | $396 |
| | Electrical | 44 | $342 | $291 | $350 | $389 |
| | Mechanical | 112 | $318 | $260 | $325 | $375 |
| | Other areas | 11 | $354 | $300 | $360 | $400 |
| Age | Younger than 35 | 11 | $247 | $200 | $225 | $325 |
| | 35-39 | 68 | $326 | $250 | $313 | $379 |
| | 40-44 | 88 | $332 | $260 | $325 | $395 |
| | 45-49 | 97 | $340 | $260 | $325 | $395 |
| | 50-54 | 64 | $374 | $310 | $380 | $450 |
| | 55-59 | 55 | $378 | $285 | $350 | $450 |
| | 60 or Older | 67 | $400 | $324 | $385 | $470 |
| Gender | Male | 425 | $354 | $275 | $345 | $420 |
| | Female | 35 | $335 | $270 | $325 | $400 |
| Highest Non-Law Degree | Bachelor's Degree | 312 | $350 | $276 | $340 | $405 |
| | Master's Degree | 108 | $347 | $260 | $350 | $404 |
| | Doctorate Degree | 31 | $375 | $285 | $385 | $450 |
| Ethnicity | White/Caucasian | 421 | $355 | $280 | $350 | $420 |
| | Hispanic/Latino | 6 | $327 | $221 | $313 | $450 |
| | Asian/Pacific Islander | 10 | $321 | $250 | $338 | $391 |
| | Other | 5 | $333 | $258 | $310 | $420 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 35 | $274 | $210 | $250 | $330 |
| | 3-5 | 47 | $282 | $240 | $280 | $324 |
| | 6-10 | 62 | $321 | $250 | $300 | $364 |
| | 11-25 | 107 | $320 | $250 | $315 | $375 |
| | 26-50 | 66 | $395 | $329 | $385 | $450 |
| | 51-100 | 83 | $398 | $340 | $390 | $455 |
| | 101-150 | 24 | $440 | $386 | $435 | $458 |
| | More than 150 | 11 | $471 | $400 | $465 | $550 |

**Billable hours recorded in 2004 (Q31)**

***Private Firm, Associate***

| | | How many billable hours did you record in 2004? | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 249 | 1,808 | 1,601 | 1,850 | 2,010 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 103 | 1,800 | 1,620 | 1,850 | 2,000 |
| | 5-6 | 69 | 1,879 | 1,695 | 1,850 | 2,065 |
| | 7-9 | 54 | 1,909 | 1,800 | 1,949 | 2,117 |
| | 10-14 | 10 | 1,637 | 1,438 | 1,550 | 1,813 |
| | 15-24 | 3 | 1,170 | NA | 1,200 | NA |
| Location | Boston CMSA | 12 | 1,868 | 1,763 | 1,843 | 2,000 |
| | NYC CMSA | 19 | 1,874 | 1,690 | 1,829 | 2,000 |
| | Philadelphia CMSA | 8 | 1,956 | 1,338 | 1,945 | 2,552 |
| | Washington, DC CMSA | 43 | 1,866 | 1,680 | 1,905 | 2,010 |
| | Other East | 11 | 1,591 | 1,155 | 1,800 | 1,850 |
| | Metro Southeast | 5 | 1,870 | 1,650 | 2,000 | 2,025 |
| | Other Southeast | 5 | 1,622 | 1,175 | 1,750 | 2,005 |
| | Chicago CMSA | 19 | 2,007 | 1,851 | 2,005 | 2,235 |
| | Minne.-St. Paul PMSA | 14 | 1,763 | 1,623 | 1,805 | 1,965 |
| | Other Central | 50 | 1,697 | 1,439 | 1,798 | 1,985 |
| | Texas | 13 | 1,849 | 1,875 | 1,950 | 2,125 |
| | Los Angeles CMSA | 8 | 1,822 | 1,616 | 1,866 | 2,010 |
| | San Francisco CMSA | 11 | 1,951 | 1,800 | 1,880 | 2,200 |
| | Other West | 23 | 1,865 | 1,500 | 1,829 | 2,151 |
| IP Technical Specialization (>=50%) | Biotechnology | 18 | 1,908 | 1,601 | 1,825 | 2,125 |
| | Chemical | 35 | 1,876 | 1,600 | 1,820 | 2,104 |
| | Computer Hardware | 7 | 1,617 | 850 | 1,750 | 2,151 |
| | Computer Software | 21 | 1,673 | 1,200 | 1,900 | 2,100 |
| | Electrical | 34 | 1,811 | 1,648 | 1,850 | 2,000 |
| | Mechanical | 69 | 1,742 | 1,500 | 1,850 | 2,000 |
| | Other areas | 4 | 1,711 | NA | 1,705 | NA |
| Age | Younger than 35 | 92 | 1,794 | 1,600 | 1,861 | 2,010 |
| | 35-39 | 82 | 1,862 | 1,676 | 1,903 | 2,028 |
| | 40-44 | 42 | 1,775 | 1,500 | 1,815 | 2,013 |
| | 45-49 | 13 | 1,826 | 1,550 | 1,800 | 2,102 |
| | 50-54 | 10 | 1,802 | 1,763 | 1,825 | 1,890 |
| | 55-59 | 3 | 1,341 | NA | 1,200 | NA |
| | 60 or Older | 5 | 1,440 | 950 | 1,500 | 1,900 |
| Gender | Male | 207 | 1,802 | 1,600 | 1,850 | 2,010 |
| | Female | 41 | 1,813 | 1,648 | 1,830 | 2,003 |
| Highest Non-Law Degree | Bachelor's Degree | 163 | 1,797 | 1,600 | 1,850 | 2,010 |
| | Master's Degree | 56 | 1,766 | 1,606 | 1,805 | 2,009 |
| | Doctorate Degree | 26 | 1,984 | 1,688 | 1,863 | 2,209 |
| Ethnicity | White/Caucasian | 208 | 1,826 | 1,661 | 1,850 | 2,010 |
| | Black/African American | 7 | 1,774 | 1,800 | 1,947 | 2,050 |
| | Hispanic/Latino | 3 | 1,967 | NA | 1,900 | NA |
| | Asian/Pacific Islander | 16 | 1,559 | 1,300 | 1,600 | 1,905 |
| | Blended | 4 | 1,955 | NA | 1,940 | NA |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 8 | 1,533 | 1,225 | 1,550 | 1,853 |
| | 3-5 | 12 | 1,477 | 1,425 | 1,500 | 1,800 |
| | 6-10 | 35 | 1,607 | 1,310 | 1,700 | 1,900 |
| | 11-25 | 47 | 1,657 | 1,436 | 1,690 | 1,900 |
| | 26-50 | 39 | 1,820 | 1,700 | 1,850 | 2,100 |
| | 51-100 | 52 | 2,060 | 1,887 | 2,015 | 2,293 |
| | 101-150 | 13 | 1,977 | 1,835 | 2,010 | 2,129 |
| | More than 150 | 24 | 1,950 | 1,805 | 1,955 | 2,106 |