# EXHIBIT D

LIBRARY
MERCHANT & GOULD ET AL

Daniel McDonald

AIPLA

# Report of Economic Survey 2001

PREPARED UNDER DIRECTION OF
AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
LAW PRACTICE MANAGEMENT COMMITTEE

SHARON A. ISRAEL, CHAIR

By
Fetzer-Kraus, Inc.
Washington, DC 20008

***Area of Technical Specialization.*** Respondents admitted to the Patent Bar were considered to have an area of technical specialization if at least 50 percent of time was spent in that area. Table 6 reports income by type of practice and areas of technical specialization. Areas of specialization listed in the questionnaire included biotechnology, chemical, computer hardware, computer software, electrical, and mechanical. Among all survey respondents in full-time practice, 19 percent indicated they spend one-half or more of their time in the mechanical area and 17 percent indicated they spend one-half or more of their time in the chemical area. Some respondents split their time 50–50 between two areas and the table breaks out income for three compound areas: biotechnology/chemical, chemical/mechanical, and electrical/mechanical. A few respondents who split their time between computer hardware and computer software are reported under computer hardware. Under "Other Areas," respondents reported specialties that include business methods, medical devices, optics, and semiconductors.

Mechanical is the largest single area of specialization among attorneys in private practice. Median incomes for those who specialize in the mechanical area are slightly lower than the median for all individuals in private practice. Among partners, the highest median incomes were reported by those who specialize in biotechnology and in areas not listed in the questionnaire.

Chemical is the largest single area of specialization among corporate lawyers. Median income among those who specialize in this area is similar to the overall median. The highest median income was reported by those who specialize in computer hardware.

***Size of Professional Staff.*** Table 7 reports income by type of practice and size of professional staff. Professional staff, which included all attorneys and agents in the firm or corporation, was categorized into eight groups: 1–2, 3–5, 6–10, 11–25, 26–50, 51–100, 101–150, and more than 150.

Among partners, median income increases until staff size reaches 26–50 professionals. Among associates, median income increases with size of professional staff, to a peak of $150,028 in firms with more than 150 professionals. Chart 7 illustrates the midrange of income for partners by the number of lawyers and agents in the firm.

Among heads of corporate IP and legal departments, median income increases with staff size but the relationship is weak when staff size is larger than 6–10 professionals. Among other corporate lawyers, median income is highest when staff size reaches 26–50 professionals.

***Number of Subordinates.*** Income of corporate lawyers is also reported in Table 9 by number of subordinates, with subordinates defined as the number of IP lawyers and patent agents reporting directly or indirectly. Median income among heads of corporate IP and legal departments increases steadily as number of subordinates increases, from $149,000 among those with no subordinates to $380,000 among those with 16 or more subordinates. Median income among other corporate lawyers also increases as the number of subordinates increases, to a peak of $272,292 among three respondents with 11–15 subordinates each. Chart 8 illustrates the midrange of income for all corporate lawyers by number of subordinate lawyers and agents.

***Location of Primary Place of Work.*** For the purpose of reporting income, billable hours and billing rates, the dollar amount billed for legal services, typical charges, and estimated costs of

litigation, respondents were categorized in one of 13 locations, based on the zip code provided by the respondent. These locations are defined in the same manner as for the 1999 survey report.

The metropolitan areas of Boston, New York City, Philadelphia–Wilmington, Washington (DC-MD-VA), Chicago, and Minneapolis–St. Paul include all localities, central city and suburbs, within the primary metropolitan statistical area. Two states, Texas and California, have sufficiently large numbers of respondents to be reported separately. The category "Metro Southeast" includes Raleigh–Durham, Greensboro–Winston-Salem, and Charlotte in North Carolina; Atlanta, Georgia; and the Miami–Ft. Lauderdale–West Palm Beach metropolitan area in Florida. Other categories exclude the named metropolitan areas and include the following states:

*Other East*: Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, Pennsylvania, Delaware, Maryland, Virginia, and West Virginia;

*Other Southeast*: North Carolina, South Carolina, Georgia, and Florida;

*Other Central*: Minnesota, North Dakota, South Dakota, Wisconsin, Michigan, Ohio, Indiana, Illinois, Iowa, Nebraska, Kansas, Missouri, Kentucky, Oklahoma, Arkansas, Louisiana, Mississippi, Alabama, and Tennessee;

*Other West*: Montana, Wyoming, Colorado, New Mexico, Idaho, Utah, Nevada, Arizona, Washington, Oregon, Alaska, and Hawaii.

Table 8 reports income by type of practice and location of primary place of work. Although median income among all respondents in full-time practice is highest in the New York and Chicago areas ($214,000 and $190,000, respectively), median income among all California respondents is $185,001. Among partners, median income is highest, $428,500, for those in the Boston area. Among associates, median income is highest, $169,000, for those in New York. For solo practitioners, median income is highest, $292,500, among those in the Washington, D.C. area.

Although median income among corporate lawyers is higher in some metropolitan areas, the relationship is not consistent. Other variables, such as industry, area of specialization, size of employer, size of professional staff, and number of subordinates probably influence compensation in ways that obscure any relationship with geographic region.

## Workload and Work Activities

***Change in Workload.*** Sixty-one percent of respondents in full-time practice reported that their workload increased in 2000, compared with 1999. Only 8 percent reported that their workloads decreased. Another 30 percent reported their workload did not change. Among those who reported an increase or decrease in workload, the median change in workload was 20 percent. Table 10 reports these workload comparisons. Workload increases were reported by respondents in all practice types. Workload decreases were most likely to be reported by solo practitioners, with 15 percent reporting a decrease in workload from 1999 to 2000.

