UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**DEFENDANT HASBRO, INC.'S MOTION**
**FOR PAYMENT OF THE EXPERT FEES OF BARRY SUSSMAN**

Defendant Hasbro, Inc. hereby moves that Plaintiff Michael Bowling pay for the fees associated with the testimony of Barry Sussman at the *Daubert* hearing to determine the admissibility of the testimony of Neil N. Lapidus on January 24, 2008. The grounds supporting this motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin___________
Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: April 7, 2008

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-229 S |
| HASBRO, INC., a Rhode Island Corporation, | : | |
| Defendant. | : | |

**DEFENDANT HASBRO, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR THE EXPERT FEES OF BARRY SUSSMAN**

Defendant Hasbro, Inc. ("Hasbro")hereby submits this memorandum of law in support of its motion seeking that Plaintiff Michael Bowling ("Bowling") pay for the fees associated with the testimony of Barry Sussman ("Sussman") at the *Daubert* hearing to determine the admissibility of the testimony of Neil N. Lapidus on January 24, 2008.

A *Daubert* hearing was conducted on January 16 and 24, 2008. On January 16, 2008, Sussman attended the hearing at Hasbro's request, and Hasbro has paid Sussman for his fees associated with his attendance at the hearing that day. On January 24, 2008, Bowling requested that Sussman be made available to testify, and Bowling, in fact, called Sussman to testify. Hasbro did not intend to call Sussman, and would not have requested his presence at the second day of the hearing if Bowling had not requested it.

Hasbro made a timely request to Bowling for the fees associated that day, and forwarded the invoice (attached hereto as Exhibit A) to Bowling. Despite the fact that these fees were incurred solely due to the fact that Bowling called Sussman to testify on his behalf, Bowling has refused to pay for Sussman's fees.

Rule 26(b)(4)(C) requires, that, “unless manifest injustice would result,” the party seeking discovery of an expert’s opinions shall be ordered to pay the expenses reasonably incurred in seeking that discovery. Although it is admittedly unusual that a party would call the opposing party’s expert in order to prove the admissibility of its own expert’s testimony, the fees Hasbro incurred as a result of producing Sussman plainly fall within the ambit of what was intended by Rule 26(b)(4)(C). The fees associated with Sussman’s appearance and testimony at the hearing on January 24, 2008, would not have been incurred but for Bowling’s request and intention to call Sussman on his own behalf. Accordingly, it would be “manifestly unjust” to saddle Hasbro with these fees. Accordingly, Hasbro respectfully requests that this Court order Bowling to pay the amount of $1,816.00. *See* Exhibit A.

Respectfully submitted,

HASBRO, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin___________
Todd D. White (# 5943)
twhite@apslaw.com
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: April 7, 2008

Of Counsel:

David K. S. Cornwell, Esq.
davidc@skgf.com
Tracy-Gene G. Durkin, Esq.
tdurkin@skgf.com
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

**CERTIFICATE OF SERVICE**

TO:

Craig M. Scott, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas J. Leach, Esq.
Douglas J. Williams, Esq.
Law Firm of Merchant and Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

David K. S. Cornwell, Esq.
Tracy-Gene G. Durkin, Esq.
Sterne Kessler Goldstein Fox
1100 New York Avenue, NW
Washington, D.C. 20005

I hereby certify that I filed the within Motion for the Expert Fees of Barry Sussman and the Memorandum of Law in support thereof through the ECF system on the 7th day of April, 2008, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 05-229S.

/s/ Jeffrey K. Techentin_________

*450652_1*