NAVIGANT
CONSULTING

101 Federal Street, 27th Floor
Boston MA 02110
617.748.8300 phone
617.261.0268 fax

January 30, 2008

Jeffrey Techentin
Adler Pollack & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903

*RE: Bowling v. Hasbro*

---

Dear Jeffrey:

As you requested, attached please find an invoice for my time and expenses to appear and testify on January 24, 2008 in the above referenced matter.

We appreciate the opportunity to be of service to you on this very important matter. Please do not hesitate to contact me should you have any questions.

Very truly yours,

Barry Sussman
Director

**Invoice # 235512**

**Professional Fees**

Professional Fees incurred for January 24, 2008
per the following detail:

**By Project Member**

| | Rate | Hours | Fees |
|---|---|---|---|
| Barry Sussman, Director | $450.00 | 4.00 | $ 1,800.00 |
| *Total Hours and Professional Fees* | | ***4.00*** | ***$ 1,800.00*** |

**Engagement Expenses**

| | Expenses |
|---|---|
| Parking | 16.00 |
| **Total Engagement Expenses** | **$ 16.00** |

| | |
|---|---|
| *Total Professional Fees and Engagement Expenses Due* | ***$ 1,816.00*** |

**REMITTANCE PAGE:**

**Please return this sheet with your payment.**

Project Name: Bowling V. Hasbro

Project #: 133150

Invoice Date : January 30, 2008

Invoice Amount: $1816

**Please mail or overnight payment to:**

Navigant Consulting, Inc.
4511 Paysphere Circle
Chicago, IL 60674

Or

**Wire your payment to:**

Lasalle Bank
135 S. Lasalle Street
Chicago, IL 60674
ABA# 071000505
ACCT# 5800151127

Navigant Consulting – Tax ID: 36-4094854

Thank you for your business.