## Techentin, Jeffrey

**From:** Tom Leach [TLeach@merchantgould.com]
**Sent:** Thursday, January 31, 2008 12:34 PM
**To:** Techentin, Jeffrey
**Cc:** Tom Leach; Tony Zeuli; Victoria Hanson; Kristin M. Drieman
**Subject:** RE: Bowling v. Hasbro - Sussman Testimony

Jeff,

Please identify which rule(s) you are relying on for your request that Bowling pay for Mr. Sussman's time and expense at the *Daubert* hearing so I can consider the request.

Also, I left you a voicemail today as you did not respond to my e-mail of yesterday regarding the filing date of the supplemental *Daubert* briefs. Please let me know today if you will agree to the Feb. 13 date, which makes sense given that the Court reporter will not have the transcript done until Feb. 6. This is a minor issue that does not deserve the Court's attention. I will be filing an opposed motion with the Court if I do not hear from you.

Thank you.

**Thomas J. Leach**,

**Merchant & Gould P.C.**
3200 I.D.S. Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 336-4665
Fax: (612) 332-9081
tleach@merchantgould.com
www.merchantgould.com

*** This is a transmission from the law firm of Merchant & Gould and may contain information that is privileged, confidential, and protected by the attorney-client or attorney-work-product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number 612.332.5300. Thank you.***

---

**From:** Techentin, Jeffrey [mailto:Jtechentin@apslaw.com]
**Sent:** Thursday, January 31, 2008 9:28 AM
**To:** Tom Leach
**Cc:** White, Todd; Tony Zeuli
**Subject:** Bowling v. Hasbro - Sussman Testimony

Tom:

Enclosed please find Mr. Sussman's invoice for his time and expenses associated with his appearance and testimony on January 24, 2008. As Mr. Bowling elected to call him to testify, and Hasbro did not, Mr. Bowling is entirely responsible for this cost. Please confirm that you (meaning Mr. Bowling or your firm) will pay this invoice. Please make the check payable to Navigant Consulting, Inc. and forward it to my attention; I will relay it to Mr. Sussman's attention.

Thank you,

Jeff Techentin