## Techentin, Jeffrey

**From:** Tom Leach [TLeach@merchantgould.com]
**Sent:** Thursday, January 31, 2008 3:27 PM
**To:** Techentin, Jeffrey
**Cc:** Tom Leach; Tony Zeuli; cbush@duffysweeney.com; Craig Scott
**Subject:** RE: Bowling v. Hasbro - Sussman Testimony

Jeff,

Thank you for reconsidering. I will file an assented to motion with the Court requesting until February 11, 2008, for the parties to file their post hearing *Daubert* motions.

Thank you.

**Thomas J. Leach**,

**Merchant & Gould P.C.**
3200 I.D.S. Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 336-4665
Fax: (612) 332-9081
tleach@merchantgould.com
www.merchantgould.com

*** This is a transmission from the law firm of Merchant & Gould and may contain information that is privileged, confidential, and protected by the attorney-client or attorney-work-product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number 612.332.5300. Thank you.***

---

**From:** Techentin, Jeffrey [mailto:Jtechentin@apslaw.com]
**Sent:** Thursday, January 31, 2008 12:47 PM
**To:** Tom Leach
**Cc:** Tony Zeuli; Victoria Hanson; Kristin M. Drieman; White, Todd
**Subject:** RE: Bowling v. Hasbro - Sussman Testimony

Tom,

I'm willing to agree to extend the date to the 11th, but don't see any further need to delay this issue, nor do I understand how you could possibly be prejudiced by only having the transcript for 5 days. You were at the hearing. You (and Tony and Christine) know what was said. Presumably, you (and Tony and Christine) know how you're going to argue that Lapidus is qualified and that he meets *Daubert's* standards. 5 days should be adequate to locate your record citations out of a mere two hours of testimony.

As to Mr. Sussman's invoice, I would remind you that we accommodated your ***highly unusual*** request (made even more unusual as it followed your strenuous objection to Mr. Sussman being called as a witness) to use Hasbro's expert to carry your burden of proof. We did so without forcing you to subpoena him for testimony. You called him; Hasbro did not. But for your decision to use him as a witness, none of these fees or costs would have been incurred. If you want to use an expert to meet your burden of proof, you should be prepared to pay

for that. *See, e.g., Weekley v. Transcraft, Inc.*, 113 F.R.D. 683, 685 (N.D. Ind. 1987). We will apply to the court for assessment of those fees if you do not agree to pay them.

Jeff.

-----Original Message-----
**From:** Tom Leach [mailto:TLeach@merchantgould.com]
**Sent:** Thursday, January 31, 2008 12:34 PM
**To:** Techentin, Jeffrey
**Cc:** Tom Leach; Tony Zeuli; Victoria Hanson; Kristin M. Drieman
**Subject:** RE: Bowling v. Hasbro - Sussman Testimony

Jeff,

Please identify which rule(s) you are relying on for your request that Bowling pay for Mr. Sussman's time and expense at the *Daubert* hearing so I can consider the request.

Also, I left you a voicemail today as you did not respond to my e-mail of yesterday regarding the filing date of the supplemental *Daubert* briefs. Please let me know today if you will agree to the Feb. 13 date, which makes sense given that the Court reporter will not have the transcript done until Feb. 6. This is a minor issue that does not deserve the Court's attention. I will be filing an opposed motion with the Court if I do not hear from you.

Thank you.

**Thomas J. Leach**,

**Merchant & Gould P.C.**
3200 I.D.S. Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 336-4665
Fax: (612) 332-9081
tleach@merchantgould.com
www.merchantgould.com

*** This is a transmission from the law firm of Merchant & Gould and may contain information that is privileged, confidential, and protected by the attorney-client or attorney-work-product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number 612.332.5300. Thank you.***

---

**From:** Techentin, Jeffrey [mailto:Jtechentin@apslaw.com]
**Sent:** Thursday, January 31, 2008 9:28 AM
**To:** Tom Leach
**Cc:** White, Todd; Tony Zeuli
**Subject:** Bowling v. Hasbro - Sussman Testimony

Tom:

Enclosed please find Mr. Sussman's invoice for his time and expenses associated with his appearance and testimony on January 24, 2008. As Mr. Bowling elected to call him to testify, and Hasbro did not, Mr. Bowling is entirely responsible for this cost. Please confirm that you (meaning Mr. Bowling or your firm)

will pay this invoice. Please make the check payable to Navigant Consulting, Inc. and forward it to my attention; I will relay it to Mr. Sussman's attention.

Thank you,

Jeff Techentin