**Techentin, Jeffrey**

**From:** Tom Leach [TLeach@merchantgould.com]
**Sent:** Thursday, January 31, 2008 4:45 PM
**To:** Techentin, Jeffrey
**Cc:** Tom Leach; Kristin M. Drieman; Tony Zeuli; Craig Scott; Christine Bush
**Subject:** RE: Activity in Case 1:05-cv-00229-S-LDA Bowling v. Hasbro, Inc. Motion for Extension of Time

Jeff,

I need to look into the case law you cited. I will get back to you on this issue. If you have any other support for your request please send it to me so I can consider that as well.

Thank you.

**Thomas J. Leach**,

**Merchant & Gould P.C.**
3200 I.D.S. Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 336-4665
Fax: (612) 332-9081
tleach@merchantgould.com
www.merchantgould.com

*** This is a transmission from the law firm of Merchant & Gould and may contain information that is privileged, confidential, and protected by the attorney-client or attorney-work-product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number 612.332.5300. Thank you.***

---

**From:** Techentin, Jeffrey [mailto:Jtechentin@apslaw.com]
**Sent:** Thursday, January 31, 2008 3:40 PM
**To:** Tom Leach
**Subject:** RE: Activity in Case 1:05-cv-00229-S-LDA Bowling v. Hasbro, Inc. Motion for Extension of Time

So what about Sussman's invoice?

> -----Original Message-----
> **From:** cmecf@rid.uscourts.gov [mailto:cmecf@rid.uscourts.gov]
> **Sent:** Thursday, January 31, 2008 4:37 PM
> **To:** cmecfnef@rid.uscourts.gov
> **Subject:** Activity in Case 1:05-cv-00229-S-LDA Bowling v. Hasbro, Inc. Motion for Extension of Time
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> *****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered by Leach, Thomas on 1/31/2008 at 4:36 PM EST and filed on 1/31/2008

| | |
|---|---|
| **Case Name:** | Bowling v. Hasbro, Inc. |
| **Case Number:** | 1:05-cv-229 |
| **Filer:** | Michael Bowling |
| **Document Number:** | 163 |

**Docket Text:**
MOTION for an Extension of Time to File Supplemental Daubert Post-Hearing Briefs by Michael Bowling.Responses due by 2/19/2008 (Leach, Thomas)

**1:05-cv-229 Notice has been electronically mailed to:**

Christine K. Bush cbush@duffysweeney.com, jcastro@duffysweeney.com

David K.S. Cornwell davidc@skgf.com

Thomas J. Leach tleach@merchantgould.com, kdrieman@merchantgould.com, vhanson@merchantgould.com

Minette Marie Loula mloula@apslaw.com

Craig M. Scott cscott@duffysweeney.com, ehanson@duffysweeney.com

Jeffrey K. Techentin jtechentin@apslaw.com, kmooney@apslaw.com

Todd D. White Twhite@apslaw.com, stheriault@apslaw.com

Douglas J. Williams dwilliams@merchantgould.com

**1:05-cv-229 Notice has been delivered by other means to:**

Tracey-Gene G. Durkin
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue, NW
Washington, DC 20005

Anthony R Zeuli
Merchant & Gould, P.C.
3200 IDS Center
80 South Eighth Street
Suite 3200
Minneapolis, MN 55402

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=1/31/2008] [FileNumber=215158-0]
[38380d1020955114cab70ba8b697d6aec3168fe2a593e79118de202f43bad54eea59dbd15498b06ba438199a6238a2370cee338b0dc003c65bca5013b02ca687]]