## Techentin, Jeffrey

**From:** Tom Leach [TLeach@merchantgould.com]
**Sent:** Wednesday, February 06, 2008 11:07 AM
**To:** Techentin, Jeffrey; White, Todd
**Cc:** Tom Leach; Tony Zeuli; Craig Scott; cbush@duffysweeney.com; Kristin M. Drieman
**Subject:** Bowling v. Hasbro: Request to Pay Expert Fees

Dear Jeff,

I have considered Hasbro's request that Bowing pay for Mr. Sussman's time during the *Daubert* hearing. It appears you are basing your request on Fed. R. Civ. P. 26(b)(4)(C). That rule applies to "the party seeking *discovery* to pay the expert a reasonable fee." We do not believe that the *Daubert* hearing, necessitated by Hasbro's motion, falls under that rule. However, to the extent that Hasbro believes it does, Hasbro had Mr. Lapidus on the stand for more than 5 hours essentially taking another deposition of Mr. Lapidus. Mr. Lapisus's rate is $370 per hour. If Hasbro insists on being reimbursed for Mr. Sussman's time, we will insist on Hasbro paying for the amount of time it examined Mr. Lapidus.

In addition, your request reminded me that we had not submitted our request that Hasbro pay for Mr. Lapidus' time for the deposition Hasbro took of him on May 24, 2006. I believe you took the full 7 hours to depose Mr. Lapidus. I will have Mr. Lapidus review his records, prepare an invoice, and I will send it on to you for payment by Hasbro.

Thank you.

**Thomas J. Leach**,

**Merchant & Gould P.C.**
3200 I.D.S. Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 336-4665
Fax: (612) 332-9081
tleach@merchantgould.com
www.merchantgould.com

*** This is a transmission from the law firm of Merchant & Gould and may contain information that is privileged, confidential, and protected by the attorney-client or attorney-work-product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number 612.332.5300. Thank you.***