**Techentin, Jeffrey**

**From:** Tom Leach [TLeach@merchantgould.com]
**Sent:** Monday, February 25, 2008 12:08 PM
**To:** Techentin, Jeffrey
**Cc:** White, Todd; Tom Leach; Kristin M. Drieman; Tony Zeuli
**Subject:** Bowling v. Hasbro: Invoice for Mr. Lapidus Deposition

Dear Jeff:

Pursuant to Federal Rule 26, here is the invoice for Mr. Lapidus's time for the deposition Hasbro took of him on 5-24-06 in the amount of $2,590.00. Please send a check to my attention at Merchant & Gould, P.C.

Thank you.

**Thomas J. Leach**,

**Merchant & Gould P.C.**
3200 I.D.S. Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 336-4665
Fax: (612) 332-9081
tleach@merchantgould.com
www.merchantgould.com

*** This is a transmission from the law firm of Merchant & Gould and may contain information that is privileged, confidential, and protected by the attorney-client or attorney-work-product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number 612.332.5300. Thank you.***

**Lurie Besikof Lapidus**
**& Company, LLP**

phone 612.377.4404
fax 612.377.1325
2501 Wayzata Boulevard
Minneapolis, MN 55405

Mr. Tom Leach
Merchant & Gould, P.C. - Michael Bowling
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

Invoice No.: 107842
Date: 2/11/08
Client No.: 50035.806

---

Deposition of Neil N. Lapidus on 5/24/06
( Bowling v. Hasbro)

7 Hours @ $ 370/Hour $ 2,590.00

A SERVICE CHARGE OF ONE AND ONE-HALF (1½%) PER MONTH WILL BE ADDED TO ALL ACCOUNTS RECEIVABLE REMAINING UNPAID TWO MONTHS AFTER THE ORIGINAL INVOICE DATE.