IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**BOWLING'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO HASBRO'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL OR, IN THE ALTERNATIVE, FOR REMITTITUR**

Plaintiff Michael Bowling ("Bowling") hereby moves under Federal Rule 6(b) for enlargement of the time for Bowling to respond to Hasbro Inc.'s ("Hasbro") Renewed Motion for Judgment as a Matter of Law, or in the Alternative, For a New Trial, or In The Alternative, for Remittitur. The enlargement is necessary to obtain the trial transcript and provide the Court with record cites to evidence for the Court to decide Hasbro's Rule 50 motion.

Bowling respectfully requests an extension of time of **ten (10) days from the receipt of the complete transcript** from the Court Reporter to file its brief objecting to Hasbro's Rule 50 motion. This schedule also provides Hasbro with ample time to review the trial transcript and incorporate record cites into its reply brief. This extension will allow the parties to provide the Court with the record cites to evidence to allow it to decide Hasbro's Rule 50 motion. Bowling relies further on the accompanying Memorandum of Law.

Plaintiff,
Michael Bowling,
By his attorneys,

Date: April 14, 2008

/s/ Thomas J. Leach

Anthony R. Zeuli, *pro hac vice*
Thomas J. Leach, *pro hac vice*
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

Dated: April 14, 2008

/s/ Craig M. Scott

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATION**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Bowling's Motion for Enlargement of Time to Respond to Hasbro's Renewed Motion for Judgment as a Matter of Law or, in the alternative, for a New Trial, of in the alternative, for Remittitur* was filed through the ECF system on the 14th day of April, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/ Craig M. Scott
Craig M. Scott