IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-229S |

**BOWLING'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO HASBRO'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL OR, IN THE ALTERNATIVE, FOR REMITTITUR**

Plaintiff Michael Bowling ("Bowling") moves for enlargement of the time for Bowling to respond to Hasbro Inc.'s ("Hasbro") Renewed Motion for Judgment as a Matter of Law, or in the Alternative, For a New Trial, or In The Alternative, for Remittitur. The enlargement is necessary to obtain the trial transcript, review it, and provide the Court with record cites to evidence relevant to Hasbro's Rule 50 motion. The extension will also allow Hasbro to provide the Court with its record cites in its reply brief. Granting the extension will allow the parties to provide the Court with the relevant record cites and avoid the Court having to spend its valuable time researching the trial transcript for the evidence. Other courts have found that such a request is proper, in the context of a Rule 50 motion, when a delay in the production of a transcript is encountered. *See, e.g., Arlio v. Lively*, 392 F. Supp. 2d 317, 325 (D. Conn. 2005), *rev'd and remanded on other grounds*, 474 F.3d 46 (2nd Cir. 2007); *see also* Rule 6(b), Federal Rules of Civil Procedure.

The parties jointly requested the trial transcript on April 4, 2008. (*See* Dkt. No. 209.) Hasbro filed its Motion on April 7, 2008. Bowling's objection to Hasbro's motion is due on April 24, 2008. On April 8, 2008, Bowling's counsel contacted the Court Reporter, Anne Clayton, to inquire when the trial transcript might be available for use to respond to Hasbro's motion. Ms. Clayton advised Bowling that she was in trial and had another two week trial immediately following and therefore she would need about 30 days to finish the whole transcript.

While the whole transcript is necessary to prepare Bowing's responsive brief, Bowling's counsel identified Bowling's and Hirtle's testimony as being germane to Hasbro's motion to obtain the most relevant portions first. Ms. Clayton graciously offered to work weekends to complete the trial transcript for these witnesses, and indicated that it would still take about 30 days to complete the entire transcript. While obtaining these witnesses first will help Bowling prepare its response, the other witnesses, such as Echlin and Gray, are also necessary for Bowling to prepare its response. Bowling anticipates receiving the complete transcript by May 9, 2008.

A full and complete transcript is necessary for Bowling to prepare its objection to Hasbro's Rule 50 motion. Record citations will be important to demonstrate that evidence supported the jury's verdict. Moreover, it is far more economical for the parties, rather than the Court, to review the record and present its arguments on this issue.

Accordingly, Bowling respectfully requests an extension of time of **ten (10) days from the receipt of the complete transcript** from the Court Reporter to file its brief objecting to Hasbro's Rule 50 motion.[1] This schedule also provides Hasbro with ample time to review the trial transcript and incorporate it into its reply brief.

[1] Hasbro's counsel declined to consent to this Motion.

Plaintiff,
Michael Bowling,
By his attorneys,

Date: April 14, 2008

/s/ Anthony R. Zeuli

Anthony R. Zeuli, *pro hac vice*
Thomas J. Leach, *pro hac vice*
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

Dated: April 14, 2008

/s/ Craig M. Scott

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATION**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Bowling's Memorandum In Support of Its Motion for Enlargement of Time to Respond to Hasbro's Renewed Motion for Judgment as a Matter of Law or, in the alternative, for a New Trial, of in the alternative, for Remittitur* was filed through the ECF system on the 14th day of April, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/Craig M. Scott
Craig M. Scott