BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3015896 | 08/12/05 | Analysis of Answer and Counterclaim regarding copyright infringement; prepare Reply to Defendant's Counterclaim. | 1.00 | 00667 Kristin M. Drieman | 140.00 | 2,219 |

PROFORMA



PROFORMA # 1230495

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| 3027084 | 08/18/05 | Review of correspondence file; obtaining prosecution file and physical evidence, namely the Monopoly game and dice; preparing the Answer; review and draft letter from Crystal Caste regarding Hasbro's copyright infringement. | 3.00 | 00874 Thomas J. Leach | 735.00 490.00 | 5,712 | 2 hrs. |
| | | | | | STATUS B | PRT HRS? Y | |
| 3027111 | 08/19/05 | Preparing answer to Defendant's counterclaims. | 0.90 | 00874 Thomas J. Leach | 220.50 | 5,933 | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3027157 | 08/23/05 | Preparing Answer to Defendant Hasbro's counterclaims of copyright infringement; revising letter to Crystal Caste's retailers and sending revisions to Mr. Bowling; preparing Plaintiff's Pretrial Conference Statement. | 4.20 | 00874 Thomas J. Leach | 1,029.00 | 7,049 | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3027203 | 08/24/05 | Preparing Bowling's answer to Hasbro's counterclaims; preparing Bowling's Pretrial Conference Statement; research regarding determining Hasbro's prices on its monster miniatures; phone call with Mr. Bowling. | 6.10 | 00874 Thomas J. Leach | 1,494.50 | 8,544 | |
| | | | | | STATUS B | PRT HRS? Y | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3027257 | 08/26/05 | Preparing Bowling's Pretrial Conference Statement; review of copyright damages case law; legal analysis regarding lost profits. | 3.50 | 00874 Thomas J. Leach | | | 857.50 | 11,331 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3027288 | 08/27/05 | Preparing Bowling's Pretrial Conference Statement. | 1.80 | 00874 Thomas J. Leach | | | ~~441.00~~ 220.50 | 11,772 ½ |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3023299 | 08/29/05 | Revise pretrial statement. | 1.00 | 00800 Anthony R. Zeuli | | | 355.00 | 12,127 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3027351 | 08/29/05 | Conference call with Chris Bush, local counsel, regarding case status; filing Bowling's Answer to Counterclaims; preparing Pretrial Conference Statement. | 5.30 | 00874 Thomas J. Leach | | | 1,298.50 | 13,426 |
| | | | | | | | STATUS B | PRT HRS? Y |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3042608 | 09/29/05 | Teleconference with client regarding Responses to Defendant's Request for Production of Documents. | 1.50 | 00667 Kristin M. Drieman | 210.00 | 33,442 |
| | | | | STATUS B | PRT HRS? Y | |
| 3044676 | 09/30/05 | Preparing initial disclosures; preparing letter to Todd White regarding providing sales information prior to the up-coming settlement conference, including review of Mr. Bowling's sales information related to the Elfsera miniatures; sending email to Michael Bowling. | 4.60 | 00874 Thomas J. Leach | 1,127.00 | 34,569 |
| | | | | STATUS B | PRT HRS? Y | |
| 3048425 | 10/03/05 | Prepare Offer of Judgment for Bowling. Analysis of production documents and review for privilege. | 2.75 | 00667 Kristin M. Drieman | 385.00 | 36,521 |
| | | | | STATUS B | PRT HRS? Y | |

