BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3128145 | 02/21/06 | Research available defenses to copyright claim and applicable prejudgment interest rates for patent infringement claim and discuss with Tom Leach. | 5.20 | 00937 Todd S. Werner | 1,222.00 352.00 | 257,078 1.5 |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3128198 | 02/22/06 | Discussion research and strategy concerning motion to compel with Tom Leach. | 0.40 | 00937 Todd S. Werner | 94.00 | 260,223 |

STATUS B PRT HRS? Y

3

3

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | STATUS B | PRT HRS? Y | |
| 3127073 | 02/27/06 | Drafting letter to Jeff Techentin regarding discovery issues; legal research regarding copyright issues. | 6.80 | 00874 Thomas J. Leach | | | 1,836.00 | 264,969 |

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3135788 | 03/01/06 | Review of correspondence and preparing letter to Jeff Techentin regarding discovery issues. | 2.70 | 00874 Thomas J. Leach | 729.00 | 267,804 |

STATUS B PRT HRS? Y

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

31

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | STATUS B | PRT HRS? Y |
| 3135809 | 03/03/06 | Review of Lizarraga assignment; legal analysis regarding inventorship issues; review of documents in preparing for D. Williams' deposition of E. Sefchick. | 5.60 | 00874 Thomas J. Leach | | | 1,512.00 | 274,317 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3137946 | 03/03/06 | Further preparation of letter to Hasbro concerning its privilege log; revise same; discuss same with Tom Leach. | 1.30 | 00937 Todd S. Werner | | | 305.50 | 274,623 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3135825 | 03/05/06 | Legal analysis regarding inventorship and corroboration; legal analysis regarding work-for-hire doctrine. | 2.40 | 00874 Thomas J. Leach | | | 648.00 | 276,540 |
| 3137956 | 03/06/06 | Analyze inventorship standard for joint inventorship; analyze law concerning implied-in-fact contract to assign invention; discuss same with Tom Leach. | 5.10 | 00937 Todd S. Werner | | | 1,198.50 | 290,436 |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | STATUS B | | PRT HRS? Y |
| 3135836 | 03/06/06 | Legal research regarding corroboration and preparing letter to Judge Smith responding to Hasbro's letter to him of March 3, 2006; meeting with Julie Daulton regarding the timing of prosecution of the '197 patent; phone call with M. Bowling regarding financial documents and various physical samples. | 9.20 | 00874 Thomas J. Leach | | | 2,484.00 | 292,920 |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | negotiation. | | | | |
| | | | | STATUS B | PRT HRS? Y | |
| 3133870 | 03/08/06 | Prepare subpoenas for Albert Lizarraga and Susan Lizarraga. Prepare letter to Techentin and Certificate of Service enclosing subpoenas. Prepare letter to Lizarraga's attorney enclosing subpoenas. Telephone conference with court reporter regarding location for production of documents. Prepare letter to Michael Bowling enclosing an elumis cd. Prepare draft of Plaintiff's Second Amended Initial Disclosures. | 2.50 | 00667 Kristin M. Drieman | 350.00 | 297,296 |
| 3133719 | 03/09/06 | Prepare Certificate of Service for the Amended Deposition of Al and Susan Lizarraga; review of Amended Privilege Log and privilege documents; telephone conference with Michael Bowling regarding errata sheet; prepare letter to Techentin enclosing Bowling's document production; prepare documents for production. | 2.00 | 00667 Kristin M. Drieman | 280.00 70.00 | 297,626 .5 hrs. |
