BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| | | Bowling's summary judgment brief regarding inventorship. | | | | | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3184728 | 06/14/06 | Prepare letter to Jeff Techentin regarding bates labels on production documents; Prepare Statement of Facts for Summary Judgment Motion; complete citations to facts in Summary Judgment Motion. | 3.75 | 00667 Kristin M. Drieman | ~~525.00~~ 420.00 | 495,092 | 3 hrs. |
| | | | | | STATUS B | PRT HRS? Y | |
| 31 | | | | | | | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3187055 | 06/15/06 | Preparing letter to Jeff Techentin regarding discovery motion; phone calls with Jeff Techentin regarding discovery motions; preparing letter to Techentin regarding production; preparing Bowling's summary judgment motion on inventorship. | 9.20 | 00874 Thomas J. Leach | 2,484.00 | 497,641 | 7 2.2 |
| | | | | | STATUS B | PRT HRS? Y | |
| 3186042 | 06/15/06 | Prepare Statement of Undisputed Facts in support of Motion for Partial Summary Judgment; compile supporting documents to Statement of Facts. | 2.50 | 00667 Kristin M. Drieman | 350.00 | 497,991 | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3185972 | 06/15/06 | Investigate the correlations between the availability of damages and marking under the Patent Act. | 1.50 | 00698 Elizabeth A. Harring | 232.50 | 498,223 | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3186136 | 06/15/06 | Summary judgment brief. | 3.00 | 00800 Anthony R. Zeuli | 1,170.00 | 499,393 | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3186314 | 06/15/06 | Organize transcripts for Summary Judgment regarding Motion; and organize production. | 2.00 | 00488 Kathy Bergman | 130.00 | 499,523 | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y |
| | | | | | STATUS B | PRT HRS? Y |
| 3188783 | 06/16/06 | Prepare Statement of Undisputed Facts; review Motion for Summary Judgment with Tom Leach and find citations to Statement of Facts. | 5.00 | 00667 Kristin M. Drieman | 700.00 | 500,301 |
| | | | | | STATUS B | PRT HRS? Y |
| 3192018 | 06/16/06 | Preparing Bowling's motion for summary judgment; preparing Bowling's statement of undisputed facts in support of Bowling's motion for summary judgment. | 6.40 | 00874 Thomas J. Leach | 1,728.00 | 502,029 |
| | | | | | STATUS B | PRT HRS? Y |
| 3182764 | 06/17/06 | Organize materials for Tom Leach. | 2.00 | 00488 Kathy Bergman | 130.00 | 502,159 |
| | | | | | STATUS B | PRT HRS? Y |
| 3191756 | 06/19/06 | Check citations and make edits to motion. | 1.60 | 00699 Michael S. Maza | 248.00 | 502,488 |
| | | | | | STATUS B | PRT HRS? Y |
| 3192027 | 06/19/06 | Finalizing Bowling's summary judgment motion on inventorship; checking case sites and factual cites; preparing motion and working with local counsel to get it filed; discussing with local counsel and opposing counsel the procedure for Markman; calling Kevin Cook. | 7.30 | 00874 Thomas J. Leach | 1,971.00 | 504,459 |
| | | | | | STATUS B | PRT HRS? Y |
| 3188784 | 06/19/06 | Compile exhibits to Motion for Summary Judgment; final review of brief and Statement of Undisputed Facts. | 4.50 | 00667 Kristin M. Drieman | 630.00 | 505,515 |
| | | | | | STATUS B | PRT HRS? Y |

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3192035 | 06/20/06 | Correspondence with Jeff Techentin regarding Markman briefs; review of Hasbro's claim construction brief. | 3.70 | 00874 Thomas J. Leach | | | 999.00 | 506,619 |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3192045 | 06/21/06 | Meeting with Doug Williams and Tony Zeuli regarding responding to Hasbro's claim construction brief and discussing marking issues; review of orders from Judge regarding motions for leave. | 3.00 | 00874 Thomas J. Leach | | | 810.00 | 507,429 |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3189991 | 06/21/06 | Claim construction meeting. | 1.00 | 00800 Anthony R. Zeuli | | | 390.00 | 507,819 |
