BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3260734 | 10/25/06 | In preparation for evidentiary hearing. | 16.00 | 00011 | Douglas J. Williams | | 9,760.00 | 690,869 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3255657 | 10/25/06 | In review of materials to prepare for evidentiary hearing. | 6.00 | 00721 | Julie R. Daulton | | 2,250.00 | 693,119 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3260728 | 10/26/06 | In preparation for and in court in Rhode Island for evidentiary hearing. | 16.00 | 00011 | Douglas J. Williams | | 9,760.00 | 702,879 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3259525 | 10/26/06 | Preparing for and conducting hearing on markman and summary judgment regarding inventorship; preparing for next day, including preparing witnesses and presentations. | 12.00 | 00874 | Thomas J. Leach | | 3,660.00 | 706,539 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3257655 | 10/26/06 | Attend Markman Hearing; prepare witnesses for testimony; prepare trial director documents. | 13.75 | 00667 | Kristin M. Drieman | | 2,062.50 | 708,601 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3256884 | 10/26/06 | In evidentiary hearing in district court in Rhode Island, including preparation time and follow-up; in preparation for testifying; in conference with Michael Bowling. | 8.00 | 00721 | Julie R. Daulton | | 3,000.00 | 711,601 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3256885 | 10/27/06 | In evidentiary hearing in district court in Rhode Island, including preparation time and follow-up; in preparation for testifying; in conference with Michael Bowling. | 8.00 | 00721 | Julie R. Daulton | | 3,000.00 | 714,601 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3257657 | 10/27/06 | Attend Markman Hearing; compile documents to return to Minneapolis. | 6.50 | 00667 | Kristin M. Drieman | | 975.00 | 715,576 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3259531 | 10/27/06 | Preparing for and participating in hearings regarding claim construction, inventorship and marking. | 7.00 | 00874 | Thomas J. Leach | | 2,135.00 | 717,711 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3260718 | 10/27/06 | In court in Rhode Island for evidentiary hearing. | 12.00 | 00011 | Douglas J. Williams | | 7,320.00 | 725,031 |
| | | | | | | | STATUS B | PRT HRS? Y |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | STATUS B | PRT HRS? Y | |
| 3270696 | 11/06/06 | In work on post hearing issues. | 5.00 | 00011 Douglas J. Williams | 3,050.00 | 732,111 |
| | | | | STATUS B | PRT HRS? Y | |
| 3270679 | 11/07/06 | In work on post hearing issues. | 3.75 | 00011 Douglas J. Williams | 2,287.50 | 734,399 |
| | | | | STATUS B | PRT HRS? Y | |
| 3270693 | 11/07/06 | In work on post hearing issues. | 3.75 | 00011 Douglas J. Williams | 2,287.50 | 736,686 |
| | | | | STATUS B | PRT HRS? Y | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3266995 | 11/13/06 | Research for responsive brief on inventorship. | 0.50 | 01006 Sarah M. Stensland | | | 95.00 | 737,846 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3266996 | 11/14/06 | Write responsive brief on inventorship. | 3.00 | 01006 Sarah M. Stensland | | | 570.00 | 738,416 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3267771 | 11/15/06 | Wrote responsive brief for inventorship. | 8.75 | 01006 Sarah M. Stensland | | | 1,662.50 | 740,078 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3280382 | 11/16/06 | Review of Hasbro's supplemental brief on inventorship; review