BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3555694 | 03/13/08 | Preparing for trial; review of Slavina deposition designations of Hasbro, making counter designations and objections; working with Tony Zeuli regarding the opening statement; preparing jury instructions. | 8.00 | 00874 Thomas J. Leach | | | 2,920.00 | 1,355,022 |

STATUS B PRT HRS? Y

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3552948 | 03/13/08 | Trial preparation, prepare Plaintiff's Amended Exhibit List; file Motion for Leave to File Emergency Motion to Preclude Testimony of Irina Slavina; assemble new plaintiff exhibits; ship boxes to Providence. | 8.00 | 00667 Kristin M. Drieman | 1,280.00 | 1,367,862 |
| | | | | STATUS B | PRT HRS? Y | |
| 3552688 | 03/13/08 | Revising Motion exclude testimony of Irina Slavina. | 0.70 | 01004 Joshua P. Graham | 171.50 | 1,368,034 |
| | | | | STATUS B | PRT HRS? Y | |
| 3552923 | 03/13/08 | Researching standard and timing for deciding whether prosecution history estoppel applies to a claim term; researching the effect of having markings on a product on the requirement to mark the product itself with a patent number; amending jury instructions. | 3.20 | 01004 Joshua P. Graham | 784.00 | 1,368,818 |
| | | | | STATUS B | PRT HRS? Y | |
| 3553372 | 03/14/08 | Drafting Reply to Hasbro's Objection of Motion to Exclude Testimony of Irina Slavina. | 3.30 | 01004 Joshua P. Graham | 808.50 | 1,369,626 |
| | | | | STATUS B | PRT HRS? Y | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | STATUS B | PRT HRS? Y |
| 3555706 | 03/14/08 | Preparing for trial; review of and negotiating stipulation of infringement; preparing ~~preliminary jury instructions; preparing~~ objections and stipulation of Hasbro's documents; preparing the cross-examination of Mr. Benson; review of financial information ~~regarding damages.~~ | 12.00 | 00874 Thomas J. Leach | | | 4,380.00 | 1,387,083 |
| | | | | | | | STATUS B | PRT HRS? Y |

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | STATUS B | PRT HRS? Y | |
| 3553939 | 03/16/08 | Reviewing Hasbro Monopoly Licenses for financial terms; preparing table said financial terms. | 3.30 | 01004 Joshua P. Graham | | | 808.50 | 1,419,424 |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3554060 | 03/16/08 | Reviewing Hasbro's Response to Bowling's Motion to Exclude Testimony of Ms. Slavina; drafting Reply to said Response. | 2.70 | 01004 Joshua P. Graham | | | 661.50 | 1,420,086 |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3555671 | 03/17/08 | Revising Reply to Hasbro's Response to Bowling's Motion to Exclude Testimony of Ms. Slavina. | 0.80 | 01004 Joshua P. Graham | | | 196.00 | 1,426,264 |
| | | | | | | STATUS B | PRT HRS? Y | |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton (RUN 04/15/08 ) THRU 03/31/08
CLIENT 12206 Michael Bowling PROFORMA JOINT GROUP # 12206
MATTER 12206.0004USZA Bowling v. Hasbro, Inc. LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3557697 | 03/17/08 | Prepare final version of Reply to Response to Motion to Exclude Irina Slavina; file via ECF; prepare final version of Objection to Motion for Partial Reconsideration of Prior Art Exhibits; prepare Objection and Certificate of Service; file via ECF; telephone conference with Kristine Boylan regarding inequitable conduct claim. | 2.30 | 00667 Kristin M. Drieman | | | 368.00 | 1,437,197 |

STATUS B PRT HRS? Y

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3566949 | 03/28/08 | Review of RI local rules regarding costs and starting to gather documentation re costs; call with Todd White re settlement talks; review of law regarding Rule 20 and 59 motions. | 4.00 | 00874 Thomas J. Leach | | | 1,460.00 | 1,536,435 |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3566968 | 03/31/08 | Preparing Bowling's bill of costs, research regarding items to include in the bill of costs; review of record regarding various cost items; review of law on attorney's fees and exceptional cases under section 285; call with Craig Scott regarding various issues. | 6.00 | 00874 Thomas J. Leach | | | 2,190.00 | 1,538,625 |
| | | | | | | STATUS B | PRT HRS? Y | |
| 3564800 | 03/31/08 | Researching standard and facts for awarding fees under 35 USC 285 for litigation misconduct. | 2.30 | 01004 Joshua P. Graham | | | 563.50 | 1,539,188 |

| | | |
|---|---|---|
| 5,232.57 | TIME VALUE TOTAL | $1,541,058.35 |

*** DISBURSEMENTS ***

| INDEX | DATE | AP CHECK | CODE | BATCH # | ATTY | DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 3127713 | 06/28/05 | 443693 | 10 | 137736 | DJW | Co-Counsel Services regarding Duffy Sweeney Scott, LTD: fees in respect of services rendered ending May 31, 2005. | 661.32 |
| 3146782 | 07/31/05 | 444686 | 10 | 138738 | DJW | Co-Counsel Services regarding Duffy Sweeney Scott, LTD: fees in respect of services rendered June 03-07, 2005. | 204.50 |
| 3188560 | 09/29/05 | 446861 | 10 | 140821 | DJW | Co-Counsel Services of Duffy Sweeney & Scott LTD for services rendered through August 31, 2005. | 1,981.14 |
| 3233694 | 10/31/05 | 448886 | 10 | 143128 | DJW | Co-Counsel Services regarding Duffy Sweeney Scott, LTD: fees in respect of services rendered through September 30, 2005. | 1,728.40 |

PRINTED WITH SOY INK