# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona, Plaintiff, | : | C.A. No. 05-229S |
| v. | : | |
| HASBRO, INC., a Rhode Island Corporation, Defendant. | : | |

**AFFIDAVIT OF R. DANIEL PRENTISS IN SUPPORT OF PLAINTIFF MICHAEL BOWLING'S MOTION FOR ATTORNEYS' FEES UNDER 35 U.S.C. §285, 28 U.S.C. §1927 AND THE COURT'S INHERENT EQUITABLE POWERS**

R. DANIEL PRENTISS, pursuant to 28 U.S.C. § 1746 and LR Cv 54.1(b)(2), declares as follows:

1. Neither I nor my law firm, R. Daniel Prentiss, P.C., has any interest in the above-captioned case.

2. I am the principal of my firm, R. Daniel Prentiss, P.C., located in Providence, Rhode Island.

3. I am an attorney in good standing, licensed to practice in the jurisdictions of Rhode Island and Massachusetts. I was admitted to practice in Rhode Island in 1975, and was admitted to the bar of the United States District Court for the District of Rhode Island in 1976. I have been actively practicing law since my admission to the bar. I was a partner in the Rhode Island firm McGovern, Noel & Benik for five years, and for five years an equity partner in the national law firm Holland & Knight, LLP. I have practiced law in my own firm since 2006.

4. In my practice of law I have become familiar with the hourly rates charged by lawyers in different fields of law in Rhode Island, and in other markets in which my former firm, Holland & Knight, LLP, practiced. This included major metropolitan markets such as Boston, New York, and Washington, D.C. I have also reviewed literature and studies related to hourly rates charged by lawyers in different markets. I understand that the above-captioned case involves patent and copyright infringement, and that one of the law firms for which fees are sought is based in Minneapolis, Minnesota.

5. I am aware that Duffy Sweeney & Scott, LTD charged the following rates during the following periods:

- 2003: Craig M. Scott, Partner ($285); Christine (Ahern) Bush, Associate ($215);
- 2004: Craig M. Scott, Partner ($295); Christine Bush, Associate ($235); Crystal Dartt, Paralegal ($125);
- 2005: Craig M. Scott, Partner ($325); Christine Bush, Partner ($285); Crystal Dartt, Paralegal ($140); and
- 2006: Craig M. Scott, Partner ($345); Christine Bush, Partner ($310); Crystal Dartt, Paralegal ($140).
- 2007: Craig M. Scott, Partner ($365); Christine Bush, Partner ($325); Crystal Dartt, Paralegal ($155).
- 2008: Craig M. Scott, Partner ($395); Christine Bush, Partner ($365); Crystal Dartt, Paralegal ($155).

6. I am aware that Merchant & Gould, P.C. charged the following rates during the following periods:

- 1999: Doug Williams, Partner ($370); John Sumners, Partner ($330); Julie Daulton, Associate ($185);
- 2000: Julie Daulton, Associate ($210);
- 2005: Doug Williams, Partner ($570); Tony Zeuli, Partner ($355); Tom Leach, Associate ($245); Matthew Bredesen, Associate ($210); Kristin Drieman, Paralegal ($140); Kathy Bergman, Case Assistant ($65);
- 2006: Doug Williams, Partner ($600); Tony Zeuli, Partner ($390); Julie Daulton, Partner ($370); Rebecca Bortolotti, Associate ($305); Tom Leach, Associate ($270); Todd Werner, Associate ($235); Joe Lee, Associate ($235); Johnathan Maddox, Associate, ($235); Heather Kliebenstein, Associate ($210); Elizabeth Reagan, Associate ($190); Elizabeth Harring, Law Clerk ($155); Michael Maza, Law Clerk ($155); Kristin Drieman, Paralegal ($140); Kathy Bergman, Case Assistant ($65);
- 2007: Doug Williams, Partner ($610); Tony Zeuli, Partner ($410); Tom Leach, Associate ($305); Josh Graham, Associate ($190); Sarah Stensland, Associate ($190); Laura Merz, Law Clerk ($155); Kristin Drieman, Paralegal ($150); Kathy Bergman, Case Assistant ($70);
- 2008: Tony Zeuli, Partner ($430); Tom Leach, Associate ($365); Josh Graham, Associate ($245); Kristin Drieman, Paralegal ($160); Kathy Bergman, Case Assistant ($75).

7. I understand that the partners at both law firms who performed the work for which fees are sought are seasoned litigators who have great depth of experience in intellectual property litigation in general and patent and trademark litigation in particular. I am personally familiar with Mr. Scott and Ms. Bush of the law firm Duffy, Sweeney & Scott, and am aware of their experience and reputation in the Rhode Island legal community. I understand that Mr. Williams has over 25 years of experience handling complex patent litigation and has had many patent jury trials.

8. Based on my experience with complex litigation, and my general familiarity with the usual and customary rates charged by attorneys in the community who have comparable experience in similar cases, it is my opinion that the rates identified in paragraphs 5 and 6 are reasonable. It is my opinion that the rates identified in paragraphs 5 and 6 other than the rate for Mr. Williams are reasonable and within the range of fees charged by Rhode Island lawyers with comparable experience and qualifications, for complex litigation in an area of specialized knowledge such as patent and copyright litigation. It is my opinion that the rates identified for Mr. Williams are reasonable for a highly skilled and experienced practitioner in a specialized field such as patent and copyright litigation, in a major metropolitan market such as Boston, New York, or Washington, D.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Providence, Rhode Island on April 18, 2008.

R. Daniel Prentiss