IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**REPLY TO DEFENDANT HASBRO, INC.'S OBJECTION TO PLAINTIFF MICHAEL BOWLING'S MOTION FOR THE EXPERT FEES OF NEIL N. LAPIDUS**

Federal Rule of Civil Procedure 26(b)(4)(C)(i) requires Defendant Hasbro, Inc. ("Hasbro") to pay for the reasonable fees charged by Neil Lapidus, expert for Plaintiff Michael Bowling ("Bowling"), for time spent at his deposition by Hasbro. Contrary to Hasbro's contentions, Mr. Lapidus charged and was paid a reasonable fee for his time spent in deposition. As Rule 26(b)(4)(C)(i) does not impose a deadline for requesting fees and may be invoked even after trial, Bowling's request that Hasbro pay Mr. Lapidus's deposition fee is timely and appropriate.

On May 24, 2006, Hasbro noticed and took Mr. Lapidus's deposition. (Ex. A.) The next day, Mr. Lapidus submitted an invoice to Bowling's counsel that included an entry for the time he had spent in deposition. (Ex. B.) Mr. Lapidus charged a reasonable hourly fee, which was approximately 20% less than the hourly fee charged by Hasbro's expert, Barry Sussman, in this case. (*Compare*, Ex. C, *with*, Ex. D.) Mr. Lapidus's fees were paid. (Ex. E.) Per Rule 26(b)(4)(C)(i), Bowling requested that Hasbro pay for the fee charged for Mr. Lapidus's time spent in deposition. (Ex. C.)

Bowling's request for Lapidus's fee was neither untimely nor inappropriate. Rule 26(b)(4)(C)(i) does not impose a deadline for requesting fees and may be invoked after discovery or even after trial. Fed. R. Civ. P. 26(b)(4)(C) advisory committee's note (stating that a court may issue an order to pay fees after discovery); *Louisiana Power & Light Co. v. Kellstrom*, 50 F.3d 319, 333 (5th Cir. 1995) (reversing district court's denial of fees under Rule 26(b)(4)(C)(i) because the fees were requested after trial). Furthermore, a party is not relieved of its obligation under Rule 26(b)(4)(C)(i) when the expert it deposed is excluded. *Knight v. Kirby Inland Marine Inc.*, 482 F.3d 347, 355-56 (5th Cir. 2007) (affirming assessment under Rule 26(b)(4)(C) of expert fees incurred at deposition even though the expert's testimony was excluded from trial). Hasbro chose to take the deposition of Mr. Lapidus and must, therefore, bear the financial burden imposed by Rule 26(b)(4)(C)(i) of paying Mr. Lapidus's deposition fee. Bowling properly requested the fee after discovery but before trial. That Mr. Lapidus was excluded from trial does relieve Hasbro of its financial obligation to pay his deposition fees. Thus, Bowling's request for Mr. Lapidus's fee under Rule 26(b)(4)(C)(i) is timely and appropriate.

For the reasons stated above, Bowling respectfully requests that the Court grant its Motion for the Expert Fees of Neil Lapidus in the amount of $2,590.00.

Michael Bowling,
By His Attorneys,

Date: April 21, 2008

s/Thomas J. Leach

Anthony R. Zeuli *(pro hac vice)*
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (Facsimile)

s/Christine K. Bush

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATION**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Reply to Defendant Hasbro, Inc.'s Objection to Plaintiff Michael Bowling's Motion for the Expert Fees of Neil N. Lapidus* was filed through the ECF system on the 21st day of April, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

s/ Christine K. Bush
Christine K. Bush

H:\Clients\Bowling\Pleadings\Reply in Support of Motion for Expert Fees.doc