# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

-----------------------------------------------

MICHAEL BOWLING

PLAINTIFF,

VS. FILE NO.: C.A. NO. 05-229 S

HASBRO, INC.,

DEFENDANT.

-----------------------------------------------

Deposition of Neil N. Lapidus taken pursuant to Notice of Taking Deposition and taken before Shannon J. Rothstein, a Notary Public in and for the County of Anoka, State of Minnesota, on the 24th day of May, 2006, at 701-4th Avenue South, Suite 500, Minneapolis, Minnesota, commencing at approximately 9:00 a.m.

* * *

Reported By Shannon J. Rothstein
Esquire Deposition Services
8891-162nd Lane NW
Ramsey, MN 55303
(651) 295-0066

Page 2

ON BEHALF OF THE PLAINTIFF:

THOMAS J. LEACH
Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 336-4665

ON BEHALF OF THE DEFENDANT:

JEFFREY K. TECHENTIN
Adler, Pollock & Sheehan
One Citizens Plaza
Eighth Floor
Providence, Rhode Island 02903-1345

* * *

INDEX
DEPOSITION OF NEIL N. LAPIDUS

| EXAMINATION: | PAGE |
|---|---|
| Mr. Techentin | 5, 242 |
| Mr. Leach | 236 |

EXHIBITS:

| | | |
|---|---|---|
| No. 1 | Mr. Sussman's report | 215 |
| No. 2 | Mr. Lapidus' report | 236 |
| No. 3 | Mr. Lapidus' report | 246 |

REQUESTED MATERIAL:
None

Shannon J. Rothstein

Page 3

| OBJECTIONS: | PAGE |
|---|---|
| By Mr. Leach: | |
| Misstates report | 11 |
| Misstates opinion | 11 |
| Misstates testimony | 16 |
| Form | 28 |
| Objection | 29 |
| Objection | 30 |
| Legal Conclusion | 31 |
| Vague | 31 |
| Misstates record | 36 |
| Misstates record | 36 |
| Objection | 38 |
| Vague | 57 |
| Foundation | 70 |
| Misstates testimony | 86 |
| Misstates testimony | 87 |
| Vague | 89 |
| Vague | 92 |
| Form | 106 |
| Objection | 164 |
| Objection | 173 |
| Objection | 176 |
| Objection | 178 |
| Form | 180 |
| Objection | 181 |
| Foundation | 182 |
| Same objection | 182 |
| Mischaracterizes testimony | 185 |
| Misstates testimony | 188 |
| Objection | 189 |
| Objection | 200 |
| Objection | 202 |
| Misstates testimony | 206 |
| Misstates testimony | 208 |
| Misstates testimony | 209 |
| Misstates testimony | 210 |
| Misstates testimony | 211 |
| Misstates testimony | 212 |
| Misstates testimony | 218 |
| Misstates record | 234 |
| Objection | 234 |

Shannon J. Rothstein

Page 4

OBJECTIONS CONTINUED:

| By Mr. Techentin: | |
|---|---|
| Form | 237 |
| Form | 239 |
| Form | 239 |
| Objection | 239 |
| Objection | 240 |
| Objection | 240 |
| Form | 241 |
| Objection | 242 |

Shannon J. Rothstein

A. Just say that again. Did he design a system to avoid it?
Q. Do you believe having reviewed the information that you have reviewed in this case, that in fact Mr. Bowling's business strategy as implemented avoided taking away sales from his retailer or distributor or customers?
A. Yes, I think he tried to avoid the perception of that.
Q. The perception of that by the retailers and distributors?
A. By the distributors.
Q. Not the retailers?
A. Well, I don't know. I mean, I think that was -- I guess what I'm trying to express to you is that that was a strong desire of his, that was meaningful to him at the time in any discussions, and because I believe his product was equally well received in a distributor chain and whatever retail chain he had, so therefore, he wanted to keep those two outlets intact as best he could.
Q. You said it was an important goal. Was it an important goal for him to be perceived by the





distributors as not taking sales away or was it an important goal for him in fact not to take sales away?
A. I think both. I think he was genuine and sincere about his feelings.
Q. And that's his --
A. He didn't want to do it.
Q. And you believe that's consistent with all the information that you've reviewed in connection with this case?
A. Yes.
Q. Thank you. I don't have anything further.
MR. LEACH: Read and sign, yes.
(N. Lapidus Deposition Exhibit Number 3 marked for identification.)
(The deposition concluded at 4:40 p.m.)





SIGNATURE PAGE.
CASE: Michael Bowling vs. HASBRO, Inc.
DATE OF DEPOSITION: May 24, 2006

I, Neil N. Lapidus, deponent, certify that I have read the foregoing transcript of my testimony and have made the following corrections and/or changes and the reason why:
PAGE: LINE: CHANGE:

____________________
THE WITNESS

____________________
NOTARY PUBLIC

My commission expires the ___ day of __________, 20__





STATE OF MINNESOTA )
:
COUNTY OF DAKOTA )

Be it known that I took the deposition of Neil N. Lapidus on May 24, 2006.

That I was then and there a notary public in and for the County of Dakota, State of Minnesota, and that by virtue thereof I was duly authorized to administer an oath;

That the witness before testifying was by me first duly sworn to testify the whole truth and nothing but the truth relative to said cause;

That the testimony of said witness was recorded in stenotype by myself and transcribed into typewriting under my direction, and that the deposition is a true record of the testimony given by the witness to the best of my ability;

That I am not related to any of the parties hereto nor interested in the outcome of the action;

That the reading and signing by the witness and Notice of Filing were not waived;

WITNESS MY HAND AND SEAL THIS 6TH DAY OF JUNE, 2006.

____________________
Shannon J. Rothstein