# EXHIBIT B

Lurie Besikof Lapidus
& Company, LLP

2501 Wayzata Boulevard
Minneapolis, MN 55405
Phone: 612.377.4404

Invoice No. 150181
Invoice Date 5/25/2006
Client No. 50035.806

Merchant & Gould, P.C. - Michael Bowling
Tom Leach
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

**50035.806 5/25/2006 Invoice # 150181**
**Merchant & Gould, P.C. - Michael Bowling Partner 0250**

Professional litigation services rendered during the period ended May 25, 2006, as per the attached detail.

$ 13,500.55

Merchant & Gould, P.C. - Michael Bowling ( 50035.806 )

| Service | Last Name | Date | Hours | | Fees |
|---|---|---|---|---|---|
| Deposition Prep | Lapidus | 4/27/2006 | 1.50 | $ | 555.00 |
| Review Opposing Expert's Report | Besikof | 5/4/2006 | 1.00 | $ | 280.00 |
| Review Opposing Expert's Report | Besikof | 5/5/2006 | 1.10 | $ | 308.00 |
| Review Opposing Expert's Report | Besikof | 5/11/2006 | 0.75 | $ | 210.00 |
| Clerical | Hogan | 5/17/2006 | 0.25 | $ | 30.75 |
| Clerical | Hogan | 5/18/2006 | 0.10 | $ | 12.30 |
| Deposition Prep | Lapidus | 5/20/2006 | 2.50 | $ | 925.00 |
| Deposition Prep | Besikof | 5/20/2006 | 2.00 | $ | 560.00 |
| Deposition Prep | Lapidus | 5/21/2006 | 1.00 | $ | 370.00 |
| Deposition Prep | Lapidus | 5/22/2006 | 3.25 | $ | 1,202.50 |
| Deposition Prep | Besikof | 5/22/2006 | 6.00 | $ | 1,680.00 |
| Deposition Prep | Lapidus | 5/23/2006 | 6.50 | $ | 2,405.00 |
| Deposition Prep | Besikof | 5/23/2006 | 7.10 | $ | 1,988.00 |
| Deposition ~~Prep~~ | Lapidus | 5/24/2006 | 8.00 | $ | 2,960.00 |
| Parking | Expense | | | $ | 14.00 |
| | | | 41.05 | $ | 13,500.55 |