# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL BOWLING, a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>Hasbro, INC., a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229 S |

**EXPERT REPORT OF BARRY SUSSMAN, CPA**

## I. INTRODUCTION

1. I am a Managing Director at Huron Consulting Group ("Huron") in its Boston, Massachusetts office. Huron is an operational and financial consulting firm. The firm specializes in providing financial and operational consulting services to a variety of issues, including estimating damages in patent infringement matters. My hourly rate in this engagement is $450.

2. I have almost 20 years of experience providing financial and accounting services. Prior to joining Huron, I was a partner in two national accounting firms. I have particular expertise in providing consulting services in the Intellectual Property area. These services have included audits of licensing agreements, consultations regarding the appropriate royalty rates for licenses, valuation of intangible assets and expert testimony in litigation. I have lectured on a variety of topics related to Intellectual Property at law firms, law schools and bar association events. A copy of my curriculum vitae is attached as Exhibit A of this report.