# EXHIBIT E

Merchant & Gould, P.C. - Michael Bowling ( 50035.806 )

| Eng | Invoice Date | Type | Inv No | Check No | Status | Amount |
|---|---|---|---|---|---|---|
| 806 | 02/25/2008 | Invoice | 177697 | | | $2,590.00 |
| 806 | 02/25/2008 | Invoice | 177698 | | | $20,505.75 |
| 806 | 01/24/2007 | Credit | 90053496 | 12407 | | ($202.51) |
| 806 | 01/24/2007 | Credit | 90052735 | 12407 | | ($202.51) |
| 806 | 01/24/2007 | Credit | 90052066 | 12407 | | ($202.51) |
| 806 | 01/24/2007 | Credit | 90051407 | 12407 | | ($202.51) |
| 806 | 01/24/2007 | Credit | 90050741 | 12407 | | ($202.51) |
| 806 | 01/24/2007 | Credit | 90049992 | 12407 | | ($202.51) |
| 806 | 01/18/2007 | Payment | 150181 | 461370 | | ($13,500.55) |
| 806 | 12/25/2006 | Finance Chg | 90053496 | | | $202.51 |
| 806 | 11/25/2006 | Finance Chg | 90052735 | | | $202.51 |
| 806 | 10/25/2006 | Finance Chg | 90052066 | | | $202.51 |
| 806 | 09/25/2006 | Finance Chg | 90051407 | | | $202.51 |
| 806 | 08/25/2006 | Finance Chg | 90050741 | | | $202.51 |
| 806 | 07/25/2006 | Finance Chg | 90049992 | | | $202.51 |
| 806 | 05/25/2006 | Invoice | 150181 | | | $13,500.55 |
| 806 | 03/31/2006 | Payment | 144440 | 452239 | | ($15,250.00) |
| 806 | 02/25/2006 | Invoice | 144440 | | | $15,250.00 |
| | | Total: | | | | 23,095.75 |