IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**PLAINTIFF MICHAEL BOWLING'S OBJECTION TO DEFENDANT HASBRO INC.'S MOTION TO STRIKE MEMORANDA FOR VIOLATION OF LOCAL RULE (CIVIL) 7.**

Plaintiff Michael Bowling ("Bowling") hereby objects to Defendant Hasbro, Inc.'s motion to strike memoranda for violation of Local Rule (Civil) 7 (Dkt. 231). The grounds for Bowling's objection are set forth in the accompanying memorandum of law.

Respectfully submitted,

Michael Bowling,
By His Attorneys,

Date: May 12, 2008

/s/ Thomas J. Leach
Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

/s/ Craig M. Scott
Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within *Plaintiff Michael Bowling's Objection To Defendant Hasbro Inc.'s Motion To Strike Memoranda For Violation Of Local Rule (Civil) 7* was filed through the ECF system on the 12th day of May, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/ Craig M. Scott