IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**PLAINTIFF MICHAEL BOWLING'S PRAECIPE TO ATTACH CORRECTED EXIBIT A, PART 5 TO THE SUPPLEMENTAL LEACH AFFIDAVIT (DKT. NO. 224-7)**

TO: Clerk of the Court

AND TO: All parties through their counsel of record

Plaintiff Michael Bowling ("Bowling") hereby submits his Praecipe to Attach Corrected Exhibit A, Part 5, to the Supplemental Leach Affidavit (Dkt. No. 224-7). The corrected exhibit is attached as Exhibit A. The corrected exhibit includes two pages of Merchant & Gould billings from 1999 and 2000 inadvertently omitted from the filed Leach Affidavit, Exhibit A (part 5). The attached Exhibit A replaces filed Exhibit A, Part 5 (Dkt. No. 224-7).

Respectfully submitted,

Michael Bowling,
By His Attorneys,

Date: May 15, 2008

/s/ Thomas J. Leach

Thomas J. Leach, MN (*pro hac vice*)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

/s/ Christine K. Bush

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

David K. S. Cornwell, Esq.
Tracey-Gene G. Durkin, Esq.
Sterne Kessler Goldstein & Fox P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005

I hereby certify that the within Praecipe to Attach Corrected Exhibit A, Part 5, to the Supplemental Leach Affidavit was filed through the ECF system on the 15th day of May, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 05-229S.

/s/ Christine K. Bush

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3555694 | 03/13/08 | Preparing for trial; review of Slavina deposition designations of Hasbro, making counter designations and objections; working with Tony Zeuli regarding the opening statement; preparing jury instructions. | 8:00 | 00874 Thomas J. Leach | | | 2,920.00 | 1,355,022 |

STATUS B PRT HRS? Y

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | TASK | ATTORNEY NO. & NAME/ PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3552948 | 03/13/08 | Trial preparation, prepare Plaintiff's Amended Exhibit ~~List; file Motion for Leave to File~~ Emergency Motion to Preclude Testimony of Irina Slavina; assemble new plaintiff exhibits; ship boxes to Providence. | 8.00 | 00667 | Kristin M. Drieman | | 1,280.00 | 1,367,862 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3552688 | 03/13/08 | Revising Motion exclude testimony of Irina Slavina. | 0.70 | 01004 | Joshua P. Graham | | 171.50 | 1,368,034 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3552923 | 03/13/08 | Researching standard and timing for deciding whether prosecution history estoppel applies to a claim term; researching ~~the effect of having~~ markings on a product on the requirement to mark the product itself with a patent number; amending jury instructions. | 3.20 | 01004 | Joshua P. Graham | | 784.00 | 1,368,818 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3553372 | 03/14/08 | Drafting Reply to Hasbro's Objection of Motion to Exclude Testimony of Irina Slavina. | 3.30 | 01004 | Joshua P. Graham | | 808.50 | 1,369,626 |
| | | | | | | | STATUS B | PRT HRS? Y |

PRINTED WITH SOY INK

PROFORMA



PROFORMA # 1230495

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK | PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | STATUS B | PRT HRS? Y |
| 3555706 | 03/14/08 | Preparing for trial; review of and negotiating stipulation of infringement; preparing ~~preliminary jury instructions; preparing~~ objections and stipulation of Hasbro's documents; preparing the cross-examination of Mr. Benson; review of financial information ~~regarding damages.~~ | 12.00 | 00874 Thomas J. Leach | | | 4,380.00 | 1,387,083 |
| | | | | | | | STATUS B | PRT HRS? Y |

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | TASK | ATTORNEY NO. & NAME/ PHASE | FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | STATUS B | PRT HRS? Y |
| 3553939 | 03/16/08 | Reviewing Hasbro Monopoly Licenses for financial terms; preparing table said financial terms. | 3.30 | 01004 | Joshua P. Graham | | 808.50 | 1,419,424 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3554060 | 03/16/08 | Reviewing Hasbro's Response to Bowling's Motion to Exclude Testimony of Ms. Slavina; drafting Reply to said Response. | 2.70 | 01004 | Joshua P. Graham | | 661.50 | 1,420,086 |
| | | | | | | | STATUS B | PRT HRS? Y |
| 3555671 | 03/17/08 | Revising Reply to Hasbro's Response to Bowling's Motion to Exclude Testimony of Ms. Slavina. | 0.80 | 01004 | Joshua P. Graham | | 196.00 | 1,426,264 |
| | | | | | | | STATUS B | PRT HRS? Y |

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3557697 | 03/17/08 | Prepare final version of Reply to Response to ~~Motion to Exclude Irina Slavina; file via ECF;~~ prepare final version of Objection to Motion for Partial Reconsideration of Prior Art Exhibits; prepare Objection and Certificate of ~~Service; file via ECF; telephone conference~~ with Kristine Boylan regarding inequitable conduct claim. | 2.30 | 00667 Kristin M. Drieman | 368.00 | 1,437,197 |

STATUS B PRT HRS? Y

PRINTED WITH SOY INK

BILLING ATTORNEY: 00721 Julie R. Daulton
CLIENT 12206 Michael Bowling
MATTER 12206.0004USZA Bowling v. Hasbro, Inc.

