Client:12206 - Michael Bowling

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 10/05/1999 | 00721 | Julie R. Daulton | 0.75 | 157.50 | Review fax from Mr. Bowling; conference with | | |
| 11/01/1999 | | Invoice=7041560 | 0.75 | 157.50 | John S. Sumners; phone conference with Mr. | | |
| | | | | | Bowling. | | |
| 10/08/1999 | 00006 | John S. Sumners | 1.00 | 330.00 | In conference with Julie Daulton, Esquire; and | | |
| 11/01/1999 | | Invoice=7041560 | 1.00 | 330.00 | in telephone conference with Mr. Michael | | |
| | | | | | Bowling and Ms. Daulton with regard to Hasbro | | |
| | | | | | infringement. | | |
| 10/08/1999 | 00721 | Julie R. Daulton | 2.00 | 420.00 | Phone conference with Hasbro representative; | | |
| 11/01/1999 | | Invoice=7041560 | 2.00 | 420.00 | strategy conference with John S. Sumners; phone | | |
| | | | | | conference with Michael Bowling. | | |
| 10/11/1999 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Phone conference with Michael Bowling. | | |
| 11/01/1999 | | Invoice=7041560 | 0.25 | 52.50 | | | |
| 10/13/1999 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Preparation for phone conference with Hasbro; | | |
| 11/01/1999 | | Invoice=7041560 | 0.25 | 52.50 | exchange phone messages. | | |
| 10/14/1999 | 00721 | Julie R. Daulton | 1.25 | 262.50 | Preparation for and telephone conference with | | |
| 11/01/1999 | | Invoice=7041560 | 1.25 | 262.50 | representative of Hasbro; phone conference with | | |
| | | | | | Mr. Bowling. | | |
| 10/15/1999 | 00721 | Julie R. Daulton | 1.50 | 315.00 | Phone conference with Hasbro official; phone | | |
| 11/01/1999 | | Invoice=7041560 | 1.50 | 315.00 | conference with Mr. Bowling; strategy | | |
| | | | | | conference with John S. Sumners; create | | |
| | | | | | detailed notes for the file documenting | | |
| | | | | | conference with Hasbro official. | | |
| 10/15/1999 | 00006 | John S. Sumners | 0.20 | 66.00 | In conference with Julie Daulton, Esquire. | | |
| 11/01/1999 | | Invoice=7041560 | 0.20 | 66.00 | | | |
| 10/25/1999 | 00721 | Julie R. Daulton | 0.50 | 105.00 | Preparation of summary of facts and issues for | | |
| 11/01/1999 | | Invoice=7041560 | 0.50 | 105.00 | Doug Williams, Esq. | | |
| 10/26/1999 | 00721 | Julie R. Daulton | 1.00 | 210.00 | Preparation for and phone conference with | | |
| 11/01/1999 | | Invoice=7041560 | 1.00 | 210.00 | Michael Bowling regarding litigation strategy. | | |
| 10/27/1999 | 00721 | Julie R. Daulton | 1.00 | 210.00 | Phone conference with Michael Bowling; phone | | |
| 11/01/1999 | | Invoice=7041560 | 1.00 | 210.00 | conference with Mike Hirtle of Hasbro; | | |
| | | | | | follow-up notes to file. | | |
| 10/28/1999 | 00422 | Marcia Richie | 0.25 | 25.00 | Find the name of the president of Hasbro, Inc. | | |
| 11/01/1999 | | Invoice=7041560 | 0.25 | 25.00 | | | |

B
Client:12206 - Michael Bowling



| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 10/29/1999 | 00721 | Julie R. Daulton | 1.50 | 315.00 | Preparation of draft letter to Hasbro. | | |
| 11/01/1999 | | Invoice=7041560 | 1.50 | 315.00 | | | |
| 11/01/1999 | 00721 | Julie R. Daulton | 1.00 | 210.00 | Conference with Doug Williams; revision of | | |
| 12/01/1999 | | Invoice=7043559 | 1.00 | 210.00 | letter; Federal Express letter to Michael | | |
| | | | | | Bowling. | | |
| 11/03/1999 | 00721 | Julie R. Daulton | 1.00 | 210.00 | Phone conference with Michael Bowling; | | |
| 12/01/1999 | | Invoice=7043559 | 1.00 | 210.00 | preparation of exhibits and letter. | | |
| 11/03/1999 | 00503 | Scott E. Engle | 1.00 | 60.00 | Preparation of photographs for | | |
| 12/01/1999 | | Invoice=7043559 | 1.00 | 60.00 | Trademark/Copyright applications. | | |
| 11/22/1999 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Phone conference with Mr. Bowling; review TV | | |
| 12/01/1999 | | Invoice=7043559 | 0.25 | 52.50 | commercial; preparation of letter to Hasbro. | | |
| 11/23/1999 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Review of letter from Hasbro; phone conference | | |
| 12/01/1999 | | Invoice=7043559 | 0.25 | 52.50 | with Michael Bowling. | | |
| 12/01/1999 | 00721 | Julie R. Daulton | 1.00 | 210.00 | Phone conference with Michael Bowling; | | |
| 01/01/2000 | | Invoice=7045599 | 1.00 | 210.00 | preparation of letter to opposing counsel | | |
| | | | | | regarding Trademark rights. | | |
| 12/09/1999 | 00721 | Julie R. Daulton | 0.50 | 105.00 | Preparation of letter to Hasbro counsel. | | |
| 01/01/2000 | | Invoice=7045599 | 0.50 | 105.00 | | | |
| 12/13/1999 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Review and signing letter to opposing counsel; | | |
| 01/01/2000 | | Invoice=7045599 | 0.25 | 52.50 | phone conference with Michael Bowling. | | |
| 12/22/1999 | 00721 | Julie R. Daulton | 0.75 | 157.50 | Review of letter from counsel for Hasbro; Phone | | |
| 01/01/2000 | | Invoice=7045599 | 0.75 | 157.50 | conference with Bowling; Preparation and | | |
| | | | | | sending of letter responding to opposing | | |
| | | | | | counsel. | | |
| 01/03/2000 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Phone conference with Michael Bowling. | | |
| 02/01/2000 | | Invoice=7047754 | 0.25 | 52.50 | | | |
| 01/07/2000 | 00721 | Julie R. Daulton | 0.25 | 52.50 | Phone conference with Michael Bowling; | | |
| 02/01/2000 | | Invoice=7047754 | 0.25 | 52.50 | follow-up. | | |
| 01/18/2000 | 00721 | Julie R. Daulton | 0.50 | 105.00 | Review of law regarding damages calculation. | | |
| 02/01/2000 | | Invoice=7047754 | 0.50 | 105.00 | | | |
| 01/19/2000 | 00721 | Julie R. Daulton | 0.50 | 105.00 | Preparation of draft letter to Hasbro counsel. | | |
| 02/01/2000 | | Invoice=7047754 | 0.50 | 105.00 | | | |
| 03/22/2000 | 00721 | Julie R. Daulton | 1.00 | 225.00 | Preparation of detailed memo and exhibits for | | |
| 05/11/2000 | | Invoice=7054851 | 1.00 | 225.00 | Doug Williams. | | |
| 03/23/2000 | 00721 | Julie R. Daulton | 1.50 | 337.50 | Preparation of summary materials for Doug | | |
| 05/11/2000 | | Invoice=7054851 | 1.50 | 337.50 | Williams regarding patent; Hasbro activities, | | |
| | | | | | and damages. | | |