Michael Bowling v. Hasbro, Inc.

Civil Action No. 05-229 S; District of Rhode Island

**Plaintiff Michael Bowling's Forth Amended Privilege Log**

4/20/06
(Rec'd 4/24/06)

| Entry | Date | Author | Recipient | Description | Privilege |
|---|---|---|---|---|---|
| 1 | 04/17/00 | John Gresens | Michael Bowling | Letter re US Patent No. 5,938,197 concerning legal advice regarding patent maintenance fees and product marking | Attorney-Client Privilege |
| 2 | 08/13/99 | Julie Daulton | Michael Bowling | Letter re US Patent No. 5,938,197 concerning legal advice regarding marking products with patent number | Attorney-Client Privilege |
| 3 | 12/14/98 | Merchant & Gould | | Merchant & Gould Internal Filing Form containing information from client concerning foreign filing and work product concerning foreign bar dates | Attorney-Client Privilege |
| 4 | 12/01/98 | Julie Daulton | Michael Bowling | Letter re US Application Serial No. 09/003,246 concerning legal advice regarding infringement, continued duty owed to patent office, and foreign patent filing | Attorney-Client Privilege |
| 5 | 12/11/98 | Julie Daulton | Michael Bowling | Letter re US Application Serial No. 09/003,246 concerning legal advice regarding different types of patents and filing foreign applications. | Attorney-Client Privilege |
| 6 | 12/11/98 | Julie Daulton | Michael Bowling | Letter re US Application Serial No. 09/003,246 concerning legal advice regarding different types of patents and filing foreign applications. | Attorney-Client Privilege |

| Entry | Date | Author | Recipient | Description | Privilege |
|---|---|---|---|---|---|
| 7 | | Julie Daulton | | Internal M&G document concerning U.S. Convention docket dates | Attorney-Client Privilege |
| 8 | 07/14/98 | Julie Daulton | Michael Bowling | Letter re US Application Serial No. 09/003,246 concerning legal advice regarding filing foreign patent applications | Attorney-Client Privilege |
| 9 | | Merchant & Gould | | Memo included with letter dated 7/14/98 including legal advice regarding general matters on foreign filing rights and options | Attorney-Client Privilege |
| 10 | 02/16/98 | Julie Daulton | Michael Bowling | Letter re US Application Serial No. 09/003,246 concerning legal advice regarding marking patented products | Attorney-Client Privilege |
| 11 | 01/09/98 | Julie Daulton | Michael Bowling | Letter re US Application Serial No. 09/003,246 concerning legal advice regarding filing foreign patent applications | Attorney-Client Privilege |
| 12 | 12/22/97 | Julie Daulton | Michael Bowling | Letter re US Application Serial No. 09/003,246 concerning legal advice regarding disclosure duties and small/large entity status | Attorney-Client Privilege |
| 13 | 12/02/97 | Julie Daulton | Michael Bowling | Letter re US Application Serial No. 09/003,246 requesting specific information from inventor | Attorney-Client Privilege |
| 14 | 10/29/97 | John Sumners | Michael Bowling | Letter re US Application Serial No. 09/003,246 reflecting legal advice regarding preparation of patent application | Attorney-Client Privilege |
| 15 | 10/10/97 | Julie Daulton | | Handwritten notes regarding information provided by Michael Bowling in seeking legal services/advice regarding U.S. Patent Application | Attorney-Client Privilege |
| 16 | 10/02/97 | Julie Daulton | | Handwritten notes regarding information | Attorney-Client Privilege |

| Entry | Date | Author | Recipient | Description | Privilege |
|---|---|---|---|---|---|
| | | | | provided by Michael Bowling in seeking legal services/advice regarding U.S. Patent Application | |
| 17 | 09/29/97 | John Sumners | Michael Bowling | Letter re US Application Serial No. 09/003,246 concerning legal advice regarding results of a prior art search | Attorney-Client Privilege |
| 18 | 09/25/97 | John Welsh | John Sumners | Letter re patentability search for Random Number Generating Die detailing search criteria and results | Attorney-Client Privilege |
| 19 | 09/04/97 | John Sumners | John Welsh | Letter re patentability search for Random Number Generating Die detailing search criteria based on legal advice sought by Bowling | Attorney-Client Privilege |
| 20 | 09/02/97 | John Sumners | | Personal handwritten notes regarding information received from Michael Bowling in seeking legal services and advice | Attorney-Client Privilege |
| 21 | 11/30/98 | Merchant & Gould | | Internal M&G document concerning Notice of Allowance and Base Issue Fee Checklist containing patent prosecution and legal strategy and process | Attorney-Client Privilege |
| 22 | | Merchant & Gould | | Internal Merchant & Gould Filing Receipt Checklist reflecting information received from client in seeking legal advice | Attorney-Client Privilege |
| 23 | | Julie Daulton | | Handwritten notes regarding patent prosecution strategy based on information received from client in seeking legal advice | Attorney-Client Privilege |
| 24 | | Merchant & Gould | | Internal Notice of Allowance and Base Issue Fee Checklist | Attorney-Client Privilege |

