# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612 332 5300
FAX 612 332 9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | 612.336.4665
Thomas J. Leach
tleach@merchantgould.com

May 20, 2008

***Via Facsimile***

Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

***Re:*** ***Bowling v. Hasbro, Inc.***
***C.A. No. 05-229S***
***M&G File No. 12206.4-US-ZA***

Dear Jeff:

This letter responds to your letter of May 16, 2008, requesting production of the following five documents:

1. A fax from Michael Bowling reviewed on October 5, 1999;
2. "Detailed notes for the file documenting conference with Hasbro official";
3. A "summary of facts and issues for Doug Williams, Esq.";
4. A TV commercial; and
5. A "detailed memo and exhibits," also described as "summary materials."

First, neither the TV commercial nor the fax from Mr. Bowling on October 5, 1999 could be located. You will recall from the trial that some of Mr. Bowling's files were lost in a move. Second, except for the TV commercial, these documents are protected by the attorney-client privilege and the work product doctrine. Finally, with the exception of the notes regarding the conference with Hasbro, these documents are not responsive to the document requests you identified.

If any of the above mentioned documents should have been included on Mr. Bowling's privilege log, their exclusion was inadvertent. Please consider this letter our express representation that the above mentioned located documents are not only non-

responsive to your documents request, but are also protected by the attorney-client privilege, the work product doctrine, or both.

Sincerely,

Thomas J. Leach

TJL/vh

cc: Craig Scott