# ATTACHMENT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Michael Bowling,<br>A Resident of Arizona, | : | Civil Action No. C05-229 S |
| Plaintiff, | : | |
| v. | : | **EXPERT REPORT<br>ON DAMAGES<br>OF NEIL N. LAPIDUS, CPA** |
| Hasbro, Inc.,<br>A Rhode Island Corporation, | : | |
| Defendant. | : | |

I submit this preliminary expert report on the damages suffered by the plaintiff, Michael Bowling ("Bowling"), as a result of alleged infringements of U.S. Patent No. 5,938,197 ("the '197 Patent") by defendant Hasbro, Inc. ("Hasbro").

I was retained in this lawsuit to determine the amount of damages caused by the alleged infringement of the '197 Patent. Assuming the claims asserted are found to be valid and infringed, it is my opinion that the appropriate measure of damages is a reasonable royalty per infringing die sold in Hasbro's Monopoly Millennium Edition game. Including prejudgment interest, my opinion is that Michael Bowling has sustained damages of **$1,340,050**. See Exhibit C.

## I. NEIL N. LAPIDUS, CPA, EXPERT QUALIFICATIONS

I am a partner at Lurie Besikof Lapidus & Company, LLP. I specialize in the management of the Firm's most complex audit engagements, litigation services and support. I am the Firm's Administrative Partner and a member of the Firm's Partnership Committee. I joined the Firm in 1978 after four years with a national public accounting firm. During my career, I have gained substantial experience in the financial analysis of both local and multi-national companies. I am also in charge of the Litigation and Valuation Services Department of

Michael Bowling v. Hasbro, Inc.

# Exhibit G

## Monopoly Millenium Edition Sales

### Sales and Royalty Analysis

| Sales Units | Millennium Edition | Avon Edition | Units |
|---|---|---|---|
| Aug-99 | 50,372 | 4,224 | 54,596 |
| Sep-99 | 171,527 | - | 171,527 |
| Oct-99 | 81,628 | 9,504 | 91,132 |
| Nov-99 | 53,036 | 56,028 | 109,064 |
| Dec-99 | 27,421 | 103,088 | 130,509 |
| Total | 383,984 | 172,844 | 556,828 |

| Sales $ | Millennium Edition | Avon Edition | $ |
|---|---|---|---|
| Aug-99 | 1,588,938 | 39,967 | 1,628,905 |
| Sep-99 | 4,749,135 | - | 4,749,135 |
| Oct-99 | 2,101,294 | 89,927 | 2,191,221 |
| Nov-99 | 1,390,129 | 530,137 | 1,920,266 |
| Dec-99 | 772,488 | 1,029,093 | 1,801,581 |
| Total | $ 10,601,984 | $ 1,689,124 | $ 12,291,108 |

| | | | |
|---|---|---|---|
| Average Price^ | $ 27.61 | $ 9.77 | $ 22.07 |
| Per Die Royalty | $ 0.5825 | $ 0.5825 | $ 0.5825 |
| Die Per Game | 2 | 2 | 2 |
| Royalty Per Game | $ 1.165 | $ 1.165 | $ 1.165 |
| Royalty Percentage | 4.22% | 11.92% | 5.28% |

^ Average price does not reflect any adjustments for intercompany sales. Per my review of Hasbro's license agreements, intercompany sale prices are adjusted to reflect an external sales price for royalty calculations. The royalty percentage rate would be lower if intercompany sales were adjusted to external sales prices.
My analysis utitilizes a first in, first out basis for determining which units were sold with the accused dice.