# EXHIBIT A

**From:** cmecf@rid.uscourts.gov
**Sent:** Tuesday, December 18, 2007 9:41 AM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:05-cv-00229-S-LDA Bowling v. Hasbro, Inc. Order on Motion for Leave to File

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered on 12/18/2007 at 10:40 AM EST and filed on 12/18/2007
**Case Name:** Bowling v. Hasbro, Inc.
**Case Number:** 1:05-cv-229
**Filer:**
**Document Number:** No document attached

**Docket Text:**
TEXT ORDER denying for the reasons stated at today's hearing [122] Motion for Leave to File. So Ordered by Magistrate Judge Lincoln D. Almond on 12/18/07. (Noel, Jeannine)

**1:05-cv-229 Notice has been electronically mailed to:**

Christine K. Bush cbush@duffysweeney.com, jcastro@duffysweeney.com

David K.S. Cornwell davidc@skgf.com

Thomas J. Leach tleach@merchantgould.com, kdrieman@merchantgould.com, vhanson@merchantgould.com

Minette Marie Loula mloula@apslaw.com

Craig M. Scott cscott@duffysweeney.com, ehanson@duffysweeney.com

Jeffrey K. Techentin jtechentin@apslaw.com, kmooney@apslaw.com

Todd D. White Twhite@apslaw.com, stheriault@apslaw.com

Douglas J. Williams dwilliams@merchantgould.com