***Time Devoted to Various Types of Work.*** Table 11 reports median percent of time in the primary practice devoted to various types of IP work. Partners are most likely to devote some portion of their time to IP protection (median 40 percent of time), to supervision of IP work (me-

The following table reports average rates in both years and the percent change to 2000:

| | 1998 | 2000 | % +/– |
|---|---|---|---|
| All respondents | $216 | $252 | 16.7 |
| Partners | $257 | $290 | 12.8 |
| Associates | $168 | $206 | 22.6 |
| Solo Practitioners | $188 | $220 | 17.0 |

Tables 16a and 16b report billable hours and average hourly billing rate by type of practice and location of primary place of work.

***Billing by Years of Experience.*** Among all respondents in full-time practice, billable hours in the first 20 years of IP law experience ranged from 1,823 among those with 10–14 years of experience to 1,918 among those with 15–19 years of experience. With 20 years of experience, billable hours begin to taper, ranging in 2000 from an average of 1,708 among those with 20–24 years of experience to 1,465 among those with 40 or more years of experience.

Associates with 10–14 years of experience and partners with 15–19 years of experience reported the highest average billable hours in 2000, at 1,960 and 1,943 respectively. Tables 17a and 17b report billable hours and average hourly billing rate by type of practice and years of IP law experience.

Average billable hours among male respondents averaged 1,774 in 2000, approximately 2 percent more hours than the average of 1,737 reported by female respondents. Male associates reported an average 1,902 billable hours, approximately 6 percent more hours than female associates, reporting an average of 1,788 billable hours. Table 17c reports billable hours by type of practice, gender, and years of experience.

All males in private practice reported an average hourly billing rate of $254, compared with an average billing rate of $233 reported by all females in private practice. However, this average difference in billing rates mostly reflects the proportionately more years of experience among male respondents. Female partners billed at an average of $283, compared with an average of $291 billed by male partners. Female associates and male associates billed at average rates of $204 and $206, respectively. Table 17d reports hourly billing rate by type of practice, gender, and years of experience.

In the second through tenth years of experience, respondents, especially associates, typically log an average of 1,850 or more billable hours. Respondents in the first year of experience, in 2000, reported an average of 1,801 billable hours.

Among partners, billing rates in the first 10 years of experience typically averaged between $212 and $264, with no obvious relationship between rates and years of experience. Among associates, billing rates in the first 10 years of experience ranged from $164 in the first year of experience to $246 in the tenth year of experience. After about the 5th or 6th year of experience, among associates, there is only a modest additional experience premium. Tables 18a and 18b report billable hours and hourly billing rate by type of practice, in the first 10 years of experience.

***Dollar Amount Billed.*** With 885 of 1,810 respondents in full-time practice reporting, the average dollar amount billed for legal services in 2000 was $443,703. Partners billed an average of

# Table16b. Average Hourly Billing Rate by Type Of Practice and Location of Primary Place of Work

| | | Location of Respondent's Primary Place of Work | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Survey | Boston Area | NYC Area | Philadelphia– Wilmington | Washington DC Area | Other East | Metro Southeast | Other Southeast | Chicago Area | Minneapolis– St. Paul | Other Central | Texas | California | Other West |
| **ALL PRIVATE PRACTICE** | | | | | | | | | | | | | | |
| Number Reporting | 1088 | 40 | 61 | 36 | 221 | 75 | 41 | 14 | 79 | 50 | 192 | 83 | 107 | 88 |
| *% of total* | | *4%* | *6%* | *3%* | *20%* | *7%* | *4%* | *1%* | *7%* | *5%* | *18%* | *8%* | *10%* | *8%* |
| 75th percentile | $300 | $390 | $375 | $280 | $316 | $280 | $275 | $245 | $300 | $270 | $230 | $300 | $350 | $275 |
| Median | $240 | $325 | $320 | $250 | $256 | $220 | $220 | $193 | $250 | $218 | $195 | $240 | $275 | $230 |
| 25th percentile | $198 | $245 | $265 | $213 | $215 | $180 | $165 | $170 | $205 | $180 | $160 | $200 | $225 | $200 |
| Average | $252 | $321 | $331 | $252 | $269 | $230 | $232 | $216 | $256 | $223 | $202 | $253 | $284 | $239 |
| **PARTNERS** | | | | | | | | | | | | | | |
| Number Reporting | 522 | 21 | 33 | 22 | 92 | 36 | 20 | 6 | 46 | 22 | 102 | 29 | 40 | 53 |
| *% of total* | | *4%* | *6%* | *4%* | *18%* | *7%* | *4%* | *1%* | *9%* | *4%* | *20%* | *6%* | *8%* | *10%* |
| 75th percentile | $340 | $440 | $440 | $325 | $358 | $292 | $325 | $200 | $320 | $300 | $250 | $350 | $385 | $290 |
| Median | $280 | $385 | $370 | $270 | $316 | $250 | $250 | $200 | $290 | $273 | $225 | $300 | $350 | $250 |
| 25th percentile | $230 | $350 | $320 | $250 | $270 | $200 | $222 | $180 | $260 | $230 | $195 | $260 | $295 | $220 |
| Average | $290 | $386 | $395 | $281 | $317 | $255 | $269 | $201 | $294 | $267 | $229 | $307 | $342 | $259 |
| **ASSOCIATES** | | | | | | | | | | | | | | |
| Number Reporting | 391 | 14 | 25 | 9 | 95 | 18 | 14 | 3 | 26 | 24 | 69 | 35 | 39 | 19 |
| *% of total* | | *4%* | *6%* | *2%* | *24%* | *5%* | *4%* | *1%* | *7%* | *6%* | *18%* | *9%* | *10%* | *5%* |
| 75th percentile | $240 | $275 | $300 | $210 | $250 | $215 | $210 | | $220 | $220 | $180 | $250 | $260 | $235 |
| Median | $200 | $238 | $250 | $210 | $215 | $178 | $165 | $170 | $200 | $188 | $160 | $215 | $235 | $200 |
| 25th percentile | $168 | $225 | $220 | $170 | $185 | $155 | $150 | | $175 | $160 | $145 | $190 | $200 | $160 |
| Average | $206 | $242 | $257 | $195 | $219 | $185 | $173 | $168 | $198 | $191 | $166 | $216 | $232 | $209 |
| **OF COUNSEL** | | | | | | | | | | | | | | |
| Number Reporting | 66 | 1 | 3 | 2 | 20 | 8 | 3 | 1 | 3 | 1 | 8 | 5 | 7 | 4 |
| *% of total* | | *2%* | *5%* | *3%* | *30%* | *12%* | *5%* | *2%* | *5%* | *2%* | *12%* | *8%* | *11%* | *6%* |
| 75th percentile | $325 | | | | $320 | $325 | | | | | $235 | $326 | $374 | |
| Median | $278 | | $325 | | $278 | $290 | $276 | | $240 | | $214 | $280 | $335 | $270 |
| 25th percentile | $240 | | | | $250 | $230 | | | | | $160 | $240 | $301 | |
| Average | $277 | | $252 | $250 | $287 | $268 | $283 | | $235 | | $207 | $283 | $339 | $278 |
| **SOLO PRACTITIONERS** | | | | | | | | | | | | | | |
| Number Reporting | 109 | 4 | 0 | 3 | 14 | 13 | 4 | 4 | 4 | 3 | 13 | 14 | 21 | 12 |
| *% of total* | | *4%* | - | *3%* | *13%* | *12%* | *4%* | *4%* | *4%* | *3%* | *12%* | *13%* | *19%* | *11%* |
| 75th percentile | $250 | | - | | $300 | $210 | | | | | $200 | $275 | $300 | $230 |
| Median | $200 | $240 | - | $225 | $240 | $180 | $175 | $200 | $200 | $150 | $180 | $200 | $225 | $195 |
| 25th percentile | $165 | | - | | $225 | $165 | | | | | $150 | $185 | $200 | $150 |
| Average | $220 | $241 | - | $212 | $265 | $200 | $210 | $230 | $206 | $163 | $178 | $223 | $250 | $190 |