10/1/05
Rate change

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y | |
| 3048441 | 10/05/05 | Analysis of Bowling documents and prepare documents for production. | 2.75 | 00667 Kristin M. Drieman | 385.00 192.50 | 38,662 | 1/2 |
| | | | | | STATUS B | PRT HRS? Y | |
| 3048445 | 10/06/05 | Prepare Settlement Conference Statement for Bowling. Continue analysis of production documents. | 3.00 | 00667 Kristin M. Drieman | 420.00 210.00 | 39,169 | 1/2 |
| | | | | | STATUS B | PRT HRS? Y | |
| 3048464 | 10/07/05 | Analysis of correspondence regarding settlement discussions and prepare Settlement Conference Statement. | 1.50 | 00667 Kristin M. Drieman | 210.00 105.00 | 39,379 | 1/2 |
| | | | | | STATUS B | PRT HRS? Y | |
| 3051616 | 10/07/05 | Attention to Hasbro's initial disclosures; preparing a Rule 68 offer for judgment; preparing Mr. Bowling's answers to Hasbro's interrogatories. | 5.50 | 00874 Thomas J. Leach | 1,485.00 742.50 | 40,864 | 1/2 |
| | | | | | STATUS B | PRT HRS? Y | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | STATUS B | PRT HRS? Y | |
| 3051644 | 10/11/05 | Preparing responses to Hasbro's interrogatories and document requests. | 2.20 | 00874 | Thomas J. Leach | | ~~594.00~~ 297.00 | 42,788 | 1/2 |
| | | | | | | | STATUS B | PRT HRS? Y | |
| 3051686 | 10/12/05 | Preparing responses to Hasbro's written discovery requests; preparing letter to Todd White regarding Hasbro's initial disclosures; correspondence with Mr. Bowling; review of Mr. Bowling's documents for production. | 4.40 | 00874 | Thomas J. Leach | | ~~1,188.00~~ 594.00 | 43,976 | 1/2 |
| 3051695 | 10/13/05 | Review of Bowling's documents for privilege, confidential information and Attorneys' Eyes Only information; prepare letter to Mr. White; prepare protective order. | 6.10 | 00874 | Thomas J. Leach | | 1,647.00 | 46,018 | |
| | | | | | | | STATUS B | PRT HRS? Y | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| 3051735 | 10/15/05 | Preparing responses to Hasbro's first set of document requests and interrogatories. | 2.80 | 00874 Thomas J. Leach | ~~756.00~~ 378.00 | 49,776 | 1/2 |
| | | | | | STATUS B | PRT HRS? Y | |
| 3059080 | 10/17/05 | ~~Preparing Plaintiff's responses to Hasbro's~~ written discovery requests. | ~~0.30~~ | ~~00874 Thomas J. Leach~~ | ~~81.00~~ | ~~50,067~~ | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3059155 | 10/18/05 | ~~Preparing for and participating in a phone call~~ with Michael Bowling regarding answers to Defendant's discovery requests, Mr. Bowling's Rule 68 offer for judgment, and the protective order. | ~~2.00~~ | ~~00874 Thomas J. Leach~~ | ~~540.00~~ 270.00 | ~~50,607~~ | 1/2 |
| | | | | | STATUS B | PRT HRS? Y | |
| 3059234 | 10/20/05 | Preparing Bowling's responses to Hasbro's discovery requests. | 1.60 | 00874 Thomas J. Leach | ~~432.00~~ 216.00 | 52,855 | 1/2 |

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| 3059302 | 10/24/05 | Preparing Bowling's settlement statement; correspondence with Local Counsel regarding Hasbro's failure to timely serve its discovery responses; preparing letter to Todd White regarding the same. | 7.50 | 00874 Thomas J. Leach | ~~2,025.00~~ 635.00 | 54,880 | 1.8 |
| | | | | | STATUS B | PRT HRS? Y | |
| 3059344 | 10/25/05 | Preparing letter to Todd White; email to Chris Bush; serving Bowling's Rule 68 Offer for Judgment on Todd White; sending draft of Settlement Conference Statement to Chris Bush; phone call with Chris Bush regarding the same. | 1.20 | 00874 Thomas J. Leach | ~~324.00~~ 54.00 | 55,609 | .2 |
| | | | | | STATUS B | PRT HRS? Y | |
| 3059527 | 10/26/05 | Preparing memo to the file regarding Rule 68 Offer for Judgment; preparing Settlement Conference Statement. | 1.70 | 00874 Thomas J. Leach | 459.00 | 58,318 | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3059576 | 10/27/05 | Preparing Bowling's Settlement Conference Statement, in particular adding sections related to Hasbro's copyright claim. | 4.90 | 00874 Thomas J. Leach | 1,323.00 | 59,641 | |
| | | | | | STATUS B | PRT HRS? Y | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| 3059583 | 10/28/05 | Review of Bowling's documents for privilege and confidentiality for production. | 1.70 | 00874 Thomas J. Leach | ~~459.00~~ 229.50 | 60,431 | 1/2 |
| | | | | | STATUS B | PRT HRS? Y | |
| 3068279 | 11/01/05 | Preparing settlement spread sheet to assess damages; preparing interest calculation spread sheet; preparing settlement PowerPoint presentation. | 7.10 | 00874 Thomas J. Leach | 1,917.00 540.00 | 64,624 | 2 hrs. |
| | | | | | STATUS B | PRT HRS? Y | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3068505 | 11/08/05 | Call with Jeff Techentin regarding Hasbro's discovery responses. | 0.50 | 00874 Thomas J. Leach | | | 135.00 | 81,519 |