| | | | | STATUS B | PRT HRS? Y | |
| 31 | | | | | | |
| 3135911 | 03/09/06 | Review of documents from Bowling to be bates numbered and produced to Jeff Techentin; preparing correspondence with Steven Bosse and Jeff Techentin; review of documents from Mr. Lizarraga. | 2.00 | 00874 Thomas J. Leach | 540.00 | 298,231 |
| | | | | STATUS B | PRT HRS? Y | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3137077 | 03/15/06 | Compile documents for the deposition of Al Lizarraga; compile letters between counsel regarding discovery disputes; prepare letter to Techentin ensclosing document production from Bowling. | 2.25 | 00667 Kristin M. Drieman | ~~315.00~~ 105.00 | 300,499 .75 |
| | | | | STATUS B | PRT HRS? Y | |
| 3136048 | 03/15/06 | Review of documents regarding Lizarraga and Hasbro's dealings with him; preparing for Mr. Lizarraga's deposition. | 3.20 | 00874 Thomas J. Leach | 864.00 | 301,363 |
| | | | | STATUS B | PRT HRS? Y | |
| 3137699 | 03/15/06 | In preparation for depositions. | 2.00 | 00011 Douglas J. Williams | 1,200.00 | 302,563 |
| | | | | STATUS B | PRT HRS? Y | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3141472 | 03/16/06 | Compile documents for the deposition of Al and Susan Lizarraga and prepare deposition witness kit for attorney review. | 2.50 | 00667 Kristin M. Drieman | | | 350.00 | 302,978 |
| | | | | | | STATUS B | PRT HRS? Y | |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3145656 | 03/16/06 | In preparation for depositions and in travel to Phoenix, AZ. | 7.00 | 00011 Douglas J. Williams | | | 4,200.00 | 307,209 |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3146417 | 03/16/06 | Preparing for deposition of Al Lizarraga; review of documents produced by Hasbro and Lizarraga, review of Bowling's documents; traveling to Tucson, AZ for deposition of Al Lizarraga. | 8.60 | 00874 Thomas J. Leach | | | 2,322.00 | 309,531 |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3144523 | 03/16/06 | Organize materials for deposition preparation. | 2.00 | 00488 Kathy Bergman | | | 130.00 | 309,661 |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3145640 | 03/17/06 | In Phoenix, AZ for depositions. | 9.00 | 00011 Douglas J. Williams | | | 5,400.00 | 315,061 |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3146429 | 03/17/06 | Preparing for and taking the deposition of Al Lizarraga; preparing for and taking the deposition of Susan Lizarraga; traveling from Arizona to Minneapolis. | 10.00 | 00874 Thomas J. Leach | | | 2,700.00 | 317,761 |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3141471 | 03/22/06 | Compile the deposition transcript of Al and Susan Lizarraga for review by Tom Leach; forward Plaintiff's Second Amended Rule 26a1 | 0.50 | 00667 Kristin M. Drieman | | | 70.00 | 317,931 |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3145489 | 03/23/06 | In work on outstanding discovery issues and meeting with Tom Leach. | 4.50 | 00011 Douglas J. Williams | 2,700.00 | 323,904 |
| | | | | | STATUS B | PRT HRS? Y |
| 3146738 | 03/27/06 | Preparing correspondence to Jeff Techentin regarding Rule 11; review of discovery; phone call with Jeff Techentin regarding Bowling's discovery requests; phone call with Kevin Besekoff regarding financial documents; identifying and contacting potential experts | 7.80 | 00874 Thomas J. Leach | ~~2,106.00~~ 1,080.00 | 327,814 |