| | | | | | | STATUS B | PRT HRS? Y | |
| | | | | | | B | PRT HRS? Y | |
| 3189842 | 06/22/06 | Investigate pleading and evidence necessary to assert marking under the Patent Act. | 2.00 | 00698 Elizabeth A. Harring | | | 310.00 | 509,155 |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3189873 | 06/22/06 | Analysis of Michael Bowling transcript for key sections regarding marking procedures to prepare Objection to Hasbro's Motion to Compel. | 1.00 | 00667 Kristin M. Drieman | | | 140.00 | 509,295 |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3189845 | 06/23/06 | Investigate burden, evidence, and licensee estoppel in the context of the marking statute of the Patent Act; prepare memo of the same. | 5.00 | 00698 Elizabeth A. Harring | | | 775.00 | 510,070 |
| | | | | | | STATUS B | PRT HRS? Y | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| 3192094 | 06/26/06 | Preparing Bowling's objection to Hasbro's motion to compel expert testimony; preparing exhibits and cite checking brief; review of record regarding marking evidence and Bowling's testimony; correspondence with Mr. Techentin regarding Bowling's objection to compel testimony of Cook; review of case law regarding marking and damages; preparing Bowling's reply Markman brief. | 10.60 | 00874 Thomas J. Leach | | | 2,862.00 540.00 | 516,723 | 2 hrs. |
| | | | | | | | STATUS B | PRT HRS? Y | |
| 3192121 | 06/28/06 | Preparing Bowling's reply claim construction brief. | 5.10 | 00874 Thomas J. Leach | | | 1,377.00 | 520,607 | |
| | | | | | | | STATUS B | PRT HRS? Y | |
| 3191475 | 06/28/06 | Telephone conference with local counsel regarding filing of Reply to Hasbro's Claim | 1.75 | 00667 Kristin M. Drieman | | | 245.00 | 520,852 | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | Construction brief; anlaysis of Kurt Benson and Michael Gray deposition testimony regarding doctrine of equivalence for reply to claim construction brief. | | | | | | |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3192393 | 06/29/06 | Analysis of Plaintiff's Reply Claim Construction Brief; compile exhibits and prepare for filing. | 1.25 | 00667 Kristin M. Drieman | | | 175.00 | 521,027 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3192125 | 06/29/06 | Preparing Bowling's reply Markman brief; legal research regarding the same. | 6.40 | 00874 Thomas J. Leach | | | 1,728.00 | 522,755 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3193260 | 06/29/06 | Revise claim brief. | 0.50 | 00800 Anthony R. Zeuli | | | 195.00 | 522,950 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3193849 | 06/30/06 | Finalizing Bowling's claim construction reply brief in view of Tony Zeuli's comments. | 3.60 | 00874 Thomas J. Leach | | | 972.00 | 523,922 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3195627 | 06/30/06 | In work on brief. | 2.75 | 00011 Douglas J. Williams | | | 1,650.00 | 525,572 |
| | | | | | | | STATUS B | PRT HRS? Y |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3200941 | 07/07/06 | Review of marking caselaw and having follow-up research done. | 1.80 | 00874 Thomas J. Leach | | | 486.00 | 526,182 |
| | | | | | | | STATUS B | PRT HRS? Y |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|
| 3201 | | | | | | | |
| | | | | STATUS B | | PRT HRS? Y | |
| 3201058 | 07/13/06 | Conference call with Alba Sue regarding scheduling the claim construction hearing and the inventorship hearing; call with local counsel regarding up-coming discovery hearing and summary judgment and Markman hearing. | 0.50 | 00874 | Thomas J. Leach | 135.00 | 527,499 |
| | | | | STATUS B | | PRT HRS? Y | |

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3209116 | 07/17/06 | Investigate pleading of marking and third party removal of marks. | 0.25 | 00698 Elizabeth A. Harring | 38.75 | 528,441 |