of caselaw cited therein; review and edit response. | 2.30 | 00874 Thomas J. Leach | | | 701.50 | 740,780 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3277173 | 11/16/06 | Write reply brief to Hasbro's supplemental brief to correct inventorship. | 6.20 | 01006 Sarah M. Stensland | | | 1,178.00 | 741,958 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3277180 | 11/17/06 | Followup research for reply brief to Hasbro's motion to correct inventorship. | 3.00 | 01006 Sarah M. Stensland | | | 570.00 | 742,528 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3280405 | 11/17/06 | Preparing Bowling's response to Hasbro's supplemental brief on inventorship; preparing Bowling's motion and unopposed motion for Enlargement of Time to file a response; and attempting to contact local counsel, the court, and opposing counsel regarding an extension. | 8.10 | 00874 Thomas J. Leach | | | 2,470.50 | 744,998 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3271942 | 11/17/06 | Prepare Plaintiff's Motion to Enlarge Time to Reply to Hasbro's Supplemental Brief; file via ECF; prepare Unopposed Motion to Enlarge Time to Reply to Hasbro's Supplemental Brief; file via ECF. | 2.00 | 00667 Kristin M. Drieman | | | 300.00 | 745,298 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3280410 | 11/19/06 | Preparing Bowling's reply to Hasbro's supplemental motion on inventorship. | 4.00 | 00874 Thomas J. Leach | | | 1,220.00 | 746,518 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3280417 | 11/20/06 | Preparing response brief to Hasbro's supplemental motion on inventorship. | 9.20 | 00874 Thomas J. Leach | | | 2,806.00 | 749,324 |
| | | | | | | | STATUS B | PRT HRS? Y |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3280434 | 11/21/06 | Preparing Bowling's response to Hasbro's supplemental motion to correct inventorship; revising motion to incorporate Doug Williams' changes and filing the brief. | 6.60 | 00874 Thomas J. Leach | 2,013.00 | 751,337 |
| | | STATUS B PRT HRS? Y | | | | |
| 3272048 | 11/21/06 | Review Plaintiff's Reply to Hasbro's Supplemental Brief for Summary Judgment; compile exhibits to reply brief. | 1.75 | 00667 Kristin M. Drieman | 262.50 | 751,600 |
| | | STATUS B PRT HRS? Y | | | | |
| 3277201 | 11/21/06 | Final review of reply brief to Hasbro's motion to correct inventorship. | 0.25 | 01006 Sarah M. Stensland | 47.50 | 751,647 |
| | | STATUS B PRT HRS? Y | | | | |
| | | STATUS B PRT HRS? Y | | | | |
| 3280636 | 11/30/06 | Review of letter from Jeff Techentin regarding legal authority in post inventorship hearing. | 0.30 | 00874 Thomas J. Leach | 91.50 | 752,366 |
| | | STATUS B PRT HRS? Y | | | | |
| 3284450 | 12/01/06 | Prepare Elumis cd for Tom Leach. | 0.25 | 00667 Kristin M. Drieman | 37.50 | 752,404 |
| | | STATUS B PRT HRS? Y | | | | |
| 3288832 | 12/10/06 | Review of Techentin's November 30th letter; review of caselaw on inventorship, and determining how to respond. | 2.00 | 00874 Thomas J. Leach | 610.00 | 753,014 |
| | | STATUS B PRT HRS? Y | | | | |
| 3288854 | 12/11/06 | Review of case law regarding inventorship and Mr. Techentin's letter of November 30, 2006; meeting with Doug Williams in determining how to respond; preparing response to Techentin's letter. | 4.20 | 00874 Thomas J. Leach | 1,281.00 | 754,295 |
| | | STATUS B PRT HRS? Y | | | | |
| 3288892 | 12/12/06 | Preparing letter in response to J. Techentin's November 30, 2006 letter regarding post hearing | 1.60 | 00874 Thomas J. Leach | 488.00 | 754,783 |