(RUN 04/15/08 ) THRU 03/31/08
PROFORMA JOINT GROUP # 12206
LAST DATE BILLED DATE BILLED THRU

*** PROFESSIONAL SERVICES ***

| INDEX | DATE | DESCRIPTION OF PROFESSIONAL SERVICES | HOURS WORKED | ATTORNEY NO. & NAME/ TASK PHASE FLAT FEE | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|
| 3566949 | 03/28/08 | Review of RI local rules regarding costs and starting to gather documentation re costs; call with Todd White re settlement talks; review of law regarding Rule 20 and 59 motions. | 4.00 | 00874 Thomas J. Leach | 1,460.00 | 1,536,435 |
| | | | | | STATUS B | PRT HRS? Y |
| 3566968 | 03/31/08 | Preparing Bowling's bill of costs, research regarding items to include in the bill of costs; review of record regarding various cost items; review of law on attorney's fees and exceptional cases under section 285; call with Craig Scott regarding various issues. | 6.00 | 00874 Thomas J. Leach | 2,190.00 | 1,538,625 |
| | | | | | STATUS B | PRT HRS? Y |
| 3564800 | 03/31/08 | Researching standard and facts for awarding fees under 35 USC 285 for litigation misconduct. | 2.30 | 01004 Joshua P. Graham | 563.50 | 1,539,188 |

5,232.57 TIME VALUE TOTAL $1,541,058.35

*** DISBURSEMENTS ***

| INDEX | DATE | AP CHECK | CODE | BATCH # | ATTY | DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 3127713 | 06/28/05 | 443693 | 10 | 137736 | DJW | Co-Counsel Services regarding Duffy Sweeney Scott, LTD: fees in respect of services rendered ending May 31, 2005. | 661.32 |
| 3146782 | 07/31/05 | 444686 | 10 | 138738 | DJW | Co-Counsel Services regarding Duffy Sweeney Scott, LTD: fees in respect of services rendered June 03-07, 2005. | 204.50 |
| 3188560 | 09/29/05 | 446861 | 10 | 140821 | DJW | Co-Counsel Services of Duffy Sweeney & Scott LTD for services rendered through August 31, 2005. | 1,981.14 |
| 3233694 | 10/31/05 | 448886 | 10 | 143128 | DJW | Co-Counsel Services regarding Duffy Sweeney Scott, LTD: fees in respect of services rendered through September 30, 2005. | 1,728.40 |

PRINTED WITH SOY INK

Client:12206 - Michael Bowling

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 10/05/1999 | 00721 | Julie R. Daulton | 0.75 | 157.50 | Review fax from Mr. Bowling; conference with | | |
| 11/01/1999 | | Invoice=7041560 | 0.75 | 157.50 | John S. Sumners; phone conference with Mr. | | |
| | | | | | Bowling. | | |
| 10/08/1999 | 00006 | John S. Sumners | 1.00 | 330.00 | In conference with Julie Daulton, Esquire; and | | |
| 11/01/1999 | | Invoice=7041560 | 1.00 | 330.00 | in telephone conference with Mr. Michael | | |
| | | | | | Bowling and Ms. Daulton with regard to Hasbro | | |
| | | | | | infringement. | | |
| 10/08/1999 | 00721 | Julie R. Daulton | 2.00 | 420.00 | Phone conference with Hasbro representative; | | |
| 11/01/1999 | | Invoice=7041560 | 2.00 | 420.00 | strategy conference with John S. Sumners; phone | | |
| | | | | | conference with Michael Bowling. | | |
| 10/11/1999 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Phone conference with Michael Bowling. | | |
| 11/01/1999 | | Invoice=7041560 | 0.25 | 52.50 | | | |
| 10/13/1999 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Preparation for phone conference with Hasbro; | | |
| 11/01/1999 | | Invoice=7041560 | 0.25 | 52.50 | exchange phone messages. | | |
| 10/14/1999 | 00721 | Julie R. Daulton | 1.25 | 262.50 | Preparation for and telephone conference with | | |
| 11/01/1999 | | Invoice=7041560 | 1.25 | 262.50 | representative of Hasbro; phone conference with | | |
| | | | | | Mr. Bowling. | | |
| 10/15/1999 | 00721 | Julie R. Daulton | 1.50 | 315.00 | Phone conference with Hasbro official; phone | | |
| 11/01/1999 | | Invoice=7041560 | 1.50 | 315.00 | conference with Mr. Bowling; strategy | | |
| | | | | | conference with John S. Summers; create | | |
| | | | | | detailed notes for the file documenting | | |
| | | | | | conference with Hasbro official. | | |
| 10/15/1999 | 00006 | John S. Sumners | 0.20 | 66.00 | In conference with Julie Daulton, Esquire. | | |
| 11/01/1999 | | Invoice=7041560 | 0.20 | 66.00 | | | |
| 10/25/1999 | 00721 | Julie R. Daulton | 0.50 | 105.00 | Preparation of summary of facts and issues for | | |
| 11/01/1999 | | Invoice=7041560 | 0.50 | 105.00 | Doug Williams, Esq. | | |
| 10/26/1999 | 00721 | Julie R. Daulton | 1.00 | 210.00 | Preparation for and phone conference with | | |
| 11/01/1999 | | Invoice=7041560 | 1.00 | 210.00 | Michael Bowling regarding litigation strategy. | | |
| 10/27/1999 | 00721 | Julie R. Daulton | 1.00 | 210.00 | Phone conference with Michael Bowling; phone | | |
| 11/01/1999 | | Invoice=7041560 | 1.00 | 210.00 | conference with Mike Hirtle of Hasbro; | | |
| | | | | | follow-up notes to file. | | |
| 10/28/1999 | 00422 | Marcia Richie | 0.25 | 25.00 | Find the name of the president of Hasbro, Inc. | | |
| 11/01/1999 | | Invoice=7041560 | 0.25 | 25.00 | | | |