| Entry | Date | Author | Recipient | Description | Privilege |
|---|---|---|---|---|---|
| 25 | 1997 | Merchant & Gould Julie Daulton | | Handwritten notes regarding information received from Michael Bowling seeing advice regarding patent prosecution | Attorney-Client Privilege |
| 26 | Undated | Merchant & Gould Julie Daulton | | Handwritten notes regarding patent prosecution reflecting attorney mental process in preparing application | Attorney-Client Privilege |
| 27 | Undated | Michael Bowling | | Personal handwritten notes reflecting attorney advice regarding patent prosecution and attorney client privileged communications | Attorney-Client Privilege |
| 28 | 10/29/97 | John Sumners | Michael Bowling | Letter re US Application Serial No. 09/003,246 reflecting legal advice regarding preparation of patent application | Attorney-Client Privilege |
| 29 | | Michael Bowling | Paul Lacey | Draft document providing information seeking attorney advice regarding patent/copyright/trademark issues | Attorney-Client Privilege |
| 30 | 07/12/04 | Matthew Doscotch | Michael Bowling | Letter re legal representation agreement and executed agreement | Attorney-Client Privilege |
| 31 | 2004 | Matthew Doscotch | | Draft Legal Representation Agreement | Attorney-Client Privilege |
| 32 | 10/08/00 | Michael Bowling | Doug Williams | Timeline prepared at direction of attorney regarding Crystal Caste and Hasbro's Infringement | Attorney-Client Privilege Attorney Work Product |
| 33 | 06/10/99 | Katherine Anderson | Michael Bowling | Letter re Trademark Application No. 75/435570 | Attorney-Client Privilege |
| 34 | 09/29/05 | Michael Bowling | Doug Williams | Timeline of Hasbro Infringement - prepared at direction of counsel | Attorney-Client Privilege Attorney Work Product |
| 35 | | Michael Bowling | | Handwritten notes regarding attorney advice re die and patent | Attorney-Client Privilege |

| Entry | Date | Author | Recipient | Description | Privilege |
|---|---|---|---|---|---|
| 36 | 10/29/97 | John Sumners | Michael Bowling | Letter re US Application Serial No. 09/003,246 reflecting legal advice regarding preparation of patent application | Attorney-Client Privilege |
| 37 | Undated | Michael Bowling | | Personal handwritten notes regarding patent prosecution and attorney client privilege communication | Attorney-Client Privilege |
| 38 | 09/29/97 | John Sumners | Michael Bowling | Letter re US Application Serial No. 09/003,246 concerning legal advice regarding results of a prior art search | Attorney-Client Privilege |
| 39 | | Julie Daulton | | Attorney's Draft of Patent Claims based on information received from client | Attorney-Client Privilege |
| 40 | 02/01/99 | Merchant & Gould | | Draft of allowed patent claims as of 2/01/99 based on information received from client | Attorney-Client Privilege |
| 41 | 1997 | Michael Bowling | | Personal handwritten notes of attorney client privilege communication re work on patent prosecution with Julie Daulton (Bates labeled B 00555 - B 00556) | Redacted Attorney-Client Privilege |
| 42 | 1997 | Michael Bowling | | Personal handwritten notes of attorney client privilege communication re work on patent prosecution with Julie Daulton (Bates labeled B 00923 - B 00924) | Redacted Attorney-Client Privilege |

<u>Authors and Recipients:</u>
Doug Williams: Merchant & Gould Attorney
John Gresens: Former Merchant & Gould Attorney
John Sumners: Former Merchant & Gould Attorney
John Welsh: Aquilino & Welsh Attorney
Julie Daulton: Merchant & Gould Attorney
Katherine Anderson: Merchant & Gould Legal Specialist

Matthew Doscotch: Former Merchant & Gould Attorney
Paul Lacey: Former Merchant & Gould Attorney

Michael Bowling,
By his Attorneys,

Dated: April 19, 2006

Douglas J. Williams, MN *(pro hac vice)*
Thomas J. Leach, MN *(pro hac vice)*
**MERCHANT & GOULD P.C.**
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL BOWLING,<br>a Resident of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC.,<br>a Rhode Island Corporation,<br><br>Defendant. | : | C.A. No. 05-229S |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of:

1. Plaintiff Michael Bowling's Fourth Amended Privilege Log; and
2. Certificate of Service.

was served on the following parties, by the method(s) indicated below, on April 20, 2006:

| | |
|---|---|
| Jeffrey K. Techentin<br>Adler Pollock & Sheehan P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903 | ☒ Via First Class Mail<br>☐ Via Electronic Mail<br>☐ Via Overnight Courier<br>☒ Via Facsimile |

Date: April 20, 2006

By: [signature]
Carol Firner