## Table 17b. Hourly Billing Rate by Type of Practice and Years of Experience

| | | Respondent's Years of Intellectual Property Law Experience | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Survey | Less than 5 | 5–6 | 7–9 | 10–14 | 15–19 | 20–24 | 25–29 | 30–34 | 35–39 | 40 or More |
| **All Private Practice** | | | | | | | | | | | |
| Number Reporting | 1088 | 176 | 140 | 133 | 164 | 107 | 92 | 74 | 60 | 62 | 72 |
| *% of total* | | *16%* | *13%* | *12%* | *15%* | *10%* | *8%* | *7%* | *6%* | *6%* | *7%* |
| 75th percentile | $300 | $215 | $240 | $280 | $300 | $340 | $315 | $365 | $365 | $350 | $368 |
| Median | $240 | $180 | $210 | $235 | $240 | $290 | $275 | $288 | $284 | $300 | $300 |
| 25th percentile | $198 | $150 | $175 | $200 | $210 | $240 | $223 | $225 | $250 | $230 | $228 |
| Average | $252 | $188 | $214 | $236 | $256 | $292 | $275 | $296 | $297 | $301 | $294 |
| **Partners** | | | | | | | | | | | |
| Number Reporting | 522 | 6 | 17 | 60 | 106 | 88 | 66 | 55 | 46 | 38 | 40 |
| *% of total* | | *1%* | *3%* | *11%* | *20%* | *17%* | *13%* | *11%* | *9%* | *7%* | *8%* |
| 75th percentile | $340 | $205 | $250 | $270 | $310 | $350 | $325 | $375 | $375 | $380 | $380 |
| Median | $280 | $173 | $220 | $238 | $250 | $300 | $280 | $305 | $313 | $300 | $325 |
| 25th percentile | $230 | $135 | $200 | $200 | $210 | $255 | $250 | $245 | $260 | $275 | $250 |
| Average | $290 | $182 | $236 | $237 | $267 | $305 | $291 | $320 | $319 | $329 | $322 |
| **Associates** | | | | | | | | | | | |
| Number Reporting | 391 | 165 | 115 | 59 | 33 | 5 | 5 | 0 | 1 | 1 | 0 |
| *% of total* | | *42%* | *29%* | *15%* | *8%* | *1%* | *1%* | – | *0%* | *0%* | – |
| 75th percentile | $240 | $215 | $240 | $260 | $270 | $250 | $210 | – | | | – |
| Median | $200 | $180 | $210 | $225 | $240 | $235 | $205 | – | | | – |
| 25th percentile | $168 | $150 | $175 | $195 | $215 | $200 | $165 | – | | | – |
| Average | $206 | $189 | $211 | $227 | $242 | $230 | $193 | – | | | – |
| **Of Counsel** | | | | | | | | | | | |
| Number Reporting | 66 | 0 | 3 | 7 | 8 | 7 | 6 | 4 | 7 | 11 | 12 |
| *% of total* | | – | *5%* | *11%* | *12%* | *11%* | *9%* | *6%* | *11%* | *17%* | *18%* |
| 75th percentile | $325 | – | | $320 | $273 | $350 | $327 | | $280 | $375 | $325 |
| Median | $278 | – | $220 | $300 | $250 | $275 | $310 | $224 | $251 | $325 | $300 |
| 25th percentile | $240 | – | | $290 | $240 | $216 | $250 | | $231 | $250 | $240 |
| Average | $277 | – | $238 | $304 | $259 | $275 | $298 | $222 | $263 | $316 | $278 |
| **Solo Practitioners** | | | | | | | | | | | |
| Number Reporting | 109 | 5 | 5 | 7 | 17 | 7 | 15 | 15 | 6 | 12 | 20 |
| *% of total* | | *5%* | *5%* | *6%* | *16%* | *6%* | *14%* | *14%* | *6%* | *11%* | *18%* |
| 75th percentile | $250 | $175 | $190 | $280 | $250 | $225 | $250 | $300 | $235 | $275 | $295 |
| Median | $200 | $150 | $180 | $225 | $200 | $195 | $200 | $225 | $200 | $188 | $235 |
| 25th percentile | $165 | $150 | $165 | $185 | $165 | $150 | $185 | $195 | $165 | $150 | $183 |
| Average | $220 | $159 | $185 | $246 | $220 | $189 | $222 | $225 | $208 | $208 | $250 |