STATUS B PRT HRS? Y

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3068662 | 11/10/05 | Preparing letter to Jeffrey Techentin regarding Hasbro's failure to respond to Bowling's discovery. | 0.90 | 00874 Thomas J. Leach | 243.00 | 82,835 |
| | | | | | STATUS B | PRT HRS? Y |
| 3068721 | 11/11/05 | Meeting with Michael Bowling regarding analysis of settlement conference of ~~November 4, 2005;~~ preparing letter to Jeffrey Techentin regarding Hasbro's discovery responses and deposition notice. | 2.70 .4 | 00874 Thomas J. Leach | ~~729.00~~ 108.00 | 83,564 |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08

CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206

MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3072646 | 11/23/05 | Preparing Mr. Bowling's first set of Request for Admissions to Hasbro; Bowling's second set of document requests; and Bowling's second set of interrogatories; drafting letter to Todd White regarding Hasbro's failure to respond to Bowling's Discovery. | 3.30 | 00874 Thomas J. Leach | | | 891.00 108.00 | 86,773 .4 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3073134 | 11/23/05 | Review local rules regarding Motion to Compel. Teleconference with local counsel regarding service of Bowling's discovery requests. | 0.50 | 00667 Kristin M. Drieman | | | 70.00 | 86,843 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3072654 | 11/28/05 | Call with Craig Scott regarding Hasbro's refusal to respond to Bowling's discovery requests; preparing Bowling's second set of discovery to Hasbro and Bowling's first set of requests for admissions to Hasbro. | 2.90 | 00874 Thomas J. Leach | | | 783.00 135.00 | 87,766 .5 |
| | | | | | | | STATUS B | PRT HRS? Y |

PROFORMA

Page 16 (16)

PROFORMA # 1230495

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| 3073227 | 11/29/05 | Conduct legal research to support the proposition that a party that fails to timely respond to discovery waives objections; conduct legal research regarding the award of attorney fees and expenses for bringing a motion to compel discovery. | 2.50 | 00953 Matthew A. Bredesen | 525.00 | 88,308 | |
| 3075662 | 11/30/05 | In conference with Tom Leach regarding discovery issues; in review of Hasbro's recent discovery responses. | 0.75 | 00011 Douglas J. Williams | 450.00 | 89,489 | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3086630 | 12/01/05 | Preparing letter to Mr. Techentin regarding Hasbro's incomplete discovery responses; sending email to Mr. Scott with discovery to have served on Hasbro; preparing Exhibit A to the 30(b)(6) notice to Hasbro; phone call with Jeff Techentin regarding Hasbro's discovery requests. | 5.10 | 00874 Thomas J. Leach | 1,377.00 810.00 | 90,866 | 3 hrs. |
| | | | | | STATUS B | PRT HRS? Y | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3086635 | 12/02/05 | Review of Hasbro's discovery request in preparing for the parties' meet and confer. | 1.80 | 00874 Thomas J. Leach | 486.00 | 91,492 | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| 3086687 | 12/06/05 | Preparing letters to Mr. Techentin regarding discovery issues; preparing Bowling's 30(b)(6) notice. | 1.20 | 00874 Thomas J. Leach | | | ~~324~~.00 81.00 | 92,064 | .3 hrs |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3092920 | 12/28/05 | Review of document produced by Hasbro; ~~preparing letter to Mr. Techentin regarding~~ Hasbro's discovery responses. | 3.30 | 00874 Thomas J. Leach | | | ~~891.00~~ 81.00 | 99,600 |

.3 hrs.