4 hrs.

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | regarding authenticating documents and dating documents and handwriting experts; preparing correspondence regarding Hasbro's failure to properly respond to Bowling's various discovery requests. | | | | | | |
| | | STATUS B PRT HRS? Y | | | | | | |
| 3146782 | 03/28/06 | Preparing correspondence regarding Hasbro's failure to respond to Bowling's discovery and its Rule 11 violation. | 2.60 | 00874 Thomas J. Leach | | | 702.00 | 328,516 |
| | | STATUS B PRT HRS? Y | | | | | | |
| 3142002 | 03/28/06 | Compile all correspondence between Tom Leach and Jeffrey Techentin regarding any discovery disputes and create a chart regarding issues and unresolved discovery issues; forward Complaint and Protective order to Costco paralegal regarding subpoena served on Costco. | 2.25 | 00667 Kristin M. Drieman | | | 315.00 | 328,831 |
| | | STATUS B PRT HRS? Y | | | | | | |
| 3 | | | | | | | | |
| | | STATUS B PRT HRS? Y | | | | | | |
| 3146861 | 03/29/06 | Review of Al Lizarraga's deposition and taking notes on his testimony; discussion with Bowling regarding financial documents; discussion with Doug Williams regarding responding to Hasbro's motion to amend. | 5.70 | 00874 Thomas J. Leach | | | 1,539.00 | 330,755 |
| | | STATUS B PRT HRS? Y | | | | | | |
| | | STATUS B PRT HRS? Y | | | | | | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y |
| 3146966 | 03/31/06 | Preparing Bowling's opposition to Hasbro's motion to amend. | 2.60 | 00874 Thomas J. Leach | 702.00 | 333,624 |
| 3150270 | 04/01/06 | Preparing Bowling's response to Hasbro's motion to amend the pleadings. | 4.50 | 00874 Thomas J. Leach | 1,215.00 | 335,014 |
| | | | | | STATUS B | PRT HRS? Y |
| 3150273 | 04/03/06 | Preparing Bowling's response to Hasbro's motion to amend the pleadings. | 5.20 | 00874 Thomas J. Leach | 1,404.00 | 336,418 |
| | | | | | STATUS B | PRT HRS? Y |
| 3150277 | 04/04/06 | Preparing Bowling's opposition to Hasbro's motion to amend the pleadings. | 4.70 | 00874 Thomas J. Leach | 1,269.00 | 337,967 |
| | | | | | STATUS B | PRT HRS? Y |
| 3150279 | 04/05/06 | Preparing Bowling's opposition to Hasbro's motion to amend; preparing correspondence with Jeff Techentin regarding discovery issues; phone call with Steen Jensen regarding his | 5.30 | 00874 Thomas J. Leach | 1,431.00 1080.00 | 339,398 4 hrs. |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | deposition; email to Steen Jensen regarding his deposition; obtaining Federal Circuit Jury Instructions. | | | | | | |
| | | | | STATUS B PRT HRS? Y | | | | |
| 3154035 | 04/05/06 | In legal research regarding opposing a motion to amend pleading on the grounds that the amendment is futile; identifying and analyzing case law and meeting with Tom Leach to discuss same. | 4.00 | 00934 Joseph E. Lee | | | 940.00 | 340,338 |
| | | | | STATUS B PRT HRS? Y | | | | |
| 3151692 | 04/06/06 | Prepare docket date for Mediation; prepare Declaration of Michael Bowling in Support of Opposition to Motion to Amend Affirmative Defenses and Counterclaims; telephone conference with local counsel regarding motion. | 1.75 | 00667 Kristin M. Drieman | | | 245.00 | 340,758 |
| | | | | STATUS B PRT HRS? Y | | | | |
| 3154040 | 04/06/06 | In legal research in support of Plaintiff's opposition to Defendant's motion for leave to amend its Defenses and Counterclaims; in particular, researching a contractor's (e.g., a drafter's) duty to assign its rights in the patent. | 6.75 | 00934 Joseph E. Lee | | | 1,586.25 | 342,344 |
| | | | | STATUS B PRT HRS? Y | | | | |
| 3150281 | 04/06/06 | Preparing Bowling's motion in opposition to Hasbro's motion to amend. | 5.70 | 00874 Thomas J. Leach | | | 1,539.00 | 343,883 |
| | | | | STATUS B PRT HRS? Y | | | | |
| | | | | STATUS B PRT HRS? Y | | | | |
| 3150283 | 04/07/06 | Legal research regarding Rule 15 and motions to amend; preparing Bowling's motion in opposition to Hasbro's motion to amend. | 7.40 | 00874 Thomas J. Leach | | | 1,998.00 | 346,076 |
| | | | | STATUS B PRT HRS? Y | | | | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3150284 | 04/08/06 | Preparing Bowling's declaration in support of Hasbro's motion to amend the pleadings; review of factual record for cites. | 7.10 | 00874 Thomas J. Leach | | | 1,917.00 | 348,063 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3150288 | 04/09/06 | Preparing Bowling's declaration in support of its motion in opposition to Hasbro's motion to amend; filling in record cites in Bowling's motion; review of privilege law in preparing to prep Julie Daulton for her deposition. | 6.80 | 00874 Thomas J. Leach | | | ~~1,836.00~~ 1,350.00 | 349,899 5 hrs. |
| | | | | | | | STATUS B | PRT HRS? Y |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y |
| 3151794 | 04/12/06 | Prepare final version of Memorandum in Opposition to Motion for Leave to Amend Affirmative Defenses and Counterclaims; produce documents regarding Steen Jensen; prepare notebook for Tom Leach of Motions. | 2.00 | 00667 Kristin M. Drieman | 280.00 140.00 | 367,657 1hr. |
| | | | | | STATUS B | PRT HRS? Y |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y |
| 3161679 | 04/27/06 | Preparing Bowling's Mediation Statement; phone ~~call with Chris Bush regarding summary judgment~~ meeting. | 2.50 | 00874 Thomas J. Leach | 675.00 337.50 | 386,896 |
| | | | | | STATUS B | PRT HRS? Y |

1.25 hrs.

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3168343 | 05/03/06 | Review of Notice of Trial; sending information to Doug Williams regarding Mediation; review of ~~Hasbro's reply brief in support of Hasbro's~~ motion to amend. | 2.10 | 00874 Thomas J. Leach | | | ~~567.00~~ 486.00 | 395,208 |

1.8 hrs.