| | | | | STATUS B | PRT HRS? Y | |
| 3209119 | 07/18/06 | Investigate pleading marking and third party removal of marking; prepare memo regarding same. | 3.67 | 00698 Elizabeth A. Harring | 568.85 | 529,010 |
| | | | | STATUS B | PRT HRS? Y | |
| 3211088 | 07/18/06 | Review of marking research regarding Hasbro's motion for summary judgment; conference call with Doug Williams regarding conference call with Judge Smith; preparing for conference with Judge Smith. | 1.60 | 00874 Thomas J. Leach | 432.00 | 529,777 |
| | | | | STATUS B | PRT HRS? Y | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| 3211287 | 07/24/06 | Review of letter to Judge Almond regarding his ruling on Hasbro's motion to compel; Preparing Bowling's reply brief regarding inventorship. | 4.70 | 00874 Thomas J. Leach | 1,269.00 810.00 | 536,160 | 3hrs. |
| | | | | | STATUS B | PRT HRS? Y | |
| 3211296 | 07/25/06 | Preparing Bowling's reply regarding summary judgment regarding inventorship. | 8.10 | 00874 Thomas J. Leach | 2,187.00 | 538,347 | |
| | | | | | STATUS B | PRT HRS? Y | |
| | | | | | STATUS B | PRT HRS? Y | |
| ~~3211180~~ | ~~07/26/06~~ | ~~Preparing Bowling's reply brief in support of~~ | ~~8.00~~ | ~~00874 Thomas J. Leach~~ | ~~2,160.00~~ | ~~541,716~~ | |

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | its motion for summary judgment on inventorship. | | | | | | | |
| | | | | | | | STATUS B | PRT HRS? Y | |
| 3211226 | 07/27/06 | Preparing Bowling's inventorship reply brief and having it filed; review of Hasbro's summary judgment motion on marking and in preparing to respond; legal research regarding marking and 35 U.S.C. section 287. | 8.20 | 00874 Thomas J. Leach | | | 2,214.00<br>1,620.00 | 546,116 | 6hrs. |
| | | | | | | | STATUS B | PRT HRS? Y | |
| 3211293 | 07/28/06 | In conference with Tom Leach regarding summary judgment; in review of Hasbro's brief. | 1.75 | 00011 Douglas J. Williams | | | 1,050.00 | 547,816 | |
| | | | | | | | STATUS B | PRT HRS? Y | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3211236 | 07/28/06 | Preparing Bowling's response to Hasbro's summary judgment on marking; review and having filed Bowling's reply brief in support of it motion to compel expert reports. | 8.10 | 00874 Thomas J. Leach | 2,187.00 | 550,003 |
| | | STATUS B PRT HRS? Y | | | | |
| 3 | | | | | | |
| | | STATUS B PRT HRS? Y | | | | |
| 3209071 | 07/28/06 | Analysis of deposition transcript of Steen Jensen for instances of marking related material for use in Plaintiff's Opposition to Hasbro's Motion for Summary Judgment; compile Exhibits for Plaintiff's Reply to Motion to Preclude Expert Testimony; analysis of brief and forward to local counsel for filing. | 4.50 | 00667 Kristin M. Drieman | 630.00 | 552,137 |
| | | STATUS B PRT HRS? Y | | | | |
| 32 | | | | | | |
| 3: | | | | | | |
| 3211250 | 07/29/06 | Preparing Bowling's objection to Hasbro's summary judgment motion on marking; legal research regarding marking and review of the factual record. | 8.80 | 00874 Thomas J. Leach | 2,376.00 | 554,726 |
| | | STATUS B PRT HRS? Y | | | | |
| 3211260 | 07/30/06 | Review of factual record, legal research and preparing Bowling's opposition to Hasbro's summary judgment motion on marking. | 8.40 | 00874 Thomas J. Leach | 2,268.00 | 556,994 |
| | | STATUS B PRT HRS? Y | | | | |
| 3211275 | 07/31/06 | Preparing Bowling's objection to Hasbro's | 10.00 | 00874 Thomas J. Leach | 2,700.00 | 559,694 |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | motion for summary judgment regarding marking. | | | | |
| | | | | STATUS B PRT HRS? Y | | |
| 3211012 | 07/31/06 | Prepare Plaintiff's Statement of Disputed and Undisputed Facts in Support of Opposition to Hasbro's Motion for Partial Summary Judgment; review the deposition transcript of Michael Bowling and Steen Jensen. | 5.75 | 00667 Kristin M. Drieman | 805.00 | 560,499 |