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | briefing. | | | | |
| | | STATUS B PRT HRS? Y | | | | |
| 3295481 | 12/19/06 | Review of Hasbro's motion on inventorship; discussion with Chris Bush regarding same. | 1.60 | 00874 Thomas J. Leach | 488.00 | 755,271 |
| | | STATUS B PRT HRS? Y | | | | |
| 3 | | | | | | |
| 3: | | | | | | |
| | | STATUS B PRT HRS? Y | | | | |
| 3293849 | 12/21/06 | Prepare responsive brief to motion to file reply. | 5.50 | 01006 Sarah M. Stensland | 1,045.00 | 756,466 |
| | | STATUS B PRT HRS? Y | | | | |
| 3293850 | 12/22/06 | Prepare responsive brief to motion for leave to file reply. | 5.00 | 01006 Sarah M. Stensland | 950.00 | 757,416 |
| | | STATUS B PRT HRS? Y | | | | |
| 3295518 | 12/22/06 | Discussion with Sarah Stensland regarding preparing a response to Hasbro's motion for leave. | 0.10 | 00874 Thomas J. Leach | 30.50 | 757,446 |
| | | STATUS B PRT HRS? Y | | | | |
| 3297815 | 01/04/07 | Preparing response to Hasbro's motion for a supplemental brief on inventorship. | 5.70 | 00874 Thomas J. Leach | 1,738.50 | 759,185 |
| | | STATUS B PRT HRS? Y | | | | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3303874 | 01/08/07 | Phone call to Court clerk regarding Hasbro's motion for leave to file a reply brief; email to local counsel regarding the same; discussion with local counsel regarding the same; preparing letter to court regarding the same. | 4.50 | 00874 Thomas J. Leach | | | 1,372.50 | 760,968 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3306235 | 01/17/07 | Write surreply to motion to correct inventorship. | 6.00 | 01006 Sarah M. Stensland | | | 1,140.00 | 762,108 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3306347 | 01/17/07 | Preparing sur-reply to Hasbro's reply on inventorship. | 0.40 | 00874 Thomas J. Leach | | | 122.00 | 762,230 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3306355 | 01/18/07 | Preparing and filing of Bowling's sur-reply to Hasbro's reply on motion regarding inventorship. | 2.80 | 00874 Thomas J. Leach | | | 854.00 | 763,084 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3305921 | 01/18/07 | File via ECF Plaintiff's Sur Reply to Hasbro's Reply in Support of Motion to Correct Inventorship; telephone conference with clerk of District of Rhode Island regarding procedures for filing Sur Reply. | 0.50 | 00667 Kristin M. Drieman | | | 75.00 | 763,159 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3390871 | 05/30/07 | Analysis of Order regarding Markman and Summary Judgment Ruling. | 0.50 | 00667 Kristin M. Drieman | | | 75.00 | 763,234 |
| | | | | | | | STATUS B | PRT HRS? Y |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3418870 | 06/21/07 | In review of pretrial hearing status and conference with Tom Leach. | 2.75 | 00011 Douglas J. Williams | | | 1,677.50 | 766,802 |
| | | STATUS B PRT HRS? Y | | | | | | |
| 3408144 | 06/21/07 | Review of correspondence and calling Doug Williams regarding a request to suspend deadline for pretrial memorandum; contacting local counsel regarding the same; review of pretrial order for upcoming dates and tasks; preparing pretrial materials. | 3.40 | 00874 Thomas J. Leach | | | 1,037.00 | 767,944 |
| | | STATUS B PRT HRS? Y | | | | | | |
| | | STATUS B PRT HRS? Y | | | | | | |