B
Client:12206 - Michael Bowling



| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 10/29/1999 | 00721 | Julie R. Daulton | 1.50 | 315.00 | Preparation of draft letter to Hasbro. | | |
| 11/01/1999 | | Invoice=7041560 | 1.50 | 315.00 | | | |
| 11/01/1999 | 00721 | Julie R. Daulton | 1.00 | 210.00 | Conference with Doug Williams; revision of | | |
| 12/01/1999 | | Invoice=7043559 | 1.00 | 210.00 | letter; Federal Express letter to Michael | | |
| | | | | | Bowling. | | |
| 11/03/1999 | 00721 | Julie R. Daulton | 1.00 | 210.00 | Phone conference with Michael Bowling; | | |
| 12/01/1999 | | Invoice=7043559 | 1.00 | 210.00 | preparation of exhibits and letter. | | |
| 11/03/1999 | 00503 | Scott E. Engle | 1.00 | 60.00 | Preparation of photographs for | | |
| 12/01/1999 | | Invoice=7043559 | 1.00 | 60.00 | Trademark/Copyright applications. | | |
| 11/22/1999 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Phone conference with Mr. Bowling; review TV | | |
| 12/01/1999 | | Invoice=7043559 | 0.25 | 52.50 | commercial; preparation of letter to Hasbro. | | |
| 11/23/1999 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Review of letter from Hasbro; phone conference | | |
| 12/01/1999 | | Invoice=7043559 | 0.25 | 52.50 | with Michael Bowling. | | |
| 12/01/1999 | 00721 | Julie R. Daulton | 1.00 | 210.00 | Phone conference with Michael Bowling; | | |
| 01/01/2000 | | Invoice=7045599 | 1.00 | 210.00 | preparation of letter to opposing counsel | | |
| | | | | | regarding Trademark rights. | | |
| 12/09/1999 | 00721 | Julie R. Daulton | 0.50 | 105.00 | Preparation of letter to Hasbro counsel. | | |
| 01/01/2000 | | Invoice=7045599 | 0.50 | 105.00 | | | |
| 12/13/1999 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Review and signing letter to opposing counsel; | | |
| 01/01/2000 | | Invoice=7045599 | 0.25 | 52.50 | phone conference with Michael Bowling. | | |
| 12/22/1999 | 00721 | Julie R. Daulton | 0.75 | 157.50 | Review of letter from counsel for Hasbro; Phone | | |
| 01/01/2000 | | Invoice=7045599 | 0.75 | 157.50 | conference with Bowling; Preparation and | | |
| | | | | | sending of letter responding to opposing | | |
| | | | | | counsel. | | |
| 01/03/2000 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Phone conference with Michael Bowling. | | |
| 02/01/2000 | | Invoice=7047754 | 0.25 | 52.50 | | | |
| 01/07/2000 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Phone conference with Michael Bowling; | | |
| 02/01/2000 | | Invoice=7047754 | 0.25 | 52.50 | follow-up. | | |
| 01/18/2000 | 00721 | Julie R. Daulton | 0.50 | 105.00 | Review of law regarding damages calculation. | | |
| 02/01/2000 | | Invoice=7047754 | 0.50 | 105.00 | | | |
| 01/19/2000 | 00721 | Julie R. Daulton | 0.50 | 105.00 | Preparation of draft letter to Hasbro counsel. | | |
| 02/01/2000 | | Invoice=7047754 | 0.50 | 105.00 | | | |
| 03/22/2000 | 00721 | Julie R. Daulton | 1.00 | 225.00 | Preparation of detailed memo and exhibits for | | |
| 05/11/2000 | | Invoice=7054851 | 1.00 | 225.00 | Doug Williams. | | |
| 03/23/2000 | 00721 | Julie R. Daulton | 1.50 | 337.50 | Preparation of summary materials for Doug | | |
| 05/11/2000 | | Invoice=7054851 | 1.50 | 337.50 | Williams regarding patent; Hasbro activities, | | |
| | | | | | and damages. | | |