## Table 33. Average Hourly Billing Rates in 2000 *(continued)*

| | | Number of Attorneys in the Firm in 2000 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total Survey | One | Two | Three–Five | Six–Ten | 11–30 | 31–100 | 101 or More |
| Number Reporting | 365 | 77 | 24 | 50 | 32 | 62 | 59 | 60 |
| *% of total* | | *21%* | *7%* | *14%* | *9%* | *17%* | *16%* | *16%* |
| **IP law is 75% or more of practice** | | | | | | | | |
| **All professional services** | | | | | | | | |
| Minimum Rate | | | | | | | | |
| Number Reporting | 214 | 55 | 19 | 38 | 24 | 47 | 28 | 3 |
| *Average* | *$166* | *$196* | *$164* | *$162* | *$157* | *$149* | *$153* | *$153* |
| *Median* | *$151* | *$191* | *$170* | *$151* | *$149* | *$129* | *$145* | *$169* |
| Maximum Rate | | | | | | | | |
| Number Reporting | 215 | 55 | 19 | 39 | 24 | 47 | 28 | 3 |
| *Average* | *$278* | *$224* | *$244* | *$261* | *$277* | *$295* | *$386* | *$453* |
| *Median* | *$267* | *$210* | *$240* | *$250* | *$276* | *$301* | *$398* | *$435* |
| Average Rate | | | | | | | | |
| Number Reporting | 198 | 57 | 17 | 36 | 23 | 43 | 20 | 2 |
| *Average* | *$215* | *$207* | *$200* | *$214* | *$219* | *$213* | *$243* | *$270* |
| *Median* | *$204* | *$200* | *$200* | *$200* | *$220* | *$200* | *$249* | *$270* |
| **IP work only** | | | | | | | | |
| Minimum Rate | | | | | | | | |
| Number Reporting | 212 | 54 | 17 | 38 | 24 | 48 | 28 | 3 |
| *Average* | *$166* | *$196* | *$167* | *$163* | *$157* | *$149* | *$153* | *$153* |
| *Median* | *$151* | *$193* | *$170* | *$151* | *$149* | *$128* | *$145* | *$169* |
| Maxmimum Rate | | | | | | | | |
| Number Reporting | 212 | 54 | 17 | 38 | 24 | 48 | 28 | 3 |
| *Average* | *$279* | *$224* | *$250* | *$262* | *$273* | *$296* | *$387* | *$453* |
| *Median* | *$274* | *$205* | *$248* | *$250* | *$274* | *$301* | *$398* | *$435* |
| Average Rate | | | | | | | | |
| Number Reporting | 197 | 56 | 15 | 36 | 23 | 44 | 21 | 2 |
| *Average* | *$215* | *$207* | *$204* | *$216* | *$220* | *$210* | *$243* | *$270* |
| *Median* | *$210* | *$200* | *$200* | *$205* | *$220* | *$200* | *$241* | *$270* |

# EXHIBIT E

# REPORT OF ECONOMIC SURVEY 1999

PREPARED UNDER DIRECTION OF
AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
LAW PRACTICE MANAGEMENT COMMITTEE

CHARLES E. BURPEE, CHAIR

BY
FETZER-KRAUS, INC.
WASHINGTON, D.C. 20008

reported 1998 income greater than $125,000. Only 12 percent of associates reported income of $70,000 or less.

***Areas of Technical Specialization.*** Respondents admitted to the Patent Bar were considered to have an area of technical specialization if at least 50 percent of time was spent in that area. Among partners, 26 percent, the largest group, specializes in the mechanical area. Another 10 percent specialize in the chemical area and almost one-third reported multiple areas, with no one area accounting for 50 percent or more of time. Among associates, although the largest group, 23 percent, specialize in the mechanical area, other specialties are more diverse than among partners. Ten percent of associates specialize in the biotechnology area, 11 percent in the chemical area, and 12 percent in the electrical area. Among sole practitioners, the largest group, 29 percent, specializes in the mechanical area, with another 9 percent specializing in each of three areas: biotechnology, chemical, and electrical.

The pattern of specialization is different among corporate lawyers. The largest group of corporate lawyers, 36 percent, specializes in the chemical area. Another 15 percent specialize in the mechanical area, 10 percent in the biotechnology area, and 9 percent in the electrical area.