STATUS B PRT HRS? Y

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| 3100249 | 01/13/06 | ~~Analysis of Hasbro documents to prepare for the~~ 30b6 Deposition of Hasbro, Inc. | 4.00 | 00667 Kristin M. Drieman | ~~560.00~~ 70.00<br>STATUS B PRT HRS? Y | 108,550 | .5 hrs. |
| 3100623 | 01/13/06 | In deposition preparation. | 4.00 | 00011 Douglas J. Williams | 2,400.00 300.00<br>STATUS B PRT HRS? Y | 112,732 | .5 hrs. |
| 3101335 | 01/14/06 | Preparing to take the 30(b)(6) deposition of Hasbro; review of Hasbro's document productions; review of Bowling's document production; preparing letter to Jeff Techentin. | 10.00 | 00874 Thomas J. Leach | ~~2,700.00~~ 108.00<br>STATUS B PRT HRS? Y | 115,432 | .4 hrs. |
| 3101356 | 01/15/06 | Preparing to take the 30(b)(6) deposition of Hasbro; review of Hasbro's document productions; review of Bowling's document production; preparing letter to Jeff Techentin. | 7.00 | 00874 Thomas J. Leach | ~~1,890.00~~ 135.00 | 117,812 | .5 hrs. |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|---|
| 3110841 | 01/17/06 | Preparing for and in taking the 30(b)(6) deposition of Hasbro, Inc. on the topics of acquisition of the Accused Dice, infringement, and damages. | 13.00 | 00874 | Thomas J. Leach | 3,510.00 | 207,065 | |
| 3110848 | 01/18/06 | Deposition of Hasbro; traveling from Boston to Minneapolis; review of correspondence. | 7.00 | 00874 | Thomas J. Leach | ~~1,890.00~~ 945.00 | 209,025 | 3.5 hrs. |

STATUS B PRT HRS? Y

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3110043 | 01/20/06 | Met with Tom Leach to discuss case law research to conduct and analyze. | 0.25 | 00954 Heather J. Kliebenst | 52.50 | 216,144 |
| | | | | STATUS B | PRT HRS? Y | |
| 3110161 | 01/24/06 | Research and analyze case law regarding the current Federal Circuit test for the doctrine of equivalents and what constitutes evidence of | 2.00 | 00954 Heather J. Kliebenst | 420.00 | 218,526 |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | the "function/way/result test"; research and analyze case law regarding Maryland patent cases finding trebled damages pursuant to Section 285 of the patent act. | | | | | | |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3110215 | 01/25/06 | Research and analyze case law regarding the current Federal Circuit test for the doctrine of equivalents and what constitutes evidence of the "function/way/result test"; research and analyze case law regarding Maryland patent cases finding trebled damages pursuant to Section 285 of the patent act. | 1.75 | 00954 Heather J. Kliebenst | | | 367.50 | 218,894 |
| 3111153 | 01/29/06 | Review of Kurt Benson's 30(b)(6) deposition transcript to determine follow-up discovery needed. | 5.30 | 00874 Thomas J. Leach | | | 1,431.00 | 220,905 |

3:

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | STATUS B | PRT HRS? Y |
| 3111193 | 01/30/06 | Review of deposition transcripts; preparing response to Mr. Techentin's letter of January 23, 2006; drafting letter to Mr. Techentin ~~regarding cost and profit margins; drafting~~ letter to Mr. Techentin regarding document production; calling financial expert witness; preparing Steen Jensen's declaration; drafting Bowling's third set of requests for admissions to Hasbro regarding doctrine of equivalents infringement. | 6.50 | 00874 Thomas J. Leach | | | 1,755.00 | 222,660 |

405.00 1.5 hrs.

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y |
| | | | | | STATUS B | PRT HRS? Y |
| 3113854 | 02/02/06 | Analysis of License Agreements from Hasbro to locate agreement with the Milton Bradley Family for the use or sale of Monopoly. | 1.00 | 00667 Kristin M. Drieman | 140.00 | 226,052 |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| 3117610 | 02/08/06 | Prepare docket date for Defendant's Responses to Plaintiff's discovery; telephone conference | 4.00 | 00667 Kristin M. Drieman | ~~560~~.00 98.00 | 235,483 | .7 hrs |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | with Craig Scott regarding rules for filing Motion to Compel; conference with financial expert and compile documents for expert to review; update Deposition Notice of Eileen Sefchick and Subpoena. | | | | | | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | STATUS B | PRT HRS? Y | |
| 3119789 | 02/15/06 | Legal analysis regarding literal infringement; legal analysis regarding infringement under the | 8.30 | 00874 Thomas J. Leach | 2,241.00 | 248,081 |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | doctrine of equivalents; working with technical expert; preparing letters to Jeff Techentin regarding discovery issues. | | | | | | | |
| 3126801 | 02/16/06 | Preparing discovery letters to Jeff Techentin; legal analysis regarding claim construction and support for Bowling's construction; review of Echlin's deposition transcript for information regarding information Hasbro agreed to produce; phone conference with Kevin Besikof regarding damages; phone conference with technical expert regarding literal and DOE infringement. | 7.30 | 00874 Thomas J. Leach | | | 1,971.00<br>135.00 | 251,007 | .5 hrs. |