STATUS B PRT HRS? Y

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3168477 | 05/13/06 | Preparing for oral argument on Hasbro's motion to amend the pleadings. | 5.70 | 00874 Thomas J. Leach | | | 1,539.00 | 418,768 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3168488 | 05/14/06 | Review of caselaw on inventorship, derivation and priority in preparing for oral argument on Hasbro's motion to amend. | 6.40 | 00874 Thomas J. Leach | | | 1,728.00 | 420,496 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3168493 | 05/15/06 | Preparing for hearing regarding Hasbro's motion to amend. | 7.00 | 00874 Thomas J. Leach | | | 1,890.00 | 422,386 |
| | | | | | | | STATUS B | PRT HRS? Y |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y | |
| 3178478 | 05/16/06 | Preparing for oral argument on Hasbro's motion ~~to amend the pleadings; review of inventorship~~ caselaw; preparing argument outline. | 5.20 | 00874 Thomas J. Leach | 1,404.00 | 424,580 | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3178482 | 05/17/06 | Preparing for and in arguing Bowling's ~~opposition to Hasbro's motion to dismiss;~~ review of reports and materials on experts, Cook and Lapidus; preparing for their depositions. | 8.00 | 00874 Thomas J. Leach | ~~2,160.00~~ 1,620.00 | 426,870 | 6 hrs. |
| | | | | | STATUS B | PRT HRS? Y | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3173770 | 05/22/06 | Prepare docket date for Amended Answer and Counterclaim by Hasbro. | 0.25 | 00667 Kristin M. Drieman | | | 35.00 | 435,621 |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3186829 | 06/03/06 | Review of Hasbro's motion to correct inventorship; drafting correspondence to Jeff ~~Techentin regarding documents reviewed by~~ Experts; preparing Bowling's Markman brief. | 6.40 | 00874 Thomas J. Leach | ~~1,728.00~~ 270.00 | 448,772 1 hr. |
| | | | | STATUS B | PRT HRS? Y | |
| ~~3186839~~ | ~~06/04/06~~ | ~~Preparing Bowling's Markman brief, including~~ review of patent prosecution history dictionary definitions and factual statements in record. | ~~11.40~~ | ~~00874 Thomas J. Leach~~ | ~~3,078.00~~ | ~~451,850~~ |
| | | | | STATUS B | PRT HRS? Y | |
| 3186864 | 06/05/06 | Preparing Bowling's Markman brief, legal research; factual research into the record; meeting with Tony Zeuli and Doug Williams ~~regarding same.~~ | 11.80 | 00874 Thomas J. Leach | 3,186.00 | 457,193 |