| | | | | STATUS B PRT HRS? Y | | |
| 3210869 | 07/31/06 | Drafting portion of response to Defendant's Partial Summary Judgment Motion related to pleading requirements of marking; conference with Tom Leach regarding the same. | 4.50 | 00873 Rebecca A. Bortolott | 1,372.50 | 561,871 |
| | | | | STATUS B PRT HRS? Y | | |
| 3210825 | 07/31/06 | Investigate case law regarding the availability of damages and notice of marking. | 2.00 | 00698 Elizabeth A. Harring | 310.00 | 562,181 |
| | | | | STATUS B PRT HRS? Y | | |
| 3211002 | 07/31/06 | Organize Motion materials for Tom Leach. | 0.50 | 00488 Kathy Bergman | 32.50 | 562,214 |
| | | | | STATUS B PRT HRS? Y | | |
| 3211246 | 07/31/06 | In review of correspondence; in review of case from Tom Leach. | 0.50 | 00011 Douglas J. Williams | 300.00 | 562,514 |
| | | | | STATUS B PRT HRS? Y | | |
| 3213892 | 08/01/06 | Prepare docket dates for Markman Hearing; analsysis of Bowling's Opposition to Hasbro's Motion for Partial Summary Judgment; review deposition transcripts for exhibits to Opposition; compile and edit exhibits and brief. | 5.75 | 00667 Kristin M. Drieman | 805.00 | 563,360 |
| | | | | STATUS B PRT HRS? Y | | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3218359 | 08/02/06 | Preparing Bowling's opposition to Hasbro's motion for summary judgment on marking; preparing Bowling's opposition to Hasbro's undisputed facts; preparing declaration of Michael Bowling; filing brief. | 7.10 | 00874 Thomas J. Leach | 1,917.00 | 566,125 |
| | | | | | STATUS B | PRT HRS? Y |
| 3217442 | 08/02/06 | Edit opposition to summary judgment brief. | 2.50 | 00699 Michael S. Maza | 387.50 | 566,512 |
| | | | | | STATUS B | PRT HRS? Y |
| 3216405 | 08/02/06 | Organize exhibits for Reply Motion for Summary Judgment. | 1.00 | 00488 Kathy Bergman | 65.00 | 566,577 |
| | | | | | STATUS B | PRT HRS? Y |
| 3213889 | 08/02/06 | Prepare final version of Bowling's Statement of Disputed and Undisputed Facts, Bowling's Opposition to Hasbro's Motion for Partial Summary Judgment, compile exhibits and forward to local counsel; telephone conference with Michael Bowling regarding his Declaration. | 6.75 | 00667 Kristin M. Drieman | 945.00 | 567,522 |
| | | | | | STATUS B | PRT HRS? Y |
| 3216058 | 08/03/06 | Prepare ECF Registration Form for Tom Leach; prepare letter to clerk enclosing form; telephone conference with clerk regarding ECF procedures; review local rules regarding ECF. | 1.25 | 00667 Kristin M. Drieman | 175.00 | 567,697 |
| | | | | | STATUS B | PRT HRS? Y |
| 3216409 | 08/03/06 | Organize case materials. | 1.50 | 00488 Kathy Bergman | 97.50 | 567,795 |
| | | | | | STATUS B | PRT HRS? Y |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3218388 | 08/07/06 | Review of correspondence from Jeff Techentin and preparing responses; phone call with Michael Bowling regarding marking. | 4.40 | 00874 Thomas J. Leach | 1,188.00 | 569,964 |
| | | | | | STATUS B | PRT HRS? Y |
| 3218399 | 08/08/06 | Responding to Jeff Techentin's correspondence regarding Clive Jezard's declaration and Bowling's response to Hasbro's interrogatory No. 21; preparing budget for executive committee. | 4.60 | 00874 Thomas J. Leach | 1,242.00 | 571,368 |
| | | | | | STATUS B | PRT HRS? Y |
| 3216073 | 08/08/06 | Prepare docket date for Opposition to Hasbro's Motion to Strike Declaration of Clive Jezard; update Elumis with new docket dates; prepare Plaintiff's Supplemental Answer to Interrogatory No. 21; analysis of Michael Bowling transcript. | 1.75 | 00667 Kristin M. Drieman | 245.00 | 571,613 |
| | | | | | STATUS B | PRT HRS? Y |
| 3216077 | 08/09/06 | Prepare outline of upcoming Markman Hearing and Motion Hearing including witnesses, documents, etc; analysis of Michael Bowling transcript. | 1.50 | 00667 Kristin M. Drieman | 210.00 | 571,823 |