| 3408149 | 06/25/07 | Preparing jury instructions; phone call with Craig Scott regarding pretrial submissions; review of law on copyright. | 6.20 | 00874 Thomas J. Leach | | | 1,891.00 | 771,469 |
| | | STATUS B PRT HRS? Y | | | | | | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| | | Submissions. | | | | | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3408150 | 06/26/07 | Review of jury instructions and adding instructions related to copyright infringement; review of Hasbro's amended response to Interrogatory No. 1 concerning validity. | 4.30 | 00874 Thomas J. Leach | 1,311.50 | 772,798 | |
| | | | | | STATUS B | PRT HRS? Y | |
| 3408151 | 06/27/07 | Review of Hasbro's amended interrogatory response concerning invalidity; determining strategy to exclude Hasbro's new invalidity contentions; conference with Doug Williams and Craig Scott regarding the same; preparing correspondence to Jeff Techentin regarding the same; preparing copyright section of jury instructions. | 7.20 | 00874 Thomas J. Leach | ~~2,196.00~~ 1,220.00 | 774,994 | 4 |
| | | | | | STATUS B | PRT HRS? Y | |
| 3409700 | 06/28/07 | Research copyright infringement claims brought against distributors of products which they did not themselves produce, including plaintiff's burden of proving the manufacturer copied the infringing product. | 6.20 | 00650 Laura M. Merz | 961.00 | 776,252 | |
| | | | | | STATUS B | PRT HRS? N | |
| 3413053 | 06/29/07 | Review of pretrial materials; review of key | 5.90 | 00874 Thomas J. Leach | ~~1,799.50~~ 610.00 | 778,509 | 2 |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | STATUS B PRT HRS? Y | | |
| 3409703 | 06/29/07 | Continue researching copyright infringement claims brought against distributors of products which they did not themselves produce; research creative origin of Hasbro characters; prepare memo to T. Leach regarding the same. | 5.80 | 00650 Laura M. Merz | 899.00 | 779,408 |
| | | | | STATUS B PRT HRS? N | | |
| 3418109 | 07/09/07 | Review of legal research regarding what Hasbro has to prove for its copyright infringement claim. | 0.60 | 00874 Thomas J. Leach | 183.00 | 780,811 |
| | | | | STATUS B PRT HRS? Y | | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3499548 | 12/04/07 | Researching whether a corporate parent has standing to bring suit for infringement of a copyright owned by a wholly-owned subsidiary. | 0.60 | 01004 Joshua P. Graham | 147.00 | 967,210 |
| | | | | | STATUS B | PRT HRS? Y |
| 3500197 | 12/05/07 | Reviewing copyright registrations for asserted copyrights. | 1.40 | 01004 Joshua P. Graham | 343.00 | 967,969 |
| | | | | | STATUS B | PRT HRS? Y |
| 3500252 | 12/05/07 | Reviewing assignment records at the U.S. Copyright Office of Hasbro, TSR, and Wizards of the Coast. | 1.20 | 01004 Joshua P. Graham | 294.00 | 968,263 |
| | | | | | STATUS B | PRT HRS? Y |
| 3500448 | 12/05/07 | Researching whether statutory damages apply per copyright infringed; researching the interpretation of "works" as applied in the copyright statute on statutory damages. | 1.60 | 01004 Joshua P. Graham | 392.00 | 968,655 |
| | | | | | STATUS B | PRT HRS? Y |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | STATUS B | PRT HRS? Y | |
| 3500198 | 12/05/07 | Researching whether a corporate parent has standing to bring suit for infringement of a copyright owned by a wholly-owned subsidiary. | 0.70 | 01004 Joshua P. Graham | 171.50 | 971,846 |
| | | | | STATUS B | PRT HRS? Y | |