***Size of Professional Staff.*** Partners are concentrated in firms that employ between 11 and 100 intellectual property lawyers and agents. Sixty percent of all partners who devote full-time to the practice are in firms this size. Associates are similarly concentrated; two-thirds work in firms this size. Although 45 percent of corporate lawyers also work in organizations that employ between 11 and 100 intellectual property lawyers and agents, one-half are employed by corporations that employ 10 or fewer IP lawyers and agents. Slightly more than one-fifth of all corporate lawyers, including more than 40 percent of the heads of corporate IP or legal departments, work for corporations that employ 1–2 IP attorneys and agents.

***Number of Corporate Subordinates.*** One-third of the heads of corporate IP or legal departments have no subordinate lawyers or agents reporting to them. Eleven percent manage more than 10 subordinate lawyers and agents. Among all other corporate lawyers, approximately one-fourth have one or more subordinate attorneys or agents reporting to them.

***Location of Primary Place of Work.*** All areas of the country are represented in the survey response. For the purpose of reporting income, billable hours and billing rates, the dollar amount billed for legal services, typical charges, and estimated costs of litigation, all U.S. respondents were categorized in one of 13 locations, based on the zip code provided by the respondent. These locations were defined in the same manner as for the 1997 survey report. The Minneapolis–St. Paul metropolitan area was added in 1999, due to the relatively large number of respondents reporting from that area.

Along with Minneapolis–St. Paul, the metropolitan areas of Boston, New York City, Philadelphia–Wilmington, Washington (DC-MD-VA), and Chicago include all localities, central city and suburbs, within the primary metropolitan statistical area. Only two states, Texas and California, have sufficiently large numbers of respondents to be reported separately. The category "Metro Southeast" includes Raleigh–Durham (the Research Triangle area) and Charlotte in North Carolina; Atlanta, Georgia; and the Miami-Ft. Lauderdale-West Palm Beach metropolitan area. Other categories exclude the named metropolitan areas and include the following states:

*Other East*: Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, Pennsylvania, Delaware, Maryland, Virginia, and West Virginia;

*Other Southeast*: North Carolina, South Carolina, Georgia, and Florida;

*Other Central*: Minnesota, North Dakota, South Dakota, Wisconsin, Michigan, Ohio, Indiana, Illinois, Iowa, Nebraska, Kansas, Missouri, Kentucky, Oklahoma, Arkansas, Louisiana, Mississippi, Alabama, and Tennessee;

*Other West*: Montana, Wyoming, Colorado, New Mexico, Idaho, Utah, Nevada, Arizona, Washington, Oregon, Alaska, and Hawaii.

Among all respondents who devote full-time to their practice, 17 percent are located in the Washington area, 15 percent in the area defined as "Other Central," 13 percent in California, and 12 percent in the area defined as "Other East."

Numerous differences that appear to be associated with location may not be wholly or even partially explained by location. For example, apparent differences in income between locations may be related to differences in type of practice, age, experience, and other practice and personal demographics and should be interpreted cautiously.

## Formatting Conventions and Description of Statistics

The first row in each table or sub-table—the base row—reports total number of respondents and the number of respondents in each category of the table's "banner." The second row reports the percent of total respondents in each column. The group or sub-group of respondents reported on the base row is defined by the table heading. When the reported group changes within a table, there is a new heading, followed by a new base row.

In tables that report categorical responses (such as "Yes" or "No"), each response is described by two rows. The first row reports the number of respondents in each column who gave that answer. The second row reports the percent of respondents in that column who gave that answer.

Several conventions help to describe information presented in the tables:

"0% (zero percent) indicates the response was less than 0.5 percent of the column total.

"–" (a dash) indicates there was no response to report.

" " (a blank) indicates there were two few values to calculate the percentile or median.

***Percentiles.*** In tables that report income, billing rates, typical charges, and similar distributions of numbers, responses are described by three percentiles: the 75th percentile, the median (50th percentile), and the 25th percentile. Percentiles define locations within a distribution of values and do not necessarily represent actual reported values. For example, when all reported values are listed from highest to lowest, the 75th percentile identifies a point on the list that is equal to or greater than 75 percent of the listed values and equal to or less than 25 percent. A percentile that falls between reported values is interpolated.

Associates billed, on average, approximately 1,900 hours in almost every year of experience. The group of partners with 7–9 years of experience billed an average of 1,909 hours in 1998, the highest of any group of partners, as measured by years of experience. Table 17a reports these relationships. Table 18a reports billings by type of practice for each of the first 10 years of experience.

***Hourly Billing Rate.*** Billing rates in 1998 averaged $216 among 1,058 attorneys in private practice who reported their average hourly billing rate. Billing rates were highest among those in the New York City area, averaging $292 per hour. Both partners and associates in the New York area reported the highest average billing rates in their practice groups. Among partners, the lowest average billing rate, $200 per hour, was reported from the geographic area defined as "Other Central." Among associates, the lowest average billing rate of $138 per hour was also among those in the "Other Central" states. Table 16b reports the relationship between billing rate and primary place of work.

Billing rates among partners increase steadily with years of IP experience, peaking at an average of $303 per hour among those with 35–39 years of experience. Billing rates among all full-time associates increase through about the 10th year of experience and appear to plateau at approximately $190 per hour among the small numbers reporting in each experience group. Table 17b reports these relationships. Among associates in the first 10 years of experience, billing rates increase to an average of $188 per hour by the 6th year and appear to plateau among those with 7–10 years of experience. Table 18b reports these relationships.