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | STATUS B | PRT HRS? Y | |
| 3181220 | 06/05/06 | Professional librarian's services in obtaining definitions from 1997-1998 technical dictionaries.' ~~Tom Leach~~ | 0.75 | 00422 Marcia Richie | 93.75 | 457,287 |
| | | | | STATUS B | PRT HRS? Y | |
| 3181521 | 06/05/06 | Prepare Declaration of Tom Leach in Support of Plaintiff's Claim Construction Brief; compile exhibits to declaration. | 1.50 | 00667 Kristin M. Drieman | 210.00 | 457,497 |
| | | | | STATUS B | PRT HRS? Y | |
| ~~3186871~~ | ~~06/06/06~~ | ~~Preparing Bowling's Markman Brief and having it~~ served on opposing counsel. | ~~8.20~~ | ~~00874 Thomas J. Leach~~ | ~~2,214.00~~ | ~~459,711~~ |
| | | | | STATUS B | PRT HRS? Y | |
| ~~3181541~~ | ~~06/06/06~~ | ~~Compile exhibits including dictionary~~ definitions for Plaintiff's Claim Construction Brief, review brief with Tom Leach for final version to file with the court. | 1.50 | 00667 Kristin M. Drieman | ~~210.00~~ | ~~459,921~~ |
| | | | | ~~STATUS B~~ | ~~PRT HRS? Y~~ | |
| | | | | STATUS B | PRT HRS? Y | |
| 3186898 | 06/07/06 | Review of Hasbro's motion to correct inventorship; legal research regarding employee experts and whether they have to submit a report or produce documents they reviewed; | 4.20 | 00874 Thomas J. Leach | 1,134.00 270.00 | 464,156 1 hr. |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | STATUS B | PRT HRS? Y | | |
| 3184791 | 06/08/06 | Analysis of the deposition transcript of Michael Bowling and Al Lizarraga regarding information as to inventorship. | 0.75 | 00667 Kristin M. Drieman | 105.00 | 464,261 | |
| | | | | STATUS B | PRT HRS? Y | | |
| 31 | | | | | | | |
| | | | | STATUS B | PRT HRS? Y | | |
| 3186930 | 06/08/06 | Correspondence with Chris Bush; phone conversation with Mr. Techentin regarding the deposition of Kevin Cook; research regarding Hasbro's obligation to provide an expert report; preparing Bowling's Summary Judgment brief regarding inventorship. | 12.10 | 00874 Thomas J. Leach | ~~3,267.00~~ 2,160.00 | 468,381 | 8 hrs |
| | | | | STATUS B | PRT HRS? Y | | |
| 3186947 | 06/09/06 | Legal research regarding whether Fed. R. Civ. P. 26(a)(2) requires employee experts to file a report; preparing motion to exclude Hasbro's experts from testifying and to compel documents; preparing Hasbro's Summary Judgment that Lizarraga is not a joint inventor. | 10.00 | 00874 Thomas J. Leach | ~~2,700.00~~ 1,890.00 | 472,198 | 7 hrs. |
| | | | | STATUS B | PRT HRS? Y | | |
| | | | | STATUS B | PRT HRS? Y | | |
| 3185513 | 06/09/06 | Research caselaw, etc., per Tom Leach's directions for Inventorship/Employed to Invent Doctrine and Assignment; draft memo regarding research results. | 3.10 | 00971 Elizabeth J. Reagan | 589.00 | 473,277 | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | STATUS B | PRT HRS? Y | | |
| 3186964 | 06/10/06 | Preparing Bowling's motion for summary judgment on inventorship; review of factual record; legal research regarding summary judgment and inventorship; review and editing motion to exclude expert testimony. | 10.20 | 00874 Thomas J. Leach | 2,754.00 | 477,758 | |
| | | | | STATUS B | PRT HRS? Y | | |
| 3186978 | 06/11/06 | Preparing Bowling's motion to exclude Hasbro's employee experts; preparing Bowling's motion for summary judgment on inventorship. | 8.60 | 00874 Thomas J. Leach | ~~2,322.00~~ 1,620.00 | 482,886 | 6 hrs. |
| | | | | STATUS B | PRT HRS? Y | | |
| 3186991 | 06/12/06 | Review of Bowling's response to Hasbro's amended counterclaims; preparing motion for leave to file motion to exclude expert testimony; preparing Bowling's summary judgment motion. | 14.50 | 00874 Thomas J. Leach | ~~3,915.00~~ 3,240.00 | 486,801 | 12 hrs. |
| | | | | STATUS B | PRT HRS? Y | | |
| 3184763 | 06/12/06 | Prepare Motion for Leave to File Motion Out of | 5.00 | 00667 Kristin M. Drieman | ~~700.00~~ 350.00 | 487,501 | 2.5 hrs. |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | Time; Prepare Memorandum in Support of Motion for Leave; Prepare final version of Motion to Exclude Expert Testimony and prepare final version of exhibits; analysis of Plaintiff's Reply to Amended Counterclaims; forward and motions and Reply to local counsel for filing; prepare Statement of Facts for Summary Judgment Motion. | | | | |
| | | | | | STATUS B | PRT HRS? Y |
| 31 | | | | | | |
| | | | | | STATUS B | PRT HRS? Y |
| 3187264 | 06/12/06 | Drafting Answer to Amended Counterclaims per Tom Leach; drafting revisions and additions to Answer to Amended Counterclaims per Tom Leach; finalizing same and preparing for filing. | 1.90 | 00935 Johnathan R. Maddox | 446.50 | 488,078 |
| | | | | | STATUS B | PRT HRS? Y |
| 3184967 | 06/13/06 | Rewrite summary judgment motion concerning inventorship. | 4.00 | 00800 Anthony R. Zeuli | 1,560.00 | 489,638 |
| | | | | | STATUS B | PRT HRS? Y |
| 3184955 | 06/13/06 | Review and revise motion for summary judgment. | 1.50 | 00800 Anthony R. Zeuli | 585.00 | 490,223 |
| | | | | | STATUS B | PRT HRS? Y |
| | | | | | STATUS B | PRT HRS? Y |
| 3187023 | 06/13/06 | Review of motion for summary judgement regarding marking filed by Hasbro. | 1.00 | 00873 Rebecca A. Bortolott | 305.00 | 491,003 |
| | | | | | STATUS B | PRT HRS? Y |
| 3187020 | 06/13/06 | Review of Hasbro's motion to compel a re-deposition of Kevin Cook; review of Hasbro's motion in summary judgment regarding marking; review of the factual record and preparing | 8.70 | 00874 Thomas J. Leach | ~~2,349.00~~ 2,160.00 | 493,352 |

6
2