| | | | | | STATUS B | PRT HRS? Y |
| 3216017 | 08/10/06 | Analysis of Michael Bowling deposition transcript relating to Dices & Games and Cilve Jezard; review local rules for docket date for opposition to Motion to Strike Declaration of Jezard. | 1.75 | 00667 Kristin M. Drieman | 245.00 | 572,068 |
| | | | | | STATUS B | PRT HRS? Y |
| 3218428 | 08/10/06 | Preparing Bowling's supplemental response to Hasbro's Interrogatory No. 21; sending email to | 2.30 | 00874 Thomas J. Leach | 621.00 | 572,689 |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y |
| 3227061 | 08/17/06 | Discussion with Todd Werner regarding Bowling's response to Hasbro's motion to strike the declaration of Clive Jezard; and preparation of Bowling's appeal of Magistrate Judge Almond's order denying Bowling's discovery order. | 1.30 | 00874 Thomas J. Leach | 351.00 | 575,643 |
| | | | | | STATUS B | PRT HRS? Y |
| 3228938 | 08/17/06 | Discuss Hasbro's motion to exclude opinions of Mr. Jezard with Tom Leach. | 0.40 | 00937 Todd S. Werner | 94.00 | 575,737 |
| | | | | | STATUS B | PRT HRS? Y |
| 3227087 | 08/21/06 | Preparation of correspondence with Jeff Techentin regarding Bowling's response to Interrogatory No. 21; Call with expert regarding scheduling Cook's deposition; preparing correspondence with Mr. Techentin regarding Cook's deposition; review of Hasbro's reply Summary Judgment brief on marking. | 5.90 | 00874 Thomas J. Leach | ~~1,593.00~~ 540.00 | 577,797 |
| | | | | | STATUS B | PRT HRS? Y |
| 3228954 | 08/21/06 | Review and analyze arguments set forth in memorandum in support of Hasbro's motion to exclude Jezard testimony. | 0.90 | 00937 Todd S. Werner | 211.50 | 578,008 |
| | | | | | STATUS B | PRT HRS? Y |
| 3228980 | 08/22/06 | Analyze law concerning Rule 26(a)(1) and exception for disclosure of rebuttal witnesses; analyze law concerning burden of proving | 5.60 | 00937 Todd S. Werner | 1,316.00 | 579,324 |

2 hrs.

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | compliance with marking requirement; discuss strategy for responding to motion to strike Jezard declaration with Tom Leach; draft memorandum in support of objection to motion. | | | | |
| | | | | STATUS B PRT HRS? Y | | |
| 3229011 | 08/23/06 | Draft brief in opposition to motion to strike Jezard declaration on issues related to marking of dice. | 4.40 | 00937 Todd S. Werner | 1,034.00 | 582,324 |
| | | | | STATUS B PRT HRS? Y | | |
| 3229030 | 08/24/06 | Revise brief in opposition to motion to strike Jezard declaration; contact local counsel concerning same and revise same in view of comments from local counsel. | 2.80 | 00937 Todd S. Werner | 658.00 | 582,982 |
| | | | | STATUS B PRT HRS? Y | | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | STATUS B PRT HRS? Y | | |
| 3227180 | 08/24/06 | Review of Bowling's motion in opposition to Hasbro's motion to strike Jezard's declaration; correspondence with local counsel and opposing counsel regarding dates for the evidentiary hearing. | 2.30 | 00874 Thomas J. Leach | 621.00 | 583,936 |
| | | | | STATUS B PRT HRS? Y | | |
| 3222642 | 08/24/06 | Prepare Objection to Hasbro's Motion to Strike Clive Jezard Declaration; assemble exhibits to Memorandum of Law; file motion via ECF with the court; prepare letter to Clerk of Court enclosing courtesy copies of motion. | 3.00 | 00667 Kristin M. Drieman | 420.00 | 584,806 |
| | | | | STATUS B PRT HRS? Y | | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3243207 | 09/22/06 | Review of Magistrate Judge's order regarding Hasbro's motion to strike the deposition of Clive Jezard and providing thoughts to Doug Williams. | 1.00 | 00874 Thomas J. Leach | 270.00 | 593,588 |

STATUS B PRT HRS? Y

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | STATUS B PRT HRS? Y | | |