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | STATUS B | PRT HRS? Y |
| 3502271 | 12/11/07 | Researching jury instruction regarding copyright infringement; reviewing and amending jury instructions. | 2.30 | 01004 Joshua P. Graham | | | 563.50 | 988,113 |
| | | | | | | | STATUS B | PRT HRS? Y |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3505807 | 12/12/07 | Review of Pretrial Memoranda, including Bowling's trial brief, jury instructions, exhibit list, and verdict form; review of ~~evidence regarding copyright infringement and~~ willfulness; working with Tony Zeuli regarding the same. | 9.10 | 00874 Thomas J. Leach | | | ~~3,321.50~~ 1,095.00 | 1,000,430 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3502879 | 12/12/07 | Updating jury instructions on copyright infringement. | 2.60 | 01004 Joshua P. Graham | | | 637.00 | 1,001,067 |
| | | | | | | | STATUS B | PRT HRS? Y |

3

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | STATUS B | PRT HRS? Y | |
| 3502881 | 12/12/07 | Researching whether the amount of statutory damages for copyright infringement is a question of the jury. | 0.60 | 01004 Joshua P. Graham | | | 147.00 | 1,002,806 |
| 3502878 | 12/12/07 | Updating trial brief with section regarding Hasbro's lack of ownership of the asserted copyrights. | 2.40 | 01004 Joshua P. Graham | | | 588.00 | 1,003,590 |
| | | | | | | STATUS B | PRT HRS? Y | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y |
| 3511816 | 12/16/07 | Draft and Research Motion in Limine regarding Exclusion of Testimony of Gray as "Dice" expert under Daubert. | 0.60 | 01023 Aaron M. Johnson | 162.00 | 1,015,245 |
| | | | | | STATUS B | PRT HRS? Y |
| 3511827 | 12/17/07 | Draft and Research Motion in Limine regarding Exclusion of Testimony of Gray as "Dice" expert under Daubert. | 3.40 | 01023 Aaron M. Johnson | 918.00 | 1,016,163 |
| | | | | | STATUS B | PRT HRS? Y |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 35 | | | | | | |
| 3508109 | 12/18/07 | Preparing memorandum discussing whether Hasbro has standing to bring its claims for copyright infringement. | 1.80 | 01004 Joshua P. Graham | 441.00 | 1,027,954 |
| | | | | STATUS B PRT HRS? Y | | |
| 3511837 | 12/18/07 | Draft and Research Motion in Limine regarding Exclusion of Testimony and Evidence regarding Inventorship; review all Motions and assemble exhibits. | 3.10 | 01023 Aaron M. Johnson | 837.00 | 1,028,791 |
| | | | | STATUS B PRT HRS? Y | | |
| 3511864 | 12/19/07 | Final editing on Bowling's Motions in Limine. | 0.80 | 01023 Aaron M. Johnson | 216.00 | 1,029,007 |
| | | | | STATUS B PRT HRS? Y | | |
| | | | | STATUS B PRT HRS? Y | | |
| 3508824 | 12/19/07 | Preapare Plaintiff's Motions in Limine for filing; prepare Memorandum in Support of Motions for filing; review Plaintiff's exhibit list and remove duplicates; file via ECF Motions in Limine. | 5.50 | 00667 Kristin M. Drieman | 880.00 | 1,032,817 |
| | | | | STATUS B PRT HRS? Y | | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3524123 | 01/18/08 | Compile list of all copyrights referenced on Hasbro's exhibit list; confer with library regarding obtaining a copy of the registrations. | 1.10 | 00667 Kristin M. Drieman | | | 176.00 | 1,130,496 |

STATUS B PRT HRS? Y

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3525693 | 01/21/08 | Review correspondence from copyright vendor regarding obtaining copy of copyright registrations. | 0.10 | 00667 Kristin M. Drieman | 16.00 | 1,135,442 |

STATUS B PRT HRS? Y

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | STATUS B | PRT HRS? Y | |
| 3546824 | 02/18/08 | ~~Trial preparation.~~ | 9.00 | 00800 Anthony R. Zeuli | | | ~~3,870.00~~ 1720.00 | 1,194,439 | 4 |
| | | | | | | | STATUS B | PRT HRS? Y | |
| 3546829 | 02/19/08 | In trial preparation. | 9.00 | 00800 Anthony R. Zeuli | | | ~~3,870.00~~ 1720.00 | 1,198,347 | 4 |
| | | | | | | | STATUS B | PRT HRS? Y | |
| 3547664 | 02/20/08 | Preparing for Trial; working with Tony Zeuli regarding distilling case themes and working on cross examinations. | 8.00 | 00874 Thomas J. Leach | | | ~~2,920.00~~ 2,190.00 | 1,203,182 | 6 |
| | | | | | | | STATUS B | PRT HRS? Y | |
| 3546883 | 02/20/08 | Trial preparation. | 8.00 | 00800 Anthony R. Zeuli | | | ~~3,440.00~~ 1,720.00 | 1,206,622 | 4 |
| | | | | | | | STATUS B | PRT HRS? Y | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | | STATUS B | PRT HRS? Y | |
| 3543645 | 02/20/08 | Trial preparation. | 6.00 | 00800 Anthony R. Zeuli | ~~2,580.00~~ [1,290.00] | 1,210,087 | [3] |
| | | | | | STATUS B | PRT HRS? Y | |
| 3543647 | 02/21/08 | Trial preparation. | 7.00 | 00800 Anthony R. Zeuli | ~~3,010.00~~ [1,290.00] | 1,213,097 | [3] |
| | | | | | STATUS B | PRT HRS? Y | |
| 3547677 | 02/21/08 | Trial preparation; review of facts and assembling Hasbro's story and Bowling's story based on the documents and facts; preparing cross examinations of Hasbro's witnesses. | 6.20 | 00874 Thomas J. Leach | ~~2,263.00~~ [730.00] | 1,216,161 | [2] |
| | | | | | STATUS B | PRT HRS? Y | |
| 3547689 | 02/22/08 | Preparing for Trial; review of trail exhibits, deposition transcripts and trial briefs; preparing cross examinations. | 7.80 | 00874 Thomas J. Leach | ~~2,847.00~~ [730.00] | 1,219,008 | [2] |
| | | | | | STATUS B | PRT HRS? Y | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3546835 | 02/27/08 | ~~In trial preparation.~~ | 9.00 | 00800 Anthony R. Zeuli | | | ~~3,870.00~~ 1,720.00 | 1,239,035 |
| | | | | | | | STATUS: B BILL HRS? Y | |