***Dollar Amounts Billed.*** With 860 respondents in full-time private practice reporting, dollar amounts billed for legal services in 1998 averaged $378,013. Respondents in the New York City area again reported the highest average amount, $584,331. Respondents in the area defined as "Other Southeast" reported $277,975, the lowest average, although only 9 individuals reported from this area. Table 19 reports dollar amounts billed by type of practice and place of work.

***Billing on a Basis Other than Hourly.*** Among all respondents in private practice, approximately one-half reported that they billed some portion of their work in 1998 on a basis other than hourly. Among these 547 respondents, one-half billed at least 20 percent of their work on a basis other than hourly. The average billed on a basis other than hourly was 30 percent of the respondent's services, an average skewed by almost one-fourth of those reporting, who billed 50 percent or more of their services on a basis other than hourly. In the 1997 survey, the proportion of all respondents in private practice who billed some portion of their time on a basis other than hourly was about the same as 1999. However, the average percent of time billed on some other basis increased to 30 percent in 1998 from 26 percent in 1996. The average among partners increased to 26 percent from 22 percent. This increase appears largest among those in larger law firms.

With similar proportions of full-time respondents in private practice reporting each year, the average amount billed on a predetermined fee basis increased to 28 percent in 1998 from 25 percent in 1996. Relatively few participants billed any portion of their services on a contingent fee basis, in 1998 or in 1996. Average amount of services billed on a contingent fee basis was 15 percent in 1998 compared with 16 percent in 1996. Table 20 reports relationships between billing on a basis other than hourly and number of IP lawyers and agents in the law firm.

## Table 16b. Hourly Billing Rate by Type of Practice and Location of Primary Place of Work

| | Total Survey | Location of Respondent's Primary Place of Work | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Boston Area | NYC Area | Philadelphia–Wilmington | Washington DC Area | Other East | Metro Southeast | Other Southeast | Chicago Area | Minneapolis–St. Paul | Other Central | Texas | California | Other West |
| **ALL PRIVATE PRACTICE** | | | | | | | | | | | | | | |
| Number Reporting | 1058 | 48 | 60 | 38 | 234 | 61 | 37 | 13 | 71 | 44 | 141 | 74 | 141 | 73 |
| *% of total* | | *5%* | *6%* | *4%* | *22%* | *6%* | *3%* | *1%* | *7%* | *4%* | *13%* | *7%* | *13%* | *7%* |
| 75th percentile | $260 | $255 | $335 | $260 | $265 | $225 | $230 | $200 | $265 | $220 | $200 | $250 | $295 | $225 |
| Median | $200 | $218 | $300 | $205 | $215 | $185 | $175 | $200 | $217 | $175 | $165 | $210 | $240 | $190 |
| 25th percentile | $160 | $178 | $240 | $165 | $170 | $150 | $150 | $150 | $175 | $137 | $135 | $185 | $185 | $155 |
| *Average* | *$216* | *$229* | *$292* | *$212* | *$222* | *$195* | *$191* | *$188* | *$226* | *$182* | *$173* | *$222* | *$244* | *$192* |
| **PARTNERS** | | | | | | | | | | | | | | |
| Number Reporting | 494 | 20 | 33 | 19 | 108 | 31 | 14 | 5 | 42 | 20 | 64 | 33 | 53 | 41 |
| *% of total* | | *4%* | *7%* | *4%* | *22%* | *6%* | *3%* | *1%* | *9%* | *4%* | *13%* | *7%* | *11%* | *8%* |
| 75th percentile | $300 | $345 | $360 | $300 | $310 | $255 | $250 | $230 | $285 | $250 | $235 | $290 | $350 | $240 |
| Median | $250 | $278 | $325 | $260 | $255 | $220 | $233 | $200 | $260 | $220 | $198 | $250 | $290 | $210 |
| 25th percentile | $205 | $233 | $300 | $215 | $225 | $180 | $208 | $200 | $217 | $200 | $170 | $230 | $250 | $180 |
| *Average* | *$257* | *$287* | *$343* | *$259* | *$272* | *$223* | *$228* | *$216* | *$254* | *$221* | *$200* | *$262* | *$296* | *$213* |
| **ASSOCIATES** | | | | | | | | | | | | | | |
| Number Reporting | 415 | 23 | 21 | 14 | 110 | 16 | 18 | 3 | 21 | 21 | 57 | 30 | 50 | 22 |
| *% of total* | | *6%* | *5%* | *3%* | *27%* | *4%* | *4%* | *1%* | *5%* | *5%* | *14%* | *7%* | *12%* | *5%* |
| 75th percentile | $190 | $210 | $240 | $180 | $195 | $178 | $175 | | $190 | $175 | $150 | $200 | $205 | $165 |
| Median | $165 | $185 | $205 | $165 | $173 | $155 | $153 | $150 | $170 | $138 | $135 | $185 | $185 | $145 |
| 25th percentile | $140 | $160 | $165 | $145 | $145 | $135 | $130 | | $150 | $130 | $125 | $155 | $160 | $125 |
| *Average* | *$168* | *$184* | *$206* | *$165* | *$173* | *$156* | *$154* | *$157* | *$170* | *$150* | *$138* | *$182* | *$189* | *$147* |
| **SOLE PRACTITIONERS** | | | | | | | | | | | | | | |
| Number Reporting | 87 | 4 | 0 | 3 | 5 | 12 | 3 | 4 | 6 | 2 | 10 | 8 | 22 | 6 |
| *% of total* | | *5%* | - | *3%* | *6%* | *14%* | *3%* | *5%* | *7%* | *2%* | *11%* | *9%* | *25%* | *7%* |
| 75th percentile | $225 | | - | | $210 | $193 | | | $250 | | $190 | $235 | $240 | $200 |
| Median | $175 | $213 | - | $100 | $165 | $150 | $200 | $163 | $205 | | $150 | $195 | $203 | $173 |
| 25th percentile | $150 | | - | | $130 | $113 | | | $175 | | $150 | $165 | $170 | $155 |
| *Average* | *$188* | *$194* | - | *$138* | *$166* | *$166* | *$217* | *$175* | *$231* | *$140* | *$185* | *$203* | *$203* | *$180* |