| 3240479 | 09/27/06 | Prepare letter to Judge Smith requesting permission to use visual aids during markman hearing; prepare powerpoint presentation for markman hearing; attend meeting with Tom Leach regarding preparation for markman hearing; verify production of Hasbro production documents. | 3.50 | 00667 Kristin M. Drieman | 490.00 | 594,178 |
| | | | | STATUS B PRT HRS? Y | | |
| 3243294 | 09/27/06 | Preparing for the Markman hearing; meeting with Kristin Drieman regarding materials needed for Markman hearing. | 2.00 | 00874 Thomas J. Leach | 540.00 | 594,718 |
| | | | | STATUS B PRT HRS? Y | | |
| 3243341 | 09/28/06 | Preparing for hearing on inventorship issue for October 26, 2006 hearing. | 1.70 | 00874 Thomas J. Leach | 459.00 | 595,177 |
| | | | | STATUS B PRT HRS? Y | | |
| 3243382 | 09/29/06 | Preparing for and in interview with Elizabeth Bowling regarding what information Michael Bowling had before meetings with Lizarraga; preparing for up-coming hearings on inventorship, marking and claim construction. | 5.40 | 00874 Thomas J. Leach | 1,458.00 | 596,635 |
| | | | | STATUS B PRT HRS? Y | | |
| 3243399 | 09/30/06 | Preparing for the October 26, 2006 hearing regarding inventorship, claim construction and marking. | 7.00 | 00874 Thomas J. Leach | 1,890.00 | 598,525 |

10/1/06
Rate change

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | STATUS B PRT HRS? Y | | |
| 3251959 | 10/02/06 | In meeting with Tom Leach regarding preparation for hearing and in preparation for same. | 3.00 | 00011 Douglas J. Williams | 1,830.00 | 600,907 |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | STATUS B PRT HRS? Y | | |
| 3248720 | 10/02/06 | Attend meeting with Doug and Tom regarding Markman Hearing; prepare outline for Markman and Inventorship hearing. | 4.00 | 00667 Kristin M. Drieman | 600.00 | 601,507 |
| | | | | STATUS B PRT HRS? Y | | |
| 3245224 | 10/02/06 | Research how claim terms should be interpreted when the plain meaning of the term is different than the meaning of the term to a person of ordinary skill in the art.; reviewing cases on the same. | 0.50 | 01004 Joshua P. Graham | 95.00 | 601,602 |
| | | | | STATUS B PRT HRS? Y | | |
| 3250635 | 10/02/06 | Preparing for the claim construction hearing, the inventorship hearing, and marking summary judgment argument | 6.20 | 00874 Thomas J. Leach | 1,891.00 | 603,493 |
| | | | | STATUS B PRT HRS? Y | | |
| 3250652 | 10/03/06 | Meeting with Doug Williams and K. Drieman regarding up-coming hearings; preparing claim construction power point. | 2.90 | 00874 Thomas J. Leach | 884.50 | 604,378 |
| | | | | STATUS B PRT HRS? Y | | |
| 3251901 | 10/03/06 | In work on review of motions filed by Hasbro. | 3.50 | 00011 Douglas J. Williams | 2,135.00 | 608,098 |
| | | | | STATUS B PRT HRS? Y | | |

1.2 hr.
2
3

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y |
| 3246560 | 10/05/06 | Follow-up and expanded research how claim terms should be interpreted when the plain meaning of the term is different than the meaning of the term to a person of ordinary skill in the art. | 1.00 | 01004 Joshua P. Graham | 190.00 | 608,470 |
| | | | | | STATUS B | PRT HRS? Y |
| | | | | | STATUS B | PRT HRS? Y |
| 3250713 | 10/08/06 | Preparing for up-coming hearings on claim construction, inventorship and marking. | 4.40 | 00874 Thomas J. Leach | 1,342.00 | 610,906 |
| | | | | | STATUS B | PRT HRS? Y |
| | | | | | STATUS B | PRT HRS? Y |
| 3248696 | 10/11/06 | Prepare deposition clips for Markman Hearing of Al Lizarraga; work with Trial Director to prepare for Hearing; telephone conference with Engineering Repro regarding foam boards of check and Bowling's drawings. | 3.50 | 00667 Kristin M. Drieman | 525.00 | 611,994 |

2
2

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| 3250787 | 10/12/06 | Preparing for the hearings on October 26; review of deposition transcripts for cross examination. | 6.70 | 00874 Thomas J. Leach | | | 2,043.50 | 615,928 | 3 3.7 |