4

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3546372 | 02/29/08 | Compile exhibits for Michael Bowling trial testimony; prepare phone list for trial; confer with local counsel's paralegal regarding warroom specifications; gather Kevin Cook deposition designations by Hasbro; analysis of Sefchick's deposition exhibits for reference to electronic randomizer; compile Em-4 documents for Craig Scott; telephone conference with clerk regarding pretrial order. | 5.00 | 00667 Kristin M. Drieman | 800.00 80.00 | 1,248,722 .5 |
| | | | | | STATUS B | PRT HRS? Y |
| 3546371 | 02/29/08 | Reviewing Hasbro's Motion for Stay or Re-Open Discovery for cited prior art that was excluded by the Court; reviewing Hasbro's list of trial exhibits to determine which included prior art previously excluded by the Court; drafting Bench memorandum regarding exclusion of Hasbro's prior art exhibits. | 6.20 | 01004 Joshua P. Graham | 1,519.00 | 1,250,241 |
| | | | | | STATUS B | PRT HRS? Y |
| 3555596 | 03/02/08 | Trial preparation with Michael Bowling; review | 9.30 | 00874 Thomas J. Leach | 3,394.50 | 1,258,417 |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| | | of Mr. Bowling's direct examination; review of copyright issues. | | | | |
| | | | | STATUS B | PRT HRS? Y | |
| | | | | STATUS B | PRT HRS? Y | |
| 3549698 | 03/03/08 | Reviewing depositions for admission that elements of the asserted claims are in the accused dice and for admission that dice with indents are sufficiently random for purposes of games. | 1.30 | 01004 Joshua P. Graham | 318.50 | 1,264,051 |
| | | | | STATUS B | PRT HRS? Y | |
| 3549729 | 03/03/08 | Prepare Motion in Limine binders for Tom Leach; revise claim chart demonstratives for trial; compile pleadings at the request of Leach and Zeuli; analysis of Defendant's Revised Trial Exhibit List; Update Trial Director with new Hasbor trial exhibits. | 3.50 | 00667 Kristin M. Drieman | 560.00 | 1,264,838 |
| | | | | STATUS B | PRT HRS? Y | |
| 3551895 | 03/03/08 | Prepare Michael Bowling for trial. | 3.00 | 00800 Anthony R. Zeuli | 1,290.00 | 1,266,128 |
| | | | | STATUS B | PRT HRS? Y | |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3551898 | 03/04/08 | Motions in limine. | 3.00 | 00800 Anthony R. Zeuli | | | 1,290.00 | 1,278,383 |
| | | | | | | | STATUS B | PRT HRS? Y |

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3551914 | 03/10/08 | ~~Trial preparation.~~ | 8.00 | 00800 Anthony R. Zeuli | | | ~~3,440.00~~ 1,720.00 | 1,324,635 |

STATUS B PRT HRS? Y

4