## Table 17b. Hourly Billing Rate by Type of Practice and Years of Experience

| | Total Survey | RESPONDENT'S YEARS OF INTELLECTUAL PROPERTY LAW EXPERIENCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Less than 5 | 5–6 | 7–9 | 10–14 | 15–19 | 20–24 | 25–29 | 30–34 | 35–39 | 40 or More |
| ***ALL PRIVATE PRACTICE*** | | | | | | | | | | | |
| Number Reporting | 1058 | 218 | 97 | 145 | 146 | 108 | 90 | 69 | 68 | 66 | 51 |
| *% of total* | | *21%* | *9%* | *14%* | *14%* | *10%* | *9%* | *7%* | *6%* | *6%* | *5%* |
| 75th percentile | $260 | $175 | $200 | $225 | $250 | $278 | $300 | $325 | $315 | $360 | $310 |
| Median | $200 | $150 | $175 | $195 | $210 | $250 | $255 | $270 | $260 | $270 | $250 |
| 25th percentile | $160 | $130 | $150 | $165 | $175 | $200 | $220 | $210 | $204 | $235 | $190 |
| Average | $216 | $155 | $180 | $196 | $212 | $242 | $261 | $272 | $259 | $290 | $254 |
| ***PARTNERS*** | | | | | | | | | | | |
| Number Reporting | 494 | 11 | 13 | 49 | 92 | 78 | 67 | 59 | 44 | 48 | 33 |
| *% of total* | | *2%* | *3%* | *10%* | *19%* | *16%* | *14%* | *12%* | *9%* | *10%* | *7%* |
| 75th percentile | $300 | $225 | $235 | $235 | $250 | $290 | $320 | $330 | $325 | $370 | $310 |
| Median | $250 | $195 | $190 | $210 | $225 | $250 | $260 | $280 | $285 | $303 | $270 |
| 25th percentile | $205 | $150 | $175 | $180 | $188 | $215 | $220 | $225 | $250 | $240 | $225 |
| Average | $257 | $195 | $197 | $212 | $222 | $256 | $269 | $287 | $290 | $307 | $276 |
| ***ASSOCIATES*** | | | | | | | | | | | |
| Number Reporting | 415 | 206 | 77 | 80 | 36 | 6 | 6 | 1 | 2 | 0 | 1 |
| *% of total* | | *50%* | *19%* | *19%* | *9%* | *1%* | *1%* | *0%* | *0%* | – | *0%* |
| 75th percentile | $190 | $170 | $200 | $210 | $225 | $225 | $250 | | | – | |
| Median | $165 | $150 | $175 | $185 | $188 | $193 | $183 | | | – | |
| 25th percentile | $140 | $130 | $150 | $163 | $158 | $150 | $155 | | | – | |
| Average | $168 | $152 | $179 | $185 | $192 | $194 | $205 | $155 | $185 | – | $125 |
| ***SOLE PRACTITIONERS*** | | | | | | | | | | | |
| Number Reporting | 87 | 1 | 6 | 8 | 6 | 16 | 9 | 8 | 14 | 7 | 12 |
| *% of total* | | *1%* | *7%* | *9%* | *7%* | *18%* | *10%* | *9%* | *16%* | *8%* | *14%* |
| 75th percentile | $225 | | $170 | $200 | $150 | $215 | $250 | $200 | $250 | $300 | $220 |
| Median | $175 | | $153 | $163 | $140 | $173 | $225 | $185 | $198 | $205 | $168 |
| 25th percentile | $150 | | $140 | $135 | $110 | $150 | $195 | $140 | $150 | $190 | $125 |
| Average | $188 | $175 | $166 | $163 | $153 | $195 | $222 | $173 | $196 | $235 | $175 |