| | | | | | | | STATUS B | PRT HRS? Y | 3 |
| 3248693 | 10/12/06 | Prepare deposition clips for Markman Hearing of Michael Gray, Susan Lizarraga and Al Lizarraga; work with Trial Director to prepare for Hearing. | 7.00 | 00667 Kristin M. Drieman | | | 1,050.00 | 616,978 | 4 |
| | | | | | | | STATUS B | PRT HRS? Y | |
| 3250656 | 10/13/06 | Prepare deposition clips for Markman Hearing and learn Trial Director. | 2.75 | 00667 Kristin M. Drieman | | | 412.50 | 617,391 | |
| | | | | | | | STATUS B | PRT HRS? Y | |
| 3260878 | 10/16/06 | In preparation for hearing. | 4.00 | 00011 Douglas J. Williams | | | 2,440.00 | 619,983 | 1 |
| | | | | | | | STATUS B | PRT HRS? Y | 3 |
| 3254106 | 10/16/06 | Assemble exhibits and deposition clips for Markman and Summary Judgment Hearing; learn trial director. | 6.00 | 00667 Kristin M. Drieman | | | 900.00 | 620,883 | |
| | | | | | | | STATUS B | PRT HRS? Y | |
| 3259439 | 10/17/06 | Preparing for up-coming hearings with Doug Williams; preparing PowerPoint presentation; and determining what exhibits will be used. | 4.70 | 00874 Thomas J. Leach | | | 1,433.50 | 623,193 | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | STATUS B PRT HRS? Y | | | | | | |
| 3254104 | 10/17/06 | Prepare Plaintiff's Exhibit and Witness List for Markman Hearing; attend prep session with Doug and Tom regarding Markman and Summary Judgment Hearing. | 8.50 | 00667 Kristin M. Drieman | | | 1,275.00 | 624,608 |
| | | STATUS B PRT HRS? Y | | | | | | |
| 3260851 | 10/17/06 | In review of late filings of Hasbro and in preparation for hearing. | 3.00 | 00011 Douglas J. Williams | | | 1,830.00 | 626,438 |
| | | STATUS B PRT HRS? Y | | | | | | |
| 3254081 | 10/18/06 | Begin writing Reply to Hasbro's Emergency Motion for Leave to File Supplemental Material. | 1.00 | 01004 Joshua P. Graham | | | 190.00 | 626,710 |
| | | STATUS B PRT HRS? Y | | | | | | |
| 3254080 | 10/18/06 | Researching whether and when an Emergency Motion to consider new material after the close of discover is permissible. | 2.00 | 01004 Joshua P. Graham | | | 380.00 | 627,090 |
| | | STATUS B PRT HRS? Y | | | | | | |
| 3260832 | 10/18/06 | In review of correspondence and study of briefs in preparation for hearing. | 6.00 | 00011 Douglas J. Williams | | | 3,660.00 | 630,750 |
| | | STATUS B PRT HRS? Y | | | | | | |
| 3254109 | 10/18/06 | Analysis of Hasbro's Emergency Motion; locate Dragon's Lair invoice shipping display compartment; learn trial director; prepare Plaintiff's Exhibit and Witness List for Markman Hearing. | 7.50 | 00667 Kristin M. Drieman | | | 1,125.00 | 631,875 |
| | | STATUS B PRT HRS? Y | | | | | | |
| 3259785 | 10/18/06 | Prepare materials for Markman Hearing. | 4.00 | 00488 Kathy Bergman | | | 280.00 | 632,155 |
| | | STATUS B PRT HRS? Y | | | | | | |
| 3259450 | 10/18/06 | Preparing letter to Judge Smith regarding Hasbro's recently filed declaration and the up-coming hearing; contacting David Wheeler to discuss his declaration; preparing another | 3.10 | 00874 Thomas J. Leach | | | 945.50 | 633,101 |

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y |
| 3259802 | 10/19/06 | Prepare materials for Markman Hearing. | 3.00 | 00488 Kathy Bergman | 210.00 | 633,311 |
| | | | | | STATUS B | PRT HRS? Y |
| 3259464 | 10/19/06 | Preparing motion in response to Hasbro's 'emergency' motion to file supplemental declaration concerning marking; review of exhibits; review of Hasbro's motion for Judge to take Judicial notice; review of Jeff Techentin's letter to Judge Smith; determining how to respond to Techentin's letters; in helping Kristin Drieman preparing for up-coming hearing. | 6.30 | 00874 Thomas J. Leach | 1,921.50 | 635,232 |
| | | | | | STATUS B | PRT HRS? Y |