## Table 18a. Billable Hours by Type of Practice, in the First 10 Years of Experience

| | Total Survey | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Respondent's Years of Intellectual Property Law Experience | | | | | | | | | |
| ***All Private Practice*** | | | | | | | | | | | |
| Number Reporting | 1001 | 28 | 56 | 65 | 62 | 51 | 44 | 49 | 47 | 41 | 41 |
| *% of total* | | *3%* | *6%* | *6%* | *6%* | *5%* | *4%* | *5%* | *5%* | *4%* | *4%* |
| 75th percentile | 2,000 | 2,025 | 2,100 | 2,080 | 2,000 | 2,000 | 2,023 | 2,100 | 2,000 | 2,050 | 2,020 |
| Median | 1,800 | 1,880 | 1,910 | 1,850 | 1,865 | 1,800 | 1,900 | 1,850 | 1,900 | 1,860 | 1,850 |
| 25th percentile | 1,550 | 1,750 | 1,700 | 1,720 | 1,750 | 1,700 | 1,790 | 1,500 | 1,800 | 1,650 | 1,700 |
| Average | 1,752 | 1,866 | 1,843 | 1,855 | 1,883 | 1,844 | 1,824 | 1,829 | 1,902 | 1,801 | 1,856 |
| ***Partners*** | | | | | | | | | | | |
| Number Reporting | 468 | 0 | 1 | 6 | 4 | 2 | 10 | 16 | 17 | 14 | 25 |
| *% of total* | | – | *0%* | *1%* | *1%* | *0%* | *2%* | *3%* | *4%* | *3%* | *5%* |
| 75th percentile | 2,000 | – | | 1,800 | | | 1,950 | 2,170 | 2,030 | 2,120 | 2,020 |
| Median | 1,800 | – | | 1,425 | 1,803 | | 1,850 | 1,885 | 1,900 | 1,950 | 1,838 |
| 25th percentile | 1,500 | – | | 700 | | | 1,600 | 1,538 | 1,680 | 1,850 | 1,600 |
| Average | 1,754 | – | 1,000 | 1,358 | 1,801 | 1,353 | 1,700 | 1,837 | 1,885 | 2,021 | 1,805 |
| ***Associates*** | | | | | | | | | | | |
| Number Reporting | 404 | 28 | 54 | 59 | 58 | 47 | 29 | 31 | 27 | 22 | 13 |
| *% of total* | | *7%* | *13%* | *15%* | *14%* | *12%* | *7%* | *8%* | *7%* | *5%* | *3%* |
| 75th percentile | 2,050 | 2,025 | 2,100 | 2,098 | 2,050 | 2,000 | 2,100 | 2,100 | 2,000 | 2,031 | 2,050 |
| Median | 1,883 | 1,880 | 1,923 | 1,850 | 1,865 | 1,800 | 1,925 | 1,875 | 1,950 | 1,863 | 1,850 |
| 25th percentile | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,700 | 1,800 | 1,400 | 1,800 | 1,650 | 1,800 |
| Average | 1,871 | 1,866 | 1,861 | 1,905 | 1,888 | 1,869 | 1,931 | 1,827 | 1,915 | 1,789 | 1,968 |
| ***Sole Practitioners*** | | | | | | | | | | | |
| Number Reporting | 70 | 0 | 1 | 0 | 0 | 2 | 4 | 0 | 1 | 3 | 0 |
| *% of total* | | – | *1%* | – | – | *3%* | *6%* | – | *1%* | *4%* | – |
| 75th percentile | 1,502 | – | | – | – | | | – | | | – |
| Median | 1,260 | – | | – | – | | 1,400 | – | | 1,199 | – |
| 25th percentile | 901 | – | | – | – | | | – | | | – |
| Average | 1,263 | – | 1,700 | – | – | 1,750 | 1,333 | – | 1,750 | 1,133 | – |

# Table 18b. Hourly Billing Rate by Type of Practice, in the First 10 Years of Experience

| | Total Survey | Respondent's Years of Intellectual Property Law Experience | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| **All Private Practice** | | | | | | | | | | | |
| Number Reporting | 1058 | 29 | 58 | 64 | 67 | 51 | 46 | 49 | 53 | 43 | 46 |
| *% of total* | | *3%* | *5%* | *6%* | *6%* | *5%* | *4%* | *5%* | *5%* | *4%* | *4%* |
| 75th percentile | $260 | $150 | $165 | $180 | $180 | $200 | $200 | $220 | $220 | $225 | $240 |
| Median | $200 | $135 | $150 | $150 | $160 | $175 | $178 | $190 | $200 | $200 | $205 |
| 25th percentile | $160 | $115 | $130 | $135 | $140 | $140 | $155 | $165 | $175 | $155 | $185 |
| Average | $216 | $132 | $149 | $159 | $165 | $177 | $183 | $194 | $197 | $199 | $214 |
| **Partners** | | | | | | | | | | | |
| Number Reporting | 494 | 0 | 1 | 6 | 4 | 2 | 11 | 16 | 18 | 15 | 28 |
| *% of total* | | – | *0%* | *1%* | *1%* | *0%* | *2%* | *3%* | *4%* | *3%* | *6%* |
| 75th percentile | $300 | – | | $245 | | | $200 | $250 | $225 | $250 | $250 |
| Median | $250 | – | | $203 | $180 | | $190 | $215 | $205 | $210 | $218 |
| 25th percentile | $205 | – | | $150 | | | $155 | $170 | $180 | $190 | $195 |
| Average | $257 | – | $150 | $209 | $186 | $248 | $188 | $214 | $202 | $222 | $218 |
| **Associates** | | | | | | | | | | | |
| Number Reporting | 415 | 29 | 56 | 58 | 63 | 47 | 30 | 30 | 28 | 22 | 14 |
| *% of total* | | *7%* | *13%* | *14%* | *15%* | *11%* | *7%* | *7%* | *7%* | *5%* | *3%* |
| 75th percentile | $190 | $150 | $160 | $175 | $180 | $200 | $203 | $210 | $205 | $210 | $235 |
| Median | $165 | $135 | $150 | $150 | $155 | $175 | $183 | $185 | $188 | $170 | $200 |
| 25th percentile | $140 | $115 | $130 | $135 | $140 | $140 | $155 | $165 | $175 | $149 | $160 |
| Average | $168 | $132 | $149 | $154 | $163 | $173 | $188 | $184 | $192 | $177 | $199 |
| **Sole Practitioners** | | | | | | | | | | | |
| Number Reporting | 87 | 0 | 1 | 0 | 0 | 2 | 4 | 1 | 3 | 4 | 0 |
| *% of total* | | – | *1%* | – | – | *2%* | *5%* | *1%* | *3%* | *5%* | – |
| 75th percentile | $225 | – | | – | – | | | | | | – |
| Median | $175 | – | | – | – | | $145 | | $160 | $200 | – |
| 25th percentile | $150 | – | | – | – | | | | | | – |
| Average | $188 | – | $175 | – | – | $210 | $144 | $120 | $137 | $194 | – |