| 3254103 | 10/19/06 | Prepare Plaintiff's Exhibit and Witness List for Markman Hearing; prepare and edit Plaintiff's Response to Hasbro's Emergency Motion and Cross-Motion; assemble exhibits to cross-motion; file via ECF cross-motion; prepare Markman exhibits in trial director. | 8.50 | 00667 Kristin M. Drieman | 1,275.00 | 636,507 |
| | | | | | STATUS B | PRT HRS? Y |
| 3260811 | 10/19/06 | In review of briefs regarding hearing. | 1.00 | 00011 Douglas J. Williams | 610.00 | 637,117 |
| | | | | | STATUS B | PRT HRS? Y |
| 3254082 | 10/19/06 | Continue writing and revising Reply to Hasbro's Emergency Motion for Leave to File Supplemental Material. | 4.00 | 01004 Joshua P. Graham | 760.00 | 637,877 |
| | | | | | STATUS B | PRT HRS? Y |
| 3260775 | 10/20/06 | In review of correspondence and briefs for hearing. | 2.00 | 00011 Douglas J. Williams | 1,220.00 | 639,097 |
| | | | | | STATUS B | PRT HRS? Y |
| | | | | | STATUS B | PRT HRS? Y |
| 3254453 | 10/20/06 | Prepare for Markman Hearing; practice with Trial Director, assemble Plaintiff's exhibits for Markman Hearing. | 6.50 | 00667 Kristin M. Drieman | 975.00 | 640,196 |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y |
| 3259480 | 10/20/06 | Review of Hasbro's reply memorandum regarding the admissibility of Mr. Wheeler's declaration; review of judges order regarding the motion; discussion with Kristin Drieman regarding preparing for up-coming hearings. | 1.20 | 00874 Thomas J. Leach | 366.00 | 640,562 |
| | | | | | STATUS B | PRT HRS? Y |
| 3259774 | 10/20/06 | Organize materials for Markman Hearing. | 7.00 | 00488 Kathy Bergman | 490.00 | 641,052 |
| | | | | | STATUS B | PRT HRS? Y |
| 3259496 | 10/22/06 | Preparing for oral argument regarding marking ; preparing for examination of witnesses. | 6.90 | 00874 Thomas J. Leach | 2,104.50 | 643,802 |
| | | | | | STATUS B | PRT HRS? Y |
| 3254454 | 10/22/06 | Prepare for Markman Hearing with Tom Leach; prepare deposition clips for Albert Lizarraga. | 4.00 | 00667 Kristin M. Drieman | 600.00 | 644,402 |
| | | | | | STATUS B | PRT HRS? Y |
| 3257644 | 10/23/06 | Prepare for Markman Hearing. | 7.75 | 00667 Kristin M. Drieman | 1,162.50 | 645,564 |
| | | | | | STATUS B | PRT HRS? Y |
| 3259501 | 10/23/06 | Preparing for hearings, namely, marking, Markman, and inventorship. | 8.50 | 00874 Thomas J. Leach | 2,592.50 | 648,157 |
| | | | | | STATUS B | PRT HRS? Y |
| 3259754 | 10/23/06 | Organize materials for Markman Hearing. | 6.50 | 00488 Kathy Bergman | 455.00 | 648,612 |
| | | | | | STATUS B | PRT HRS? Y |
| 3260751 | 10/23/06 | In preparation for evidentiary hearing. | 16.00 | 00011 Douglas J. Williams | 9,760.00 | 658,372 |
| | | | | | STATUS B | PRT HRS? Y |
| 3255640 | 10/23/06 | In preparation for evidentiary hearing. | 2.00 | 00721 Julie R. Daulton | 750.00 | 659,407 |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y |
| 3255645 | 10/24/06 | In further preparation for evidentiary hearing. | 2.00 | 00721 Julie R. Daulton | 750.00 | 660,157 |
| | | | | | STATUS B | PRT HRS? Y |
| 3260741 | 10/24/06 | In preparation for evidentiary hearing. | 16.00 | 00011 Douglas J. Williams | 9,760.00 | 669,917 |
| | | | | | STATUS B | PRT HRS? Y |
| 3259505 | 10/24/06 | Preparing for hearing on Markman and summary judgment regarding inventorship and marking. | 7.70 | 00874 Thomas J. Leach | 2,348.50 | 672,786 |
| | | | | | STATUS B | PRT HRS? Y |
| | | | | | STATUS B | PRT HRS? Y |
| 3257654 | 10/25/06 | Prepare for Markman Hearing; prepare witnesses for testimony. | 16.00 | 00667 Kristin M. Drieman | 2,400.00 | 677,061 |
| | | | | | STATUS B | PRT HRS? Y |
| 3259520 | 10/25/06 | Preparing for hearing on markman and summary judgment regarding inventorship and marking; preparing witnesses, preparing powerpoint presentations for various issues; preparing for oral argument on marking. | 13.00 | 00874 Thomas J. Leach | 3,965.00 | 681,026 |
| | | | | | STATUS B | PRT HRS? Y |